# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| **JEFFREY DEWAYNE CLARK** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | HON. DAVID J. HALE |
| v. | ) | |
| | ) | MAG. COLIN H. LINDSAY |
| **LOUISVILLE JEFFERSON** | ) | |
| **COUNTY METRO GOVT, ET AL.** | ) | |
| | ) | Case No. 17-CV-419 |
| **Defendants.** | ) | |
| | ) | |
| | | |
| **GARR KEITH HARDIN** | ) | |
| | ) | |
| **Plaintiff,** | ) | HON. CHARLES R. SIMPSON III |
| | ) | |
| v. | ) | MAG. DAVE WHALIN |
| | ) | |
| **LOUISVILLE JEFFERSON** | ) | |
| **COUNTY METRO GOVT, ET AL.** | ) | Case No. 17-CV-420 |
| | ) | |
| **Defendants.** | ) | |

## AGREED MOTION TO CONSOLIDATE AND STAY PROCEEDINGS

Plaintiffs, Jeffrey Dewayne Clark, by and through his attorneys, Loevy & Loevy, and Garr Keith Hardin, by and through his attorneys, Neufeld, Scheck, & Brustin, LLP and the Simon Law Office, and all Defendants, through their counsel, respectfully move this Court to consolidate the above-captioned cases pursuant to Rule 42(a)(2), Federal Rules of Civil Procedure, on the grounds that these actions involve common questions of law and fact. In addition, all parties respectfully move this Court for an agreed order to stay the proceedings in this case. In support, the parties state as follows:

## A Stay of These Proceedings Is Warranted

1. Plaintiffs have alleged they were wrongfully convicted of a murder that they did not commit. *See* Dckt. No. 1 at ¶1. In particular, Plaintiffs allege that the Defendants fabricated evidence, coerced witnesses and withheld evidence in an effort to end-run the investigative process and frame Plaintiffs for this crime. *Id.* at ¶2-19. The Defendants deny any wrongdoing.

2. Plaintiffs' convictions were overturned on July 14, 2016. *Id.* at ¶130. The Kentucky Supreme Court subsequently upheld the trial court's order vacating the convictions and ordering new trials. *Commonwealth v. Clark*, No. 2016-SC-000693-TG, 2017 WL 3633295, at *5 (Ky. Aug. 24, 2017).

3. The underlying criminal proceedings remain ongoing. Those proceedings will either be resolved through a dismissal by the Court or retrial(s). A pretrial conference will occur in the criminal proceedings on February 19, 2018. At that date, Plaintiffs anticipate that the Court will rule on the various motions to dismiss that have been briefed.

4. Plaintiffs anticipate that the criminal cases will be resolved by the fall of 2018.

5. Following discussions, all parties to this action agree that the civil case should be stayed pending resolution of the criminal matters. When the criminal proceedings have been resolved, all parties agree to notify the Court and submit an appropriate request to lift the stay.

6. Because the ultimate resolution of the criminal proceedings will affect any potential motion(s) to dismiss filed by the Defendants, the parties agree that the Defendants should not be required to file a motion to dismiss nor answer Plaintiffs' Complaints until the criminal proceedings are resolved and the stay is lifted. All rights and defenses of any and every kind are preserved on behalf of each of the Defendants; no rights or defenses are waived by any Defendant as a result of the failure to object to the consolidation and abeyance requested

## Consolidation of These Proceedings is Likewise Appropriate

7. On July 31, 2017, Plaintiffs filed a motion to consolidate both cases before this Court. *See* Dckt. No. 7. At that time, the Defendants were not yet represented by counsel. Since then, each of the individual defendants have retained counsel.

8. The parties have conferred and agree that consolidation of both actions before this Court is appropriate under Fed. R. Civ. P. 42(a). Fed. R. Civ. P. S 42(a); *Tri-Med Finance Co. v. Nat'l Century Financial Enterprises, Inc.*, 208 F.3d 215, 2000 WL 282445*8 (6th Cir. Mar. 6, 2000). Here, as is clear from the allegations in the complaints, common questions of law and fact are at the heart of both actions. Each complaint alleges that the defendants' violation of Plaintiffs' constitutional rights caused their wrongful convictions. Dckt. No. 1; *see also* 17-CV-420 at Dckt. No. 1. Additionally, Plaintiffs' complaints mirror one another in nearly every respect, including the factual basis, claims, and defendants.

9. The parties agree that this Court is the appropriate forum for consolidation since Mr. Clark's lawsuit was filed first and is the senior action. Accordingly, consolidating these two related actions before this Court is in the interest of judicial economy and all parties.

Respectfully Submitted,

/s/ Elliot Slosar

Arthur Loevy
Jon Loevy
Michael Kanovitz
Elliot Slosar
Amy Robinson-Staples
LOEVY & LOEVY
311 N. Aberdeen St., 3rd Floor
Chicago, IL 60607

***Attorneys for Plaintiff Jeffrey Clark***

/s/ Lisa A. Schweickart

Lisa A. Schweickart
Assistant Jefferson County Attorney
531 Court Place, Suite 900
Louisville, KY  40202
(502) 574-4048
lisa.schweickart@louisvilleky.gov

***Counsel for Defendants Louisville/Jefferson County Metro Government, City of Louisville, James Clark, Charlie Edelen, Robert Ennis, James Griffiths, Kelly Jones, and  James Woosley***

/s/ Larry D. Simon

Larry D. Simon (Ky. Bar No. 64355)
Attorney at Law
Kentucky Home Life Building, 17th Flr
239 South Fifth Street
Louisville, KY 40202
(502) 589-4566

***Attorney for Plaintiff Garr Keith Hardin***

/s/ Rick Sawyer
Barry Sheck
Nick Brustin
Emma Freudenberger
Rick Sawyer
NEUFELD SHECK & BRUSTIN, LLP
99 Hudson Street, 8th Floor
New York, New York 10013
(212) 965-9081

***Attorneys for Plaintiff Garr Keith Hardin***

/*s/* Robert K. Bond
COLEMAN LOCHMILLER & BOND
2907 Ring Road
P.O. Box 1177
Elizabethtown, KY  42702-1177
(270) 737-0600
rkbond@clblegal.com

***Attorney for Defendants, Meade County,
Meade County Sheriff Joseph Greer,
Sheriff's Deputy Ernie Embry
Sheriff's Deputy Cliff Wise and
Meade County Coroner William Adams***

*/s/* David B. Abner
Kentucky State Police
919 Versailles Road
Frankfort, KY 40601
(502) 782-2199
dabner@ky.gov

***Attorney for Defendant, Robert Thurman***


 /s/ Susan K. Rivera
Timothy D. Lange
Susan K. Rivera
Benson, Risch, and Lange, PLLC
401 W. Main Street, Suite 2150
Louisville, KY 40202
(502) 583-8373
tlange@timlange.com
skrivera@brl-law.com
***Attorneys for Defendant, Mark Handy***