**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

[Filed Electronically]

**CIVIL ACTION NO. 3:17-CV-419-DJH**

| | |
|---|---|
| **JEFFREY DEWAYNE CLARK,** *ET AL.* | **PLAINTIFFS** |
| VS.  **JOINT STATUS REPORT** | |
| **LOUISVILLE JEFFERSON COUNTY METRO GOVERNMENT,** *ET AL.* | **DEFENDANTS** |

**\*\*\*\*   \*\*\*\*   \*\*\*\*   \*\*\*\***

Come all parties, and pursuant to this Court's Order of November 22, 2017, docket number 38, file this as their joint status report with respect to the underlying criminal proceedings. On February 8, 2018, the Commonwealth of Kentucky filed a Motion to Dismiss the murder charges against Plaintiffs Jeffrey Dewayne Clark and Garr Keith Hardin. *See* Exhibit A. The Motion remains pending; however, a hearing is scheduled for February 26, 2018 before the Meade County Circuit Court. The parties anticipate that the Motion to Dismiss will be granted at that time. The Meade County Circuit Court previously dismissed the indictments that were brought against Plaintiffs following their convictions having been vacated. *See* Exhibit B. As such, if the Court grants the Motion to Dismiss the murder charges, there will be no remaining criminal proceedings related to this action.

At such time as the murder charges are dismissed, the parties will file a joint motion to lift the stay on this action. Plaintiffs will file Amended Complaints when the stay is lifted.

Respectfully submitted,

By: /s/ Susan K. Rivera_____
TIMOTHY D. LANGE
SUSAN K. RIVERA
Benson, Risch, & Lange, PLLC
One Riverfront Plaza
401 W. Main Street, Suite 2150
Louisville, KY 40202-4241
Tel. (502) 583-8373
Fax (502) 584-8929
tlange@timlange.com
skrivera@brl-law.com
*Counsel for Defendant, Mark Handy*

/s/ R. Keith Bond by permission__
R. KEITH BOND
Coleman Lochmiller & Bond
2907 Ring Rd.
P.O. Box 1177
Elizabethtown, KY 42702-1177
(270) 737-0600
rkbond@clblegal.com
*Counsel for Defendants Meade County,
Meade County Sheriff Joseph Greer,
Sheriff's Deputy Ernie Embry,
Sheriff's Deputy Cliff Wise, and
Meade County Coroner William Adams*

/s/ Lisa A. Schweickart by permission
LISA A. SCHWEICKART
Assistant County Attorney
531 Court Place, Suite 900
Louisville, Kentucky 40202
(502) 574-4048
Lisa.schweickart@louisvilleky.gov
*Counsel for Defendants Louisville/
Jefferson County Metro Government,
City of Louisville, James Clark, Charlie
Edelen, Robert Ennis, James Griffiths,
Kelly Jones, and James Woosley*

/s/ Cody Weber by permission__
CODY WEBER
Kentucky State Police
919 Versailles Rd.
Frankfort, KY 40601
(502) 782-4261
cody.weber@ky.gov
*Counsel for Defendant, Robert Thurman*

2

| | |
|---|---|
| /s/ Rick Sawyer<br>BARRY SHECK<br>NICK BRUSTIN<br>EMMA FREUDENBERGER<br>RICK SAWYER<br>Neufeld Scheck & Brustin, LLP<br>99 Hudson Street, 8th Floor<br>New York, New York 10013<br>(212) 965-9081<br>*Counsel for Plaintiff Garr Keith Hardin* | /s/ Elliot Slosar<br>ARTHUR LOEVY<br>JON LOEVY<br>MICHAEL KANOVITZ<br>ELLIOT SLOSAR<br>AMY ROBINSON-STAPLES<br>Loevy & Loevy<br>311 N. Aberdeen St., 3rd Floor<br>Chicago, IL 60607<br>*Counsel for Plaintiff Jeffrey Clark* |

/s/ Larry D. Simon
LARRY D. SIMON
Kentucky Home Life Building, 17th Floor
239 S. Fifth Street
Louisville, KY 40202
(502) 589-4566
*Counsel for Plaintiff Garr Keith Hardin*

## **CERTIFICATE OF SERVICE**

This is to certify that on February 20, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Susan K. Rivera
SUSAN K. RIVERA
*Counsel for Defendant, Mark Handy*