UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL CASE NO. 3:17-CV-00419-DJH

***Filed Electronically***

JEFFREY DEWAYNE CLARK, ET AL.                                    PLAINTIFFS

V.   __ANSWER TO AMENDED COMPLAINT OF JEFFREY DEWAYNE CLARK__

LOUISVILLE JEFFERSON COUNTY
METRO GOVERNMENT, ET AL.                                         DEFENDANTS

** ** ** **

Comes now the Defendant, Robert Thurman, and for his Answer to the Plaintiff, Jeffrey Dewayne Clark's ("Plaintiff") Amended Complaint and jury demand, and states as follows:

## FIRST DEFENSE

1.      Plaintiff's Amended Complaint fails to state a claim against this Defendant upon which relief can be granted.

## SECOND DEFENSE

2.      Plaintiff's Amended Complaint fails to join necessary and/or proper parties pursuant to Rule 19 of the Federal Rules of Civil Procedure

## THIRD DEFENSE

3.      This Court lacks jurisdiction over the subject matter of this action.

## FOURTH DEFENSE

4.      This Court lacks jurisdiction over the person of the Defendant.

## FIFTH DEFENSE

5.      There has been an insufficiency of process and/or service of process upon this Defendant.

## SIXTH DEFENSE

6.      With regard to the allegations contained in numerical paragraph 1 of Plaintiff's Amended Complaint, Defendant admits that the Plaintiffs, Jeffrey Clark ("Plaintiff" and/or "Clark") and Garr Keith Hardin ("Hardin"), were convicted of the murder of Rhonda Sue Warford and incarcerated.   Defendant further admits that said convictions were vacated. Defendant denies the balance of the allegations contained in said paragraph.

7.      With regard to the allegations contained in numerical paragraph 2 of Plaintiff's Amended Complaint, Defendant denies said allegations as they are directed to him.   Defendant is without knowledge and/or information sufficient to form a belief as to the truth of said allegations as they are directed to any other Defendant in this matter and, therefore, denies the same.

8.      With regard to the allegations contained in numerical paragraph 3 of Plaintiff's Amended Complaint, Defendant admits that the LMPD assigned Detective Mark Handy to the investigation of Plaintiff's involvement in the death of Rhonda Sue Warford.   Defendant is without knowledge and/or information sufficient to form a belief as to the truth of the balance of the allegations contained in said paragraph and, therefore, denies the same.

9.      Defendant denies the allegations contained in numerical paragraph 4 of Plaintiff's Amended Complaint.

10.      With regard to the allegations contained in numerical paragraph 5 of Plaintiff's Amended Complaint, Defendant admits the identified individuals were assigned and/or worked

on the investigation of the murder of Rhonda Sue Warford.  Defendant is without knowledge and/or information sufficient to form a belief as to the truth of the balance of the allegations contained in said paragraph and, therefore, denies the same.

11.     With regard to the allegations contained in numerical paragraph 6 of Plaintiff's Amended Complaint, Defendant denies said allegations as they are directed to him.  To the extent that said allegations are directed to any other Defendant in this matter, Defendant is without knowledge and/or information sufficient to form a belief as to the truth of said allegations.

12.     Defendant is without knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in numerical paragraph 7 of Plaintiff's Amended Complaint and, therefore, denies the same.

13.     With regard to the allegations contained in numerical paragraph 8 of Plaintiff's Amended Complaint, Defendant denies said allegations as they are directed to him.  Defendant is without knowledge and/or information sufficient to form a belief as to the truth of the balance of the allegations as they are directed to any other Defendant in this matter and, therefore, denies the same.

14.     Defendant is without knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in numerical paragraph 9 of Plaintiff's Amended Complaint and, therefore, denies the same.

15.     With regard to the allegations contained in numerical paragraph 10 of Plaintiff's Amended Complaint, Defendant denies said allegations as they are directed to him.  Defendant is without knowledge and/or information sufficient to form a belief as to the truth of the allegations as they are directed to any other Defendant in this matter and, therefore, denies the same.

Further, Defendant is without knowledge and/or information sufficient to form a belief as to the truth of the allegations related to post-conviction DNA testing and, therefore, denies the same.

16.     With regard to the allegations contained in numerical paragraph 11 of Plaintiff's Amended Complaint, Defendant denies said allegations as they are directed to him.  Defendant is without knowledge and/or information sufficient to form a belief as to the truth of the allegations as they are directed to any other Defendant in this matter and, therefore, denies the same.

17.     With regard to the allegations contained in numerical paragraph 12 of Plaintiff's Amended Complaint, Defendant denies said allegations as they are directed to him.  Defendant is without knowledge and/or information sufficient to form a belief as to the truth of the allegations in said paragraph as they are directed to any other answering Defendant and, therefore, denies the same.  Further, Defendant is without knowledge and/or information sufficient to form a belief as to the truth of the allegations related to post-conviction DNA testing and, therefore, denies the same.

18.     With regard to the allegations contained in numerical paragraph 13 of Plaintiff's Amended Complaint, Defendant denies said allegations as they are directed to him.  Defendant is without knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in said paragraph as they are directed to any other Defendant in this matter and, therefore, denies the same.

19.     With regard to the allegations contained in numerical paragraph 14 of Plaintiff's Amended Complaint, Defendant admits that the Plaintiffs, Garr Keith Hardin and Jeffrey Dewayne Clark, were indicted, tried together, convicted and sentenced to life in prison for the murder of Rhonda Sue Warford.  Defendant denies the balance of the allegations contained in said paragraph as they are directed to him.  Defendant is without knowledge and/or information

4

sufficient to form a belief as to the truth of said allegations as they are directed to any other Defendant in this matter and, therefore, denies the same.

20.    With regard to the allegations contained in numerical paragraph 15 of Plaintiff's Amended Complaint, Defendant denies said allegations as they are directed to him.  Defendant is without knowledge and/or information sufficient to form a belief as to the truth of said allegations as they are directed to any other Defendant and, therefore, denies the same.  In further response, Defendant states that any post-conviction legal proceedings filed by the Plaintiffs speak for themselves.  Defendant denies any attempted characterization of the same by Plaintiff inconsistent therewith.

21.    With regard to the allegations contained in numerical paragraph 16 of Plaintiff's Amended Complaint, Defendant admits that the Kentucky Supreme Court in the case of ***Hardin v. Commonwealth of Kentucky***, 396 S.W.3d 909 (2013) held that Appellants (including this Plaintiff) were "entitled to the testing they seek."  Said opinion from the Supreme Court speaks for itself.  Defendant is without knowledge and/or information sufficient to form a belief as to the truth of the balance of the allegations contained in said paragraph and, therefore, deny the same.

22.    Defendant admits the allegations contained in numerical paragraph 17 of Plaintiff's Amended Complaint.  The record for the Meade County Circuit Court criminal case for this Plaintiff, Case No. 92-CR-00043, speaks for itself.  Defendant denies any attempted characterization of the same by Plaintiff inconsistent therewith.

23.    With regard to the allegations contained in numerical paragraph 18 of Plaintiff's Amended Complaint, Defendant admits that the Plaintiffs, Garr Keith Hardin and Jeffrey Dewayne Clark, were released on bail.  Defendant is without knowledge and/or information

sufficient to form a belief as to the truth of the balance of the allegations contained therein and, therefore, denies the same.

24.     With regard to the allegations contained in numerical paragraph 19 of Plaintiff's Amended Complaint, Defendant admits that the Commonwealth's Office of the Attorney General moved to dismiss the criminal indictments against both Plaintiffs in this matter.  The Meade County Circuit Court criminal case for this Plaintiff, Case No. 92-CR-00043, speaks for itself.  Defendant denies any attempted characterization by the Plaintiff inconsistent therewith. Defendant is without knowledge and/or information sufficient to form a belief as to the truth of the balance of the allegations contained in said paragraph.

25.     Defendant admits the allegations contained in numerical paragraph 20 of Plaintiff's Amended Complaint.

26.     With regard to the allegations contained in numerical paragraph 21 of Plaintiff's Amended Complaint, the same do not require a response from this answering Defendant and/or requires interpretation of Plaintiff's Amended Complaint or Statute/Code to which this Defendant is not required to provide.    To the extent a response is so required, the same are hereby denied.  Defendant specifically denies any and all liability in this matter.

27.     With regard to the allegations contained in numerical paragraph 22 of Plaintiff's Amended Complaint, the same call for a legal conclusion to which this Defendant is not required to respond to.  To the extent a response is so required, the same are hereby denied.

28.     With regard to the allegations contained in numerical paragraph 23 of Plaintiff's Amended Complaint, the same call for a legal conclusion to which this Defendant is not required to respond to.  To the extent a response is so required, the same are hereby denied.

6

29.     Defendant is without knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in numerical paragraph 24 of Plaintiff's Amended Complaint and, therefore, the same are denied.

30.     Defendant is without knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in numerical paragraph 25 of Plaintiff's Amended Complaint and, therefore, the same are denied.

31.     Defendant is without knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in numerical paragraph 26 of Plaintiff's Amended Complaint and, therefore, the same are denied.  In further response, said allegations also call for a legal conclusion to which this Defendant is not required to provide.  To the extent that a response is so required, the same are denied.

32.     Defendant is without knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in numerical paragraph 27 of Plaintiff's Amended Complaint and, therefore, the same are denied.  In further response, said allegations also call for a legal conclusion to which this Defendant is not required to provide.  To the extent that a response is so required, the same are denied.

33.     Defendant is without knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in numerical paragraph 28 of Plaintiff's Amended Complaint and, therefore, the same are denied.  In further response, said allegations also call for a legal conclusion to which this Defendant is not required to provide.  To the extent that a response is so required, the same are denied.

34.     Defendant is without knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in numerical paragraph 29 of Plaintiff's Amended

Complaint and, therefore, the same are denied.  In further response, said allegations also call for a legal conclusion to which this Defendant is not required to provide.  To the extent that a response is so required, the same are denied.

35.     Defendant is without knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in numerical paragraph 30 of Plaintiff's Amended Complaint and, therefore, denies the same.

36.     Defendant is without knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in numerical paragraph 31 of Plaintiff's Amended Complaint and, therefore, denies the same.

37.     Defendant is without knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in numerical paragraph 32 of Plaintiff's Amended Complaint and, therefore, denies the same.

38.     With regard to the allegations contained in numerical paragraph 33 of Plaintiff's Amended Complaint, said allegations call for interpretation of Plaintiff's Amended Complaint which this defendant is not required to provide.  To the extent a response is so required, the same are hereby denied.

39.     Defendant is without knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in numerical paragraph 34 of Plaintiff's Amended Complaint and, therefore, the same are denied.  In further response, said allegations also call for a legal conclusion to which this Defendant is not required to provide.  To the extent that a response is so required, the same are denied.

40.     Defendant is without knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in numerical paragraph 35 of Plaintiff's Amended

Complaint and, therefore, deny the same. Further, said allegations require interpretation of Plaintiff's Amended Complaint and/or call for a conclusion of law which this Defendant is not required to provide. To the extent a response is so required, the same are hereby denied.

41.    Defendant is without knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in numerical paragraph 36 of Plaintiff's Amended Complaint and, therefore, deny the same. Further, said allegations require interpretation of Plaintiff's Amended Complaint and/or call for a conclusion of law which this Defendant is not required to provide. To the extent a response is so required, the same are hereby denied.

42.    With regard to the allegations contained in numerical paragraph 37 of Plaintiff's Amended Plaintiff, the same call for interpretation of Plaintiff's Amended Complaint which this Defendant is not required to respond to. To the extent a response is so required, the same are hereby denied.

43.    Defendant is without knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in numerical paragraph 38 of Plaintiff's Amended Complaint and, therefore, denies the same.

44.    With regard to the allegations contained in numerical paragraph 39 of Plaintiff's Amended Complaint, Defendant admits that he was a forensic serologist employed with the Kentucky State Police and retired in 2013.

45.    Defendant is without knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in numerical paragraph 40 of Plaintiff's Amended Complaint and, therefore, denies the same.

46.     Defendant is without knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in numerical paragraph 41 of Plaintiff's Amended Complaint and, therefore, denies the same.

47.     Defendant is without knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in numerical paragraph 42 of Plaintiff's Amended Complaint and, therefore, denies the same.

48.     Defendant is without knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in numerical paragraph 43 of Plaintiff's Amended Complaint and, therefore, denies the same.

49.     Defendant denies the allegations contained in numerical paragraph 44 of Plaintiff's Amended Complaint.

50.     Defendant is without knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in numerical paragraph 45 of Plaintiff's Amended Complaint and, therefore, denies the same.

51.     Defendant is without knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in numerical paragraph 46 of Plaintiff's Amended Complaint and, therefore, denies the same.

52.     The allegations contained in numerical paragraph 47 of Plaintiff's Amended Complaint are not directed to this answering Defendant.  Regardless, Defendant is without knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in said paragraph and, therefore, denies the same.

53.     The allegations contained in numerical paragraph 48 of Plaintiff's Amended Complaint are not directed to this answering Defendant.  Regardless, Defendant is without

knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in said paragraph and, therefore, denies the same.

54.     The allegations contained in numerical paragraph 49 of Plaintiff's Amended Complaint are not directed to this answering Defendant.   Regardless, Defendant is without knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in said paragraph and, therefore, denies the same.

55.     The allegations contained in numerical paragraph 50 of Plaintiff's Amended Complaint are not directed to this answering Defendant.   Regardless, Defendant is without knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in said paragraph and, therefore, denies the same.

56.     The allegations contained in numerical paragraph 51 of Plaintiff's Amended Complaint are not directed to this answering Defendant.   Regardless, Defendant is without knowledge and/or information sufficient to form a belief as to the truth of the balance of the allegations contained in said paragraph and, therefore, denies the same.

57.     Defendant is without knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in numerical paragraph 52 of Plaintiff's Amended Complaint and, therefore, denies the same.

58.     Defendant is without knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in numerical paragraph 53 of Plaintiff's Amended Complaint and, therefore, denies the same.

59.     Defendant is without knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in numerical paragraph 54 of Plaintiff's Amended Complaint and, therefore, denies the same.

60.     With regard to the allegations contained in numerical paragraph 55 of Plaintiff's Amended Complaint, Defendant is without knowledge and/or information sufficient to form a belief as to the truth of said allegations and, therefore, denies the same.  In further response, said allegations call for interpretation of a document which speaks for itself.  Defendant denies any attempted characterization of the referenced document inconsistent with the terms thereof.

61.     Defendant is without knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in numerical paragraph 56 of Plaintiff's Amended Complaint and, therefore, denies the same.

62.     With regard to the allegations contained in numerical paragraph 57 of Plaintiff's Amended Complaint, Defendant denies said allegations as they are directed to him.  To the extent that said allegations are directed to any other Defendant in this matter, Defendant is without knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in said paragraph and, therefore, the same are denied.

63.     Defendant is without knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in numerical paragraph 58 of Plaintiff's Amended Complaint and, therefore, denies the same.

64.     The allegations contained in numerical paragraph 59 of Plaintiff's Amended Complaint are not directed to this answering Defendant.  Regardless, Defendant is without knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in said paragraph and, therefore, denies the same.

65.     With regard to the allegations contained in numerical paragraph 60 of Plaintiff's Amended Complaint, Defendant denies said allegations as they are directed to him.  To the extent that said allegations are directed to any other Defendant in this matter, Defendant is

without knowledge and/or information sufficient to form a belief as to the truth of said allegations and, therefore, denies the same.

66.     With regard to the allegations contained in numerical paragraph 61 of Plaintiff's Amended Complaint, Defendant denies said allegations as they are directed to him.  To the extent that said allegations are directed to any other Defendant in this matter, Defendant is without knowledge and/or information sufficient to form a belief as to the truth of said allegations and, therefore, denies the same.  Further, Defendant is without knowledge and/or information sufficient to form a belief as to the truth of the allegations related to post-conviction DNA testing and, therefore, denies the same.

67.     With regard to the allegations contained in numerical paragraph 62 of Plaintiff's Amended Complaint, the same are not directed to this answering Defendant.  Regardless, Defendant is without knowledge and/or information sufficient to form a belief as to the truth of said allegations and, therefore, the same are hereby denied.

68.     With regard to the allegations contained in numerical paragraph 63 of Plaintiff's Amended Complaint, Defendant admits that he tested the handkerchief and confirmed that the stain contained thereon was "blood."  Defendant denies the balance of the allegations in said paragraph.

69.      With regard to the allegations contained in numerical paragraph 64 of Plaintiff's Amended Complaint, Defendant admits he tested the blood stain.  Said test results speak for themselves.  Defendant denies the balance of the allegations contained in said paragraph and specifically denies liability in this matter.

70.     With regard to the allegations contained in numerical paragraph 65 of Plaintiff's Amended Complaint, Defendant denies any alleged "misconduct."   In further response,

Defendant states the referenced testimony of Sheriff Greer speaks for itself.  Defendant denies any attempted characterization by the Plaintiff of said testimony inconsistent therewith. Defendant is without knowledge and/or information sufficient to form a belief as to the truth of the balance of the allegations contained in said paragraph and, therefore, denies the same.

71.    The allegations contained in numerical paragraph 66 of Plaintiff's Amended Complaint are not directed to this answering Defendant.  Regardless, Defendant is without knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in said paragraph and, therefore, denies the same.

72.    The allegations contained in numerical paragraph 67 of Plaintiff's Amended Complaint are not directed to this answering Defendant.  Regardless, Defendant is without knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in said paragraph and, therefore, denies the same.

73.    Defendant is without knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in numerical paragraph 68 of Plaintiff's Amended Complaint and, therefore, denies the same.

74.    The allegations contained in numerical paragraph 69 of Plaintiff's Amended Complaint are not directed to this answering Defendant.  Regardless, Defendant is without knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in said paragraph and, therefore, denies the same.

75.    The allegations contained in numerical paragraph 70 of Plaintiff's Amended Complaint are not directed to this answering Defendant.  Regardless, Defendant is without knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in said paragraph and, therefore, denies the same.

76.     Defendant is without knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in numerical paragraph 71 of Plaintiff's Amended Complaint and, therefore, denies the same.

77.     With regard to the allegations contained in numerical paragraph 72 and its subparagraphs a – c of Plaintiff's Amended Complaint, Defendant denies said allegations as they are directed to him.  Defendant is without sufficient knowledge and/or information as to the truth of said allegations as they are directed to any other Defendant in this matter and, therefore, denies the same.

78.     Defendant is without knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in numerical paragraph 73 of Plaintiff's Amended Complaint and, therefore, denies the same.   In further response, Defendant states that any testimony referenced by the Plaintiff speaks for itself and Defendant denies any attempted characterization of said testimony inconsistent therewith.

79.     Defendant is without knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in numerical paragraph 74 of Plaintiff's Amended Complaint and, therefore, denies the same.

80.     With regard to the allegations contained in numerical paragraph 75 of Plaintiff's Amended Complaint, Defendant denies said allegations as they are directed to him.  To the extent said allegations are directed to any other Defendant in this matter, Defendant is without knowledge and/or information sufficient to form a belief as to the truth of said allegations and, therefore, denies the same.

81.     The allegations contained in numerical paragraph 76 of Plaintiff's Amended Complaint are not directed to this answering Defendant.  Regardless, Defendant is without

knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in said paragraph and, therefore, denies the same.

82.     With regard to the allegations contained in numerical paragraph 77 of Plaintiff's Amended Complaint, Defendant denies said allegations as they are directed to him.  To the extent said allegations are directed to any other Defendant in this matter, Defendant is without knowledge and/or information sufficient to form a belief as to the truth of said allegations and, therefore, denies the same.

83.     With regard to the allegations contained in numerical paragraph 78 of Plaintiff's Amended Complaint, Defendant denies said allegations as they are directed to him.  Defendant is without knowledge and/or information sufficient to form a belief as to the truth of the balance of the allegations contained in said paragraph and, therefore, denies the same.

84.     Defendant is without knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in numerical paragraph 79 of Plaintiff's Amended Complaint and, therefore, denies the same.

85.     With regard to the allegations contained in numerical paragraph 80 of Plaintiff's Amended Complaint, Defendant denies said allegations as they are directed to him.  To the extent said allegations are directed to any other Defendant in this matter, Defendant is without knowledge and/or information sufficient to form a belief as to the truth of said allegations and, therefore, denies the same.

86.     With regard to the allegations contained in numerical paragraph 81 of Plaintiff's Amended Complaint, Defendant denies said allegations as they are directed to him.  To the extent said allegations are directed to any other Defendant in this matter, Defendant is without

knowledge and/or information sufficient to form a belief as to the truth of said allegations and, therefore, denies the same.

87.     Defendant is without knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in numerical paragraph 82 of Plaintiff's Amended Complaint and, therefore, denies the same.

88.     Defendant is without knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in numerical paragraph 83 of Plaintiff's Amended Complaint and, therefore, denies the same.

89.     Defendant is without knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in numerical paragraph 84 of Plaintiff's Amended Complaint and, therefore, denies the same.

90.     Defendant is without knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in numerical paragraph 85 of Plaintiff's Amended Complaint and, therefore, denies the same.

91.     With regard to the allegations contained in numerical paragraph 86 of Plaintiff's Amended Complaint, Defendant denies said allegations as they are directed to him.  To the extent said allegations are directed to any other Defendant in this matter, Defendant is without knowledge and/or information sufficient to form a belief as to the truth of said allegations and, therefore, denies the same.

92.     With regard to the allegations contained in numerical paragraph 87 of Plaintiff's Amended Complaint, Defendant denies said allegations as they are directed to him.  To the extent said allegations are directed to any other Defendant in this matter, Defendant is without

knowledge and/or information sufficient to form a belief as to the truth of said allegations and, therefore, denies the same.

93.     With regard to the allegations contained in numerical paragraph 88 of Plaintiff's Amended Complaint, Defendant denies said allegations as they are directed to him.  To the extent said allegations are directed to any other Defendant in this matter, Defendant is without knowledge and/or information sufficient to form a belief as to the truth of said allegations and, therefore, denies the same.

94.     Defendant is without knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in numerical paragraph 89 of Plaintiff's Amended Complaint and, therefore, denies the same.

95.     Defendant is without knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in numerical paragraph 90 of Plaintiff's Amended Complaint and, therefore, denies the same.

96.     With regard to the allegations contained in numerical paragraph 91 of Plaintiff's Amended Complaint, Defendant denies said allegations as they are directed to him.  To the extent said allegations are directed to any other Defendant in this matter, Defendant is without knowledge and/or information sufficient to form a belief as to the truth of said allegations and, therefore, denies the same.

97.     With regard to the allegations contained in numerical paragraph 92 of Plaintiff's Amended Complaint, Defendant denies said allegations as they are directed to him.  To the extent said allegations are directed to any other Defendant in this matter, Defendant is without knowledge and/or information sufficient to form a belief as to the truth of said allegations and, therefore, denies the same.

98.     With regard to the allegations contained in numerical paragraph 93 of Plaintiff's Amended Complaint, Defendant denies said allegations as they are directed to him.  To the extent said allegations are directed to any other Defendant in this matter, Defendant is without knowledge and/or information sufficient to form a belief as to the truth of said allegations and, therefore, denies the same.  Defendant is likewise without knowledge and/or information sufficient to form a belief as to the truth of the of the balance of the allegations in said paragraph.

99.     Defendant is without knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in numerical paragraph 94 of Plaintiff's Amended Complaint and, therefore, denies the same.

100.     The allegations contained in numerical paragraph 95 of Plaintiff's Amended Complaint are not directed to this answering Defendant.  Regardless, Defendant is without knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in said paragraph and, therefore, denies the same.

101.     Defendant is without knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in numerical paragraph 96 of Plaintiff's Amended Complaint and, therefore, denies the same.

102.     With regard to the allegations contained in numerical paragraph 97 of Plaintiff's Amended Complaint, Defendant denies said allegations.  In further response, Defendant states that said allegations reference a document which speaks for itself.  Defendant denies any attempted characterization of said document by Plaintiff inconsistent therewith.

103.     Defendant is without knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in numerical paragraph 98 of Plaintiff's Amended Complaint and, therefore, denies the same.

104.   Defendant denies the allegations contained in numerical paragraph 99 of Plaintiff's Amended Complaint.

105.   With regard to the allegations contained in numerical paragraph 100 of Plaintiff's Amended Complaint, Defendant denies any "falsehood" or that he in any way misrepresented the findings, opinions and conclusions of any of his scientific testing to any law enforcement official and/or Defendant herein.   Otherwise, Defendant is without knowledge and/or information sufficient to form a belief as to any testimony provided by Sheriff Greer to the Grand Jury; however, states said testimony speaks for itself.   Defendant denies any attempted characterization of said testimony by Plaintiff inconsistent therewith.

106.   With regard to the allegations contained in numerical paragraph 101 of Plaintiff's Amended Complaint, Defendant denies said allegations as they are directed to him.  Defendant is without knowledge and/or information sufficient to form a belief as to the truth of said allegations as they are directed to any other Defendant in this matter and, therefore, denies the same.  In further response, Defendant states that any and all testimony in the Meade County Circuit Court criminal proceeding of the Plaintiff speaks for itself.   Defendant denies any attempted characterization by Plaintiff of said testimony inconsistent therewith.

107.   The allegations contained in numerical paragraph 102 of Plaintiff's Amended Complaint are not directed to this answering Defendant.   Regardless, Defendant is without knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in said paragraph and, therefore, denies the same.

108.   With regard to the allegations contained in numerical paragraph 103 of Plaintiff's Amended Complaint, Defendant denies said allegations as they are directed to him. To the extent said allegations are directed to any other Defendant in this matter, Defendant is without

knowledge and/or information sufficient to form a belief as to the truth of said allegations and, therefore, denies the same.

109.    With regard to the allegations contained in numerical paragraph 104 of Plaintiff's Amended Complaint, said allegations do not require a response and/or are not directed to this answering Defendant.  To the extent a response is so required, the same are hereby denied.

110.    The allegations contained in numerical paragraph 105 of Plaintiff's Amended Complaint are not directed to this answering Defendant.  Regardless, Defendant is without knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in said paragraph and, therefore, denies the same.

111.    With regard to the allegations contained in numerical paragraph 106 of Plaintiff's Amended Complaint, Defendant is without knowledge and/or information sufficient to form a belief as to the truth of said allegations and, therefore, denies the same.  To the extent said allegations referenced testimony in the Meade County Circuit Court criminal proceedings of the Plaintiff, said testimony speaks for itself. Defendant denies any attempted characterization of said testimony by the Plaintiff inconsistent therewith.

112.    Defendant admits the allegations contained in numerical paragraph 107 of Plaintiff's Amended Complaint.  In further response, Defendant states that said document speaks for itself and Defendant denies any attempted characterization by the Plaintiff of said document inconsistent with the terms thereof.

113.    With regard to the allegations contained in numerical paragraph 108 of Plaintiff's Amended Complaint, Defendant admits the findings in his report and defers to the same as said document speaks for itself.  Defendant specifically denies any attempted characterization of his report by Plaintiff inconsistent with the terms thereof.

21

114.    With regard to the allegations contained in numerical paragraph 109 of Plaintiff's Amended Complaint, Defendant denies said allegations as they are directed to him.  To the extent said allegations are directed to any other Defendant in this matter, the Defendant is without knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in said paragraph and, therefore, denies the same.

115.    Defendant is without knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in numerical paragraph 110 of Plaintiff's Amended Complaint and, therefore, denies the same.  In further response, any alleged Grand Jury testimony speaks for itself and Defendant denies any attempted characterization by Plaintiff inconstant therewith.

116.    Defendant is without knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in numerical paragraph 111 of Plaintiff's Amended Complaint and, therefore, denies the same.

117.    With regard to the allegations contained in numerical paragraph 112 of Plaintiff's Amended Complaint, Defendant denies said allegations as they are directed to him.  To the extent said allegations are directed to any other Defendant in this matter, the Defendant is without knowledge and/or information sufficient to form a belief as to the truth of the balance of the allegations contained in said paragraph and, therefore, denies the same.  In further response, Defendant states that any criminal record for James Whitley speaks for itself.  Defendant denies any characterization by the Plaintiff inconsistent therewith.

118.    The allegations contained in numerical paragraph 113 of Plaintiff's Amended Complaint are not directed to this answering Defendant.  Regardless, Defendant is without

knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in said paragraph and, therefore, denies the same.

119.    With regard to the allegations contained in numerical paragraph 114 of Plaintiff's Amended Complaint, Defendant denies said allegations as they are directed to him.  To the extent that said allegations are directed to any other Defendant in this matter, Defendant is without knowledge and/or information sufficient to form a belief as to the truth of said allegations and, therefore, denies the same.

120.    The allegations contained in numerical paragraph 115 of Plaintiff's Amended Complaint are not directed to this answering Defendant.  Regardless, Defendant is without knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in said paragraph and, therefore, denies the same.

121.    With regard to the allegations contained in numerical paragraph 116 of Plaintiff's Amended Complaint, Defendant denies said allegations as they are directed to him.  To the extent said allegations are directed to any other Defendant in this matter, Defendant is without knowledge and/or information sufficient to form a belief as to the truth of said allegations and, therefore, denies the same.

122.    Defendant is without knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in numerical paragraph 117 of Plaintiff's Amended Complaint and, therefore, denies the same.

123.    With regard to the allegations contained in numerical paragraph 118 of Plaintiff's Amended Complaint, this answering Defendant is aware that the prosecution sought the "death penalty" in the criminal case against Plaintiff; however, Defendant is without knowledge and/or

information sufficient to form a belief as to the truth of the balance of the allegations contained in said paragraph and, therefore, denies the same.

124.    With regard to the allegations contained in numerical paragraph 119 of Plaintiff's Amended Complaint, Defendant denies said allegations as they are directed to him.  To the extent said allegations are directed to any other Defendant in this matter, Defendant is without knowledge and/or information sufficient to form a belief as to the truth of said allegations and, therefore, denies the same.

125.    With regard to the allegations contained in numerical paragraph 120 of Plaintiff's Amended Complaint, Defendant denies any misrepresentations or false statements in his report. Plaintiff states that said document speaks for itself and Defendant denies any attempted characterization by Plaintiff inconsistent with the terms thereof.  In further response, Defendant states that the testimony in the Meade County Circuit Court criminal proceedings for this Plaintiff speaks for itself and Defendant denies any attempted characterization of the same by Plaintiff inconstant therewith.  Further, Defendant is without knowledge and/or information sufficient to form a belief as to the truth of the balance of said allegations related to post-conviction DNA testing and, therefore, denies the same.

126.    With regard to the allegations contained in numerical paragraph 121 of Plaintiff's Amended Complaint, Defendant admits that a Grand Jury indicted the Plaintiff and that his Meade County Circuit Court criminal case proceeded to trial in February of 1995.  Defendant denies the balance of the allegations contained in said paragraph and specifically any allegation that he falsified and/or made misrepresentations in his report or his testimony.  In further response, Defendant states that his report and testimony speaks for themselves and denies any attempted characterization by Plaintiff inconsistent therewith.

127.    With regard to the allegations contained in numerical paragraph 122 of Plaintiff's Amended Complaint, the same are not directed to this answering Defendant.  Regardless, Defendant is without knowledge and/or information sufficient to form a belief as to the truth of said allegations and, therefore, denies the same.

128.    With regard to the allegations contained in numerical paragraph 123 of Plaintiff's Amended Complaint, Defendant denies said allegations as they are directed to him.  To the extent said allegations are directed to any other Defendant in this matter, Defendant is without knowledge and/or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the same.

129.    With regard to the allegations contained in numerical paragraph 124 of Plaintiff's Amended Complaint, Defendant denies any falsified evidence or testimony.  Defendant admits the balance of the allegations contained in said paragraph.

130.    Defendant is without knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in numerical paragraph 125 of Plaintiff's Amended Complaint and, therefore, denies the same.

131.    Defendant is without knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in numerical paragraph 126 of Plaintiff's Amended Complaint and, therefore, denies the same.  In further response, the record in any criminal proceeding referenced by Plaintiff speaks for itself and Defendant denies any attempted characterization by Plaintiff inconsistent with the terms thereof.

132.    With regard to the allegations contained in numerical paragraph 127 of Plaintiff's Amended Complaint, Defendant denies said allegations as they are directed to him.  To the extent said allegations are directed to any other Defendant in this matter, Defendant is without

knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in said paragraph and, therefore, denies the same.

133.    With regard to the allegations contained in numerical paragraph 128 of Plaintiff's Amended Complaint, Defendant denies said allegations as they are directed to him.  To the extent said allegations are directed to any other Defendant in this matter, Defendant is without knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in said paragraph and, therefore, denies the same.  In further response, the documents and record of any criminal proceedings related to the Plaintiff speak for themselves and Defendant denies any attempted characterization by Plaintiff inconsistent therewith.

134.    With regard to the allegations contained in numerical paragraph 129 of Plaintiff's Amended Complaint, Defendant denies said allegations as they are directed to him.  To the extent said allegations are directed to any other Defendant in this matter, Defendant is without knowledge and/or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the same.

135.    Defendant admits the allegations contained in numerical paragraph 130 of Plaintiff's Amended Complaint pursuant to *Hardin v. Commonwealth* 396 S.W.3d 909 (2013). The record of said case and opinion therein speak for themselves and Defendant denies any attempted characterization by Plaintiff inconsistent therewith.

136.    With regard to the allegations contained in numerical paragraph 131 of Plaintiff's Amended Complaint, Defendant admits that Plaintiff's post-conviction counsel moved for a new trial.  Defendant denies the balance of the allegations contained in said paragraph.

137.    With regard to the allegations contained in numerical paragraph 132 of Plaintiff's Amended Complaint, Defendant admits that the Meade Circuit Court held a hearing in July of

2015 wherein evidence was presented in support of Plaintiff's Motion for a New Trial. Defendant denies the balance of the allegations in said paragraph. In further response, Defendant states that the record of said proceedings speaks for itself and Defendant denies any attempted characterization by Plaintiff inconsistent therewith.

138.    With regard to the allegations contained in numerical paragraph 133 of Plaintiff's Amended Complaint, Defendant admits that the Meade Circuit Court vacated Clark and Hardin's conviction and ordered a new trial. Defendant denies the balance of the allegations contained in said paragraph.

139.    With regard to the allegations contained in numerical paragraph 134 of Plaintiff's Amended Complaint, Defendant admits that the Meade County Circuit court dismissed indictments against Plaintiffs. Defendant is without knowledge and/or information sufficient to form a belief as to the truth of the balance of the allegations in said paragraph and, therefore, denies the same.

140.    With regard to the allegations contained in numerical paragraph 135 of Plaintiff's Amended Complaint, Defendant admits that the Kentucky Attorney General took over the criminal case for the Plaintiffs and that it moved to dismiss the indictments against them.

141.    Defendant is without knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in numerical paragraph 136 of Plaintiff's Amended Complaint and, therefore, denies the same.

142.    Defendant is without knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in numerical paragraph 137 of Plaintiff's Amended Complaint and, therefore, denies the same.

143.    Defendant is without knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in numerical paragraph 138 of Plaintiff's Amended Complaint and, therefore, denies the same.  However, to the extent said allegations reference any document, Defendant states said document speaks for itself and Defendant denies any attempted characterization by Plaintiff inconsistent therewith.

144.    Defendant is without knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in numerical paragraph 139 of Plaintiff's Amended Complaint and, therefore, denies the same.  However, to the extent said allegations reference any document, Defendant states said document speaks for itself and Defendant denies any attempted characterization by Plaintiff inconsistent therewith.

145.    Defendant is without knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in numerical paragraph 140 of Plaintiff's Amended Complaint and, therefore, denies the same.  However, to the extent said allegations reference any document, Defendant states said document speaks for itself and Defendant denies any attempted characterization by Plaintiff inconsistent therewith.

146.    Defendant admits the allegations contained in numerical paragraph 141 of Plaintiff's Amended Complaint.

147.    With regard to the allegations contained in numerical paragraph 142 of Plaintiff's Amended Complaint, Defendant admits that the dismissal of Clark and Hardin's indictment was a termination of their prosecution.  Otherwise, the allegations contained in said paragraph call for a legal conclusion to which this answering Defendant is not required to provide.  To the extent a response is so required, the same are hereby denied.

148.     With regard to the allegations contained in numerical paragraph 143 of Plaintiff's Amended Complaint, Defendant denies said allegations as they are directed to him.  To the extent said allegations are directed to any other Defendant in this matter, Defendant is without knowledge and/or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the same.

149.     With regard to the allegations contained in numerical paragraph 144 of Plaintiff's Amended Complaint, including all sub-parts, the same are not directed to this answering Defendant.  Regardless, Defendant is without knowledge and/or information sufficient to form a belief as to the truth of said allegations and, therefore, denies the same.

150.     With regard to the allegations contained in numerical paragraph 145 of Plaintiff's Amended Complaint, including all sub-parts, the same are not directed to this answering Defendant.  Regardless, Defendant is without knowledge and/or information sufficient to form a belief as to the truth of said allegations and, therefore, denies the same.

151.     With regard to the allegations contained in numerical paragraph 146 of Plaintiff's Amended Complaint, the same are not directed to this answering Defendant.  Regardless, Defendant is without knowledge and/or information sufficient to form a belief as to the truth of said allegations and, therefore, denies the same.

152.     With regard to the allegations contained in numerical paragraph 147 of Plaintiff's Amended Complaint, the same are not directed to this answering Defendant.  Regardless, Defendant is without knowledge and/or information sufficient to form a belief as to the truth of said allegations and, therefore, denies the same.

153.     With regard to the allegations contained in numerical paragraph 148 of Plaintiff's Amended Complaint, the same are not directed to this answering Defendant.  Regardless,

Defendant is without knowledge and/or information sufficient to form a belief as to the truth of said allegations and, therefore, denies the same.

154.    With regard to the allegations contained in numerical paragraph 149 of Plaintiff's Amended Complaint, the same are not directed to this answering Defendant.   Regardless, Defendant is without knowledge and/or information sufficient to form a belief as to the truth of said allegations and, therefore, denies the same.

155.    With regard to the allegations contained in numerical paragraph 150 of Plaintiff's Amended Complaint, the same are not directed to this answering Defendant.   Regardless, Defendant is without knowledge and/or information sufficient to form a belief as to the truth of said allegations and, therefore, denies the same.

156.    With regard to the allegations contained in numerical paragraph 151 of Plaintiff's Amended Complaint, the same are not directed to this answering Defendant.   Regardless, Defendant is without knowledge and/or information sufficient to form a belief as to the truth of said allegations and, therefore, denies the same.

157.    With regard to the allegations contained in numerical paragraph 152 of Plaintiff's Amended Complaint, Defendant denies said allegations as they are directed to him.   To the extent said allegations are directed to any other Defendant in this matter, Defendant is without knowledge and/or information sufficient to form a belief as to the truth of said allegations and, therefore, denies the same.

158.    With regard to the allegations contained in numerical paragraph 153 of Plaintiff's Amended Complaint, the same are not directed to this answering Defendant.   Regardless, Defendant is without knowledge and/or information sufficient to form a belief as to the truth of said allegations and, therefore, denies the same.

159.     With regard to the allegations contained in numerical paragraph 154 of Plaintiff's Amended Complaint, including all sub-parts, Defendant denies said allegations as they are directed to him.  Defendant further denies any misrepresentation or false reporting regarding his investigation and/or testing.  To the extent said allegations are directed to any other Defendant in this matter, Defendant is without knowledge and/or information sufficient to form a belief as to the truth of the allegations and, therefore, denies the same.

160.     With regard to the allegations contained in numerical paragraph 155 of Plaintiff's Amended Complaint, the same are not directed to this answering Defendant.  Regardless, Defendant is without knowledge and/or information sufficient to form a belief as to the truth of said allegations and, therefore, denies the same.  In further response, the allegations in said paragraph call for a legal conclusion and interpretation of caselaw which this Defendant is not required to provide.  To the extent a response is so required, the same are hereby denied.

161.     Defendant is without knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in numerical paragraph 156 of Plaintiff's Amended Complaint and, therefore, denies the same.

162.     With regard to the allegations contained in numerical paragraph 157 of Plaintiff's Amended Complaint, the same are not directed to this answering Defendant.  Regardless, Defendant is without knowledge and/or information sufficient to form a belief as to the truth of said allegations and, therefore, denies the same.

163.     With regard to the allegations contained in numerical paragraph 158 of Plaintiff's Amended Complaint, the same are not directed to this answering Defendant.  Regardless, Defendant is without knowledge and/or information sufficient to form a belief as to the truth of said allegations and, therefore, denies the same.

164.    With regard to the allegations contained in numerical paragraph 159 of Plaintiff's Amended Complaint, the same are not directed to this answering Defendant.   Regardless, Defendant is without knowledge and/or information sufficient to form a belief as to the truth of said allegations and, therefore, denies the same.

165.    With regard to the allegations contained in numerical paragraph 160 of Plaintiff's Amended Complaint, the same are not directed to this answering Defendant.   Regardless, Defendant is without knowledge and/or information sufficient to form a belief as to the truth of said allegations and, therefore, denies the same.  In further response, said allegations call for a legal conclusion and/or interpretation of caselaw which this answering Defendant is not required to provide.  To the extent a response is so required, the same are hereby denied.

166.    With regard to the allegations contained in numerical paragraph 161 of Plaintiff's Amended Complaint, Defendant denies said allegations as they are directed to him.  Defendant further denies any misrepresentation or false reporting regarding his investigation and/or testing. Otherwise, Defendant is without knowledge and/or information sufficient to form a belief as to the truth of the balance of the allegations in said paragraph and, therefore, denies the same.

167.    With regard to the allegations contained in numerical paragraph 162 of Plaintiff's Amended Complaint, the same are not directed to this answering Defendant.   Regardless, Defendant is without knowledge and/or information sufficient to form a belief as to the truth of said allegations and, therefore, denies the same.

168.    With regard to the allegations contained in numerical paragraph 163 of Plaintiff's Amended Complaint, the same are not directed to this answering Defendant.   Regardless, Defendant is without knowledge and/or information sufficient to form a belief as to the truth of said allegations and, therefore, denies the same.

169.    With regard to the allegations contained in numerical paragraph 164 of Plaintiff's Amended Complaint, the same are not directed to this answering Defendant.   Regardless, Defendant is without knowledge and/or information sufficient to form a belief as to the truth of said allegations and, therefore, denies the same.

170.    With regard to the allegations contained in numerical paragraph 165 of Plaintiff's Amended Complaint, the same are not directed to this answering Defendant.   Regardless, Defendant is without knowledge and/or information sufficient to form a belief as to the truth of said allegations and, therefore, denies the same.

171.    With regard to the allegations contained in numerical paragraph 166 of Plaintiff's Amended Complaint, the same are not directed to this answering Defendant.   Regardless, Defendant is without knowledge and/or information sufficient to form a belief as to the truth of said allegations and, therefore, denies the same.

172.    With regard to the allegations contained in numerical paragraph 167 of Plaintiff's Amended Complaint, the same are not directed to this answering Defendant.   Regardless, Defendant is without knowledge and/or information sufficient to form a belief as to the truth of said allegations and, therefore, denies the same.

173.    With regard to the allegations contained in numerical paragraph 168 of Plaintiff's Amended Complaint, the same are not directed to this answering Defendant.   Regardless, Defendant is without knowledge and/or information sufficient to form a belief as to the truth of said allegations and, therefore, denies the same.

174.    With regard to the allegations contained in numerical paragraph 169 of Plaintiff's Amended Complaint, the same are not directed to this answering Defendant.   Regardless,

Defendant is without knowledge and/or information sufficient to form a belief as to the truth of said allegations and, therefore, denies the same.

175.    With regard to the allegations contained in numerical paragraph 170 of Plaintiff's Amended Complaint, including all sub-parts, the same are not directed to this answering Defendant.  Regardless, Defendant is without knowledge and/or information sufficient to form a belief as to the truth of said allegations and, therefore, denies the same.

176.    With regard to the allegations contained in numerical paragraph 171 of Plaintiff's Amended Complaint, the same are not directed to this answering Defendant.  Regardless, Defendant is without knowledge and/or information sufficient to form a belief as to the truth of said allegations and, therefore, denies the same.

177.    Defendant denies the allegations contained in numerical paragraph 172 of Plaintiff's Amended Complaint.

178.    Defendant denies the allegations contained in numerical paragraph 173 of Plaintiff's Amended Complaint.

179.    Defendant denies the allegations contained in numerical paragraph 174 of Plaintiff's Amended Complaint.

180.    Defendant denies the allegations contained in numerical paragraph 175 of Plaintiff's Amended Complaint.

181.    Defendant admits and denies the allegations incorporated by reference in paragraph 176 of Plaintiff's Amended Complaint as each and every allegation incorporated by reference in those paragraphs is specifically admitted or denied in this Answer.

182.    Defendant denies the allegations contained in numerical paragraph 177 of Plaintiff's Amended Complaint.

183.    Defendant denies the allegations contained in numerical paragraph 178 of Plaintiff's Amended Complaint.

184.    Defendant denies the allegations contained in numerical paragraph 179 of Plaintiff's Amended Complaint.

185.    Defendant denies the allegations contained in numerical paragraph 180 of Plaintiff's Amended Complaint.

186.    Defendant denies the allegations contained in numerical paragraph 181 of Plaintiff's Amended Complaint.

187.    Defendant denies the allegations contained in numerical paragraph 182 of Plaintiff's Amended Complaint.

188.    Defendant denies the allegations contained in numerical paragraph 183 of Plaintiff's Amended Complaint.

189.    With regard to the allegations contained in numerical paragraph 184 of Plaintiff's Amended Complaint, Defendant denies said allegations as they are directed to him.  To the extent said allegations are directed to any other Defendant in this matter, Defendant is without knowledge and/or information sufficient to form a belief as to the truth of said allegations and, therefore, denies the same.

190.    With regard to the allegations contained in numerical paragraph 185 of Plaintiff's Amended Complaint, Defendant denies said allegations as they are directed to him.  To the extent said allegations are directed to any other Defendant in this matter, Defendant is without knowledge and/or information sufficient to form a belief as to the truth of said allegations and, therefore, denies the same.

191.    With regard to the allegations contained in numerical paragraph 186 of Plaintiff's Amended Complaint, the same are not directed to this answering Defendant.   Regardless, Defendant is without knowledge and/or information sufficient to form a belief as to the truth of said allegations and, therefore, denies the same.

192.    Defendant admits and denies the allegations incorporated by reference in paragraph 187 of Plaintiff's Amended Complaint as each and every allegation incorporated by reference in those paragraphs is specifically admitted or denied in this Answer.

193.    Defendant denies the allegations contained in numerical paragraph 188 of Plaintiff's Amended Complaint.

194.    With regard to the allegations contained in numerical paragraph 189 of Plaintiff's Amended Complaint, Defendant admits that he was acting under color of law within the course and scope of his employment with the Kentucky State Police during his involvement with the criminal proceedings related to this Plaintiff.   Defendant is without knowledge and/or information sufficient to form a belief as to the truth of said allegations as they relate to any other Defendant, and therefore, denies the same.

195.    Defendant denies the allegations contained in numerical paragraph 190 of Plaintiff's Amended Complaint.

196.    Defendant denies the allegations contained in numerical paragraph 191 of Plaintiff's Amended Complaint.

197.    Defendant denies the allegations contained in numerical paragraph 192 of Plaintiff's Amended Complaint.

198.    Defendant denies the allegations contained in numerical paragraph 193 of Plaintiff's Amended Complaint.

199.    Defendant admits and denies the allegations incorporated by reference in paragraph 194 of Plaintiff's Amended Complaint as each and every allegation incorporated by reference in those paragraphs is specifically admitted or denied in this Answer.

200.    Defendant denies the allegations contained in numerical paragraph 195 of Plaintiff's Amended Complaint.

201.    Defendant denies the allegations contained in numerical paragraph 196 of Plaintiff's Amended Complaint.

202.    With regard to the allegations contained in numerical paragraph 197 of Plaintiff's Amended Complaint, Defendant admits that the Meade County Circuit Court vacated Clark and Hardin's convictions and dismissed the indictments against them.  Defendant denies the balance of the allegations in said paragraph.

203.    Defendant denies the allegations contained in numerical paragraph 198 of Plaintiff's Amended Complaint.

204.    Defendant denies the allegations contained in numerical paragraph 199 of Plaintiff's Amended Complaint.

205.    Defendant denies the allegations contained in numerical paragraph 200 of Plaintiff's Amended Complaint.

206.    With regard to the allegations contained in numerical paragraph 201 of Plaintiff's Amended Complaint, the same are not directed to this answering Defendant.  Regardless, Defendant is without knowledge and/or information sufficient to form a belief as to the truth of said allegations and, therefore, denies the same.

207.    With regard to the allegations contained in numerical paragraph 202 of Plaintiff's Amended Complaint, the same are not directed to this answering Defendant.  Regardless,

Defendant is without knowledge and/or information sufficient to form a belief as to the truth of said allegations and, therefore, denies the same.

208.    With regard to the allegations contained in numerical paragraph 203 of Plaintiff's Amended Complaint, the same are not directed to this answering Defendant.   Regardless, Defendant is without knowledge and/or information sufficient to form a belief as to the truth of said allegations and, therefore, denies the same.

209.    Defendant admits and denies the allegations incorporated by reference in paragraph 204 of Plaintiff's Amended Complaint as each and every allegation incorporated by reference in those paragraphs is specifically admitted or denied in this Answer.

210.    With regard to the allegations contained in numerical paragraph 205 of Plaintiff's Amended Complaint, Defendant denies said allegations as they are directed to him.   To the extent said allegations are directed to any other Defendant in this matter, Defendant is without knowledge and/or information sufficient to form a belief as to the truth of said allegations and, therefore, denies the same.

211.    With regard to the allegations contained in numerical paragraph 206 of Plaintiff's Amended Complaint, Defendant denies said allegations as they are directed to him.   To the extent said allegations are directed to any other Defendant in this matter, Defendant is without knowledge and/or information sufficient to form a belief as to the truth of said allegations and, therefore, denies the same.

212.    With regard to the allegations contained in numerical paragraph 207 of Plaintiff's Amended Complaint, Defendant denies said allegations as they are directed to him.   To the extent said allegations are directed to any other Defendant in this matter, Defendant is without

knowledge and/or information sufficient to form a belief as to the truth of said allegations and, therefore, denies the same.

213.    With regard to the allegations contained in numerical paragraph 208 of Plaintiff's Amended Complaint, Defendant denies said allegations as they are directed to him.   To the extent said allegations are directed to any other Defendant in this matter, Defendant is without knowledge and/or information sufficient to form a belief as to the truth of said allegations and, therefore, denies the same.

214.    With regard to the allegations contained in numerical paragraph 209 of Plaintiff's Amended Complaint, Defendant denies said allegations as they are directed to him.   To the extent said allegations are directed to any other Defendant in this matter, Defendant is without knowledge and/or information sufficient to form a belief as to the truth of said allegations and, therefore, denies the same.

215.    With regard to the allegations contained in numerical paragraph 210 of Plaintiff's Amended Complaint, Defendant denies said allegations as they are directed to him.   To the extent said allegations are directed to any other Defendant in this matter, Defendant is without knowledge and/or information sufficient to form a belief as to the truth of said allegations and, therefore, denies the same.

216.    With regard to the allegations contained in numerical paragraph 211 of Plaintiff's Amended Complaint, Defendant denies said allegations as they are directed to him.   To the extent said allegations are directed to any other Defendant in this matter, Defendant is without knowledge and/or information sufficient to form a belief as to the truth of said allegations and, therefore, denies the same.

217.    Defendant denies the allegations contained in numerical paragraph 212 of Plaintiff's Amended Complaint.

218.    Defendant admits and denies the allegations incorporated by reference in paragraph 213 of Plaintiff's Amended Complaint as each and every allegation incorporated by reference in those paragraphs is specifically admitted or denied in this Answer.

219.    Defendant denies the allegations contained in numerical paragraph 214 of Plaintiff's Amended Complaint.

220.    Defendant denies the allegations contained in numerical paragraph 215 of Plaintiff's Amended Complaint.

221.    Defendant denies the allegations contained in numerical paragraph 216 of Plaintiff's Amended Complaint.

222.    Defendant denies the allegations contained in numerical paragraph 217 of Plaintiff's Amended Complaint.

223.    Defendant denies the allegations contained in numerical paragraph 218 of Plaintiff's Amended Complaint.

224.    With regard to the allegations contained in numerical paragraph 219 of Plaintiff's Amended Complaint, the same are not directed to this answering Defendant.   Regardless, Defendant is without knowledge and/or information sufficient to form a belief as to the truth of said allegations and, therefore, denies the same.

225.    Defendant admits and denies the allegations incorporated by reference in paragraph 220 of Plaintiff's Amended Complaint as each and every allegation incorporated by reference in those paragraphs is specifically admitted or denied in this Answer.

226.    Defendant denies the allegations contained in numerical paragraph 221 of Plaintiff's Amended Complaint.

227.    Defendant denies the allegations contained in numerical paragraph 222 of Plaintiff's Amended Complaint.

228.    Defendant denies the allegations contained in numerical paragraph 223 of Plaintiff's Amended Complaint.

229.    Defendant denies the allegations contained in numerical paragraph 224 of Plaintiff's Amended Complaint.

230.    Defendant denies the allegations contained in numerical paragraph 225 of Plaintiff's Amended Complaint.

231.    Defendant denies the allegations contained in numerical paragraph 226 of Plaintiff's Amended Complaint.

232.    Defendant denies the allegations contained in numerical paragraph 227 of Plaintiff's Amended Complaint.

233.    With regard to the allegations contained in numerical paragraph 228 of Plaintiff's Amended Complaint, Defendant denies said allegations as they are directed to him.  To the extent said allegations are directed to any other Defendant in this matter, Defendant is without knowledge and/or information sufficient to form a belief as to the truth of said allegations and, therefore, denies the same.

234.    Defendant admits and denies the allegations incorporated by reference in paragraph 229 of Plaintiff's Amended Complaint as each and every allegation incorporated by reference in those paragraphs is specifically admitted or denied in this Answer.

235.    With regard to the allegations contained in numerical paragraph 230 of Plaintiff's Amended Complaint, the same are not directed to this answering Defendant.   Regardless, Defendant is without knowledge and/or information sufficient to form a belief as to the truth of said allegations and, therefore, denies the same.

236.    With regard to the allegations contained in numerical paragraph 231 of Plaintiff's Amended Complaint, the same are not directed to this answering Defendant.   Regardless, Defendant is without knowledge and/or information sufficient to form a belief as to the truth of said allegations and, therefore, denies the same.

237.    With regard to the allegations contained in numerical paragraph 232 of Plaintiff's Amended Complaint, the same are not directed to this answering Defendant.   Regardless, Defendant is without knowledge and/or information sufficient to form a belief as to the truth of said allegations and, therefore, denies the same.

238.    With regard to the allegations contained in numerical paragraph 233 of Plaintiff's Amended Complaint, the same are not directed to this answering Defendant.   Regardless, Defendant is without knowledge and/or information sufficient to form a belief as to the truth of said allegations and, therefore, denies the same.

239.    Defendant admits and denies the allegations incorporated by reference in paragraph 234 of Plaintiff's Amended Complaint as each and every allegation incorporated by reference in those paragraphs is specifically admitted or denied in this Answer.

240.    With regard to the allegations contained in numerical paragraph 235 of Plaintiff's Amended Complaint, the same are not directed to this answering Defendant.   Regardless, Defendant is without knowledge and/or information sufficient to form a belief as to the truth of said allegations and, therefore, denies the same.

241.    With regard to the allegations contained in numerical paragraph 236 of Plaintiff's Amended Complaint, the same are not directed to this answering Defendant.   Regardless, Defendant is without knowledge and/or information sufficient to form a belief as to the truth of said allegations and, therefore, denies the same.

242.    With regard to the allegations contained in numerical paragraph 237 of Plaintiff's Amended Complaint, the same are not directed to this answering Defendant.   Regardless, Defendant is without knowledge and/or information sufficient to form a belief as to the truth of said allegations and, therefore, denies the same.

243.    With regard to the allegations contained in numerical paragraph 238 of Plaintiff's Amended Complaint, the same are not directed to this answering Defendant.   Regardless, Defendant is without knowledge and/or information sufficient to form a belief as to the truth of said allegations and, therefore, denies the same.

244.    With regard to the allegations contained in numerical paragraph 239 of Plaintiff's Amended Complaint, the same are not directed to this answering Defendant.   Regardless, Defendant is without knowledge and/or information sufficient to form a belief as to the truth of said allegations and, therefore, denies the same.

245.    Defendant admits and denies the allegations incorporated by reference in paragraph 240 of Plaintiff's Amended Complaint as each and every allegation incorporated by reference in those paragraphs is specifically admitted or denied in this Answer.

246.    With regard to the allegations contained in numerical paragraph 241 of Plaintiff's Amended Complaint, the same are not directed to this answering Defendant.   Regardless, Defendant is without knowledge and/or information sufficient to form a belief as to the truth of said allegations and, therefore, denies the same.

247.     With regard to the allegations contained in numerical paragraph 242 of Plaintiff's Amended Complaint, the same are not directed to this answering Defendant.   Regardless, Defendant is without knowledge and/or information sufficient to form a belief as to the truth of said allegations and, therefore, denies the same.

248.     With regard to the allegations contained in numerical paragraph 243 of Plaintiff's Amended Complaint, the same are not directed to this answering Defendant.   Regardless, Defendant is without knowledge and/or information sufficient to form a belief as to the truth of said allegations and, therefore, denies the same.

249.     With regard to the allegations contained in numerical paragraph 244 of Plaintiff's Amended Complaint, the same are not directed to this answering Defendant.   Regardless, Defendant is without knowledge and/or information sufficient to form a belief as to the truth of said allegations and, therefore, denies the same.

250.     Defendant denies the allegations contained in numerical paragraph 245 of Plaintiff's Amended Complaint.

251.     Defendant admits and denies the allegations incorporated by reference in paragraph 246 of Plaintiff's Amended Complaint as each and every allegation incorporated by reference in those paragraphs is specifically admitted or denied in this Answer.

252.     With regard to the allegations contained in numerical paragraph 247 of Plaintiff's Amended Complaint, the same calls for a legal conclusion to which this Defendant is not required to provide.  To the extent a response is so required, the same are hereby denied.

253.     With regard to the allegations contained in numerical paragraph 248 of Plaintiff's Amended Complaint, the same are not directed to this answering Defendant.   Further, said

allegations call for a legal conclusion to which this Defendant is not required to provide. To the extent a response is so required, the same are hereby denied.

254.   Defendant admits and denies the allegations incorporated by reference in paragraph 249 of Plaintiff's Amended Complaint as each and every allegation incorporated by reference in those paragraphs is specifically admitted or denied in this Answer.

255.   Defendant denies the allegations contained in numerical paragraph 250 of Plaintiff's Amended Complaint.

256.   Defendant denies the allegations contained in numerical paragraph 251 of Plaintiff's Amended Complaint.

257.   Defendant denies the allegations contained in numerical paragraph 252 of Plaintiff's Amended Complaint.

258.   Defendant denies the allegations contained in numerical paragraph 253 of Plaintiff's Amended Complaint.

259.   Defendant denies the allegations contained in numerical paragraph 254 of Plaintiff's Amended Complaint.

260.   Defendant denies the allegations contained in numerical paragraph 255 of Plaintiff's Amended Complaint.

261.   Defendant admits and denies the allegations incorporated by reference in paragraph 256 of Plaintiff's Amended Complaint as each and every allegation incorporated by reference in those paragraphs is specifically admitted or denied in this Answer.

262.   Defendant denies the allegations contained in numerical paragraph 257 of Plaintiff's Amended Complaint.

263.     Defendant denies the allegations contained in numerical paragraph 258 of Plaintiff's Amended Complaint.

264.     Defendant denies the allegations contained in numerical paragraph 259 of Plaintiff's Amended Complaint.

265.     Defendant denies the allegations contained in numerical paragraph 260 of Plaintiff's Amended Complaint.

266.     Defendant denies the allegations contained in numerical paragraph 261 of Plaintiff's Amended Complaint.

267.     Defendant admits and denies the allegations incorporated by reference in paragraph 262 of Plaintiff's Amended Complaint as each and every allegation incorporated by reference in those paragraphs is specifically admitted or denied in this Answer.

268.     Defendant denies the allegations contained in numerical paragraph 263 of Plaintiff's Amended Complaint.

269.     Defendant denies the allegations contained in numerical paragraph 264 of Plaintiff's Amended Complaint.

270.     Defendant denies the allegations contained in numerical paragraph 265 of Plaintiff's Amended Complaint.

271.     Defendant denies the allegations contained in numerical paragraph 266 of Plaintiff's Amended Complaint.

272.     Defendant denies the allegations contained in numerical paragraph 267 of Plaintiff's Amended Complaint.

273.     Defendant generally denies all unnumbered allegations contained in headings, sub-headings, and captions.

274.     Defendant generally denies any and all allegations contained in the paragraph denoted "**WHEREFORE**" of Plaintiff's Amended Complaint.

275.     Defendant denies the allegations contained in Plaintiff's Amended Complaint not expressly admitted herein.

## SEVENTH DEFENSE

276.     Plaintiff's alleged injuries and damages, if any, are barred or reduced by his independent acts of negligence, comparative negligence and/or assumption of the risk.

## EIGHTH DEFENSE

277.     Plaintiff claims are barred by the applicable statute of limitations.

## NINTH DEFENSE

278.     Defendant denies each and every explicit or implicit allegation in Plaintiff's Amended Complaint that he provided false testimony to any court.

## TENTH DEFENSE

279.     The claims of the Plaintiff, as asserted in the Amended Complaint, were the result of his own intentional and willful acts and omissions and, as such, the Plaintiff is estopped from bringing this action.

## ELEVENTH DEFENSE

280.     Plaintiff has failed to mitigate and/or minimize his alleged damages.

## TWELFTH DEFENSE

281.     This Defendant cannot be held vicariously liable for any conduct of any of the other named Defendants for any actions any of said Defendants took with regard to the Plaintiff.

**THIRTEENTH DEFENSE**

282.    Plaintiff's Amended Complaint may be barred, in whole or in part, by the doctrines of qualified immunity, absolute immunity, official immunity, discretionary function immunity, governmental immunity, sovereign immunity, good faith immunity, and provisions contained within the U.S. Constitution and/or the Kentucky Constitution.

**FOURTEENTH DEFENSE**

283.    Any alleged violation of the Plaintiff's rights as described within the Amended Complaint, as well as the alleged injuries and damages, if any in fact, may have been the direct or proximate result of the negligence of the Plaintiff or in the alternative, were the direct or proximate result of the negligence of some third person or persons acting independently or jointly with Plaintiff, or in the alternative, were the direct or proximate result of some superseding or intervening cause, or in the alternative, were the direct or proximate result of an unavoidable accident, but were not due to any negligence or intentional acts on the part of Defendant. Such alternative causes act as a bar, in whole or in part, to the Plaintiff's recovery herein.

**FIFTEENTH DEFENSE**

284.    To the extent Plaintiff seeks punitive damages, Defendant denies he is guilty of conduct to which punitive damages could or should be awarded, and denies that Plaintiff has produced sufficient evidence to support or sustain the imposition of punitive damages against Defendant.   Further, the imposition of punitive damages in this matter would violate the constitutional rights of Defendant secured by both the United States Constitution and the Kentucky Constitution, this includes, but is not limited to, Defendant's substantive and procedural due process rights.   Moreover, an award of punitive damages would violate the

provisions of both the United States Constitution and Kentucky Constitution and is subject to any and all applicable statutory, constitutional and/or common law limits on punitive damages as interpreted by the Courts of the United States and the Courts of the States themselves.

## SIXTEENTH DEFENSE

285.    Plaintiff's Amended Complaint may be barred, in whole or in part, by the doctrines of laches, waiver, estoppel and/or unclean hands.

## SEVENTEENTH DEFENSE

286.    Plaintiff's Amended Complaint may be barred, in whole or in part, by the doctrines of *res judicata*, collateral estoppel and/or issue preclusion, and/or claim preclusion.

## EIGHTEENTH DEFENSE

287.    At all times relevant to this action, this Defendant acted reasonably and with probable cause under the facts known or reasonably believed at the time. Furthermore, this Defendant pleads necessity, provocation and/or justification defenses which may completely or partially bar Plaintiff's Amended Complaint.

## NINETEENTH DEFENSE

288.    Defendant pleads "legal authority," and probable cause as a complete or partial bar to Plaintiff's Amended Complaint. At all times mentioned in the Amended Complaint, Defendant acted in good faith.

## TWENTIETH DEFENSE

289.    Plaintiff's claims for intentional infliction of emotional distress are subject to dismissal because Kentucky law prohibits an independent claim for emotional distress in situations where damages for emotional harm are otherwise recoverable.

## TWENTY-FIRST DEFENSE

290.    Thurman reserves the right to amend his Answer to asserted additional affirmative defenses, counterclaims, crossclaims, or third-party claims as may become necessary due to a change in the law or in conformity with the evidence adduced at trial.

**WHEREFORE**, Defendant, Robert Thurman, prays and demands:

a.   That all claims of Plaintiff against him be dismissed with prejudice;

b.   For his costs herein expended, including attorney's fees;

c.   For a trial by jury on all issues so triable; and

d.   For any and all other relief to which he may be entitled.

Respectfully submitted,

McBRAYER, McGINNIS, LESLIE
   & KIRKLAND, PLLC
201 East Main Street, Suite 900
Lexington, Kentucky  40507
(859) 231-8780
(859) 231-6518 facsimile
jmorgan@mmlk.com

 _/s/ Jason S. Morgan_
JASON S. MORGAN
STEPHEN G. AMATO
JASON R. HOLLON
ATTORNEYS FOR DEFENDANT,
ROBERT THURMAN

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of June, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all of the attorneys of record in the case.

 _/s/ Jason S. Morgan_
ATTORNEYS FOR DEFENDANT,
ROBERT THURMAN

4821-3808-6764, v. 1