## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

### FILED ELECTRONICALLY

| | |
|---|---|
| JEFFREY DEWAYNE CLARK, and GARR KEITH HARDIN ) ) ) ) | |
| Plaintiffs ) ) | |
| v. ) ) | Case No. 3:17-cv-419-DJH |
| LOUISVILLE JEFFERSON COUNTY METRO GOVERNMENT, et al. ) ) ) ) | |
| Defendants ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

### NOTICE OF SERVICE

Comes Defendant, Robert Thurman ("Thurman"), by and through counsel, and hereby gives the Court and the parties notice of the service of the following on October 4, 2018:

    1.    Defendant, Robert Thurman's, First Set of Interrogatories to Plaintiff Garr Keith Hardin;

    2.    Defendant, Robert Thurman's, First Set of Interrogatories to Plaintiff Jeffrey Dewayne Clark;

    3.    Defendant, Robert Thurman's, First Set of Requests for Production of Documents to Plaintiff Jeffrey Dewayne Clark;

    4.    Defendant, Robert Thurman's, First Set of Requests for Production of Documents to Plaintiff Garr Keith Hardin;

5. Defendant, Robert Thurman's, First Set of Requests for Admission to Plaintiff Garr Keith Hardin; and

6. Defendant, Robert Thurman's, First Set of Requests for Admission to Plaintiff Jeffrey Dewayne Clark.

    Respectfully submitted,

    MCBRAYER, MCGINNIS, LESLIE
    & KIRKLAND, PLLC
    201 E. Main Street, Suite 900
    Lexington, KY  40507
    (859) 231-8780

    */s/ Jason R. Hollon*
    JASON S. MORGAN
    STEPHEN G. AMATO
    JASON R. HOLLON
    *Counsel for Defendant Robert Thurman*

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of October, 2018, a true and correct copy of the foregoing was served via electronically with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

    */s/ Jason R. Hollon*
    JASON R. HOLLON

4845-4263-0262, v. 1