UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

*Electronically Filed*

**JEFFREY DEWAYNE CLARK**
**GARR KEITH HARDIN**

      **PLAINTIFFS,**

    **VS.**                          **CIVIL NO. 3:17-CV-00419-DJH-CHL**

**LOUISVILLE JEFFERSON COUNTY**
**METRO GOVERNMENT,** *ET AL.*

      **DEFENDANTS.**

---

### DEFENDANT MARK HANDY'S MOTION TO STAY ALL DISCOVERY DIRECTED TO HIM PENDING RESOLUTION OF HIS CRIMINAL TRIAL

---

Defendant Mark Handy ("Mr. Handy") moves the Court to stay all discovery propounded upon him pending the outcome of his state criminal proceeding. As explained in the attached memorandum in support, a stay of all discovery directed to him is necessary to protect his rights in the criminal proceeding and in this one, and to promote the just and efficient resolution of this action. This Court has granted such a stay in many similar cases, and it should do so again here.

                        Respectfully submitted,

                        */s/ Kent Wicker*
                        Kent Wicker
                        Andrew Pellino
                        William Brammell Jr.
                        Dressman Benzinger LaVelle psc
                        2100 Waterfront Plaza
                        321 West Main Street
                        Louisville, KY 40202

                        *Counsel for Defendant Mark Handy*