## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| **JEFFREY DEWAYNE CLARK and** | ) | |
| **GARR KEITH HARDIN,** | ) | |
| | ) | HON. DAVID J. HALE |
| **Plaintiffs,** | ) | |
| | ) | MAG. COLIN H. LINDSAY |
| **v.** | ) | |
| | ) | |
| **LOUISVILLE JEFFERSON** | ) | Case No. 17-CV-419 |
| **COUNTY METRO GOVT, et al.,** | ) | |
| | ) | |
| **Defendants.** | | |

### AGREED ORDER FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT MARK HANDY'S MOTION TO STAY DISCOVERY

By agreement of the Plaintiffs and Defendant Mark Handy, Plaintiffs shall have up to and including April 3, 2019, to respond to Defendant Handy's pending motion to stay all discovery directed to him. *See* D.E. 78.

**ENTERED** this ____ day of March, 2019

_____

Hon. David J. Hale
Hon. Colin H. Lindsay

SEEN AND AGREED TO:

/s/ Richard W. Sawyer

Barry Scheck*
Nick Brustin*
Emma Freudenberger*
Richard W. Sawyer*
NEUFELD SCHECK & BRUSTIN, LLP

/s/ Elliot Slosar

Arthur Loevy*
Jon Loevy*
Michael Kanovitz*
Elliot Slosar*
Amy Robinson-Staples

99 Hudson Street, 8th Floor
New York, New York 10013
(212) 965-9081

Larry D. Simon (Ky. Bar No. 64355)
Attorney at Law
Kentucky Home Life Building, 17th Floor
239 South Fifth Street
Louisville, Kentucky 40202-3248
(502) 589-4566
***Attorneys for Plaintiff Garr Keith Hardin***
*\* Attorneys admitted pro hac vice*


William H. Brammel, Jr.
Kent Wicker
William H. Brammell, Jr.
Andrew D. Pellino
DRESSMAN BENZINGER LaVELLE PSC
321 W. Main Street, Suite 2100
Louisville, KY 40202
(502) 572-2500
***Attorneys for Defendant Mark Handy***

LOEVY & LOEVY
311 N. Aberdeen St., 3rd Floor
Chicago, IL 60607
***Attorneys for Plaintiff***
***Jeffrey Dewayne Clark***

2