

**Neufeld Scheck & Brustin, LLP**

Tel: [212] 965-9081  
Fax: [212] 965-9084  

99 Hudson Street, 8th Floor  
New York, New York 10013  
nsbcivilrights.com

July 22, 2019

**BY ECF**

Honorable Colin H. Lindsay  
United States District Court  
For the Western District of Kentucky  
601 W. Broadway  
Louisville, KY 40202

Re:   *Clark v. Louisville Jefferson County Metro Gov't, et al.*, 17-cv-419-DJH, and  
*Hardin v. Louisville Jefferson County Metro Gov't, et al.*, 17-cv-420-DJH

Dear Judge Lindsay:

In advance of the Court's telephonic conference, currently scheduled for August 29, 2019, please find a proposed amended scheduling Order, agreed to by all the parties, extending fact discovery by six months. Plaintiff's Exhibit A.

Thank you for your consideration,

/s/ Len Kamdang  
Len Kamdang  
*Counsel for Plaintiff Garr Keith Hardin*

cc:   All Counsel (via ECF)