# EXHIBIT C



1024 Capital Center Drive
Frankfort, KY 40601

**Department of Criminal Investigations**
"Protecting Public Trust and Our Most Vulnerable"

To: Tina Howard, Finance – Office of Admin. Services

From: Commissioner John Moberly, Department of Criminal Investigations

Date: September 12, 2018

Subject: Payment of DNA and related testing

On May 28, 2018, after obtaining a search warrant, Det. Jay Scott collected a buccal swab of Mr. James Whitely and submitted it to the KSP Central Lab the following day. Mr. Whitely is a person of interest in a murder investigation that was investigated in part by the Louisville Police Department in 1992, Case # 92-010992. The original case convictions were recently overturned through an appeal and additional investigation was needed to potentially identify or clear Mr. Whitely as a suspect.

The Department of Criminal Investigation is providing a supporting role to LMPD in this recently re-opened murder investigation and we will be paying for all future related testing of the DNA buccal swab sample submitted for testing on May 24, 2018. Current cost expectations are approximately $2,500.00 and will need to be paid with DCI forfeiture funds.

John Moberly
Commissioner, DCI

-*Kentucky Office of the Attorney General*-
*General Andy Beshear*

KY OAG 00067