# EXHIBIT D



Len Kamdang <len@nsbcivilrights.com>

# HARDIN/CLARK v. LOUISVILLE et al - Pending Requests and Additional Issues

**Ervin, Peter F.** <Peter.Ervin@louisvilleky.gov>  Wed, Jul 10, 2019 at 4:25 PM
To: Len Kamdang <len@nsbcivilrights.com>, Keith Bond <rkbond@clblegal.com>
Cc: Rick Sawyer <rick@nsbcivilrights.com>, Elliot Slosar <elliot@loevy.com>, "Abner, David B (Justice)" <dabner@ky.gov>, Amy Staples <amy@loevy.com>, Andrew Garverich <agarverich@clblegal.com>, Anna Benvenutti Hoffmann <Anna@nsbcivilrights.com>, "Brammell, William, H" <bbrammell@dbllaw.com>, "Cody D Weber (KSP)" <cody.weber@ky.gov>, Dana Grant <dgrant@dbllaw.com>, Emma Freudenberger <emma@nsbcivilrights.com>, Jason Morgan <jmorgan@mmlk.com>, "Jason R. Hollon" <jhollon@mmlk.com>, Langston Glaude <langston@nsbcivilrights.com>, Larry Simon <larrysimonlawoffice@gmail.com>, Larry Simon <larrylawyerguy@aol.com>, Nick Brustin <nick@nsbcivilrights.com>, "Pellino, Andrew, D" <apellino@dbllaw.com>, "Robin L (KSP)" <robinl.pierson@ky.gov>, Steve Amato <samato@mmlk.com>, "Taylor, Annale" <Annale.Taylor@louisvilleky.gov>, "Wicker, Kent J." <kwicker@dbllaw.com>, "dasamwaru@dbllaw.com" <dasamwaru@dbllaw.com>, "dpritchard@mmlk.com" <dpritchard@mmlk.com>, "dsamwaru@dbllaw.com" <dsamwaru@dbllaw.com>, "dwalker@mmlk.com" <dwalker@mmlk.com>, "Johnson, Judi L" <Judi.Johnson@louisvilleky.gov>, "kcampbell@dbllaw.com" <kcampbell@dbllaw.com>, Kimberly Kidd <kkidd@mmlk.com>, "nbrothers@clblegal.com" <nbrothers@clblegal.com>, "pfervin3@yahoo.com" <pfervin3@yahoo.com>, "pfulkerson@clblegal.com" <pfulkerson@clblegal.com>, "rvedder@mmlk.com" <rvedder@mmlk.com>

Counsel,

At the beginning of today's deposition of Clifford Capps, we provided a copy of recordings made during an investigation conducted by the Kentucky Attorney General's Office. Following the adjournment of the deposition, plaintiffs' counsel made a statement for the record regarding the timeliness of the disclosure of this material. For the record, counsel for Metro and related defendants was not aware of the recordings at the time it filed its initial disclosures. Nor were they aware of the recordings at the time they responded to written discovery served by the plaintiffs. On inquiry, after roomer of an ongoing investigation, on March 18, 2019, counsel learned that there was no ongoing LMPD investigation into the murder of Rhonda Sue Warford, but that the KyOAG was investigating with assistance of an LMPD officer. On April 24, 2019, counsel attempted to determine the nature of information that LMPD may be in possession of. On June 5, 2019, counsel had their first opportunity to meet with LMPD personnel and obtain the materials they possessed in relationship to the KyOAG investigation. The attorney managing the discovery materials in this matter left for a 2 week vacation shortly thereafter without any opportunity to identify or digest the materials. On July 3, 2019, counsel provided Amended Disclosures identifying the materials which were produced today.

Peter

Peter F. Ervin

Assistant County Attorney

Office of Mike O'Connell, Jefferson County Attorney

531 Court Place, Suite 900

Louisville, Kentucky 40202

(502) 574-6621