**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CIVIL ACTION NO. 3:17-CV-419-CRS-CHL**

**JEFFREY DEWAYNE CLARK, et al.,**                                                              **Plaintiffs,**

v.

**LOUISVILLE JEFFERSON COUNTY**
**METRO GOVERNMENT, et al.,**                                                                    **Defendants.**

**ORDER**

Before the Court is a joint status report submitted by the Parties in compliance with the Court's September 9, 2019 Order (DN 105). (DN 108.) The Parties reported that they are working through a number of discovery issues and are currently identifying deposition dates so as to be on track to complete fact discovery on or before the current March 2, 2020 deadline. The Parties also requested that the Court extend the dispositive and *Daubert* motions deadline to October 16, 2020. The Court previously extended all other deadlines in its September 9, 2019 Order (DN 105) but, due to a scrivener's error, failed to extend the dispositive and *Daubert* motions deadline. The Court will do so now. The Parties also reported that there are a few discovery issues on which the Parties would like the Court's guidance. Therefore, the Court will set this matter for a telephonic status conference before the undersigned as set forth below.

Accordingly,

IT IS HEREBY ORDERED that no later than **October 16, 2020**, counsel for the Parties shall file all dispositive motions and any motions objecting to the admissibility of expert witness testimony under Federal Rule of Evidence 702, *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), and *Kumho Tire Co. v. Carmichael*, 526 U.S. 137 (1999).

2

IT IS FURTHER ORDERED that this matter is set for a telephonic status conference before the undersigned on **October 30, 2019** at **9:30 A.M. E.D.T.** Counsel for the parties shall connect to the conference by dialing toll free number 1-888-808-6929 and entering access code 2773744#.  On or before **October 25, 2019**, the Parties shall jointly submit via e-mail to chambers_lindsay@kywd.uscourts.gov a copy of the discovery requests and responses about which they have a dispute for the Court's reference during the call.

Colin H Lindsay, Magistrate Judge
United States District Court

cc:  Counsel of record
October 3, 2019