UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

*ELECTRONICALLY FILED*

**JEFFREY DEWAYNE CLARK**
**GARR KEITH HARDIN**

**PLAINTIFFS**

VS.                              CIVIL NO. 3:17-CV-00419-DJH-CHL

**LOUISVILLE JEFFERSON COUNTY**
**METRO GOVERNMENT,** *ET AL.* **,**

**DEFENDANTS.**

---

**PLAINTIFFS' JOINT STATUS REPORT ON DISCOVERY DISPUTE
WITH DEFENDANT CITY OF LOUISVILLE**

---

Plaintiffs Jeffrey Dewayne Clark and Garr Keith Hardin provide this joint status report on the outstanding discovery dispute with Defendant City of Louisville. In support, Plaintiffs state as follows:

1. On August 12, 2019, Plaintiffs issued written discovery requests to Defendant City of Louisville. Those requests sought discovery relating to other homicide investigations that Defendant Handy worked on while assigned to the crimes against persons squad of the Louisville Police Department. On September 11, 2019, Defendant City of Louisville responded to Plaintiffs' discovery requests with boilerplate objections. A discovery dispute ensued.

1

2. On September 30, 2019, the parties informed this Court of the nature of the discovery dispute. *See* Dckt. No. 108.

3. On October 31, 2019, this Court ordered that the parties meet and confer regarding the discovery dispute in an attempt to reach a compromise. *See* Dckt. No. 111. Critically, this Court held that if the parties were unable to resolve their dispute, that Plaintiffs were granted leave to file a motion to compel no sooner than December 2, 2019 and no later than December 16, 2019. *See* Dckt. No. 111 at 2.

4. Pursuant to this Court's order, the parties have engaged in a good-faith effort to resolve the outstanding discovery dispute.

5. To date, Defendant City of Louisville has produced assignment logs responsive to Plaintiffs' discovery requests, supplemented their initial discovery responses, and is believed to be compiling documents responsive to Plaintiffs' discovery requests.

6. Although Plaintiffs have not received the homicide investigative files, Plaintiffs believe that Defendant City of Louisville is undertaking a copying process that will result in the production of the discovery at issue.

7. Given that the parties are collaborating on this discovery dispute, Plaintiffs wish to apprise the Court that a motion to compel is unnecessary at this time. Should the meet and conferral process become unsuccessful in resolving the dispute, Plaintiffs will seek leave from this Honorable Court to file a motion to compel.

3

                                          Respectfully submitted,

| | |
|---|---|
| /s/ Elliot Slosar | /s/ Larry D. Simon |
| | |
| Arthur Loevy | Larry D. Simon (Ky. Bar No. 64355) |
| Jon Loevy | Attorney at Law |
| Michael Kanovitz | Kentucky Home Life Building, 17th Flr |
| Elliot Slosar | 239 South Fifth Street |
| Amy Robinson-Staples | Louisville, KY 40202 |
| LOEVY & LOEVY | (502) 589-4566 |
| 311 N. Aberdeen St., 3rd Floor | |
| Chicago, IL 60607 | |
| | |
| ***Attorneys for Plaintiff Jeffrey Clark*** | ***Attorney for Plaintiff Garr Keith Hardin*** |
| | |
| | Barry Scheck |
| | Nick Brustin |
| | Emma Freudenberger |
| | Rick Sawyer |
| | Katie McCarthy |
| | Kate Fetrow |
| | NEUFELD SCHECK & BRUSTIN, LLP |
| | 99 Hudson Street, 8th Floor |
| | New York, New York 10013 |
| | (212) 965-9081 |
| | |
| | ***Attorneys for Plaintiff Garr Keith Hardin*** |

3

## CERTIFICATE OF SERVICE

      I, Elliot Slosar, an attorney, hereby certify that on December 13, 2019, I filed the foregoing motion via the Court's CM/ECF System and thereby served a copy on all counsel of record.

/s/ Elliot Slosar