```
                     UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF KENTUCKY
                  CIVIL ACTION NO. 3:17-CV-00419-DJH
```

JEFFREY DWAYNE CLARK                                          PLAINTIFF

VS.

LOUISVILLE JEFFERSON COUNTY
METRO GOVERNMENT, ET. AL.                                    DEFENDANTS

and

GARR KEITH HARDIN                                             PLAINTIFF

VS.

LOUISVILLE JEFFERSON COUNTY
METRO GOVERNMENT, ET. AL.                                    DEFENDANTS

## JOINT STATUS REPORT OF THE PARTIES

\* \* \* \* \* \* \* \* \* \* \* \*

Come all parties by and through Counsel, and pursuant to the Order of the Court (DN 133), the parties conducted a teleconference regarding their ability to travel for depositions and any agreements reached between the parties regarding fact discovery depositions, provide the following Status Report to the Court:

1. That the parties conferred by teleconference on May 27, 2020;

2. That counsel for Plaintiffs believe that they will be able to travel safely by air by the end of June 2020 or early July 2020;

3. That the parties discussed conducting certain depositions by Zoom or other remote means, as well as the need to conduct certain depositions in person;

4. That the parties tentatively agreed to schedule remote depositions via Zoom in June 2020, with specific dates to be determined;

5. That July 2020 and August 2020 dates were discussed and all parties agreed to hold certain weeks for depositions by Plaintiffs and Defendants, with the parties agreeing that any deposition location would have to be large enough to accommodate the attendance of counsel and witness(es) and comply with any CDC and/or state guidelines for such activities, to include social distancing, protective masking and a sanitary environment; and in addition would require the agreement of the deponent to appear at said location;

6. That there is the need to take the in-person depositions of certain non-parties, and their dates and times to be deposed in July and August 2020 would be subject to an ability to obtain service upon said individual and the individual actually appearing;

7. That the status of the criminal proceedings of Defendant Handy were discussed, and it appears that the next proceeding associated with the criminal case of Defendant Handy is set for

mid-July; therefore, the in person deposition of Defendant Handy was tentatively set for August 4 **or** 5, 2020;

8. That **as soon** as Mr. Handy's criminal proceedings conclude, the parties will renew their motion in state court for production of the Grand Jury minutes in that case, with a ruling to be issued by the Court with that exact date unknown to the parties hereto;

9. That after the Grand Jury Proceedings are produced and Mr. Handy deposed, the Plaintiffs would schedule additional in person depositions of the supervisory personnel of the Louisville Police Department to include Jim Woosley, James Clark, Jay Pierce, James Griffiths, and the City 30(b)(6) *Monell* deposition;

10. That in light of delays caused by the COVID-19 pandemic, and the pendency of Mr. Handy's criminal prosecution as well as the outstanding motion for the Grand Jury minutes in the State court, the parties agree that--despite due diligence--it will not be possible to complete discovery by the current August 4, 2020 deadline.

11. Accordingly, the parties will be filing a motion for extension of discovery with the Court in short order.

*/s/ Amy R. Staples_w/permission__*
Elliot Slosar
Jon Loevy
Arthur Loevy
Michael Kanovitz
Loevy & Loevy
Amy Robinson Staples
311 N. Aberdeen, 3rd Floor
Chicago, IL 60607
amy@loevy.com


*/s/ Peter F. Ervin_ w/permission____*
Peter Frank Ervin
Assistant Jefferson County Attorney
531 Court Place, Suite 900
Louisville, KY 40202
Peter.ervin@louisvilleky.gov


*/s/_Larry D. Simon__ w/permission____*
Larry D. Simon
Kentucky Home Life Building, 17th Floor
239 South Fifth St.
Louisville, KY 40202
larrysimonlawoffice@gmail.com


*/s/ Katie McCarthy  w/permission__*
Nick Brustin
Anna Benvenutti Hoffman**n**
**Katie McCarthy**
**Kate Fetrow**
Neufeld **Scheck** & Brustin, LLP
99 Hudson Street, 8th Floor
New York, New York 10013
katie@nsbcivilrights.com

*/s/ Peter Rosene__ w/permission____*
Jason S. Morgan
Stephen G. Amato
Peter Rosene
McBrayer McGinnis, Leslie
& Kirkland, PLLC
201 East Main Street, Ste. 900
Lexington, KY 40507
jmorgan@mmlk.com


*/s/ William Brammell Jr.  w/permission__*
William Brammell Jr.
Kent Wicker
Andrew Pellino
Dressman, Benzinger, LaVelle, PSC
2100 Waterfront Plaza
Louisville, KY 40202


*/s/ R. Keith Bond*
R. Keith Bond
Andrew T. Garverich
Coleman Lochmiller & Bond
2907 Ring Road
Elizabethtown, KY  42701
rkbond@clblegal.com
agarverich@clblegal.com