# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| JEFFREY DEWAYNE CLARK and GARR KEITH HARDIN, | |
| Plaintiffs, | HON. GREG N. STIVERS |
| | MAG. COLIN H. LINDSAY |
| v. | |
| LOUISVILLE JEFFERSON COUNTY METRO GOVT, et al., | Case No. 17-CV-419-GNS-CHL |
| Defendants. | |

## JOINT STATUS REPORT OF THE PARTIES

Come all parties by and through Counsel, in accordance with the December 4, 2020 Order of the Court (Dkt. No. 166), and file this joint status report on these proceedings.

As the Court is aware, the deposition of non-party Mr. James Whitely, initially scheduled for January 21, 2021, was postponed after Mr. Whitely requested that the Court appoint counsel to represent him. Subsequently, the Court granted Mr. Whitely's request and appointed him counsel for the limited purpose of representing him at and in preparation for his deposition in this case. His deposition was rescheduled for March 12, 2021 and conducted on that date.

On February 15, 2021, Plaintiffs Hardin and Clark, by and through their counsel, took the deposition of non-party Mr. Julius Clark. Soon after in mid-February 2021, the parties scheduled the depositions of Defendants Jim Woosley, James Griffiths, James Clark and non-party Jay Pierce. On March 26, 2021, Plaintiffs

Hardin and Clark, by and through their counsel, took the deposition of Defendant Jim Woosley. The depositions of Defendants James Clark and James Griffiths, and non-party Jay Pierce are scheduled for April 9, April 12, and April 13, respectively.

In terms of outstanding paper discovery, in July 2020, Plaintiffs served the City with a request to produce all documents and electronic communications, including emails, relevant to Plaintiffs' municipal liability case. Counsel for Plaintiffs and the City have since conferred and agreed upon search term parameters. The City has represented that a search is underway of both its hard drives and email accounts of relevant LMPD officials and officers for agreed-upon terms. Initial searches of email accounts produced results in excess of 5 million. Plaintiffs and the City continue to work to narrow search terms to produce better results. The City has further represented that it will review and produce responsive documents on a rolling basis. To date, the City has not produced any communications. Until Plaintiffs have received this discovery, Plaintiffs will not be able to schedule the outstanding *Monell* 30(b)(6) deposition. As such, the parties have not yet scheduled the 30(b)(6) *Monell* deposition or the deposition of Eugene Sherrard but intend to schedule those depositions in the near future.

On March 26, 2021, Defendant Handy filed a Motion to Schedule a Plea Date in Jefferson Circuit Court requesting the matter to be heard before Judge Stevens on April 5, 2021. (*See* **Exhibit A**). In support of his motion, Defendant Handy volunteered to the state court that he signed and accepted the Commonwealth's Offer on a Plea of Guilty. If Judge Stevens accepts Defendant Handy's plea, Plaintiffs do

not anticipate that additional time will be needed to complete discovery beyond the current August 3, 2021 deadline; however, Defendants perceive additional time will be necessary to complete fact discovery. The parties will have more information regarding the timeline of Handy's criminal proceeding after the April 5, 2021 proceeding. The parties thus respectfully request an opportunity to submit an update to the Court following that proceeding with proposed modifications to the schedule, if appropriate.

DATED: March 31, 2021

**Respectfully submitted**,

/s/ Katie McCarthy
Nick Brustin
Anna Benvenutti Hoffmann
Katie McCarthy
Julian Clark

NEUFELD SCHECK & BRUSTIN, LLP
99 Hudson Street, 8th Floor
New York, New York 10013

/s/ Larry Simon
Larry D. Simon (Ky. Bar No. 64355)
Attorney at Law
Kentucky Home Life Bldg, 17th Flr
239 South Fifth Street
Louisville, KY 40202

*Attorneys for Plaintiff Garr Keith Hardin*

/s/ Amy Robinson Staples
Arthur Loevy
Jon Loevy

Michael Kanovitz
Elliot Slosar
Amy Robinson Staples
LOEVY & LOEVY
311 N. Aberdeen St., 3rd Floor
Chicago, IL 60607

*Attorneys for Plaintiff Jeffrey Clark*

/s/ William Brammell Jr.
Kent Wicker
Andrew Pellino
William Brammell Jr.
Dressman Benzinger LaVelle psc
2100 Waterfront Plaza
321 West Main Street
Louisville, KY 40202

*Attorneys for Defendant Mark Handy*

/s/ Roy Denny
Peter Frank Ervin

3

Roy Denny
Jefferson County Attorney
531 Court Place, Suite 900
Louisville, KY 40202

***Attorney for Defendant Louisville Jefferson County Metro Government***

/s/ Robert Keith Bond
Robert K. Bond
Andrew T. Garverich
Coleman Lochmiller & Bond
2907 Ring Road
P.O. Box 1177
Elizabethtown, KY 42702-1177

***Attorneys for Meade County Defendants***

/s/ Peter J. Rosene
Peter J. Rosene
Jason S. Morgan
Stephen G. Amato
Kathryn A. Eckert
McBrayer, McGinnis, Leslie &
Kirkland, PLLC - Lexington
201 E. Main Street, Suite 900
Lexington, KY 40507

David B. Abner
Kentucky State Police Legal Office
919 Versailles Road
Frankfort, KY 40601

***Attorneys for Defendant Robert Thurman***

# Exhibit A

No. 18-CR-2871                                                JEFFERSON CIRCUIT COURT
DIVISION SIX (6)
JUDGE OLU A. STEVENS

COMMONWEALTH OF KENTUCKY                                PLAINTIFF

v.                        **MOTION TO SCHEDULE PLEA DATE**

MARK HANDY                                                                         DEFENDANT

_____

## NOTICE

This matter shall be heard before the Honorable Olu A. Stevens, Judge, Jefferson Circuit Court, Division Six (6), on the **5th day of April, 2021,** at the hour of **11:00 A.M.**, or a soon thereafter as counsel may be heard.

## MOTION

Comes now the defendant, Mark Handy, though counsel, and hereby requests the Court to schedule this matter for a plea date.

In support of his motion, Defendant would show that he has signed and accepted the attached Commonwealth's Offer on a Plea of Guilty.

                                                        */s/ Brian Butler*
                                                        Brian Butler
                                                        bbutler@stites.com

                                                        **STITES & HARBISON PLLC**
                                                        400 West Market Street
                                                        Suite 1800
                                                        Louisville, KY 40202-3352
                                                        Telephone: (502) 587-3400

                                                        Counsel for Defendant

**CERTIFICATE OF SERVICE**

   I hereby certify that on the 26th day of March, 2021, a copy of the foregoing Motion to Schedule a Plea Date was electronically filed with the KYe-Courts CourtNet filing system which will notify all parties of record.

                   */s/ Brian Butler*
                   Brian Butler

1433872:1

18FFD859-EC81-4CFB-917D-CF263E26E325 : 000002 of 000004

No. 18-CR-2871                                              JEFFERSON CIRCUIT COURT
                                                                                                     DIVISION SIX (6)
                                                                    JUDGE OLU A. STEVENS

COMMONWEALTH OF KENTUCKY                                                       PLAINTIFF

v.                                                           **ORDER**

MARK HANDY                                                                                          DEFENDANT

_____

        This matter having come before the Court on the motion of the Defendant, Mark Handy, to schedule this matter for a plea date; the Court having reviewed the Motion and being otherwise sufficiently advised;

        IT IS HEREBY ORDERED that this matter shall come before the Court for the entry of a plea on _____ at _____.M.

                                                                 _____
                                                                 JUDGE

                                                                 _____
                                                                 DATE

Tendered by:

*/s/ Brian Butler*_____
Brian Butler, Counsel for Defendant

Clerk send copies to:

All Counsel of Record

1433880:1

| | | |
|---|---|---|
| AOC-491.1  Doc. Code: COPG<br>Rev. 9-03    7/14/04<br>Page 1 of 2   Ver. 1.01<br>Commonwealth of Kentucky<br>Court of Justice | <br>**COMMONWEALTH'S OFFER**<br>**ON A PLEA OF GUILTY** | Case No.  18-CR-2871<br>Court       CIRCUIT<br>Division   SIX<br>County    JEFFERSON |

COMMONWEALTH OF KENTUCKY                                                                 PLAINTIFF

V.

MARK HANDY                                                                                           DEFENDANT

**1. Charge(s):**                                                                  **Penalty:**              **Parole:**

1. Perjury First Degree                                                    Class D Felony           15%

2. Tampering with Physical Evidence                              Class D Felony           15%

**2. Amended Charge(s) (If Applicable):**                           **Penalty:**              **Parole:**

**3. Facts of the case:**

On or about February 7, 1995, in Jefferson County, Kentucky, the defendant was the lead officer in the matter of Commonwealth vs. Edwin Chandler, 93CR2193. The defendant testified in trial that Mr. Chandler told him in an interview that an individual was in the store prior to the homicide and was wearing a Chicago White Sox hat. This fact was material to the proceedings against Mr. Chandler as the individual who committed the murder would have been the only person aware of this fact which had not been released to the public. This testimony given by the defendant was untruthful and led to the wrongful conviction of Edwin Chandler.

On or about February 20, 1992, in Jefferson County, Kentucky, the defendant conducted a recorded interview of Robert Ross, a witness in Commonwealth vs Keith West, 92CR2616. Subsequently, the defendant recorded a second statement from Robert Ross that erased the first statement.

**4. Recommendations on a Plea of Guilty (Plea Agreement):**

Counts One and Two. – One year to serve on each count to run concurrently for a total sentence of one year to serve. The defendant agrees to not seek probation in this matter. This offer has been conferenced with Edwin Chandler who is in agreement and supports this disposition.

**5. Offered this** _____ **day of** _____, _____ .

/s/Shane Young
_____
Commonwealth's Attorney or
Assistant Commonwealth's Attorney

_____
Defense Attorney

_____
Defendant

## **CERTIFICATE OF SERVICE**

  I, Katie McCarthy, hereby certify that on March 31, 2021, I filed the foregoing motion via the Court's CM/ECF System and thereby served a copy on all counsel of record.

          /s/ Katie McCarthy
          Neufeld Scheck & Brustin, LLP