UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

*Electronically Filed*

**JEFFREY DEWAYNE CLARK, and**
**GARR KEITH HARDIN**                                                                    **PLAINTIFFS**


VS.                          CIVIL NO. 3:17-CV-00419


**LOUISVILLE JEFFERSON COUNTY**
**METRO GOVERNMENT,** *ET AL.*                                                   **DEFENDANTS**

---

**DEFENDANT MARK HANDY'S**
**REPORT ON STATUS OF CRIMINAL PROCEEDINGS**

---

Comes Defendant, Mark Handy, by counsel, and pursuant to the Court's Order of September 11, 2019, provides the following report as to the status of his criminal action. (R. 107). On March 26, 2021, Mr. Handy filed a motion to schedule a plea date, along with a proposed Plea Agreement. Mr. Handy went before the Court on April 5. On April 7, the Court entered an Order setting Mr. Handy's motion for a hearing before the Court on May 11, 2021.

                                                            Respectfully submitted,

                                                            */s/ William Brammell Jr.*
                                                            Kent Wicker
                                                            Andrew Pellino
                                                            William Brammell Jr.
                                                            Dressman Benzinger LaVelle psc
                                                            2100 Waterfront Plaza
                                                            321 West Main Street
                                                            Louisville, KY 40202

                                                            *Counsel for Defendant Mark Handy*

**CERTIFICATE OF SERVICE**

 The undersigned hereby certifies that the foregoing was served by electronic filing this 14th day of April, 2021.

               */s/ William Brammell Jr.*
               William Brammell Jr.

               *Counsel for Defendant Mark Handy*