**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

*Electronically Filed*

**JEFFREY DEWAYNE CLARK, and**
**GARR KEITH HARDIN**                                                                     **PLAINTIFFS**


VS.                                   **CIVIL NO. 3:17-CV-00419**


**LOUISVILLE JEFFERSON COUNTY**
**METRO GOVERNMENT,** *ET AL.*                                                       **DEFENDANTS**

---

**DEFENDANT MARK HANDY'S**
**REPORT ON STATUS OF CRIMINAL PROCEEDINGS**

---

Comes Defendant, Mark Handy, by counsel, and pursuant to the Court's Order of September 11, 2019, provides the following report as to the status of his criminal action. (R. 107). On May 11, 2021, Mr. Handy went before the Court and entered a plea of guilty, waived separate sentencing and was sentenced. At this point Mr. Handy's criminal proceedings are concluded.


    Respectfully submitted,

    */s/ William Brammell Jr.*
    Kent Wicker
    Andrew Pellino
    William Brammell Jr.
    Dressman Benzinger LaVelle psc
    2100 Waterfront Plaza
    321 West Main Street
    Louisville, KY 40202

    *Counsel for Defendant Mark Handy*

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that the foregoing was served by electronic filing this 12$^h$ day of August 2021.

                */s/ William Brammell Jr.*
                William Brammell Jr.

                *Counsel for Defendant Mark Handy*