UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**JEFFREY DEWAYNE CLARK**
**GARR KEITH HARDIN**

**PLAINTIFFS**

V.                                    CIVIL NO. 3:17-CV-00419-DJH-CHL

**LOUISVILLE JEFFERSON COUNTY**
**METRO GOVERNMENT, *ET AL.*,**

**DEFENDANTS.**

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO STRIKE

Plaintiffs Jeffrey Clark, by and through his attorneys, Loevy & Loevy, and Garr Keith Hardin, by and through his attorneys Neufeld, Scheck, &. Brustin, respectfully move this Court for a two-week extension of time to respond to Defendants' Motion to Strike (Dckt. No. 239). In support, Plaintiffs state as follows:

1. On April 11, 2022, Defendants filed a Combined Motion to Strike Plaintiffs' Untimely Disclosures. Dckt. No. 239.

2. Under Local Rule 7.1, Plaintiffs' response is due Monday, May 2, 2022.

3. Plaintiffs seek a 2-week extension, until May 16, 2022, to file their response.

4. Counsel for Plaintiff Clark had a Sixth Circuit appellate brief due on April 22, 2022, in *William Virgil v. City of Newport, et al.*, No. 21-5674. Counsel is also preparing for a Sixth Circuit oral argument on May 5, 2022, in *Johnetta*

*Carr v. Louisville-Jefferson Cnty., et al.*, No. 21-5736. As a result, counsel seeks a reasonable extension to respond to Defendants' motion.

5. Defendants do not oppose Plaintiffs' request for a two-week extension.

## CONCLUSION

Plaintiffs' respectfully seek a two-week extension until May 16, 2022, to respond to Defendants' Motion to Strike (Dckt. No. 239).

Respectfully Submitted,


/s/ Elliot Slosar

Arthur Loevy
Jon Loevy
Michael Kanovitz
Elliot Slosar
Amy Robinson-Staples
Margaret Campbell
LOEVY & LOEVY
311 N. Aberdeen St., 3rd Floor
Chicago, IL 60607

***Attorneys for Plaintiff Jeffrey Clark***

## **CERTIFICATE OF SERVICE**

    The undersigned, an attorney, certifies that he served the foregoing document upon all parties of record via the CM/ECF system on May 2, 2022.

s/Elliot Slosar