1          IN THE UNITED STATES DISTRICT COURT

2        FOR THE WESTERN DISTRICT OF KENTUCKY

3                   AT LOUISVILLE

4            CIVIL NO. 3:17-CV-00419

5

6            JEFFREY DEWAYNE CLARK, AND

7                 GARR KEITH HARDIN

8                     Plaintiff

9

10                        V.

11

12            LOUISVILLE JEFFERSON COUNTY

13            METRO GOVERNMENT, ET AL.

14                   Defendants

15

16

17

18

19

20

21

22

23    DEPONENT:   MARY WARFORD

24    DATE:       SEPTEMBER 24, 2021

25    REPORTER:   AALAYAH PURNELL

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1      Q      Okay.

2      A      till later on that afternoon.

3      Q      So were you at the house -- at your house?

4      A      Yes.

5      Q      And just to be clear, is that the house on

6  Whitney?

7      A      Yes.

8      Q      Okay. So you were at the house on Whitney on

9  April 1st?

10     A      Yes.

11     Q      And was Rhonda there?

12     A      Yes.

13     Q      Do you remember what Rhonda was doing that

14  day?

15     A      She was in her room, probably listening to

16  music, singing, and took a shower later on.  After that,

17  went to the grocery store for her mother around 7:30.

18     Q      What did she have to pick up at the grocery

19  store?

20     A      Sugar -- I still have the receipt at home.  I

21  wrote her a $10 check and she went to the grocery store

22  for me.

23     Q      And about how far away did you all live from

24  the grocery store?

25     A      About a block and a half.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:17-cv-00419-GNS-CHL   Document 317-1   Filed 01/26/23   Page 3 of 27 PageID #:
25182
The Deposition of MARY WARFORD, taken on September 24, 2021
43

1      Q    And so you said she went about 7:00. Do you

2 remember what time she got home?

3      A    7:30.

4      Q    Okay.  And just go ahead and tell us -- what

5 did Rhonda tell you when she got home at 7:30?

6      A    She said an old, ugly, dirty looking man

7 followed her back up the street so far hollering at her,

8 saying, I want to marry you and I want you to have my

9 babies, baby.

10     Q    And did she recognize this person?

11     A    No.

12     Q    Okay.  And so after she told you that, did

13 you-all have dinner or what did you-all do that evening?

14     A    We had dinner -- supper, yeah.

15     Q    Okay.  And --

16     A    Didn't pay no attention to it, you know?

17     Q    And from looking at your past testimony, I

18 understand that at some point that evening, Rhonda spoke

19 with Crytal on the phone; is that right?

20          MR. BRUSTIN:  Objection to form.

21     A    Around 10:00 that evening, I believe it was.

22     Q    Okay.  And who's Crytal?

23     A    Her cousin.

24     Q    And what did the -- to the best of your

25 recollection, what did they talk about?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of MARY WARFORD, taken on September 24, 2021

44

```
 1        A    Going shopping the next day.
 2        Q    Okay.  And what time did Rhonda go to her
 3   bedroom or go to bed that night?
 4        A    She stayed in her bedroom all the time.
 5        Q    Okay.
 6        A    So -- I'm not really sure.
 7        Q    That's okay.  And how late did you stay up
 8   that night as you --
 9        A    Around 12:20.
10        Q    Okay.  And what happened next?
11        A    I went to the kitchen, turned TV off, the
12   light off, went to the kitchen, made my husband's lunch
13   for work next morning, and went to bed.  I wasn't in bed
14   five minutes, Rhonda came into my bedroom and I heard
15   her getting into my purse.  I said, Rhonda, what are you
16   doing?  And she said, I'm getting the door keys.  I
17   said, where are you going?  She said, down here. It's
18   the only two words she said.  Down here.  That was not
19   like her, just to say, down here.
20        Q    If Rhonda was leaving the house -- what would
21   she normally tell you?
22        A    Where she's going, mainly when she'd be back,
23   and who she's with.  Yeah.  Always knew where she was.
24        Q    Besides Keith or Jeff, what other individuals
25   would pick Rhonda up at the house, and would she leave
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  girl, lady coroner.  I can't remember her name.

2      Q    Let me just give you a name and tell me if

3  this sounds right.  Was it Detective Hope Greer?

4      A    Yes.  Yes.

5      Q    And so those were the only three people that

6  came to your house that night from the police

7  department?

8      A    I can't recall if Detective Handy was there or

9  not that day with them.  I can't recall.

10     Q    And did you talk briefly with Sheriff Greer,

11  and Detective Hope Greer, and Bill Adams that day?

12     A    Yeah, they took me in her room and shut the

13  door.  And we -- you know, he asked me questions about

14  Rhonda, and he'd give all of them the eye, when I'd

15  answer a question.  They found her door keys.

16     Q    And at this point, had Michelle told you about

17  -- do you remember whether or not at this point,

18  Michelle had told you about Rhonda's tattoo?

19     A    I did not know about them until after she was

20  found.

21     Q    Do you remember talking to police again, a few

22  days later on Thursday, April 9th?  It would have been

23  talking to Sheriff Joe Greer, Detective Gary Mason, and

24  Detective Mark Handy.  Do you remember them coming to

25  your home on April 9th?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1      A     Yes.

2            MR. SLOSAR:  Objection to form.

3            MR. BRAMMELL:  One of the things in the letter

4      that you just reviewed -- or one of the things

5      you've talked about earlier, and I think one of the

6      things that you also told the police officers is

7      that Rhonda always told you where you were going.

8      Q     Do you remember that?

9      A     Yes.

10     Q     Okay.  She would tell you where she's going,

11 would she also tell you who she was going with.

12     A     Yes.

13           MR. BRUSTIN:  Objection to form.

14     Q     Were there any other circumstances in, let's

15 say January, February, or March of 1992, where Rhonda

16 had left in the night and not told you where she was

17 going?

18     A     No.

19     Q     In past testimony, you've also testified about

20 Rhonda's habit of wearing jewelry and carrying her

21 purse.  Do you remember that?

22     A     Yes.

23     Q     So tell me what kind of jewelry would Rhonda

24 wear?

25     A     Necklace -- a chain necklace, an engagement

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1   ring, and she had about three or four rings she'd wear.
 2        Q    How about a watch?
 3        A    No.
 4        Q    Okay.  Bracelets?
 5        A    I think she did have a bracelet on.
 6        Q    Was it pretty common that she would wear these
 7   articles of jewelry?
 8        A    All -- everywhere she went.
 9        Q    Did she wear them out of the house on the
10   evening that -- that she went missing or that she left?
11        A    No.
12        Q    Would she also -- what would she normally
13   carry for her identification, her money, what would she
14   keep that in?
15        A    Her billfold, in her purse.
16        Q    And just so I understand, when you say a
17   billfold, you mean a fold out billfold that gets
18   inserted in a purse, correct?
19        A    Right.
20        Q    So would Rhonda ever leave the home without a
21   purse?
22        A    Sometimes she wouldn't take the --
23        Q    But would she take her -- in those
24   circumstances would she take her billfold with her
25   instead?
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1        Q      That's right.

2        A      See I can't recall their name, so yes.  I

3    remember.

4        Q      So I'm going to make it easy for you, because

5    I'm going to show you -- they actually tape recorded

6    what you said.

7        A      Okay.

8        Q      And then they -- we had it transcribed.  It

9    may not be perfect, but I'm going to do the best I can

10   to ask you some questions about -- from this -- what's

11   transcribed, okay?

12       A      Okay.

13       Q      By the way, do you remember back when you were

14   meeting with any of the police officers, them also tape

15   recording some of the conversations you had with him?

16       A      Not no police officers, I don't believe.

17       Q      You don't remember Detective Greer or

18   Detective Handy?  I'm sorry.  You don't remember Sheriff

19   Greer or Detective Handy tape recording any of your

20   interviews, is that right?

21       A      Not them.  It was -- no.  No.  Nobody.  I -- it

22   was nobody.  I'm thinking something else.

23       Q      You're thinking what, I'm sorry?

24       A      Of something else.  That they come to my house

25   to get recordings of -- they made copies of the parole

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of MARY WARFORD, taken on September 24, 2021

123

1    board tapes.

2         Q    Okay.  So let's take a look at what's marked

3    as 134.  And this I will represent to you as a

4    transcript that was made of an interview and take a look

5    at the first page.  The page numbers are on the right

6    corner -- top right corner.  Page 2 you can see.

7         A    Page two?

8         Q    You see that?

9              MS. STAPLES:    It's in the top right corner.

10   The picture.

11        A    Oh, okay.  I see it.

12        Q    Okay.  And do you remember that you met with

13   Detective Peters and another officer, along with your

14   son and your daughter, Michelle?

15        A    Yes.

16        Q    Okay.  And they asked -- did you know you -- I

17   assume you knew they were tape recording you, right?

18        A    I guess.  Yes.  Yes.

19        Q    Okay.  And you met all together with Michelle,

20   and Jeff, and these two police officers, right?

21        A    Right.

22        Q    And by the way, that was the same as what

23   happened when you met with Sheriff Greer and Detective

24   Handy back in 1992, you met with them together with

25   Michelle and Crystal, right?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1       A    At my home?

2       Q    **Yes.**

3       A    Yes.

4       Q    Okay.  And same way you had all -- you all had

5   a conversation together that you were present for,

6   right?

7       A    Right.

8       Q    And so you were present during this interview

9   that you had with the Detectives, Peters, and the other

10  officer, I think it's Detective Scott.  Do you remember

11  his name?  That name?  Scott and Peters?

12      A    Not really.  No.

13      Q    All right.  But you remember sitting with them

14  and talking to them, right?

15      A    Yes.

16      Q    And it was the -- it was the three of you

17  talking together.  It was you, and your daughter, and

18  your son all giving information to these detectives,

19  right?

20      A    Right.

21      Q    And as you had done throughout the case, you

22  were doing your best to be truthful and honest, right?

23      A    Right.

24      Q    And tell them everything you could remember.

25      A    Right.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1      Q    Okay.  So I want to start with -- and by the
2  way, do you remember that all three of you stayed
3  together during the whole interview?
4      A    Yes we did.
5      Q    Do you remember how long it took?  Was it an
6  hour or two hours? Do you remember?
7      A    I don't remember.  Wasn't too long.
8      Q    Okay.  So let's take a look at page 10, okay?
9  Now I want you to read, if you would, the bottom of page
10  10, where your son, Jeffery's talking. You see, it says,
11  "I had very little interaction," in the bottom there?
12      A    Yes.
13      Q    Okay.  If you could read that to yourself and
14  then read it all the way to the next -- the top of the
15  next page, up to line two.  So just those six lines. And
16  then tell me what you're done reading.  And if you're
17  having trouble seeing it, I can read it out loud. But if
18  not, you can read it yourself.  Whatever you prefer.  It
19  looks like you're struggling with your glasses.  Do you
20  want me to read it to you or are you okay?
21      A    I got it.
22      Q    Okay.  Okay.
23      A    I'm through.
24      Q    Okay.  So here's my question.  Here, your son
25  is saying to the detectives that in his view, Keith

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:17-cv-00419-GNS-CHL   Document 317-1   Filed 01/26/23   Page 12 of 27 PageID #:
25191
The Deposition of MARY WARFORD, taken on September 24, 2021
126

1    Hardin had really pulled the wool over your eyes.  That

2    you thought he was a nice guy, but he really pulled the

3    wool over your eyes.

4         A    Right.

5         Q    And so -- and I think that's consistent with

6    what you said today.  Fair to say that up until the time

7    your daughter disappeared, she left that -- on April --

8    early April of 1992, you all thought that Keith was

9    generally a good guy, although maybe a little weird.

10             MR. BOND:    Object to the form of the

11        statement and the question.

12             MR. MONARCH:  Same.

13        Q    I didn't hear the answer.  I'm sorry.

14        A    Yes.

15        Q    Okay.  And so -- and frankly, up until the

16   time that Rhonda left that night, you were supportive of

17   her relationship with Keith, right?

18        A    Yes.

19        Q    He made her happy?

20        A    Yes.

21        Q    In your view, he made her very happy?

22        A    Yes.

23        Q    And that made you happy because you understood

24   that then in the past, Rhonda had had some relationships

25   that weren't as good as the one with Keith, right?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

The Deposition of MARY WARFORD, taken on September 24, 2021

```
 1          A    Yes.

 2          Q    So for example, James Tyrell who lived at your

 3    house for a period of time, there were incidents where

 4    James Tyrell would be violent with Rhonda, correct?

 5               MR. BOND:  Object to form of the question.

 6          A    I don't know.  I never saw it.

 7          Q    Okay.  And I -- and that's consistent with

 8    what you said, and I didn't mean to misstate it, but do

 9    you remember saying to -- withdrawn.  Do you remember

10    when James was staying at your house, hearing an

11    argument in their room that you were concerned might be

12    violent?

13          A    No.

14          Q    Do you remember ever having concerns that

15    James Tyrell was not treating Rhonda the way he should?

16          A    No.

17          Q    All right.  Had you had that concern with

18    other boyfriends in the past, that they weren't treating

19    her the way they should?

20          A    No.

21          Q    All right.  But in any case, with Keith -- and

22    I understand you believe he pulled the wool over your

23    eyes.  Up until the time when Rhonda left that night,

24    Keith was spending a lot of time at your house,

25    sometimes as many as three or four days a week, correct?
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of MARY WARFORD, taken on September 24, 2021

```
 1        A    Not for the last two weeks.

 2        Q    But before that, he had spent a lot of time at

 3   your house.

 4        A    Yes.

 5        Q    Some weeks he wouldn't come, but some weeks he

 6   might come three or four days?

 7        A    Yes.

 8        Q    And he was very polite?

 9        A    Sheep in wool's clothing.  That's what I call

10   it.

11        Q    I'm not suggesting -- I'm --

12        A    No.

13        Q    I understand that's what you think.  I just

14   want to know about what things were like before in your

15   view, okay?  That's all I'm asking.

16        A    Very little talking.

17        Q    He was always very quiet, right?

18        A    Right.

19        Q    All right.  But he was polite?

20        A    If you want to call it that.

21        Q    I want to know what you thought.  Was he -- in

22   your view, was he polite?

23        A    I guess, yes.  I guess.

24        Q    And did Rhon -- And I think you told us that,

25   but I want to make sure.  And Rhonda seemed to be happy
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

1  with him when they spent time with him, is that fair to

2  say?

3      A    Yes, yes.

4      Q    And your view, at least based on your

5  observation, was that he treated her well?

6      A    What I thought.

7      Q    Okay.  And take a look at -- I want to show

8  you.  I know this was a long time ago, but I want to

9  show you your testi -- and I apologize in advance.  I

10  know all of this is painful, but I want to show you your

11  testimony from Mr. Hardin and Mr. Clark's criminal file,

12  okay?

13     A    Yeah.

14     Q    So let's mark that as 135, your testimony.

15          MR. BRUSTIN:  Do you have that handy, Amy?

16               (PLAINTIFF'S  EXHIBIT 135 MARKED FOR

17               IDENTIFICATION)

18          MS. STAPLES:  I'm getting it right now.

19     Q    You can keep that handy there, too. I'm going

20  to come back to it in just a minute.  I'm going to move

21  around a little bit.  Okay.  So what I want to show you,

22  which we're going to mark is exhibit 135, this is your

23  testimony from the March 1995 trial of Mr. Hardin and

24  Mr. Clark, okay?

25     A    Yes.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  all the way to 21 on page 28.  So almost the whole page.

2  I'm sorry.  You know what, all you have to read -- all

3  you have to do is read to line 11.  I'm sorry.

4       A    11?

5       Q    I'm sorry.  Let me start again. So page 27,

6  line 20 through page 28, line 11.  Read that to

7  yourself, please.

8       A    Okay.  I'm through.

9       Q    Okay.  So here in 1995 at the trial, you're

10 making clear that every time Rhonda would go any place

11 with Keith, you would know about it, right?

12      A    Right.  She told me --

13      Q    She was never shy about it?  She always told

14 you.  She was -- she never tried to hide that from you,

15 right?

16      A    Right.

17      Q    She knew you liked Keith and Keith liked you,

18 right?

19           MR. BRAMMELL:  Objection to form.

20      A    I don't know if he did or not.

21      Q    That's fair.  But she knew that you liked

22 Keith.  That's at least what you expressed to her,

23 right?

24           MR. BRAMMELL:  Objection to form.

25      A    For my daughter, yes.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1       Q    And there'd be no -- there'd be no reason, to

2  your knowledge, for her ever for her not to tell you she

3  was going with Keith, because you were always supportive

4  of that relationship, right?

5              MR. BRAMMELL:  Objection to form.

6       A    Right.

7       Q    And every time Keith would be with your

8  daughter, he would either come onto the house and pick

9  her up himself or his mother might drive him, right?

10      A    Or Clark.

11      Q    Or Clark.  But he would always come to the

12  house and he'd come in and say hello, right?

13      A    Not every time.

14      Q    Okay.  But certainly you would always know

15  when he was coming, and when she was leaving, and going

16  with him, right?

17      A    Yes.

18      Q    And she would always be excited to go with

19  Keith, right?

20      A    "My boyfriend's coming."  Yes.

21      Q    Okay.  And she would try -- I take it like

22  most teenagers, she would try to make herself look nice

23  for Keith.  She would get dressed up, and put on her

24  jewelry, and do all those things, right?

25      A    Right.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        Q    If she was going to see Keith, she wanted to
 2   look -- it was your understanding that if she was going
 3   to see Keith, she wanted to look at her best.  That's
 4   how she acted, correct?
 5        A    Yes.
 6        Q    She would fix her hair, she would put on her
 7   jewelry.  She would do all those things when she was
 8   going to see Keith, right?
 9        A    I suppose so, yes.
10        Q    All right.  And by the way, sometimes, you
11   know, she wasn't a kid anymore and sometimes she would
12   go out late at night, right?  With Keith?
13        A    Yes.
14        Q    And you mentioned that like a lot of
15   teenagers, she would sometimes go out and go drinking?
16        A    Before she met Keith?  After?
17        Q    Both.
18        A    Yeah, she had friends she went with
19   occasionally.
20        Q    Yeah.  She was a teenager and she would go out
21   drinking with her buddies, right?
22        A    Sometimes.
23        Q    And sometimes you would know where she was
24   going, and sometimes you wouldn't right?
25        A    Right.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:17-cv-00419-GNS-CHL   Document 317-1   Filed 01/26/23   Page 19 of 27 PageID #: 25198
The Deposition of MARY WARFORD, taken on September 24, 2021
145

1    what to read.

2         A    I'm here.

3         Q    Okay, if you could just read line 6 to line

4    18.  Had a chance to review that?

5         A    Yeah.

6         Q    Okay.  And so do you recall when you, and

7    Jeff, and Michelle were talking to these detectives,

8    Jeff saying that when she said, down there, he thought

9    she meant the Kroger's?

10             MR. BOND:  I'm going to object to the form of

11        the question.

12        Q    That he assumed it was the Kroger?

13        A    I guess, yes.

14        Q    Okay.  And so do you remember -- does this

15   refresh your recollection back at the time when you were

16   talking to Jeff and Michelle, thinking about where she

17   could be, and what she meant when she said, down there,

18   that could be the Kroger?

19             MR. BOND:  Object to the form of the question.

20             MR. MONARCH:  Same.

21        A    Yes.

22        Q    Does that refresh your recollection about one

23   of the place -- is that being one of the places where

24   sometimes your daughter might spend time with her

25   friends and hang out?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        A    No.

 2        Q    Okay.  All right, I want you to take a look at

 3   the missing person's report, which was marked -- what

 4   was it marked as - what exhibit did you mark this as

 5   Bill, again?

 6             MR. BRAMMELL:  105.

 7             COURT REPORTER:  105.

 8             MR. BRUSTIN:  Is that right?

 9             MS. STAPLES:  That's correct.

10        Q    Okay.  So I want to put that -- if you could

11   just look at that again, I want to ask you a couple of

12   questions about it.  And again I apologize for having to

13   do it.  So you -- as you testified earlier today, the

14   day that you realized Rhonda was missing, you made a

15   missing person's report correct?

16        A    Yes.

17        Q    All right.  Now I take it you don't remember

18   the name of the police officer you met with, right?

19        A    It was a woman.  I don't recall her name.

20        Q    Okay.  I think I understand how this report

21   was made, but I want to make sure that I'm right, so I'm

22   going to ask you some questions about that.

23        A    Okay.

24        Q    Would it be fair to say that you were filling

25   out this report, while you were talking to a police
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:17-cv-00419-GNS-CHL  Document 317-1  Filed 01/26/23  Page 21 of 27 PageID #:
25200
The Deposition of MARY WARFORD, taken on September 24, 2021
147

1   officer?

2       A    Yes.

3       Q    Right.  And so if you take a look at the

4   second page of this, do you see where it says, "Other

5   comments," on the back?

6       A    Yes.

7       Q    Would it be fair to say -- oh, I'm sorry I

8   misunderstood.  The handwriting here is from the police

9   officer not from you, right?

10      A    Right.

11      Q    Where it says, "The mother has been in contact

12  with her boyfriend"?

13      A    Right.

14      Q    That's her handwriting, right?

15      A    Right.

16      Q    Okay.  And my understanding of that, and

17  correct me if I'm wrong, is that the police officer

18  asked you if she had a boyfriend, and if he had been in

19  contact with her, is that fair to say?

20           MR. GARVERICH:    Objection to the form.

21      A    Right.

22      Q    All right.  So let's go back to the first

23  page.  All right, and you see it says, "Probable

24  destination," on the first page?

25      A    Right.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        Q    It's about two-thirds the way down --

 2        A    I see it.

 3        Q    -- it says, "Unknown."

 4        A    Yes.

 5        Q    You see that?  Okay.  So she asked you --

 6   she's asking these questions and you're giving her

 7   answers, right?

 8        A    Right.

 9        Q    She's asking you, where do you think she might

10   have gone?  And you say, you don't know, right?

11        A    Right.

12        Q    And then she's asking you whose she with?  And

13   the only thing you could think of at that time was the

14   old man that she had seen earlier in the day, near the

15   Kroger's, right?

16        A    Right.

17             MR. ERVIN:  Objection to the form.

18             MR. BRAMMELL:  -- form.

19        Q    So as of April 2nd, your only suspicion at

20   that time was that it could have been the old man who

21   harassed her at Kroger's, right?

22             MR. BRAMMELL:  Object to form.

23             MR. ERVIN:  Form.

24        A    Could you repeat that?

25        Q    Sure.  Early on, the next day when you made
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        A     It was.

 2        Q     Right.  And that's why you mentioned it,

 3   right?

 4        A     I had to report what I knew, what she told me.

 5        Q     And then at this point -- and remember this is

 6   very early, this is the next day.  At this point the

 7   only thing you can think of as to who might have done

 8   this -- who could have taken her, is that old man from

 9   the store, right?

10        A     Wrong.  No.

11        Q     But when she asked you who was she in the

12   company with, what you told her -- you mentioned that

13   person from the store who she had talked to you about

14   that day before, correct?

15        A     She didn't talk to him.  He talked to her.

16        Q     That's right.  That's what you told us.  But

17   that's why you raised it with the police officer --

18        A     I had to tell them.

19        Q     Right.

20        A     You don't keep things you know from the

21   authorities.

22        Q     That's right.  You were doing your very best

23   to help them all you could?

24        A     Right.

25        Q     And nobody's suggesting otherwise.  Now fair
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:17-cv-00419-GNS-CHL   Document 317-1   Filed 01/26/23   Page 24 of 27 PageID #:
25203
The Deposition of MARY WARFORD, taken on September 24, 2021
151

1    to say, that the only time in her life that Rhonda had

2    told you that a strange man had approached her and

3    harassed her, was the day that she disappeared?

4        A    Right.

5        Q    It had never happened before?

6        A    My children was at Kroger every day almost.

7    Nobody said nothing to my kids.  Nobody.

8        Q    All right.

9        A    But that day.  And I know who's behind it.

10       Q    That was the only time in her life that you

11   recall, the day she disappeared, when a man -- a grown

12   man had harassed?

13       A    An ugly old man.

14       Q    Okay.  But my point is that had --

15       A    Dirty, ugly old man, she said.

16       Q    That had never happened before, correct?

17       A    No.

18       Q    All right.  And that was just hours before she

19   disappeared, correct?

20       A    7:30 to 12:30, figure it out.

21       Q    And that's why you brought that information to

22   the polices attention the next morning when you talked

23   to them, correct?

24       A    I had to tell them what I knew, right.

25       Q    Take a look at page -- let's go back to the

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of MARY WARFORD, taken on September 24, 2021

```
 1            MR. BRAMMELL:  Objection to the form.
 2     A     Not really.
 3     Q     All right. But that's -- you've now described
 4  everything that you learned about Satanism before she
 5  disappeared, correct?
 6            MR. BRAMMELL:  Objection.
 7     A     No, I don't like Satanism. I don't --
 8            MR. BRAMMELL:  Nick, I'm trying to avoid a
 9     speaking objection, but I think you have her
10     confused.
11     Q     Okay.  You -- okay.  I think I can start over.
12  After the investigation into Clark and Hardin started,
13  you learned a lot more information from the police about
14  Keith Hardin's alleged involvement in Satanism, right?
15            MR. BOND:  Object to the form of the question.
16     A     Through the courts, yes.
17     Q     Okay.  And what about through the police?  Do
18  you remember learning anything from the police?
19     A     I don't recall.
20     Q     You don't recall one way or the other?
21     A     No.
22     Q     Okay.  For example, do you recall Sheriff
23  Greer or Detective Handy telling you that they believed
24  the murder could have been some kind of a human
25  sacrifice related to Satanism?
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1      A     Yes.

2      Q     All right.  And do you remember Detective

3  Handy or Sheriff Greer telling you that Keith Hardin --

4  that -- withdrawn.  Do you remember Sheriff Greer or

5  Detective Handy telling you that they had information

6  indicating that Keith Hardin had engaged in animal

7  sacrifices?

8           MR. BOND:  Object to the form of the question.

9      A     Yes.

10     Q     Do you remember when -- first of all, do you

11 remember if that was Detective Handy, or Sheriff Greer,

12 or both?

13     A     I don't recall.

14     Q     Do you remember how early leading into that

15 investigation they told that was their theory?

16     A     I don't recall.

17     Q     But at some point they told you that, right?

18          MR. BRAMMELL:  Objection to the form.

19          MR. MONARCH:  Same.

20          UNIDENTIFIED SPEAKER:  I don't recall.

21     Q     I'm sorry?

22          MR. BRAMMELL:  She said, "I don't recall."

23     Q     I've got somebody else --

24     A     That was somebody else.

25          MS. STAPLES:  That was in the hallway.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:17-cv-00419-GNS-CHL  Document 317-1  Filed 01/26/23  Page 27 of 27 PageID #:
25206
The Deposition of MARY WARFORD, taken on September 24, 2021
167

```
 1        Nick.  I'm sorry.  Are you done, Ms. Warford?
 2             THE WITNESS:  Yes.
 3   BY MR. BRUSTIN:
 4        Q    Okay.  The next question is, during that
 5   meeting that was in the dining room, were you, Sheriff
 6   Greer, Detective Handy, Michelle, and Crystal together
 7   during the entire meeting?
 8        A    Yes.
 9        Q    All right.  I want you to take a look at -- go
10   back to Exhibit 59, which is the Louisville Police
11   Department reports.  And I want you to take a look at
12   page --
13             MS. STAPLES:  Under tab one.
14        Q    Take a look if you would, at page -- at page
15   74 and 75.  Let me know when you're there.
16        A    I'm there.
17        Q    Okay.  So take a look -- so do you remember
18   about a month -- about a month after Rhonda was
19   murdered, Detective Handy came back to your house.  Do
20   you remember that?
21             MR. BRAMMELL:  Objection to the form,
22        misstates the  exhibit.
23        Q    I'm sorry, you're right.  He calls you on the
24   phone.  Do you remember that?
25        A    Yes.  Okay.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com