```
 1              UNITED STATES DISTRICT COURT
 2              WESTERN DISTRICT OF KENTUCKY
 3                      AT LOUISVILLE
 4               CIVIL NO. 3:17-CV-00419
 5
 6      JEFFREY DEWAYNE CLARK AND GARR KEITH HARDIN,
 7                         Plaintiffs
 8
 9                            V.
10
11    LOUISVILLE JEFFERSON COUNTY METRO GOVERNMENT, ET AL.,
12                         Defendants
13
14
15
16
17
18
19
20
21
22
23   DEPONENT:  MICHELLE ROGERS
24   DATE:      JANUARY 31, 2022
25   REPORTER:  LINDSEY N. JOHNSON
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
— COURT REPORTERS —

1  A.  Yes.
2  Q.  Do you have specific memories of those
3  hearings?
4  A.  Of being there or what was said?
5  Q.  Just being there.
6  A.  Of being there, yes.
7  Q.  Okay.  And do you have any independent
8  recollection today of any other statements you may have
9  given to any law enforcement officer related to Jeff
10  Clark or Keith Hardin?
11  A.  No.
12  Q.  Now, in your interactions with law
13  enforcement, is it fair to say you try to be truthful
14  and honest?
15  A.  Yes.
16  Q.  When you testified at trial, it's fair that
17  you were truthful then?
18  A.  Yes.
19  Q.  Okay.  And you've always been truthful?
20  A.  Yes.
21  Q.  Okay.  And you always want to make sure if
22  you're giving statements to law enforcement, that you're
23  going to try to give them the best information you can,
24  correct?
25  A.  Absolutely, yes.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Case 3:17-cv-00419-GNS-CHL   Document 317-2   Filed 01/26/23   Page 3 of 11 PageID #: 25209
The Deposition of MICHELLE ROGERS taken on January 31, 2022
115

1     Q.   Okay.  All right.  Let's go right to where we
2  left off.  Why don't we start at your testimony, which
3  was marked as Defendant's 120, and let's go to page 150.
4  Okay.  And if you could read to yourself on page 150,
5  lines 2 through line 8, let me know when you're there
6  and done.
7     A.   Lines what?  I'm sorry.
8     Q.   Lines 2 through lines 8.
9     A.   Okay.
10    Q.   That was truthful testimony, correct?
11    A.   Yeah.
12    Q.   And, you know, an example of that happening is
13 what you told us about today.  You told us that the
14 first time you met Jeff Clark, he pulled up in a car,
15 and after talking to him for a few minutes, you and your
16 sister and friend got into the car with him, correct?
17    A.   Yeah.
18    Q.   That's because you were a younger person, your
19 sister was a young person.  When we are young, we don't
20 always make the best choices, right?
21         MR. DENNY:  Object to form.
22    A.   Yes.
23    Q.   And there were other times when you and your
24 sister and friends would get into cars with people you
25 didn't know very well, right?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:17-cv-00419-GNS-CHL   Document 317-2   Filed 01/26/23   Page 4 of 11 PageID #: 25210
The Deposition of MICHELLE ROGERS taken on January 31, 2022
117

1  night that Rhonda disappeared, she came in her room
2  about 12:30 at night, and she was still awake with the
3  lights were off.  Is that consistent with what your
4  mother told you?
5          MR. GARVERICH:  Objection to form.
6     A.   She was almost asleep she said.
7     Q.   All right.  Well, what she told us is that
8  Rhonda said she was going down there --
9     A.   Down here.
10    Q.   -- down here.  And that your mother didn't ask
11 any questions about it.  Is that consistent with your
12 understanding?
13    A.   Yeah.  And then she heard Rhonda taking the
14 house keys, getting --
15    Q.   Okay.
16    A.   -- her house keys.
17    Q.   Right.  And when you were interviewed by that
18 investigator back in 2018 with your brother Jeff and
19 your mom, one of the things your brother Jeff said is
20 that when Rhonda said she was, "Going down here,"
21 you-all understood that to mean the Kroger's, right?
22    A.   That direction.  Not necessarily going to
23 Kroger, because Kroger was closed.
24    Q.   Okay.  But that was one of the places where
25 you might hang out with friends or Rhonda might --



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:17-cv-00419-GNS-CHL   Document 317-2   Filed 01/26/23   Page 5 of 11 PageID #: 25211
The Deposition of MICHELLE ROGERS, taken on January 31, 2022
119

1      Q.   And one of the things you said -- you never
2  spoke -- for example, you never spoke to Jeff Clark
3  about Satanism.  You testified to that, correct?
4      A.   Yes.
5      Q.   You also testified that you never saw either
6  the defendants with knives?
7      A.   I didn't.  My brother did.
8      Q.   And then if you take a look at page 140 --
9  well, you certainly never did.  You were answering
10 honestly under oath, correct?
11     A.   Yes.
12     Q.   Take a look at page 142 of your testimony.  I
13 want to ask you about that specifically.  You see on
14 line 3 here -- let me know when you are there.  Page
15 142.
16     A.   Yes.
17     Q.   You were asked here to describe your knowledge
18 of Keith Hardin being involved in Satanism, correct?
19     A.   Yes.
20     Q.   And you did your very best to answer that
21 question, correct?
22     A.   Uh-huh, yes.
23     Q.   Is that correct?
24     A.   Yes.
25     Q.   And you relayed the same story that you

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA COURT REPORTERS

Case 3:17-cv-00419-GNS-CHL   Document 317-2   Filed 01/26/23   Page 6 of 11 PageID #: 25212
The Deposition of MICHELLE ROGERS, taken on January 31, 2022
128

```
1        Q.   And she told you --
2        A.   -- day.  It was earlier.
3        Q.   Okay.  And your mother told you that the day
4   that Rhonda went missing, and she told you that -- that
5   story?
6             MR. DENNY:  Objection to form.
7        A.   She probably did, yes.
8        Q.   Okay.  And I think what you said to us, and I
9   understand, is that the only time that you are aware of
10  this -- of anything like that like this ever happening
11  to Rhonda is the night before she went missing, correct?
12            MR. DENNY:  Objection to form.
13            MR. BOND:  Objection to form.
14       A.   It was early evening, so yeah.
15       Q.   So early -- so 7:00 the night before.  I
16  understand.  So -- but the only time you're aware of --
17  of anything like this ever happening to Rhonda, a
18  strange -- a strange man approaching her in a
19  threatening manner was the night before she went
20  missing, correct?
21            MR. DENNY:  Objection to form.
22       A.   Yes.
23       Q.   And to your knowledge, the only time she ever
24  reported that to your mother, the strange man
25  approaching her and saying that he wants to marry her,
```



Kentuckiana Reporters
P.O. Box 3893
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:17-cv-00419-GNS-CHL   Document 317-2   Filed 01/26/23   Page 7 of 11 PageID #: 25213
The Deposition of MICHELLE ROGERS, taken on January 31, 2022
131

1      Q.   And she --
2      A.   -- well, my mom would be there when they would
3   go out.
4      Q.   Any time Keith went out with your sister, he
5   would always come in the house?
6          MR. GARVERICH:  Objection to form.
7      A.   Yeah, I guess.  That's where he would pick her
8   up from.
9      Q.   And your sister would always tell your mother
10  when she was going out with him?
11     A.   Yeah.
12     Q.   And another thing your mother told us is that
13  any time your sister went out with Keith, she always
14  wanted to look her very best.  Is that consistent your
15  understanding?
16     A.   Yeah, yeah.
17     Q.   She would always wear her jewelry and make
18  sure that she looked nice, right?
19     A.   Yes.
20     Q.   And every time she went out with Keith, she
21  would say to your mother, "I'm going out with Keith"?
22         MR. BOND:  Objection.
23     A.   Well, my mom would be there, so she would see
24  her leaving with Keith, so she -- that, you know -- she
25  might say something like, "We're going to the trailer,"

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:17-cv-00419-GNS-CHL   Document 317-2   Filed 01/26/23   Page 8 of 11 PageID #: 25214
The Deposition of MICHELLE ROGERS, taken on January 31, 2022
132

```
 1  or, you know, "We're going to get something to eat," or
 2  -- she didn't have to say, "I'm going out with Keith."
 3  She -- my mom would see that.
 4       Q.   All right.  Now, you've already told us that
 5  you talked about everything you knew personally about
 6  Keith Hardin's involvement in Satanism when you were
 7  asked that question at the trial, correct?
 8            MR. DENNY:  Objection to form.
 9       A.   Uh-huh, yes.
10       Q.   And so do you recall if -- I take it at some
11  point after your sister died, you learned -- you learned
12  from the police that they had reason to believe that
13  Keith Hardin was involved in animal sacrifices; is that
14  right?
15            MR. BOND:  Objection to form.
16            MR. DENNY:  Join.
17       A.   I heard that they did animal sacrifices at
18  some park, and they were arrested at some point for
19  doing that.
20       Q.   Okay.  And you learned that after your
21  sister's death, you think, from the police, correct?
22            MR. BOND:  Object to form.
23            MR. DENNY:  Objection to form.
24       A.   Yes.
25       Q.   Do you remember if you learned that from
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:17-cv-00419-GNS-CHL   Document 317-2   Filed 01/26/23   Page 9 of 11 PageID #: 25215
The Deposition of MICHELLE ROGERS, taken on January 31, 2022
133

```
 1   Sheriff Greer or from a detective named Mark Handy or
 2   from other police officers?
 3        A.   I don't remember where we learned it from.
 4        Q.   It was some police officer or officers,
 5   correct?
 6        A.   Oh, yeah, yes.
 7             MR. BOND:  Objection to form.
 8             MR. DENNY:  Objection to form.
 9             MR. BRAMMELL:  Objection to form.
10   BY MR. BRUSTIN:
11        Q.   Now -- now, I think you mentioned at that
12   point that your sister dated a man named James Tyrell?
13        A.   Yes.
14        Q.   And I understand that there was a time when
15   both you and your mother were concerned that Mr. Tyrell
16   might not be treating Rhonda the way he should; is that
17   correct?
18             MR. BOND:  Objection.
19             MR. DENNY:  Join.
20        A.   I don't recall that.
21        Q.   You don't recall learning that Mr. Tyrell was
22   sometimes violent with your sister?
23             MR. BOND:  Objection.
24        A.   No.
25        Q.   You never heard that before me saying it just
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:17-cv-00419-GNS-CHL   Document 317-2   Filed 01/26/23   Page 10 of 11 PageID #: 25216
The Deposition of MICHELLE ROGERS taken on January 31, 2022
136

```
1    More times than not, my mother knew where we were.
2         Q.   Okay.  But, for example --
3         A.   Or we would call her and let her know.
4         Q.   Okay.
5         A.   Yeah.
6         Q.   But, for example, you mentioned that you --
7    withdrawn.  Now, one of the things your mother also told
8    us is that up until the time that she -- up until the
9    time that you learned of your daughter -- of your
10   sister's death, your mother told us that she and the
11   family were always supportive of Keith's relationship
12   with Rhonda.  Is that consistent with your memory?
13        A.   Yes.
14        Q.   That you thought he was good for her, and she
15   was good for him, and everybody was supportive of the
16   relationship?
17        A.   Yeah --
18             MR. BRAMMELL:  Object to the form.
19        Q.   Nobody ever -- prior to her going missing,
20   nobody ever had any reason to question whether or not
21   his intentions with Rhonda were good or not, correct?
22             MR. BOND:  Objection to form.
23        A.   Yes.
24        Q.   And, in fact, the reason why you called -- why
25   your mother called Keith's house the morning she went
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:17-cv-00419-GNS-CHL   Document 317-2   Filed 01/26/23   Page 11 of 11 PageID #: 25217
The Deposition of MICHELLE ROGERS, taken on January 31, 2022
137

1  missing was because you were all hopeful that she was
2  with Keith, and that would mean she was safe, correct?
3       A.   Right.
4            MR. DENNY:   Object to the form.
5       A.   We called -- she called, because he would be
6  the only one she would have left with.  She wouldn't
7  have gone out at 12:30 at night and -- just by herself.
8       Q.   Well, she had never -- at least according to
9  your mother, had never gone out at 12:30 at night with
10 Keith.  Fair to say?
11           MR. GARVERICH:   Objection to the form.
12      A.   I don't know what time he would go pick her
13 up.  I don't -- I wasn't there.  I don't know.  So if
14 he --
15      Q.   According to the --
16      A.   -- if it was -- it was probably earlier than
17 that.  He would pick her up.
18      Q.   And according to your mother, she never went
19 out with Keith without telling her she was going out
20 with Keith, correct?
21           MR. BOND:   Object.
22      A.   Yeah.
23      Q.   And there was no reason -- there would be no
24 reason to think that this night be any different, right?
25 If she was going out with Keith, she wouldn't tell your

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com