**In the Matter Of:**

IN RE: JEFFREY DEWAYNE CLARK

**MICHELLE ROGERS**

*July 15, 2019*

*WITNESS INTERVIEWS*



*800.211.DEPO (3376)*
*EsquireSolutions.com*

CLARK 024267

MICHELLE ROGERS  WITNESS INTERVIEWS
IN RE: JEFFREY DEWAYNE CLARK

July 15, 2019
1

```
 1
 2
 3
 4
 5
 6
 7                TRANSCRIPT OF WITNESS INTERVIEWS
 8         '92 WARFORD – INTERVIEW WITH MICHELLE ROGERS
 9
10
11  IN RE:  JEFFREY DEWAYNE CLARK & GARR KEITH HARDIN V. LOUISVILLE
12  JEFFERSON COUNTY METRO GOVERNMENT, ET. AL.
13
14
15
16
17
18
19
20
21
22
23
24  JOB NO.:  J4291971
25
```



ESQUIRE
DEPOSITION SOLUTIONS

800.211.DEPO (3376)
EsquireSolutions.com

CLARK 024268

```
 1              R E C O R D E D   C O N V E R S A T I O N

 2

 3          DETECTIVE PETERS:  Hey, sir.  How are you?  Is

 4   Michelle inside?

 5          JEFFERY WARFORD:  Yes.  She's right here.

 6          DETECTIVE PETERS:  Okay.  And who are you?  Are you, -

 7   -

 8          JEFFERY WARFORD:  Jeff.  I'm Rhonda's brother.

 9          DETECTIVE PETERS:  Okay.

10          MICHELLE ROGERS:  Hi.

11          DETECTIVE PETERS:  Hey, how are you?

12          MICHELLE ROGERS:  Fine.  How are you?  I'm Michelle.

13          DETECTIVE PETERS:  Okay.  Nice to meet you.

14          MICHELLE ROGERS:  This is my mom, Mary Warford,

15   Rhonda's mother.

16          DETECTIVE PETERS:  How are you?

17          MARY WARFORD:  I'm good.  You?

18          DETECTIVE JAY SCOTT:  Hi.  Jay Scott.  How are you?

19   Jay Scott.

20          MICHELLE ROGERS:  Have a seat.  Sorry y'all got wet

21   and sorry y'all went down there.  I should have told you.

22          DETECTIVE PETERS:  No.  You told me, -- he said, I'll

23   be, -- it was my fault.  So, --

24          MICHELLE ROGERS:  Everybody goes down there.

25          DETECTIVE JAY SCOTT:  I just want to dry off for a
```



CLARK 024269

1  second.

2          MICHELLE ROGERS:  Drying these posters off.  Put them

3  in front of the fan.

4          DETECTIVE PETERS:  I appreciate y'all meeting with us.

5          MICHELLE ROGERS:  Yeah.  Just turn that thing down.

6          DETECTIVE JAY SCOTT:  Here's a card.

7          MICHELLE ROGERS:  Thank you.

8          DETECTIVE PETERS:  And there's mine.  Obviously, you

9  already have my number.  I put it again on the top there.

10         MICHELLE ROGERS:  Okay.  Thank you.

11         DETECTIVE PETERS:  Well, I appreciate y'all meeting

12  with us today.

13         MICHELLE ROGERS:  Sure, sure.

14         DETECTIVE PETERS:  Obviously, we just kind of want to

15  go over a few things.  This case was, obviously, you know,

16  several years ago.  And we appreciate, -- I kind of just round

17  for just a minute.  But I appreciate it.  But yeah.  We wanted

18  to go over just a couple things.

19         MICHELLE ROGERS:  Uh-huh.

20         DETECTIVE PETERS:  And I know you and I briefly talked

21  on the phone the other day.

22         MICHELLE ROGERS:  Right, right.

23         DETECTIVE PETERS:  And me and him actually went and

24  talked to Whitely.  And I guess he reached out to you after we

25  had spoke with him.



CLARK 024270

```
 1             MICHELLE ROGERS:  Uh-huh.

 2             DETECTIVE PETERS:  Kind of, -- how did that happen?

 3   Did he call you?  Did he, --

 4             MICHELLE ROGERS:  No.  On Facebook.  Years ago these

 5   names started popping up and we were like how are they, -- why

 6   are they, -- those names coming up in this trial when we know

 7   who did it.  You know?  They're, -- they're going to prison for

 8   it, they did it.  But these names kept popping up.  Pam Gibson,

 9   Nikki Madison, and James Whitely, Whitley.

10             DETECTIVE JAY SCOTT:  Whitley, Whitely.

11             DETECTIVE PETERS:  Right.

12             MARY WARFORD:  We knew them over, -- not James, but

13   the girls.

14             MICHELLE ROGERS:  The two girls.

15             MARY WARFORD:  Before it happened, we did.

16             MICHELLE ROGERS:  Yeah.  But when we moved over here

17   in what?

18             MARY WARFORD:  '90.

19             MICHELLE ROGERS:  '90, I don't, -- I don't know if

20   Rhonda still associated.  I don't think she did.

21             JEFFERY WARFORD:  She didn't.  Yeah.

22             MARY WARFORD:  She didn't associate with nobody after

23   she met Keith Hardin.  Nobody.  So, --

24             MICHELLE ROGERS:  Nobody.  I don't even know what to

25   say about it that, you know, why did their, -- their names come
```



CLARK 024271

MICHELLE ROGERS  WITNESS INTERVIEWS                     July 15, 2019
IN RE: JEFFREY DEWAYNE CLARK                                          5

1   up.

2            DETECTIVE PETERS:  Okay.

3            MICHELLE ROGERS:  And then at one moment, one time,

4   mom didn't, -- somebody say that Pam knew Pete's sister or

5   worked with her or something?

6            MARY WARFORD:  That's what I was told.  From somebody

7   in Meade County.  That Pam knew Keith's sister.

8            DETECTIVE PETERS:  Okay.

9            MARY WARFORD:  They worked together at one point and

10  that's how, -- I don't know.

11           DETECTIVE PETERS:  Okay.

12           MARY WARFORD:  We didn't even know when they got them

13  and took them to Meade County to, you know, talk with them or

14  whatever what they do with them down there.

15           DETECTIVE PETERS:  Okay.  I guess, --

16           MARY WARFORD:  Investigate them.  I don't know.

17           DETECTIVE PETERS:  You know, I guess, we weren't the

18  original investigators on it.

19           MICHELLE ROGERS:  Right.

20           DETECTIVE PETERS:  And so, I guess, if we can kind of

21  go back.  I know this is several years ago.  Like, 26 years ago.

22           MICHELLE ROGERS:  Uh-huh.

23           DETECTIVE PETERS:  If we can just kind of go back to

24  where she was living here.  Correct?

25           MARY WARFORD:  Uh-huh.



CLARK 024272

1        DETECTIVE PETERS:  At the time.  Were you all here the

2   day that she went missing?

3        MARY WARFORD:  Yes.

4        MICHELLE ROGERS:  She was.  I was at my apartment.

5        DETECTIVE PETERS:  Okay.  So, --

6        JEFFERY WARFORD:  I, -- I was, --

7        MARY WARFORD:  Her dad.

8        JEFFERY WARFORD:  -- 15 back then living here.

9        DETECTIVE PETERS:  Okay.  Okay.

10        JEFFERY WARFORD:  So, --

11        DETECTIVE PETERS:  Kind of take me back to the day, I

12   guess, where she went missing.  Kind, -- what was going on that

13   day, who was she supposed to meet, anything like that.

14        MICHELLE ROGERS:  The night.  Go to the night, mom.

15        MARY WARFORD:  Well, no the night before.

16        MICHELLE ROGERS:  Start there.

17        MARY WARFORD:  He called investigators he called her

18   at three o'clock that morning.

19        DETECTIVE PETERS:  Who is he?

20        JEFFERY WARFORD:  Keith Hardin.

21        MARY WARFORD:  Keith Hardin.  I didn't know.  She

22   didn't tell me that she got the call.

23        DETECTIVE PETERS:  Okay.

24        MARY WARFORD:  But he hadn't, -- he was dating her,

25   you know, come in at night time to see her and take, -- take her



CLARK 024273

1  to the, -- to the trailer where they lived.

2       DETECTIVE PETERS:  Uh-huh.

3       MARY WARFORD:  He lived with Jeff Clark at that

4  trailer off of Newburk.

5       DETECTIVE PETERS:  Okay.

6       MARY WARFORD:  But she'd stay there some nights with

7  them and then they'd bring her back the next morning.  But that

8  day, -- well, let me see this.  Two weeks prior before they

9  killed her, he didn't show up at all.  Keith didn't come here.

10  Didn't call her or nothing.

11       DETECTIVE JAY SCOTT:  What you're saying is call her,

12  --

13       MARY WARFORD:  But that day, yes, his car was

14  (inaudible).

15       JEFFERY WARFORD:  Yeah.

16       MARY WARFORD:  That day he called her at three

17  o'clock.

18       DETECTIVE PETERS:  Uh-huh.

19       MARY WARFORD:  And that evening around seven I sent

20  her to Kroger to get a few items.  You know, I still got the

21  check where it's been, you know, the time stamped on it and

22  everything.  And when she got back she said an old ugly dirty

23  man had followed her back so far up the street hollering at her

24  saying, I want to marry you and you to have my children.  So, we

25  didn't think nothing about it.  You know?  Then, but later that



CLARK 024274

1  night after I went to bed at 12:30 she comes in my room to get

2  the door keys out of my purse.  I said, Rhonda, where you going?

3  She said, down here.  That was on after, -- it was 12:30 on a

4  Wednesday morning, -- Wednesday night, but Thursday morning.

5          DETECTIVE PETERS:  Uh-huh.

6          MARY WARFORD:  After 12 turns over to another day and

7  I didn't see her no more.

8          DETECTIVE PETERS:  When she says she's going down

9  here, do you know where she was referring to?

10          MARY WARFORD:  Uh-uh.

11          DETECTIVE PETERS:  Did she, -- okay.

12          MARY WARFORD:  I was in bed.  We was all, -- we was

13  all in bed.

14          JEFFERY WARFORD:  Assumed Kroger.  Down towards

15  Kroger, but they're closed at, --

16          MICHELLE ROGERS:  12 back then.  They were closed at

17  12.

18          JEFFERY WARFORD:  Oh, yeah.

19          MARY WARFORD:  Oh, something else.  My phone usually

20  sit right there on that little stand.  And it had a big long

21  cord on it.  The next morning when I got up, -- when I went to

22  bed it was there.  When I got there, it was on her bed.  And

23  that next morning I heard the phone ringing, but I didn't get up

24  and answer it until about 10.  So, --

25          JEFFERY WARFORD:  That's when you, -- back then when



CLARK 024275

1   you could press like star 67.

2           MICHELLE ROGERS:  Yeah.  Star 69.  And yeah.

3           JEFFERY WARFORD:  Or 69 and it would tell you what it

4   is.

5           DETECTIVE PETERS:  Uh-huh.

6           MARY WARFORD:  And if she did get another call.

7           JEFFERY WARFORD:  Yeah.

8           MARY WARFORD:  That could in that night.

9           MICHELLE ROGERS:  It would have, -

10          MARY WARFORD:  My niece called that next morning.  It

11  was ringing around 10, woke me up.

12          JEFFERY WARFORD:  It erased it.

13          MARY WARFORD:  I got up and answered it and it was my

14  niece calling.  You know?

15          DETECTIVE PETERS:  Uh-huh.

16          MARY WARFORD:  And that blocked whoever caller, --

17  that blocked that call out.  'Cause I pushed star 69 and got

18  her, -- got my niece.  So, --

19          DETECTIVE PETERS:  Okay.

20          MARY WARFORD:  She never did leave and go nowhere

21  without telling me or her dad or somebody where she was going

22  and who she was gonna be with.

23          DETECTIVE PETERS:  Okay.  Talking about going down to

24  the store to get some stuff and somebody follows her down the

25  street.  Is this somebody on foot or in a car?



CLARK 024276

1        MARY WARFORD:  Yeah.  They was walking.

2        DETECTIVE PETERS:  Okay.

3        MARY WARFORD:  Evidentially, they was parked at Kroger

4   and followed her, you know, back so far up the street.  I guess.

5        DETECTIVE PETERS:  Okay.  Did she describe this person

6   to you at all?

7        MARY WARFORD:  Uh-uh.  A dirty, -- old dirty ugly man.

8   That's all she said.

9        DETECTIVE PETERS:  When you say older, like, --

10        MARY WARFORD:  She didn't.

11        DETECTIVE PETERS:  Okay.

12        MARY WARFORD:  She didn't say.

13        DETECTIVE PETERS:  Okay.  What do you all know about,

14   I guess, you know, as far as Hardin and Clark and if any

15   involvement here and then also as well as James Whitely?  Do you

16   know if these three guys knew each other?

17        MARY WARFORD:  I don't, -- I don't know who James

18   Whitely, --

19        JEFFERY WARFORD:  I don't even know, -- yeah.

20        MICHELLE ROGERS:  We don't know who he is at all.

21        DETECTIVE PETERS:  Okay.

22        JEFFERY WARFORD:  I had very little interaction with

23   Clark.  I don't know who the James Whitely dude is, but Keith, I

24   mean, Keith had the wool pulled over our eyes.  We, I mean,

25   seemed like a nice guy.  I mean, we'd go, -- me, him, Rhonda,



CLARK 024277

1  and my friend I was hanging out at the time would like go play

2  pool and stuff.  But I mean, he never seemed weird to me.

3          DETECTIVE PETERS:  Okay.  How long has she been dating

4  this guy?

5          MARY WARFORD:  From my daughter Michelle here, another

6  friend of Rhonda were walking on Taylor Boulevard.  Right?  And

7  Jeff Clark pulled up and asked do you know where a, --

8          MICHELLE ROGERS:  Asked, -- asked where, --

9          MARY WARFORD:  A girl named Tammy lived.

10         MICHELLE ROGERS:  I don't.  I have no, -- I can't even

11  remember.  But then he, you know, we started making small talk

12  and then he came back over here the next day.

13         DETECTIVE PETERS:  Uh-huh.

14         MICHELLE ROGERS:  Or next night.  Right?

15         MARY WARFORD:  I don't remember.

16         MICHELLE ROGERS:  And that, -- that's just how that, -

17  -

18         DETECTIVE PETERS:  Okay.

19         MICHELLE ROGERS:  How we started knowing him.

20         DETECTIVE PETERS:  Okay.

21         MARY WARFORD:  And then he introduced Rhonda to, --

22         MICHELLE ROGERS:  Keith.

23         MARY WARFORD:  -- Keith.

24         DETECTIVE PETERS:  Okay.

25         MICHELLE ROGERS:  And they dated six months.



CLARK 024278

1        MARY WARFORD:  From then to October 'til that time
         nd
2  April 2  'til, --

3        DETECTIVE PETERS:  How was their relationship?  Did

4  they get along?

5        MICHELLE ROGERS:  Uh-huh.

6        DETECTIVE PETERS:  Pretty well.  Okay.

7        MARY WARFORD:  Well, he was a, -- he's a liar.  You

8  know?  He had to do everything right.

9        JEFFERY WARFORD:  And at the time, nothing out of the

10 ordinary.

11       MICHELLE ROGERS:  No.  Uh-uh.

12       JEFFERY WARFORD:  I mean, I, -- I didn't see nothing

13 wrong with him at the time.

14       DETECTIVE PETERS:  Okay.

15       JEFFERY WARFORD:  I mean, as I look back at it now, I

16 mean, you could say oh, he wore black all the time.

17       MICHELLE ROGERS:  Yeah.

18       JEFFERY WARFORD:  I mean, that sticks out.  But at the

19 time I'm like, -- because he had long hair and back in '92, I

20 mean, that's how guys were dressing, I guess.

21       DETECTIVE PETERS:  What color was his hair back then?

22       JEFFERY WARFORD:  I think it was brown.  Brown?

23       MICHELLE ROGERS:  Brown.

24       MARY WARFORD:  A reddish brown.

25       JEFFERY WARFORD:  Brown.  Yeah.



800.211.DEPO (3376)
EsquireSolutions.com

CLARK 024279

```
 1            DETECTIVE PETERS:  Okay.

 2            MARY WARFORD:  I got pictures of him.

 3            DETECTIVE PETERS:  Okay.

 4            JEFFERY WARFORD:  But I, -- I been to that, -- me and

 5   him and Rhonda, --

 6            MARY WARFORD:  What he looked like then.

 7            JEFFERY WARFORD:  -- went into that trailer one time

 8   and when we up there, I mean, that struck me as weird.  I mean,

 9   there was all kinds of weird stuff out there.

10            DETECTIVE JAY SCOTT:  Where was the trailer?

11            MICHELLE ROGERS:  Newburg.  Off of Newburg.

12            MARY WARFORD:  Off of Newburg.  What was the name of

13   it?

14            DETECTIVE PETERS:  Right across from the, -- our

15   garage.  You know, --

16            DETECTIVE JAY SCOTT:  Oh, yeah.

17            MICHELLE ROGERS:  Exactly.

18            DETECTIVE JAY SCOTT:  Okay.

19            DETECTIVE PETERS:  When, -- you said like weird stuff

20   going on out there.  What, --

21            JEFFERY WARFORD:  Yeah.  They had a, -- like the first

22   thing that dawned, they had like a fire detector hooked up to

23   the door.  Like, a make shift alarm.  And they had, -- he had

24   showed me all these knives he had.

25            MICHELLE ROGERS:  Knives.
```



CLARK 024280

1          JEFFERY WARFORD:  Yeah.

2          MICHELLE ROGERS:  Big giant snake.

3          JEFFERY WARFORD:  Yeah.  I mean, I was 15-years-old.

4  I thought, you know, snakes were pretty cool.  Because I like

5  outdoors and fishing and stuff.  And I didn't think anything

6  weird about that.  Well, he was letting the big one roam free in

7  the trailer.  That was kind of weird to me.  And he had a little

8  bitty one.  That's the one they lied and said they was looking

9  for it.  Yeah.

10          MICHELLE ROGERS:  Claimed they were looking for it

11  that night.

12          JEFFERY WARFORD:  But yeah, he had a box or some kind

13  of, -- I can't remember exactly what it was, but it was full of

14  little like folding knives.  And I remember one of them was

15  white and had, -- said KKK on it.  That was weird to me.  But

16  not that night, but he took us, me and mom, to Pick Pack.  Was

17  it?

18          MARY WARFORD:  Uh-huh.  Uh-huh.

19          JEFFERY WARFORD:  And Rhonda went with us and he had

20  a, -- was it like a Cutlass.  Like, an old 70s model Cutlass.

21          MARY WARFORD:  Uh-huh.

22          JEFFERY WARFORD:  Two door Cutlass.

23          DETECTIVE PETERS:  Uh-huh.

24          JEFFERY WARFORD:  So, when you get in it, you know,

25  they got to raise the seat up.



CLARK 024281

1        DETECTIVE PETERS:  Uh-huh.

2        JEFFERY WARFORD:  People in the front let you in.  So,

3  Rhonda and Keith was already in there and I went out and I got

4  in and Rhonda let the seat up and I got in.  Something touched

5  the back of my leg.  I reached down and grabbed it.  It was a

6  knife about this long.  Handle and all.  Probably seven, eight

7  inch blade.

8        DETECTIVE PETERS:  Uh-huh.

9        JEFFERY WARFORD:  And Rhonda snatched that thing out

10  my hand like that.  So, I never, -- if they recovered that knife

11  or not, but if they didn't, I mean, I seen it with my own eyes.

12  That's probably the one they used.

13        DETECTIVE PETERS:  Okay.  So, when was the first time

14  you all heard the name James Whitely?

15        MARY WARFORD:  In the trial.

16        DETECTIVE PETERS:  In the trial.

17        MICHELLE ROGERS:  Yeah.

18        JEFFERY WARFORD:  Yeah.

19        DETECTIVE PETERS:  Okay.  But, --

20        MICHELLE ROGERS:  But the two girls names we knew.

21  And their, -- Michelle Gibson name, her name was mentioned,

22  wasn't it?

23        MARY WARFORD:  Well, y'all, -- you all have any of the

24  transcripts or anything?  That they used.

25        DETECTIVE PETERS:  As far as in court or, --



CLARK 024282

1        MARY WARFORD:  Yeah.

2        DETECTIVE PETERS:  -- you talking about when they

3   provided statements to the police?

4        MARY WARFORD:  Everything.  All that.

5        DETECTIVE PETERS:  Yeah.  There is, I mean, we do have

6   those documents.

7        MARY WARFORD:  I've got some too if you need to look

8   at them.

9        DETECTIVE PETERS:  Okay.  As far as when you say trial

10  is the first time you heard Whitely, how did his name come up?

11       JEFFERY WARFORD:  At the Innocent Project, wasn't it?

12       MICHELLE ROGERS:  That they, -- they were accusing, --

13  they said it.  Jeff and Keith said he's the one that did it,

14  right?

15       MARY WARFORD:  Said Pam Gibson said that he told her.

16       MICHELLE ROGERS:  Yeah.

17       DETECTIVE JAY SCOTT:  But not at the first trial?

18  You're talking about at the appeal, correct?  Or in the 2010?

19       MARY WARFORD:  We've been through so much and so much.

20       JEFFERY WARFORD:  Yeah.  I, -- I, -- I think it was

21  after the Innocent Project got involved that his name, --

22       DETECTIVE JAY SCOTT:  That's when you all heard the

23  name, right?

24       JEFFERY WARFORD:  Yeah.

25       DETECTIVE JAY SCOTT:  Okay.



CLARK 024283

1          JEFFERY WARFORD:  I'm pretty sure it is.

2          DETECTIVE PETERS:  Okay.  It, -- I mean, you all had

3   never heard that name before ever?

4          MICHELLE ROGERS:  Uh-uh.

5          DETECTIVE PETERS:  And then did you reach out to him

6   on Facebook though?

7          MICHELLE ROGERS:  Yeah.

8          DETECTIVE PETERS:  Okay.

9          MICHELLE ROGERS:  A long time ago.  I asked him, --

10         MARY WARFORD:  Not when you called her this last time.

11         MICHELLE ROGERS:  The, -- yeah, I didn't reply back to

12  him this last time at all.

13         DETECTIVE PETERS:  Okay.

14         MICHELLE ROGERS:  But before that when he, you know, I

15  wrote to him because I looked him up and I asked him, do you

16  know my sister, Rhonda Warford.  And he said, no.  And I said,

17  well, I think you should know that your name keeps coming up in

18  her trial that you murdered her.

19         DETECTIVE PETERS:  Uh-huh.

20         MICHELLE ROGERS:  And, you know, he would write back.

21  I've never killed anything.

22         MARY WARFORD:  Denied it.

23         MICHELLE ROGERS:  I, -- the only thing I've killed in

24  my life, --

25         JEFFERY WARFORD:  Fish.


CLARK 024284

1          MICHELLE ROGERS:  -- is a fish.

2          JEFFERY WARFORD:  Yeah.

3          DETECTIVE PETERS:  Uh-huh.

4          MICHELLE ROGERS:  And then this last time when you

5    all, I guess, went to him, that's when he wrote back.  Wrote to

6    me and was like, are you, -- are you still on here and then

7    that's when he wrote all kinds of detectives came to his house

8    and took his DNA and he said, still, I still don't know what, --

9    what happened to your sister.

10          DETECTIVE PETERS:  Okay.  Did he ever say if he knew

11   her?

12          MICHELLE ROGERS:  No.  He said, he, -- he said, he

13   didn't know her, he said he didn't know Pam, and he said he

14   didn't know Nikki.

15          MARY WARFORD:  Or the other two.

16          DETECTIVE PETERS:  Huh.

17          MICHELLE ROGERS:  But a lot of my friends I have on my

18   Facebook, he's on some of theirs.

19          DETECTIVE PETERS:  Okay.

20          MICHELLE ROGERS:  So, he, -- I mean, he must been from

21   the neighborhood 'cause, you know, a lot of my friends like I

22   said, --

23          DETECTIVE PETERS:  Okay.

24          MICHELLE ROGERS:  -- have him on their Facebook.  So,

25   --



CLARK 024285

1          DETECTIVE PETERS:  Okay.  Do you know if, -- you know

2   Pam Gibson though right?

3          MARY WARFORD:  Oh, yeah.  We know her.

4          MICHELLE ROGERS:  Yeah.

5          DETECTIVE PETERS:  Okay.  Do you know if she actually

6   knows this James Whitely?

7          MICHELLE ROGERS:  No, but that Nikki, I've talked to

8   her too.  She says she knows him.

9          DETECTIVE PETERS:  Okay.  And you're talking about

10  Madison?

11         MICHELLE ROGERS:  Yeah.  Madison.

12         DETECTIVE PETERS:  Okay.  She said she knows him?

13         MICHELLE ROGERS:  Yeah.

14         DETECTIVE PETERS:  Did she ever tell you if she

15  thought he had any involvement in this or, --

16         MICHELLE ROGERS:  Yeah.  She said she thinks he did

17  it.

18         DETECTIVE PETERS:  Okay.  Did she ever mention the

19  other two guys?  Clark and Hardin?

20         MICHELLE ROGERS:  No.

21         DETECTIVE PETERS:  Okay.  Did she know them?

22         MICHELLE ROGERS:  I have no idea.

23         DETECTIVE PETERS:  Okay.  Well, obviously, we're just

24  trying to, you know, make sure we got all the facts as far as we

25  can.



1          MICHELLE ROGERS:  Right.

2          DETECTIVE PETERS:  Like I said, James' name never, --

3  I don't know at what point in the investigation it actually

4  surfaced as far as him being possibly associated with this or

5  even if any involvement.

6          MARY WARFORD:  See, Rhonda used to date a guy named

7  James.  Maybe they got him mixed up with that one.

8          JEFFERY WARFORD:  Yeah.  They got, -- even the media

9  said, --

10          MARY WARFORD:  They had him in court.

11          JEFFERY WARFORD:  -- an ex-boyfriend.

12          MARY WARFORD:  Yeah.

13          JEFFERY WARFORD:  The ex-boyfriend is James Tyrrell.

14          MARY WARFORD:  What, --

15          JEFFERY WARFORD:  Actually, ex-fiance.

16          MICHELLE WARFORD:  Yeah.  What that Nikki said was Pam

17  and, -- and James dated.

18          DETECTIVE PETERS:  Uh-huh.

19          MICHELLE ROGERS:  So, --

20          DETECTIVE PETERS:  That's what, --

21          MICHELLE ROGERS:  Nikki said.

22          DETECTIVE PETERS:  -- told you.

23          MARY WARFORD:  She's a weird girl.

24          MICHELLE ROGERS:  Yeah, she was very weird.

25          DETECTIVE PETERS:  Okay.



CLARK 024287

1          MICHELLE WARFORD:  Pam or Nikki said that when they

2     took them to Meade County to question them, Pam attacked her in

3     the bathroom.

4          DETECTIVE PETERS:  Okay.  Did she, --

5          MARY ROGERS:  Over not be saying nothing.

6          DETECTIVE PETERS:  About what?

7          MARY WARFORD:  Anything.

8          MICHELLE ROGERS:  I guess James or anything.

9          MARY WARFORD:  Anything, I guess.

10         DETECTIVE PETERS:  Okay.

11         MICHELLE ROGERS:  And then she said Pam got mad at

12    James and then like accidentally blurted out something.  That's

13    why James killed your f'ing friend Rhonda.  Said that to Nikki.

14         DETECTIVE PETERS:  Okay.  So, was Rhonda and Nikki

15    good friends?

16         MICHELLE ROGERS:  I wouldn't good friends.  They just,

17    -- just neighborhood girl.  You know what I'm saying?

18         MICHELLE ROGERS:  Yeah.  Just, --

19         DETECTIVE PETERS:  Okay.

20         MICHELLE ROGERS:  Not like a best friend thing.  It

21    wasn't never like that.

22         JEFFERY WARFORD:  Like she said earlier, I didn't even

23    know Rhonda to associate with them after we moved here.

24         MICHELLE ROGERS:  Right.  After we moved here, I

25    didn't either.



CLARK 024288

1        JEFFERY WARFORD:  It had been two, -- what, two years?

2   Almost two years since we been here?

3        MICHELLE ROGERS:  Yeah.

4        JEFFERY WARFORD:  Like, I never seen them people

5   around.

6        MARY WARFORD:  Rhonda wasn't around nobody.

7        JEFFERY WARFORD:  I seen them around over on Wheeler.

8   Them girls, but, --

9        MARY WARFORD:  But him.  Keith Hardin.

10       JEFFERY WARFORD:  Yeah.

11       MARY WARFORD:  For the last five months of her life.

12   Keith Hardin.

13       JEFFERY WARFORD:  And I, -- I mean, we all truly

14   believed she wouldn't have went out of this house with nobody,

15   but him.

16       MARY WARFORD:  Yeah.

17       MICHELLE ROGERS:  Yeah.

18       JEFFERY WARFORD:  Or Jeff Clark saying he was gonna

19   take her to him.

20       DETECTIVE PETERS:  Uh-huh.

21       JEFFERY WARFORD:  Because that's why he stayed away

22   for two hours or two weeks to like, -- because Rhonda was a real

23   caring person.  You know?  And I mean, she was missing him real

24   bad.

25       MICHELLE ROGERS:  Yeah.



1          MARY WARFORD:  Yeah.  Two weeks.  Yeah.  She really

2    loved him.

3          JEFFERY WARFORD:  Yeah.

4          DETECTIVE PETERS:  So, what was going on for that two

5    weeks that he wasn't around before she went missing?

6          JEFFERY WARFORD:  He blamed it on car trouble.

7          DETECTIVE PETERS:  Okay.

8          JEFFERY WARFORD:  That he couldn't get over here.

9          MICHELLE ROGERS:  And she just mope around the house.

10         MARY WARFORD:  Uh-huh.

11         JEFFERY WARFORD:  Yep.

12         MARY WARFORD:  Stay in her room.  Listen to music.

13   Set writing stuff.

14         DETECTIVE PETERS:  Okay.

15         MARY WARFORD:  I miss my boyfriend.  I miss my

16   boyfriend.  I miss my boyfriend.  On paper just all the way

17   down.

18         JEFFERY WARFORD:  And another weird thing that strikes

19   us, is when she left here, she had no jewelry on.  Like, she'd

20   hardly, -- I mean, would never go out of this house without her

21   jewelry on.

22         MICHELLE ROGERS:  Yeah.  She liked her jewelry.

23         JEFFERY WARFORD:  Like, her rings and her earrings.

24         DETECTIVE PETERS:  Uh-huh.

25         JEFFERY WARFORD:  Had her earrings out.



CLARK 024290

 1          MARY WARFORD:  None of them whatsoever.

 2          JEFFERY WARFORD:  I mean, that's, -- I don't know.  I

 3  mean, it's truly weird.

 4          MARY WARFORD:  He made her quit smoking two weeks

 5  before that.  Wasn't it?

 6          MICHELLE ROGERS:  Yeah.

 7          MARY WARFORD:  In sometime in March, he made her quit

 8  smoking.

 9          JEFFERY WARFORD:  I mean, in our eyes everything

10  points to them.  I mean, --

11          MICHELLE ROGERS:  If these other, --

12          JEFFERY WARFORD:  Yeah.

13          MICHELLE ROGERS:  You know, they could very well be

14  involved.

15          DETECTIVE PETERS:  Uh-huh.

16          MICHELLE ROGERS:  We don't know.  You know?  We, -- we

17  just don't know.

18          DETECTIVE PETERS:  Right.

19          MICHELLE ROGERS:  But we never, -- we ever doubted

20  that they didn't do it.  Jeff and Keith.  That, --

21          JEFFERY WARFORD:  What kind of cars did they drive

22  back then?

23          MARY WARFORD:  If you don't do something, especially

24  kill somebody, you're gonna open your mouth and tell them at the

25  beginning, right?  They didn't never, --


CLARK 024291

MICHELLE ROGERS  WITNESS INTERVIEWS                                July 15, 2019
IN RE: JEFFREY DEWAYNE CLARK                                                    25

```
 1            JEFFERY WARFORD:  Clark drove a old, --

 2            MARY WARFORD:  Never said it.

 3            JEFFERY WARFORD:  What was that?

 4            MARY WARFORD:  Old black, --

 5            JEFFERY WARFORD:  It was primered.

 6            MARY WARFORD:  Yeah.

 7            JEFFERY WARFORD:  A Chevelle.  I think.  He worked at

 8  a Napa shop over off of Taylor Boulevard.

 9            DETECTIVE PETERS:  Okay.

10            JEFFERY WARFORD:  Clark or Hardin drove, I think it

11  was a Cutlass.  70s model Cutlass.

12            DETECTIVE PETERS:  Uh-huh.

13            JEFFERY WARFORD:  Two door.

14            MARY WARFORD:  Gray, wasn't it.

15            JEFFERY WARFORD:  They were both two doors.

16            MARY WARFORD:  What color?  Silver?

17            JEFFERY WARFORD:  I don't know.  I always see'd it at

18  night time.  I couldn't tell you what color it was.

19            DETECTIVE PETERS:  Okay.

20            JEFFERY WARFORD:  But here's another that stood out to

21  me.  Clark down there at Meade County up on that stand he said

22  something about having a pickup truck and getting it demolished.

23            DETECTIVE PETERS:  Okay.

24            JEFFERY WARFORD:  So, I mean, I don't know.  I mean,

25  he was saying, I wish I had said something earlier.  Rhonda
```



CLARK 024292

 1  would still be alive.  I mean, they wasn't pushing back on that

 2  or nothing.  I mean, I'm like, what are y'all doing?

 3          MARY WARFORD:  Said Keith kept telling everybody he's

 4  gonna kill Rhonda.

 5          JEFFERY WARFORD:  Yeah.  And like there was no push

 6  back on them questions like what do you think about that.

 7          DETECTIVE PETERS:  Who said they were gonna kill

 8  Rhonda?

 9          MARY WARFORD:  Keith did.  Jeff Clark said it on the

10  stand.

11          DETECTIVE PETERS:  Okay.

12          JEFFERY WARFORD:  And this was what?

13          MARY WARFORD:  Yeah.

14          JEFFERY WARFORD:  A year ago.

15          DETECTIVE PETERS:  Okay.  He's, -- so, he's saying

16  that Keith made that statement?

17          MICHELLE ROGERS:  Uh-huh. Yep.

18          DETECTIVE PETERS:  And base, -- like, what would his

19  reason be?

20          MARY WARFORD:  Didn't say.

21          MICHELLE ROGERS:  At one point something about if she

22  was preg, -- if she got pregnant, he'd kill her and the f'ing

23  baby.

24          JEFFERY WARFORD:  The first time they went up for

25  parole it was she has the cassette tapes and Keith's like



CLARK 024293

1  spilling his guts.  Like, specific details.

2          DETECTIVE PETERS:  Uh-huh.

3          JEFFERY WARFORD:  Not like oh, I did it.  You know, I,

4  -- 'cause here is the Innocent Project is trying to instill in

5  everybody's heads that all criminals have to admit to their

6  crimes or they're afraid they're not gonna let out of prison.

7  Whether that is true or not, I mean, I don't know.

8          DETECTIVE PETERS:  You got somebody walking up behind

9  you.

10          JEFFERY WARFORD:  Oh, that's my brother-in-law.

11          MARY WARFORD:  Hello.

12          DETECTIVE JAY SCOTT:  How you doing?

13          MARY WARFORD:  That's George Matado, my son-in-law.

14          DETECTIVE JAY SCOTT:  Jay Scott.

15          DETECTIVE PETERS:  Brian Peters.  How are you?

16          GEORGE MATADO:  Pleasure.

17          DETECTIVE PETERS:  Yes, sir.

18          JEFFERY WARFORD:  Yeah.  But, -- and then Hardin on

19  his is basically blaming, -- or Clark is blaming Hardin saying

20  that Hardin called him and said he killed Rhonda and needs help

21  moving her body.  Because I got into a little feud on one of

22  these media pages.  I think it was Fox 41 where you can comment.

23  But I think it was his mom.  Clark's mom.  And I said, I, --

24  yeah, I can't remember.  I said, -- I said, if, -- if your son

25  laid his hands on my dead sister's body, he's just as guilty as



CLARK 024294

1  the person that killed her.

2          DETECTIVE PETERS:  Uh-huh.

3          JEFFERY WARFORD:  And she's like, oh, I haven't heard

4  them tapes.  I'll have to, --

5          MARY WARFORD:  Request them.

6          JEFFERY WARFORD:  Yeah.  And then the judge was like,

7  oh, that don't, -- none of that matters.  I don't care what they

8  said.

9          DETECTIVE PETERS:  He said that in open court?

10          JEFFERY WARFORD:  The judge?

11          DETECTIVE PETERS:  No, the, --

12          MICHELLE ROGERS:  Yeah.

13          JEFFERY WARFORD:  That was the parole case.

14          MARY WARFORD:  Oh, no, no, no, no.

15          JEFFERY WARFORD:  The first one.  Yeah.

16          MICHELLE ROGERS:  The conversation he had with, --

17          DETECTIVE PETERS:  Yeah.

18          MICHELLE ROGERS:  No, that wasn't in court.

19          JEFFERY WARFORD:  No.

20          MICHELLE ROGERS:  That was just over one of those

21  pages on, --

22          DETECTIVE PETERS:  Okay.

23          MICHELLE ROGERS:  -- the internet.

24          JEFFERY WARFORD:  And then I got to the point where I

25  was like, I'm not even going back with you.  I mean, it's not, -



CLARK 024295

1  - not worth it.  But the second one, -- the second time they

2  went up for parole, you got Keith Hardin still confessing he did

3  it and then Clark automatically, he had nothing to do with it no

4  more.

5          MICHELLE ROGERS:  Right.

6          JEFFERY WARFORD:  And I'm like, which, -- which is it?

7  You know?  Did you do it?  Didn't you do it?  I mean, I don't

8  understand.

9          DETECTIVE PETERS:  Okay.  Were they both living in

10  that trailer over off, --

11          MICHELLE ROGERS:  Uh-huh.

12          JEFFERY WARFORD:  I'm, -- yeah, I'm pretty sure they

13  were.

14          MARY WARFORD:  Then in January they said they had an

15  argument and Keith moved back home.

16          DETECTIVE PETERS:  Where is home?

17          MICHELLE ROGERS:  Out in Valley Station.

18          DETECTIVE PETERS:  Okay.

19          MICHELLE ROGERS:  On Terrydale.

20          DETECTIVE PETERS:  Okay.  And who did he live with out

21  there?

22          MARY WARFORD:  Both of them lived in Valley Station.

23          JEFFERY WARFORD:  Yeah.

24          MICHELLE ROGERS:  His parents.

25          JEFFERY WARFORD:  Parents.



CLARK 024296

1            DETECTIVE PETERS:  Okay.  Do you know what connections
2   they had in Meade County?  If any?
3            MARY WARFORD:  Oh, Clark had a, --
4            MICHELLE ROGERS:  Clark had a girlfriend.
5            JEFFERY WARFORD:  Yeah.
6            MICHELLE ROGERS:  And, --
7            JEFFERY WARFORD:  They knew that.
8            MICHELLE ROGERS:  He have a wife and a girlfriend?
9            MARY WARFORD:  I don't know.  He rode two, -- four
10  wheelers right in the vicinity of where they hung out.
11           JEFFERY WARFORD:  Yeah.  He knew the area.
12           MICHELLE ROGERS:  Yeah.
13           DETECTIVE PETERS:  Okay.  How did y'all know about
14  them riding four wheelers out there?
15           MARY WARFORD:  They come up and it came out in the
16  trial.
17           MICHELLE ROGERS:  From the girl.  One of the, -- Amy
18  Rensberg.  Right?
19           MARY WARFORD:  Yeah.  The girlfriend.
20           DETECTIVE PETERS:  Girlfriend of Clark?
21           MICHELLE ROGERS:  Uh-huh.  Yeah.  Clark.
22           DETECTIVE PETERS:  Okay.  And he was also married at
23  the time or, --
24           MICHELLE ROGERS:  I don't know.  There was another
25  woman that I found on Facebook and I found her just like he said



CLARK 024297

1  through one of those comment things.

2          DETECTIVE PETERS:  Okay.

3          MICHELLE ROGERS:  She said something about I know Jeff

4  Clark is capable of doing something like that and I was like,

5  who is this woman.  I got to remember her name.  But anyway, I

6  wrote to her.  Said what you, -- could you elaborate on that?

7  Could you tell me what you mean by that?  And then we were in, -

8  - what's it called where, -- it was private.  Where nobody else

9  could see it.

10          DETECTIVE PETERS:  Okay.

11          MICHELLE ROGERS:  So, she was, -- she was just writing

12  there I dated Jeff Clark and on that very night that he's

13  supposed to meet with his son, his mom came and visited the son.

14  Not Jeff because he wasn't there.  And she told me Jeff Clark

15  was terrified of his mother.  And that his step-father hated

16  him.

17          DETECTIVE PETERS:  Uh-huh.

18          MICHELLE ROGERS:  And what else?  I can't remember.

19          MARY WARFORD:  Oh, he got up there and testified for

20  him.  Lied for him.  All of them did.

21          DETECTIVE PETERS:  Who lied for him?

22          MARY WARFORD:  All of them.

23          DETECTIVE PETERS:  What?

24          MARY WARFORD:  All the families and, --

25          DETECTIVE PETERS:  Okay.  Were you referring to his



CLARK 024298

1  dad or, --

2          MARY WARFORD:  Next door neighbors and, --

3          DETECTIVE PETERS:  Okay.

4          JEFFERY WARFORD:  How about the way he acted at her

5  funeral?

6          MARY WARFORD:  Oh, God.

7          JEFFERY WARFORD:  Here's something.  Jeff Clark was up

8  there, oh, Rhonda was my friend.  Oh, blah, blah.  Your friend

9  gets murdered and you don't show up at her funeral?

10          MARY WARFORD:  I like Rhonda.

11          JEFFERY WARFORD:  It's, -- I mean, to me that's weird.

12  But Keith comes in surrounded by an entourage of people.

13          MICHELLE ROGERS:  His family.

14          JEFFERY WARFORD:  With one rows.  Walks up and say

15  that, -- say that's my sister's coffin.  Like, he got about

16  probably four or five feet.

17          MARY WARFORD:  Right there.

18          JEFFERY WARFORD:  And threw a rose up on her.  And mom

19  said, get that damn rose off there.  And my late uncle

20  confronted who he thought was, --

21          MICHELLE ROGERS:  Keith.

22          JEFFERY WARFORD:  -- Keith, but it was his dad because

23  they look just alike.  And he, -- what he say?  I'm not, -- I'm

24  not Keith, junior.

25          MARY WARFORD:  He said, why did you put that inverted



CLARK 024299

1  cross on my niece.

2          JEFFERY WARFORD:  Yes.

3          MARY WARFORD:  He said, I didn't do it.  He knew about

4  it.  I can't talk about it until dead and gone.

5          DETECTIVE PETERS:  So, did James ever, -- he sent you

6  a message.

7          MICHELLE ROGERS:  Uh-huh.

8          DETECTIVE PETERS:  Do you have what he sent you by

9  chance?

10          MICHELLE ROGERS:  I don't know what happened to the

11  older, -- when I first, --

12          DETECTIVE PETERS:  Uh-huh.

13          MICHELLE ROGERS:  -- approached him.  I don't know

14  what happened to that.

15          DETECTIVE JAY SCOTT:  It auto erases if you don't save

16  it.

17          MICHELLE ROGERS:  Yeah.  Because it was from years

18  ago.

19          DETECTIVE PETERS:  Have you ever actually talked to

20  him on the phone?

21          MICHELLE ROGERS:  Yeah.

22          DETECTIVE PETERS:  You have?

23          MICHELLE ROGERS:  Uh-huh.

24          DETECTIVE PETERS:  How did those conversations go?

25          MICHELLE ROGERS:  He just, you know, I didn't kill, --



CLARK 024300

1  I didn't, -- I don't even, -- I don't even know your sister.

2  That's the beginning of it.  Yeah.  Just like, you know, I

3  didn't know your sister.  I didn't have anything to do with

4  that.  I don't know, you know, I don't know Jeff, Keith.  I

5  don't know whatever, -- what was her name?  Pam or Nikki.

6          DETECTIVE PETERS:  So, as far as you know, if these

7  two actually know each other, you don't know if they do or not.

8  But, --

9          MICHELLE ROGERS:  I have no clue.

10          DETECTIVE PETERS:  Okay.  Now, Pam, she knew Rhonda as

11  well?

12          MICHELLE ROGERS:  Uh-huh.

13          DETECTIVE PETERS:  Now, but Pam and Nikki they were

14  just a couple of years older than, --

15          MICHELLE ROGERS:  Were they?

16          MARY WARFORD:  I don't know how, -- I guess.  I don't

17  know how old they were.  I guess there, --

18          DETECTIVE PETERS:  Because Rhonda was 19.  Right?

19          MICHELLE ROGERS:  Uh-huh.

20          MARY WARFORD:  Right.

21          DETECTIVE PETERS:  And I thought, -- I thought they

22  were like around 21 or 22 or something like that.

23          MICHELLE ROGERS:  I don't know.

24          DETECTIVE PETERS:  Okay.

25          JEFFERY WARFORD:  Didn't that Nikki girl say that they



CLARK 024301

MICHELLE ROGERS  WITNESS INTERVIEWS                         July 15, 2019
IN RE: JEFFREY DEWAYNE CLARK                                        35

1  used him to get alcohol?

2          MICHELLE ROGERS:  Yeah.

3          DETECTIVE PETERS:  They used who?

4          JEFFERY WARFORD:  That James Whitely guy.

5          MICHELLE ROGERS:  And that, -- what's that other

6  little's name?  Beth.

7          JEFFERY WARFORD:  This was all like, -- yeah.  This

8  was all on Wheeler.

9          MICHELLE ROGERS:  Yeah, I know.

10          JEFFERY WARFORD:  I never seen those people over here.

11          MICHELLE ROGERS:  Me either.

12          JEFFERY WARFORD:  That was, like I said, almost two

13  years we'd been over here.  Like, I never seen them people over

14  here.  Like, Rhonda didn't associate with nobody, but Keith

15  Hardin.

16          DETECTIVE PETERS:  So, where she was found in Meade

17  County, that, -- that property actually belonged to Keith or

18  Jeffery's family or they just rode four wheelers down there on

19  that property?

20          MARY WARFORD:  I, -- it didn't belong to him.

21          MALE SPEAKER:  No, it was nearby.

22          DETECTIVE PETERS:  Okay.

23          MALE SPEAKER:  They, -- they four wheel nearby.  You

24  know, how, -- I don't know if you know about cattle, but cattle,

25  you know, it's very curious about anything that's different.



CLARK 024302

MICHELLE ROGERS  WITNESS INTERVIEWS                     July 15, 2019
IN RE: JEFFREY DEWAYNE CLARK                                           36

```
1              DETECTIVE PETERS:  Uh-huh.

2              MALE SPEAKER:  And you put around them and they all

3    circled over there.  They were just wondering what it was.

4              DETECTIVE PETERS:  Uh-huh.

5              MALE SPEAKER:  And supposedly when the farmer came to

6    look for, -- for his animals, you know, they're not up in the

7    front where he usually feeds them.  They're all in the corner

8    there.  He was wondering why.  When he went over there, that's

9    when he discovered the body.

10             DETECTIVE PETERS:  Okay.  And how long ago was it you

11   ran into Pam Gibson up on New (indiscernible).

12             MICHELLE ROGERS:  Oh, we, -- how many, -- when did we

13   go there?  Two or three weeks ago.

14             MALE SPEAKER:  Two weeks ago is when we got, --

15             MICHELLE ROGERS:  But before that, I, -- we ran into

16   her.  That was like four, -- three or four years ago.

17             DETECTIVE PETERS:  Okay.

18             MICHELLE ROGERS:  I asked, I said, aren't you Pam

19   Gibson.  She said, yep.  And that's all she said to me.

20             DETECTIVE PETERS:  Okay.

21             MICHELLE ROGERS:  Like, I mean, and her, --

22             DETECTIVE PETERS:  Did she know who you were or

23   anything?

24             MICHELLE ROGERS:  I think she did, but she didn't act

25   like she did.
```



CLARK 024303

1          DETECTIVE PETERS:  Yeah.  And then you just say her

2    two weeks ago.

3          MICHELLE ROGERS:  And we've seen her, -- yeah.  Three

4    weeks ago.  I didn't see her, but I asked a guy there.  I said,

5    does Pam still work here.

6          DETECTIVE PETERS:  Uh-huh.

7          MICHELLE ROGERS:  He's like, yeah.  You just missed

8    her.  I was like, oh, she helped us, you know, a couple years

9    ago and she was really nice.  You know?

10          DETECTIVE PETERS:  Uh-huh.

11          MICHELLE ROGERS:  I was just wondering if she was

12    still here.  So, I got my answer.

13          DETECTIVE PETERS:  Okay.

14          JEFFERY WARFORD:  What about the other girl?  The

15    other Michelle girl?

16          MICHELLE ROGERS:  Michelle.

17          JEFFERY WARFORD:  That name, --

18          MICHELLE ROGERS:  Goodman.

19          MARY WARFORD:  Goodman.

20          MICHELLE ROGERS:  Yeah, it did.  But I, -- like, she's

21    still staying she don't know anything either.

22          JEFFERY WARFORD:  Yeah.

23          MICHELLE ROGERS:  She don't know where Nikki is.  She

24    don't know where Pam is.

25          DETECTIVE PETERS:  Okay.



CLARK 024304

1          JEFFERY WARFORD:  And like I said, that was all over

2     there.

3          MICHELLE ROGERS:  Right.  Right.

4          JEFFERY WARFORD:  And I don't, -- like that wasn't

5     over here.

6          DETECTIVE PETERS:  So, you all feel pretty confident

7     that Hardin and Clark are the two that are responsible for it?

8          MICHELLE ROGERS:  Uh-huh.  Yes.  And, --

9          JEFFERY WARFORD:  I do.  I mean, --

10          DETECTIVE PETERS:  Did you all attend the trial?

11          MICHELLE ROGERS:  Uh-huh.

12          JEFFERY WARFORD:  Uh-huh.

13          DETECTIVE PETERS:  You did?  In, -- in court.

14          MARY WARFORD:  Not the last part when they were let

15     out.

16          DETECTIVE PETERS:  Right.

17          MARY WARFORD:  We didn't go back in.

18          DETECTIVE PETERS:  Did they both take the stand?

19          MARY WARFORD:  Yeah.

20          MICHELLE ROGERS:  Yeah.

21          DETECTIVE PETERS:  Did they?  And what did they say

22     when they were on the stand?

23          MICHELLE ROGERS:  Well, they, -- they didn't do it.

24          DETECTIVE PETERS:  Okay.

25          MICHELLE ROGERS:  But then, --



CLARK 024305

```
 1          MALE SPEAKER:  But before, -- before that, they blamed
 2   each other.
 3          MARY WARFORD:  Yeah.
 4          MALE SPEAKER:  At the beginning of the trial.  Like,
 5   when they were trying to convict them, they both blamed each
 6   other.  And then they concocted something like I guess their
 7   lawyers.
 8          MICHELLE ROGERS:  The innocent project.
 9          MALE SPEAKER:  Yeah.  Well, no.  He's talking about
10   before.
11          JEFFERY WARFORD:  The first.  Yeah.
12          MALE SPEAKER:  When they first started they couldn't,
13   -- they, -- he and I was like, no, it could have been him.  And
14   then go back and forth.
15          MARY WARFORD:  At the beginning were they?
16          MALE SPEAKER:  Yeah.
17          MARY WARFORD:  I don't think so.
18          MALE SPEAKER:  They blamed, -- yeah.  He said that, --
19          MARY WARFORD:  They just said they didn't do it.
20          DETECTIVE JAY SCOTT:  Got it all on tape.
21          MARY WARFORD:  Yeah.  They didn't, --
22          DETECTIVE PETERS:  They actually said that in court on
23   the stand.  Like, Hardin claimed Clark did it, --
24          MALE SPEAKER:  If I remember correctly, one blamed the
25   other guy.
```



CLARK 024306

MICHELLE ROGERS  WITNESS INTERVIEWS                        July 15, 2019
IN RE: JEFFREY DEWAYNE CLARK                                            40

1          MICHELLE ROGERS:  Not at the beginning though.

2          MARY WARFORD:  Not at the beginning, I don't think.

3          MALE SPEAKER:  And then, -- and then, -- and then, I

4     mean, this was so long ago.  And then, --

5          MARY WARFORD:  That what I was saying.  If they was

6     guilty, they didn't do it, they would have got up there and said

7     they didn't do it.  They didn't never say that.

8          DETECTIVE PETERS:  Okay.

9          MALE SPEAKER:  It was just weird.  I, -- I don't know.

10    I would just would have been, -- I would have been screaming

11    from the beginning to the end.

12         MARY WARFORD:  Yeah.

13         MICHELLE ROGERS:  I know, and you had, -- I'm not

14    gonna admit to doing something I did not do.

15         DETECTIVE PETERS:  Yeah.

16         MICHELLE ROGERS:  You know?  And they both, --

17         MARY WARFORD:  What about the comment when they put

18    them back in jail that one time?  Clark said, yeah, we did it.

19         MICHELLE ROGERS:  We did it.

20         MARY WARFORD:  If they only knew.

21         MICHELLE ROGERS:  Yeah.

22         MARY WARFORD:  Joe Greer told me that.

23         MICHELLE ROGERS:  And then he said, -- he also said,

24    we didn't kill her on a Wednesday.

25         MARY WARFORD:  Yeah.



CLARK 024307

1            DETECTIVE PETERS:  So, she goes missing on Wednesday

2    night into Thursday morning?

3            MARY WARFORD:  Yeah.

4            MICHELLE ROGERS:  Uh-huh.

5            DETECTIVE PETERS:  But you, -- when do you actually

6    report her missing?  On that Thursday?

7            MARY ROGERS:  On Thursday night.

8            DETECTIVE PETERS:  Thursday night.

9            MICHELLE ROGERS:  Thursday evening.  Yeah.

10           DETECTIVE PETERS:  When did you, -- when was the next

11   time you actually heard from Keith Hardin?

12           MARY WARFORD:  We didn't.  I kept calling him.

13           MICHELLE ROGERS:  Yes, he did.  He came here.  They

14   came here.

15           JEFFERY WARFORD:  Him and his mom, --

16           MARY WARFORD:  Because I called him before that to see

17   if he knew where she was.  Probably that next day.

18           MICHELLE ROGERS:  He came here with his mom and his

19   sister.

20           MARY WARFORD:  On Friday.

21           MICHELLE ROGERS:  And when they were leaving, his mom

22   told my mom give, -- give, --

23           MARY WARFORD:  Give a hug by.

24           MICHELLE ROGERS:  -- give Keith a hug by.  When she

25   hugged him, she felt something in his back.



CLARK 024308

1        DETECTIVE PETERS:  Okay.  So, how often would he call
2  over here at the house?
3        MARY WARFORD:  I don't, -- I don't know.  She kept, --
4        JEFFERY WARFORD:  Rhonda, yeah.  If that phone rang,
5  Rhonda had it.
6        MARY WARFORD:  Teenagers takes phones outside and
7  everywhere.
8        DETECTIVE PETERS:  Did she ever, -- did he ever call
9  after she had gone missing looking for her?
10        MICHELLE ROGERS:  No.
11        DETECTIVE PETERS:  Okay.
12        MARY WARFORD:  Not, -- not until his mother was on the
13  call.
14        MICHELLE ROGERS:  What else did he, --
15        MARY WARFORD:  Not until we, --
16        DETECTIVE PETERS:  So, did they just come over here on
17  their own?  Or did you invite them over?
18        MICHELLE ROGERS:  Yeah.
19        MARY WARFORD:  Yeah.
20        DETECTIVE PETERS:  And, --
21        MICHELLE ROGERS:  They come over on their own.
22        DETECTIVE PETERS:  She had already been reported
23  missing?
24        MICHELLE ROGERS:  Yeah.
25        MARY WARFORD:  Uh-huh.



CLARK 024309

1           DETECTIVE PETERS:  How long after she had been

2     reported missing did they show up at your house?

3           MARY WARFORD:  We, -- I reported her missing on

4     Thursday and they came over on a Saturday.

5           DETECTIVE PETERS:  Okay.  What was their reasoning for

6     coming over here?

7           MARY WARFORD:  And she was found on Sunday morning.

8           DETECTIVE PETERS:  Okay.

9           MARY WARFORD:  I guess just to, -- I don't know.  I

10    really don't know why they came over.

11          JEFFERY WARFORD:  Show.  Probably just for show.

12          MARY WARFORD:  Yeah.  I don't know.

13          DETECTIVE PETERS:  Did you ask him at that time if he

14    had anything to do with it?

15          MARY WARFORD:  There was a second lady here.  She took

16    Keith in Rhonda's bedroom.  What did she say to him?

17          MICHELLE ROGERS:  I have no idea what she said.

18          MARY WARFORD:  And the mother said, Keith junior is in

19    devil worshipping, but he's on his way out.  That's what she

20    told me.

21          JEFFERY WARFORD:  Said what he had to do to get out of

22    it.

23          MARY WARFORD:  On his way out.  He's in it, but he's

24    on his way out.  And, --

25          DETECTIVE PETERS:  Did you think anything odd about



CLARK 024310

1  him coming over here with his family?

2          MARY WARFORD:  Yeah.  With all of them.  Right?

3          MALE SPEAKER:  Yeah.  Because he used to come by

4  himself.

5          JEFFERY WARFORD:  Yeah.  All by himself.

6          MALE SPEAKER:  He used to always come by himself.

7          MARY WARFORD:  And he had sisters living in Florida,

8  didn't he?

9          MALE SPEAKER:  And, -- and, -- he always came by

10 himself.

11         MARY WARFORD:  And they was all here with him.

12         MALE SPEAKER:  And he came a couple of times with

13 Jeff, but he used to always come by himself.  So, that's why we,

14 --

15         MARY WARFORD:  Yeah.

16         MALE SPEAKER:  I mean, when he came with him, -- like,

17 some entourage.  They were like, wait a minute, you never come

18 here like that.  So, why would you come now?  You know?

19         MARY WARFORD:  You didn't come to protect her.

20 Protect her, - to protect him.

21         DETECTIVE PETERS:  Ands then you get notified the next

22 day on that Sunday that they found her in Meade County?

23         MARY WARFORD:  You know, they kept it from me.  They

24 seen it on TV and kept it from me for a while.

25         DETECTIVE PETERS:  And when she is found, what did



CLARK 024311

1  you, -- you know, what kind of things were you thinking when

2  she's found?  Were you thinking he had something to do with it?

3           MARY WARFORD:  I just went crazy.

4           MICHELLE ROGERS:  Yeah.

5           DETECTIVE PETERS:  Okay.  And I know this is a long

6  time ago.  What, -- you mentioned the farm the guy that end up

7  finding her out on his land.  Did he know Clark or Hardin?

8           MARY WARFORD:  It wasn't his land.  It wasn't his

9  land.  Elderly man looking for property to buy.

10          DETECTIVE PETERS:  Okay.

11          MARY WARFORD:  Yeah.  Yeah.

12          JEFFERY WARFORD:  And he said, -- he said he thought

13 it was a mannequin until he got really close.

14          MICHELLE ROGERS:  Close to it.

15          MALE SPEAKER:  Yeah.

16          JEFFERY WARFORD:  And I took a still shot of the

17 picture that they had the video on the news and supposedly all

18 this stuff that was happening with the Innocent Project was

19 about the hairs in her hand.

20          DETECTIVE PETERS:  Uh-huh.

21          JEFFERY WARFORD:  And that's what we assumed.  Then

22 when we get down there, they're bad mouthing everything that had

23 to do with putting them away.  They're bad mouthing like the

24 Clipper cash guy.

25          MICHELLE ROGERS:  Yeah.



CLARK 024312

1          JEFFERY WARFORD:  I mean, anything that had to do with

2    putting him in jail, they're bad mouthing it.  And I'm like,

3    they haven't mentioned nothing about the hairs in her hand.

4          DETECTIVE PETERS:  Uh-huh.

5          JEFFERY WARFORD:  Well, I mean, I thought to get a new

6    trial.  I mean, I thought that what to all that was for.  And

7    but anyway back to the guy.  I mean, he had gray hairs and he

8    had a cap on.  I mean, I don't know if he, -- some hairs could

9    have fell.  'Cause they didn't tell her if her hands were open.

10         DETECTIVE PETERS:  You talking about the guy that

11   found her?

12         JEFFERY WARFORD:  Yeah.  Her hands were open, if they

13   were clinched.  I mean, they showed a picture in court, but

14   nobody looked at it.

15         DETECTIVE PETERS:  Okay.

16         JEFFERY WARFORD:  So, I mean, I don't know if her

17   hands were open or clinched, if the hairs were, -- if his hands

18   was like this, if the hair was right here, if it was in her

19   hands?

20         DETECTIVE PETERS:  Did he testify in the first trial?

21         JEFFERY WARFORD:  The old man?

22         DETECTIVE PETERS:  Uh-huh.

23         JEFFERY WARFORD:  I'm not sure.

24         MARY WARFORD:  I don't, --

25         MICHELLE ROGERS:  No.  I don't think he did.



1          MARY WARFORD:  He moved away from Meade County.  Joe

2    Greer said.

3          DETECTIVE PETERS:  Okay.

4          MARY WARFORD:  I think they planted the hair in her

5    hand.

6          DETECTIVE PETERS:  Okay.

7          MARY WARFORD:  Yeah.  That's what I think.

8          JEFFERY WARFORD:  I just watch a lot of them criminal

9    shows and I see how it can get, you know, --

10         MALE SPEAKER:  Yeah, but I don't, -- I, -- yeah, but I

11   think it was just botched.  I don't think, -- I don't think, --

12   because back then, -- back then DNA wasn't as strong as it is

13   today.

14         MICHELLE ROGERS:  Uh-huh.

15         DETECTIVE PETERS:  Uh-huh.

16         MALE SPEAKER:  So, I don't think they planted it.

17   They plated it.  I think that some things were overlooked.

18         DETECTIVE PETERS:  Uh-huh.

19         MALE SPEAKER:  I think some things were overlooked.

20   You know, like she had, -- she had skin under her nails.  That

21   came up maybe, you know, she had scratched, -- she had scratched

22   somebody.  Supposedly at one time and then that didn't even come

23   up.  So, I mean, it was a whole bunch of crap that I just think

24   the whole thing was botched.

25         MARY WARFORD:  And then Joe Greer said he threw her



CLARK 024314

1  clothes away.  I don't know why he did that.

2          JEFFERY WARFORD:  Yeah, like they, -- they didn't, --

3  like, he said.  They didn't know what they was doing down there.

4          MALE SPEAKER:  I don't think they knew what they was

5  doing.  That's what it was.  You know?

6          DETECTIVE PETERS:  Well, we'll definitely revisit

7  everything as far as, you know, things that we could do now that

8  maybe they just didn't have the capabilities back then.  We'll

9  see what else we can do as far as that kind of stuff.  But we'll

10 reach out and talk to Pam and Nikki as well.  You know, it's, --

11 we just want to make sure we're not, -- there's nothing we're

12 missing here.  So, --

13         MICHELLE ROGERS:  Right, right.

14         DETECTIVE PETERS:  Anything else y'all can think of

15 that we need to know about?

16         MICHELLE ROGERS:  Uh-uh.

17         JEFFERY WARFORD:  Probably sit here and talk about

18 that all day long.

19         MICHELLE ROGERS:  I know.

20         DETECTIVE PETERS:  I'm sure.  Yeah.  Well, I

21 definitely appreciate y'all taking the time to meet with us.

22         MARY WARFORD:  If anything y'all need to, -- need and

23 I've got it, you can have it.

24         DETECTIVE PETERS:  What's that now?

25         MARY WARFORD:  The, -- the, -- the cassettes.



CLARK 024315

MICHELLE ROGERS  WITNESS INTERVIEWS                    July 15, 2019
IN RE: JEFFREY DEWAYNE CLARK                                      49

1          JEFFERY WARFORD:  The recordings.

2          DETECTIVE PETERS:  Okay.

3          MARY WARFORD:  CD-R and the transcripts.

4          DETECTIVE PETERS:  Okay.

5          JEFFERY WARFORD:  Evidentially, that don't mean

6   nothing.  So, -- I mean, I don't understand why that judge, I

7   mean, I don't, --

8          MALE SPEAKER:  Yeah, that, -- that, -- that seem, --

9          JEFFERY WARFORD:  They had that Barry Scheck dude down

10  there from that OJ trial.  And that judge's eyes were, --

11         MALE SPEAKER:  Oh, yeah.  He would, --

12         JEFFERY WARFORD:  Start shaking his hand.  I'm like,

13  what is going on here.

14         MALE SPEAKER:  Yeah, he was star struck.

15         MARY WARFORD:  The attorneys for him was Bart Adams.

16         JEFFERY WARFORD:  Yeah.

17         MARY WARFORD:  And Bart Adams and Wallace Rogers.

18         MICHELLE ROGERS:  She, -- the judge got in trouble.

19  Or she got in trouble because she looked over on their side and

20  he made a comment to her about doing, you know, and we were

21  like, mom, please.  You just, --

22         DETECTIVE PETERS:  Uh-huh.

23         MICHELLE ROGERS:  You know?

24         MARY WARFORD:  I didn't say nothing.

25         MICHELLE ROGERS:  She looked over there.



CLARK 024316

1           MARY WARFORD:  And the b-i-t-c-h was looking right

2   over at us.

3           MALE SPEAKER:  Yeah, he was, -- he was, -- he was

4   start, -- okay.  The first day, you know, I don't understand how

5   the judge would even do that.  You know?  I don't care who is in

6   there.  You know what I'm saying?  I mean, I wouldn't shake

7   nobody's hand until maybe after the trial was over.

8           DETECTIVE PETERS:  Uh-huh.

9           MALE SPEAKER:  You know what I'm saying?  But he, --

10  he made it a point to like, you know, he come down and it's a

11  major case and he'll come down, hey, you don't talk to nobody on

12  this side, but he'd come over this side.  What's going on, guys?

13  He gonna be like, --

14          DETECTIVE PETERS:  Uh-huh.

15          MALE SPEAKER:  You know, he's supposed to be a judge

16  and unbiased.  But you go over there and I mean, he was, -- like

17  I said, he keep walking up and down.

18          DETECTIVE PETERS:  Kind of watching him.  Yeah.

19          MALE SPEAKER:  Yeah.

20          DETECTIVE PETERS:  Okay.

21          MICHELLE ROGERS:  They're all day long in this

22  neighborhood has gone to hell.

23          MALE SPEAKER:  I got Matayo working on it.  Don't

24  worry about it.  Hyper.  I got it all over.  So, -- but yeah, I

25  just didn't get it.  I went, like I said, I went down there and



CLARK 024317

1 I, -- the whole thing confused the heck out of me.  I mean, it

2 was just, -- when we, -- like I said, I wasn't, -- I didn't go

3 to the other trials.  Because at that time I was a police

4 officer of the city.

5           DETECTIVE PETERS:  Uh-huh.

6           MALE SPEAKER:  And I didn't want to be biased.  I di

7 didn't want to be, you know what I'm saying, I didn't want

8 nothing negative.  But I saw, I mean, this time around we went

9 down together and like I said, the whole thing.  Like, he said.

10 It turned around like we're the innocent people, now we became,

11 --

12           MICHELLE ROGERS:  Yeah.  That's what it, --

13           MALE SPEAKER:  We became victimized again.

14           JEFFERY WARFORD:  Like they were the victims.

15           MALE SPEAKER:  Yeah.  Like, -- like, all of a sudden

16 like, -- like, -- like we went out of our way to put them guys

17 in jail.  And, -- and we were trying, you know, and like I said,

18 -- I said, on.  Wait a minute.  The evidence showed itself.  You

19 guys went to jail because people, you know, they said that you

20 were guilty.  Not us.

21           MICHELLE ROGERS:  Yeah.  The jury put you in jail.

22 Not us.

23           MARY WARFORD:  Do y'all know Andy?

24           DETECTIVE PETERS:  I know the name.  Don't know him.

25           DETECTIVE JAY SCOTT:  Yeah.



1          MARY WARFORD:  He sat, -- he sat in there at my table.

2   He said, told me, he said, now, it's important.  We must not go

3   pointing fingers.  He said, --

4          MICHELLE ROGERS:  And then they blamed him for erasing

5   tape and, --

6          MARY WARFORD:  I don't know.

7          MALE SPEAKER:  But you got to know Andy.  He works at,

8   -- he works at, -- he works the metal detectors at the, --

9          MARY WARFORD:  He's gone.

10          MALE SPEAKER:  You know?

11          DETECTIVE PETERS:  So, what kind of things were

12   brought up about Whitely in the 2010 trial?

13          MICHELLE ROGERS:  Just that, -- all I could, --

14          DETECTIVE PETERS:  I mean, --

15          MICHELLE ROGERS:  I didn't even put any mind.  We were

16   all so confused by, --

17          JEFFERY WARFORD:  Yeah.

18          MICHELLE ROGERS:  -- who the hell is Whitely?

19          JEFFERY WARFORD:  Yeah.

20          MICHELLE ROGERS:  Who is James Whitely?

21          MARY WARFORD:  Yeah.

22          JEFFERY WARFORD:  Yeah.

23          MICHELLE ROGERS:  And then that's when we thought

24   maybe they mean James Tyrrell.

25          JEFFERY WARFORD:  Tyrrell.  Yeah.



1          MARY WARFORD:  Yeah.

2          MICHELLE ROGERS:  Which was the guy that she dated.

3          MARY WARFORD:  And they had him in court.

4          MICHELLE ROGERS:  Yeah.  So, I mean, --

5          JEFFERY WARFORD:  To me it just looked like they was

6   looking to shift blame to somebody.

7          MICHELLE ROGERS:  Right, right.

8          DETECTIVE PETERS:  Did they say anything that sounded

9   like that it implicated him as far as being maybe even

10  associated with this at all?

11         MICHELLE ROGERS:  They said they tried to get his DNA

12  one time.  He refused.  And then they said they got it, didn't

13  they, off of a cup or something?

14         MARY WARFORD:  Uh-huh.  But he said that they didn't.

15         MICHELLE ROGERS:  Right.  And he said they didn't.

16  That nobody ever talked to him about it.

17         MARY WARFORD:  He said it.

18         JEFFERY WARFORD:  But his name wasn't even brought up

19  back in '92, but all of a sudden in 2010, his name is brought

20  up.  You know?

21         DETECTIVE PETERS:  Okay.  You got anything else?

22         DETECTIVE JAY SCOTT:  Uh-uh.

23         DETECTIVE PETERS:  All right.  Well, obviously, you

24  have our names and number, --

25         MARY WARFORD:  Uh-huh.



CLARK 024320

1    DETECTIVE PETERS:  -- and numbers as well.  But feel

2  free to call us if you need anything.  We'll definitely talk to

3  Pam and, --

4    MICHELLE ROGERS:  I mean, what's gonna, -- what's, --

5  what's gonna happen now?  Or I mean, is this an open case, is it

6  closed, is it a, -- I mean, it's, --

7    MARY WARFORD:  It's ongoing?

8    JEFFERY WARFORD:  It's a never ending nightmare is

9  what it is.

10    MICHELLE ROGERS:  It's never ended.  That since my

11  sister went to the ground, she's never rested.

12    DETECTIVE PETERS:  I understand.  Well, obviously, at

13  some point it was considered closed because the arrest was made

14  and obviously we felt pretty strong at that time or I should say

15  the ones that worked it and the prosecutors, that they had the

16  right people.  You know, I'm not seeing anything that stands out

17  that can definitely say they don't have any involvement in this.

18    MICHELLE ROGERS:  Right.

19    DETECTIVE PETERS:  But we just want to make sure that

20  we look into to see if it, -- this guy James Whitely actually

21  did.  That's why we went there and get the DNA and everything.

22    MICHELLE ROGERS:  Uh-huh.

23    DETECTIVE PETERS:  And obviously, you know, that's one

24  way we can either exclude somebody or, you know, --

25    MICHELLE ROGERS:  Right.



CLARK 024321

MICHELLE ROGERS  WITNESS INTERVIEWS                    July 15, 2019
IN RE: JEFFREY DEWAYNE CLARK                                          55

```
1              MARY WARFORD:  Uh-huh.

2              DETECTIVE PETERS:  -- or show that they do have some

3    involvement.  So, you know, we'll reevaluate it and everything

4    else.

5              MICHELLE ROGERS:  What, -- will that be, -- what, --

6    like, --

7              DETECTIVE PETERS:  It's not, --

8              MICHELLE ROGERS:  Who told you that there is nothing,

9    -- nothing left to be tested.

10             JEFFERY WARFORD:  If they test the hairs one more, --

11             MARY WARFORD:  If they test the three hairs one more

12   time, they disintegrate.

13             JEFFERY WARFORD:  And they were gray?  Weren't they

14   gray hairs?

15             MARY WARFORD:  Yeah.  That's what they said they were.

16             JEFFERY WARFORD:  They were gray hairs back then.

17             MARY WARFORD:  That's what they said they were.  Gray.

18             DETECTIVE JAY SCOTT:  Well, unless somebody like a

19   medical field or something says, I mean, you can't believe, --

20             DETECTIVE PETERS:  Yeah.

21             DETECTIVE JAY SCOTT:  I mean, obviously, you can't

22   believe what, -- well, you can't believe TV number one.

23             MICHELLE ROGERS:  Right.  Right.

24             DETECTIVE JAY SCOTT:  I mean, it, -- you don't want to

25   go by what, you know, what you're hearing out here on Facebook
```



1  or, --

2           MICHELLE ROGERS:  Uh-huh.

3           DETECTIVE PETERS:  Yeah.  Sure.

4           DETECTIVE JAY SCOTT:  Anything like that.  And

5  anytime, -- and just to answer your question.  Anytime like when

6  that was overturned, it, -- although it was a closed at the

7  time, when it was overturned then we get to come back in and

8  relook at things, you know, with new evidence and things like

9  that.  So, that's kind what we're in the middle of doing.

10          MICHELLE ROGERS:  Right.

11          DETECTIVE JAY SCOTT:  But you know, --

12          MICHELLE ROGERS:  But we don't have any new evidence?

13          DETECTIVE JAY SCOTT:  When you do that, --

14          MICHELLE ROGERS:  Right?

15          DETECTIVE JAY SCOTT:  Well, now things that were done

16  in '92, '93, '94 and all that stuff, I mean, the way we do

17  things now is, you know, that was 25 years.  It was a lot

18  different.

19          MICHELLE ROGERS:  Yeah.  Right.

20          DETECTIVE JAY SCOTT:  So, I mean, there are other, --

21  there is new things out there and there are things that maybe

22  people looked at in the past and because of the, -- the retrial

23  and, you know, and all the, you know, you've been to a bazillion

24  hearings and you know, each, -- you know, we can go back now and

25  we can look at all of that and that's what we're in the process



 1  of doing and that takes a long time.

 2          MICHELLE ROGERS:  Oh, yeah.  I'm sure.

 3          DETECTIVE JAY SCOTT:  For us to go back and try to

 4  redo, --

 5          MALE SPEAKER:  You got to go 25 years back.

 6          MICHELLE ROGERS:  Right.

 7          DETECTIVE JAY SCOTT:  What people did 25 years ago.

 8          MICHELLE ROGERS:  Right.

 9          DETECTIVE PETERS:  Yeah.

10          DETECTIVE JAY SCOTT:  And we're just all kind, -- you

11  just kind of have to almost start over and, you know, the reason

12  we all reached out is because, you know, like he said.  You

13  know, we've interviewed Whitley or Whitely, however you want to

14  say it.

15          MICHELLE ROGERS:  Right.

16          DETECTIVE JAY SCOTT:  And then the Facebook thing come

17  up, you know, and that caught our attention because, you know,

18  why would he be contacting you and things like that.

19          MICHELLE ROGERS:  Uh-huh.

20          DETECTIVE JAY SCOTT:  So, that's kind of what brought

21  us here on one hand, but then on the other hand it's to, you

22  know, just to talk to y'all about, you know, what kind of

23  happened.

24          MICHELLE ROGERS:  Right.

25          DETECTIVE JAY SCOTT:  You know?  And we can, -- and



CLARK 024324

1  we'll go, you know, we've been back through the file.  We're

2  gonna go back through the, -- the court hearings and stuff like

3  that and look at a lot of that stuff.  But, -- so, to tell you

4  that it's an open case is really probably not a fair statement

5  to tell you all.

6             MICHELLE ROGERS:  Yeah.

7             DETECTIVE JAY SCOTT:  There really isn't a good thing

8  to tell you all honestly.  But I mean, we're gonna go back and,

9  -- and look at some things and, -- and see what we can come up

10 with.

11            MICHELLE ROGERS:  Uh-huh.

12            DETECTIVE JAY SCOTT:  In 2018.  Right?

13            JEFFERY WARFORD:  So, the kidnapping and perjury

14 charges are wiped away too?

15            MICHELLE ROGERS:  Yeah, that's gone.

16            DETECTIVE JAY SCOTT:  Yeah, we don't, --

17            JEFFERY WARFORD:  Because they were being vindictive?

18            DETECTIVE JAY SCOTT:  Yeah.  Whatever, -- with

19 everything that happened in, -- on, -- when it got overturned.

20 I mean, all, -- yeah, all that is, -- I mean, that had nothing

21 to do with it as well either.

22            MICHELLE ROGERS:  That's gone.

23            DETECTIVE JAY SCOTT:  I mean, that, -- that's just

24 kind of has led us to here.

25            MICHELLE ROGERS:  Right.



CLARK 024325

MICHELLE ROGERS  WITNESS INTERVIEWS                    July 15, 2019
IN RE: JEFFREY DEWAYNE CLARK                                         59

1          DETECTIVE JAY SCOTT:  You know, there has been tons of

2   medical people involved.  I mean, tons of police involved.  Tons

3   of attorneys involved.  Judges.  You know, judge, I mean,

4   attorneys from New York down here.  The Innocence Project.

5          MICHELLE ROGERS:  Uh-huh.

6          DETECTIVE JAY SCOTT:  I mean, they've all, -- there is

7   all kinds of people in play here.

8          MICHELLE ROGERS:  Oh, we know.

9          DETECTIVE JAY SCOTT:  And so, that's, -- so, to give

10  you a straight answer about what it is, we're not for sure.  I

11  mean, I'm not, -- I'm just speaking for me now, I guess.  I'm

12  really not for sure.  But we do want to look at it and, -- and

13  us come up with something.

14         MICHELLE ROGERS:  Well, we hope you do.

15         JEFFERY WARFORD:  Could they actually sue and get

16  money if, -- if something, -- if they wanted to, could they like

17  sue?  Because here something that was weird to me.

18         DETECTIVE JAY SCOTT:  You all?

19         MARY WARFORD:  No, them.

20         MICHELLE ROGERS:  No.

21         JEFFERY WARFORD:  They ain't gonna get nothing.

22         MARY WARFORD:  They're gonna sue Meade County and

23  Jefferson County.

24         JEFFERY WARFORD:  That Innocent Project brought a man

25  down there and was parading him around, which was totally weird



CLARK 024326

MICHELLE ROGERS  WITNESS INTERVIEWS                                      July 15, 2019
IN RE: JEFFREY DEWAYNE CLARK                                                      60

1  to me.

2          MICHELLE ROGERS:  Chandler.

3          JEFFERY WARFORD:  Chandler.  That got convicted of

4  killing somebody, blah, blah.  It got wiped away.  He did like

5  what eight years in prison, ten years.

6          MICHELLE ROGERS:  Uh-huh.

7          MARY WARFORD:  Yeah.

8          JEFFERY WARFORD:  And got 8.7 million dollars from the

9  same handy dude.

10          MARY WARFORD:  Yeah.

11          JEFFERY WARFORD:  Yeah.  And I'm like, -- I'm like

12  what's this even got to do, -- why is he down here parade, --

13  are they down parading him around people?  I mean, I don't

14  understand.  And we, -- we just had to sit there with our mouth

15  shut, couldn't say nothing.  And it, -- I mean, it bared on me

16  that day so hard I passed out.

17          DETECTIVE JAY SCOTT:  Right.

18          JEFFERY WARFORD:  And I had to get taken to the

19  hospital.  Because you, I mean, it's frustrating.  Really

20  frustrating.  No closure whatsoever.

21          MICHELLE ROGERS:  Yeah.  None.

22          DETECTIVE JAY SCOTT:  Well, and just so y'all know, I

23  mean, we can tell you this.  That the D.A. stuff that we did

24  collect, I mean, it, -- it seriously is probably gonna take, --

25  I mean, it's gonna be a couple months.  We're, -- we actually



CLARK 024327

MICHELLE ROGERS  WITNESS INTERVIEWS                    July 15, 2019
IN RE: JEFFREY DEWAYNE CLARK                                        61

1  are trying to rush it kind of through.

2          MICHELLE ROGERS:  Uh-huh.

3          DETECTIVE JAY SCOTT:  But, you know, it's still, --

4  it's still a process.

5          MICHELLE ROGERS:  Yeah.

6          DETECTIVE JAY SCOTT:  So, you know, don't, --

7          MICHELLE ROGERS:  Yeah, we, -- we know it takes time.

8          DETECTIVE JAY SCOTT:  Don't think next week we're

9  gonna say, hey, we got results back.

10         MICHELLE ROGERS:  Right.

11         DETECTIVE JAY SCOTT:  That's not gonna happen.

12         MICHELLE ROGERS:  Right.

13         DETECTIVE JAY SCOTT:  I mean, it's several months out.

14  And that's just because of the system that it is.

15         MICHELLE ROGERS:  Yeah.

16         DETECTIVE JAY SCOTT:  So, that's, -- I can tell you

17  that.

18         MICHELLE ROGERS:  But you haven't met with the girls

19  yet?  The Pam or, --

20         DETECTIVE PETERS:  Uh-uh.  Not yet.

21         MICHELLE ROGERS:  -- Nikki.  What is her real name?

22         MICHELLE ROGERS:  Who?

23         MICHELLE ROGERS:  Nicole.

24         DETECTIVE PETERS:  It's Aletha.

25         MICHELLE ROGERS:  Al, -- yeah, Aletha.



CLARK 024328

1          DETECTIVE PETERS:  Uh-huh.

2          JEFFERY WARFORD:  So, I don't know if y'all, -- but

3   if, -- if they got DNA from Whitely, I mean, what is it to

4   compare it to?

5          MICHELLE ROGERS:  Right.  That's what I was trying to

6   say.

7          JEFFERY WARFORD:  Is it like past records or

8   something?

9          DETECTIVE PETERS:  Well, I guess for the integrity of

10  the case, I don't know, you know, what all came out in the first

11  trial and stuff.

12         JEFFERY WARFORD:  Yeah.

13         DETECTIVE PETERS:  And like he said, our capabilities

14  now are far more advanced than back then.

15         MICHELLE ROGERS:  Right.

16         DETECTIVE PETERS:  But we're just, -- we don't really

17  typically get into exactly what we're testing.  You know,

18  obviously, if it comes back and we, -- we get a hit or

19  something, obviously, we can kind of, you know, go into detail

20  at that point.  But, --

21         MICHELLE ROGERS:  Right.  Okay.

22         JEFFERY WARFORD:  So, no more contact with that dude

23  whatsoever.

24         DETECTIVE PETERS:  Well, if he reaches out to you, --

25         MICHELLE ROGERS:  Who?



CLARK 024329

MICHELLE ROGERS  WITNESS INTERVIEWS                    July 15, 2019
IN RE: JEFFREY DEWAYNE CLARK                                          63

```
 1            JEFFERY WARFORD:  I wouldn't, -- I wouldn't even, --
 2            DETECTIVE PETERS:  Just let us know.
 3            MICHELLE ROGERS:  Okay.
 4            DETECTIVE PETERS:  You know, I'm just curious.
 5            MICHELLE ROGERS:  Uh-huh.
 6            DETECTIVE PETERS:  But, you know, we'll see what we
 7   can find out for y'all.
 8            MICHELLE ROGERS:  Okay.
 9            DETECTIVE PETERS:  But anyways.  Again, I appreciate
10   it.
11            MICHELLE ROGERS:  Thank you all very, very much.
12            DETECTIVE PETERS:  No, absolutely.
13          MARY WARFORD:  Yeah, thank you.
14            DETECTIVE PETERS:  Thank you for your time.  So, it
15   was nice meeting you all.
16            MICHELLE ROGERS:  Nice meeting you.  Thank you.  Thank
17   you very much.
18            MARY WARFORD:  You too.  (Overlapping conversation).
19            DETECTIVE JAY SCOTT:  Nice meeting y'all and thank
20   y'all so much.
21            JEFFERY WARFORD:  Yes, sir.  Thank you.
22            DETECTIVE JAY SCOTT:  Bye-bye.
23
24                              ---
25                    (Conclusion of recording.)
```



800.211.DEPO (3376)
EsquireSolutions.com

CLARK 024330

MICHELLE ROGERS  WITNESS INTERVIEWS
IN RE: JEFFREY DEWAYNE CLARK

July 15, 2019
64



1                                    - - -


ESQUIRE
DEPOSITION SOLUTIONS

800.211.DEPO (3376)
EsquireSolutions.com

CLARK 024331

MICHELLE ROGERS  WITNESS INTERVIEWS
IN RE: JEFFREY DEWAYNE CLARK

July 15, 2019
65

```
 1                C E R T I F I C A T I O N

 2

 3   Esquire Deposition Solutions, does hereby certify that

 4   through an independent contractor we have transcribed the

 5   audio, and that the foregoing is a true and complete

 6   transcription of the audio transcribed.

 7   Inaudible or indiscernible passages of sound are denoted.

 8

 9   IN WITNESS WHEREOF, I do hereunto set my hand on this 19th

10   day of July, 2019.

11

12                        ESQ /s/

13        /S/

14   Esquire Depositions Solutions

15

16

17

18

19

20

21

22

23

24

25
```



CLARK 024332