1          HOPE GREER:  Yes, sir.  I always do that.

2          THE COURT:  And will you also not discuss your

3    testimony in this case or any questions that you were asked with

4    anyone other than the attorneys that are involved?  Will you do

5    that?

6          HOPE GREER:  Yes, sir.

7          THE COURT:  Thank you very much.  Call -- jury, y'all

8    in good shape?  Okay, call your next witness.

9          MR. SMITH:  Michelle Rogers.

10         THE COURT:  While she's coming in, I'll be right back.

11   If you will stop there at the foot of the steps right there,

12   face me, and raise your right hand.  You solemnly swear or

13   affirm the testimony you're about to give will be the truth, the

14   whole truth, and nothing but the truth, so help you God?

15         MICHELLE MR. ROGERS:  I do.

16         THE COURT:  Okay.  Please be seated.  Mr. Smith, you

17   may go forward, sir.

18         MR. SMITH:  State your full name for the record,

19   please.

20         MICHELLE MR. ROGERS:  Michelle Denise Rogers.

21         MR. SMITH:  And Michelle, what relationship, if any,

22   were you to Rhonda Sue Warford.

23         MICHELLE MR. ROGERS:  I'm her sister.

24         MR. SMITH:  Big sister, young sister?

25         MICHELLE MR. ROGERS:  Older sister.



DEX 120

**ESQUIRE**
DEPOSITION SOLUTIONS

Exhibit D 120
Rogers
Date 1.31.22

800.211.DEPO (3376)
EsquireSolutions.com

1          MR. SMITH:  Older sister.  Do you know the defendant
2   Jeffrey Clark?

3          MICHELLE MR. ROGERS:  Yes.

4          MR. SMITH:  Do you know the defendant Keith Hardin?

5          MICHELLE MR. ROGERS:  Yes.

6          MR. SMITH:  How did you know the defendant Jeffrey
7   Clark?

8          MICHELLE MR. ROGERS:  Uh, me and Rhonda and another
9   friend of hers met him one night.

10         MR. SMITH:  Where did you meet him?

11         MICHELLE MR. ROGERS:  Uh, close to where we used to
12  live.

13         MR. SMITH:  And tell you whether or not you had ever
14  been out to the trailer where Keith Hardin and Jeffrey Clark
15  live?

16         MICHELLE MR. ROGERS:  Yes, I did.

17         MR. SMITH:  And had you talked to the defendant
18  Jeffrey Clark on occasion?

19         MICHELLE MR. ROGERS:  On the telephone you mean or?

20         MR. SMITH:  Or in general.

21         MICHELLE MR. ROGERS:  Yes.

22         MR. SMITH:  Did -- were there ever any sometimes made
23  to you by the defendant Jeffrey Clark regarding Satanism?

24         MICHELLE MR. ROGERS:  No.

25         MR. SMITH:  Were you aware of whether or not the



1   defendant Jeffrey Clark was involved in Satanism?

2          MICHELLE MR. ROGERS:  No.

3          MR. SMITH:  Were you aware of whether the defendant

4   Keith Hardin was involved in Satanism?

5          MICHELLE MR. ROGERS:  Yes.

6          MR. SMITH:  How were you aware of that?

7          MICHELLE MR. ROGERS:  He, uh, one night I remember he

8   had a -- the Satanic bible and, um, I ask him if he was into

9   that -- the devil worshipping and he kinda, "Yeah, sort of." And

10  I said, "Are you in a cult?"  He said, "No." And then that,

11  that's it.  Nothing else.

12         MR. SMITH:  Did you see a Satanic bible at that point

13  in time?

14         MICHELLE MR. ROGERS:  Yes, that night I did.  And, and

15  I, I, I started reading it --

16         MR. SMITH:  Uh-huh.

17         MICHELLE MR. ROGERS:  -- and he said, "Don't read it

18  unless you mean it." And I was like, "I don't mean it."

19         MR. SMITH:  Tell us whether or not you ever saw an

20  inverted cross on the body of Rhonda Sue Warford.

21         MICHELLE MR. ROGERS:  Yes, I did.

22         MR. SMITH:  Tell us whether or not you ever saw any

23  other Satanic symbols on the body of Rhonda Sue Warford.

24         MICHELLE MR. ROGERS:  Yes, I did.

25         MR. SMITH:  What other symbols did you see on the body



1  of Rhonda Sue Warford?

2          MICHELLE MR. ROGERS:  I don't know what it's called,

3  but it was about this big and it had, like, an A in the middle

4  of it and it was in hickeys on her back.

5          MR. SMITH:  Now, the day, the day that Rhonda Sue

6  Warford came up missing, do you remember that day?

7          MICHELLE MR. ROGERS:  I remember calling my mom and,

8  and she said that Rhonda hasn't came home yet.

9          MR. SMITH:  Were you at the home of Rhonda Sue

10  Warford?

11          MICHELLE MR. ROGERS:  Not -- well, later that day,

12  yes, I was.  I went over there.

13          MR. SMITH:  What, if anything, can you tell us about

14  the clothes that Rhonda Sue Warford had on?

15          MICHELLE MR. ROGERS:  I can't tell you anything except

16  what my mom told me she had on.

17          MR. SMITH:  Well, let's don't tell what your mom said.

18          MALE SPEAKER:  You can't do that (inaudible).

19          MICHELLE MR. ROGERS:  Okay.

20          MR. SMITH:  Tell us whether or not you looked for a

21  pair of white pants.

22          MICHELLE MR. ROGERS:  Yes.

23          MR. SMITH:  Did you find a pair of white pants?

24          MICHELLE MR. ROGERS:  Yes.

25          MR. SMITH:  Where did you find the pair of white



1   pants?

2          MICHELLE MR. ROGERS:  In a pile of dirty clothe in the

3   wash room at my mother's.

4          MR. SMITH:  Tell us whether or not you ever saw either

5   one of the defendants with any knives.

6          MICHELLE MR. ROGERS:  No.

7          MR. SMITH:  Did you ever know of Rhonda Sue Warford to

8   leave the house late at night without her billfold, her purse,

9   her wallet?

10         MICHELLE MR. ROGERS:  No.

11         MR. SMITH:  Did you ever know her to leave the house

12  at all late at night?

13         MICHELLE MR. ROGERS:  Yes, but not by herself.

14         MR. SMITH:  That's all the questions I have.  Please

15  answer (inaudible) --

16         THE COURT:  Mr. Adams.

17         MR. ADAMS:  Thank you, Judge.  Michelle, first of all,

18  I want to tell you we're very sorry for the loss of your sister.

19  My sympathies go out to you.  But I do have to ask you some

20  questions about this case and I hope you understand and I'll be

21  as, as, as gentle and as understanding as I can, okay?  First of

22  all, Michelle, we need to, to discuss and to get into this how,

23  how you met Jeff.  Okay?  And as I understand, it was you and

24  Rhonda, and who else?

25         MICHELLE MR. ROGERS:  Tonya Greer (ph).



1          MR. ADAMS:  Tonya Greer.  And she's a friend of yours

2    and Rhonda's?

3          MICHELLE MR. ROGERS:  Rhonda's.

4          MR. ADAMS:  Okay.  Now, you were pretty close to your

5    house when you met him?

6          MICHELLE MR. ROGERS:  Uh-huh.

7          MR. ADAMS:  Was that in October of '92 -- '91?

8          MICHELLE MR. ROGERS:  November.

9          MR. ADAMS:  More, more like November?

10         MICHELLE MR. ROGERS:  Uh-huh.

11         MR. ADAMS:  Okay.  Early November?

12         MICHELLE MR. ROGERS:  Yeah.

13         MR. ADAMS:  Still warm out?

14         MICHELLE MR. ROGERS:  I don't remember what the --

15         MR. ADAMS:  Okay.  When, when you met Jeff, uh, he

16   told you that he was, uh, in y'all's neighborhood looking for

17   some other girl.  Isn't that true?

18         MICHELLE MR. ROGERS:  I don't remember.

19         MR. ADAMS:  Let me ask: do you remember him talking

20   about looking for a girl named Tammy?  You don't?  Okay.  Well,

21   is it not true that he was, he was riding down the street when

22   you met him?  He was in his automobile?

23         MICHELLE MR. ROGERS:  Uh-huh.

24         MR. ADAMS:  And the three of you were pretty close to

25   your house?  What, what area of town?  Tell the ladies and



1   gentlemen of the jury what area of town we're talking about.

2          MICHELLE MR. ROGERS:  South End of Louisville.

3          MR. ADAMS:  Okay.  Was it by Whitney Avenue?

4          MICHELLE MR. ROGERS:  It was Taylor and Whitney

5   Avenue.

6          MR. ADAMS:  Taylor and Whitney Avenue where you met

7   him?

8          MICHELLE MR. ROGERS:  Uh-huh.

9          MR. ADAMS:  Okay.  And what time of the morning was

10  it?

11         MICHELLE MR. ROGERS:  I believe it was morning about -

12  -

13         MR. ADAMS:  Was it night -- late at night?

14         MICHELLE MR. ROGERS:  Eleven.

15         MR. ADAMS:  10:30 or 11:00?

16         MICHELLE MR. ROGERS:  Uh-huh.

17         MR. ADAMS:  And did he -- just to jog your memory a

18  little bit --  while y'all were walking down the street, did he

19  pull over and ask you about a girl or about this Tammy, if you

20  knew her?

21         MICHELLE MR. ROGERS:  First he -- I think -- I believe

22  he, uh, circled, like, twice and, um, I remember him pulling

23  over, but I don't remember him asking about a Tammy.

24         MR. ADAMS:  So, the three of y'all starting talking to

25  him, basically?



1       MICHELLE MR. ROGERS:  We sat there and talked for a

2  few minutes.

3       MR. ADAMS:  Talked for a while.  And then eventually,

4  I guess y'all figured he's okay, he's not causing any trouble,

5  got in the car with him --

6       MICHELLE MR. ROGERS:  Uh-huh.

7       MR. ADAMS:  -- and went out to his trailer that night.

8       MICHELLE MR. ROGERS:  I don't remember going to his

9  trailer that night.

10      MR. ADAMS:  Are, are you saying to me, Michelle, and

11 to the ladies and gentlemen of the jury that, that you didn't go

12 with him that night, or you just don't remember?

13      MICHELLE MR. ROGERS:  And I don't remember.

14      MR. ADAMS:  Don't remember.  You could have?

15      MICHELLE MR. ROGERS:  Yeah.

16      MR. ADAMS:  Because eventually, you did end up going

17 out there quite a bit.  Yes?

18      MICHELLE MR. ROGERS:  Yes.  I, I only went out there

19 about four or five times.

20      MR. ADAMS:  Okay.  Now, in, in light of the tragedy

21 that's befell your sister, uh, I hate to ask you this question

22 but I've got to ask you, okay?  Do you remember being

23 interviewed by Detective Hope Greer -- the detective?  And when

24 you went identify Rhonda's body and everything?  And do you

25 remember making a statement to her that it is now occurred to



1    you how stupid you and your sisters had been at times because

2    you'd gotten into cars with men that you didn't know very well

3    and you never really considered that anything could happen to

4    you?  Do you remember making that statement to Detective Greer?

5            MICHELLE MR. ROGERS:  No, I do not.

6            MR. ADAMS:  Okay.  Let me, if I might, show you this

7    investigative letter that was prepared by Detective Greer.

8            MICHELLE MR. ROGERS:  Okay.

9            MR. ADAMS:  Okay?  And you, you can read it to

10   yourself, okay?  And then I'll ask you about it.

11           MICHELLE MR. ROGERS:  Okay.

12           MR. ADAMS:  Okay?  Now, first of all, let me show you
                                            th
13   that.  See, there's the date, April the 5  --

14           MICHELLE MR. ROGERS:  Uh-huh.

15           MR. ADAMS:  -- it took place.  And --

16           MICHELLE MR. ROGERS:  That we went there?

17           MR. ADAMS:  -- submitted by Detective Hope Greer.

18   Okay?  Now, if you want, why don't you just read, say right

19   there to right there yourself and then I'll ask you about it,

20   okay?

21           MICHELLE MR. ROGERS:  Okay.

22           MR. ADAMS:  Okay.

23           MICHELLE MR. ROGERS:  Can I say something?

24           MR. ADAMS:  Well, first of all, let me, let me ask you

25   --



1          MICHELLE MR. ROGERS:  Okay.

2          MR. ADAMS:  -- and, and then you can explain your

3   answer, okay?  Now, you, you see that that appears in Detective

4   Greer's report, and according to her it took place shortly after

5   you made the identification on your sister.  Obviously, you're

6   very upset; no question about that.  Are, are you denying,

7   Michelle, that you made that statement to Detective Greer, or

8   you're saying --

9          MICHELLE MR. ROGERS:  I don't remem-, I believe it was

10  Jackie who said that.

11         MR. ADAMS:  You believe it was Jackie who said --

12         MICHELLE MR. ROGERS:  Jackie.

13         MR. ADAMS:  Jackie?

14         MICHELLE MR. ROGERS:  Armstrong.

15         MR. ADAMS:  Okay.  Is -- does Jackie Armstrong still

16  live in Louisville?

17         MICHELLE MR. ROGERS:  Yes.

18         MR. ADAMS:  And could you tell me what street she

19  lives on so we can go talk to her?

20         MICHELLE MR. ROGERS:  I believe it's that address

21  there that's on there.

22         MR. ADAMS:  Okay.  Jackie Armstrong, white female,

23  6407 Venango (ph). All right.  So, okay.  Let's go from there,

24  then.  You think that Jackie made that statement?  Did Jackie

25  hang out some with your sister?



1          MICHELLE MR. ROGERS:  Uh-huh.

2          MR. ADAMS:  Okay.  Well, when she made the statement -

3   - if you're saying that she made the statement -- is it true,

4   then -- whether or not you made the statement -- is it true that

5   sometimes you all would get into cars with people that you

6   barely knew and didn't really think about what might happen to

7   you?

8          MICHELLE MR. ROGERS:  Yeah.

9          MR. ADAMS:  Okay.  And, and I'm not being critical

10  whatsoever, Michelle.  I just -- the ladies and gentlemen of the

11  jury go to understand, you know, what was going on, what might

12  have possibly happened.  Did, did that happen quite a bit?  I

13  mean, from time to time would you be out walking, a guy would

14  come by and --

15         MICHELLE MR. ROGERS:  No.

16         MR. ADAMS:  Okay.  But it did happen on more than one

17  occasion?

18         MICHELLE MR. ROGERS:  I, I've never done it with

19  Rhonda.

20         MR. ADAMS:  You'd never done it with Rhonda?

21         MICHELLE MR. ROGERS:  Right.

22         MR. ADAMS:  But were you aware of the fact that Rhonda

23  had done it before?

24         MICHELLE MR. ROGERS:  No.

25         MR. ADAMS:  So, what we're going to have to do, then,



1  to clarify this, we're going to have to get Detective Greer back

2  in here if she says that you said it, right?  Because you just

3  don't remember having said it.  However, you do believe it to be

4  true, that, in fact, it has happened in the past?

5          MICHELLE MR. ROGERS:  Uh-huh.

6          MR. ADAMS:  Okay.  Now, after you got in the car with

7  Jeff that night, was, was it -- do you think it was early

8  November?

9          MICHELLE MR. ROGERS:  Yeah.

10          MR. ADAMS:  Okay.  Did you all end up going out to --

11  and maybe not that night, but in following nights did you end up

12  going out to the trailer with Jeff?

13          MICHELLE MR. ROGERS:  Yes.

14          MR. ADAMS:  And did that on multiple occasions?

15          MICHELLE MR. ROGERS:  Yeah.  Four or five times I've -

16  -

17          (Overlapping Conversation)

18          MR. ADAMS:  Four or five times.

19          MICHELLE MR. ROGERS:  -- been there.

20          MR. ADAMS:  And would you -- when you went, did you

21  always go with your sister Rhonda?

22          MICHELLE MR. ROGERS:  Yes.

23          MR. ADAMS:  Okay.  And was there other people there?

24          MICHELLE MR. ROGERS:  And -- yes.

25          MR. ADAMS:  And who?



1          MICHELLE MR. ROGERS:  Crystal.

2          MR. ADAMS:  Crystal.  Crystal's --

3          MICHELLE MR. ROGERS:  And also Tonya.

4          MR. ADAMS:  Okay.  Crystal and Tonya had been out

5   there with you all too?

6          MICHELLE MR. ROGERS:  Yes.

7          MR. ADAMS:  Okay.  Now, for, for a period of time --

8   and if I misphrase this, please tell me -- but for a period of

9   time you kinda were dating Jeff; is that correct?

10         MICHELLE MR. ROGERS:  No.

11         MR. ADAMS:  That's not right?

12         MICHELLE MR. ROGERS:  No.

13         MR. ADAMS:  Okay.  When you were going out to -- did

14  you ever go anyplace with Jeff alone?

15         MICHELLE MR. ROGERS:  He brought me home one time.

16         MR. ADAMS:  Okay.  Well, describe for the ladies and

17  gentlemen of the jury, if you would -- I, I mean, if the four of

18  you -- three or four of you would go out there, would Jeff come

19  get you?

20         MICHELLE MR. ROGERS:  Uh-huh.

21         MR. ADAMS:  Okay.  Y'all did not have automobiles?

22         MICHELLE MR. ROGERS:  No.

23         MR. ADAMS:  Okay.  So, he would come and get you and

24  take you out to the trailer.

25         MICHELLE MR. ROGERS:  Uh-huh.



1        MR. ADAMS:  Okay.  Would you all party, drink beer,
2   drink -- that sort of thing?

3        MICHELLE MR. ROGERS:  Yeah.  Uh, but -- yes.

4        MR. ADAMS:  Okay.  And it's nothing wrong with it, you
5   know?  We're just trying to get to the truth.

6        MICHELLE MR. ROGERS:  Uh-huh.

7        MR. ADAMS:  And would, would your sister Rhonda engage
8   in this also?  Drink and just party and having a good time?
9   Okay.  And did this last sometimes until early morning hours?
10  And when I say that, I mean 2:30, 3.

11       MICHELLE MR. ROGERS:  Yeah.

12       THE COURT:  Okay.  And then, sometimes you all would
13  spend the night at the trailer or sometimes Jeff would take you
14  home?  You never spent the night?

15       MICHELLE MR. ROGERS:  Never.

16       MR. ADAMS:  Okay.  Well, when would he take you home?

17       MICHELLE MR. ROGERS:  About dark time usually.

18       MR. ADAMS:  Three -- whenever it was, --

19       MICHELLE MR. ROGERS:  Uh-huh.

20       MR. ADAMS:  -- 2:30, 3, 2:30.  Now, did there come a
21  time when your sister Rhonda met Keith through Jeff?

22       MICHELLE MR. ROGERS:  He, he had -- he brought him
23  with him one time to the house.

24       MR. ADAMS:  Okay.  And then they started seeing each
25  other?



1          MICHELLE MR. ROGERS:  Uh-huh.

2          MR. ADAMS:  Okay.  How long was it after Keith and

3  Rhonda started seeing each other that you quit seeing Jeff?

4          MICHELLE MR. ROGERS:  I, I didn't see Jeff.

5          MR. ADAMS:  Well, I mean -- okay.  I understand what

6  you're saying.  When was it that you stopped going out to the

7  trailer to party with him?

8          MICHELLE MR. ROGERS:  Probably right, right at the

9  beginning.

10         MR. ADAMS:  When, when they started dating?  When,

11 when Rhonda and, and --

12         (Overlapping Conversation)

13         MICHELLE MR. ROGERS:  I, I probably --

14         MR. ADAMS:  -- Keith --

15         MICHELLE MR. ROGERS:  -- went out there one more time

16 after.

17         MR. ADAMS:  After that?

18         MICHELLE MR. ROGERS:  The first one, when he first

19 brought Keith and then probably one more time after.

20         MR. ADAMS:  Okay.  Now, during, during that period of

21 time, where were you living?  Were you living with Rhonda?

22         MICHELLE MR. ROGERS:  Yes.

23         MR. ADAMS:  Okay.  And did you become aware of the

24 fact that Rhonda began going to the trailer a great deal with

25 Keith?



1         MICHELLE MR. ROGERS:  Yes.

2         MR. ADAMS:  Okay.  But as far as you know, at that

3   particular point in time, none of the other friends that you

4   have mentioned were going out there also to party?

5         MICHELLE MR. ROGERS:  Yes, they were.

6         MR. ADAMS:  Oh, they were?

7         MICHELLE MR. ROGERS:  And, and I didn't, --

8         MR. ADAMS:  Well, tell us.

9         MICHELLE MR. ROGERS:  -- I didn't really know about

10  it.  Like, uh, Hope.  I didn't know Hope was going there.

11        MR. ADAMS:  That Hope who?

12        MICHELLE MR. ROGERS:  And -- Hope Greer -- or Hope,

13  uh, Jaegers(ph).

14        MR. ADAMS:  Hope Jaegers.

15        MICHELLE MR. ROGERS:  And Tonya was -- Tonya Greer.

16        MR. ADAMS:  Okay.  And for what period of time -- if

17  you know and, you know, for how long did that go on?

18        MICHELLE MR. ROGERS:  I moved out soon after.

19        MR. ADAMS:  You moved out away from Rhonda?

20        MICHELLE MR. ROGERS:  (Inaudible).

21        MR. ADAMS:  Okay.  And do you know when it was that

22  Rhonda quit going out to the trailer?

23        MICHELLE MR. ROGERS:  (Inaudible).

24        MR. ADAMS:  Are you aware of, of any time at which

25  Jeff may have told Rhonda that she was not welcome back in the



1    trailer, not to come back?

2            MICHELLE MR. ROGERS:  No.

3            MR. ADAMS:  Okay.  Were you ever present at the

4    trailer when an Amy Remburg (ph) called?  Jeff ex-girlfriend?

5            MICHELLE MR. ROGERS:  Yes, sir.

6            MR. ADAMS:  And did you talk to her on the phone?

7            MICHELLE MR. ROGERS:  Yes, I did.

8            MR. ADAMS:  And did you have a little verbal

9    altercation with her?

10           MICHELLE MR. ROGERS:  She was cussing at me.

11           MALE SPEAKER:  Objection.            └ what was said

12           THE COURT:  I don't want you to go into what was said

13   but, yes, I'll let you ask if they had a disagreement.

14           MR. ADAMS:  Did you have a verbal altercation with

15   Miss Remsburg?

16           MICHELLE MR. ROGERS:  Yes.

17           MR. ADAMS:  And then did you hand the phone to Jeff?

18           MICHELLE MR. ROGERS:  Yes.

19           MR. ADAMS:  Okay.  Was -- is it fair for me to say

20   that Miss Remsburg was at least highly agitated?  Very angry?

21           MICHELLE MR. ROGERS:  Yeah.

22           MR. ADAMS:  Okay.  And could you tell us, Michelle,

23   about when that might have been?  Was that in November?

24           MICHELLE MR. ROGERS:  It had to have been.

25           MR. ADAMS:  Okay.  Did you quit going out there



1   sometime during the month of November?  Okay.  And you'd been

2   out there four or five times?

3               MICHELLE MR. ROGERS:  Uh-huh.

4               MR. ADAMS:  Did you go out there the four or five

5   times -- were they kinda clustered together right after you met

6   Jeff, or were they spread out over the month?

7               MICHELLE MR. ROGERS:  Um, probably spread out.

8               MR. ADAMS:  Okay.  And during the time that, that you

9   were going out there, there was never any type of Satanic

10  literature or anything like that around Jeff's house that, that

11  belonged to him, was there?

12              MICHELLE MR. ROGERS:  Belonged to Jeff?

13              MR. ADAMS:  Yes.  Anything that you saw?

14              MICHELLE MR. ROGERS:  I didn't see anything, no.

15              MR. ADAMS:  And, and of course you've already told the

16  prosecutor, he never talked to you about it, and you were not

17  aware of him being involved whatsoever, and you never saw him

18  with any knives?

19              MICHELLE MR. ROGERS:  No, sir.

20              MR. ADAMS:  Okay.  Michelle, just -- I want to go back

21  again to this evening that you first met Jeff in November.

22              MICHELLE MR. ROGERS:  Uh-huh.

23              MR. ADAMS:  Tell the ladies and gentlemen of the jury,

24  if you can, your best estimate as to the time that you, that you

25  first saw him in the automobile.



1          MICHELLE MR. ROGERS:  At night?

2          MR. ADAMS:  Yes, ma'am.

3          MICHELLE MR. ROGERS:  I don't believe it was early in

4    the morning.  I would like -- 10, 11:00.

5          MR. ADAMS:  Okay.  May, may it -- might it have been

6    after midnight?

7          MICHELLE MR. ROGERS:  Could have been, but I don't

8    remember it being that late.

9          MR. ADAMS:  Okay.  Now, you were with your, your

10   sister and with Tonya; is that correct?  And none of you knew

11   Jeff, none of you had ever met him before, had no idea who he

12   was.

13         MICHELLE MR. ROGERS:  Right.

14         MR. ADAMS:  Okay.  And if I understand your testimony

15   correctly, after 5 to 10 minutes of conversation you got in the

16   car with him?

17         MICHELLE MR. ROGERS:  Yes.

18         MR. ADAMS:  Okay.  Now, you, you and your sister --

19         MICHELLE MR. ROGERS:  He, he ask us if we, we wanted a

20   ride home.

21         MR. ADAMS:  Well, did you actually ride home?

22         MICHELLE MR. ROGERS:  Yes.

23         MR. ADAMS:  The first night, that's all you did was

24   ride home with him?

25         MICHELLE MR. ROGERS:  That's, that's what I remember.



1  I mean, I don't remember going to his trailer or him asking for

2  Tammy or anything.

3         MR. ADAMS:  Okay.  Well, then subsequently -- let's,

4  let's assume that you didn't go out to the trailer with him,

5  that you just -- he gave you a ride home.  Okay?  Somehow, you

6  all made contact again, right?

7         MICHELLE MR. ROGERS:  Rhonda -- I believe Rhonda gave

8  him the phone number.

9         MR. ADAMS:  Rhonda gave him the phone number?

10        MICHELLE MR. ROGERS:  Uh-huh.

11        MR. ADAMS:  Okay.  And then when did he call, the next

12  night or the night after, or do you know?

13        MICHELLE MR. ROGERS:  I'm not for sure.

14        MR. ADAMS:  Okay.  But when he did call, the three of

15  you went out to the trailer and partied.  Okay.  And, and again,

16  that happened about four or five times.

17        MICHELLE MR. ROGERS:  For me.

18        MR. ADAMS:  For you.  I'm going to ask you again; had,

19  had you ever been around Rhonda when a similar thing had

20  happened, when you'd gotten in a car with an individual you'd

21  only known five or so minutes?

22        MICHELLE MR. ROGERS:  No.

23        MR. ADAMS:  And this thing that Hope Greer says about

24  you stated how stupid you and your sisters had been at times

25  because you'd gotten into cars with men you did not know very



1   well and never considered that anything could happen, you --

2           MICHELLE MR. ROGERS:  I don't believe I said that.  I

3   believe Jackie said that.

4           MR. ADAMS:  When you moved out of the home, uh, did

5   you move into an apartment?

6           MICHELLE MR. ROGERS:  Yes.

7           MR. ADAMS:  With some other girls or --

8           MALE SPEAKER:  Objection.

9           THE COURT:  Where are you going, Mr. Adams?

10          MR. ADAMS:  Judge, I, I just want to see where she

11  was, if she was having contact with her sister, if she was

12  otherwise engaged.

13          THE COURT:  Then, then ask the question (inaudible).

14          MR. ADAMS:  Okay.  Any of the individuals that you

15  moved in with -- male, female -- makes no difference whatsoever

16  -- did they have any contact with Jeff Clark --

17          (Overlapping Conversation)

18          MICHELLE MR. ROGERS:  No.

19          MR. ADAMS:  -- that you know of?

20          MICHELLE MR. ROGERS:  No.

21          MR. ADAMS:  After you, after you moved out did you

22  have pretty constant contact with your sister Rhonda?

23          MICHELLE MR. ROGERS:  Uh-uh.

24          MR. ADAMS:  So, kinda just -- you were doing whatever

25  you were doing and she was doing what she was doing?



1          MICHELLE MR. ROGERS:  Yes.

2          MR. ADAMS:  Who was -- at the time you moved out, who

3     was still living in your home on Whitney?  Rhonda and who else?

4          MICHELLE MR. ROGERS:  Rhonda and I believe Crystal.

5     Yeah, Crystal.  And she'd just had her baby.  And then my mom

6     and dad and young brother -- younger brother.

7          MR. ADAMS:  What is, what is Crystal's last name?

8          MICHELLE MR. ROGERS:  Barnes.

9          MR. ADAMS:  And is she a relative?

10         MICHELLE MR. ROGERS:  Cousin.

11         MR. ADAMS:  Cousin.  Okay.  Michelle, thank you very

12    much.  Appreciate it.

13         THE COURT:  The jury's still good shape?  Okay.  Mr.

14    Rogers.

15         MR. ROGERS:  Michelle, now, can you tell me, do you

16    know if Rhonda ever dated a guy named Tim?  And his last name

17    would maybe have been Tim Gary or Tim Geary or something like

18    that.

19         MICHELLE MR. ROGERS:  Uh-uh.

20         MR. ROGERS:  you never met anybody like that?  Okay.

21    Do you know whether or not or acquainted with a person named

22    James Tyrell?

23         MICHELLE MR. ROGERS:  No, sir.

24         MR. ROGERS:  (Inaudible). Did Rhon-, did Rhonda used

25    to date him or --


ESQUIRE
DEPOSITION SOLUTIONS

800.211.DEPO (3376)
EsquireSolutions.com

1          MICHELLE MR. ROGERS:  Yes, sir.

2          MR. ROGERS:  They were engaged at one time, weren't

3   they?

4          MICHELLE MR. ROGERS:  Uh-huh.

5          MR. ROGERS:  Okay.  And when did that engagement --

6   their relationship break off; do you know?

7          MICHELLE MR. ROGERS:  I'm not really for sure.

8          MR. ROGERS:  It would have been -- let me ask you

9   this; would it have been prior to her meeting and, and starting

10  dating Keith Hardin?

11         MICHELLE MR. ROGERS:  Was she still involved with --

12         MR. ROGERS:  Yeah.

13         MICHELLE MR. ROGERS:  -- James you're saying?

14         MR. ROGERS:  Yeah.

15         MICHELLE MR. ROGERS:  I don't believe so.

16         MR. ROGERS:  Okay.  Do you know for about how long a

17  period of time that Rhonda and James Tyrell dated?  Would it

18  have been months or years or days, or any kind of estimate that

19  you could…

20         MICHELLE MR. ROGERS:  I'm not for sure.

21         MR. ROGERS:  Okay.  But --

22         (Overlapping Conversation)

23         MICHELLE MR. ROGERS:  It was, it was a --

24         MR. ROGERS:  -- you do --

25         MICHELLE MR. ROGERS:  -- while.



1      MR. ROGERS:  Yeah.  But they, they were in fact

2  engaged at one time and liked to be married, right?

3      MICHELLE MR. ROGERS:  Yeah.  He, he bought her a ring,

4  yeah.

5      MR. ROGERS:  Okay.  Did you ever got out with Rhonda

6  and James when they would go out or party or --

7      MICHELLE MR. ROGERS:  Yeah.  He, um, he lived not very

8  far away and we would go over there.

9      MR. ROGERS:  Okay, okay.  Did you personally ever

10  witness Mr. Tyrell action any assaultive behavior toward Rhonda?

11      MICHELLE MR. ROGERS:  No, sir.

12      MR. ROGERS:  Okay.  Thank you, ma'am.  I have no other

13  questions.

14      MR. SMITH:  Michelle, on the occasions when you and

15  other people, or, or whomever may have gotten in cars with

16  someone, was it ever when any of y'all were alone that you know

17  of?

18      MICHELLE MR. ROGERS:  No.  No.

19      MR. SMITH:  You all were --

20      MICHELLE MR. ROGERS:  I -- this, this was the only

21  time with Rhonda that I've ever did that.

22      MR. SMITH:  Right.

23      MICHELLE MR. ROGERS:  And I don't know of her doing

24  it.

25      MR. SMITH:  Okay.



1        MICHELLE MR. ROGERS:  I mean…

2        MR. SMITH:  All right.  Now, when -- what car would

3  the defendant Jeff Clark be driving when you would see him?

4        MICHELLE MR. ROGERS:  The, the Nova.

5        MR. SMITH:  All the time?

6        MICHELLE MR. ROGERS:  (Inaudible). Can, can I say

7  something?

8        MR. SMITH:  Yes.

9        MICHELLE MR. ROGERS:  That paper he had, I, I never

10 seen a tan truck.

11       MR. SMITH:  Okay.  You never saw him have any type of

12 a tan truck?

13       MICHELLE MR. ROGERS:  No.

14       MR. SMITH:  All right.  Look at what has been

15 introduced into evidence as commonwealth's Exhibits 13 and 16,

16 please.  Was that the car?

17       MICHELLE MR. ROGERS:  Yes (inaudible).

18       MR. SMITH:  You believe so?  Was this the car -- the

19 same color?  If you remember.

20       MICHELLE MR. ROGERS:  No.  I, I believe it was all

21 that or --

22       MR. SMITH:  When you're pointing to that, you're

23 pointing to the primer color --

24       MICHELLE MR. ROGERS:  Yeah.

25       MR. SMITH:  -- and not the white color?



```
 1          MICHELLE MR. ROGERS:  Yeah.

 2          MR. SMITH:  All right.  Now -- and that vehicle would

 3   be the only vehicle you ever saw this defendant drive?

 4          MICHELLE MR. ROGERS:  Yeah.

 5          MR. SMITH:  Now, do you know whether or not Rhonda

 6   would still speak with or see James Tyrell while she was dating

 7   the defendant Hardin?

 8          MICHELLE MR. ROGERS:  No.

 9          MR. SMITH:  You don't know or, or --

10          MICHELLE MR. ROGERS:  No, she -- I doubt it very

11   seriously.

12          MR. SMITH:  Okay.  That's all, Your Honor.

13          MR. ADAMS:  Michelle, did you ever know of your sister

14   -- of know of a fella by the name of James Whitley, a big burly

15   red-headed guy with red curly hair?

16          MICHELLE MR. ROGERS:  No.

17          MR. ADAMS:  You're not familiar with him at all?

18          MICHELLE MR. ROGERS:  No.

19          MR. ADAMS:  Okay.

20          THE COURT:  Mr. Rogers.

21          MR. ROGERS:  No other questions.

22          THE COURT:  May this witness be finally excused for

23   all purposes?

24          MR. SMITH:  Yes, Your Honor.

25          MR. ADAMS:  Yes, Judge.
```



1    THE COURT:  Okay.  Ma'am, you're free to go.  You can

2  stay in the courtroom, you can go home, do whatever you'd like

3  to do other than I don't want you to discuss your testimony.  I

4  don't want you to discuss the questions that you were asked or

5  the answers that you gave with anyone other than the attorneys

6  involved in this case.  Okay?

7    MICHELLE MR. ROGERS:  Okay.

8    THE COURT:  Uh, ladies and gentlemen, you, the jury,

9  are obviously are holding out a lot better than I am.

10    (Laughter)

11    THE COURT:  If you'll give me -- y'all in good shape?

12  If you'll give me about two minutes, we'll go forward.

13    (Laughter)

14    THE COURT:  If you would just stop there and face me,

15  raise your hand.  Right.

16    HOPE JAEGERS:  Okay.

17    THE COURT:  You solemnly swear or affirm the testimony

18  you're about to give will be the truth, the whole truth, and

19  nothing but the truth, so help you God?

20    HOPE JAEGERS:  Yes, sir.

21    THE COURT:  Please proceed.

22    MR. SMITH:  State your name for the record, please.

23    HOPE JAEGERS:  Um, Hope Jaegers.

24    MR. SMITH:  And Hope, in April of 1992, what, if any,

25  relationship did you have with Rhonda Sue Warford?

