```
 1                UNITED STATES DISTRICT COURT

 2            FOR THE WESTERN DISTRICT OF KENTUCKY

 3                CIVIL ACTION NO. 3:17-CV-419

 4

 5                   JEFFERY DEWAYNE CLARK,

 6                         Plaintiff

 7

 8                            V.

 9

10   LOUISVILLE JEFFERSON COUNTY METRO GOVERNMENT, ET AL.,

11                         Defendant

12

13

14

15

16

17

18

19

20

21

22

23   DEPONENT:  CRYSTAL ENEIX (BARNES)

24   DATE:     JANUARY 31, 2022

25   REPORTER: MARGARET THORNTON
```



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1 trial in March of 1995 of Keith Hardin and Jeff Clark?
2    A   Yes.
3    Q   All right. And -- and I should have said this
4 at the start. First of all, I know this is going to be
5 difficult. I know this is a horrible event for you, and
6 I imagine just answering questions about it has to --
7 must be painful, and I apologize that for upfront -- I
8 apologize for that upfront.
9    A   Very. It's very traumatic.
10    Q   I'm sure. And I will be as -- as quick as I
11 can, but I do have to ask you some questions, and I
12 apologize upfront for that. You remember testifying at
13 the criminal trial of Keith and -- Keith Hardin and
14 Jeff Clark?
15    A   I do.
16    Q   And I take it, obviously, you understood that
17 you were under oath, and you did your very best to tell
18 the truth.
19    A   I did, sir.
20    Q   Now, I want to show you some specific
21 testimony. I think the best way is probably to put it
22 on the screen.
23      MR. BRUSTIN: I don't think we were able to
24   send any documents to Ms. Eneix, were we, Larry? I
25   don't think so.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  day Rhonda went missing, and that was one of the places
2  that we went looking for her.  So I'd only been to that
3  trailer two times.
4       Q    Okay.  All right.  Fair enough.  Thank you for
5  clarifying that.
6       A    No problem.
7       Q    But everything else was accurate?
8       A    Yes, sir.
9       Q    In other words, as of the time that Rhonda
10 disappeared, you had no knowledge that Keith Hardin had
11 any involvement in Satanism, correct?
12      A    I did not, no.
13      Q    Same for Jeff Clark?  No knowledge whatsoever,
14 correct?
15      A    I did not, no.
16      Q    And the same with Rhonda, correct?  No
17 knowledge whatsoever?
18      A    No, sir.
19      Q    The first you ever heard of any involvement in
20 Satanism was after Ms. Warford was murdered, correct?
21      A    Yes.
22      Q    Okay.  And it was at that time, after she was
23 murdered, that you learned some information from the
24 police about alleged involvement by Mr. Hardin in
25 Satanism, correct?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1              MR. BRAMMEL:  Object to the form.
 2       A      Correct.
 3       Q      But that was only after Ms. Warford was
 4  murdered, correct?
 5       A      I never knew of her to be involved with
 6  anything like that.  No.
 7       Q      And you never knew of Keith Hardin to be
 8  involved in anything like that, correct?
 9       A      I never knew anything about either one of
10  these men.
11       Q      Okay.
12       A      I mean, honestly.
13       Q      All right.  And one of the things that -- we
14  just took the deposition of Ms. Rogers, and -- your
15  cousin?
16       A      She's my cousin, yes.
17       Q      Your cousin.
18       A      Was it Tammy or Michelle?
19       Q      Michelle.
20       A      Okay.
21       Q      And according to Michelle, what she told us is
22  that her recollection was that in the months leading up
23  to the murder, after she had left the house, you and
24  Rhonda Sue were close.  Is that -- is that consistent
25  with your recollection?
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   A   Very.
2   Q   Okay.
3   A   Very close.
4   Q   And would it be fair to say that you were one
5   of the people in the world, to your understanding, that
6   she confided in most?
7   A   Absolutely.
8   Q   All right. And you talked about boys, right?
9   A   Absolutely.
10  Q   You spent a lot of time together?
11  A   We shared everything together.
12  Q   All right. But you also had separate lives.
13  You would have separate friends, as well as common
14  friends. Fair to say?
15  A   Yes.
16  Q   And it sounds like, by the time you left the
17  house, you'd just had a baby, right?
18  A   Correct.
19  Q   And so you were in slightly different places
20  in life, correct?
21  A   Correct.
22  Q   She was still --
23  A   Living at home.
24  Q   -- living at home, and dating, and going out,
25  and doing things that you couldn't do anymore because

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  you were -- just had a baby?
2      A    Right.
3      Q    And -- but you were still close, and you still
4  spoke?
5      A    Yes.  Every day.
6      Q    All right.  And one of the things you spoke
7  about was her relationship with Keith Hardin, correct?
8      A    Yes.
9      Q    And would it be fair to say that up until the
10 time that she went missing, based on your communication
11 with Rhonda, she and Keith were very close, and she --
12 and got along very well?
13     A    There was a separation there at some point.  I
14 don't know what the logistics of it are.  Like I said, I
15 had my family, she had her own thing going on, but all I
16 ever knew is they were not together, and I really didn't
17 know why.  He just stopped coming around, is all she
18 would tell me.  He just quit coming around.
19     Q    All right.  But certainly, she never said
20 anything bad about him, correct?
21     A    No.  She was head over heels in love with this
22 guy.
23     Q    Okay.  And he never did anything to cause you
24 any concern, correct?
25     A    No.  No.



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

| | | |
|---|---|---|
| 1 | Q | He seemed like a nice guy? |
| 2 | A | Quiet. |
| 3 | Q | Quiet, but nice? |
| 4 | A | Right.  He never said anything out of the way |
| 5 | | to me, or offended me in any way. |
| 6 | Q | And she never expressed to you in any way that |
| 7 | | she was ever afraid of him, correct? |
| 8 | A | No.  No. |
| 9 | Q | She expressed to you that he treated her well? |
| 10 | A | She really loved this guy.  She -- I mean, I |
| 11 | | do know that she was not dating anyone else.  She was |
| 12 | | not talking with anyone else.  She really loved this |
| 13 | | guy, and she thought, you know, things were going to be |
| 14 | | okay. |
| 15 | Q | And your understanding was that the family |
| 16 | | felt the same way?  Her mother liked him, and sister |
| 17 | | liked him, same kind of thing? |
| 18 | A | I do know that he was there at the Warford |
| 19 | | residence several times, and spent the night with |
| 20 | | Rhonda.  What went on those nights, I don't know.  I was |
| 21 | | not there. |
| 22 | Q | Okay. |
| 23 | A | But from what I understood, the mother must |
| 24 | | have been comfortable with him being in the home because |
| 25 | | they allowed him to spend the night, so... |



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  Q   But you have no reason --
2  A   I honestly believe that.
3  Q   You have no reason to believe he asked her to
4  do anything, correct?
5  A   I do know that he requested that she quit
6  smoking, which she did.
7  Q   Okay. That sounds like a good thing, right?
8  A   Right. Right. And, I mean, other than that,
9  I mean, I don't know what else I can tell you here. I
10 mean...
11 Q   And by the way, she shared that with you that
12 he told her quit smoking, right?
13 A   Oh, yeah. Yeah.
14 Q   Now -- now, one of the things that Rhonda's
15 mother, Ms. Warford, told us is that sometimes Rhonda
16 would go out with her friends, and go out drinking, like
17 teenagers do. Is that consistent with your
18 understanding?
19 A   Yes, sir.
20 Q   And that sometimes she would know where she
21 was going, and sometimes she wouldn't. Would that be
22 consistent with your understanding of her life?
23 A   I'd agree with that.
24 Q   And then sometimes -- my understanding, and
25 you correct me if I'm wrong, is that sometimes kids in

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Case 3:17-cv-00419-GNS-CHL   Document 317-5   Filed 01/26/23   Page 9 of 10 PageID #: 25319
The Deposition of CRYSTAL BARNES, taken on January 31, 2022

31

```
 1   the neighborhood would go and party down near the
 2   Kroger's; is that correct?
 3           MR. DENNY:  Objection to form.
 4       A   I don't know of anyone that she knew that
 5   lived by the Kroger.
 6       Q   Okay.  But would that be a place where
 7   sometimes kids would gather at night to drink or hang
 8   out?
 9           MR. DENNY:  Objection to form.
10       A   Not that I'm aware of, no.
11       Q   Okay.  It could be, but you don't know?
12       A   Right.  I don't know what she did when I was
13   not around.  I mean...
14       Q   Okay.  But she certainly had lots of friends
15   that you didn't hang out with?  She had separate friends
16   as well as common friends, right?
17       A   Oh, yeah.  Yeah.
18       Q   And she'd like to have a good time.  She would
19   go out and drink, right?
20       A   Right.  Right.
21       Q   One of the things that Ms. Rogers just told us
22   is that when you guys -- when you were -- when they --
23   when you were all young, sometimes you might make
24   choices that weren't the greatest choices.
25       A   Right.
```



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  Q   All right. And she still seemed to be --
2  seemed to care about him a lot?
3  A   Yeah.
4  Q   All right. But it was your belief, at least
5  at the time, that if she had gone with Keith, she
6  would've told somebody correct?
7      MR. DENNY: Object to the form.
8  A   I don't believe that she would hide from her
9  mother that -- if she were going with Keith, I don't
10 think that she would hide that from her mother.
11 Q   All right.
12 A   I mean, Keith has spent the night in their
13 home.
14 Q   Right. And --
15 A   And if that's who she was with, why wouldn't
16 she have just said that's who she's with? Unless she
17 just didn't want her mom knowing what she was going to
18 go do that night. That's the only thing I can think of.
19 I don't know.
20 Q   Okay. Now, did you know a man named James
21 Tyrell?
22 A   Yes, I do.
23 Q   How do you know James Tyrell?
24 A   He used to be a former boyfriend of Rhonda's.
25 Uh-huh.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com