```
 1       DETECTIVE GREER:  Yes, sir.
 2       MR. ADAMS:  Is there any question in your mind that it was
 3  Michelle Rogers that made that statement to you?
 4       DETECTIVE GREER:  No, sir.
 5       MR. ADAMS:  There was another individual there by the name
 6  of Jackie Armstrong.  Could Jackie Armstrong have made that
 7  statement to you?
 8       MALE SPEAKER:  Objection.
 9       THE COURT:  Um, I'll let her answer.
10       DETECTIVE GREER:  No, sir.
11       MR. ADAMS:  Thank you.  On the 18 day of April, 1992, did
12  you conduct an interview with one James Tyrell?
13       DETECTIVE GREER:  I believe it was on the 14.
14       MR. ADAMS:  Was it the 14?  I'm sorry.
15       DETECTIVE GREER:  Uh-huh.
16       MR. ADAMS:  Fourteenth day of April?
17       DETECTIVE GREER:  Yes, I did.
18       MR. ADAMS:  Okay.  And you recorded that statement,
19  correct?
20       DETECTIVE GREER:  Yes.
21       MR. ADAMS:  Or substantially verbatim what he said.
22       DETECTIVE GREER:  Yes.
23       MR. ADAMS:  Okay.  That's all the questions I have of this
24  witness.
25       THE COURT:  Mr. Rogers, do you have any questions, sir?
```



1  MR. ROGERS:  No, thank you.
2  THE COURT:  Mr. Smith?
3  MR. SMITH:  When you say record the statement, Detective
4  Greer, you talking about did you make an investigative letter of
5  it?
6  DETECTIVE GREER:  Yes, sir, I did.
7  MR. SMITH:  Okay.  I mean you didn't tape record it?
8  DETECTIVE GREER:  No, I did not.
9  MR. SMITH:  Okay.  That's all.
10 THE COURT:  Okay.
11 MR. ADAMS:  That's all.
12 THE COURT:  Will Detective Greer be finally excused now?
13 MR. ADAMS:  Yes, sir.
14 THE COURT:  Go back to work.  Thank you.  Appreciate you
15 being with us.
16 MR. ADAMS:  James Tyrell, please, sir.
17 MALE SPEAKER:  Judge, where's the evidence?
18 MALE SPEAKER:  It's in the vault.
19 THE COURT:  I don't know.  The Clerk has it.
20 MALE SPEAKER:  I'll go get it.  It's in the vault.
21 MALE SPEAKER:  Tyrell.  It may be back over here on this
22 side.
23 MALE SPEAKER:  These two.  It may be (inaudible).
24 THE COURT:  Come around to my right.  Stop at or near the
25 foot of the steps when you get there, and face me.

1    THE COURT: Right here. Okay. Come on around, if you
2 would, please. There you go. Right there. Face me. Face me
3 and raise your right hand. Do you solemnly swear or affirm the
4 testimony you are about to give will be the truth, and the whole
5 truth, nothing but the truth so help you God?
6    JAMES TYRELL: Yes, sir.
7    THE COURT: Please be seated. Mr. Adams, you may go
8 forwards.
9    MR. ADAMS: Thank you, sir. Would you state your, uh, name
10 and date of birth for the ladies and gentlemen of the jury,
11 please?
12    JAMES TYRELL: James Berchin Tyrell, Jr.
13    MR. ADAMS: And what's your date of birth, please?
14    JAMES TYRELL: 10/17/70.
15    MR. ADAMS: Do you -- do you know either of the defendants
16 here --
17    JAMES TYRELL: No, sir.
18    MR. ADAMS: Jeff Clark or Keith Hardin, either one of them?
19    JAMES TYRELL: No, sir.
20    MR. ADAMS: Did you ever see me or speak to me before this
21 morning?
22    JAMES TYRELL: No, sir.
23    MR. ADAMS: All right. However, you did on March 14 of
24 1992 give a statement to Detective Hope Greer?
25    JAMES TYRELL: Yes, sir.

1    MR. ADAMS: All right. Now, tell the ladies and gentlemen
2  of the jury a little bit about your relationship with Rhonda Sue
3  Warford. Did you date her for a while?
4    JAMES TYRELL: Uh, yes, we went out for it was around
5  probably a month, a little bit over a month.
6    MR. ADAMS: Were you engaged to her?
7    JAMES TYRELL: Yes, sir.
8    MR. ADAMS: Did you live in the house with her on Whitney?
9    JAMES TYRELL: Yes, sir.
10   MR. ADAMS: Okay. During the time that you knew Rhonda Sue
11 Warford, did you have any conversations with her about her
12 getting into the -- getting into cars with strange men or men
13 she did not know?
14   JAMES TYRELL: Yes. She had told me one time that she had
15 got in the car with a guy, her and her sister, and they had went
16 home with the guy.
17   THE COURT: That's enough.
18   MR. ADAMS: Okay. That's enough. That's enough right
19 there. Did she describe to you one time or more than one time
20 she got into cars with strangers?
21   THE COURT: Just one.
22   MR. ADAMS: Okay. Do you know whether or not she was in
23 the habit of -- of --
24   MALE SPEAKER: Objection.
25   MR. ADAMS: Okay.

1    THE COURT: Change it -- change your form.
2    MR. ADAMS: All right.
3    THE COURT: Sustained.
4    MR. ADAMS: Did you know, uh, tell the ladies and gentlemen
5 of the jury what you observed about Rhonda's -- any habit she
6 may have had about walking around the neighborhood at night.
7    MALE SPEAKER: Same.
8    THE COURT: Rephrase the question more.
9    MR. ADAMS: All right. Did you know Rhonda Sue to leave
10 the house at night?
11   JAMES TYRELL: Sometimes she would go out and walk around
12 by the park.
13   MR. ADAMS: How far is the -- tell the ladies and gentlemen
14 of the -- of the jury about the park. Where's the park?
15   JAMES TYRELL: It's about -- actually about a half a block,
16 not even a block, down the road.
17   MR. ADAMS: Okay.
18   JAMES TYRELL: From our house.
19   MR. ADAMS: What's the name of the park?
20   JAMES TYRELL: First Street.
21   MR. ADAMS: How large is it?
22   JAMES TYRELL: Not that big.
23   MR. ADAMS: During the time that you -- you lived with her,
24 could you tell the ladies and gentlemen of the jury roughly, it
25 doesn't have to be exactly, but roughly how many times you

```
 1  observed her do that?
 2         JAMES TYRELL:  It was only a couple of times.
 3         MR. ADAMS:  Okay.  Was it ever after midnight?
 4         JAMES TYRELL:  No.
 5         MR. ADAMS:  Okay.  Just a second, Judge.  Yeah.
 6         MR. ADAMS:  He had a problem reading, doesn't he?
 7         THE COURT:  First --
 8         MR. ADAMS:  Let me ask him if he can read.
 9         THE COURT:  First establish the foundation with respect to
10  the statement.  I don't think you've done that.  And then I will
11  let you read it to him.
12         MR. ADAMS:  Okay.
13         THE COURT:  Okay?
14         MR. ADAMS:  That would be fine, Judge, yes.  You do recall
15  having given a statement on April 14 to Detective Greer?
16         JAMES TYRELL:  Yes, sir.
17         MR. ADAMS:  All right.  Do you recall -- can I do it that
18  way, Judge?
19         THE COURT:  Go ahead.
20         MR. ADAMS:  Uh, Mr. Smith --
21         MR. SMITH:  I have no objection if you want --
22         MR. ADAMS:  Okay.  I just didn't know because of --
23         MR. SMITH:  Right, that's -- that's fine.
24         MR. ADAMS:  The problem.  Okay.  Did you state to Detective
25  Greer, and you can follow along here with me if you like, that
```

1  you went on to say that all three sisters, including Rhonda,
2  would get in the car with people they did not know?
3       JAMES TYRELL: Yes, sir.
4       MR. ADAMS: Did you make that statement?
5       JAMES TYRELL: Yes, sir.
6       MR. ADAMS: Now, does that statement, James, when you gave
7  it, did you meant that to be that you only knew of one occasion
8  or does that sound to you like you meant multiple occasions that
9  they would get into the car with people that did not know?
10      JAMES TYRELL: Either way, she stayed in this one
11 (inaudible).
12      MR. ADAMS: Okay. That's all I have, Judge.
13      THE COURT: Mr. Rogers, do you have any questions, sir?
14      MR. ROGERS: Yeah, Mr. Tyrell, isn't it correct that the
15 police asked you to account for your whereabouts on the --
16      JAMES TYRELL: Yes, sir.
17      MR. ROGERS: Night she disappeared?
18      JAMES TYRELL: Yes, sir.
19      MR. ROGERS: And you told them you had been out at the
20 friend's house, right?
21      JAMES TYRELL: Yes, sir.
22      MR. ROGERS: Okay. Did you ever receive any information or
23 anything from any of your friends that the police had ever
24 checked to see, in fact, that your alibi was substantiated?
25      MALE SPEAKER: Objection.

```
 1        THE COURT:  Please approach.
 2        (Discussion at bench)
 3        MR. ROGERS:  Again --
 4        THE COURT:  Do you recall the question that you were asked,
 5   sir?  You want him to ask you the question again?
 6        JAMES TYRELL:  Yes, sir.
 7        MR. ROGERS:  Okay.
 8        THE COURT:  Ask again.
 9        MR. ROGERS:  Do you -- do you have any information or any
10   knowledge of your personal knowledge the that the police did, in
11   fact, go out and follow up on where you told them you were, your
12   alibi?
13        THE COURT:  If you know you can answer --
14        MR. ROGERS:  If you know.
15        THE COURT:  If you know, you can answer the question.
16        JAMES TYRELL:  (Inaudible)
17        MR. ROGERS:  Don't know.  And this is the only time the
18   police ever talked to you, isn't that correct?
19        JAMES TYRELL:  Yes, sir.
20        MR. ROGERS:  In this case?  Thank you, sir.
21        THE COURT:  Mr. Smith.
22        MR. SMITH:  Mr. Tyrell?
23        JAMES TYRELL:  Yes, sir.
24        MR. SMITH:  I'm Captain Smith, I'm the Commonwealth
25   attorney.  What's your address?
```

1    JAMES TYRELL:  I know I live in New Albany.  I know the
2    apartment number is 231.  2702 Alan Pike -- it's Viewpoint
3    apartments up in -- off State Street.
4        MR. SMITH:  Okay.  Now, so there was only one occasion that
5    Rhonda told you that she had ever got in the car with anybody
6    else, and it was with her sister, right?
7        JAMES TYRELL:  Yes.
8        MR. SMITH:  All right.  And -- and when you would talk
9    about her going out and walking at night, she never went out
10   after midnight walking around, that you know of, did she?
11       JAMES TYRELL:  No, sir.
12       MR. SMITH:  And the only time that she would go out and
13   walk around at any -- at all would be when you and her were
14   fussing or having a fight?
15       JAMES TYRELL:  Yes, sir.
16       MR. SMITH:  Okay.  That's all.  Thank you.
17       THE COURT:  Any re --
18       MR. ADAMS:  (Inaudible).
19       MR. ROGERS:  Nothing else, Judge.
20       THE COURT:  Okay.  May this witness be finally excused?
21       MR. ADAMS:  Yes, Judge.
22       THE COURT:  Mr. Tyrell, you're free to go.  Do not discuss
23   any question that you were asked or any answer that you gave
24   with anyone, you understand?
25       JAMES TYRELL:  Yes, sir.