1   THE COURT:  Okay.  Ma'am, you're free to go.  You can

2   stay in the courtroom, you can go home, do whatever you'd like

3   to do other than I don't want you to discuss your testimony.  I

4   don't want you to discuss the questions that you were asked or

5   the answers that you gave with anyone other than the attorneys

6   involved in this case.  Okay?

7   MICHELLE MR. ROGERS:  Okay.

8   THE COURT:  Uh, ladies and gentlemen, you, the jury,

9   are obviously are holding out a lot better than I am.

10   (Laughter)

11   THE COURT:  If you'll give me -- y'all in good shape?

12   If you'll give me about two minutes, we'll go forward.

13   (Laughter)

14   THE COURT:  If you would just stop there and face me,

15   raise your hand.  Right.

16   HOPE JAEGERS:  Okay.

17   THE COURT:  You solemnly swear or affirm the testimony

18   you're about to give will be the truth, the whole truth, and

19   nothing but the truth, so help you God?

20   HOPE JAEGERS:  Yes, sir.

21   THE COURT:  Please proceed.

22   MR. SMITH:  State your name for the record, please.

23   HOPE JAEGERS:  Um, Hope Jaegers.

24   MR. SMITH:  And Hope, in April of 1992, what, if any,

25   relationship did you have with Rhonda Sue Warford?



Exhibit ___
Charles Eadler
Date  2/1/1

Case 3:17-cv-00419-GNS-CHL   Document 317-7   Filed 01/26/23   Page 2 of 36 PageID #: 25331

1        HOPE JAEGERS:  She was my best friend for a year.

2        MR. SMITH:  She had been your best friend for the year

3   prior to her death?

4        HOPE JAEGERS:  Yes.

5        MR. SMITH:  Had you ever been around the two

6   defendants here?

7        HOPE JAEGERS:  Yes, sir.

8        MR. SMITH:  Where had you been around them?

9        HOPE JAEGERS:  Um, they had come and picked me up to

10  spend the night over there with her, um, I'd say four to maybe

11  five different times.

12       MR. SMITH:  When you were over there, are we talking

13  about the trailer belonging to the defendant Clark?

14       HOPE JAEGERS:  Yes, sir.

15       MR. SMITH:  And when you were over there at that

16  trailer, tell us whether or not you ever saw any knives?

17       HOPE JAEGERS:  Yes, sir.

18       MR. SMITH:  What knives did you see?

19       HOPE JAEGERS:  Um, they had a knife in the freezer,

20  they had a knife over the door, and Keith had about five or six

21  knives in his bedroom.  Jeff had a knife in his car and --

22       MR. SMITH:  The Nova?

23       HOPE JAEGERS:  Yes.

24       MR. SMITH:  When they would pick you up, what vehicle

25  would they be driving?

1          HOPE JAEGERS:  The Nova.

2          MR. SMITH:  Go ahead, please.  Any other knives there?

3          HOPE JAEGERS:  Um, I'm not sure, but I believe there

4    was one in Jeff's bedroom by where he kept his snake.  He had a

5    big one there by where he kept his snake.  But sometimes it was

6    in the freezer with the other knife.

7          MR. SMITH:  Did they ever tell you why they had a

8    knife in the freezer?

9          HOPE JAEGERS:  No, they never -- I never really asked.

10   I mean, I kinda thought it was silly, but…

11         MR. SMITH:  How would the -- how would you describe

12   the defendant Hardin's behavior with these knives?

13         HOPE JAEGERS:  Very strange.  He -- it was almost as

14   if he had a passion with them.  He would always pick at his

15   fingernails and pick at his teeth with it and was always cutting

16   the hair on his arms or cutting little slices into his arms and

17   -- he was always playing with -- I never -- I don't think I ever

18   seen him without a knife.

19         MR. SMITH:  What type of behavior did you observe of

20   the defendant Clark with knives, if any?

21         HOPE JAEGERS:  I didn't see him with a knife.  Um, I'm

22   picturing one time he was sitting on the couch and he was

23   picking at his fingernails with it and just playing -- running

24   his finger up and down the blade.  I remember once him doing

25   that, but I didn't see him with the knife as much as I did Jeff.

1          MR. SMITH:  As much as you did Jeff Clark?

2          HOPE JAEGERS:  Yeah.  Yeah.

3          MR. SMITH:  Or Keith Hardin?  Who had the --

4          HOPE JAEGERS:  Um, Keith, Keith was the one I just

5    remember one time.  But Jeff always had a knife.

6          MR. ADAMS: Judge?  Excuse me.  May we approach?  Just

7    --

8          THE COURT:  Yes, please.

9          HOPE JAEGERS:  Yes.

10         MR. ADAMS: Just gone through a long litany explaining

11   that Keith was the man who had the passion for knives.

12         THE COURT:  Yeah.  Let's go to my office.

13         MR. ADAMS: And now --

14         (In chambers)

15         MR. SMITH:  Now, Hope, I might have misunderstood, but

16   I thought you told us earlier that the defendant Hardin --

17         MALE SPEAKER:  Judge, I would kind of object to the

18   leading question here.  If he wants to --

19         THE COURT:  I think the best way to handle this is, is

20   go back and ask the question all over again.

21         MR. SMITH:  All right.  Tell us again, of the two

22   which one dealt with knives the most?

23         HOPE JAEGERS:  Jeff.

24         MR. SMITH:  Jeff Clark?

25         HOPE JAEGERS:  Yes.

1      MR. SMITH:  Did you tell me earlier that Keith Hardin

2  had a passion for knives?

3      HOPE JAEGERS:  Yeah.  Well, I mean, I -- Keith -- I

4  seen him with a knife one -- I, I can vividly remember one time

5  and he kinda acted the same way Jeff did.  They both just -- to

6  me, with the bed -- the knives in the bedroom with Keith and

7  then the way Jeff played with them, in my mind, they both had

8  passion with it.  But to me, Jeff had a little more passion

9  because he was always playing with it.  But Keith, he just --

10 most of the time his knives were in the bedroom.  And I can only

11 remember once him actually playing with the knife.  But with --

12 in my mind, with him, the way he kept all the knives in his

13 bedroom, in my mind, they both had a passion for it.  I mean,

14 they -- to me, anybody that can keep that many knives --

15     THE COURT:  Woah.

16     HOPE JAEGERS:  -- in their bedroom, --

17     THE COURT:  Woah, woah, woah.  Please stop.

18     (Laughter)

19     THE COURT:  Tell us what you saw, okay?  Not what you

20 thought or not any conclusions that you came from, okay?  And we

21 haven't qualified you as a psychologist or a sociologist, so

22 tell us what, what you actually saw, okay?

23     HOPE JAEGERS:  Okay.  Well, I actually saw knives

24 everywhere, period.  They were everywhere.  And they both -- I

25 seen 'em both playing with the knife.  I seen Keith once and I

1  seen Jeff several times.

2          MR. SMITH:  Did you ever see Rhonda Sue Warford with a

3  knife?

4          HOPE JAEGERS:  No, I did not see her with a knife.

5          MR. SMITH:  Did you ever see Rhonda Sue Warford cut

6  herself with a knife?

7          HOPE JAEGERS:  Not with a knife.

8          MR. SMITH:  Did you see her cut herself with something

9  else?

10          HOPE JAEGERS:  Yes, sir.  A razor blade.

11          MR. SMITH:  What was going on on that instance?

12          HOPE JAEGERS:  Well, she was drunk and Jeff said, "Do

13  you want to see Rhonda's world?"  And I didn't really understand

14  what that meant and I said -- I was like, "What?"  And then they

15  said, "Do you want to see Rhonda's world?"  And I was like,

16  "What do you mean?"  Well, Jeff went into the bathroom and got a

17  razor blade and brought it out and Rhonda started cutting the

18  tips of her fingers with the razor blade and squeezing the blood

19  out.  And that's when I had got upset with her, and that's --

20          MR. SMITH:  Was anybody else cutting their fingers

21  with the razor blade?

22          HOPE JAEGERS:  No, just Rhonda.

23          MR. SMITH:  Now, tell us whether or not you ever heard

24  the defendant Hardin threaten Rhonda Sue Warford?

25          HOPE JAEGERS:  Yes, sir.

1          MR. SMITH:  Tell me about what happened on this

2   occasion.

3          HOPE JAEGERS:  Um, we were all sitting in the living

4   room.  I was sitting in the chair, Jeff was sitting up in the

5   kitchen and Rhonda and Keith were on the couch.  And we was just

6   talking and then Rhonda turned around and said to me, --

7          MR. ROGERS: Objection.  That's hearsay.  No.

8          THE COURT:  Tell us what, tell us what Mr. Har-, --

9          MR. SMITH: Judge, we need to approach on this.

10         MR. SMITH:  No.  Let me see if I, I -- if I can

11  rephrase my question.

12         MR. SMITH: We might still need to approach.

13         MR. SMITH:  That point in time when you told us you

14  heard the defendant Hardin threaten her, what, if anything, did

15  she say to the defendant Hardin?

16         MR. ROGERS: Uh, objection, Judge.  Still hearsay.

17         THE COURT:  That's probably…

18         (In chambers)

19         THE COURT:  Ladies and gentlemen of the jury it is

20  your duty not to permit anyone to speak to or communicate with

21  you on any subject connected with this trial, and any attempt to

22  do so should be immediately reported by you to the court.  Do

23  not converse or discuss among yourselves any subject connected

24  with the trial, nor form or express any opinion thereon when the

25  case is finally submitted to you for determination.  If anyone



Case 3:17-cv-00419-GNS-CHL   Document 317-7   Filed 01/26/23   Page 8 of 36 PageID #: 25337

1   should state anything within your hearing about this case,

2   please bring that fact to the attention of the court.  Ladies

3   and gentlemen, for your, your planning purposes, it's my intent

4   to go to approximately 5:00 this evening, and I will break as

5   close to 5:00 as we can conveniently do so.  You know, within a

6   few minutes before or a few minutes after.  With that, give you

7   about 10 minutes, okay?

8           (Recess)

9           THE COURT:  Mr. Smith, Mr. Adams, Mr. Rogers, all --

10  each of you waive the roll call?

11          MR. SMITH: Yes, Your Honor.

12          MR. ADAMS: Yes, sir.

13          MR. ROGERS: Yeah, Judge.

14          THE COURT:  Go forwards, Mr. Smith.

15          MR. SMITH:  All right.  Sitting there on the couch,

16  what did Rhonda say to the defendant Keith Hardin?

17          HOPE JAEGERS:  Well, she didn't -- she didn't say

18  anything; she said to me that she thought that she was --

19          MR. ROGERS: Uh, want to --

20          MR. SMITH:  Okay, go ahead.

21          HOPE JAEGERS:  She said to me that she thought she was

22  pregnant and then Keith and Rhonda looked at each other and went

23  into the bedroom.  And --

24          MR. SMITH:  And did you hear the defendant Hardin

25  threaten her?

1      HOPE JAEGERS:  Yes.  Rhonda come back out into the

2  living room mad and then Keith followed out and he looked at her

3  and he said, "If you're pregnant, I will kill you and that

4  fucking baby."

5      MR. SMITH:  That's all I have, Your Honor.

6      THE COURT:  Mr. Adams.

7      MR. ADAMS:  Thank you, Judge.

8      THE COURT:  Ms. Jaegers, how many times had you been

9  over to that trailer?

10     HOPE JAEGERS:  Um, I'm thinking five or six times, but

11  no --

12     MR. ADAMS:  Okay.

13     HOPE JAEGERS:  -- more than six times.

14     MR. ADAMS:  No more than six times.

15     HOPE JAEGERS:  Yes.

16     MR. ADAMS:  And during the times that you were there,

17  was, was it always the four people there?  Just the four of you?

18     HOPE JAEGERS:  Uh, no.  Most of the time there was,

19  but I can remember two different times that, um, some friends of

20  mine had taken me over there.

21     MR. ADAMS:  And did they stay?

22     HOPE JAEGERS:  Yeah.  We hung out for a while.

23     MR. ADAMS:  And who were they?

24     HOPE JAEGERS:  Um, Ted Reese (ph) and, um, my ex-

25  boyfriend Tom Hayden.

1       MR. ADAMS:  What's Tom's last name, please?

2       HOPE JAEGERS:  Hayden.  H-A-Y-D-E-N.

3       MR. ADAMS:  Okay.  Let me -- do you recall having been

4  interviewed on April the 27th by Detective James Clark?

5       HOPE JAEGERS:  Uh-huh.

6       MR. ADAMS:  And I would like to ask you to read this

7  particular sentence to yourself and then I'm going to ask you

8  about it.  Read that sentence --

9       HOPE JAEGERS:  This one?

10      MR. ADAMS:  -- right there to yourself.

11      HOPE JAEGERS:  No, I don't remember saying that.

12      MR. ADAMS:  Okay.  Well, let me ask you; in response

13  to questioning from Detective James Clark, do you recall having

14  answered that while you were there you never saw anybody else

15  visit the trailer?  Do you remember telling Detective Clark

16  that?

17      HOPE JAEGERS:  I, I may have said that meaning that

18  nobody else came that, that I didn't know.

19      MR. ADAMS:  Okay.

20      HOPE JAEGERS:  I, I may have said, said it meaning

21  that, that somebody else that I didn't know --

22      MR. ADAMS:  Okay, fine.

23      HOPE JAEGERS:  -- didn't come over.

24      MR. ADAMS:  You're unaware of any Satanic involvement

25  by either Keith or Jeff; is that correct?

1    HOPE JAEGERS:  I, I mean, I never really seen 'em do

2  Satanic things, but I mean, I seen the book and I seen this

3  little things that spinned (sic) around on the table and --

4    MR. ADAMS:  Let me ask you again, then, if you will, -

5  -

6    MR. ROGERS: And excuse me.  I don't think she got

7  finished with her question.  I thought she said "and".

8    HOPE JAEGERS:  And I seen these --

9    MR. ADAMS:  Go ahead.

10    HOPE JAEGERS:  -- little devil statues in the living

11  room.  But I didn't, you know…

12    MR. ADAMS:  Well, the, the --

13    HOPE JAEGERS:  I didn't think that they were Satanic,

14  you know?  (Laughs)

15    MR. ADAMS:  But we'll come back to that.  Okay.  Now,

16  if you would read this sentence right here to yourself and then

17  let me ask you about it.

18    HOPE JAEGERS:  Okay.

19    MR. ADAMS:  When Detective Clark asked you under

20  questioning if you were aware of any Satanic involvement by

21  either one of these gentleman you stated no; is that correct?

22  And that is your answer now?

23    HOPE JAEGERS:  Yeah.

24    MR. ADAMS:  Okay.  You -- you're telling us now that

25  you'd been to that trailer approximately six times?

1          HOPE JAEGERS:  No more than six times.

2          MR. ADAMS:  No more than six times?

3          HOPE JAEGERS:  Yeah.

4          MR. ADAMS:  Okay.  Let me ask you to read this

5   sentence to yourself and I will ask you about that.  Okay?

6          HOPE JAEGERS:  Uh-huh.

7          MR. ADAMS:  Did you tell Detective Clark on April 27,

8   1992 that you'd been to that trailer on three separate

9   occasions?

10         HOPE JAEGERS:  Yeah.  I mean, I, I told him the three

11  separate occasions that I had spent the night.  The other --

12         MR. ADAMS:  Oh.

13         HOPE JAEGERS:  -- the other times was when we had went

14  to visit during the day with my ex-boyfriend and my friend.

15         MR. ADAMS:  But nevertheless, on this particular

16  report, prepared by Detective Clark, --

17         HOPE JAEGERS:  Uh-huh.

18         MR. ADAMS:  -- he says that after questioning you you

19  said that you had been at the trailer on three separate

20  occasions, right?

21         HOPE JAEGERS:  Yeah, that's --

22         MR. ADAMS:  And at time you did not explain to

23  Detective Clark that you spent the night three times but you'd

24  been there on other occasions; is that correct?

25         HOPE JAEGERS:  I, I, I'm not -- well, explain that.

1  I'm not understanding what you're saying.

2         MR. ADAMS:  Well, --

3         (Overlapping Conversation)

4         HOPE JAEGERS:  Is that --

5         MR. ADAMS:  -- you, you told --

6         HOPE JAEGERS:  Well, I didn't tell him.  I don't -- I

7  may not have said that I spent the night three -- I told him

8  that I'd spend the night three different times.  But I didn't --

9  I may not have told him that I had went to visit.  It was only,

10 like, for 5 or 10 minutes to go pick up Rhonda was when we had

11 went the other times.

12        MR. ADAMS:  But nevertheless, you told Detective Clark

13 upon being questioned by him that you had been at that trailer

14 on three separate occasions, correct?

15        HOPE JAEGERS:  Yeah, yeah.

16        MR. ADAMS:  Okay.  Now, you have stated to the ladies

17 and gentleman of the jury that Jeff Clark is the person who

18 really had the passion for knives; is that correct?

19        HOPE JAEGERS:  Yeah.

20        MR. ADAMS:  Okay.  Now, can you identify Jeff Clark?

21        HOPE JAEGERS:  (Inaudible) over there.

22        MR. ADAMS:  Good.  Now, I would like for you to please

23 read this sentence to yourself, what you told the Detective and

24 what you initially told the ladies and gentlemen of the jury and

25 I'll ask you about it.  Just that first sentence right there.

1    "She stated" --

2          HOPE JAEGERS:  Yeah.

3          MR. ADAMS:  -- and ending there.  Okay?

4          HOPE JAEGERS:  Yeah.

5          MR. ADAMS:  Now, when Detective Clark interviewed you,

6    you stated to him that of the two, Keith really had the passion

7    for knives; is that correct?

8          HOPE JAEGERS:  Yeah.

9          MR. ADAMS:  Is that right?

10         HOPE JAEGERS:  Yeah.  I guess I just think they both

11   did.  I mean, --

12         MR. ADAMS:  Well, okay.

13         HOPE JAEGERS:  -- they -- 'cause I saw 'em both

14   playing with knives.

15         MR. ADAMS:  Well, let me just ask you about this --

16         HOPE JAEGERS:  Okay.

17         MR. ADAMS:  -- and then you can explain.  You stated

18   to the detective on the 27the of April that of the two Keith was

19   the one who really had the passion for knives.

20         HOPE JAEGERS:  Uh-huh.

21         MR. ADAMS:  And when you started out on your direct

22   examination today that's also what you told the jury, that Keith

23   is the one who really had the passion for knives.  Is that

24   correct?

25         HOPE JAEGERS:  No, I said that Jeff had.

1          MR. ADAMS:  Is that right?

2          HOPE JAEGERS:  Yeah.  Well, I --

3          MR. ADAMS:  Okay.

4          HOPE JAEGERS:  -- was actually saying both of 'em.

5          MR. ADAMS:  Okay.

6          HOPE JAEGERS:  I mean, I saw 'em both with knives.  I

7  -- you know, they had knives --

8          MR. ADAMS:  Okay.

9          HOPE JAEGERS:  -- everywhere.

10         MR. ADAMS:  All right.  Now, --

11         HOPE JAEGERS:  Uh-huh.

12         MR. ADAMS:  -- let me -- can you read that sentence

13 right there and let me ask you about that.  Okay.  Now, when

14 being questioned about, about knives by Detective Clark, you

15 stated to him -- did you not?  -- that when you went to the

16 trailer park on one occasion you noted that Keith kept a knife

17 in the refrigerator and over the front door of the trailer?

18         HOPE JAEGERS:  Uh-huh.

19         MR. ADAMS:  Is that correct?

20         HOPE JAEGERS:  Uh-huh.

21         MR. ADAMS:  Okay.  Now, at that particular point, you

22 didn't say anything at all about Jeff having any knives in his

23 bedroom or anything else, did you?  You didn't tell Detective

24 Clark that?

25         HOPE JAEGERS:  Uh-uh.

1           MR. ADAMS:  Okay.

2           HOPE JAEGERS:  No.

3           MR. ADAMS:  Very good.  Now, you told the ladies and

4    gentlemen of the jury that -- about this thing of Rhonda having

5    had too much to drink and cutting her, her fingertips with a

6    razor blade that Jeff got her.

7           HOPE JAEGERS:  Uh-huh.

8           MR. ADAMS:  Is that right?

9           HOPE JAEGERS:  Uh-huh.

10          MR. ADAMS:  And what did she do with the blood that

11   was coming off her fingertips?

12          HOPE JAEGERS:  She, she started squeezing the blood

13   out --

14          MR. ADAMS:  Yeah.

15          HOPE JAEGERS:  -- and then rubbing her hands like

16   this, and then she turned around and Keith went like this and he

17   took his hands and she took her hands and rubbed it across his

18   lips.

19          MR. ADAMS:  Okay.  Now, I'm going to ask you to read

20   this to yourself and then let me ask you some questions again

21   about what you told Detective Clark on April 27th.  You may read

22   that whole paragraph to yourself --

23          HOPE JAEGERS:  Okay.

24          MR. ADAMS:  -- and then I will ask you about it.

25          HOPE JAEGERS:  (Inaudible).

1        MR. ADAMS:  What?  No, no.  You read it to yourself --

2        HOPE JAEGERS:  Okay.

3        MR. ADAMS:  -- and then I'll ask you some questions.

4   Can everybody hear?

5        FEMALE SPEAKER: No.

6        MR. ROGERS: I can.

7        MR. ADAMS:  I, I'm sorry.  Ladies and gentlemen of the

8   jury, can you all hear?

9        HOPE JAEGERS:  Uh-huh.

10       MR. ADAMS:  Okay.

11       HOPE JAEGERS:  Okay.

12       MR. ADAMS:  And I'm going to ask you some questions

13  about this.  When you were interviewed by Detective Clark on

14  April 27th about what you knew and being over at the trailer

15  park, did you tell Detective Clark that you recall being at the

16  trailer park on one occasion and Keith gave Rhonda a knife and

17  told her to cut the tip of her fingers with the blade?  Did you

18  tell the Detective that?

19       HOPE JAEGERS:  No, I did not tell him that.

20       MR. ADAMS:  Did not tell him that?

21       HOPE JAEGERS:  No.

22       MR. ADAMS:  All right.  Did you state that you

23  observed that Rhonda do this and take the blood and rub it

24  against Jeff and Keith's hands?  Both of them?

25       HOPE JAEGERS:  No.

1          MR. ADAMS:  You didn't tell him that?

2          HOPE JAEGERS:  No, sir, I didn't.

3          MR. ADAMS:  Now you're saying that it was not a knife,

4   it was a razor blade, --

5          HOPE JAEGERS:  Yes.

6          MR. ADAMS:  -- and that she did not rub the blood

7   against both of their hands, but only Keith's?

8          HOPE JAEGERS:  Yes.

9          MR. ADAMS:  That she held her hands out and Keith

10  rubbed his hands against; is that right?

11         HOPE JAEGERS:  Yes.

12         MR. ADAMS:  Okay.  And as far as you can tell, this is

13  just not accurate as to what you told him on April the 27th?

14         HOPE JAEGERS:  No.  'Cause I mean, there was, like,

15  two or three different detectives there and every time I turn

16  around one was asking me one question then the next one asked me

17  another question.  And I kept trying to tell 'em, and every time

18  I'd say something --

19         MR. ADAMS:  Uh-huh.

20         HOPE JAEGERS:  -- then they would go back and ask me

21  another -- ask me a completely different question right in the

22  middle of what I was saying --

23         MR. ADAMS:  Uh-huh.

24         HOPE JAEGERS:  -- and then I'd have to go back over it

25  again and over it again.  And that's why I think that my -- and

1  -- that my statement -- even when I was reading my statement at

2  home I kept thinking, this, this is all mixed up.

3       MR. ADAMS:  Well, did you -- when you found out --

4  when did you first get your statement to read?

5       HOPE JAEGERS:  Not long before I left --

6       (Overlapping Conversation)

7       MR. ADAMS:  Well, I, I'm --

8       HOPE JAEGERS:  -- to, to fly off Sunday.  I think I

9  got it, like, the Monday before -- and I asked -- the Monday

10 before Sunday.  This Sunday.

11      MR. ADAMS:  The Monday before this past Sunday?

12      HOPE JAEGERS:  Yeah.

13      MR. ADAMS:  Okay.  When you got that statement and you

14 saw what you believe to be inaccuracies, did you call Kenton

15 Smith or any -- who gave you your statement to read?

16      HOPE JAEGERS:  It was mailed to me.

17      MR. ADAMS:  Who was it mailed to you from, Kenton

18 Smith?

19      HOPE JAEGERS:  No.  Uh, I didn't pay no attention to

20 that.  It said -- just Meade County Courthouse on it.

21      MR. ADAMS:  Did it have a cover letter with it telling

22 you to read your testimony?

23      HOPE JAEGERS:  I'm not real sure.  It just -- I can't

24 really remember.

25      MR. ADAMS:  Well, once you read this and you

Case 3:17-cv-00419-GNS-CHL   Document 317-7   Filed 01/26/23   Page 20 of 36 PageID #:
25349

1 | discovered that there were discrepancies in it, did you try to
2 | call anybody and say, "Hey, this is not right, this is not what
3 | I said"?

4 |     HOPE JAEGERS:  No.  I, I talked to my mom about it and
5 | she said that I couldn't change anything in it, that I could
6 | only add stuff to it and I -- and so, I figured since I couldn't
7 | change it then I -- there was nothing I could do.

8 |     MR. ADAMS:  Okay.  Well, let's go back to your
9 | statement here.  When, when you saw Rhonda cut her fingers with
10 | the razor blade now -- no, you say it was a knife.  I'm sorry,
11 | it was a knife.

12 |     HOPE JAEGERS:  In the statement, yeah, --

13 |     MR. ADAMS:  Yeah.

14 |     HOPE JAEGERS:  -- they sent.  I didn't say that it was
15 | a knife; I told him it was a razor.

16 |     MR. ADAMS:  Okay.  And when you saw this going on you
17 | got into an argument with Rhonda because you told her that was
18 | wrong?

19 |     HOPE JAEGERS:  Uh-huh.

20 |     MR. ADAMS:  Okay.  And would -- had she been drinking
21 | too much?

22 |     HOPE JAEGERS:  She wasn't real drunk, but she had
23 | pretty good buzz going.

24 |     MR. ADAMS:  Well, did you tell the detectives that
25 | Rhonda was intoxicated from drinking vodka?

Case 3:17-cv-00419-GNS-CHL   Document 317-7   Filed 01/26/23   Page 21 of 36 PageID #:
25350

1          HOPE JAEGERS:  Yeah.  She, she -- I mean, she wasn't

2    dog drunk, but she was definitely (inaudible).

3          MR. ADAMS:  Okay.  When was the last time that you saw

4    Rhonda Warford before she found out here in Meade County?

5          HOPE JAEGERS:  That night.

6          MR. ADAMS:  Which night?

7          HOPE JAEGERS:  That night that I was there when she

8    did that with her fingers.  That night I --

9          MR. ADAMS:  Okay.  Well then give us an idea -- the

10   ladies and gentlemen of the jury --

11         HOPE JAEGERS:  Three, three weeks before she was

12   killed.

13         MR. ADAMS:  About three weeks before.

14         HOPE JAEGERS:  The third week -- the three -- it was

15   on a Saturday.

16         MR. ADAMS:  Uh-huh.

17         HOPE JAEGERS:  The three weeks before she was killed.

18         MR. ADAMS:  Okay.  And did you continue to talk to her

19   on the telephone?

20         HOPE JAEGERS:  Um, well, I had called her the next day

21   and I told her -- 'cause where I was living at the time, my

22   uncle didn't have a telephone so I had to borrow some money and

23   I called her and I asked -- you know, and I told her that I

24   loved her and that until she could get away from them that I

25   didn't want to, you know, go, go over there with her anymore.

1   So, she --

2             MR. ADAMS:  Okay.

3             HOPE JAEGERS:  -- you know, 'cause then I had a lot of

4   problems and I had found out I was pregnant and that, so -- and

5   I hadn't talked to her.  So, I didn't talk to her, and that was

6   the last time that I talked to her, the day after.

7             MR. ADAMS:  Okay.  These cuts that, that she made on

8   her fingertips with a razor blade, --

9             HOPE JAEGERS:  Uh-huh.

10            MR. ADAMS:  -- did she cut all of her fingertips?  Or

11  how many did she cut?

12            HOPE JAEGERS:  I, I'm not real sure.  It was -- she

13  just kept going like this.  Holding her hand out and just kept

14  going like this, so I really couldn't tell how many she was

15  cutting.  But she did on, on both hands.

16            MR. ADAMS:  On both hands?

17            HOPE JAEGERS:  'Cause -- yeah, 'cause she was going

18  like this after she had done it.  And just kept squeezing her

19  fingers.

20            MR. ADAMS:  So, she was forcing blood out of her own

21  fingers?

22            HOPE JAEGERS:  Uh-huh.

23            MR. ADAMS:  And did you take a look at her fingertips?

24  Were they deeply cut?

25            HOPE JAEGERS:  No.  No, we was fighting -- we was

1   arguing 'cause she was kinda drunk and I was real upset with her

2   and I was, you know, telling her --

3          MR. ADAMS:  Did, did you see how deeply she cut her

4   fingers with this razorblade?

5          HOPE JAEGERS:  No, I didn't.

6          MR. ADAMS:  Just a second.  Judge, I'd like to confer

7   with co-counsel.

8          THE COURT:  Sure.

9          MR. ADAMS:  My co-defendant's counsel.  And the only

10  explanation, I, I take it, then, uh, Miss Jaegers about the

11  discrepancies in the statement that, that the detective recorded

12  here is that there were a lot of things going on and they were

13  interrupting you asking different questions and he must have

14  just made a mistake because those things that I read you are not

15  what you said?

16         HOPE JAEGERS:  No.

17         MR. ADAMS:  And is it your memory that when you

18  started off testifying before this jury that you told the ladies

19  and gentlemen of this jury in your direct examination that Jeff

20  was the one who had the real passion for knives?  Is that your

21  memory of what you told them?

22         HOPE JAEGERS:  But I, I, I just kinda said there was

23  knives everywhere.  I mean, they both -- I guess they both had a

24  passion for it because their -- they both -- I seen 'em both

25  with knives.



1          MR. ADAMS:  I understand.  But I'm asking you --

2          HOPE JAEGERS:  That --

3          MR. ADAMS:  -- your memory of what just happened in

4    this courtroom about 40 minutes ago --

5          HOPE JAEGERS:  Uh-huh.

6          MR. ADAMS:  -- when you started off on your direct

7    examination, did you tell the ladies and gentlemen of the jury

8    that Jeff was the one who had the real passion for knives or

9    that Keith was the one who had the real passion for knives?

10         HOPE JAEGERS:  That, that Jeff was.

11         MR. ADAMS:  Probably Jeff was what you started off

12   telling?

13         HOPE JAEGERS:  Yeah.

14         MR. ADAMS:  Okay.  Are you living at that home now

15   with your parents, or?

16         HOPE JAEGERS:  (Inaudible).

17         MR. ADAMS:  Okay.

18         MALE SPEAKER:  (Inaudible)?

19         MR. ADAMS:  No.

20         THE COURT:  Mr. Rogers.

21         MR. ADAMS:  That's all I have, Judge.  Thank you.

22         THE COURT:  Mr. Rogers, your next question.

23         MR. ROGERS:  Miss Jaegers, did, did I understand you

24   say when you got your statement apparently you talked to --

25   about it with your mother?

1    HOPE JAEGERS:  Uh-huh.

2    MR. ROGERS:  And she told you it was okay to add

3  things to it, right?

4    HOPE JAEGERS:  Yeah, that I couldn't change anything.

5    MR. ROGERS:  Okay.  Now, you've seen the copy that Mr.

6  Adams has shown you, I'm sure.

7    HOPE JAEGERS:  Uh-huh.

8    MR. ROGERS:  Again, would, would you read this

9  paragraph right here where it's -- and I know my copy is kinda

10 marked up, but I'm talking about that top paragraph.

11    HOPE JAEGERS:  (Inaudible).

12    MR. ROGERS:  (Inaudible). Now, ma'am, would you agree

13 with me that that paragraph says nothing about a statement that

14 he would kill her and "that fucking baby"?

15    HOPE JAEGERS:  Yeah.

16    MR. ROGERS:  But you are sure in your mind that you

17 told Detective Clark -- now, there were three detectives there,

18 right?

19    HOPE JAEGERS:  Three.

20    MR. ROGERS:  Okay.  Was one of them black?

21    HOPE JAEGERS:  I don't think so.

22    MR. ROGERS:  You don't think so?

23    HOPE JAEGERS:  No.

24    MR. ROGERS:  Okay.  All right.  But there's no doubt

25 in your mind that you told Detective Clark that full statement?

1        HOPE JAEGERS:  Yeah, I told --

2        MR. ROGERS:  And --

3        HOPE JAEGERS:  -- it -- I mean, I, I told him all

4   kinds of things and they've got it all mixed up.  I mean, --

5        MR. ROGERS:  So, so apparently he either didn't

6   understand or didn't remember, but --

7        MR. SMITH: Objection to the speculation about --

8        (Overlapping Conversation)

9        MR. ROGERS:  I'm okay.

10       MR. SMITH: -- what he knew.

11       MR. ROGERS:  But can we agree, then, that there was

12  some reason why that statement didn't make it in there?

13       HOPE JAEGERS:  Yes.

14       MR. ROGERS:  Okay.  But you're sure you told him that?

15       HOPE JAEGERS:  Yes.

16       MR. ROGERS:  Detective Clark?

17       HOPE JAEGERS:  Yes.

18       MR. ROGERS:  And can you describe Detective Clark for

19  me?

20       HOPE JAEGERS:  Oh, (inaudible).

21       MR. ROGERS:  Well, you -- from, from your recollection

22  all three of the guys were white guys, right?

23       HOPE JAEGERS:  Uh-huh.

24       MR. ROGERS:  Okay.

25       HOPE JAEGERS:  But I don't, I don't know which one was

1  Clark.  I just knew that there was just three different

2  detectives there.  So, I don't really know which one was called

3  Clark.

4         MR. ROGERS:  Okay.  I, I don't have any other

5  questions, ma'am.  Thank you.

6         MR. SMITH:  Hope, in looking at your statement, first

7  of all, I don't remember sending you a copy of your statement.

8  Do you know that you got a copy from me?

9         HOPE JAEGERS:  No, I don't know if I got it from you

10 or who.  I just got a letter and it -- I got this letter and it

11 had two or three pages and it had all that stuff that's right --

12 that, that he had showed me.  It had all that stuff written down

13 on it and I was reading it.

14        MR. SMITH:  Now -- and you've been shown a copy of

15 this statement by these two lawyers and this would be it,

16 basically, right?

17        HOPE JAEGERS:  Uh-huh.  But I don't remember this of

18 it, though.

19        MR. SMITH:  Okay.

20        HOPE JAEGERS:  The first page that --

21        MR. SMITH:  And I'm showing that this statement was

22 taken by a Detective James Clark; is that right?

23        HOPE JAEGERS:  I guess, I guess there was --

24        MR. SMITH:  Or do you not know?

25        HOPE JAEGERS:  I don't know 'cause there was just

Case 3:17-cv-00419-GNS-CHL   Document 317-7   Filed 01/26/23   Page 28 of 36 PageID #: 25357

1   three different guys there.

2           MR. SMITH:  All right.  Now, I know there's three

3   different guys there.  Now, I know Detective James Clark and

4   he's a black detective.

5           HOPE JAEGERS:  Uh-huh.

6           MR. SMITH:  All right?  Now, are you sure that one of

7   the detectives was not black?

8           HOPE JAEGERS:  I don't know 'cause it -- I mean, it

9   was, --

10          MR. SMITH:  Long time ago.

11          HOPE JAEGERS:  -- it was three years ago.  I mean, --

12          MR. SMITH:  All right.

13          HOPE JAEGERS:  -- I'm pretty sure -- I'm thinking that

14  they were all white, but I mean, --

15          MR. SMITH:  But you're not sure?

16          HOPE JAEGERS:  -- three years ago.

17          MR. SMITH:  All right.  Now, did you make this

18  statement at that time?  And I quote: "She stated that Jeff and

19  Keith both seem to have a thing to have" --

20          MR. ADAMS:  Judge, I'm, I'm going to, I'm going to

21  object to the leading.

22          THE COURT:  He can certainly ask her --

23          (Overlapping Conversation)

24          MR. SMITH:  I am asking.  (Inaudible).

25          THE COURT:  But, but --

1      MR. ADAMS:  I can't do it.

2      THE COURT:  We've talked about that.  We've, we've

3  been, in effect, from something other than her statement.  Let

4  me -- let's talk for a second, okay?

5      (In chambers)

6      THE COURT:  Go forwards, Mr. Smith.

7      MR. SMITH:  Did you tell Detective Clark that Jeff and

8  Keith both had a thing for knives?  Did you make that statement

9  to Detective Clark?

10      HOPE JAEGERS:  At this point, I don't know what was

11  said.  I mean, --

12      MR. SMITH:  I understand.  All right.

13      HOPE JAEGERS:  We're talking three years ago when I

14  just found out my best friend was just killed and I was

15  pregnant.  I mean, everything was haywire.  And those three

16  detectives, I don't even know if they heard what I said at all

17  because they kept running their mouths left and right.

18      MR. SMITH:  All right.  Is there any question in your

19  mind about the threat that was made by the defendant Hardin?

20      HOPE JAEGERS:  No.  I have said that from day one.

21      MR. SMITH:  All right.  Now, tell us whether or not

22  the defendant Clark has ever talked to you about killing

23  someone.

24      HOPE JAEGERS:  Yes, sir.

25      MR. SMITH:  What has the defendant Clark said to you

Case 3:17-cv-00419-GNS-CHL   Document 317-7   Filed 01/26/23   Page 30 of 36 PageID #: 25359

1  about killing someone?

2          HOPE JAEGERS:  He said that if I ever wanted someone

3  killed that he would do it or he would find someone else to do

4  it.

5          MR. SMITH:  That's all, Your Honor.

6          THE COURT:  Mr. Adams.

7          MR. ADAMS:  Oh, Judge, just one more, I think.

8          THE COURT:  I suspected you'd have a question or two.

9          (Laughter)

10         MR. ADAMS:  If you would, please, would you read this

11  sentence for -- to yourself.  And that one too.

12         HOPE JAEGERS:  Yeah.

13         MR. ADAMS:  Okay.  Now, in -- when questioned by

14  Detective Clark, your response about, um, having anyone killed

15  was -- you said that, Jeff told you if you ever needed anyone

16  killed he had a person to do it, and this was an individual that

17  was supposed to live -- supposed to work at a garage somewhere

18  on Taylor Boulevard (ph).

19         HOPE JAEGERS:  Uh-huh.

20         MR. ADAMS:  That was your response to J-, to, to

21  Detective Clark.  According to this.

22         HOPE JAEGERS:  Yeah.

23         MR. ADAMS:  And, and according to this, you didn't say

24  anything to him that Jeff said he'd take care of killing

25  somebody for you, did he?

1      HOPE JAEGERS:  Oh, he said that if I ever wanted

2  someone killed that either he would do it or he would find

3  someone else to do it.  And then we commenced to talking and he

4  said that some guy who lived in a -- worked on a -- in a garage

5  off Taylor Boulevard would do it.

6      MR. ADAMS:  But Detective Clark's summary of that does

7  not state anything at all about Jeff Clark said that he would

8  commit a murder for you if you needed it done.

9      HOPE JAEGERS:  That's probably when they were

10  jabbering.

11      MR. ADAMS:  Oh.

12      HOPE JAEGERS:  They didn't -- I mean…

13      MR. ADAMS:  Okay, thank you.

14      (Laughter)

15      MR. SMITH:  Now, just -- I had to -- just one, one

16  question here, ma'am.  Do, do you remember telling Detective

17  Clark or any of these detectives there, while they were not

18  talking, that you making these statements to them that on

19  occasion you and Rhonda would walk down to a Kroger parking lot

20  and meet up with, like, an ex-boyfriend of hers named Jamie?

21      HOPE JAEGERS:  James?

22      MR. SMITH:  Well, it -- the report says --

23      (Overlapping Conversation)

24      HOPE JAEGERS:  No, what --

25      MR. SMITH:  -- Jamie -- J-A-M-I-E.  I'm just reading

1  the -- do you remember telling them that?

2          HOPE JAEGERS:  (Inaudible). No, I said that me and

3  Rhonda would go down and meet a friend, not a boyfriend.  It

4  wasn't her boyfriend, it was a friend of ours that we would go

5  down to PRP (ph) somewhere where he lived and have a good time,

6  I guess, and hang out with him.

7          MR. SMITH:  Okay.  And, and who is that friend, ma'am?

8          HOPE JAEGERS:  James.

9          MR. SMITH:  And, and -- do you know a full name?

10         HOPE JAEGERS:  No, I just knew his first name, James.

11         MR. SMITH:  Okay.  And was he a friend of yours or a

12  friend of Rhonda's?

13         HOPE JAEGERS:  He was more a friend of Rhon-, Rhonda

14  knew him before I did and then she -- we would go down there

15  together.

16         MR. SMITH:  But, but, but do you remember telling that

17  sometimes she would walk up to the Kroger parking lot to meet

18  James?

19         HOPE JAEGERS:  Uh-huh.

20         MR. SMITH:  Okay, thank you.

21         MR. SMITH:  Can you give us a description of this

22  James?  I mean, what?  Big, short, tall, black, white?

23         HOPE JAEGERS:  Look like a ape.

24         MR. SMITH:  Okay.  Did he have, uh, give me what color

25  hair he had.

1        HOPE JAEGERS:  Black.

2        MR. SMITH:  Black hair?

3        HOPE JAEGERS:  Uh-huh.

4        MR. SMITH:  Okay.  Was he real big built?

5        HOPE JAEGERS:  He was real muscular, and I remember he

6   had real ape looking arms and hands.  Real hairy like a big old

7   ape.

8        MR. SMITH:  Okay.  And, and you don't remember ever

9   hearing the last name or -- okay.

10        HOPE JAEGERS:  We just called him James.

11        MR. SMITH:  But he, but he was more friend of Rhonda's

12  than he was of yours?

13        HOPE JAEGERS:  Yeah.

14        MR. SMITH:  Okay.  Thank you, ma'am.  I appreciate

15  your testimony.

16        MR. ROGERS:  Were you ever with Rhonda when Keith

17  Hardin would be met in the parking lot down there?

18        HOPE JAEGERS:  Uh-uh.  I don't think -- no.

19        MR. ROGERS:  You don't know --

20        HOPE JAEGERS:  'Cause usually they came and got me

21  over at my grandma's.

22        MR. ROGERS:  Okay.  And you don't know James' last

23  name?  Wasn't Tyrell?  You just don't know?

24        HOPE JAEGERS:  No.

25        MR. ROGERS:  That's all.

1          MR. ADAMS:  When, when you met -- went to meet James,
2  who was a big, big guy -- stocky?

3          HOPE JAEGERS:  Yeah.

4          MR. ADAMS:  Kind of a --

5          HOPE JAEGERS:  Well, he was -- he wasn't tall, he was
6  short but stocky.

7          MR. ADAMS:  Right, exactly.

8          HOPE JAEGERS:  Yeah.

9          MR. ADAMS:  Real stocky.  And you said he had black
10  hair.  Did he have reddish black hair, curly?

11          HOPE JAEGERS:  No, it was straight black hair.  Like -
12  -

13          MR. ADAMS:  Did they call him Country?  Is that his
14  nickname, Country?

15          HOPE JAEGERS:  No, I never heard that.

16          MR. ADAMS:  Okay.  All you knew was James?

17          HOPE JAEGERS:  Yeah.

18          MR. ADAMS:  Do you know if he lived in the Pleasure
19  Ridge area?

20          HOPE JAEGERS:  Yeah, he lived -- do you know where
21  that, um, brick wall is down by PRP?  All I can remember is
22  walking out to his front door and there's this big concrete
23  brick wall, and that's all I can remember.

24          MR. ADAMS:  Okay.  And was this a guy that Rhonda
25  dated from time to time?

1       HOPE JAEGERS:  Oh, uh-uh.

2       MR. ADAMS:  Just a friend?

3       HOPE JAEGERS:  Yeah, he was just a friend.

4       MR. ADAMS:  Okay.

5       HOPE JAEGERS:  Yeah.

6       MR. ADAMS:  And when you say that you all would go

7   there -- when you say just party with him?

8       HOPE JAEGERS:  Yeah.

9       MR. ADAMS:  And was he married, or did he live in a

10  house by himself, apartment, or what's (inaudible) --

11      HOPE JAEGERS:  Yeah, him and another guy shared an

12  apartment.  But I never even seen the other guy 'cause he worked

13  the night shift.

14      MR. ADAMS:  Okay.  Had, had you ever been in Jeff

15  Clark's car --

16      HOPE JAEGERS:  Yeah.

17      MR. ADAMS:  -- with Rhonda?

18      HOPE JAEGERS:  Uh-huh, his Nova.

19      MR. ADAMS:  Uh-huh.  And he'd come pick you up and

20  y'all --

21      HOPE JAEGERS:  Uh-huh.

22      MR. ADAMS:  -- get in the backseat, front seat,

23  wherever, right?

24      HOPE JAEGERS:  I, I sat in the back, Rhonda sat in the

25  front.

1          MR. ADAMS:  Okay.  Did -- was Keith ever with you when
2    he came to pick you up?

3          HOPE JAEGERS:  Uh-huh.

4          MR. ADAMS:  Okay.  And when Keith was there, Keith sit
5    in the front or did you sit in the back with Keith?

6          HOPE JAEGERS:  No, I, I just sat in the back and those
7    three sat in the front.

8          MR. ADAMS:  So, they'd sit three in the front and just
9    you in the back?

10         HOPE JAEGERS:  (Laughs) Rhonda always wanted to sit in
11   the front with Keith and Keith didn't want to sit in the back.

12         MR. ADAMS:  You're aware of the fact that that Chevy
13   Nov-, '74 Nova that he drove had bucket seats and only two
14   people could sit in the front?

15         HOPE JAEGERS:  No.

16         MR. ADAMS:  Did you know that?

17         HOPE JAEGERS:  No.  And that --

18         MR. ADAMS:  Okay.

19         HOPE JAEGERS:  No, I didn't remember that.

20         MR. ADAMS:  Okay.

21         HOPE JAEGERS:  I just remember Rhonda sitting up front
22   in the middle of 'em.

23         MR. ADAMS:  All right.  Thank you very much.

24         THE COURT:  Mr. Rogers.

25         MR. ROGERS:  Oh, Judge, I, I think it's enough for me.