### AFFIDAVIT OF GLORIA J. DIMICK

Commonwealth of Pennsylvania)
                              ) SS:
County of Centre              )

I do solemnly swear or affirm the following is true and correct to the best of her knowledge,

information and belief.

1.      My name is Gloria J. Dimick.  I am the Technical Leader and Quality Manager of Mitotyping

        Technologies, an ANAB accredited forensic DNA lab, located at 2565 Park Center Boulevard,

        Suite 200, State College, PA 16801.

2.      I have over 33 years of laboratory experience, including over 23 years of forensic DNA

        experience at Mitotyping Technologies in handling of human mitochondrial DNA.  I have

        performed DNA extraction, polymerase chain reaction (PCR) amplification and DNA

        sequencing of thousands of samples for mitochondrial DNA analysis, including hairs as small

        as 2 mm and skeletal remains from the 13th century.   I am a Member of the American

        Academy of Forensic Sciences and have authored publications in peer-reviewed scientific

        journals in the area of mitochondrial DNA forensic science.

3.      I received a Bachelor of Science in Nutrition Science and a Master of Science in Food Science

        both from the Pennsylvania State University.

4.      I was employed by the Pennsylvania State University in various research positions for over 10

        years prior to being hired at Mitotyping Technologies on February 15, 1999.  My CV

        (Attachment A) is attached as part of this affidavit.

5.      Mitotyping Technologies ("Mitotyping") has been providing forensic mitochondrial DNA

        (mtDNA) analysis since 1999.   The laboratory has been accredited under ISO/IEC 17025

Standards since 2001, historically by the American Society of Crime Laboratory

Directors/Laboratory Accreditation Board who recently merged with the American National

Standards Institute/National Accreditation Board (ANAB).

6.   I was an integral part in the processing of this case from evidence receipt, preparation of the

hair inventory, laboratory processing undertaken for the evidentiary hairs, data analysis,

drawing conclusions and reporting of results.

**Information and Items received**

7.   Mitotyping received an evidence submission on February 13th, 2014, from DNA Diagnostic

Center of Fairfield, Ohio containing nine evidence tape sealed manila envelopes.  The

Evidence Receipt form (Attachment B) is attached as part of this affidavit.

8.   Upon receipt, I conducted a detailed inventory (Attachment C) of all thirteen evidentiary hairs

including photocopies of each microscope slide ("92-2-1424 Ex. 7 Warford Rt. Hand", "92-2-

1424 Ex. 8 Warford Lt. Hand", "92-2-1424 Ex. 9 Warford Rt. Hand" and "92-2-1424 Ex. 16

Warford") which is attached as part of this affidavit.

9.   Observations from the inventory, as provided to all parties and documented in the

Inventory/Divisibility/Consumption Notes (Attachment D), is attached as part of this affidavit.

None of the above inventoried hairs were suitable for STR analysis.  The primary exhibit of

interest (Ex. 16) contains a single blue check mark and four mounted hairs.  Based on age and

length, at least three of the four could be consumed in testing.

10.  A detailed drawing of the slide labeled "92-2-1424 Ex. 16 Warford" is attached (Attachment E)

as part of this affidavit.  A 3 cm portion of a 3.2 cm hair was taken for testing and designated

3408Q1.  A 2.5 cm hair was taken for testing, consumed, and designated 3408Q2.  A 1.5 cm

hair was taken for testing, consumed, and designated 3408Q3.  A 2 cm portion of a 4 cm hair

was taken for testing and designated 3408Q4.  (Q1 through Q4 is our internal labeling

convention).  The blue check mark was beside the 4 cm hair (3408Q4) and at the end of the

3.2 cm hair (3408Q1).

11.     As part of the February 13, 2014 submission, Mitotyping also received blood standards from

Rhonda Warford (3408K1), Jeffrey Clark (3408K2) and Garr Hardin (3408K3).

12.     Subsequent submissions included a pulled head hair of Joe Greer (3408K4) received on

February 27, 2014, and items alleged to have been used by James G. Whitley (3408K5)

received on July 25, 2014.  (K1 through K5 is our internal labeling convention). I also received

my observations of James Whitely's items, which I included in a report drafted September 8,

2020.

13.     I received Charity Holland's testimony from the July 10, 2015, evidentiary hearing.

14.     I received the Amended Complaint in H*ardin v. Louisville Jefferson Metro Government et. al*

**Request**

13.     It was requested that this laboratory develop mitochondrial DNA profiles on the thirteen

questioned hairs and compare them to the mitochondrial DNA profiles of Rhonda Warford,

Jeffrey Clark, Garr Hardin, Joe Greer, and James Whitley to determine if these individuals

could be excluded as contributors of the questioned hairs.

**Nature of Examination**

14.     *Mitochondrial DNA (mtDNA)*

Mitochondrial DNA is the small circular DNA (genome) located outside the nucleus but within

the mitochondria of human cells.  Most cells contain hundreds to thousands of copies of the

mitochondrial DNA genome, as opposed to only two copies of the DNA that is located in the

nucleus (nDNA).  Mitochondrial DNA is inherited maternally unlike nuclear DNA which is

inherited from both parents.  Therefore, barring mutation, all matrilineal relatives share the

same mtDNA profile.  Mitochondrial DNA analysis cannot distinguish between individuals of

the same maternal linage.  Mitochondrial DNA analysis is useful in forensic casework for

samples of which there is insufficient biological material for nuclear DNA typing.  In virtually

all naturally shed hairs or hair fragments with no root, mitochondrial DNA analysis is the only

form of DNA analysis which will obtain results.

14.     The vast majority of forensic DNA cases will test autosomal DNA (also referred to as STR's or

nuclear typing).

15.     Mitochondrial DNA testing is reserved for samples where there is not enough autosomal DNA

present to type.  It provides a sound scientific analysis, as well as the last opportunity to gain

DNA information for samples not suitable for STR testing.

16.      Mitochondrial DNA is highly reliable, well-accepted in the scientific community, and very

helpful to law enforcement, attorneys, and triers of fact seeking to identify and understand

the source of hair samples found at the scene of a crime.

17.     For purposes of exclusion, mitochondrial DNA testing is as satisfactory a method as nuclear

DNA analysis ["STR"] in that if the types of a questioned sample and known sample are

different, one can say with confidence that that questioned sample did not come from that

known individual or his/her maternal relatives.

**Results of Mitochondrial DNA Analysis**

18.     All thirteen evidentiary hairs were tested.  Final reports (Attachment F and G) are attached as

part of this affidavit.

19.     Each sample was analyzed individually according to standard protocol.  All reagent blank

negative controls and PCR negatives that accompanied the samples throughout testing

remained free of contaminating DNA.  With the exception of one of the fifty-three reagent blank negative controls associated with the questioned hair samples.  This reagent blank negative control yielded a different mitochondrial DNA sequence than the accompanying sample, permitting the data for the sample to be analyzed and reported.

20.     For all samples with the exception of the 3408Q3, as identified in Attachment E, a full mitochondrial DNA profile was developed, comprising nucleotide positions 15998-16400 (HV1) and nucleotide positions 30-407 (HV2).

21.     No results were obtained for the 3408Q3 hair, even though methods for the handling of degraded DNA as well as non-human species determination were applied.

22.     The mtDNA profiles for five of the questioned hairs tested show evidence of mixtures.  Based on the experience of this lab, the mixtures observed in four of these hairs are likely to be due to the presence of damaged DNA sites and not a true mixture.

23.     The mtDNA profile obtained from 3408Q9 is likely to be a true mixture, that is, DNA is present from two or more individuals.  This hair was a 2 cm hair originating from the slide labeled "92-2-1424 Ex. 8 Warford Lt. Hand".

24.     A mixture was obtained from the 3408K5 known sample of James Whitley which was likely due to handling of this sample (cup) by more than one individual.

**Conclusions**

25.     A total of thirteen questioned hairs were tested.

26.     No mtDNA was recovered from the 3408Q3 sample.

27.     Seven of the questioned hairs yielded a single mtDNA type.

28.    Five of the questioned hairs yielded a mixture mtDNA profile (more than one type present),

       only one of which is considered a true mixture.  The mixtures present in the remaining four

       evidentiary hairs are likely to be due to the presence of damaged DNA sites.

29.    Findings from a comparison of mtDNA profiles generated for this case have been summarized

       (attachment H) and attached as part of this affidavit.

30.    The mitochondrial DNA profiles of three of the questioned hairs yielding a single mtDNA type

       are the same as the mtDNA profile of Rhonda Warford.  Therefore, Rhonda Warford and

       her maternal relatives are not excluded as the contributors of these three questioned hairs.

31.    Rhonda Warford is also not excluded as a contributor of the four evidentiary hairs showing

       the presence of damaged DNA sites.

32.    Despite the presence of a true mixture for the 3408Q9 hair, the data observed in the analysis

       supports the conclusion that Rhonda Warford and her maternal relatives are not excluded as

       a possible contributor of the biological material in this sample.

33.    This accounts for eight of the evidentiary hairs for this case, in which the victim, Rhonda

       Warford, cannot be excluded as a contributor.

34.    The four remaining evidentiary hairs which each yielded a single mtDNA type respectively, are

       currently unsourced.  Their mtDNA profiles do not match any of the mtDNA profiles of any of

       the known samples tested in relation to this case.

35.    The mtDNA profile of Garr Hardin is different than the mtDNA profiles generated for the

       seven evidentiary hairs which yielded a single mitochondrial DNA type each.

36.    The mtDNA profile of Garr Hardin is different than the mtDNA profiles generated for the four

       evidentiary hairs exhibiting the presence of damaged DNA sites.

37.    The mtDNA profile of Garr Hardin is not one of the 4,096 possible mtDNA types that can be

generated from the nucleotides present in the 3408Q9 mixture profile.

38.    Moreover, Garr Hardin is excluded as the contributor of all twelve evidentiary hairs which yielded results.

39.    The mtDNA profile of Jeffrey Clark is different than the mtDNA profiles generated for the seven evidentiary hairs which yielded a single mitochondrial DNA type each.

40.    The mtDNA profile of Jeffrey Clark is different than the mtDNA profiles generated for the four evidentiary hairs exhibiting the presence of damaged DNA sites.

41.    The mtDNA profile of Jeffrey Clark is not one of the 4,096 possible mtDNA types that can be generated from the nucleotides present in the 3408Q9 mixture profile.

42.    Moreover, Jeffrey Clark is excluded as the contributor of all twelve evidentiary hairs which yielded results.

43.    Furthermore, Garr Hardin, Jeffrey Clark and their maternal relatives can be excluded as the contributor of the twelve hairs tested for this case which yielded results.

44.    For my engagement in this case, I am being compensated at a rate of $250 per hour for my work except that I will be compensated at a rate of $325 per hour for on-site deposition and $2000 per day plus travel, accommodations and meals for in person trial testimony.


I declare under penalty of perjury that the foregoing is true and correct. Executed on 04/14/2022.


Gloria J. Dimick

# Attachment A

C.V. including List of Prior Testimony and Publications

# Affidavit

# of

# Gloria J. Dimick

# Dated April 14, 2022

## Gloria Dimick

Education:   The Pennsylvania State University, University Park, Pa
Master of Science in Food Science, December 1997

The Pennsylvania State University, University Park, Pa
Bachelor of Science in Nutrition Science May 1986

Work Experience:

Aug. 2018-
present
**Mitotyping Technologies, LLC, a division of SoftGenetics, LLC.** I am a **Forensic Examiner**. I also serve as the Quality Manager and Technical Leader. Responsible for laboratory technical operations including analytical procedures, validation studies, training program, proficiency testing program, and quality assurance program. Assure compliance with accreditation guidelines. Direct casework, supervise staff and perform mitochondrial DNA testing. Additional responsibilities including mitochondrial DNA data analysis, write reports and provide expert testimony.

Aug. 2017-
July 2018
**Mitotyping Technologies, LLC, a division of SoftGenetics, LLC.** I held the position of **Forensic DNA Analyst** and served as the Quality Manager. Responsibilities included overseeing the mitochondrial DNA Analysts and Technicians, directing all casework and assure compliance with accreditation guidelines. Performed mitochondrial DNA extraction, amplification and sequencing, as well as data analysis, write reports and provide expert testimony.

Nov. 2015-
Aug. 2017
**Mitotyping Technologies, LLC/Mitotyping Identity Laboratories, a division of Health Network Laboratories**. I held the position of **Forensic Examiner/Forensic DNA Analyst**. Main duties included mitochondrial DNA laboratory analysis, data editing and analysis, technical review of casework folders, and database search for mitochondrial DNA profiles generated from evidentiary materials. Responsible for preparing final report of mitochondrial DNA testing results for clientele. Responsible for providing expert testimony. Over seeing the training of new staff members.

Aug. 2015-
Nov. 2015
**Mitotyping Technologies, LLC, a division of AI BioTech**. I held the position of **Forensic Examiner.** Perform data editing and analysis, technical review of casework folder, and database search for mitochondrial DNA profiles generated from evidentiary materials. Responsible for preparing final report of mitochondrial DNA testing results for clientele. Perform statistical analysis and write statistical report for presentation in court. Responsible for providing expert testimony. Laboratory duties include extraction, amplification and sequencing of mitochondrial DNA from questioned and known samples. Test new reagents and supplies to validate use in laboratory. Participate in required proficiency testing.

July 2012-
July 2015
**Mitotyping Technologies, LLC, a division of AI BioTech**. I held the position of **Forensic Technician**. Responsibilities included extraction, amplification, sequencing of mitochondrial DNA and generation of STR data from biological samples such as bone, teeth, hair, whole blood and minimal stain samples. Additionally, I was responsible for ordering, equipment maintenance, establishing contracts with vendors, introduction of new products and perform validation studies.

Feb. 2007-
July 2015
**Mitotyping Technologies, LLC.** Periodically served in the role of an Examiner. Provided routine assessment of casework data to determine course of testing; to include determination of primer binding site issues and use of alternate primer pairs, use of mini primer sets, use of internal sequencing primers to resolve length heteroplasmy and if re-PCR was needed due to data quality.

Gloria Dimick

Work Experience continued:

Additionally, performed mitochondrial DNA data analysis in an official capacity, as approved by ASCLD/LAB, during an examiner's maternity leave (2007); data edits are part of casework documentation.

Feb. 1999-
June 2012
**Mitotyping Technologies, LLC.** I held the position of **Forensic Technician.** Responsibilities included extraction, amplification, sequencing of mitochondrial DNA and generation of STR data from biological samples such as bone, teeth, hair, whole blood and minimal stain samples. Additionally, I was responsible for ordering, equipment maintenance, establishing contracts with vendors, introduction of new products and perform validation studies.

June 2009-
Dec 2013
(part-time)
**Salimetrics, LLC.** I was a **DNA Technician.** Assisted with establishment of protocols for new division within established company. Provided information regarding equipment options and laboratory supplies for new DNA facility. Additional responsibilities included extraction and quantification of DNA from saliva samples for research projects. Performed SNP assays using ABI TaqMan SNP Genotyping Assay.

Aug. 1998-
Feb. 1999
**Penn State University, Life Science Consortium.** I was a **Senior Research Specialist** in a DNA sequencing laboratory. Responsibilities included preparation of reagents and stock solutions; synthesis, purification and quantification of DNA oligos; preparation of cycle sequencing reactions; preparation and handling of acrylamide gels and ordering. Interacted with clientele on a daily basis.

Oct. 1994-
July 1998
**Penn State University, Dept. of Veterinary Science.** I was a **Senior Research Technologist** in a Virology laboratory. Coordinated laboratory activities; acted as a liaison between the laboratory and other facilities; handled a $100,000/year budget; evaluated avian, mammalian and aquatic samples for virus isolation; and evaluated new test procedures for implementation into the diagnostic program.

Jan. 1994-
Sept. 1994
**Genetics & IVF Institute**, State College, Pa. I was a **Laboratory Technician.** Evaluated human semen samples for fertility characteristics. Acquired experience in phlebotomy techniques.

July 1992-
Sept. 1993
**Penn State University, Dept. of Veterinary Science.** I was a **Senior Research Technologist** in a Clinical Pathology laboratory. Evaluated physiological fluid samples for micronutrients and enzyme activity; and analyzed foodstuffs for selenium content. Additional responsibilities included data entry and interacting with clientele on a daily basis.

June 1988-
May 1990
**Penn State University, Dept. of Dairy and Animal Science.** I was a **Research Aide** in a Dairy Nutrition laboratory. Evaluated the nutritional quality of foodstuffs for dairy cattle. Additionally, my job included parasitology, body composition analysis, urea space infusion and evaluation of new products such as a hay stabilizer and a coccidiostat.

Dec. 1986-
May 1988
**Penn State University, Dept. of Veterinary Science.** I was a **Research Technologist** in a Clinical Pathology laboratory. Responsibilities included evaluation of physiological fluid samples for micronutrients using several bench top assays and a large array of laboratory equipment. I acquired basic trouble shooting techniques.

Gloria Dimick

Memberships in Professional Organizations and Honor Societies:

    American Academy of Forensic Sciences (Member) 2020-present
    American Association for the Advancement of Science (Member) 2017-present
    American Academy of Forensic Sciences (Associate Member) 2017-2020
    Gamma Sigma Delta 1991
    Frank and Nina Cobb Scholarship 1991
    GSA Representative 1991
    Institute of Food Technologists 1990-1996

Professional Papers Authored and Presentations:

Copeland, S., Dimick, G, Hendricks, K., and Snyder-Leiby, T.  2018.  Advanced Technologies: Probabilistic Mixture Analysis, Deep-Sequencing and mtDNA Benefits and Misconceptions.  Vendor Showcase presentation at the 29th International Symposium on Human Identification, Phoenix, Arizona. September 2018.

Holland, M.M., Wilson, L.A., Copeland, S., Dimick, G., Holland, C.A., Bever, R. and McElhoe, J.A. 2017. MPS analysis of the mtDNA hypervariable regions on the MiSeq with improved enrichment. **Int J Legal Med**.  Jul;131(4):919-931.

Wilson, L. Copeland, S., Dimick, G., Holland, C., Bever, R. McElhoe, J. and Holland, M.  2015. Validation of mtDNA D-Loop Sequencing on the MiSeq.  Poster presentation at the International Society for Applied Biological Sciences Conference, Bol, Croatia  June 2015. (Poster)

Dimick, G., Melton, T., Rodriguez, W.  2014.  The Exhumation and Identification of the Historic Remains of Mother Mary Elizabeth Lange.  Presentation at the Mid-Atlantic Association of Forensic Scientists.  State College, Pa.  May 24, 2014.

Melton, T., Dimick, G., Higgins, B., Yon, M., and Holland, C.  2012.  Mitochondrial DNA analysis of 114 hairs measuring less than 1 cm from a 19-year-old homicide. **Investigative Genetics** 3:12

Kelley-Primozic, K., Melton, T., Dimick, G., Phelan, P. Werking, J. and Parker, K.  2008. Micro-manipulation and isolation techniques for the collection of spermatozoa from smear slides and subsequent analysis of DNA.  19th International Symposium on Human Identification.  Madison, Wisconsin.  October 2008.  (Poster)

Melton T., Dimick, G., Higgins, B., Lindstrom, L., and Nelson, K.  2005.  Forensic mitochondrial DNA analysis of 691 casework hairs.  **J. Forensic Sciences** 50:73-80.

Bush Dimick, G.J.  1997.  The Effect of consumer handling on the nutritional quality and microbial content of infant formula.  Penn State University, University Park, Pa.

Dimick, G., Gordan, S. and Castro, A.  1997.  Avian influenza as a model for evaluation of exposure to infectious agents through usage of serum banking.  Presentation at the 69th Northeastern Conference on Avian Diseases.  Ithaca, N. Y.  June 11-13.

Sigman, M. J., Bush, G. and Anantheswaran, R.  1992.  Microwave heating of infant formula: A dilemma resolved.  **Pediatrics** 90:412-415.

Gloria Dimick

Professional Papers Authored and Presentations continued:

Bush, G., Anantheswaran, R. and Sigman, M.J.  1992.  An evaluation of nutrient destruction in bovine milk based infant formula due to microwave heating.  Poster presentation at National Institute of Food Technologists.  New Orleans, La.

Bush, G., Anantheswaran, R. and Sigman, M.J.  1991.  Temperature profiling and nutrient content in infant formula heated in a microwave oven.  Poster Presentation at Eastern Regional Institute of Food Technologists.  Harrisburg, Pa.

Heinrichs, A.J. and Bush, G.J.  1991.  Evaluation of Decoquinate or Lasalocid Against Coccidiosis for Natural Exposure in Neonatal Dairy Calves.  **J. Dairy Science** 74:3223-3227.


Teaching Experience:

Food Science 409, Penn State University.  Teaching Assistant; Fall 1991, Laboratory Analysis in Food Microbiology

Governor's School, Penn State University July 1990; Laboratory for the evaluation of serum iron.

Ms. Wiz, Penn State University.   July 1991; Laboratory session with sixth and seventh grade girls to evaluate microbial activity of various food and cosmetic products.


Training:

American Academy of Forensic Sciences, 2013, 2016, 2018, 2019, 2020, 2021.

International Symposium on Human Identification 2017, 2018, 2020, 2021.

International Association of Coroners & Medical Examiners conference; July 17-21, 2021; Las Vegas, Nevada.

National Homicide Investigators Association conference; November 18-22, 2019; Orlando, Florida.

Pennsylvania State Coroners Association conference; September 22-28, 2019; Harrisburg, Pennsylvania.

International Association of Coroners & Medical Examiners conference; July 21-23, 2019; Las Vegas, Nevada.

Heartsaver® CPR AED Program; July 10, 2019; American Heart Association State College, Pennsylvania.

ANAB Forensic ISO/IEC 17025:2017 Assessor Training; June 25-28, 2019; Huntingdon, West Virginia.

National Association of Criminal Defense Lawyers conference; April 5-6, 2019; Las Vegas, Nevada. Training continued:

Gloria Dimick

Training continued:

The National Institute of Justice Cold Case Working Group and Its Best Practices Guide for Implementing and Sustaining a Cold Case Unit in Police Agencies:  A Path Forward to Solving the Cold Case Crisis workshop; February 22, 2019; AAFS Baltimore, Maryland.

Dining with DNA:  Extracting Usable Profiles from Burned Bone workshop; February 21, 2019; AAFS Baltimore, Maryland.

Aspects of DNA Admissibility Hearings from the Prosecution, Defense, and Crime Laboratory Perspective workshop; February 19, 2019; AAFS Baltimore Maryland.

DNA Damage Meeting/NIJ Grant Advisor's Workshop; June 26, 2018; Penn State University via Webinar Teleconference.

European Human Genetics Conference 2018; June 16-19, 2018; Milan, Italy.

2nd World Conference and Exhibition on Forensic Science; June 11-12, 2018; Rome, Italy.

ANAB Forensic: Auditing Principles; May 28, 2018; Virtual Academy.

ANAB Delta to AR 3028 – Assessors; May 28, 2018; Virtual Academy.

Quality Assurance Standards Auditor Assessment.  MAX.gov web-based training.  May, 2018.

Complying with NYS Standard QA S3; invited Webinar presented by Derek Symula; January 18, 2018.

Forensic ISO/IEC 17025 Assessor Training Course.  Vienna, Virginia.  June 12-16, 2017.

Considerations for Implementing Next Generation (NGS) Technologies into a Forensic Laboratory. Workshop #23 at American Academy of Forensic Sciences 68th Annual Scientific Meeting. Las Vegas, NV.  Tuesday, February 23, 2016.

Mid-Atlantic Association of Forensic Scientists, 2010, 2014.

NIST DNA Analyst Webinar Series: Probabilistic Genotyping & Software Programs (Part 1) Webcast, May 28, 2014 (4 hours).

Illumina online courses: Sequencing: Illumina Technology, MiSeq: Sequencing Fundamentals, MiSeq: Sequencing Chemistry, 2013.

NIST DNA Mixture Interpretation Workshop Webcast, 2013.

PowerPlex 16HS Validation and Training, 2012.

Testimony training and moot court, 2012.

Testimony training 12 hrs, 2011.

Gloria Dimick

Training continued:

Canine mtDNA training 2009.

STR Training, April-October, 2008.

Training continued:

American Society of Crime Laboratory Directors Meeting, Orlando, Florida 2007.

Hair Pattern Recognition, 2007.

American Red Cross Training, 2006, 2007, 2008.

Advanced Sample Preparation: Forensics and Trace Evidence, McCrone College of Microscopy September 13-14, 2006.

International Association for Identification, Pacific Northwest Division/Northwest Association of Forensic Scientists, 2005.

Forensic hair microscopy workshop (8 hours).  Annual meeting of Mid-Atlantic Association of Forensic Scientists.  April 21, 2004, Wilmington, Delaware.

Midwest Association of Forensic Scientist, 2003.

International Association for Identification, Chesapeake Bay Division, 2002.

85th International Educational Conference, International Association of Identification, 2002.

Research Tools for the Millennium, PE Biosystems, 1999.

Forensic Mitochondrial DNA Lecture Series, 1999.


Testimony:

Forensic DNA (Mitochondrial DNA methods, data analysis and interpretation) Canada; 9/2021; 1 time; 1 hour; remote.  Bench Trail: The Crown v. Smart.

Forensic DNA (Mitochondrial DNA methods, data analysis and interpretation) FL; 5/2021; 1 time; 1 hour. Trial: FL v. Garner.

Forensic DNA (Mitochondrial DNA methods, data analysis and interpretation) CO; 3/2021; 1 time; 1 hour.  Trial: CO v. Lucas.

Forensic DNA (Mitochondrial DNA methods, data analysis and interpretation) Canada; 11/2020; 1 time; 45 minutes; remote.  Trial: The Crown v. Wise

Forensic DNA (Mitochondrial DNA methods, data analysis and interpretation) GA; 7/2020; 1 time; 1 hour 40 minutes; phone testimony.  Hearing: Perry v. GA

Gloria Dimick

Testimony Continued:

Forensic DNA (Mitochondrial DNA methods, data analysis and interpretation) PA; 11/2019; 1 time; 1 hour.  Trial: PA v. Showers Jr.

Forensic DNA (Mitochondrial DNA methods, data analysis and interpretation) FL; 12/2018; 1 time; 1 hour.  Trial: FL v. Ibar

Forensic DNA (Mitochondrial DNA methods, data analysis and interpretation) FL; 7/2018; 1 time; 15 minutes, phone testimony.  Hearing: FL v. Denny

Forensic DNA (Mitochondrial DNA methods, data analysis and interpretation) TX; 7/2018; 1 time; 45 minutes.  Trial: TX v. Criner.

Forensic DNA (Mitochondrial DNA methods, data analysis and interpretation) NY; 3/2018; 1 time; 1.5 hours.  Bench Trial: NYPD v. Gittens

Forensic DNA (Mitochondrial DNA methods, data analysis and interpretation) TX; 1/2018; 1 time; 45 minutes.  Trial: TX v. Cochran

Forensic DNA (Mitochondrial DNA methods) TX; 9/2016; 1 time; 15 minutes; remote (fact witness). Trial: TX v. Norwood.

Forensic DNA (Mitochondrial DNA methods, data analysis and interpretation) CO; 6/2016; 1 time; 1.5 hours; remote; Arbitration: Suncor v. Fawcett.

Forensic DNA (Mitochondrial DNA methods) NJ; 9/2015; 1 time; 1.5 hours; Trial: NJ v. Sterling.

Last updated: March 10, 2022

Attachment B

Affidavit

of

Gloria J. Dimick

Dated April 14, 2022



Mitotyping Technologies, LLC

2565 Park Center Blvd., Suite 200 • State College, Pennsylvania, USA 16801
www.mitotyping.com T: 814.861.0676 F: 814.861.0576

# MITOTYPING TECHNOLOGIES®

## FORENSIC MITOCHONDRIAL + STR DNA ANALYSIS
### A Division of AI Biotech, LLC

Date of arrival: 2·13·14

Persons receiving items: Michele Lee / Gloria J. Dimick

Mitotyping case designation: 3408

Method of shipping/identifier: Fed Ex # 5718 6595 4180

Return address/Contact information:                    Customer Memo: _____

Shipping
DDC
One DDC Way
Fairfield, OH 45014

Physical description of contents:                    Mitotyping designation:

Nine evidence tape sealed manila envelopes, each
labeled in part " DDC #F08-20709" Additional labeling
in part:

MLf
2·13·14

1. " Item #04 Ex. # 8- Hair slide Warford Lt. Hand "
2. "Item #05 Ex. #7- Hair slide Warford Rt. Hand "
3. " Item #51 Ex. #16- Hair slide Warford "
4. " Item #55 Ex. #9- Hair slide Warford Rt. Hand "
5. " 6/22/10 JLY (1) tan colored cigarette butt Item #64 "
6. " 6/22/10 JLY(1) tan colored cigarette butt Item #65 "
7. " Item #60 Ex. SE - Blood Standard from Rhonda Warford 1-13-14 [initials] "
8. " Item #62 Ex.19. E Blood standard from Jeffrey Clark 1-13-14 JLY "
9. " Item #63 Ex. #21 E Blood Standard from Garr Hardin 1-13-14 JLY "

Continue on another page if necessary

Storage: 1-4 = Evidence Room Refrigerator    Total # of packages:
5-9 = Evidence Room Freezer                      3

Photograph(s) of contents:

**Photographs are in our possession.**

Attachment C


Affidavit


of


Gloria J. Dimick


Dated April 14, 2022

## CASE NOTES

Case Number ___3408___                                        DATE ___February 28th 2014___



1.  Envelope labeled "DDC #F08-20709: Item #05; Ex. #7-Hair slide Warford Rt. Hand"
    under seal.  Contains one glass microscope slide labeled "92-2-1424 Ex. 7 Warford Rt.
    Hand" with 2 mounted hairs:
    a.   #1 is light brown approx. 4.5 cm with no root.
    b.   #2 is light brown approx. 1.8 cm with no root and frayed in the middle.



2.  Envelope labeled "DDC #F09-20709: Item #04; Ex. #8-Hair slide Warford Lt. Hand"
    under seal.  Contains one glass microscope slide labeled "92-2-1424 Ex. 8 Warford Lt.
    Hand" with 4 mounted hairs:
    a.   #1 pale to light brown, extremely thin approx. 4 cm with no root.
    b.   #2 pale to light brown, extremely thin approx. 3.2 cm with no root.
    c.   #3 pale to light brown, extremely thin approx. 2 cm with no root.
    d.   #4 pale to light brown, extremely thin > 14 cm with no root.

*Gloria J. Dimich* 2-28-14
*T. Melt* 2/28/14

## CASE NOTES

Case Number _3408_                                        DATE _February 28th 2014_



3.  Envelope labeled "DDC #F08-20709: Item #55; Ex. #9-Hair slide Warford Rt. Hand" under seal.  Contains one glass microscope slide labeled "92-2-1424 Ex. 9 Warford Rt. Hand" with 3 mounted hairs:
    a.  Two hairs that are unsuitable for extraction due to their extremely thin and pale, non-pigmented character; barely visible on slide, difficult to see with scope, no roots, cannot locate ends to measure.
    b.  #3 brown approx. 6 cm with no root.



4.  Envelope labeled "DDC #F08-20709: Item #51; Ex. #16-Hair slide Warford" under seal. Contains one glass microscope slide labeled "92-2-1424 Ex. 16 Warford" with 4 mounted hairs:
    a.  #1 pale to light brown, extremely thin approx. 4 cm with telogen root.
    b.  #2 extremely pale and extremely thin approx. 3.2 cm with telogen root.
    c.  #3 extremely pale and extremely thin approx. 2.5 cm with possible telogen root.
    d.  #4 pale and  thin, possibly fungus covered,  approx. 1.5 cm with no root.

_Gloria J. Dimick_  2-28-14
_T. Melton_  2/28/14

Attachment D

Affidavit

of

Gloria J. Dimick

Dated April 14, 2022

 Mitotyping Technologies
A division of American International Biotechnology, LLC

2565 Park Center Boulevard, Suite 200
State College, PA 16801

Phone: (814) 861-0676
Fax:  (814) 861-0576
Email:  twm107@mitotyping.com

March 3, 2014

Seema Saifee
Staff Attorney, Innocence Project
40 Worth Street, Suite 701
New York, NY 10013             **Via Email: ssaifee@innocenceproject.org**

Linda A. Smith
Supervising Attorny, Kentucky Innocence Project
100 Fair Oaks Lane, Suite 302
Frankfort, KY 40601             **Via Email: lindaa.smith@ky.gov**

Hon. David M. Williams
Office of the Commonwealth's Attorney
46th Judicial Circuit
125 East White Oak Street
Leitchfield, KY 42754             **Via Email:  dmwilliams@kyprosecutors.com**


Re:     **Garr Keith Hardin/Jeffery Clark**
        **Mitotyping Technologies Case 3408**


**Hair Inventory/Divisibility/Consumption Notes**

Evidence from the above-referenced case was received on 2/27/14 at Mitotyping Technologies.

On 2/28/14 the hairs on slide exhibits 7, 8, 9, and 16 were examined by mtDNA technician Gloria Dimick at Mitotyping.  An inventory of the hairs is attached to this report.  Thirteen hairs were observed. No photos were made because the hairs were so hard to visualize, but each slide was photocopied onto the inventory form.

None of the hairs are suitable for nuclear DNA testing.  With respect to the primary exhibit of interest (Ex. 16), these four hairs all have either no root or a telogen (naturally shed) root.  There are no tissue tags or other adhering material suitable for STR analysis. Telogen roots are not suitable for STR analysis as they do not have sufficient nuclear DNA.  In addition, the age of the hairs (1990s) would preclude any testing other than mitochondrial DNA analysis based on this laboratory's experience.

1

Based on the age of the hairs in Exhibit 16 and their limited length, at least the #2, #3, and #4 hairs would need to be consumed in mitochondrial DNA analysis. The first hair to be analyzed would be #2, which is of sufficient size to determine the overall quality and level of degradation in this group of hairs. If there is minimal/degraded DNA in this hair, it would also be necessary to consume the #1 hair. In general, it is possible to divide hairs of this age if they are 3-4 cm or longer, however, in order to guarantee the best result, we prefer to consume hairs if the quality of DNA is poor.

Please do not hesitate to contact me if you have any questions.

Sincerely,

Terry Melton, PhD
Laboratory Director

Attachment E

Affidavit

of

Gloria J. Dimick

Dated April 14, 2022

3408

Thu
8/11/14



# Attachment F

# Affidavit

# of

# Gloria J. Dimick

# Dated April 14, 2022



**MITOTYPING TECHNOLOGIES**

Mitotyping Technologies, LLC
2565 Park Center Blvd., Suite 200 • State College, Pennsylvania, USA 16801
www.mitotyping.com T: 814.861.0676 F: 814.861.0676

FORENSIC MITOCHONDRIAL DNA + STR ANALYSIS

Case 3408

October 7, 2014

Seema Saifee
Staff Attorney
The Innocence Project
40 Worth Street
Suite 701
New York, NY 10013

Linda A. Smith
Supervising Attorney
Kentucky Innocence Project
100 Fair Oaks Lane
Suite 302
Frankfort, KY 40601

Hon. David M. Williams
Office of the **Commonwealth**'s Attorney
46th Judicial Circuit
125 East White Oak Street
Leitchfield, KY 42754

Re:     Garr Keith Hardin/Jeffrey Dewayne Clark
        Test Report for Mitotyping Technologies Case No. 3408

**Items of Physical Evidence and Background**

On February 13, 2014, Mitotyping Technologies received from DNA Diagnostics Center in Fairfield, Ohio, via FedEx #5718 6595 4180 the following items:

1) Nine evidence tape sealed manila envelopes, each **labeled** in part "DDC #F08-20709" with additional labeling **as** follows:
    a. "Item #04 Ex.**#8**-hair slide Warford Lt. Hand". A 2.3 cm portion of a 4 cm hair was taken for testing and designated **3408Q7**. A 3.2 cm hair was taken for testing, consumed, and designated **3408Q8**. A 2 cm hair was taken for testing, **consumed**, and **designated** 3408Q9. A 4 cm portion of a 14 cm hair was taken for testing and **designated** 3408Q10.
    b. "Item #05 Ex.#7-hair slide Warford Rt. Hand". A 2.5 cm portion of a 4.5 cm hair was taken for testing and **designated** 3408Q5. A 1.8 cm hair was **taken** for **testing,** consumed, and **designated** 3408Q6.

1

Case 3408

   c.  "Item #51 Ex.#16-hair slide Warford". A 3 cm portion of a 3.2 cm hair was taken for testing and designated 3408Q1. A 2.5 cm hair was taken for testing, consumed, and designated 3408Q2. A 1.5 cm hair was taken for testing, consumed, and designated 3408Q3. A 2 cm portion of a 4 cm hair was taken for testing and designated 3408Q4.

   d.  "Item #55 Ex.#9-hair slide Warford Rt. Hand". A 3 cm portion of a 6 cm hair was taken for testing and designated 3408Q11. Two additional hairs on this slide were determined to be too frail and fine to be analyzed due to difficulty of visualization.

   e.  "6/22/10 JLY (1) tan colored cigarette butt Item #64". This item was not tested.

   f.  "6/22/10 JLY (1) tan colored cigarette butt Item #65". This item was not tested.

   g.  "Item #60 Ex.5E-Blood standard from Rhonda Warford 1-13-14[init]". This sample was designated 3408K1.

   h.  "Item #62 Ex.19E-Blood standard from Jeffrey Clark 1-13-14 JLY". This sample was designated 3408K2.

   i.  "Item #63 Ex.21E-Blood standard from Garr Hardin 1-13-14 JLY". This sample was designated 3408K3.

On February 27, 2014, the laboratory received via FedEx #5718 6595 7889 from DNA Diagnostic Center the following item:

   1)  One evidence tape sealed manila envelope labeled "DDC #F08-20709 Item #66 Pulled head hair from Joe Greer 2/26/14 JLY". This sample was designated 3408K4.

On July 25, 2014, the laboratory received via FedEx #6036 2470 9006 from DNA Diagnostic Center the following item:

   1)  One gum sealed clear plastic evidence bag bearing stamp "124888", labeled "DDC #F08-20709". Accompanying paperwork described the contents as "armband", "cup", "spoon", and "comb". The cup sample (alleged to have been used by James G. Whitley) was designated 3408K5.

It was requested that this laboratory develop mitochondrial DNA profiles on the eleven questioned hairs and compare them to the mitochondrial DNA profiles of Rhonda Warford, Jeffrey Clark, Garr Hardin, Joe Greer, and James Whitley to determine if these individuals could be excluded as contributors of the questioned hairs.

Case **3408**

## **Mitochondrial DNA (mtDNA) Analysis**

Each **sample** was analyzed individually according to standard protocol. All reagent blank negative controls and PCR negatives that accompanied the samples throughout testing remained free of contaminating DNA. For all samples with the exception of 3408Q3, a full **mitochondrial** DNA profile was developed, comprising nucleotide positions 15998-16400 (HV1) and nucleotide positions 30-407 (HV2). No results were obtained for the 3408Q3 hair, even though methods for the handling of degraded DNA as well as non-human species determination were applied.

Table 1 (next two pages) shows the nucleotide substitutions with respect to the standard published reference sequence for the samples in this case.

Case 3408

Table 1. Case 3408: Nucleotide substitutions in HV1 and HV2 for 3408Q1, 3408Q2, 3408Q4-3408Q11, and 3408K1-3408K5.

Hypervariable Region 1

| Sample | 16344 | 16327 | 16325 | 16311 | 16304 | 16298 | 16296 | 16294 | 16292 | 16281 | 16278 | 16266 | 16261 | 16256 | 16231 | 16228 | 16223 | 16204 | 16185 | 16168 | 16145 | 16126 | 16114 | 16099 | 16085 | 16079 | 16069 | 16034 | 16004 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Standard | C | C | T | T | T | T | C | C | C | A | C | C | C | C | T | C | C | G | C | C | G | T | C | C | C | C | C | G | C |
| 3408Q1 | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . | T | . | . | . | . | . | . | . | . | . |
| 3408Q2 | . | . | . | . | C | . | T | T | . | . | T | . | T | . | . | . | . | . | . | . | . | C | . | . | . | . | T | . | . |
| 3408Q4 | . | . | . | . | . | . | . | . | . | . | . | . | . | . | C | . | . | . | . | . | A | . | . | . | . | . | . | . | . |
| 3408Q5 | . | . | . | . | C | . | T | T | . | . | T | . | T | . | . | . | . | . | . | . | . | C | . | . | . | . | . | . | . |
| 3408Q6 | . | . | . | . | C | . | T | T | . | . | T | . | T | . | . | . | . | . | . | . | . | C | . | . | . | . | . | . | Y |
| 3408Q7 | . | . | . | . | C | . | T | T | Y | . | T | . | T | Y | . | Y | . | . | . | . | . | C | . | . | M | . | . | R | . |
| 3408Q8 | . | . | . | . | C | . | T | T | . | . | T | . | T | . | . | . | . | R | Y | . | . | . | Y | Y | . | Y | . | . | . |
| 3408Q9 | Y | Y | Y | Y | Y | Y | Y | Y | . | . | Y | . | Y | . | . | . | Y | . | . | . | . | Y | . | Y | . | . | . | . | . |
| 3408Q10 | . | . | . | . | C | . | T | T | . | R | T | . | T | . | . | . | . | . | . | . | . | C | . | . | . | . | . | . | . |
| 3408Q11 | . | . | . | . | C | . | T | T | . | . | T | . | T | . | . | . | . | . | . | . | . | C | . | . | . | . | . | . | . |
| 3408K1 | . | . | . | . | C | . | T | T | . | . | T | . | T | . | . | . | . | . | . | . | . | C | . | . | . | . | . | . | . |
| 3408K2 | . | . | . | . | . | . | T | T | T | . | T | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . |
| 3408K3 | . | . | . | . | . | . | . | T | T | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . |
| 3408K4 | . | . | . | . | . | C | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . |
| 3408K5 | . | . | . | . | . | . | . | . | . | . | . | Y | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . |

4

**Case 3408**

**Hypervariable Region 2**

| Sample | 394 | 386 | 370 | 362 | 355 | 340 | 320 | 319 | 315.1 | 315 | 309.2 | 309.1 | 295 | 280 | 279 | 277 | 263 | 253 | 215 | 195 | 194 | 171 | 152 | 150 | 146 | 104 | 94 | 93 | 91 | 73 | 72 | 35 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Standard | C | C | C | C | C | C | C | T | - | C | - | - | C | C | T | C | A | C | A | T | C | G | T | C | T | C | G | A | C | A | T | G |
| 3408Q1 | . | . | . | . | . | . | . | . | C | . | . | C* | . | . | . | . | G | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . |
| 3408Q2 | . | . | . | . | . | . | . | . | C | . | . | C | . | . | . | . | G | . | . | . | . | . | . | . | . | . | . | . | . | G | . | . |
| 3408Q4 | . | . | . | . | . | . | . | C | C | . | . | C* | T | . | . | . | G | . | G | C | . | . | C | T | . | . | . | . | Y | G | . | . |
| 3408Q5 | . | . | . | . | . | . | Y | . | C | Y | . | C | . | . | . | . | G | . | . | . | . | . | . | . | . | . | K | . | . | G | . | R |
| 3408Q6 | . | . | . | . | . | Y | . | C | C | . | . | C | . | . | . | . | G | . | . | . | . | R | . | . | . | Y | . | . | . | G | . | . |
| 3408Q7 | Y | . | Y | . | Y | . | . | . | C | . | . | C | . | . | . | . | G | Y | . | . | . | . | . | . | . | . | . | . | . | G | . | . |
| 3408Q8 | . | . | . | Y | . | . | . | . | C* | . | . | . | . | Y | . | . | G | . | . | . | . | . | . | . | . | . | . | . | . | G | . | . |
| 3408Q9 | . | . | . | . | . | . | . | . | C | . | . | C* | . | . | . | . | G | . | . | . | . | . | . | . | . | . | . | . | . | G | . | . |
| 3408Q10 | . | . | . | . | . | . | . | . | C | . | . | C* | Y | . | . | Y | G | . | . | . | . | . | . | . | . | . | . | . | . | G | . | . |
| 3408Q11 | . | . | . | . | . | . | . | . | C | . | . | C* | . | . | . | . | G | . | . | . | . | . | . | . | . | . | . | . | . | G | . | . |
| 3408K1 | . | Y | . | . | . | . | . | . | C | . | . | C* | . | . | C | . | G | . | . | . | . | . | C | . | C | . | . | . | . | G | . | . |
| **3408K2** | . | . | . | . | . | . | . | . | C | . | . | . | . | . | . | . | G | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . |
| 3408K3 | . | . | . | . | . | . | . | . | C | . | C* | C* | . | . | . | . | G | . | . | . | . | . | . | . | . | . | . | G | . | G | C | . |
| 3408K4 | . | . | . | . | . | . | . | . | C | . | . | C | . | . | . | . | G | . | . | Y | Y | . | . | . | . | . | . | G | . | G | . | . |
| 3408K5 | . | . | . | . | . | . | . | . | C | . | . | . | . | . | . | . | G | . | . | Y | Y | . | Y | . | Y | . | . | . | . | R | . | . |

Table Notes: (--) means that at this position in the **published reference sequence** (Standard, top line) there is no nucleotide and the nucleotide in the **sample** is an insertion.

(.) means that the nucleotide at this position is the same as in the Standard.

(*) means that length heteroplasmy was observed in the **homopolymeric** C-stretch associated with this sample.

(Y) means both a T and a C were observed; (R) means both an A and a G were observed; (K) means both a G and T were observed; (M) means both an A and a C were observed.

Case 3408

**Interpretation of Results**

No **mtDNA** was recovered from the 3408Q3 hair.

A **mixture** was obtained from the 3408K5 known sample of James Whitley which was likely due to handling of this sample (cup) by more than one individual.

The mitochondrial DNA profiles of the 3408Q2, **3408Q6,** and 3408Q11 questioned hairs are the same as the mitochondrial DNA profile of Rhonda **Warford.** Therefore, Rhonda Warford and her maternal relatives are not excluded as the contributors of these three questioned hairs. Jeffrey Clark, Garr Hardin, and Joe Greer and their maternal relatives are excluded as the contributors of these three questioned hairs. Despite the presence of a mixture in the James Whitley sample, he and his maternal relatives were also excluded as the contributors of these hairs. Since the results from these three hairs were not probative, no database search was conducted.

The mitochondrial DNA profiles of the 3408Q1 and 3408Q4 questioned hairs are different from the profiles of Rhonda Warford, Jeffrey Clark, Joe Greer, and Garr Hardin, therefore, these individuals and their maternal relatives are excluded as the contributors of these two questioned hairs. There is a single **nucleotide** difference between the DNA profile of 3408Q1 and the mixed known profile of James **Whitley,** therefore this is result is *inconclusive,* and Whitley and his maternal relatives can be neither included nor excluded as the contributor of this hair. We recommend a re-test of an appropriate Whitley known sample in order to exclude Whitley.

The **mtDNA** profiles of 3408Q5, 3408Q7, 3408Q8, 3408Q9 and 3408Q10 show evidence of mixtures.

Based on the experience of this lab, we observe that the profile obtained from 3408Q9 is likely to be a true mixture, that is, DNA is present from two or more **individuals.** When a mixture profile is obtained, the number of potential mtDNA types that may be derived from that mixture is equal to $2^n$ types, where n is equal to the number of nucleotide positions at which two different nucleotides have been observed. The only conclusion that may be drawn from a mixture where the type of a known individual is present in that **mixture** is "the profile of this known individual is one of many possible profiles that may be derived from the nucleotide substitutions observed in the **mixture**". Many caveats apply to the handling of mixtures in mitochondrial DNA testing.

For 3408Q9 sample, the number of possible types in the observed mixture is 4,096, based on the presence of 12 mixed sites with two nucleotides in each (all of these types are not equally probable). Despite the presence of **the** mixture, the data observed in the analysis support the **conclusion** that Rhonda **Warford** and her **maternal** relatives are not **excluded** as a possible contributor to the biological material in the **3408Q9** sample. Despite the

6

Case 3408

presence of a mixture in this sample, Jeffrey Clark, Garr Hardin and Joe Greer and their maternal relatives are excluded as the contributor of this hair. Due to the mixture present in the James Whitley sample, he and his maternal relatives are not excluded as the contributor of this hair. A re-test of an appropriate Whitley known sample is **recommended** to resolve this result further.

In the experience of this lab, the mixtures observed in the 3408Q5, 3408Q7, 3408Q8, and 3408Q10 hairs are likely to be due to the presence of damaged DNA sites. These profiles do not exclude Rhonda Warford and her maternal relatives, whereas all other tested individuals are excluded as the contributors of these four hairs.

Please do not hesitate to contact this office if you have questions about this report. **Unless** other arrangements are made in advance, we will return all remaining evidence from this case to the submitting agency within 30 days via FedEx.

Sincerely,

Terry Melton, PhD
Laboratory Director
**Forensic Examiner**
*Author*

Charity A. Holland, MPH
Quality Manager
Forensic Examiner
*Technical Reviewer*

**End of Report.**

7

Attachment G


Affidavit


of


Gloria J. Dimick


Dated April 14, 2022



Mitotyping Technologies, LLC
2565 Park Center Blvd., Suite 200 • State College, Pennsylvania, USA 16801
www.mitotyping.com  T: 814.861.0676  F: 814.861.0576

**M I T O T Y P I N G   T E C H N O L O G I E S**

### FORENSIC MITOCHONDRIAL ANALYSIS
A division of SoftGenetics, LLC

Case 3408

December 23, 2020

Katie McCarthy
Neufeld Scheck & Brustin LLP
99 Hudson Street
8th Floor
New York, NY 10013

Re:   Garr Keith Hardin/Jeffrey Dewayne Clark
       KSP Lab # 06-2-01954; Case # MC-4-92-093
       Test Report #4 for Mitotyping Technologies Case No. 3408

## Items of Physical Evidence and Background

On October 30, 2020, Mitotyping Technologies received from Christopher Palenik of Microtrace, LLC via Fedex #: 7719 3633 0410 the following items:

1) One 5" x 8" zip-it bag containing one evidence tape sealed envelope labeled in part "DDC # F08-20709 Item # 55 Ex. #9 – Hair Slide Warford Rt. Hand," and bearing one yellow barcode tag labeled in part "06201954 #46 Agency Case #: MC-4-92-093."

   a. A 2.5 cm portion of a 5.1 cm non-pigmented hair was taken for testing and designated **3408Q12**.

   b. A 2.5 cm portion of a 7.2 cm non-pigmented hair was taken for testing and designated **3408Q13**.

2) One 5" x 8" zip-it bag containing one evidence tape sealed envelope labeled in part "DDC # F08-20709 Item # 66 Pulled head hair from Joe Greer," and bearing one yellow barcode tag labeled in part "06201954 #47.1 Agency Case #: MC-4-92-093." This item was not tested.

3) One 13" x 18" zip-it bag containing one evidence tape sealed envelope labeled in part "DDC # F08-20709 Item # 1 Pulled head hairs from Joe Greer 4-92-093," and bearing one yellow barcode tag labeled in part "06201954 #47 Agency Case #: MC-4-92-093." This item was not tested.

It was requested that this laboratory develop a mitochondrial DNA profile from the questioned hairs and compare it to the mitochondrial DNA profiles of known samples previously tested (see reports dated October 7, 2014, May 6, 2019 and September 8, 2020) to determine if Rhonda Warford, Jeffrey Clark, Garr Hardin, Joe Greer, James Whitley, and the individual associated with the water bottle can be excluded as the contributor of the questioned hairs. The samples new to this round of testing are **bolded**.

1



Mitotyping Technologies, LLC
2565 Park Center Blvd., Suite 200 • State College, Pennsylvania, USA 16801
www.mitotyping.com T: 814.861.0676 F: 814.861.0576

**FORENSIC MITOCHONDRIAL ANALYSIS**
A division of **SoftGenetics**, LLC

Case 3408

Mitochondrial DNA (mtDNA) is inherited maternally unlike nuclear DNA which is inherited from both parents. Therefore, barring mutation, all matrilineal relatives share the same mtDNA profile. Mitochondrial DNA analysis can exclude samples as coming from the same maternal lineage when different mtDNA profiles are obtained.

## Mitochondrial DNA (mtDNA) Analysis

The questioned hairs were analyzed individually and according to standard protocol. For the **3408Q12** and **3408Q13** samples, a full mitochondrial DNA profile was obtained, comprising nucleotide positions 15998-16400 (HV1) and nucleotide positions 30-407 (HV2). All reagent blank negative controls and PCR negative controls that accompanied the samples throughout testing remained free of contaminating DNA with the exception of one reagent blank negative control associated with **3408Q13** for the region encompassing nucleotide positions 30-284. This reagent blank negative control had a different mitochondrial DNA sequence than the accompanying sample, permitting the data for **3408Q13** to be analyzed and reported for this region. Table 1 (next two pages) shows the nucleotide substitutions with respect to the standard published reference sequence for the samples in this case.

Mitotyping Technologies, LLC
2565 Park Center Blvd., Suite 200 • State College, Pennsylvania, USA 16801
www.mitotyping.com  T: 814.861.0676  F: 814.861.0576

**FORENSIC MITOCHONDRIAL ANALYSIS**
A division of SoftGenetics, LLC

M I T O T Y P I N G   T E C H N O L O G I E S ®

Case 3408

Table 1. Case 3408: Nucleotide substitutions in HV1 and HV2 for 3408Q1, 3408Q2, 3408Q4-3408Q11, **3408Q12, 3408Q13** and 3408K1-3408K7.

Hypervariable Region 1

| Sample | 16004 | 16034 | 16069 | 16079 | 16085 | 16099 | 16114 | 16126 | 16145 | 16168 | 16185 | 16189 | 16204 | 16223 | 16228 | 16230 | 16231 | 16256 | 16261 | 16266 | 16278 | 16281 | 16292 | 16294 | 16296 | 16298 | 16304 | 16311 | 16325 | 16327 | 16344 | 16362 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Standard | C | G | C | C | C | C | C | T | G | C | C | T | G | C | C | C | T | C | C | C | C | A | C | C | C | T | T | T | T | C | C | T |
| 3408Q1 | · | · | · | · | · | · | · | · | · | · | · | · | · | · | · | · | · | · | · | · | · | · | · | · | · | · | · | · | · | · | · | C |
| 3408Q2 | · | · | · | · | · | · | · | C | · | T | · | · | · | · | · | · | · | · | T | · | T | · | · | T | T | · | · | · | · | · | · | · |
| 3408Q4 | · | · | T | · | · | · | · | · | A | · | · | · | · | · | · | · | C | · | T | · | · | · | · | T | · | · | C | · | · | · | · | · |
| 3408Q5 | · | · | · | · | · | · | · | C | · | · | · | · | · | · | · | · | · | · | · | · | T | · | · | · | T | · | · | · | · | · | · | · |
| 3408Q6 | · | · | · | · | M | · | · | C | · | · | · | · | · | · | · | · | · | · | T | · | T | · | · | T | T | C | C | · | · | · | · | · |
| 3408Q7 | Y | · | · | · | · | · | · | C | · | · | · | · | · | · | Y | · | · | Y | · | · | T | · | · | T | T | · | C | · | · | · | · | · |
| 3408Q8 | · | R | · | Y | · | Y | Y | C | · | · | Y | · | R | · | · | · | · | Y | T | · | Y | · | Y | Y | Y | Y | C | Y | Y | · | · | · |
| 3408Q9 | · | · | · | · | · | Y | Y | C | · | · | · | · | · | Y | · | · | · | · | · | · | · | R | · | Y | Y | · | C | Y | Y | Y | · | · |
| 3408Q10 | · | · | · | · | · | · | · | C | · | · | · | · | · | · | · | · | · | · | T | · | T | R | · | T | T | · | C | Y | Y | Y | Y | · |
| 3408Q11 | · | · | · | · | · | · | · | C | · | · | · | · | · | · | · | · | · | · | T | · | T | · | · | T | T | · | C | · | · | · | · | · |
| **3408Q12** | · | · | · | · | · | · | · | · | · | · | · | C* | · | T | · | · | · | · | · | · | **T** | · | · | · | · | · | · | · | · | · | · | · |
| **3408Q13** | · | · | · | · | · | · | · | · | · | · | · | C* | · | T | · | Y | · | · | · | · | **T** | · | · | · | · | · | · | · | · | · | · | · |
| 3408K1 | · | · | · | · | · | · | · | C | · | · | · | · | · | · | · | · | · | · | T | · | T | · | · | T | T | · | C | · | · | · | · | · |
| 3408K2 | · | · | · | · | · | · | · | C | · | · | · | · | · | · | · | · | · | · | · | · | · | · | T | T | · | · | · | · | · | · | · | · |
| 3408K3 | · | · | · | · | · | · | · | · | · | · | · | · | · | · | · | · | · | · | · | · | · | · | T | T | · | · | · | · | · | · | · | · |
| 3408K4 | · | · | · | · | · | · | · | · | · | · | · | · | · | · | · | · | · | · | · | Y | · | · | · | · | · | · | · | · | · | · | · | · |
| 3408K5 | · | · | · | · | · | · | · | · | · | · | · | · | · | · | · | · | · | · | · | Y | · | · | · | · | · | C | · | · | · | · | · | · |
| 3408K6 | · | · | · | · | · | · | · | · | · | · | · | · | · | · | · | · | · | · | · | · | · | · | · | · | · | · | · | · | · | · | · | · |
| 3408K7 | · | · | · | · | · | · | · | · | · | · | · | · | · | · | · | · | · | · | · | · | · | · | · | · | · | · | · | · | · | · | · | C |

3

Mitotyping Technologies, LLC
2565 Park Center Blvd., Suite 200 • State College, Pennsylvania, USA 16801
www.mitotyping.com  T: 814.861.0676  F: 814.861.0576

**FORENSIC MITOCHONDRIAL ANALYSIS**

A division of SoftGenetics, LLC

M I T O T Y P I N G   T E C H N O L O G I E S ®

Case 3408

Hypervariable Region 2

| Sample | 35 | 72 | 73 | 91 | 93 | 94 | 104 | 146 | 150 | 152 | 153 | 171 | 194 | 195 | 215 | 225 | 226 | 239 | 253 | 263 | 271 | 279 | 280 | 295 | 309.1 | 309.2 | 315 | 315.1 | 319 | 320 | 340 | 355 | 362 | 370 | 386 | 394 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Standard | G | T | A | C | A | G | C | T | C | T | A | G | C | T | A | G | T | T | C | A | C | T | C | C | - | . | C | - | T | C | C | C | C | C | C | C |
| 3408Q1 | . | . | G | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . | G | . | . | . | . | C* | . | . | C | . | . | . | . | . | . | . | . |
| 3408Q2 | . | . | G | Y | . | . | . | . | T | C | . | . | . | . | . | . | . | . | . | G | . | . | . | . | C | . | . | C | . | . | . | . | . | . | . | . |
| 3408Q4 | . | . | G | . | . | K | . | . | T | C | . | . | . | . | . | . | . | . | . | G | . | . | . | T | C | . | . | C | C | . | . | . | . | . | . | . |
| 3408Q5 | . | . | G | . | . | . | Y | . | . | . | . | . | . | . | . | . | . | . | . | G | . | . | . | . | C | . | Y | C | . | Y | Y | . | . | . | . | . |
| 3408Q6 | . | . | G | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . | G | . | . | . | . | C | . | . | C | . | Y | Y | . | . | . | . | . |
| 3408Q7 | R | . | G | . | . | . | . | . | . | . | . | R | . | . | . | . | . | . | . | G | . | . | . | . | . | . | . | C | . | . | . | Y | . | Y | . | Y |
| 3408Q8 | . | . | G | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . | Y | G | . | . | Y | . | C* | C* | . | C* | . | . | . | . | Y | . | . | . |
| 3408Q9 | . | . | G | . | . | . | . | . | . | . | . | . | . | C | . | . | . | . | . | G | . | . | Y | . | C* | . | . | C | . | . | . | . | . | . | Y | . |
| 3408Q10 | . | . | G | . | . | . | . | . | . | . | G | . | . | C | . | . | . | . | . | G | Y | . | . | Y | C* | . | . | C | . | . | . | . | . | . | . | . |
| 3408Q11 | . | . | G | . | . | . | . | . | . | . | G | . | . | . | . | A | C | . | . | G | . | . | . | . | C* | . | . | C | . | . | . | . | . | . | . | . |
| 3408Q12 | . | . | G | . | . | . | . | . | . | . | . | . | . | . | . | A | C | . | . | G | . | . | . | . | . | . | . | C | . | . | . | . | . | . | . | . |
| 3408Q13 | . | . | G | . | . | . | . | . | . | . | . | . | . | . | . | A | C | . | . | G | . | . | . | . | . | . | . | C | . | . | . | . | . | . | . | . |
| 3408K1 | . | . | G | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . | G | . | . | . | . | C | . | . | C | . | . | . | . | . | . | . | . |
| 3408K2 | . | . | G | . | . | . | . | . | . | C | . | . | . | . | . | . | . | . | . | G | . | C | . | . | C* | . | . | C | . | . | . | . | . | . | . | . |
| 3408K3 | . | . | G | . | G | . | . | C | . | . | . | . | . | . | . | . | . | . | . | G | . | C | . | . | C* | C* | . | C | . | . | . | . | . | . | . | . |
| 3408K4 | . | C | G | . | G | . | . | . | . | . | . | . | . | . | . | . | . | . | . | G | . | . | . | . | C | . | . | C | . | . | . | . | . | . | . | . |
| 3408K5 | . | C | R | . | . | . | Y | Y | . | Y | . | . | Y | Y | . | . | . | . | . | G | . | . | . | . | C | . | . | C | . | . | . | . | . | . | . | . |
| 3408K6 | . | . | . | . | . | . | . | . | . | C | . | . | T | . | . | . | . | . | . | G | . | . | . | . | . | . | . | C | . | . | . | . | . | . | . | . |
| 3408K7 | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . | . | C | . | G | . | . | . | . | C | C* | . | C | . | . | . | . | . | . | . | . |

Table Notes: (--) means that at this position in the published reference sequence (Standard, top line) there is no nucleotide and the nucleotide in the sample is an insertion. (.) means that the nucleotide at this position is the same as in the Standard. (*) means that length heteroplasmy was observed in the homopolymeric C-stretch associated with this sample. (Y) means both a T and a C were observed; (R) means both an A and a G were observed. (K) means both a G and T were observed; (M) means both an A and a C were observed.



Mitotyping Technologies, LLC
2565 Park Center Blvd., Suite 200 • State College, Pennsylvania, USA 16801
www.mitotyping.com  T: 814.861.0676  F: 814.861.0576

**MITOTYPING TECHNOLOGIES***

**FORENSIC MITOCHONDRIAL ANALYSIS**
A division of SoftGenetics, LLC

Case 3408

## Interpretation of Results

The mitochondrial DNA profiles of the **3408Q12** and **3408Q13** questioned hairs are different from the mitochondrial DNA profiles of 3408K1, 3408K2, 3408K3, 3408K4, 3408K6 and 3408K7. Therefore, Rhonda Warford, Jeffrey Clark, Garr Hardin, Joe Greer, James Whitley, the individual associated with the water bottle and their maternal relatives are excluded as the contributor of these two questioned hairs.

The mitochondrial DNA profiles of the **3408Q12** and **3408Q13** questioned hairs share a common base at all compared positions. Therefore, these two questioned hairs could have originated from the same individual or maternally related individuals.

The mitochondrial DNA profiles of **3408Q12** and **3408Q13** are different than any of the previously developed mitochondrial DNA profiles in this case.

The mtDNA profiles of 3408Q5, 3408Q7, 3408Q8, 3408Q9 and 3408Q10 show evidence of mixtures.

Based on the experience of this lab, we observe that the profile obtained from 3408Q9 is likely to be a true mixture, that is, DNA is present from two or more individuals. When a mixture profile is obtained, the number of potential mtDNA types that may be derived from that mixture is equal to $2^n$ types, where n is equal to the number of nucleotide positions at which two different nucleotides have been observed. The only conclusion that may be drawn from a mixture where the type of a known individual is present in that mixture is "the profile of this known individual is one of many possible profiles that may be derived from the nucleotide substitutions observed in the mixture". Many caveats apply to the handling of mixtures in mitochondrial DNA testing.

For 3408Q9 sample, the number of possible types in the observed mixture is 4,096, based on the presence of 12 mixed sites with two nucleotides in each (all of these types are not equally probable). Based on the nucleotides present in this mixture, the mitochondrial DNA profiles of the **3408Q12** and **3408Q13** questioned hairs are not a type that can be generated from this mixture.

In the experience of this laboratory, the mixtures observed in the 3408Q5, 3408Q7, 3408Q8, and 3408Q10 hairs are likely to be due to the presence of damaged DNA sites. These profiles are different from the mitochondrial DNA profiles of the **3408Q12** and **3408Q13** questioned hairs.

Please do not hesitate to contact this office if you have questions about this report. Unless other arrangements are made in advance, we will return all remaining evidence from this case to the submitting agency within 30 days via FedEx.

Sincerely,

Jenna L. Cowder, BS
Forensic Examiner
*Author*

Gloria J. Dimick, MS
Forensic Examiner
*Technical Reviewer*

**End of Report.**

5

Attachment H


Affidavit


of


Gloria J. Dimick


Dated April 14, 2022

mtDNA results Case 3408

| Sample ID: | Q1 | Q2 | Q4 | Q5 | Q6 | Q7 | Q8 | Q9* | Q10 | Q11 | Q12 | Q13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Profile type: | Single | Single | Single | D Mix | Single | D Mix | D Mix | T Mix | D Mix | Single | single | single |
| Known individual: | | | | | | | | | | | | |
| K1 Warford | E | NE | E | NE | NE | NE | NE | NE | NE | NE | | E |
| K2 Clark | E | E | E | E | E | E | E | E | E | E | E | E |
| K3 Hardin | E | E | E | E | E | E | E | E | E | E | E | E |
| K4 Greer | E | E | E | E | E | E | E | E | E | E | E | E |
| K5 Whitley Mix^ | Inc | E | E | E | E | E | E | NE | E | E | E | E |

Abbreviations:

Inc: Inconclusive; one site difference

E: Excluded

NE: Not excluded

T Mix: true mixture [more than 1 person in sample] based on many mixed sites including those of victim

D Mix: damaged DNA mixture based on mixed sites that don't include any of the victim's distinctive polymorphisms

Single: single type observed indicating presence of one person

^Whitley sample has a clear major/minor; based these two types Whitley is excluded as donor of Q9; sample could be re-tested

*Q9 hair has a clear major/minor; based on this everyone except the victim is excluded; victim=major

Q1, Q4, Q12 and Q13 hairs currently unsourced; remainder of hairs consistent with the victim