1  the fish tank, right?

2      JERRY MABRY:  Yes, sir.

3      MR. ROGERS:  At Roederer Farms.

4      JERRY MABRY:  Yes, sir.

5      MR. ROGERS:  When they went in there, did they tell you how

6  much time you had?  They give you a time card?

7      JERRY MABRY:  Uh, yes, sir.

8      MR. ROGERS:  Okay.  So, you knew when you got to fish tank

9  how much time you were going to end up serving in the state

10  correction system, didn't you?

11      JERRY MABRY:  Yes, sir.

12      MR. ROGERS:  Was there any doubt in your mind when you left

13  there how much time you were going to serve?

14      JERRY MABRY:  I presumed I was going to serve the whole

15  sentence.

16      MR. ROGERS:  Okay.  But your time card said what your max

17  was, wasn't it?

18      JERRY MABRY:  Yes, sir.

19      MR. ROGERS:  Okay.  No further questions.  Thank you, sir.

20      THE COURT:  You're free to go.  Thank you.

21      MR. ADAMS:  We will call the Defendant, Jeffery Clark.

22      THE COURT:  Clark, come around and be sworn, please.  Mr.

23  Clark, do you solemnly swear or affirm the testimony you are

24  about to give will be the truth, the whole truth, and nothing

25  but the truth so help you God?

1     JEFFERY CLARK:  Yes, sir.

2     THE COURT:  Have a seat.

3     MR. ADAMS:  Would you state your full name, please, for the

4  ladies and gentlemen of the jury?

5     JEFFERY CLARK:  Jeffery Dwayne Clark.

6     MR. ADAMS:  And where do you currently reside?

7     JEFFERY CLARK:  6357 Old Vinsons Road.

8     MR. ADAMS:  You live there with your mother and stepfather?

9     JEFFERY CLARK:  Yes, sir.

10     MR. ADAMS:  And how long have y'all lived there?

11     JEFFERY CLARK:  Uh --

12     MR. ADAMS:  Approximately.

13     JEFFERY CLARK:  About eight months.

14     MR. ADAMS:  Okay.  Please give the ladies and gentlemen of

15  the jury your birth date.

16     JEFFERY CLARK:  6/3 of '70.

17     MR. ADAMS:  So, you are 24 years old, now?

18     JEFFERY CLARK:  Yes, six.

19     MR. ADAMS:  All right.  You are acquainted with the Co-

20  Defendant here, Keith?

21     JEFFERY CLARK:  Yes, sir.

22     MR. ADAMS:  And how long have you known him?

23     JEFFERY CLARK:  I've known him ever since the eighth grade.

24     MR. ADAMS:  And did you pal around with him, bum around

25  with him for a period of time after you met him in the eighth

1  grade?

2      JEFFERY CLARK:  Yes, sir, for a while.

3      MR. ADAMS:  Okay.  And for how long was that?

4      JEFFERY CLARK:  That was until the summer of '87.

5      MR. ADAMS:  And there came a point in time when you quit

6  running around with him?

7      JEFFERY CLARK:  Yes, sir.

8      MR. ADAMS:  And why was that?

9      JEFFERY CLARK:  Because he was reading books and stuff, and

10 I just --

11     MR. ADAMS:  About what?

12     JEFFERY CLARK:  Of witch craft and stuff that they had at

13 school and everything.

14     MR. ADAMS:  Did you discuss this with your mother?

15     JEFFERY CLARK:  Yes, sir.

16     MR. ADAMS:  And did you follow her advice?

17     JEFFERY CLARK:  Yes, sir.

18     MR. ADAMS:  Okay.  Have you ever placed any inverted

19 crossed, carved any inverted crosses on your body?

20     JEFFERY CLARK:  No, sir.

21     MR. ADAMS:  On your arm -- on your left arm?

22     JEFFERY CLARK:  No, sir.

23     MR. ADAMS:  Do you have a surgical scar on your right arm?

24     JEFFERY CLARK:  Yes, sir.

25     MR. ADAMS:  And what is that surgical scar from?



1    JEFFERY CLARK:  That's from a surgery I had done when I was

2  younger.

3    MR. ADAMS:  And what was that surgery?

4    JEFFERY CLARK:  I don't know what it's called, but I had a

5  cyst in my arm and the bone decayed.  They had to take bone

6  marrow out of the side of my hips and put in my arm.

7    MR. ADAMS:  Okay.  Judge, at this time, I would like to

8  Exhibit the Defendant's left arm and right arm to the ladies and

9  gentlemen of the jury so they can see about this cross stuff.

10    THE COURT:  Any objections?  Stand up and take off your

11  coat.  As long as we're going to do it, let's just take our

12  shirt off too.  Let them see the whole thing.

13    MR. ADAMS:  Could you please point out to the ladies and

14  gentlemen of the jury the surgical scar that you have?

15    JEFFERY CLARK:  Right there.

16    MR. ADAMS:  Okay.  And about when was that?

17    JEFFERY CLARK:  It was about when I was 10 years old.

18    MR. ADAMS:  Okay.  Now, Judge, I don't know how to do this

19  if we should -- may we approach?  I'm sorry.

20    THE COURT:  Sure.

21    (Discussion at bench)

22    THE COURT:  Okay. I want you to go over in front of the

23  jury box, and very slowly walk down the length of the box with

24  your right arm next to them, and I want you to turn and walk

25  back this way with your left arm towards the jury, and I want



1   you to go back to the center of the jury box, show the jury your

2   back, and then turn around and face them so they can see you

3   from every direction.  You understand what I told you?

4        JEFFERY CLARK:  Walk in the center of the jury box?

5        THE COURT:  Borris, lead him down.  That will put his right

6   arm next to the jury very slowly, very slowly.  Now turn around

7   and walk back the same way.  That will expose your left arm.

8        MR. ADAMS:  Whoa, whoa, whoa.  Come back.  Slowly.  Show

9   the ladies and gentlemen of the jury the inside of that arm also

10  (inaudible).  Okay.  Do the same thing as you -- as you walk

11  passed the ladies and gentlemen of the jury, show them the

12  outside of your arm, as well as the inside of your arm.  Very

13  slowly so everybody can see.

14       THE COURT:  Now, Mr. Clark, go to the center of the jury

15  box, face the jury and raise both arms up.  Now, turn around,

16  expose your back to the jury with your arms up.  All right.  Has

17  the entire jury had the opportunity to see and examine both

18  arms, both shoulders, all of them?  Okay.  Come back and put

19  your shirt back on.

20       MR. ADAMS:  Thank you, sir.

21       THE COURT:  Go ahead and button it up.  We'll let Mr. Adams

22  take your tie and jacket and just lay them on -- on the back of

23  his chair.  Go ahead and button up your shirt.  All right.  You

24  may go forwards.

25       MR. ADAMS:  Thank you, Judge.  Mr. Clark, have you ever

1  been actively involved in the study of Satanism?

2       JEFFERY CLARK:  No, sir.

3       MR. ADAMS:  Have you involved -- been involved in the

4  practices of Satanism?

5       JEFFERY CLARK:  No, sir.

6       MR. ADAMS:  All right.  Have you ever told anybody that you

7  were, jokingly or otherwise?

8       JEFFERY CLARK:  I think jokingly one time.

9       MR. ADAMS:  And who was that with?

10      JEFFERY CLARK:  Uh, with my girlfriend, I think, ex-

11  girlfriend.

12      MR. ADAMS:  Okay.  Now, we're going to go through this

13  step-by-step, Mr. Clark.  Okay?  Let's start, when did you begin

14  to see Keith Hardin again?

15      JEFFERY CLARK:  It was in about -- I'd say September of

16  '91.

17      MR. ADAMS:  Okay.  And you had ceased seeing him or running

18  around with him at about what time -- about what year?

19      JEFFERY CLARK:  '87.

20      MR. ADAMS:  Okay.  However, he just lived a couple of

21  blocks from you, is that correct?

22      JEFFERY CLARK:  Yes, sir.

23      MR. ADAMS:  Okay.  But you did not socialize with him at

24  all, didn't see him?

25      JEFFERY CLARK:  I stopped in occasionally, maybe once every

1   three months.

2       MR. ADAMS:  Okay.  All right.  Fine.  All right.  In

3   September of 1991, where were you employed?

4       JEFFERY CLARK:  At Papercone.

5       MR. ADAMS:  And how long had you been working there, Mr.

6   Clark?

7       JEFFERY CLARK:  I'd been working there about four years.

8       MR. ADAMS:  Okay.  Hired in approximately 1987, is that

9   correct, or '88?

10      JEFFERY CLARK:  '88.

11      MR. ADAMS:  '88.  All right.  Now, what was the occasion

12  that you happened to start seeing Mr. Hardin again?

13      JEFFERY CLARK:  I just went over there.  I mostly stopped

14  by to see his mom and dad because Keith usually wasn't there,

15  and then I stopped by and talked to him and he was there, and I

16  -- we just started having conversation and stuff.

17      MR. ADAMS:  Okay.  Did you start running around with him

18  again socially at that particular time?

19      JEFFERY CLARK:  Yes, sir.

20      MR. ADAMS:  All right.  Now, I want you to please tell the

21  ladies and gentlemen of the jury how you met Rhonda Sue Warford

22  and Michelle Rogers originally.

23      JEFFERY CLARK:  I had just got -- I had got off work, and I

24  had went to Shakey's there on Third Street.

25      MR. ADAMS:  Um-hum.

CLARK AND HARDIN 3.06.95                                    March 06, 1995
COMMONWEALTH OF KY vs GARR KEITH HARDIN                              208

```
 1     JEFFERY CLARK:  Anyway, uh, I left there because it was so
 2   crowded and everything.  We went to go down Taylor Boulevard
 3   because this girl that I knew had lived in apartments off Taylor
 4   Boulevard by Deja Vu, and they was walking down the street, and
 5   I pulled over to see if they knew this girl named Tammy.  I
 6   didn't know her last name, and they said no, that they didn't.
 7     MR. ADAMS:  Did you begin to talk to them at that point?
 8     JEFFERY CLARK:  Yes, sir.
 9     MR. ADAMS:  All right.  Tell the ladies and gentlemen of
10   the jury what happened.
11     JEFFERY CLARK:  I talked to them and I asked them if they
12   might know where a party or anything was, and they said that we
13   could have a party.
14     MR. ADAMS:  Okay. And then what happened?
15     JEFFERY CLARK:  We got in the car and we all went over to
16   my trailer off Newburg Road.
17     MR. ADAMS:  Okay.  And what did you all do that evening?
18     JEFFERY CLARK:  We just drunk beer, whiskey and played
19   cards.
20     MR. ADAMS:  What time did you take them back to their
21   house?
22     JEFFERY CLARK:  I guess it was around 5:00 or 5:30 the next
23   morning.
24     MR. ADAMS:  Okay.  What -- what shift were you working at
25   that time?
```

1    JEFFERY CLARK:  I was working second shift.

2    MR. ADAMS:  Okay.  What time of the evening was it that you

3 saw them that previous morning when you met them there on the

4 street?

5    JEFFERY CLARK:  It was about 1:30, 2:00 in the morning.

6    MR. ADAMS:  Okay.  What time you get off at Papercone?

7    JEFFERY CLARK:  I get off at 11:30.

8    MR. ADAMS:  Okay.  What month was this?

9    JEFFERY CLARK:  This was October.

10    MR. ADAMS:  End of October, middle of October, what?

11    JEFFERY CLARK:  End of October.

12    MR. ADAMS:  All right.  Now, after you took them back home,

13 was there any exchange of telephone numbers?

14    JEFFERY CLARK:  Yes, sir.  I had give them my telephone

15 number.

16    MR. ADAMS:  Did they also give you their telephone?

17    JEFFERY CLARK:  Yes, sir.

18    MR. ADAMS:  Okay.  Did you happen to get together with them

19 again the next night?

20    JEFFERY CLARK:  Yes, sir, I did.

21    MR. ADAMS:  And first of all, tell the ladies and gentlemen

22 of the jury who all was present the first time that you met

23 them.

24    JEFFERY CLARK:  It's Michelle Rogers, Tanya, I don't really

25 know her -- I think it's Greer, and then Rhonda Warford.

1    MR. ADAMS:  Okay.  Now, how many times did -- well, how

2  long did this go on?  How long did this -- and how did this

3  progress?  Did you get interested in one or the other of the

4  girls?

5    JEFFERY CLARK:  Uh, one I did.  That was Michelle.

6    MR. ADAMS:  Okay.  Did y'all have a relationship for a

7  while?

8    JEFFERY CLARK:  It wasn't really a relationship because she

9  had a boyfriend.

10    MR. ADAMS:  Okay.  Fine.  How many times during that first

11  week did they come over to your apartment -- to your trailer?

12    JEFFERY CLARK:  It was almost every night thing.

13    MR. ADAMS:  Okay.  Did there come a point in time where

14  Keith was going to move into your trailer?

15    JEFFERY CLARK:  Yes, sir.

16    MR. ADAMS:  Tell the ladies and gentlemen of the jury about

17  that and how it came about.

18    JEFFERY CLARK:  He had come over to the house or I might

19  have picked him up.  I think he come over to the house.  He

20  drove over there.  Anyway, Rhonda and them was there, you know.

21  He met them and everything.  And he just started talking to them

22  and stuff, and he was, you know, wanting to move out of his

23  house and stuff.  So, I told him, you know, he could move in

24  there.

25    MR. ADAMS:  Okay.  Now, did -- did Keith begin to show an

 1  interest in Rhonda Sue?

 2      JEFFERY CLARK:  Yes, sir.

 3      MR. ADAMS:  And about when did that happen?

 4      JEFFERY CLARK:  Well, they started off, you know, hitting

 5  it pretty good, liking each other, talking a lot.  I guess they

 6  really started getting serious about the middle of November.

 7      MR. ADAMS:  Okay.  Were you -- you were continuing to work

 8  at this time?

 9      JEFFERY CLARK:  Yes, sir.

10      MR. ADAMS:  Was Keith working at this time?

11      JEFFERY CLARK:  He was when he moved in for a couple of

12  days.

13      MR. ADAMS:  Okay. Now, did there come a -- after he lost

14  his job, did that cause some problem for you?

15      JEFFERY CLARK:  Yes, sir, later on in January.

16      MR. ADAMS:  Later on in January.

17      JEFFERY CLARK:  Yes, sir.

18      MR. ADAMS:  Okay.  Did you have a problem or did you

19  eventually ask Rhonda Sue not to come back to the trailer?

20      JEFFERY CLARK:  Yes, sir, I did.

21      MR. ADAMS:  And can you tell us when that was?

22      JEFFERY CLARK:  It was at the beginning -- first week in

23  December.

24      MR. ADAMS:  Okay.  And tell the ladies and gentlemen of the

25  jury how often was Rhonda Sue at the trailer when you got home

1  from work?

2      JEFFERY CLARK:  She was there about every night.

3      MR. ADAMS:  Okay.  And who was buying the groceries and

4  furnishing the liquor, etcetera?

5      JEFFERY CLARK:  I was.

6      MR. ADAMS:  Okay.  Could you tell the ladies and gentlemen

7  of the jury why you asked Rhonda Sue not to return?

8      JEFFERY CLARK:  Because they -- she wasn't cleaning or

9  nothing like that, the house was a mess, dishes were dirty all

10  the time, and they didn't no job or nothing.

11      MR. ADAMS:  Okay.  Tell the ladies and gentlemen of the

12  jury how many times Rhonda Sue was in your car.  Just a rough

13  estimate.

14      JEFFERY CLARK:  A lot.  I know about 24 times.

15      MR. ADAMS:  Okay.  Did they have any transportation that

16  they could come out to the trailer?

17      JEFFERY CLARK:  No, sir, not unless they got a ride from

18  somebody.

19      MR. ADAMS:  Okay.  Can you estimate for the ladies and

20  gentlemen of the jury how many times that you or you and Keith

21  jointly went in -- got into your Nova and went and picked Rhonda

22  Sue up, regardless of who else with you?

23      JEFFERY CLARK:  I'd say about 14, 15 times.

24      MR. ADAMS:  Okay.  Now, there came a point in time when

25  you, yourself, stopped living in the trailer, is that correct?

1       JEFFERY CLARK:  Yes, sir.

2       MR. ADAMS:  Please tell the ladies and gentlemen of the

3   jury about that, how that came about.

4       JEFFERY CLARK:  My Nova had been messing up a lot, and I

5   wanted to get my S10 back on the road because I had it sitting

6   over there at the garage, Automotive Specialists, and I wanted

7   to get it going because it's a truck, I could haul stuff and

8   move around, and the Nova just -- I was having trouble with

9   brakes and stuff like that.  So, I had trouble with the motor in

10  the Nova too.  It threw a timing chain and everything out of it.

11  So, I had the Nova towed over there to the garage where I pulled

12  the motor out of it, and I had the truck towed home to my mother

13  and father's house.

14      MR. ADAMS:  Okay.  And about what -- about when was this?

15      JEFFERY CLARK:  Uh, I pulled the motor and everything out

16  of the Nova in December.

17      MR. ADAMS:  Mid December?

18      JEFFERY CLARK:  Yeah.  Well, late December.

19      MR. ADAMS:  I'm sorry.  And so then about when was it that

20  you moved home?

21      JEFFERY CLARK:  It was at the end of December after

22  Christmas.

23      MR. ADAMS:  And -- and the purpose was, the reason?

24      JEFFERY CLARK:  So I could get my truck going.

25      MR. ADAMS:  Because you had no facility to work on it at

CLARK AND HARDIN 3.06.95                                     March 06, 1995
COMMONWEALTH OF KY vs GARR KEITH HARDIN                           214

1  the trailer?

2      JEFFERY CLARK:  No, sir, you weren't allowed to work on

3  vehicles.

4      MR. ADAMS:  Okay.  Now, did there come a point in time

5  where you asked Mr. Hardin to leave the trailer?

6      JEFFERY CLARK:  Yes, sir, I did.

7      MR. ADAMS:  I'm sorry.  Let me go back a minute.  The

8  evening that you asked Ms. Warford not to return to the trailer,

9  okay, how did she get home?

10     JEFFERY CLARK:  Me and Keith had took her over and dropped

11 her off.

12     MR. ADAMS:  Okay.  So, you knew where the house was on

13 Whitney?

14     JEFFERY CLARK:  Yes, sir.

15     MR. ADAMS:  Okay.  Again, then there came a point in time

16 where you asked Keith to leave the trailer.

17     JEFFERY CLARK:  Yes, sir.

18     MR. ADAMS:  And tell the ladies and gentlemen of the jury

19 when that was and why it was.

20     JEFFERY CLARK:  It was in about the middle part of January,

21 and the reason why I asked him to leave was because he didn't

22 have no job or nothing, and I was living back at home at mom and

23 dad's, and I needed to sell the trailer.

24     MR. ADAMS:  Okay.  Did -- at some point in time did you

25 come into possession of a boa constrictor?

1      JEFFERY CLARK:  Yes, sir, I did.

2      MR. ADAMS:  And when was that?

3      JEFFERY CLARK:  That was back in September.

4      MR. ADAMS:  And where did you get it from?

5      JEFFERY CLARK:  I got the first one from Bill Mayhan [ph].

6      MR. ADAMS:  Okay.  And the first one, how big was it?

7      JEFFERY CLARK:  It was about eight and a half feet long,

8  weighed about 70 pounds.

9      MR. ADAMS:  Okay.  And where did you keep it?

10      JEFFERY CLARK:  I kept it in a closet. I had two closets in

11  my trailer at the back.  Anyway, I made a glass front for it.

12      MR. ADAMS:  And put it in here?

13      JEFFERY CLARK:  Yes, sir.

14      MR. ADAMS:  There come a point in time that that snake

15  died?

16      JEFFERY CLARK:  Yes, sir.

17      MR. ADAMS:  And when was that?

18      JEFFERY CLARK:  It was in about the middle of December.

19      MR. ADAMS:  And what did you do as a result of that snake

20  dying?

21      JEFFERY CLARK:  I went and bought another one.

22      MR. ADAMS:  And what did you get?

23      JEFFERY CLARK:  I got a Solomon Island Boa Constrictor.

24      MR. ADAMS:  And how much did you pay for it?

25      JEFFERY CLARK:  I give $45 for it.  It regular was $80.

1    MR. ADAMS:  Okay.  And what are those things worth fully

2  grown?

3    JEFFERY CLARK:  Fully grown they're worth about around

4  anywhere from 850 to $1,000.

5    MR. ADAMS:  Okay.  Let's go back now again to January.  Was

6  it late January when you asked Mr. Clark to leave -- Mr. Hardin?

7    JEFFERY CLARK:  It was the middle of January.

8    MR. ADAMS:  Middle of January.  And how long was it before

9  you saw him again?

10    JEFFERY CLARK:  All the way up until March 26.  I think it

11  was Thursday night.

12    MR. ADAMS:  Okay.  How are you -- let's go back to the S10.

13  There came a period in time when you got the S10 running?

14    JEFFERY CLARK:  Yes, sir.

15    MR. ADAMS:  And tell the ladies and gentlemen of the jury

16  what happened to the S10.

17    JEFFERY CLARK:  A friend of mine, me and her had went out,

18  and she had taken off in the truck to go to the store and she

19  had wrecked it and totaled it out.

20    MR. ADAMS:  And that is Correll who's testified here?

21    JEFFERY CLARK:  Yes, sir.

22    MR. ADAMS:  And do you remember the date?

23    JEFFERY CLARK:  It was March 6 -- well, March 7 early in

24  the morning.

25    MR. ADAMS:  Okay.  And how do you remember that date?

1    JEFFERY CLARK:  Because I had called the police and

2  reported her kidnapping my truck stolen because I didn't know

3  what -- what was taking her so long.

4    MR. ADAMS:  Oh, okay.  All right.  Then how are you sure of

5  the date of March 26?

6    JEFFERY CLARK:  Because we had went to Toy Tiger, and there

7  was a band and stuff up there, which we just sat at the bar.

8    MR. ADAMS:  Okay.  When did you first get your car started

9  rolling again?

10    JEFFERY CLARK:  The day before that.

11    MR. ADAMS:  Okay.  Tell the ladies and gentlemen of the

12  jury what you had to do to get the car started again -- I mean

13  not started, to get it so that it worked again?

14    JEFFERY CLARK:  I had to take my truck where it had been

15  wrecked, the whole front end of it was smashed up, and me and

16  another friend of mine had to take and cut the front fenders and

17  stuff off of it to get the motor out of it because it's mashed

18  up pretty bad.  I had to replace the water pump and essentials

19  like the alternator and stuff like that, and radiator and

20  everything because I had taken everything out of the Nova to

21  begin with and put it in the truck.  So, I had to convert and

22  buy everything new and put it all back in the Nova.

23    MR. ADAMS:  Okay.  When did the -- did there come a point

24  in time when you -- you took the Chevy Nova off of the premises

25  of the trailer or your parents' house and put it some place?

1      JEFFERY CLARK: Yes, sir, I did.

2      MR. ADAMS:  And when was that?

3      JEFFERY CLARK:  That was in December.

4      MR. ADAMS:  Okay.  And where did you take it?

5      JEFFERY CLARK:  I took it to Automotive Specialists off

6   Taylor Boulevard.

7      MR. ADAMS:  Mr. Dexter Trobridge?

8      JEFFERY CLARK:  Yes, sir.

9      MR. ADAMS:  You heard him testify?

10     JEFFERY CLARK:  Yes, sir.

11     MR. ADAMS:  And you agree with his testimony?

12     JEFFERY CLARK:  Yes, sir, I do.

13     MR. ADAMS:  All right.  Now, on March 26 -- Thursday, March

14  26 was when you went out with Correll and Keith.

15     JEFFERY CLARK:  Yes, sir.

16     MR. ADAMS:  Went to the Toy Tiger.

17     JEFFERY CLARK:  Yes, sir.

18     MR. ADAMS:  All right.  What time did you get home that

19  evening?

20     JEFFERY CLARK:  I got home about 3:30, 4:00 in the morning.

21     MR. ADAMS:  Okay.  Did you -- where does Correll live?

22     JEFFERY CLARK:  She lives over in Shively.

23     MR. ADAMS:  Okay.  Did you drop her off before you took

24  Keith home?

25     JEFFERY CLARK:  Yes, sir, I did.

1    MR. ADAMS:  Now, did you see Keith again or tell -- tell

2  the ladies and gentlemen of the jury when it was that you saw

3  Keith again.

4    JEFFERY CLARK:  Well, Keith was with me all that night

5  because the Nova had broke down, and Shively Police Station had

6  my car towed in and I had to call my father to come and get me.

7  So, we was there at Correll's house until it was about 5:30,

8  6:00 when my father come pick us up.

9    MR. ADAMS:  Um-hum.

10    JEFFERY CLARK:  He dropped Keith off at his house and then

11  he dropped me off at home.

12    MR. ADAMS:  Okay.  So, what -- what happened to the car on

13  that Thursday?

14    JEFFERY CLARK:  The -- there's a -- right below the master

15  cylinder, you got a block that goes to your calibers and it's a

16  safety block.  Anyway, the safety block shot out of it, and it

17  left the caliber stuck.

18    MR. ADAMS:  Okay.  When did you go get the car from the

19  Shively Police Station?

20    JEFFERY CLARK:  It was the next day.

21    MR. ADAMS:  And how did you get it back, and where did you

22  take it?

23    JEFFERY CLARK:  I had the wrecker serviced there tow it

24  back.

25    MR. ADAMS:  Back to the house on Cod?



1    JEFFERY CLARK:  Yes, sir, I did.

2    MR. ADAMS:  Okay.  Now, after that evening, that morning,

3  when is the next time you saw Keith?

4    JEFFERY CLARK:  That Tuesday.

5    MR. ADAMS:  Okay. Did there come a point in time where

6  there was a decision made by the family about the trailer, what

7  to do with it?

8    JEFFERY CLARK:  Yes, sir.

9    MR. ADAMS:  And what was that decision?

10    JEFFERY CLARK:  To sell it.

11    MR. ADAMS:  And why was that made?

12    JEFFERY CLARK:  Because I had lost my job in February,

13  which I had planned on selling the trailer before that too

14  because I was running low on money.

15    MR. ADAMS:  Okay.  What was the pur -- did you call Keith

16  on Tuesday, March 31, or did he call you?

17    JEFFERY CLARK:  I had went by his house.

18    MR. ADAMS:  You went by his house?

19    JEFFERY CLARK:  Yes, sir.

20    MR. ADAMS:  All right. What was the purpose of the visit?

21    JEFFERY CLARK:  To see if he wanted to go over and help me

22  clean up and look for the snake that was missing.

23    MR. ADAMS:  Okay.  When was it that you got there in time?

24  About when was it on Tuesday, March 31, that you got to the

25  trailer?

1      JEFFERY CLARK:  I got there about between 7:00 and 8:00.

2      MR. ADAMS:  Okay.  Did you pick Keith up to go with you?

3      JEFFERY CLARK:  Yes, sir, I did.

4      MR. ADAMS:  All right.  Did you take cleaning materials

5  with you and that sort of thing?

6      JEFFERY CLARK:  Yes, sir, I did.

7      MR. ADAMS:  And the idea was to clean up and to look for

8  the snake?

9      JEFFERY CLARK:  Yes, sir.

10     MR. ADAMS:  All right.  Did you all -- did you all clean

11 up?  Is that what you did?

12     JEFFERY CLARK:  Yes, sir.

13     MR. ADAMS:  All right.  Were you doing any drinking?

14     JEFFERY CLARK:  Yes, sir.

15     MR. ADAMS:  What time did you and Keith get home that day -

16 - that -- that morning?

17     JEFFERY CLARK:  3:30 or 4:00.

18     MR. ADAMS:  Okay.  And you dropped him off before you went

19 home?

20     JEFFERY CLARK:  Yes, sir, I did.

21     MR. ADAMS:  All right.  Were you having any trouble with

22 your batter at that time?

23     JEFFERY CLARK:  No, sir.

24     MR. ADAMS:  Okay.  On Wednesday, April 1, about what time

25 did you get up?



1      JEFFERY CLARK:  I got up around 10:00 or 11:00.

2      MR. ADAMS:  All right.  Tell the ladies and gentlemen of

3   the jury what you did.

4      JEFFERY CLARK:  I had got up.  I always drink a cup of

5   coffee when I first get up in the morning, and I called Sean

6   Mattingly to see if he wanted to go Caddy's that night because

7   this hot lady contest, and he had said no because, you know, him

8   and his fiancée was going out to do something.  So, anyway, I

9   went out and went to start my car up, and my car didn't want to

10  start.  So, anyway, I put the battery charger on it and

11  everything, and I started it up, and I went over to Keith

12  Hardin's house, and I needed to go to Wal-Mart, and I asked him

13  if he wanted to ride up there with me.  He said sure, and so we

14  went up to Wal-Mart.  When we was coming out of Wal-Mart, my car

15  wouldn't start.  So, then I called the house.  My mother

16  answered the phone, and I told her I needed a jump, and she said

17  that she'd tell my dad.  He should be in any moment, and he come

18  up there to give me a jump.

19     MR. ADAMS:  And you've heard his testimony as far as the

20  times and everything?  Do you agree with that?

21     JEFFERY CLARK:  Yes, sir, I do.

22     MR. ADAMS:  All right.  What did you do after that?

23     JEFFERY CLARK:  After that, I dropped Keith Hardin off at

24  his house, and asked him if he wanted to go finish cleaning up

25  on the trailer and everything, and he said yeah.  I told him let

1  me work on the car a little bit, see what's the matter with it,

2  and then I'll be back over to pick him up.

3       MR. ADAMS:  Okay.  And did you do that?

4       JEFFERY CLARK:  Yes, sir, I did.

5       MR. ADAMS:  All right.  And what happened when you tried to

6  start the car?

7       JEFFERY CLARK:  I couldn't get it started because it had a

8  dead cell in the battery.  So, I put it on the jumper and

9  battery charger, and started it up.  And then I went over to

10 Keith Hardin's house because his car wasn't running at that

11 time, but he had a good battery.  And so, I asked him if we

12 could just use battery.  Well, anyway, he had top post and I got

13 side posts in my car, so we had to stick his battery in my trunk

14 and use six foot jumper cables to start the car.

15      MR. ADAMS:  So, you had jumper cables running from the back

16 of your trunk to -- to under the hood in order to get the car

17 started?

18      JEFFERY CLARK:  Yes, sir

19      MR. ADAMS:  Okay.  And you couldn't just put the battery in

20 the hood of the car or in that compartment there?

21      JEFFERY CLARK:  No, sir, because he had top posts and I had

22 side posts.

23      MR. ADAMS:  So, it just would not physically work?  It

24 couldn't be done?

25      JEFFERY CLARK:  No, sir, not unless I bought some kind of

1   adapters or something.

2       MR. ADAMS:  After you picked him up, put that -- did this

3   makeshift thing with the batteries, where did you all go then?

4       JEFFERY CLARK:  We went to Bashful [ph] Manor Mall.

5       MR. ADAMS:  And why did you go to Bashful Manor?

6       JEFFERY CLARK:  To go to the pet store.

7       MR. ADAMS:  And why did you go to the pet store?

8       JEFFERY CLARK:  To buy my food some -- my snake some food.

9       MR. ADAMS:  In the event that you found him?

10      JEFFERY CLARK:  Yes, sir.  Well, to leave it out.

11      MR. ADAMS:  Okay.  Did you stay there until Bashful Manor

12  closed?

13      JEFFERY CLARK:  Yes, sir, I did.

14      MR. ADAMS:  And about what time is that?

15      JEFFERY CLARK:  It was about 9:00, 9:05.

16      MR. ADAMS:  Okay.  Where did you go from there?

17      JEFFERY CLARK:  I went to my trailer on Newburg Road, which

18  is right down the road.

19      MR. ADAMS:  Okay. How long a period of time is it to drive

20  from Bashful Manor to your trailer?

21      JEFFERY CLARK:  It takes about 10 minutes.

22      MR. ADAMS:  Okay.  Now, tell the ladies and gentlemen of

23  the jury what you did while you were there.

24      JEFFERY CLARK:  We went in.  I got the vacuum cleaner out

25  of the back of the car too.  We went in, started cleaning on the

1  trailer, and I got up under the trailer taking the duct down to

2  see if the snake had gotten down in that air vents.

3      MR. ADAMS:  Um-hum.

4      JEFFERY CLARK:  Because I left the heat in the trailer it

5  was left up.  I left it 79 degrees so the snake could live with

6  water out.

7      MR. ADAMS:  So, you left water and food out for the snake?

8      JEFFERY CLARK:  Yes, sir, I had left water because it had -

9  - right before it come up missing, it had ate.

10     MR. ADAMS:  Okay.  Now, what time did you leave the trailer

11 that evening?

12     JEFFERY CLARK:  I left between 1:00 and 1:30.

13     MR. ADAMS:  Okay.  Where did you go?

14     JEFFERY CLARK:  Well, I went up to Chevron station, got a

15 pack of cigarettes, and then I took Keith Hardin home, dropped

16 him off, and then I went to my mother and father's house.

17     MR. ADAMS:  Okay. Describe, if you could, the condition as

18 far as quietness or loudness of this car.

19     JEFFERY CLARK:  My car didn't even have no mufflers on it.

20     MR. ADAMS:  So, therefore, what did it do?

21     JEFFERY CLARK:  It was extremely loud.

22     MR. ADAMS:  Okay.  Do you know the exact time that you got

23 to the Chevron station?

24     JEFFERY CLARK:  I got there between -- well, between 1:00

25 and 1:30.



1      MR. ADAMS:  All right.  Tell the ladies and gentlemen of

2   the jury what you observed when you got to the Chevron station.

3      JEFFERY CLARK:  Well, when I got to the Chevron station, I

4   got out the car and there was a whole bunch of black guys there,

5   and they started making comments, which I went on in the store

6   hoping that they'd leave.  And when I come back out of the store

7   after I got my cigarettes, you know, they started making some

8   more comments; told them I didn't want no trouble and stuff, and

9   went on and got in my car because there was more of them than

10  there was me and Keith.

11     MR. ADAMS:  Okay.  Now, did you go home after that?

12     JEFFERY CLARK:  I took Keith Hardin home.

13     MR. ADAMS:  Tell the ladies and gentlemen of the jury the

14  route that you took and why you took that route.

15     JEFFERY CLARK:  I got on the Waterson Freeway and I went

16  down to Taylor Boulevard exit, got off on Taylor Boulevard, and

17  went to Old Third Street Road, took Old Three -- Old Third

18  Street Road down to subdivision, which if you kept taking the

19  road straight, it would run you right into Valley High School.

20     MR. ADAMS:  Now, is that the fastest way to go home?

21     JEFFERY CLARK:  That's the way I usually go because I

22  didn't want to go down Dixie Highway because of my mufflers.

23     MR. ADAMS:  Okay.  Very good.  Now, on Thursday, April 2,

24  what time did you get up?

25     JEFFERY CLARK:  I got up around noon.

1    MR. ADAMS:  Okay. Let me go back and ask you this.  Did you

2  at any time see Rhonda Sue Warford or talk to her on Wednesday,

3  April 1 or Thursday, April 2?

4    JEFFERY CLARK:  No, sir.

5    MR. ADAMS:  When was the last time that you had seen or

6  talked to Rhonda Sue Warford?

7    JEFFERY CLARK:  December of '91.

8    MR. ADAMS:  Okay.  Hadn't seen her?  Had not talked to her?

9    JEFFERY CLARK:  No, sir.

10    MR. ADAMS:  All right.  Did you have any knowledge as to

11  whether or not Keith was still seeing her?

12    JEFFERY CLARK:  We really didn't discuss it.

13    MR. ADAMS:  Okay.  On April 2, you just told us you got up

14  about noon.  Tell the ladies and gentlemen of the jury what you

15  did after that.

16    JEFFERY CLARK:  After I got up, I went over to Keith

17  Hardin's house to return his battery because we had had a batter

18  sitting at the side of the garage that had a crack in it, and

19  anyway, but the cell was good, so I put JB Weld and everything

20  on it, and put acid and stuff in it and got my car running.

21    MR. ADAMS:  So, I'm sorry, I didn't understand.  Did you

22  take a good cell out of the battery with the crack in it?

23    JEFFERY CLARK:  No.  The battery that had the crack in it

24  was sitting inside the garage.

25    MR. ADAMS:  Okay.

1    JEFFERY CLARK:  And I put JB Weld on the crack to keep the

2  fluid to stay in it.

3    MR. ADAMS:  Okay.  So, that's what you used for a battery?

4    JEFFERY CLARK:  Yes, sir.

5    MR. ADAMS:  And when you took Keith's battery back to him,

6  did you see him?

7    JEFFERY CLARK:  Yes, sir, I did.

8    MR. ADAMS:  Okay.  And what did you all do with the battery

9  after you took it out of the trunk?

10    JEFFERY CLARK:  We had stuck it back in his car, and he

11  asked me to take a look at his car because it wasn't running.

12    MR. ADAMS:  And did you take a look at it?

13    JEFFERY CLARK:  Yes, sir, I did.

14    MR. ADAMS:  Were you able to fix it?

15    JEFFERY CLARK:  Yes, sir.

16    MR. ADAMS:  Okay.  Now, when you left Keith's house, where

17  did you go?

18    JEFFERY CLARK:  I went back home.

19    MR. ADAMS:  At approximately what time was that?

20    JEFFERY CLARK:  That was Thursday afternoon.

21    MR. ADAMS:  Okay. Did you subsequently leave your house at

22  some time that day?

23    JEFFERY CLARK:  Yes, sir, I did.

24    MR. ADAMS:  And where did you go?

25    JEFFERY CLARK:  I went over to Jimmy McMackin's apartment.

1    MR. ADAMS:  Okay.  Now, let me -- let me come back here

2  just a minute.  Jimmy McMackin says that he saw you on Tuesday,

3  March 31.  Did yo use him on that day?

4    JEFFERY CLARK:  No, sir, I did not.

5    MR. ADAMS:  Okay.  When you went to Jimmy McMackin's, how

6  long did you stay?

7    JEFFERY CLARK:  I got there about 7:00 or 7:30, and I

8  stayed there until 10:30 at night.

9    MR. ADAMS:  Did you get a call from your mother?

10   JEFFERY CLARK:  Yes, sir, I did.

11   MR. ADAMS:  And I don't want you to tell what your mother

12  said to you, but did you become aware of any unusual event as a

13  result of that call?

14   JEFFERY CLARK:  Yes, sir, I did.

15   MR. ADAMS:  And what was that event?

16   JEFFERY CLARK:  That there was accusations made that Ms.

17  Warford had called Keith's mother wanted to know where Rhonda

18  Warford was at.

19   MR. ADAMS:  And as a result of that phone call, did you

20  eventually go back home?

21   JEFFERY CLARK:  Yes, sir, I did.

22   MR. ADAMS:  Did you have a discussion with your mother?

23   JEFFERY CLARK:  Yes, sir, I did.

24   MR. ADAMS:  And do you agree with her testimony as to what

25  she told you that night?

1     JEFFERY CLARK:  Yes, sir, I do.

2     MR. ADAMS:  Okay.  What did -- did -- your mother was there

3  the entire time on Thursday when you got home?

4     JEFFERY CLARK:  Yes, sir.  She was studying for a test.

5     MR. ADAMS:  And what about your stepfather?

6     JEFFERY CLARK:  He was there after he got off from work.

7     MR. ADAMS:  Okay.  On Friday, April 3, tell the ladies and

8  gentlemen of the jury what time you got up and what you did.

9     JEFFERY CLARK:  I got up about 11:00 or 11:30, and then I

10  went to the unemployment office off Fern Valley Road.

11     MR. ADAMS:  All right.  Did you -- were you with your

12  grandmother at any time?

13     JEFFERY CLARK:  Later on that day.

14     MR. ADAMS:  Okay. And what did you do with your

15  grandmother?

16     JEFFERY CLARK:  We had picked the kids up from school, my

17  younger brothers and sisters, and then we went to get estimates

18  on her car where she had had a wreck.

19     MR. ADAMS:  Okay.  Did you have anything to do with the

20  younger children in your family, your younger brothers and

21  sisters?

22     JEFFERY CLARK:  Could you repeat that again, please?

23     MR. ADAMS:  Did you -- did you have anything to do with

24  your younger brothers and sisters that day?

25     JEFFERY CLARK:  I picked them up from school.

 1   MR. ADAMS:  Fine.  Now, what did you do the balance of

 2   Friday, April 3?

 3   JEFFERY CLARK:  I stayed home just doing work on my car,

 4   and working on a three-wheeler that I had that I was going to

 5   sell at the flea market.

 6   MR. ADAMS:  And your mother, father, grandmother and

 7   younger brothers and sisters were there?

 8   JEFFERY CLARK:  Yes, sir, they was.

 9   MR. ADAMS:  All right.  Let's go to Saturday, April 4.

10   Tell the ladies and gentlemen of the jury what you did on that

11   day?

12   JEFFERY CLARK:  I got up that morning and went to the flea

13   market with my father, and I was out there until about 1:00 or

14   2:00.  And then I went over to Jimmy McMackin's house, and we

15   was -- I was going to help him work on his house and stuff, and

16   they needed a Roederer and a skill saw.  So, I run back over to

17   my house, which I was dirty anyway from working on my car, so I

18   run back over there.  I got cleaned up, grabbed a saw and

19   Roederer, and went back out to Jimmy McMackin's house out in

20   Shepherdsville.

21   MR. ADAMS:  All right.  How late did you stay there that

22   night?

23   JEFFERY CLARK:  I stayed there until 3:30, 4:00.

24   MR. ADAMS:  Okay.  And what were y'all doing during that

25   period of time?



1      JEFFERY CLARK:  We was working on kitchen cabinets and

2  stuff.

3      MR. ADAMS:  And drinking a little beer?

4      JEFFERY CLARK:  Yes, sir, we was.

5      MR. ADAMS:  Okay.  What time did you arrive home on that

6  Sunday morning?

7      JEFFERY CLARK:  I arrived home between 4:00 and 4:30.

8      MR. ADAMS:  All right.  What did you do Sunday?

9      JEFFERY CLARK:  Sunday I went to the flea market with my

10  father.

11      MR. ADAMS:  All right.  What time did you leave there?

12  what time did you go there?

13      JEFFERY CLARK:  Go to the flea market?

14      MR. ADAMS:  Yes, sir.

15      JEFFERY CLARK:  We went about 6:00 or 7:00.

16      MR. ADAMS:  a.m.

17      JEFFERY CLARK:  Yes, sir.

18      MR. ADAMS:  What time did you return home?

19      JEFFERY CLARK:  About 4:00 or 5:00 that afternoon.

20      MR. ADAMS:  Okay.  What did you do after you arrived home?

21      JEFFERY CLARK:  Then I went over to Mr. Hardin's house.

22      MR. ADAMS:  And while you were there, did you learn

23  anything?

24      JEFFERY CLARK:  Yes, sir.

25      MR. ADAMS:  Tell the ladies and gentlemen of the jury what



1  you said when you were told that Rhonda was found.

2      JEFFERY CLARK:  Well, they had told me that Rhonda was

3  found, which I just thought Rhonda maybe was out with a friend

4  or something, and I said yeah, I said I bet you everybody's

5  going to beat her for that since nobody, you know, heard nothing

6  from her.  And anyway, they told me that she had been found

7  dead.

8      MR. ADAMS:  Okay.  And that was the first that you knew of

9  it?

10     JEFFERY CLARK:  Yes, sir.

11     MR. ADAMS:  And what did you do after you learned that?

12     JEFFERY CLARK:  Then I went back home.

13     MR. ADAMS:  All right.  What time did you arrive back home?

14     JEFFERY CLARK:  It was about 7:00 that night.

15     MR. ADAMS:  Did you ever during the -- during this period

16 of time after the early morning hours of Thursday, April 2, did

17 you ever have an occasion that you were kidding Keith about

18 Rhonda?

19     JEFFERY CLARK:  Uh, yes, sir, I was.

20     MR. ADAMS:  And -- and tell the ladies and gentlemen of the

21 jury where that was and what you said.

22     JEFFERY CLARK:  That was Thursday.  He had said that he

23 hadn't heard nothing from Rhonda, you know, and I told him I

24 just jokingly, you know, I didn't know, but anyway I was telling

25 him she probably found her another man or something like that,

1  just joking, you know, nothing.

2      MR. ADAMS:  Now, that was when you went over to take the

3  battery back?

4      JEFFERY CLARK:  Yes, sir.

5      MR. ADAMS:  And it was before you received the phone call

6  at the McMackin's?

7      JEFFERY CLARK:  Yes, sir.

8      MR. ADAMS:  Okay.  Okay.  Jeff, what about Monday, April 6?

9  When was the first time -- when did you get up?

10     JEFFERY CLARK:  I got up around, I think it was around

11  10:30.

12     MR. ADAMS:  Okay.  Did you subsequently find out that the

13  police wanted to talk to you?

14     JEFFERY CLARK:  Yes, sir.  I had run up to the store to get

15  a pack of cigarettes.

16     MR. ADAMS:  Okay.  And when you got back, what did you find

17  out?

18     JEFFERY CLARK:  My grandmother had a card where they had

19  left for me to give them a call.

20     MR. ADAMS:  Okay.  And did you give them a call?

21     JEFFERY CLARK:  Yes, sir, I did.

22     MR. ADAMS:  Did you go down and talk to them?

23     JEFFERY CLARK:  Yes, sir.

24     MR. ADAMS:  And did you give a statement to Detective

25  Handy?

1      JEFFERY CLARK:  Yes, sir, I did.

2      MR. ADAMS:  Did you also give a statement to Detective

3  Greer or was that later?

4      JEFFERY CLARK:  I think that was the next day.

5      MR. ADAMS:  The next day?  Okay.  How long did you stay

6  down at the police department?  Did the police come out and get

7  you?

8      JEFFERY CLARK:  Yes, sir, they did.

9      MR. ADAMS:  Took you down to the -- to headquarters, LPD.

10     JEFFERY CLARK:  Yes, sir.

11     MR. ADAMS:  And you gave them a statement.

12     JEFFERY CLARK:  Yes, sir, I did.

13     MR. ADAMS:  All right.  Now, we'll come back to that

14 statement in just a minute.  Did you subsequently go back down

15 to the police station the next day?

16     JEFFERY CLARK:  Yes, sir, I did.

17     MR. ADAMS:  And who were you interviewed by at that time?

18     JEFFERY CLARK:  I talked to --

19     MR. ADAMS:  Detective Greer?

20     JEFFERY CLARK:  Yes, sir.

21     MR. ADAMS:  All right.  And you gave her a full statement

22 too?

23     JEFFERY CLARK:  Yes, sir, I did.

24     MR. ADAMS:  At any time did they indicate to you that they

25 wanted to record your statement?

 1      JEFFERY CLARK:  No, sir, they didn't.

 2      MR. ADAMS:  Would you have objected if they -- if they'd

 3 have wanted to record your statement?

 4      JEFFERY CLARK:  No, sir, I wouldn't have.

 5      MR. ADAMS:  All right.  Please tell the ladies and

 6 gentlemen of the jury when it was that you were questioned or

 7 you turned over your tennis shoes.

 8      JEFFERY CLARK:  I think that was the first day that I was

 9 there.

10      MR. ADAMS:  You think that was on the 6, Monday the 6?

11      JEFFERY CLARK:  Yes, sir.  It's whenever they took the

12 picture.

13      MR. ADAMS:  Okay.  On Wednesday, April 8, did you go back

14 down to police headquarters?

15      JEFFERY CLARK:  Yes, sir, I did.

16      MR. ADAMS:  And did you give another statement?

17      JEFFERY CLARK:  Yes, sir, I did.

18      MR. ADAMS:  Did you -- did they ask you about your

19 automobile?

20      JEFFERY CLARK:  Uh, yes, sir.  Well, they asked me at my

21 house.

22      MR. ADAMS:  What did they ask you?

23      JEFFERY CLARK:  They asked me if they could have consent to

24 take my car down to the lab and get it tested.

25      MR. ADAMS:  And what did you tell them?

1    JEFFERY CLARK:  I told them yes, sir.

2    MR. ADAMS:  Did you at any time not give them any consents

3  that they asked for?

4    JEFFERY CLARK:  No, sir.  We waited until they come and got

5  the car.

6    MR. ADAMS:  And did you cooperate with the police fully

7  throughout this investigation?

8    JEFFERY CLARK:  Yes, sir, I had.

9    MR. ADAMS:  Okay. Did they ever ask you if they could come

10  in and search your house?

11    JEFFERY CLARK:  I think something was mentioned once about

12  my trailer off Newburg Road, and I had said that, you know, I

13  had the key, any time they wanted to they could.

14    MR. ADAMS:  Okay.  As a matter of fact, were you -- did

15  somebody from the Warford family ask you about going over there

16  to look for Rhonda?

17    JEFFERY CLARK:  Well, they hadn't asked me.  That's just

18  what I was told.

19    MR. ADAMS:  Oh, okay.  I'm sorry.  All right.  After

20  Wednesday, April 8, when's the next time that you heard anything

21  from the police department?

22    JEFFERY CLARK:  That's when they arrested me on May 5.

23    MR. ADAMS:  Okay.  That's the next time you heard anything

24  at all from the police department?

25    JEFFERY CLARK:  Yes, sir.

1       MR. ADAMS:  And you were brought here to Meade County?

2       JEFFERY CLARK:  Yes, sir, later that day.

3       MR. ADAMS:  And housed here?

4       JEFFERY CLARK:  Yes, sir.

5       MR. ADAMS:  All right.  You know the witness that's

6   testified here, Mr. Capps?

7       JEFFERY CLARK:  Yes, sir, I do.

8       MR. ADAMS:  All right.  Did you ever tell him anything at

9   all about your case?

10       JEFFERY CLARK:  No, sir, I did not.

11       MR. ADAMS:  Did you ever jokingly or in any other way say

12   that you had committed this crime?

13       JEFFERY CLARK:  No, sir, I never talked to Clifford Capps.

14       MR. ADAMS:  Was there a phone in that cell?

15       JEFFERY CLARK:  Yes, sir, there was.

16       MR. ADAMS:  During the 14 day period that Clifford Capps

17   was in that cell with you, did you talk to your mother on the

18   phone?

19       JEFFERY CLARK:  Yes, sir, I did.

20       MR. ADAMS:  And while you were talking to your mother on

21   the phone, did you discuss with her certain things that were

22   going on in the case?

23       JEFFERY CLARK:  Yes, sir, I did.

24       MR. ADAMS:  Was Capps in a position to overhear what you

25   were saying?

1    JEFFERY CLARK:  I guess.  I really wasn't paying that much

2   attention.

3    MR. ADAMS:  All right.  Okay.  Let's -- let's go back just

4   a minute, and the police officers have testified that you told

5   them that you didn't have any knives, right?  You've heard them

6   all say that?

7    JEFFERY CLARK:  Well, I think that was just a mix up there

8   because they asked me did I have a knife when I come in there,

9   and I told them no I did not, and they said that everyone said I

10  had a knife on my possession at all times.

11   MR. ADAMS:  All the time.  Okay.  You have between you were

12  first questioned about this case on Monday, April 6, is that

13  correct?

14   JEFFERY CLARK:  Yes, sir.

15   MR. ADAMS:  And your place wasn't searched until May 5?

16   JEFFERY CLARK:  Yes, sir.

17   MR. ADAMS:  Did you ever make any -- any effort to hide

18  those knives that you had at your place?

19   JEFFERY CLARK:  No, sir, I didn't.

20   MR. ADAMS:  Okay. Have you ever denied to anybody that

21  you've had knives?

22   JEFFERY CLARK:  No, sir.  Everybody knows I do.

23   MR. ADAMS:  How long have you had knives around you, Jeff?

24   JEFFERY CLARK:  I've had knives around me since I've been

25  about six years old.

1     MR. ADAMS:  Ever since Danny married your mother?

2     JEFFERY CLARK:  Yes, sir.

3     MR. ADAMS:  Is that how you first got introduced to them?

4     JEFFERY CLARK:  Well, I think I had a pocketknife when I

5  was about four that a friend had give us.

6     MR. ADAMS:  Would you agree with the characterization

7  that's come here from the witness stand that you -- you carried

8  a pocketknife with you most of the time?

9     JEFFERY CLARK:  Yes, sir, I did.

10    MR. ADAMS:  And did you use it extensively at work?

11    JEFFERY CLARK:  Yes, sir.

12    MR. ADAMS:  All right.  Now, Detective Greer interviewed

13  you on the 7 of April, on Tuesday.

14    JEFFERY CLARK:  Yes, sir.

15    MR. ADAMS:  Correct?  And Detective Greer says that you

16  told her you'd only been to Meade County one time.

17    JEFFERY CLARK:  I remember telling her I'd only lived in

18  Meade County one time.  Might have got messed up.

19    MR. ADAMS:  How long did you live in Meade County?

20    JEFFERY CLARK:  For three weeks.

21    MR. ADAMS:  And who did you live with?

22    JEFFERY CLARK:  Amy Rumsberg -- well, Remsburg was it then,

23  and her mother, her sister was there, and her two brothers.

24    MR. ADAMS:  Tell the ladies and gentlemen of the jury where

25  she lives or where they lived at that time.

1    JEFFERY CLARK:  Somewhere by Hardy Store is off Webster,
2  Kentucky.

3    MR. ADAMS:  Okay.  Have you ever since this crime happened,
4  have you been out to the scene of that crime?

5    JEFFERY CLARK:  I don't even know where it is.

6    MR. ADAMS:  Don't know where it is now?

7    JEFFERY CLARK:  No, sir, I don't.

8    MR. ADAMS:  Do you know any -- do you have any idea where
9  it is in relationship to where Amy Remsburg lived?

10    JEFFERY CLARK:  All I know is what Sheriff Greer told me.

11    MR. ADAMS:  Okay.  That's fine.  Now, let's talk a little
12  bit about Amy Remsburg.  You've heard her testimony here, have
13  you not?

14    JEFFERY CLARK:  Yes, sir, I have.

15    MR. ADAMS:  What was the relationship between you and Amy
16  Remsburg at the end when you broke up and we had this court
17  thing over whose baby it was and all that sort of thing?

18    JEFFERY CLARK:  Problems.

19    MR. ADAMS:  Major, minor, what was the deal?

20    JEFFERY CLARK:  They's major problems.

21    MR. ADAMS:  All right.  Now, was there ae period of time in
22  which Amy was having trouble with an ex-boyfriend?

23    JEFFERY CLARK:  Yes, sir, there was.

24    MR. ADAMS:  All right.  And during that period of time, did
25  you have conversations with Amy relating to pressure points and

1  things like that?

2      JEFFERY CLARK:  I had showed her what I had taken in my

3  classes of martial arts.

4      MR. ADAMS:  And where did you take martial arts?

5      JEFFERY CLARK:  A guy I had worked with out of Papercone,

6  he had taught me.

7      MR. ADAMS:  Okay.  And when you were talking to Amy

8  Remsburg about pressure points, were you talking to her in terms

9  of defending her with this guy if she had problems?

10      JEFFERY CLARK:  Yes, sir, because from what she had said,

11  you know, he was, you know, out to do something, but.

12      MR. ADAMS:  Okay.  When you were discussing pressure points

13  with her, were you discussing them in terms of manual

14  application of force or knives or guns or what were you talking

15  to her about?

16      JEFFERY CLARK:  Manual.

17      MR. ADAMS:  Okay.  She -- she mentioned here on the witness

18  stand about acupuncture.  Did you ever discuss acupuncture with

19  her?

20      JEFFERY CLARK:  I think I had a book on it, but I had never

21  done it myself, you know.  I was just reading on it, and I think

22  that's when we had discussed there.

23      MR. ADAMS:  Okay.  You have heard Amy Remsburg say that you

24  showed her how to administer a fatal blow right in this area, is

25  that true?

1    JEFFERY CLARK:  No, sir.

2    MR. ADAMS:  Okay.  Did you ever discuss this area with her

3 in terms of pressure points?

4    JEFFERY CLARK:  I discussed right behind the ear with her.

5    MR. ADAMS:  Right behind the ear, but that was it?

6    JEFFERY CLARK:  Yes, sir.

7    MR. ADAMS:  Jeff, how many times had you been to that

8 Chevron station to buy cigarettes before?  If you know, just a

9 rough guess.

10    JEFFERY CLARK:  About six or seven times.

11    MR. ADAMS:  Had you -- had you been waited on by the

12 gentleman that came in here and testified, Mr. Pozzie?

13    JEFFERY CLARK:  I reckon it's him.  I didn't never talk to

14 nobody in there.

15    MR. ADAMS:  Okay.  Now, let me ask you a question, a little

16 geography questions, Jeff, okay?  Is it closer from the Whitney

17 Avenue address to come to Meade County, come directly from the

18 Whitney Avenue address to Meade County, or is it closer to go

19 from the Whitney Avenue address all the way out to Newburg Road,

20 and then to Meade County?  Let me ask it another way.  Would you

21 be going out of your way?  If you were going from Whitney Avenue

22 address to Meade County, okay, right here, would you be going

23 out of your way to go to the Newburg station, the Chevron

24 station, on Newburg Road?

25    JEFFERY CLARK:  Yes, sir, I would.



CLARK AND HARDIN 3.06.95                                    March 06, 1995
COMMONWEALTH OF KY vs GARR KEITH HARDIN                          244

1       MR. ADAMS:  About how much?  About how many miles?

2       JEFFERY CLARK:  I'd say about four or five miles.

3       MR. ADAMS:  Okay.  Judge, if I may have just about half a

4   minute here to check and make sure of everything.  So, you have

5   heard the testimony about the lockdown in the cells at 10:30?

6       JEFFERY CLARK:  Yes, sir, I have.

7       MR. ADAMS:  Who did you room with?

8       JEFFERY CLARK:  Jerry Mabry.

9       MR. ADAMS:  Were you ever, ever alone in the cell after

10  lockdown with Clifford Capps?

11      JEFFERY CLARK:  No, sir, I wasn't.

12      MR. ADAMS:  That's all the questions I have.

13      THE COURT:  Mr. -- gentlemen, approach me for a second.

14      (Discussion at bench)

15      THE COURT:  Mr. Smith, you may go forward, sir.

16      MR. SMITH:  Now, Mr. Clark, if I understand your testimony

17  right, you did say while ago that there were times that you were

18  in the cell with Clifford Capps alone, right?

19      JEFFERY CLARK:  I -- no, sir, I was never alone with him.

20      MR. SMITH:  You were talking about speaking to your mother

21  on the phone, and you mentioned that Capps was in the cell.  Who

22  else was in there at that time?

23      JEFFERY CLARK:  Jerry Mabry and some other guy.

24      MR. SMITH:  Do you know who the other guy was?

25      JEFFERY CLARK:  Kevin Justice was in there to begin with,



1  but they moved him out and put a guy I believe by the name of

2  Charles.  He's an older man.

3      MR. SMITH:  And you don't know when -- you don't know when

4  Mabry was moved out of that cell, do you?

5      JEFFERY CLARK:  No, sir, I don't.

6      MR. SMITH:  Now, there's no question that these knives that

7  we have introduced are your knives, correct?

8      JEFFERY CLARK:  Yes, sir, they are.

9      MR. SMITH:  We show and introduced pictures of the

10 Defendant Hardin's knives, but the knives that we actually

11 introduced were your knives, right?

12     JEFFERY CLARK:  Yes, sir, they was.

13     MR. SMITH:  Now, looking on your arm, I see what looks like

14 an abrasive type of scar down here.  Can you tell me what that

15 is?

16     JEFFERY CLARK:  Where would that be?

17     MR. SMITH:  Right there.  Has there ever been any scars

18 there?

19     JEFFERY CLARK:  No, sir.

20     MR. SMITH:  Have you ever had any plastic surgery to remove

21 any scars?

22     JEFFERY CLARK:  No, sir.

23     MR. SMITH:  Now, isn't it true that you did always have a

24 knife in your vehicle?

25     JEFFERY CLARK:  No, sir, not always.  I kept one in the

1  glovebox in case I ever needed one.

2     MR. SMITH:  What kind of knife did you keep in the

3  glovebox?

4     JEFFERY CLARK:  The one I had in the glovebox, there's a

5  big lock blade about this big.

6     MR. SMITH:  Why did you keep that knife in the glovebox?

7     JEFFERY CLARK:  In case I ever needed it.

8     MR. SMITH:  Needed it for what?

9     JEFFERY CLARK:  Well, purpose cutting purposes, if self-

10  defense, or anything.

11     MR. SMITH:  Now, you did give a knife or knives to Sean

12  Mattingly and Bill Mayhan on the occasion that you went out to

13  Tulligans, didn't you?

14     JEFFERY CLARK:  Yes, sir, I did.

15     MR. SMITH:  And what was your purpose in giving them those

16  knives on that occasion?

17     JEFFERY CLARK:  Because the place we went into is pretty

18  rough.

19     MR. SMITH:  Now, on three different occasions, on three

20  different occasions, you were interviewed by the police and on

21  one of the occasions, Hope Greer was there, and on the other two

22  occasions Sheriff Greer, Bill Adams and Detective Handy were

23  there, and on all three of these occasions, you denied owning

24  any knives, didn't you?

25     JEFFERY CLARK:  No, sir, I didn't.

1      MR. SMITH:  And in fact, Hope Greer asked you do you own or

2  possess any knives, and you denied owning any knives, didn't

3  you?

4      JEFFERY CLARK:  I don't remember her asking me at all.

5      MR. SMITH:  Now, is it true that the knives were kept

6  around the trailer as Hope Jaegers testified?

7      JEFFERY CLARK:  No, sir.

8      MR. SMITH:  And have you ever seen the Defendant Hardin

9  with any knives?

10      JEFFERY CLARK:  A pocketknife.  That's about it.

11      MR. SMITH:  Never seen him with any other knives?

12      JEFFERY CLARK:  No, sir.

13      MR. SMITH:  Did you refer this knife that you carried as

14  your sacrificial knife?

15      JEFFERY CLARK:  A pocketknife that big, no, sir.

16      MR. SMITH:  Have you ever referred to any of your knives as

17  a sacrificial knife?

18      JEFFERY CLARK:  No, sir, I haven't.

19      MR. SMITH:  Now, you and Sean Mattingly were friends.  You

20  all ran around some together.  Correct?

21      JEFFERY CLARK:  We wasn't -- we just known each other.

22      MR. SMITH:  Well, you went out with him, didn't you?

23      JEFFERY CLARK:  Not that much.

24      MR. SMITH:  And you worked with him.

25      JEFFERY CLARK:  Yes, sir, I did.

1      MR. SMITH:  And you heard him testify that you referred to

2  a knife as your sacrificial knife, didn't you?

3      JEFFERY CLARK:  He never stated that I said that.

4      MR. ADAMS:  Judge, I object.  That was not the evidence.

5  The man never stated that.

6      THE COURT:  It's what your client answered, so the jury

7  remembers, you know.

8      MR. ADAMS:  Judge, I understand that, but putting into

9  evidence things that are not correct and are not true --

10      MR. SMITH:  Let's approach.

11      (Discussion in chambers)

12      MR. SMITH:  Now, Mr. Clark, is it your testimony here today

13  that you have never been involved in any way, shape, form or

14  fashion with the occult or the Satanism that we've heard so much

15  about?

16      JEFFERY CLARK:  I've never been involved.

17      MR. SMITH:  But you know that Keith Hardin has been

18  involved?

19      JEFFERY CLARK:  Yes, sir, when he was younger.

20      MR. SMITH:  Now, he was also involved with that in 1991,

21  1992 when you were around him, wasn't he?

22      JEFFERY CLARK:  No, sir, he wasn't.  At least to what I was

23  told he wasn't.

24      MR. SMITH:  We have also heard testimony about you killing

25  some animals.  That's true, isn't it?

1    JEFFERY CLARK:  No, sir, it is not.

2    MR. SMITH:  You've never killed any animals?

3    JEFFERY CLARK:  Except to feed to my snake.

4    MR. SMITH:  All right.  What animals have you killed to

5  feed to your snake?

6    JEFFERY CLARK:  A guinea pig and rats.  Whenever you got to

7  force feed them.

8    MR. SMITH:  Force feed them.  How would you catch the rats?

9    JEFFERY CLARK:  I'd buy them at the pet sore.

10    MR. SMITH:  You wouldn't catch them?

11    JEFFERY CLARK:  No, sir.

12    MR. SMITH:  Would you kill the rats before you fed them to

13  the snake or would you give them to the snake alive?

14    JEFFERY CLARK:  Well, it depend on whether they was eating

15  or not.

16    MR. SMITH:  Well, when you would kill the rats, how would

17  you kill them?

18    JEFFERY CLARK:  I would just hit them in the back of the

19  head.

20    MR. SMITH:  You didn't stab them or anything?

21    JEFFERY CLARK:  No, sir.

22    MR. SMITH:  How did you kill the guinea pig that you fed

23  the snake?

24    JEFFERY CLARK:  The guinea pig I usually knocked it out.

25    MR. SMITH:  You didn't stab it either?



CLARK AND HARDIN 3.06.95                                March 06, 1995
COMMONWEALTH OF KY vs GARR KEITH HARDIN                        250

1      JEFFERY CLARK:  No, sir, I didn't.

2      MR. SMITH:  Have you ever killed a cat?

3      JEFFERY CLARK:  No, sir.

4      MR. SMITH:  Never at all?

5      JEFFERY CLARK:  Well, I think I shot one with a BB gun when

6  I was young and killed one.

7      MR. SMITH:  And you never brought a cat -- a dead cat head

8  into work?

9      JEFFERY CLARK:  No, sir, I didn't.

10     MR. SMITH:  Did you ever take a guinea pig's head into

11 work?

12     JEFFERY CLARK:  Yes, sir, I did.

13     MR. SMITH:  What did you do with it?

14     JEFFERY CLARK:  I give it to Bill Mayhan.

15     MR. SMITH:  You wrap it up and give it to him?

16     JEFFERY CLARK:  I had it in a package.

17     MR. SMITH:  Now, you're telling us that a batter belonging

18 to the co-Defendant Mr. Hardin was placed in your truck and run

19 all the way up to the battery in your Nova with six foot jumper

20 cables.

21     JEFFERY CLARK:  Whenever I needed to start it.

22     MR. SMITH:  Now, on the night of -- the night of April 1,

23 the early morning hours of April 2, how much had you had to

24 drink on that night?

25     JEFFERY CLARK:  I think three beers.

1    MR. SMITH:  And how much had the Defendant Hardin had to

2  drink on that night?

3    JEFFERY CLARK:  It could have only been four or five beers.

4  That's about all we had.

5    MR. SMITH:  So, would it be a fair statement to say that

6  neither one of y'all were drunk as far as what you could

7  observe?

8    JEFFERY CLARK:  I wasn't.

9    MR. SMITH:  Now, you talked to Detective Handy on two

10  occasions, and Detective Hope Greer on one occasion, correct?

11    JEFFERY CLARK:  Yes, sir.

12    MR. SMITH:  And on none of these three occasions did you

13  ever mention stopping at the Chevron station, did you?

14    JEFFERY CLARK:  Yes, sir, I had mentioned it once.

15    MR. SMITH:  You did.  You mentioned it once.  Who did you

16  mention it to?

17    JEFFERY CLARK:  I think I mentioned it to Sheriff Greer.

18    MR. SMITH:  So, you told -- you did tell Sheriff Greer

19  you're telling us here today about stopping at the Chevron

20  store?

21    JEFFERY CLARK:  Yes, sir.

22    MR. SMITH:  And so Sheriff -- you heard Sheriff Greer

23  testify earlier that you never made any mention of stopping at

24  the Chevron store.  So, you're telling us he's got to be lying.

25    JEFFERY CLARK:  I ain't saying he got to be lying.  He



1  might not have forgot, but I did mention it to one of them that

2  was there.

3      MR. SMITH:  Now, you go to the Chevron station, as you told

4  us that you did, and would it be fair to characterize that there

5  was a ruckus going on, right?

6      JEFFERY CLARK:  There ain't no really ruckus.  They just

7  had some words to say.

8      MR. SMITH:  There were some blacks that had some words to

9  say to you.

10     JEFFERY CLARK:  Yes, sir.

11     MR. SMITH:  When did they say these words to you?

12     JEFFERY CLARK:  When I got out of the car.

13     MR. SMITH:  You got out of the car and they -- how many of

14  them were there?

15     JEFFERY CLARK:  Well, there was four standing outside, and

16  then I think there were some more in the car.

17     MR. SMITH:  What did they say to you?

18     JEFFERY CLARK:  They just started talking about give me

19  some money and stuff like that.

20     MR. SMITH:  They said give you some money, meaning for you

21  to give them some money?

22     JEFFERY CLARK:  Yes, sir.

23     MR. SMITH:  What did you say back?

24     JEFFERY CLARK:  I told them I didn't have none to give

25  them.



1    MR. SMITH:  And you went on and got out of the car?

2    JEFFERY CLARK:  I was already out of the car.

3    MR. SMITH:  Was the Defendant Hardin there?

4    JEFFERY CLARK:  Yes, sir.

5    MR. SMITH:  And he did not get out of the car?

6    JEFFERY CLARK:  No, sir, he didn't.

7    MR. SMITH:  He stayed in the car?

8    JEFFERY CLARK:  Yes, sir.

9    MR. SMITH:  Now, Rhonda Sue Warford, according to your

10   story, has not been in that car since December of 1991, correct?

11   JEFFERY CLARK:  Yes, sir.

12   MR. SMITH:  And prior to December of 1991, I think you said

13   she had been in your -- what, 14 times?

14   JEFFERY CLARK:  That's just --

15   MR. SMITH:  I'm not going to hold you to it.

16   JEFFERY CLARK:  An estimate.

17   MR. SMITH:  And have there been anybody else that has been

18   in -- in other words, would Michelle and them ride in that Nova

19   also?

20   JEFFERY CLARK:  Yes, sir, they would.

21   MR. SMITH:  Now, have you ever seen the Defendant Hardin

22   ever have anything to do with killing or sacrificing animals?

23   JEFFERY CLARK:  No, sir, I have not.

24   MR. SMITH:  Have you ever seen the Defendant Hardin use the

25   chalice that has been introduced into evidence?

1      JEFFERY CLARK:  I didn't even know he had one.

2      MR. SMITH:  You didn't know he had a chalice?

3      JEFFERY CLARK:  No, sir, I didn't.

4      MR. SMITH:  Have you ever seen any of these black candles

5  that -- that pictures of which have been introduced into

6  evidence?

7      JEFFERY CLARK:  No, sir.

8      MR. SMITH:  Have you ever seen this sketchbook that has

9  been introduced into evidence?

10     JEFFERY CLARK:  No, sir.

11     MR. SMITH:  And how long did the Defendant Hardin live with

12  you in this trailer?

13     JEFFERY CLARK:  About two and a half months.

14     MR. SMITH:  All right.  And it's your testimony that he had

15  none of this satanic stuff in the trailer?

16     JEFFERY CLARK:  Yes, sir, that's true.

17     MR. SMITH:  Despite the fact that he lived there for two or

18  three months?  I want to hand you what has been introduced into

19  evidence as Commonwealth's Exhibit 45, where I'll show it to

20  you.  It's a black thing.  Have you ever seen that before?

21     JEFFERY CLARK:  No, sir, I have not.

22     MR. SMITH:  Now, isn't it true that you knew -- you knew

23  that if you didn't give your consent to search your car, that

24  they could easily get a court order to do that?

25     JEFFERY CLARK:  Yes, sir, I did know that.

1     MR. SMITH:  Now, you have heard Detective Hope Greer

2  testify that the Defendant Hardin had been sacrificing animals

3  and got to where he was tired of doing animals, and wanted to do

4  a human.

5     MR. ROGERS:  I don't think Detective Greer testified to

6  that, if my memory serves me correctly.

7     THE COURT:  Hold on.  Let me do this.  All I can do is rely

8  upon the memory of the jury, and if he's wrong, the jury will

9  know it.  And with that admonition, go forwards.  That's all I

10  can tell you.

11     MR. SMITH:  Have you ever heard the Defendant Hardin make

12  any statements like that to you?

13     JEFFERY CLARK:  No, sir, he has not.

14     MR. SMITH:  The Defendant Hardin has never discussed

15  killing animals with you?

16     JEFFERY CLARK:  No, sir, he hasn't.

17     MR. SMITH:  The Defendant Hardin has never discussed

18  killing any human with you?

19     JEFFERY CLARK:  No, sir, he hasn't.

20     MR. SMITH:  And you have not seen the Defendant Hardin

21  drink any type of blood out of the chalice, which I have showed

22  you a picture of?

23     JEFFERY CLARK:  No, sir, I never fool with that stuff.

24     MR. SMITH:  Now, I want to take you back to your first

25  interview with Detective Handy, all right, in which Sheriff

1   Greer and Bill Adams were there.  Okay?  Now, at this point in

2   time, do you remember telling them that you left the trailer at

3   1:00?

4       JEFFERY CLARK:  Yes, sir.

5       MR. SMITH:  And isn't it true that you told them on that

6   occasion that you did not have any knives?

7       JEFFERY CLARK:  Yes, sir, that I didn't have no knife on me

8   then.  That was pretty much.

9       MR. SMITH:  So, you thought they were talking about having

10  any knife on you then?

11      JEFFERY CLARK:  They said --

12      MR. SMITH:  Is that what you're telling us here today?

13      JEFFERY CLARK:  They said do you have a knife.

14      MR. SMITH:  Now, and you also told Detective Handy and

15  Sheriff Greer and Bill Adams that you were not into devil

16  worshipping and you didn't know about Keith Hardin?

17      JEFFERY CLARK:  I -- that's true.

18      MR. SMITH:  But isn't it true that you knew that prior to

19  this time the Defendant Hardin had been into devil worshiping?

20      JEFFERY CLARK:  But he'd supposed to have been out of it

21  too, so I did not know.

22      MR. SMITH:  Now, also on this first occasion, you told them

23  that you had not been in Meade County for a long time, right?

24      JEFFERY CLARK:  That's true.

25      MR. SMITH:  And also on this occasion, and you didn't tell

1  them that you had been in Meade County as late as November of

2  1991, had you?

3      JEFFERY CLARK:  I haven't been here that late.

4      MR. SMITH:  Now, you have -- you have ridden four-wheelers

5  over the scene of the crime, haven't you?

6      JEFFERY CLARK:  No, sir, I have not.

7      MR. SMITH:  You're telling us that you've never ridden

8  four-wheelers down there any at all?

9      JEFFERY CLARK:  I've rode them on Amy's grandmother's and

10 her dad's property.

11     MR. SMITH:  You're telling us and the jury that you have

12 never ridden four-wheelers down (inaudible) 823 passed the

13 scene, is that what you're telling us here today?

14     JEFFERY CLARK:  All I know is Webster Road.

15     MR. SMITH:  Now, again, on this initial interview with

16 Detective Handy, Sheriff Greer and Coroner Adams, you did not

17 mention this Chevron story, did you?

18     JEFFERY CLARK:  No, sir.

19     MR. SMITH:  Now, you did not like -- no, sir, you did not

20 mention it, did you?

21     JEFFERY CLARK:  No, sir, not the first time.

22     MR. SMITH:  Well, they were talking to you and you knew

23 this was very serious for you to be brought down to the police

24 station, right?

25     JEFFERY CLARK:  They said that they just wanted to question

 1  me where I was at.

 2      MR. SMITH:  And yet you didn't think it or find it

 3  important enough to tell them about this Chevron situation, did

 4  you?

 5      JEFFERY CLARK:  No, they just wanted to know where I was at

 6  that night.

 7      MR. SMITH:  And according to your testimony, that is one of

 8  the places that you were supposedly at that night, but you

 9  didn't tell them, did you?

10      JEFFERY CLARK:  They just wanted to know where I was that

11  night, nothing in particular.

12      MR. SMITH:  Now, you didn't like Rhonda Sue Warford, did

13  you?

14      JEFFERY CLARK:  I never had a problem with the girl.

15      MR. SMITH:  Now, you are right-handed, correct?

16      JEFFERY CLARK:  No, sir, I am not.

17      MR. SMITH:  You're telling me the jury today that you're

18  left-handed?

19      JEFFERY CLARK:  Yes, sir, I am.

20      MR. SMITH:  And you heard Mrs. Warford testify that you

21  are, in fact, right-handed.

22      JEFFERY CLARK:  I don't know how she'd know I wasn't.

23      MR. SMITH:  You have been in Ms. Warford's house, haven't

24  you?

25      JEFFERY CLARK:  One time.

1      MR. SMITH:  Now, you have heard Hope Jaggers describe a

2   scene in which you were present when Rhonda Warford cut her

3   fingers and blood was rubbed on the c-Defendant Hardin's hands.

4   You heard that.  Is that true?

5      JEFFERY CLARK:  That's what she says.

6      MR. SMITH:  Did you ever see that?

7      JEFFERY CLARK:  No, sir, I did not.

8      MR. SMITH:  Can you give us any reason whatsoever why Hope

9   Jaggers would have any motivation to lie?

10      MR. ADAMS:  Objection, Judge, ask for a conclusion.

11      THE COURT:  If he -- if he knows of any reason or problem,

12   I'm going to let it go to bias.  I don't want you to speculate.

13   If you had any particular problem with Hope Jaggers, I'll let

14   you answer that, but don't guess.

15      MR. SMITH:  You have never had any problem whatsoever with

16   Hope Jaggers, have you, Mr. Clark?

17      JEFFERY CLARK:  I only met her one time, her, her

18   boyfriend, and some other guy that she brung with her.

19      MR. SMITH:  Now, isn't it true that when Sheriff Greer came

20   over and saw you with the Nova, you were painting the Nova?

21      JEFFERY CLARK:  No, sir, I wasn't.

22      MR. SMITH:  You were not painting the Nova white or working

23   on the Nova or doing body work on the Nova?

24      JEFFERY CLARK:  I was doing body work sanding it.

25      MR. SMITH:  Were you preparing the surface to paint?

1    JEFFERY CLARK:  After I filled in the rust spots.

2    MR. SMITH:  You were going to paint the car?

3    JEFFERY CLARK:  Yes, primer that spot on the rear corner.

4    MR. SMITH:  Now, it's also true that you keep extra and old

5    tires around, don't you?

6    JEFFERY CLARK:  Just old ones because you can't throw them

7    in the garbage.  Garbage won't take them.

8    MR. SMITH:  In fact, you keep extra set of tires in the

9    trunk of that Nova, don't you?

10   JEFFERY CLARK:  A spare tire.

11   MR. SMITH:  Now, I want to take you back to the second

12   interview, again, with the Detective Handy, Sheriff Greer, and

13   Coroner Adams.  Now, at that second interview, at that second

14   interview, you admitted lying previously about the knives,

15   didn't you?

16   JEFFERY CLARK:  They asked me if I owned knives, and I told

17   them yes, I owned a whole bunch.

18   MR. SMITH:  You said to them you said yeah, I lied to you

19   before about the knives, isn't that the truth?

20   JEFFERY CLARK:  No.  I thought they had asked me if I had a

21   knife on me.

22   MR. SMITH:  And so if Detective Handy testified that you

23   admitted lying earlier about the knives, that is not true?  Is

24   that what you're telling us?

25   JEFFERY CLARK:  I guess we apparently took it the wrong

1  way.

2     MR. SMITH:  Now, again, at this second interview, at this

3  second interview with Detective Handy, Sheriff Greer and Coroner

4  Adams there, you again made no mention whatsoever about this

5  Chevron story, did you?

6     JEFFERY CLARK:  I think I told Sheriff Greer on the way

7  over there.

8     MR. SMITH:  And but you were interviewed formally at the

9  police station the second time with Detective Handy, Greer and

10  Adams there, Sheriff Greer and Coroner Adams there, and you made

11  no mention whatsoever at that interview about this Chevron

12  story, did you?

13     JEFFERY CLARK:  They asked me where I was that night.  They

14  asked me where I was that night.  They didn't ask me where I

15  went to before I --

16     MR. SMITH:  You told them that you left at 1:00 and you

17  went home.  You never told them anything about stopping at any

18  Chevron station, did you, Mr. Clark?

19     JEFFERY CLARK:  No, sir, I didn't.

20     THE COURT:  Okay.  Let's stop for a second.  We got to

21  change tapes.

22     (Recess)

23     MR. SMITH:  Now, your attorney was asking you about this

24  paternity thing in court.  Remember that?

25     JEFFERY CLARK:  Yes, sir.

1      MR. SMITH:  Actually it was not a paternity thing.  It was

2  a domestic violence hearing, wasn't it?

3      JEFFERY CLARK:  It was both.

4      MR. SMITH:  And this is where you said the child's not

5  mine.

6      JEFFERY CLARK:  No, I did not say that.

7      MR. SMITH:  Now, even after this hearing -- tell me when

8  this first hearing was when y'all went to court.

9      JEFFERY CLARK:  The first hearing when we went was up at

10  Jefferson City at the Hall -- Hall on Jefferson Street.  It was

11  up in the second floor.

12      MR. SMITH:  What month?

13      JEFFERY CLARK:  It was in August of '91.

14      MR. SMITH:  And you're saying that things were, I think you

15  said, bad between you and Amy Remsburg, right?

16      JEFFERY CLARK:  Yes, sir, they was.

17      MR. SMITH:  However, however, she called you after that

18  date and you came out to the hospital to see the child, didn't

19  you?

20      JEFFERY CLARK:  She called me, but I did not go to the

21  hospital.

22      MR. SMITH:  And you also came down to Painville to her

23  sister's house in November of 1991 to see the child, didn't you?

24      JEFFERY CLARK:  No, sir, I did not.

25      MR. SMITH:  Now, I want to take you now to the interview

1  with Hope Greer, the blonde female detective.  You know her.

2  You've seen her here.  Right?

3      JEFFERY CLARK:  Yes, sir.

4      MR. SMITH:  You told her in that interview that you were

5  not familiar with Meade County, didn't you?

6      JEFFERY CLARK:  Yes, sir, that's the truth.

7      MR. SMITH:  And you never told Detective Greer at that

8  interview that you had actually lived in Meade County, did you?

9      JEFFERY CLARK:  Yes, sir, I think I did.

10     MR. SMITH:  Well, Hope Greer says you did not.  Do you

11 remember her testimony saying no, he never told me he lived in

12 Meade County?

13     JEFFERY CLARK:  Well, I had --

14     MR. SMITH:  I'll move along.  Now, again, on this third

15 interview, on this third interview, you were asked by Detective

16 Greer if you owned or possessed any knives, and on this third

17 interview you said no.  Isn't that true?

18     JEFFERY CLARK:  I don't -- I don't think so.  I don't know.

19 I don't remember that asking me about any knives at all on the

20 third interview.

21     MR. SMITH:  And on this third interview -- on this third

22 interview you know that things are getting pretty serious here,

23 don't you?  I mean this is the third -- third time they've

24 talked to you, and even on this third occasion, you didn't

25 mention anything about this Chevron story, did you?

1    JEFFERY CLARK:  Uh, um-um.  No, sir, I didn't.

2    MR. SMITH:  You didn't think it was important on this

3  occasion either, did you?

4    JEFFERY CLARK:  I -- no, sir.

5    MR. SMITH:  Now, now, on this interview, isn't it true that

6  you told Detective Greer, and I quote, "I couldn't kill her and

7  do what was done to her."  You made that statement to Detective

8  Greer, didn't you?

9    JEFFERY CLARK:  Yes sir, I did.

10   MR. SMITH:  And then Detective Greer asked you she said how

11 do you know what was done to her, and you shut up.  You said

12 nothing else, did you?

13   JEFFERY CLARK:  Uh, you might want to talk to Sheriff Greer

14 about that.

15   MR. SMITH:  We've already talked to Sheriff Greer about

16 that.  He was not there when Hope Greer interviewed you.

17 Sheriff Greer was there when you were interviewed with Detective

18 Handy and Coroner Adams.  Did you make that response or lack of

19 a responses?  She said how do you know what was done to her,

20 and you shut up and didn't say anything, isn't that true, Mr.

21 Clark?

22   JEFFERY CLARK:  Yes, sir, that is true.

23   MR. SMITH:  Because you didn't say anything because you

24 knew you were involved, isn't that true?

25   JEFFERY CLARK:  No, sir, that is not true.

1      MR. SMITH:  Now, you told Capps "I did it", didn't you?

2      JEFFERY CLARK:  No, sir, I didn't.

3      MR. SMITH:  And on a later occasions, isn't it true that

4   you told Capps we did it?

5      JEFFERY CLARK:  No, sir, I did not.

6      MR. SMITH:  So, everybody's lying here, but you, right?

7   That's what you're telling us.

8      JEFFERY CLARK:  No, sir, I ain't ever said that.

9      MR. SMITH:  You did that, didn't you?

10      JEFFERY CLARK:  No, sir, I did not.

11      MR. SMITH:  Didn't have anything to do with it?

12      JEFFERY CLARK:  No, sir.

13      MR. SMITH:  I don't have anything further.

14      THE COURT:  Mr. Rogers, you may cross at this time.

15      MR. ROGERS:  Now, did the police two or three interviews

16   they had with you prior to your arrest ever tell you that you

17   looked real good for being the suspect of a murder?

18      JEFFERY CLARK:  No, sir, they did not.

19      MR. ROGERS:  Did they ever tell you that it was really

20   important for you to account for every minute and every second

21   of your time the night Rhonda disappeared?

22      JEFFERY CLARK:  No, sir, they did not.

23      MR. ROGERS:  Okay.  Did they ever ask you was there anyone

24   who saw you the night she disappeared that can corroborate your

25   whereabouts?

1    JEFFERY CLARK:  No, sir, they did not.

2    MR. ROGERS:  And is that why you didn't think it was

3    important to mention the Chevron stopping to get a pack of

4    cigarettes for five minutes?

5    JEFFERY CLARK:  Yes, they just asked me where I was.

6    MR. ROGERS:  Now, you said that you knew that Keith

7    originally got involved in this reading about Satanism from

8    books that he got from the school library.

9    JEFFERY CLARK:  Yes, sir.

10   MR. ROGERS:  And that was several years ago, was it not?

11   JEFFERY CLARK:  Yes, sir.

12   MR. ROGERS:  Okay.  And at the time he lived with you in

13   the trailer, and thereafter you didn't see any of this satanic

14   type material in that vicinity?

15   JEFFERY CLARK:  No, sir.

16   MR. ROGERS:  He didn't practice any of that around you?

17   JEFFERY CLARK:  No, sir, he did not.

18   MR. ROGERS:  He didn't sit in the trailer and light candles

19   and chant or anything?

20   JEFFERY CLARK:  No, sir, he did not.

21   MR. ROGERS:  Okay.  Do you know anything about the inverted

22   cross that was put on Rhonda Walker's body?

23   JEFFERY CLARK:  Yes, sir, I do.

24   MR. ROGERS:  And what do you know about that?

25   JEFFERY CLARK:  I had come in from a bar whenever he was

1 | putting it on.

2 |    MR. ROGERS:  Okay.  I mean you saw Keith do that, didn't
3 | you?

4 |    JEFFERY CLARK:  Yes, sir, I did.

5 |    MR. ROGERS:  Was it from the observation that you observed,
6 | was that done with Rhonda's consent?

7 |    JEFFERY CLARK:  Yes, sir.  She was sitting there.

8 |    MR. ROGERS:  She didn't say no, don't do that?

9 |    JEFFERY CLARK:  No, sir, she did not say that.

10 |    MR. ROGERS:  Okay. Now, as I understand your testimony, up
11 | until April 2, when you went over to Keith's house, his car
12 | wasn't in running order, correct?

13 |    JEFFERY CLARK:  Yes, sir, that's true.

14 |    MR. ROGERS:  Okay.  And, oh, again, about these battery
15 | cables.  Let me get this straight.  You had a battery from
16 | Keith's car that hadn't been running in the trunk of your car?

17 |    JEFFERY CLARK:  Yes, sir, I did.

18 |    MR. ROGERS:  Now, every time you had to start it, did you
19 | take the batter out or did you just open up the trunk or how --
20 | tell me about that.

21 |    JEFFERY CLARK:  We had to take the battery halfway out of
22 | the car, you know, to carry it around to the front, and then
23 | hooked the jumper cables to it.

24 |    MR. ROGERS:  Okay.  So, I'm just -- I'm envisioning this
25 | picture of you trucking down the street with battery cables

1 | hanging around the side of the car.

2 |     JEFFERY CLARK:  Oh, no, sir.

3 |     MR. ROGERS:  Okay.  So, you -- you took it out when you

4 | need to start the car?

5 |     JEFFERY CLARK:  Yes, sir.

6 |     MR. ROGERS:  Okay.  I want to make sure I understood what

7 | was going on.  Oh, how far is it from your house to Keith's

8 | house?

9 |     JEFFERY CLARK:  About -- from my mom and dad's house?

10 |     MR. ROGERS:  Yeah, that's coming from your mom and dad's

11 | house.

12 |     JEFFERY CLARK:  Two blocks.

13 |     MR. ROGERS:  Okay.  So, what did it take you to drive that,

14 | two minutes?

15 |     JEFFERY CLARK:  Yes, sir.

16 |     MR. ROGERS:  Okay. Now, your Nova has got -- what is the

17 | front seat configuration of it?

18 |     JEFFERY CLARK:  It's bucket seats with a console in the

19 | middle.

20 |     MR. ROGERS:  Okay.  Are there times when Keith would ride

21 | in the front seat and Rhonda would ride in the back?

22 |     JEFFERY CLARK:  Yes, sir, that's normal.

23 |     MR. ROGERS:  Because you can't get three people in the

24 | front, right?

25 |     JEFFERY CLARK:  Yes, sir.

1      MR. ROGERS:  Okay.  Just a second.  Thank you, sir.  I

2  don't have any other questions at this time.

3      THE COURT:  Thank you.  Mr. Adams, I believe it's your

4  turn.

5      MR. ADAMS:  Just a couple, Judge.  Mr. Clark, when the

6  search warrant was executed on your trailer on May 5, 1992,

7  there was absolutely no satanic material whatsoever found there,

8  is that correct?

9      JEFFERY CLARK:  Yes, sir.

10      MR. ADAMS:  All right.  In fact, they haven't even tried to

11  allege that there's any there, right?

12      JEFFERY CLARK:  Yes, sir.

13      MR. ADAMS:  Do -- did you have any little vases or little

14  red devils that were in there?

15      JEFFERY CLARK:  I had Budweiser bulls.

16      MR. ADAMS:  Budweiser bulls that were red?

17      JEFFERY CLARK:  Yes, sir, with gold horns.

18      MR. ADAMS:  Okay.

19      JEFFERY CLARK:  With Budweiser on the side.

20      MR. ADAMS:  Okay.  Is that the only thing you had in there

21  that could have resembled anybody with horns at all?

22      JEFFERY CLARK:  Yes, sir.

23      MR. ADAMS:  Okay.  Now, we heard the -- not Detective

24  Greer, but the young lady Greer, testify about knives in your

25  trailer.  Did you have a display case with some knives in your

1  trailer?

2      JEFFERY CLARK:  Yes, sir, I did.

3      MR. ADAMS:  All right.  And did you leave them there?  Were

4  they ever removed before May 5, 1992?

5      JEFFERY CLARK:  No, sir, they was not.

6      MR. ADAMS:  Did you remove anything from your trailer

7  between the date of her death and May 5, 1992?

8      JEFFERY CLARK:  I took a carburetor and intake manifold out

9  of the shed.

10      MR. ADAMS:  Okay.  All right.  Now, do you recall what day

11  of the week it was that you were interviewed by Hope Greer?

12      JEFFERY CLARK:  That was Tuesday the 7.

13      MR. ADAMS:  And by Tuesday the 7, tell the ladies and

14  gentlemen of the jury what you knew about Rhonda Sue Warford's

15  death and how you learned it.

16      JEFFERY CLARK:  I knew that she had been stabbed to death.

17      MR. ADAMS:  And how did you first learn that?

18      JEFFERY CLARK:  From the news -- newspaper Monday morning.

19      MR. ADAMS:  Okay.  And did you ever happen to see it on the

20  television news?

21      JEFFERY CLARK:  Yes, sir.

22      MR. ADAMS:  Okay.  Once you were questioned about it, what

23  did you -- what was your mindset?  What were you thinking about?

24      JEFFERY CLARK:  They said if I come down there, cooperated,

25  it all be over with and I wouldn't have nothing to worry about.

1    MR. ADAMS:  Okay.

2    JEFFERY CLARK:  As long as I cooperated.

3    MR. ADAMS:  Did you cooperate with them as much as you

4  could?

5    JEFFERY CLARK:  I tried giving them everything that they

6  asked for.

7    MR. ADAMS:  Okay.  On Sunday, April 5, when you went back

8  over to Keith's house, okay, did you learn anything about the

9  method of or how Rhonda Sue Warford died at that particular

10  point?

11    JEFFERY CLARK:  No, sir, I think they just said she's dead.

12    MR. ADAMS:  Okay.  By Tuesday, April 7, had any of the

13  officers in this case by this time told you that she had been

14  stabbed to death?

15    JEFFERY CLARK:  Yes, sir, they had.

16    MR. ADAMS:  By this particular time, did they end up

17  showing you any photographs?

18    JEFFERY CLARK:  Yes, sir, they did.

19    MR. ADAMS:  And when did they show you those photographs?

20  It was on Tuesday or Wednesday?

21    JEFFERY CLARK:  I'm pretty sure it was on Tuesday.

22    MR. ADAMS:  Okay.  Did you -- did you see the television

23  coverage of this prior to your interview with Detective Greer,

24  Hope Greer?

25    JEFFERY CLARK:  About what the killing?

1     MR. ADAMS:  Yes.

2     JEFFERY CLARK:  Yes, I had.

3     MR. ADAMS:  Okay.

4     THE COURT:  Finished Mr. Adams?

5     MR. ADAMS:  Yes, I am.  Thank you, sir.

6     THE COURT:  Mr. Smith?

7     MR. SMITH:  I want you to -- I want to refer you back to

8  Detective Hope Greer's testimony.  "I asked Mr. Clark if he was

9  aware of the seriousness of the investigation, and he said that

10  he understood that it was very serious.  I asked him if he was

11  aware that we would check out all parts of his alibi which he

12  had given to Detective Handy, and he informed me that he

13  understood that it would be necessary for us to check out what

14  he had told us."  Despite that, despite that, you still never

15  said anything to them about the Chevron situation, had you?

16     JEFFERY CLARK:  Yes, sir, I had said something to -- to one

17  of them.

18     MR. SMITH:  "I asked Mr. Clark if he had owned or had

19  access to any knives of any type, and he stated that he did not

20  own a knife, and did not carry a knife."  Now, that's what you

21  told Detective Greer, isn't it?

22     JEFFERY CLARK:  I don't remember mentioning anything the

23  knives with her.

24     MR. SMITH:  That's all.

25     THE COURT:  Mr. Adams, Mr. Rogers?

1       MR. ROGERS:  That's all, Judge.

2       THE COURT:  You may return to counsel table.  Would the

3   gentlemen approach me for a second, please, if you don't mind?

4       (Discussion in chambers)

5       THE COURT:  Ladies and gentlemen, we, at this point in

6   time, Mr. Adams advises me that he's ready to turn over the

7   defense to Mr. Rogers and to his client.  We're going to recess

8   for the evening.  Let me tell you what to expect.  You

9   understand all the way through I've been trying to give you my

10  best estimate of time, but please understand that it's simply an

11  estimate or educated guess.  I would think that the proof in

12  this case would be finished by early to midafternoon tomorrow.

13  At that time, it's my intention to prepare the jury instructions

14  to permit the attorneys thereafter to make their closing

15  summations to you, and to present the case then to you for a

16  decision.

17      I must, because of my scheduling situation, I've got to

18  stay here until it's finished tomorrow night.  I would suggest

19  to you, and I don't know how long you'll be here, but I would

20  suggest to you that if you have any family commitments or family

21  obligations that require your time tomorrow evening or tomorrow

22  night, that you make arrangements accordingly, that you plan on

23  being with us.  Okay.

24      Let me give you the formal admonition, and then I'll let

25  you go home.  Ladies and gentlemen, it is your duty not to



1   permit anyone to speak to or to communicate with you on any

2   subject connected with this trial, and any attempt to do so

3   should be immediately reported by you to the court.  Do not

4   converse or discuss among yourselves any subject connected with

5   the trial or form or express any opinion thereon until the case

6   is finally submitted to you for determination.  If anyone should

7   state anything within your hearing about this case, promptly

8   bring that fact to the attention of the court.

9        Ladies and gentleman, that admonition is of critical

10  importance.  As we're moving towards the conclusion of the

11  trial, it becomes even more important because we have more time

12  and effort involved in it.  Please be super, super careful.

13  When you wake up Wednesday morning, you can scream whatever you

14  want to to the world.  So, hold off for us if you will about

15  another 48 hours.  Be very careful.

16       I want everyone in the courtroom to stay in the courtroom

17  until the jury's had a chance to get out of the building.  Okay?

18  Gory, you going to show them out?

19

20                         ---

21             (Conclusion of recorded proceedings)

22                         ---

23

24

25



800.211.DEPO (3376)
EsquireSolutions.com