CLARK AND HARDIN 3.07.95                                    March 07, 1995
COMMONWEALTH OF KY vs GARR KEITH HARDIN                              59

1          MR. ROGERS:  Okay.  Now, Mr. Hardin, did you kill

2   Rhonda Warford?

3          MR. HARDIN:  No, sir, I didn't.

4          MR. ROGERS:  Did you have anything to do with her

5   death?

6          MR. HARDIN:  No, sir.

7          MR. ROGERS:  Did you have anything to do with her

8   disappearance?

9          MR. HARDIN:  No, sir.

10          MR. ROGERS:  Do you have any idea who might have?

11          MR. HARDIN:  No, sir, I don't.

12          MR. ROGERS:  Okay.  Now, where are you currently

13   living, Keith?

14          MR. HARDIN:  Living in Louisville, 10774 Tarrytowne

15   Road.

16          MR. ROGERS:  Whose house is that?

17          MR. HARDIN:  My parents' house.

18          MR. ROGERS:  And how long have you lived there?

19          MR. HARDIN:  I've lived there most of my life.

20          MR. ROGERS:  Okay.  Did you live anywhere else during

21   your lifetime?

22          MR. HARDIN:  Yes, sir, I did.

23          MR. ROGERS:  And where would that be?

24          MR. HARDIN:  I lived with Jeff Clark off Newburg Road

25   in his trailer.

1          MR. ROGERS:  And that's that trailer we've heard about
2    all throughout this trial, the same one?

3          MR. HARDIN:  Yes, sir.

4          MR. ROGERS:  Snake trailer -- can we approach just a
5    second?

6          (Discussion off the record.)

7          THE COURT:  Ladies and gentlemen, as I've indicated --
8    I'm talking to the people out in the courtroom.  As I've
9    indicated to you several times during this trial and
10   continuously since I have became judge, the public is always
11   welcome.  We want you here.  This is your court.  We appreciate
12   your attendance.  I would ask that you respect the fact that
13   this is a court of law.  It's a place of dignity.  Accordingly,
14   I don't want any body gestures or oral expressions with respect
15   to your agreement or disagreement with the testimony or nothing
16   -- certainly no talking, whispering, or communication, nothing
17   that would distract the jury from the matters before them.  This
18   is important.  Their ability to listen and to concentrate on the
19   evidence is important.  So you're very much welcome.  I want you
20   here.  But I'll expect all of you to sit there quietly and
21   without expression and without any form of gestures.  Okay.
22   Let's go forward, sir.

23         MR. ROGERS:  Okay.  We were talking about the snake
24   trailer.  How long did you live there with Jeff?

25         MR. HARDIN:  Right around three months.

1          MR. ROGERS:  And about -- approximately what period of

2     time was that?

3          MR. HARDIN:  Would have been I think right around end

4     of November, beginning of December.

5          MR. ROGERS:  And that's 1991, right?

6          MR. HARDIN:  Yes.

7          MR. ROGERS:  And you stayed there about three months?

8          MR. HARDIN:  Yes.

9          MR. ROGERS:  Okay.  Are you currently employed?

10         MR. HARDIN:  Yes, I am.

11         MR. ROGERS:  What kind of job do you have?

12         MR. HARDIN:  I work for a company.  We make and

13    embroider all kinds of hats and caps.

14         MR. ROGERS:  And what do you do there?

15         MR. HARDIN:  I'm the person that supplies all the

16    machines with work and makes sure they don't run out of thread.

17    And whenever they have a bad hat or a defective hat, I go in the

18    back to our warehouse and get what they need.

19         MR. ROGERS:  Okay.  And how long you been working

20    there?

21         MR. HARDIN:  A little over a year now.

22         MR. ROGERS:  Tell these people when in your life prior

23    to this case you've ever been to Meade County?

24         MR. HARDIN:  I've been to Otter Creek Park about five

25    years ago.  I've been there a couple of times.  I didn't realize

1  it was in Meade County.  I figured it was in Radcliff because

2  where I come in, I have to go through Radcliff to get there.  So

3  I figured it was in Radcliff.

4          MR. ROGERS:  Have you ever been to the scene where

5  Rhonda was killed?

6          MR. HARDIN:  No, sir, I haven't.

7          MR. ROGERS:  Do you currently practice Satanic

8  religion?

9          MR. HARDIN:  No, sir, I don't.

10          MR. ROGERS:  When did you cease that religious

11  affiliation?

12          MR. HARDIN:  It was about the middle or the end of

13  January of '92.

14          MR. ROGERS:  And did you at one time practice Satanism

15  as a religion?

16          MR. HARDIN:  Yes, sir, I did.

17          MR. ROGERS:  Over what period of time did you -- were

18  you involved in that type of religious practice?

19          MR. HARDIN:  I'd say around six years.

20          MR. ROGERS:  Okay.  Why did you quit?

21          MR. HARDIN:  I just lost my faith, lost my belief in

22  it.

23          MR. ROGERS:  Did you ever try to get Rhonda involved

24  in it?

25          MR. HARDIN:  Well, no.  Now, actually we've talked

1  about it before, but she told me she didn't care much for any

2  religion and say she, I guess, did have some influence on my

3  getting out of Satanism.

4          MR. ROGERS:  Okay.  Did you tattoo a cross on Rhonda,

5  inverted cross?

6          MR. HARDIN:  Yes, sir, I did.

7          MR. ROGERS:  Okay.  Tell us about that.

8          MR. HARDIN:  It was shortly after we started dating, I

9  was still into Satanism and she asked me if I would do it and I

10 didn't ask her why.  I didn't say no.  I just went ahead and did

11 it because at the time I was still involved in Satanism.

12         MR. ROGERS:  And that is a symbol of Satanism, is it

13 not?

14         MR. HARDIN:  Yes.  It's one of the many symbols, yes.

15         MR. ROGERS:  Is it also construed sometimes as an

16 anti-establishment type symbol?

17         MR. HARDIN:  Yes, sir.

18         MR. ROGERS:  So that type of symbol would not

19 necessarily mean someone was involved with Satanic religious

20 practices?

21         MR. SMITH:  Objection.

22         THE COURT:  You've got to testify.

23         MR. ROGERS:  Okay.  Explain some of the practices that

24 you engaged in in this religious activities in Satanism?

25         MR. HARDIN:  Mostly like nights around midnight, full

1   moons, light candles, chant, say prayers, meditate.  That's

2   basically it.

3          MR. ROGERS:  Did you ever engage in any type of blood-

4   letting ceremonies?

5          MR. HARDIN:  No, sir, I didn't.

6          MR. ROGERS:  Now, were -- the things we see in movies

7   of people standing around, you know, in black hoods and with

8   knives and stuff and axes, did you ever do anything (inaudible)?

9          MR. HARDIN:  No, sir, I didn't.

10         MR. ROGERS:  Were you ever involved in any, I guess we

11  would call it a church or in a cult group of people?

12         MR. HARDIN:  No, sir.  I was involved in it all by

13  myself.

14         MR. ROGERS:  Is this the book that you read that

15  involved your religious practices?

16         MR. HARDIN:  Yes, sir, it is.

17         MR. ROGERS:  Okay.  Now, you remember Hope Jaeger

18  testified here?

19         MR. HARDIN:  Yes, sir.

20         MR. ROGERS:  Okay.  And she's the one that testified

21  about Rhonda cutting her fingers and -- do you ever remember

22  anything like that happening or tell us about it if you do?

23         MR. HARDIN:  I don't remember anything like that

24  happening, no, sir.

25         MR. ROGERS:  Does your religious practice, your

 1  beliefs in Satanism when you practiced it involve the

 2  sacrificing of any animals?

 3          MR. HARDIN:  No, sir.  No sacrifice at all.

 4          MR. ROGERS:  Did it involve the sacrifice of any human

 5  beings?

 6          MR. HARDIN:  No, sir.

 7          MR. ROGERS:  Now, isn't it correct that there are --

 8          MR. SMITH:  Objection.  Leading.

 9          MR. ROGERS:  Okay.  Does this book Half Past

10  (inaudible) referring to sacrificing things?

11          MR. HARDIN:  Yes, sir, it does.

12          MR. ROGERS:  Tell us about that and what it means in

13  the text of this book.

14          MR. HARDIN:  It means symbolically like you make an

15  image of someone out of wax, paper of whatever.  Instead of

16  doing the person themselves harm, you would just like destroy

17  this image, you know, burn it, drown it, stick pins in it,

18  whatever you want to release your anger towards this image

19  instead of the person themself to hurt another person.

20          MR. ROGERS:  Do you remember discussing with --

21          MR. SMITH:  Objection.

22          THE COURT:  Ask the question.

23          MR. ROGERS:  Do you remember discussing or talking

24  with Detective Handy about this subject?

25          THE COURT:  Overruled.  The objection is overruled.

1           MR. ROGERS:  Sacrificing?

2           MR. HARDIN:  Yes, sir.

3           MR. ROGERS:  Tell us what you remember about that

4    conversation you had with Detective Handy.  What did he ask you?

5    What did you say?

6           MR. HARDIN:  He asked me if I've sacrificed any

7    animals and I told him no.

8           MR. ROGERS:  You ever tell him anything about human

9    beings?

10          MR. HARDIN:  No, sir, I didn't.

11          MR. ROGERS:  Now, are there branches or groups of

12   Satanic religion that do believe in sacrifices?

13          MR. HARDIN:  Yes, sir, there is.

14          MR. ROGERS:  Tell us about that.  What do they call

15   them or what are their beliefs if you know?

16          MR. HARDIN:  Well, traditional Satanism, also known as

17   Outlaw Satanism, they're a very primitive religion, very

18   sanguinary.  They're blood-thirsty group of people.  They're the

19   ones you hear about molesting children and torturing dogs and

20   cats, things like that.

21          MR. ROGERS:  Okay.  Were you ever involved in that

22   branch or that type of Satanic religious practice?

23          MR. HARDIN:  No, sir.  I was involved in Neo-Satanism.

24          MR. ROGERS:  Now, have you ever come across or read

25   any literature on sacrificing animals or humans?

1      MR. HARDIN:  Very little, yes.

2      MR. ROGERS:  When you say very little, what does that

3  mean?

4      MR. HARDIN:  Things like that is very rare find

5  literature on.

6      MR. ROGERS:  Now, if you did -- were involved in this

7  type of branch of Satanism and sacrificed an animal or a human,

8  are there specific things that are supposed to be done with that

9  sacrifice?

10      MR. HARDIN:  Yes, sir.

11      MR. ROGERS:  And you've heard some of those testified

12  to here in court by the people that have been called as experts,

13  right?

14      MR. HARDIN:  Yes, sir.

15      MR. ROGERS:  Now, to your knowledge of studying this

16  religion, if those practices are not followed in connection with

17  a sacrifice, whether it be animal or human, what would be the

18  result?

19      MR. HARDIN:  Well, you'd sacrifice to achieve a

20  certain goal and if you don't follow the rules or the guidelines

21  exactly, what you're seeking for won't happen.  You have to

22  follow it exact.

23      MR. ROGERS:  Now, are you aware or have knowledge of

24  any other religions except Satanism?

25      MR. HARDIN:  Yes, sir, I do.

1        MR. ROGERS:  Are any of the practices of any other

2   counter-religions similar to any of the things you practiced?

3        MR. HARDIN:  Yes, sir, there is.

4        MR. ROGERS:  Such as?

5        MR. HARDIN:  Well, like, for example, Catholics, they

6   still believe they can exorcise a demon from a person's body.

7        MR. ROGERS:  Do they drink out of chalices?

8        MR. HARDIN:  Yes, sir, I believe they do.

9        MR. ROGERS:  Are you aware of any religions that

10  believe in communicating with their dead spirits or ancestors as

11  part of their religions?

12        MR. HARDIN:  Yes, sir.  On the Native Americans, they

13  very strongly believe in that.

14        MR. ROGERS:  You're talking about Indians, right?

15        MR. HARDIN:  Yes.  And Oriental people are pretty big

16  on that too.

17        MR. ROGERS:  And that's what this book here is about,

18  isn't it?

19        MR. HARDIN:  Yes, sir.

20        MR. ROGERS:  Okay.  This is sort of a do-it-yourself

21  communicate with the spirits?

22        MR. HARDIN:  Basically, yes.

23        MR. ROGERS:  Okay.  Did you ever talk to any dead

24  people using that book?

25        MR. HARDIN:  No, sir.  It's just something I study.

Case 3:17-cv-00419-GNS-CHL   Document 317-14   Filed 01/26/23   Page 11 of 67 PageID #: 25853

1          MR. ROGERS:  Do you have a passion for knives?

2          MR. HARDIN:  No, sir, I don't.

3          MR. ROGERS:  Tell us about the knives you have and

4    this sort of thing.

5          MR. HARDIN:  I have various sizes of knives, hunting

6    knives.

7          MR. ROGERS:  Is this what you would refer to as a

8    hunting knife?

9          MR. HARDIN:  Yes, sir.

10         MR. ROGERS:  And it's got the compass in the end of it

11   and --

12         MR. HARDIN:  Yes.

13         MR. ROGERS:  Okay.  What other type of knives do you

14   have?

15         MR. HARDIN:  I have pocket knives.

16         MR. ROGERS:  Something like that?

17         MR. HARDIN:  Yes.

18         MR. ROGERS:  Where did you obtain the knives that you

19   had -- that you owned?

20         MR. HARDIN:  The man that lives next door to us, my

21   parents' house, John Culfer, he sells knives and all kinds of

22   things at flea markets.

23         MR. ROGERS:  Did he ever give you any?

24         MR. HARDIN:  Yes, sir.

25         MR. ROGERS:  How many or when and why?

1          MR. HARDIN:  He always gave me knives for my birthday

2    and every Christmas.

3          MR. ROGERS:  And what type of knives would he give

4    you?

5          MR. HARDIN:  The hunting knife, survival knives,

6    pocket knives.

7          MR. ROGERS:  And again, when we're talking about

8    survival knives, that's a term we haven't -- is it something

9    like that?

10         MR. HARDIN:  Yes.

11         MR. ROGERS:  Okay.  Military type?

12         MR. HARDIN:  Yes.

13         MR. ROGERS:  Do you remember talking to Detective

14   Handy and discussing with him knives?

15         MR. HARDIN:  Yes, sir, I do.

16         MR. ROGERS:  Okay.  Tell us what Detective Handy said

17   and tell us what your reply was.

18         MR. HARDIN:  He asked me if I had a knife and I told

19   him no because I thought he was referring to do I have a knife

20   on me at the present time.

21         MR. ROGERS:  And where were you then?

22         MR. HARDIN:  Downtown at the police station.

23         MR. ROGERS:  So you're saying you didn't take a knife

24   down to the police station with you?

25         MR. HARDIN:  That's right.

1          MR. ROGERS:  Now, later that same evening after you

2    had talked to Detective Handy, do you remember talking to

3    Detective Hope Greer, the lady who testified here about knives?

4          MR. HARDIN:  Yes, sir.

5          MR. ROGERS:  And what did she ask you and what did you

6    tell her?

7          MR. HARDIN:  She asked me if I owned a knife.

8          MR. ROGERS:  What did you tell her?

9          MR. HARDIN:  I told her yes.

10         MR. ROGERS:  And did you ever discuss your ownership

11   or possession of knives with Sheriff Joe Greer?

12         MR. HARDIN:  Yes, sir.

13         MR. ROGERS:  Tell us about how that conversation took

14   place.

15         MR. HARDIN:  We was in his car.  He was taking me home

16   after an interview one evening and I told him that I owned

17   several knives.

18         MR. ROGERS:  Okay.  Now, he was taking you to your

19   house?

20         MR. HARDIN:  Yes.

21         MR. ROGERS:  Or your mom's house where you live?

22         MR. HARDIN:  Yes.

23         MR. ROGERS:  Did he ever ask you anything like, well,

24   when we get home, can I see your knives?

25         MR. HARDIN:  No, sir, he didn't.

1          MR. ROGERS:  Did he ask you what type or how many

2   knives you owned at that time?

3          MR. HARDIN:  No, sir.

4          MR. ROGERS:  Okay.  Keith, I want to talk to you about

5   the night that Rhonda disappeared.  Okay.  Prior to the time of

6   her disappearance, when is the last time that you saw her?

7          MR. HARDIN:  It was the weekend, the 27th to 28th.

8          MR. ROGERS:  Okay.  So that would have been March 27

9   and 28, right, that weekend?

10          MR. HARDIN:  Yes, sir.  Yes, sir.

11          MR. ROGERS:  Okay.  Tell us about seeing her then when

12  -- where did you see her and what did you do, that sort of

13  thing?

14          MR. HARDIN:  I stayed the night with her on I believe

15  it was Friday night and --

16          MR. ROGERS:  Now, where did you stay with her?

17          MR. HARDIN:  I stayed in her bedroom.

18          MR. ROGERS:  At her house?

19          MR. HARDIN:  Yes, sir.

20          MR. ROGERS:  You stayed there all night?

21          MR. HARDIN:  Yes, sir.

22          MR. ROGERS:  Where did you sleep?

23          MR. HARDIN:  In her bed.

24          MR. ROGERS:  Okay.  Do you have any idea or not

25  whether any of your hairs fell out while you were in her bed?

CLARK AND HARDIN 3.07.95                                   March 07, 1995
COMMONWEALTH OF KY vs GARR KEITH HARDIN                           73

1              MR. HARDIN:  I don't know.

2              MR. ROGERS:  Okay.  Getting to the day -- did you talk

3    to Rhonda or have any other communications with her between that

4    time and the time she disappeared early morning hours of April

5    2?

6              MR. HARDIN:  Yes, sir.

7              MR. ROGERS:  When was that?

8              MR. HARDIN:  It was April 1 she called me on the phone

9    around 3:00.  We talked for I guess 10, 15 minutes.

10             MR. ROGERS:  During that conversation, did you all

11   make any plans to meet or see each other at any particular time

12   thereafter?

13             MR. HARDIN:  No, sir.

14             MR. ROGERS:  And that was on April 1, 1992, right?

15             MR. HARDIN:  Yes, sir.

16             MR. ROGERS:  Okay.  Tell us, after you talked to

17   Rhonda about 3:00 p.m., tell us your whereabouts the rest of

18   that day, April 1.

19             MR. HARDIN:  Early evening around I'd say between 5:30

20   and 7:00, Jeff Clark came over my parents' house, asked me if I

21   want to go to his trailer with him.

22             MR. ROGERS:  Okay.  What car was he driving?

23             MR. HARDIN:  His Nova.

24             MR. ROGERS:  Okay.  So what did you do when he came

25   over?

1          MR. HARDIN:  Well, I said -- told him, yes, I will go

2   help him hunt for his snake and clean the trailer up.

3          MR. ROGERS:  Okay.  And what did you all do then?

4          MR. HARDIN:  Went to his trailer, cleaning up a little

5   bit and hunting for the snake and I can't remember the time, but

6   we left, went to Bashford Manor Mall and looking around the pet

7   store.  He was looking for some pet food or snake food, I should

8   say.

9          MR. ROGERS:  And that was to lure his snake out from

10  wherever it had hidden?  Was that --

11         MR. HARDIN:  Yes.

12         MR. ROGERS:  To your understanding or --

13         MR. SMITH:  Object to the leading, Your Honor.

14         MR. ROGERS:  All right.  What did you do after you

15  left Bashford Manor?

16         THE COURT:  Sustained.  Think about -- think about the

17  way you're forming your questions so that they're not leading.

18  Okay?

19         MR. ROGERS:  After you left Bashford Manor, where did

20  you go and what did you do?

21         MR. HARDIN:  We went back to his trailer and we had a

22  few beers then, still looking for his snake, still straightening

23  up the trailer.

24         MR. ROGERS:  What time did you leave his trailer and

25  head for home?

1          MR. HARDIN:  I'd say it was around between 1:00, 1:30

2    in the morning.

3          MR. ROGERS:  Okay.  Now, on the way home, do you

4    remember stopping anywhere?

5          MR. HARDIN:  Yes, sir, I do.

6          MR. ROGERS:  And where was that?

7          MR. HARDIN:  Stopped at a Chevron store.

8          MR. ROGERS:  Why did you stop there?

9          MR. HARDIN:  Jeff wanted to get some cigarettes.

10         MR. ROGERS:  How long was he in there?

11         MR. HARDIN:  Under five minutes.

12         MR. ROGERS:  Did you go in?

13         MR. HARDIN:  No, sir, I didn't.

14         MR. ROGERS:  What did you do while he went in there?

15         MR. HARDIN:  I just sit in the car and waited.

16         MR. ROGERS:  To your recollection, do you remember

17   Jeff speaking to anybody or saying anything to anybody?

18         MR. HARDIN:  No, sir, I don't.

19         MR. ROGERS:  Now, what time did you get home?  Let me

20   put it to you like -- what time did you tell the police that you

21   got home?  How about that?

22         MR. HARDIN:  I told the police I got home around 3:00

23   or 3:30 in the morning.

24         MR. ROGERS:  Okay.  When you got home, did you look at

25   a clock to see what time it was?

1        MR. HARDIN:  No, sir, I didn't.

2        MR. ROGERS:  After you left the Chevron station, how

3    did you or what route did you all take to get to your house?

4        MR. HARDIN:  Well, we got on the Watterson -- got off

5    the Watterson at I believe Taylor Boulevard and then we took

6    Taylor Boulevard to Old 3rd Street Road and then home.  We live

7    right off Old 3rd Street Road.

8        MR. ROGERS:  Now, is that the most direct or the

9    straightest route to get home from that Chevron station to your

10   knowledge?

11       MR. HARDIN:  No, sir, it's not.

12       MR. ROGERS:  Okay.  Why didn't you all take the most

13   direct route home?

14       MR. SMITH:  Objection.  He wasn't driving.

15       THE COURT:  Only if he knows.  Only if Mr. Clark made

16   a statement to him as to why he was taking a circuitous route.

17       MR. ROGERS:  Mr. Clark said anything to you or made

18   any indications why he was going that way as opposed to the most

19   direct route, will you tell these people what -- why you did

20   that if you know.

21       MR. HARDIN:  Yes, sir.  I know his car has straight

22   pipes on it.  I mean, you can hear it almost two miles away.

23   It's just real loud and so we wanted to avoid the police as much

24   as we could because we didn't want to get pulled over at night.

25   We went that other route trying to avoid Dixie Highway because

 1  it's patrolled pretty heavily.

 2          MR. ROGERS:  Now, when you were interviewed by the

 3  police, did they ever tell you that it would be very important

 4  to account for all of your time that night?

 5          MR. HARDIN:  No, sir, they didn't.

 6          MR. ROGERS:  Did they ever give you any indication

 7  that you needed to supply them with every place you stopped and

 8  every person you saw?

 9          MR. HARDIN:  No, sir.

10          MR. ROGERS:  Now, you didn't tell them, did you, that

11  you stopped at Chevron?

12          MR. HARDIN:  No, sir, I didn't.

13          MR. ROGERS:  Did they ever ask you if you stopped any

14  place?

15          MR. HARDIN:  No, they didn't.

16          MR. ROGERS:  All right.  Tell me where you were April

17  2.  What time did you get up that morning?

18          MR. HARDIN:  I got up around 9:00 in the morning.

19          MR. ROGERS:  Okay.  What did you do that day?

20          MR. HARDIN:  During the day I stayed home by the phone

21  hoping that Rhonda would call or that somebody would call saying

22  that --

23          MR. ROGERS:  How did you know she was missing?

24          MR. HARDIN:  Rhonda's mother called earlier in the

25  morning.

1          MR. ROGERS:  Did she talk to you?

2          MR. HARDIN:  Yes, sir, she did.

3          MR. ROGERS:  Okay.

4          MR. HARDIN:  She called, I believe just seconds after

5   I got up in the morning, asked me if Rhonda was there.

6          MR. ROGERS:  Did you go out of the house that day?  If

7   so, when, where did you go?

8          MR. HARDIN:  Well, earlier that evening, I'd say

9   around 5:30, 6:00, I went over my sister Vickie's house.

10         MR. ROGERS:  That's Vickie Houser who --

11         MR. HARDIN:  Yes, sir.

12         MR. ROGERS:  Okay.  What did you all do over at

13  Vickie's house?

14         MR. HARDIN:  Just sit around talking, watching a

15  little bit of television.

16         MR. ROGERS:  Okay.  How did you get home?  When did

17  you get home?

18         MR. HARDIN:  Vickie drove me home that night around

19  11:00.

20         MR. ROGERS:  How far is Vickie's house from where your

21  parents live?

22         MR. HARDIN:  I'd say about two blocks.

23         MR. ROGERS:  Okay.  After you got home at 11:00 p.m.,

24  did you go out anymore that night?

25         MR. HARDIN:  No, sir, I didn't.

1      MR. ROGERS:  Friday, April 3, what time did you get up

2  in the morning?

3      MR. HARDIN:  I normally get up around 9:00 in the

4  morning.

5      MR. ROGERS:  What did you do that day?

6      MR. HARDIN:  Stayed around the house.  Didn't want to

7  go anywhere.  Staying by the phone.  And earlier that evening, I

8  went over my sister Vickie's house again.

9      MR. ROGERS:  And about what time did you go to

10  Vickie's?

11      MR. HARDIN:  Around 5:30, 6:00.

12      MR. ROGERS:  And come home again?

13      MR. HARDIN:  Around 11:00.

14      MR. ROGERS:  Okay.  Who brought you home?

15      MR. HARDIN:  My sister Vickie.

16      MR. ROGERS:  After you got home at 11:00, did you go

17  out anywhere?

18      MR. HARDIN:  No, sir, I didn't.

19      MR. ROGERS:  Next day is Saturday, April 4.  Keith,

20  what did you do on that day?

21      MR. HARDIN:  I stayed around the house most of the

22  day.  Then I went over my sister's house again.  I think it was

23  around the same time as I normally been going over there around

24  5:30, 6:00.

25      MR. ROGERS:  What time did you come back to your

 1  parents' house that night?

 2          MR. HARDIN:  It was around 11:00.

 3          MR. ROGERS:  Who brought you home?

 4          MR. HARDIN:  My sister Vickie.

 5          MR. ROGERS:  Did you go out anywhere after you got

 6  home?

 7          MR. HARDIN:  No, sir, I didn't.

 8          MR. ROGERS:  Sunday, April 5, the day that Rhonda's

 9  body was found, that morning, you get up your regular time.

10  What time?

11          MR. HARDIN:  I normally get up around 9:00 in the

12  morning

13          MR. ROGERS:  Okay.  Where did you go that day on

14  Sunday?

15          MR. HARDIN:  My mother, sister Vickie and I went over

16  to Rhonda's house because her mother had called or my mom called

17  her.  I'm not sure which.  Wanted us to come over to get some

18  flyers that they had made up about Rhonda's missing.

19          MR. ROGERS:  And did you go over to her house, pick

20  those up?

21          MR. HARDIN:  Yes, sir.

22          MR. ROGERS:  Okay.  Now, if I understand, you and your

23  mother and your sister went over there?

24          MR. HARDIN:  Yes, sir.

25          MR. ROGERS:  And do you remember about what time that

1   might have been?

2          MR. HARDIN:  Around 12:30, 1:00.  I'm not sure.

3          MR. ROGERS:  After you were over there and saw Ms.

4   Warford, where did you go after that?

5          MR. HARDIN:  After we left Rhonda's house, we went

6   straight home.

7          MR. ROGERS:  Okay.  Did you go out anywhere else

8   before Sheriff Greer arrived that night?

9          MR. HARDIN:  No, sir, I didn't.

10         MR. ROGERS:  Okay.  Now, if you were concerned about

11  Rhonda, why didn't you do anything or make any effort during

12  these days to locate her or find her?  Tell these people about

13  that.

14         MR. HARDIN:  I didn't know where to look.  I didn't

15  know none of her friends' names or phone numbers.  I didn't know

16  where Rhonda would go.  I just stayed home.  I figured that

17  would be the best thing I could do, just wait by the phone.

18         MR. ROGERS:  During that period of time, do you

19  recognize creating any of the documents that are in that folder?

20  Do you remember doing that?

21         MR. HARDIN:  Yes, sir, I do.

22         MR. ROGERS:  Now, the first thing here, first page,

23  just tell me what that is without reading it or anything.

24         MR. HARDIN:  It's a letter that Rhonda wrote me.

25         MR. ROGERS:  What's the next page?  Sorry.

1          MR. HARDIN:  It's a poem that Rhonda wrote me.

2          MR. ROGERS:  Okay.  Tell us what else is in there,

3   please.  Let me ask you.  Did you receive those from Rhonda?

4          MR. HARDIN:  Yes, sir, I did.

5          MR. ROGERS:  You recognize that as her handwriting?

6          MR. HARDIN:  Yes, sir.

7          MR. ROGERS:  What is the next thing in there?

8          MR. HARDIN:  It's a letter from Rhonda, two pages --

9   three pages -- four pages.  Okay.

10          MR. ROGERS:  Now, those are all on what color paper?

11          MR. HARDIN:  White.

12          MR. ROGERS:  After that there are some -- what color

13   paper starts after that?  What -- green sheets?

14          MR. HARDIN:  Yes.

15          MR. ROGERS:  Okay.  Do you recognize the handwriting

16   on those sheets?

17          MR. HARDIN:  Yes, sir, I do.

18          MR. ROGERS:  Whose handwriting is that?

19          MR. HARDIN:  They're mine.

20          MR. ROGERS:  And what are those documents that follow,

21   sir?

22          MR. HARDIN:  This is what I wrote just shortly after

23   -- I think it was the next day, on Monday, I found out Rhonda

24   had been killed.

25          MR. ROGERS:  Can you look and see if there are any

1  dates on there that were put on there?

2          MR. HARDIN:  Yes, sir.

3          MR. ROGERS:  And turn the pages.  You can tell me when

4  some of these documents were written.

5          MR. HARDIN:  This first one here was written the 4th

6  month, 7th day of '92.

7          MR. ROGERS:  Okay.  That's the same day you talked to

8  the police, isn't it, if you remember?

9          MR. HARDIN:  I think so, yes.

10         MR. ROGERS:  What is that?

11         MR. HARDIN:  It's a poem that I've written.

12         MR. ROGERS:  Okay.  Would you read that to the jury,

13  please.

14         MR. SMITH:  Objection.

15         MR. ROGERS:  I'm going to ask to put it into evidence,

16  Judge.

17         MR. SMITH:  I have no objection to it coming into

18  evidence.

19         THE COURT:  You would like it to come into evidence,

20  I'm going to let him read it.

21         MR. SMITH:  All right.  Go ahead.

22         MR. ROGERS:  Read that to the jury, please.

23         MR. HARDIN:  It's called Emptiness.  "When I met

24  Rhonda, I never thought that I'd get lonely.  I never thought it

25  could happen.  Rhonda, you're the only one that I'm thinking of.

1   Now there is no one out there for me.  It feels so cold now.

2   It's just me.  Minutes seem like hours waiting for the time to

3   come to be with her once again.  So many people take for granted

4   having someone there, someone who cares.  But now I have no one.

5   There's no one there.  Emptiness is filling me.  I can't stand

6   this loneliness.  I keep wishing that she was here to set me

7   free from the emptiness that has flooded me."

8           MR. ROGERS:  And what's the next page after that,

9   Keith?

10          MR. HARDIN:  It's another poem that I've written.

11          MR. ROGERS:  What date was that?

12          MR. HARDIN:  The 4th month, 18 of '92.

13          MR. ROGERS:  Okay.  And those are documents you wrote?

14          MR. HARDIN:  Yes, sir.

15          MR. ROGERS:  Judge, I would ask this be admitted into

16  evidence on behalf of this defendant.

17          THE COURT:  Let it come in.

18          MR. ROGERS:  I don't know what number we're at.

19  Keith, let me change temperature for just a minute.  When you

20  would go over to the house to get Rhonda, did you usually pick

21  her up at the house or would you meet her someplace?

22          MR. HARDIN:  Picked her up at her house.

23          MR. ROGERS:  To your knowledge if you know from your

24  observations, when Rhonda would leave the house with you, would

25  she tell her mother where she was going or not?

1          MR. HARDIN:  Yes, sir, she would.

2          MR. ROGERS:  Now, let's talk about Sheriff Greer's

3   visit.  Do you remember about what time he came to your house?

4          MR. HARDIN:  In the early evening hours.  I can't

5   remember exactly what time it was.

6          MR. ROGERS:  That was on Sunday, April 5, is that --

7          MR. HARDIN:  Yes, sir.

8          MR. ROGERS:  That was correct?  Okay.  Tell us what

9   happened when Sheriff Greer got to the house and what you all

10  talked about.

11         MR. HARDIN:  We showed him a flyer that her family --

12  that Rhonda's family had made up and he said -- well, I don't

13  think he exactly said.  We asked him if that was her and he

14  nodded his head yes.

15         MR. ROGERS:  And did he make any comments about the

16  flyer in relationship to the body that had been found or

17  anything like that?

18         MR. HARDIN:  Yes, sir.  He said that everything on the

19  flyer matched except for the color of the pants.

20         MR. ROGERS:  What color did he say the pants were?

21         MR. HARDIN:  He said the pants were red that the woman

22  had on that they found.

23         MR. ROGERS:  And tell us about this information in

24  relationship to you talking to Detective Greer and telling her

25  about you had had a vision or a dream about Rhonda.  Can you

1  tell us how that conversation took place with Detective Greer?

2         MR. HARDIN:  Yes.  I told her -- I didn't refer to it

3  as a vision.  I called it a dream.  It was more of a nightmare

4  really.  I saw her face just surrounded by this blackness.  It's

5  hard to describe.  Knew that she was -- well, not really knew,

6  but had the feeling that something bad was going on in this

7  dream, this --

8         MR. ROGERS:  Do you remember telling Detective Greer

9  anything about her wearing red or anything like that?

10         MR. HARDIN:  I can't recall.  I may have.  I don't

11  know.

12         MR. ROGERS:  Now, when you were talking to Detective

13  Greer, did she ask you, specifically do you know anybody that

14  would want to hurt Rhonda?

15         MR. HARDIN:  Yes, sir, she did.

16         MR. ROGERS:  Okay.  Did you tell them anybody you

17  thought might want to hurt Rhonda?

18         MR. HARDIN:  Yes, sir.

19         MR. ROGERS:  Whose name did you give them?

20         MR. HARDIN:  I gave them the name of Rhonda's ex-

21  boyfriend James Tyrell.

22         MR. ROGERS:  When Hope Greer asked that question, why

23  did his name pop into your mind?

24         MR. SMITH:  Objection.

25         MR. ROGERS:  You want to approach?

1              (Discussion off the record.)

2              THE COURT:  Let's come back to order, ladies and

3   gentlemen.  Go forward, sir.

4              MR. ROGERS:  All right.  After you gave them the name

5   of Mr. Tyrell, did you mention any other names to the police?

6              MR. HARDIN:  Yes, sir, I did.

7              MR. ROGERS:  And what was that?

8              MR. HARDIN:  Tim, I don't know the last name.

9              MR. ROGERS:  And you told -- you gave Detective Greer

10  that information when she asked you, correct?

11             MR. HARDIN:  Yes, sir.

12             MR. ROGERS:  Okay, Keith.  There's one thing I want to

13  ask you about at this point.  Do you recognize this broken glass

14  here?

15             MR. HARDIN:  Yes, sir, I do.

16             MR. ROGERS:  Okay.  What is that?  How did it get

17  broken?  Just tell us about that.

18             MR. HARDIN:  It's a glass chalice.  I dropped it one

19  day and I tried to catch it before it hit the ground, but

20  instead it cut my hand.  I still have the scar right here in the

21  palm of my hand.

22             MR. ROGERS:  Okay.  Is that to your knowledge your

23  blood on that cloth?

24             MR. HARDIN:  Yes, sir, it is.

25             MR. ROGERS:  And did you have any idea of when that

1   was when it happened?

2           MR. HARDIN:  A while back.  I can't remember.

3           MR. ROGERS:  Okay.  Did you ever drink any blood out

4   of this?

5           MR. HARDIN:  No, sir, I didn't.

6           MR. ROGERS:  Now, did you ever at any time threaten to

7   kill Rhonda for any reason?

8           MR. HARDIN:  No, sir.

9           MR. ROGERS:  Okay.  You heard Hope Jaegers testify,

10  didn't you?

11          MR. HARDIN:  Yes, sir, I did.

12          MR. ROGERS:  Did you ever threaten to kill Rhonda if

13  she was pregnant?

14          MR. HARDIN:  No, sir, I didn't.

15          MR. ROGERS:  If she was pregnant, did you ever

16  threaten to kill her baby?

17          MR. HARDIN:  No, sir, I didn't.

18          MR. ROGERS:  And as a matter of fact, what does your

19  book of religious practices say about killing babies?

20          MR. HARDIN:  It specifically says not to kill any

21  babies or animals.

22          MR. ROGERS:  In April of '92, did you have any reason

23  to believe or suspect that Rhonda might be pregnant?

24          MR. HARDIN:  No, sir, I didn't.

25          MR. ROGERS:  Had you received any information prior to

1   that time that in fact she wasn't pregnant?

2            MR. HARDIN:  Yes, sir, I did.

3            MR. ROGERS:  And who was that information from?

4            MR. HARDIN:  It was from Rhonda.

5            MR. ROGERS:  Now, did you ever threaten to kill Rhonda

6   if she ran around on you?

7            MR. HARDIN:  No, sir, I didn't.

8            MR. ROGERS:  All right.  Do you remember Detective

9   Handy making some statements about that?

10           MR. HARDIN:  Yes, sir.

11           MR. ROGERS:  Can you tell us about that or what you

12  recollect about what Detective Handy said in your exchange at

13  that point?

14           MR. HARDIN:  Best I can remember, I mean, asked me if

15  I've ever made any threats towards her and I told him no.

16           MR. ROGERS:  Did he ever ask you if you'd made any

17  threats to any of your other girlfriends?

18           MR. HARDIN:  Not that I can recall.

19           MR. ROGERS:  At any time did any of the police

20  officers who talked to you tape record any statements?

21           MR. HARDIN:  No, sir, they didn't.

22           MR. ROGERS:  Did they ever ask you if they could tape

23  record statements?

24           MR. HARDIN:  No, sir.

25           MR. ROGERS:  Did you ever refuse to give a tape-

1  recorded statement?

2          MR. HARDIN:  No, sir, I didn't.

3          MR. ROGERS:  When they asked you to talk to you, did

4  you go down to the police station and do an interview with them?

5          MR. HARDIN:  Yes, sir, I did.

6          MR. ROGERS:  Okay.  As a matter of fact, did you not

7  consent to giving them what's called a rape kit?

8          MR. HARDIN:  Yes, sir.

9          MR. ROGERS:  Tell us about what that consists of,

10 giving a rape kit?

11         MR. HARDIN:  Well, you have to sit on just regular

12 doctor's table.  You have to sit there with your pants and your

13 underwear down to your knees sitting on your hands and they go

14 around with long metal tweezers 15 times just plucking five or

15 six hairs out at a time.  Do same thing with your head.

16         MR. ROGERS:  And you're talking about plucking pubic

17 hairs out, correct?

18         MR. HARDIN:  Yes, sir.  And then they take long swab,

19 stick in your mouth for a few minutes, then put them in the bag.

20 Check your saliva.  Then they take some blood from you.

21         MR. ROGERS:  And did you consent to that voluntarily?

22         MR. HARDIN:  Yes, sir, I did.

23         MR. ROGERS:  Keith, I don't have any other questions

24 for you.  I'd ask you to answer any questions that Mr. Smith may

25 have or Mr. Adams may have.

 1          MR. SMITH:  So your Satanic bible says you don't kill

 2   babies or animals, just adults, right?

 3          MR. HARDIN:  No, sir, it doesn't.

 4          MR. SMITH:  It doesn't say anything about killing

 5   adults either?

 6          MR. HARDIN:  No, sir.

 7          MR. SMITH:  And you've read this book?

 8          MR. HARDIN:  Yes, sir, I did.

 9          MR. SMITH:  Direct you to page 87.  "On the choice of

10   human sacrifice, the supposed purpose in performing the ritual

11   of sacrifice is to throw the energy provided by the blood of the

12   freshly-slaughtered victim into the atmosphere of the magical

13   working, thereby intensifying the magician's chances of success.

14   The white magician assumes that since blood represents the life

15   force, there is no better way to appease the Gods or demons than

16   to present them with suitable quantities of it.  Combine this

17   rationale with the fact that the dying creature is expending an

18   overabundance of adrenal and other biochemical energies and you

19   have what appears to be an unbeatable combination.  The white

20   magician wary of the consequences involved in the killing of a

21   human being naturally utilizes birds or lower creatures in his

22   ceremonies.  It seems these sanctimonious wretches feel no guilt

23   in the taking of non-human life as opposed to human.  The fact

24   of the matter is that if the magician is worthy of his name, he

25   will be uninhibited enough to release the necessary force from

1   his own body instead of from an unwilling and undeserving

2   victim.  Contrary to all established magical theory, the release

3   of this force is not affected in the actual spilling of blood,

4   but in the death throws of the living creature.  This discharge

5   of bioelectrical energy is the very same phenomenon which occurs

6   during any profound heightening of the emotions such as sexual

7   orgasm, blind anger, mortal terror, consuming grief, et cetera."

8   Now, there's a whole chapter in this book on the choice of human

9   sacrifice, correct?

10          MR. HARDIN:  Yes, sir, there is.

11          MR. SMITH:  And you have read this book?

12          MR. HARDIN:  Yes, sir.

13          MR. SMITH:  And this book does not talk so much in the

14  act of the sacrificial aspect, but in the actual killing is

15  where the power is derived, correct, Mr. Hardin?

16          MR. HARDIN:  It describes the traditional ways, the

17  way the ancient magicians used to do it.

18          MR. SMITH:  Now, first of all, showing you this white

19  chalice on the handkerchief which you tell us is your blood,

20  tell us where you got that chalice.

21          MR. HARDIN:  I can't recall.  I've had it for a number

22  of years.

23          MR. SMITH:  You don't know where you got it?

24          MR. HARDIN:  No, sir.

25          MR. SMITH:  What were you doing with this chalice?

1          MR. HARDIN:  I was using it in my rituals.

2          MR. SMITH:  Well, tell me how you were using this

3   chalice in your rituals.  Tell me about these rituals.  Tell me

4   about it.

5          MR. HARDIN:  Well, the chalice itself which in the

6   Satanic bible, it does say what the traditional ways and what

7   they used to put in the chalices.

8          MR. SMITH:  And what was that?

9          MR. HARDIN:  Well, the traditional way was blood.

10         MR. SMITH:  All right.  Go ahead, please.

11         MR. HARDIN:  And it also says that Satanists, modern

12  Satanists these days does not use blood.  They use wine, water,

13  orange juice, anything you want to put in it, whatever you

14  choose.  My rituals were none blood related.

15         MR. SMITH:  That's what the candles were for, for your

16  rituals, correct?

17         MR. HARDIN:  Yes, sir.

18         MR. SMITH:  And what's this brown sword there?  Can

19  you tell me about that?

20         MR. HARDIN:  It's a wooden practice Samurai sword.

21         MR. SMITH:  What's in that black bag there?

22         MR. HARDIN:  I think that's what the silver chalice

23  was in.

24         MR. SMITH:  You had a silver chalice too.  Where did

25  you get the silver chalice?

1          MR. HARDIN:  I can't think the name of the store.

2   They sell wine goblets and things like that there.  I can't

3   recall the name of the store.

4          MR. SMITH:  What would you do with this silver

5   chalice?

6          MR. HARDIN:  Same thing I did with the glass.  I broke

7   the glass so I went to a metal chalice.

8          MR. SMITH:  But you kept the glass chalice, didn't

9   you?

10         MR. HARDIN:  Yes, sir.

11         MR. SMITH:  And it's your testimony here that you only

12  drank wine out of these chalices; is that right?

13         MR. HARDIN:  Yes, sir.

14         MR. SMITH:  Now, in looking over the things that the

15  police got from the search warrant, I saw a hood back there.

16  Are you familiar with that?

17         MR. HARDIN:  No, sir.

18         MR. SMITH:  I'm not sure it was a hood.  I wasn't sure

19  what it was.  It's a little square black thing and it looks like

20  a hood or a patch.  Do you know anything about that?

21         MR. HARDIN:  Only thing I can recall square, a thing

22  of cloth is what I kept the bigger stone in.  So protect it,

23  keep it from getting broke.

24         MR. SMITH:  The what stone?

25         MR. HARDIN:  Bigger stone, the flat --

1          MR. SMITH:  What's a bigger stone?

2          MR. HARDIN:  Well, it's a rock I found in a creek.

3  It's just a flat like creek rock.

4          MR. SMITH:  Yeah.  It's got a pentagram.  Did you put

5  that pentagram on that stone?

6          MR. HARDIN:  Yes, sir.

7          MR. SMITH:  Why did you do that?

8          MR. HARDIN:  I used that in my rituals also.  Set it

9  right in the middle where I put my candles.

10          MR. SMITH:  Let me digress a minute.  When did you

11  give up Satanism?

12          MR. HARDIN:  I gave it up around the middle, the end

13  of January of '92.

14          MR. SMITH:  All right.  Go ahead.  Tell me about these

15  ceremonies some more, please.  What else would you -- where

16  would you have these ceremonies at?

17          MR. HARDIN:  Well, I've had some at home.  I mostly

18  had a place near home that's been moved into -- it's a

19  neighborhood there now.  It's not a wooded area.

20          MR. SMITH:  Where was this at?

21          MR. HARDIN:  Right off East Pages Road which is I

22  guess about a mile away from home.

23          MR. SMITH:  You'd have these ceremonies there.  Would

24  anybody attend them but you?

25          MR. HARDIN:  It was just me.

1          MR. SMITH:  And you had some of these ceremonies at

2  home?

3          MR. HARDIN:  Very few, yes.

4          MR. SMITH:  While your momma was there?

5          MR. HARDIN:  No, sir.

6          MR. SMITH:  Never had them while your momma was there?

7          MR. HARDIN:  No, sir.

8          MR. SMITH:  What is the significance of these little

9  patches containing these rocks?

10          MR. HARDIN:  Just something to keep the stones in,

11  keep them together.

12          MR. SMITH:  What were the stones -- what was the

13  significance of the stones?

14          MR. HARDIN:  Just something that I liked.  It's just

15  stones.  A lot of people collect crystals and things.

16          MR. SMITH:  They don't have any significance as far as

17  Satanism goes?

18          MR. HARDIN:  Not that I'm aware of, no.

19          MR. SMITH:  Now, what was this little black vial that

20  has Black Magic on it?

21          MR. HARDIN:  Just a bottle of black drawing ink.

22          MR. SMITH:  Where did you get that?

23          MR. HARDIN:  I got it at a hobby shop or a craft shop.

24          MR. SMITH:  What did you buy that for?

25          MR. HARDIN:  Well, because I was drawing pictures and

1   things.  And I used that drawing ink occasionally in my

2   drawings.

3       MR. SMITH:  You used this Black Magic drawing ink in your

4   drawings?

5           MR. HARDIN:  Yes, sir.

6           MR. SMITH:  I want to refer you -- you read a poem a

7   while ago.  And I want to refer you to this poem.  "My beautiful

8   flower is a rose" -- and I'm not reading all of it.  You might

9   want to read all of it.  "My beautiful flower is a rose with a

10  nice long stem, leaves and a pretty face.  But I must be careful

11  how I handle her because this rose has thorns.  Once my flower's

12  thorns cut me deep, they cut me bad.  I wanted my flower dead.

13  I almost laid her to waste, but my love for this flower got in

14  the way.  My wound healed and I still have her this day."  Now,

15  when you wrote this poem, you were thinking about killing Rhonda

16  Sue Warford, weren't you?

17          MR. HARDIN:  No, sir, I wasn't.

18          MR. SMITH:  That's not the significance of that?  Now,

19  this is your sketchbook we have, right?

20          MR. HARDIN:  Yes, sir.

21          MR. SMITH:  And you drew all of this in here, didn't

22  you?

23          MR. HARDIN:  Yes, sir, I did.

24          MR. SMITH:  What's the significance of this skull and

25  the blood coming out of it around -- with a serpent around it?

1          MR. HARDIN:  Just a symbol I saw in one of the books

2  that I've read.

3          MR. SMITH:  You drew that?

4          MR. HARDIN:  Yes, sir.

5          MR. SMITH:  Then we come over here and we have a

6  symbol of what I would call the grim reaper.  Can you tell me

7  anything about that?

8          MR. HARDIN:  Just something I drew one day.

9          MR. SMITH:  What prompted you to draw a picture of the

10 grim reaper?

11         MR. HARDIN:  I don't know.  It was just what I drew.

12         MR. SMITH:  And then we have the symbolism of the

13 cross being broken.  You drew that?

14         MR. HARDIN:  Yes, sir.

15         MR. SMITH:  What's the symbolism of that?

16         MR. HARDIN:  Well, it's to take a holy cross, break it

17 to make it inverted, look like an inverted cross.

18         MR. SMITH:  Another grim reaper, right?

19         MR. HARDIN:  Yes, sir.

20         MR. SMITH:  There's somebody in a graveyard with a

21 pentagram around their neck.  You did that too, right?

22         MR. HARDIN:  Yes, sir.

23         MR. SMITH:  What's that, Lucifer coming out of a pot?

24         MR. HARDIN:  Not Lucifer.  Just something I drew.

25         MR. SMITH:  That's not the Devil?  What's that thing?

1         MR. HARDIN:  Just something on one of the albums,

2    records that I used to listen to.

3         MR. SMITH:  What kind of record was that?

4         MR. HARDIN:  That was a band called Slayer.

5         MR. SMITH:  You used to listen to a band called the

6    Slayers and these people are into Satanism, aren't they?

7         MR. HARDIN:  Yes, they are.

8         MR. SMITH:  I'll try to move along here a little

9    quicker.  Now, here is Jesus on a cross dressed as a clown.

10   Tell me about that one.

11        MR. HARDIN:  At the time that's just how I saw him,

12   just a clown.

13        MR. SMITH:  You still see him that way, don't you?

14        MR. HARDIN:  No, sir, I don't.

15        MR. SMITH:  You've seen the light?

16        MR. HARDIN:  Yes, sir, I have.

17        MR. SMITH:  You get baptized back in the jail?

18        MR. HARDIN:  No, sir, I didn't.

19        MR. SMITH:  Now, here is one that intrigues me.  It's

20   a girl spread eagle over a grave.  You drew that?

21        MR. HARDIN:  Yes, sir.

22        MR. SMITH:  Is that Rhonda Sue Warford?

23        MR. HARDIN:  No, sir, it's not.

24        MR. SMITH:  Who was that supposed to be?

25        MR. HARDIN:  Nobody in particular.

1        MR. SMITH:  You just drew it for the fun of it?

2        MR. HARDIN:  I guess you can say for the fun of it.  I

3   don't know.

4        MR. SMITH:  Here's one of Jesus apparently dressed in

5   woman's clothing with a real long nose.  Tell me about that.

6        MR. HARDIN:  Well, I not only saw Jesus as a liar, but

7   I mean, a clown but as a liar as well, homosexual.  That's the

8   way I viewed him when I was into all that garbage.

9        MR. SMITH:  It's garbage now, huh?

10       MR. HARDIN:  Yes, sir, it is.

11       MR. SMITH:  Here is one of a young lady spread eagle

12  impaling herself with a cross.  Did you draw that?

13       MR. HARDIN:  Yes, sir, I did.

14       MR. SMITH:  Garbage too, right?

15       MR. HARDIN:  Yes, sir, it is.

16       MR. SMITH:  Now, what's the significance of this

17  writing on the wall in this drawing?

18       MR. HARDIN:  It's from the book Necronomicon.  I don't

19  know what it says.  I can't read the language.

20       MR. SMITH:  Now, your name was on the top of this book

21  and it's been whited out by somebody, hasn't it?

22       MR. HARDIN:  Yes, sir, it has.

23       MR. SMITH:  You whited it out, didn't you?

24       MR. HARDIN:  I believe so.

25       MR. SMITH:  Right before the police served a search

1  warrant on you?

2          MR. HARDIN:  No, sir.  It was in my possession so I

3  didn't try to remove my name.

4          MR. SMITH:  Now, how many times were you in that Nova

5  automobile in late March?

6          MR. HARDIN:  I can't recall.  I guess maybe several

7  times.  I'm not sure.

8          MR. SMITH:  More than 10?

9          MR. HARDIN:  Probably around 10, maybe 12 times.  I'm

10  not sure.

11          MR. SMITH:  Do crosses still bother you?

12          MR. HARDIN:  No, sir.

13          MR. SMITH:  They don't?

14          MR. HARDIN:  No, sir.

15          MR. SMITH:  That doesn't bother you at all?

16          MR. HARDIN:  No, sir.  I'll touch it.  It doesn't burn

17  my finger or nothing.

18          MR. SMITH:  Have you ever told anybody you could stare

19  at them and set them on fire?

20          MR. HARDIN:  No, sir, I was never capable of it and

21  I'm still not.

22          MR. SMITH:  I didn't ask you that.  I said did you

23  ever tell anyone about that?

24          MR. HARDIN:  Not that I can recall.

25          MR. SMITH:  Well, if you told somebody that you could

1  stare at somebody until they caught on fire, it's something you

2  would remember, wouldn't it?  I mean, that's kind of a big deal,

3  isn't it?

4          MR. HARDIN:  Yes, it is.

5          MR. SMITH:  So you're telling us that that is your

6  blood that's on the handkerchief on that chalice?

7          MR. HARDIN:  Yes, sir, it is.

8          MR. SMITH:  And isn't it true that you told the police

9  that you had been sacrificing animals and were tired of that and

10  wanted to do a human and that's why you all of a sudden found

11  religion?  Isn't that what you told the police?

12          MR. HARDIN:  No, sir.

13          MR. SMITH:  So if the police say that you told them

14  that you had been sacrificing animals, you just totally deny

15  that?

16          MR. HARDIN:  I did not sacrifice anything.

17          MR. SMITH:  Now, you cannot come in here and tell me

18  any motivation that Hope Jaegers would have to come in here and

19  lie, can you?

20          MR. HARDIN:  No, sir.

21          MR. SMITH:  Now, you told the police that you put this

22  inverted cross on Rhonda six weeks before she died, didn't you?

23          MR. HARDIN:  I believe it was more than six weeks.

24          MR. SMITH:  When do you think you put this inverted

25  cross on her?

1        MR. HARDIN:  It was more like shortly after we started

2   dating.

3        MR. SMITH:  How did you put this inverted cross on

4   her?  Well, no, no.  Back a minute.  Why did -- did you want to

5   put this cross on her?

6        MR. HARDIN:  Well, I had no objections to it.  She

7   asked me if I would do it.

8        MR. SMITH:  She asked you to put this cross on her?

9        MR. HARDIN:  Yes, sir.

10       MR. SMITH:  And you agreed to do it?

11       MR. HARDIN:  Yes, sir, I did.

12       MR. SMITH:  Tell me how you put that cross on her.

13       MR. HARDIN:  Well, with the bottle of black drawing

14  ink, took a needle, wrapped thread around the point, dipped the

15  needle in ink.  Well, first I made the cross on her chest with

16  ink pen so I can have some guideline to follow.  And just a long

17  process.  Just keep poking it into the skin, dipping it into ink

18  every once in a while and just keep repeatedly just poking.

19       MR. SMITH:  Where were you at when you did this?

20       MR. HARDIN:  I was at the trailer.

21       MR. SMITH:  Was the defendant Clark there?

22       MR. HARDIN:  Yes.  I don't think he was there for the

23  whole thing.  He come in about I guess middle or the end when I

24  was tattooing her.

25       MR. SMITH:  So he saw you doing this to her?

1          MR. HARDIN:  Yes, sir.

2          MR. SMITH:  And you saw him testify the other day,

3  yesterday, right?

4          MR. HARDIN:  Yes, sir.

5          MR. SMITH:  And you heard him say that he'd never seen

6  you do anything of the occult nature at the trailer?

7          MR. HARDIN:  Yes, sir.

8          MR. SMITH:  Well, that's not the truth, is it?

9          MR. ADAMS:  Objection.  The defendant specifically

10  stated that he saw the cross being put on her.

11          THE COURT:  As I recall -- and I trust the jury to

12  rely upon their own recollection.  As I recall, Mr. Clark

13  testified he came in towards the end of the process, my

14  recollection.

15          MR. SMITH:  Did you ever tattoo anybody else, Mr.

16  Hardin?

17          MR. HARDIN:  Yes, sir, I did.

18          MR. SMITH:  Who?

19          MR. HARDIN:  I can't recall any names now, but I've

20  put wizards and things like that on people.

21          MR. SMITH:  And you can't remember who else you've

22  tattooed?

23          MR. HARDIN:  No, sir.  That's like back in high

24  school.

25          MR. SMITH:  And this Book of Shadows is your book and

1   you wrote the stuff in here, right?

2            MR. HARDIN:  Yes, sir.  Out of the Satanic bible.

3            MR. SMITH:  Bear with me a minute, Mr. Hardin, please.

4   And red is a big color in this Satanism stuff, isn't it?

5            MR. HARDIN:  Yes, sir, it is.

6            MR. SMITH:  And when Satanists are going to do

7   something to somebody, they dress them in red, don't they?

8            MR. HARDIN:  I'm not aware of that.  I don't know.

9            MR. SMITH:  Did you and Rhonda Sue Warford ever rub

10  bloody hands like we've heard about?

11           MR. HARDIN:  No, sir, we didn't.

12           MR. SMITH:  You've got a lot of spells in this book,

13  don't you?

14           MR. HARDIN:  Yes, sir, I do.

15           MR. SMITH:  You heard me read from this book the other

16  day.  That was reading from your writing, wasn't it?

17           MR. HARDIN:  Yes, sir, it was.

18           MR. SMITH:  Let me ask you if you wrote this passage.

19  "I call upon the messengers of doom to slash with grim delight

20  this I have chosen.  Silent is that voiceless bird that feed

21  upon the brain pulp of her who hath tormented me.  And the agony

22  of the is to be shall sustain itself in shrieks of pain only to

23  serve as signals of warning to those who would resent my being.

24  Oh, come forth in the name of Abadon and destroy her whose name

25  I have giveth as a sign."

1        MR. HARDIN:  I believe that says him or her.

2        MR. SMITH:  Yes, it does.

3        MR. HARDIN:  Straight from the Satanic bible.

4        MR. SMITH:  It does say him or her.  You're right.

5  When I read it yesterday, I put in the hims and hers.  So you

6  recognize that passage?

7        MR. HARDIN:  Yes, sir, I do.

8        MR. SMITH:  It continues on, "rin the gaggling tongue

9  and close his or her throat O Kali.  Pierce his or her lungs

10 with the stings of scorpions, O Segmet."  Who is Segmet?

11       MR. HARDIN:  Segmet is a demon or supposedly.

12       MR. SMITH:  And then after that it says, "hell Satan,

13 drink from the chalice," right?

14       MR. HARDIN:  I believe so.

15       MR. SMITH:  What are you drinking from the chalice?

16       MR. HARDIN:  I mostly drunk like wine or whiskey.

17 That's basically what I had in there.

18       MR. SMITH:  Now, all the time -- all the time prior to

19 April 1 when you were in this Nova belonging to the defendant

20 Clark, that Nova was painted brown and maroon primer, correct?

21       MR. HARDIN:  Yes, sir.

22       MR. SMITH:  And then after April 1, you're aware that

23 the Nova shows up being painted white?  You're aware of that?

24       MR. HARDIN:  Yes, sir.

25       MR. SMITH:  I want to talk to you about your first

1   interview with Detective Handy taken on April 7 of 1992.  Do you

2   recall this was on a Tuesday and you recall you went down to the

3   police station about 1:40 in the afternoon, okay?  Right?  Do

4   you remember that?

5           MR. HARDIN:  Yes.  I agree.

6           MR. SMITH:  Now, isn't it true that you told Detective

7   Handy and Sergeant Woosley that you had been into Satanism, but

8   you had stopped one month before?

9           MR. HARDIN:  I don't recall that.

10           MR. SMITH:  Isn't it true that he asked you if in the

11   course of your Satanic worship, if you had ever killed any cats

12   or other small animals and you acknowledged to him that you had

13   killed small animals?  He then asked you why you stopped the

14   Devil worshipping and you advised him that you got tired of

15   looking at animals and begin to want to do human sacrifices?

16   Now, isn't that what you told Detective Handy in the presence of

17   Sergeant Woosley?

18           MR. HARDIN:  I don't recall making any statements like

19   that, no, sir.

20           MR. SMITH:  Now, you do recall telling Detective Handy

21   that you got home at 3:00 to 3:30 that morning?

22           MR. HARDIN:  Yes, sir.

23           MR. SMITH:  You also told him that you were pretty

24   drunk?

25           MR. HARDIN:  No, sir, I wasn't drunk.

1          MR. SMITH:  That's where you told him you were, right?

2     And you never made any mention whatsoever at that time about

3     being at any Chevron station, did you, Mr. Hardin?

4          MR. HARDIN:  No, sir, I didn't.

5          MR. SMITH:  And you also told Detective Handy that

6     there was a problem between the defendant Clark and Rhonda Sue

7     Warford, didn't you?

8          MR. HARDIN:  I believe so.

9          MR. SMITH:  And in fact, there was bad blood or a

10    problem between Rhonda and the defendant Clark, wasn't there?

11         MR. HARDIN:  I think there was.

12         MR. SMITH:  They didn't like each other, did they,

13    based on what you observed?

14         MR. HARDIN:  No, they didn't.

15         MR. SMITH:  And at that point in time on April 7, you

16    told Detective Handy that you put the cross on her chest three

17    months ago.  That would have been January, correct?

18         MR. HARDIN:  I believe so.

19         MR. SMITH:  And you also told Detective Handy that you

20    did not have a knife and that you did not ever know of Jeff

21    Clark to have a knife?  Isn't that what you told him?

22         MR. HARDIN:  I can't recall.

23         MR. SMITH:  Now, isn't it true that while you were

24    back here in the Meade County jail, you received a Satanic book

25    in the mail?

1        MR. HARDIN:  No, sir, I didn't.  That book was

2  delivered to me by my cousin, Delores Oliver.  It's a book about

3  an ex-Satanic priest who found God.  And that's what that book

4  is about.  There's nothing --

5        MR. SMITH:  I see.  Now, who was Denise -- Delores

6  Oliver?

7        MR. HARDIN:  She was my cousin.

8        MR. SMITH:  And the book was called the Satan Seller,

9  wasn't it?

10        MR. HARDIN:  Yes, sir.

11        MR. SMITH:  So your cousin sent you this book in the

12  mail called the Satan Seller while you were at the Meade County

13  jail?

14        MR. HARDIN:  Yes, sir.  It's a book of inspiration.

15        MR. SMITH:  She thought you needed it, didn't she?

16        THE COURT:  Sustain the objection.

17        MR. SMITH:  Excuse me.  I'm sorry.

18        THE COURT:  Or the jury will disregard the comment.

19        MR. SMITH:  Now, when someone is going to be killed by

20  a Satanist, the Satanist desires that person to purify the body,

21  right?

22        MR. HARDIN:  As far as I know, yes.

23        MR. SMITH:  Well, now you know, I mean, you know a

24  whole lot about it, don't you?

25        MR. HARDIN:  Not about sacrifice, no, sir.

1        MR. SMITH:  Well, will you agree with me then that

2    when someone is going to be killed, they are supposed to have

3    the body purified, aren't they?

4        MR. HARDIN:  I'm not sure about that.

5        MR. SMITH:  And isn't it true that during the month or

6    two before Rhonda Sue Warford's death, you were trying to get

7    her to quit smoking, weren't you?

8        MR. HARDIN:  Well, she was wanting to smoke -- stop

9    smoking, yes.

10        MR. SMITH:  Now, you're telling us that you quit this

11    Satanism, but yet you kept all this stuff there at your house,

12    didn't you?

13        MR. HARDIN:  Yes, sir, I did.

14        MR. SMITH:  Now I want to talk about the next time

15    you've talked to the police, again on April 7, and it's at 6:45

16    p.m., right?

17        MR. HARDIN:  Yes, sir.

18        MR. SMITH:  All right.  That's when you talked to

19    Detective Greer.  So you had been down at the police station

20    from about 1:30 all the way up to 6:45, right?

21        MR. HARDIN:  Yes, sir.

22        MR. SMITH:  You knew stuff was getting serious, didn't

23    you?

24        MR. HARDIN:  I wasn't sure.  They was just asking me

25    questions.

1      MR. SMITH:  I mean, they had already taken the

2  combings and stuff from you, hadn't they?

3      MR. HARDIN:  Yes, sir.

4      MR. SMITH:  All right.  So -- and you knew that this

5  was called a rape suspect kit, didn't you?

6      MR. HARDIN:  Yes, sir.

7      MR. SMITH:  So again, you knew the kimchi was getting

8  deep, didn't you?

9      MR. HARDIN:  I thought that was something they was

10  doing with everybody.  I didn't know.

11     MR. SMITH:  All right.  Let's talk about what you told

12  Detective Greer.  Now, it was at this point in time, isn't it

13  true that you told Detective Greer about the visions?

14     MR. HARDIN:  Yes, sir, I told her about the dream,

15  yes.

16     MR. SMITH:  And Detective Greer says that you told her

17  that you had had visions and one of the visions you had was of

18  Rhonda being killed.  Isn't that what you told her?

19     MR. HARDIN:  I told her that I had a dream, it was a

20  nightmare on the subject, yes.

21     MR. SMITH:  And you saw Rhonda dressed in red

22  screaming in a field.  Isn't that what you told Detective Greer?

23     MR. HARDIN:  I'm not sure, but it's possible I could

24  have.

25     MR. SMITH:  It's possible now.  You're telling us it's

1  possible you could have told Detective Greer that?

2          MR. HARDIN:  Yes, sir.  I can't remember exactly.

3          MR. SMITH:  Now, Detective Greer asked you if you

4  owned or had possession of a knife of any kind and at that point

5  in time, you did tell her you had one knife, right?

6          MR. HARDIN:  Yes.  The best I can remember, she asked

7  me if I owned a knife.

8          MR. SMITH:  She says she asked you if you owned or had

9  possession of a knife of any kind and you told her you had one

10 knife, correct?  In fact, you had a whole bunch of knives,

11 didn't you?

12         MR. HARDIN:  Yes, sir, I did.

13         MR. SMITH:  You looked at these pictures of these

14 knives.  We have the actual knives that we got from Jeff Clark.

15 On your knife, we just submitted the pictures trying to keep

16 things different.  You looked at those pictures, didn't you?

17         MR. HARDIN:  A few, yes.

18         MR. SMITH:  In fact, one of the knives taken from your

19 residence actually belonged to the defendant Clark, didn't it?

20         MR. HARDIN:  I'm not aware of that.  I don't know.

21         MR. SMITH:  Now, at this point in time, you told

22 Detective Greer that Clark did have a bunch of knives, correct?

23         MR. HARDIN:  Yes.

24         MR. SMITH:  But before that when you talked to

25 Detective Handy, you told him you didn't know of the defendant

1  Clark having any knives?

2            MR. HARDIN:  I don't remember.

3            MR. SMITH:  Now, you never made any mention whatsoever

4  to Detective Hope Greer about any Chevron station, did you?

5            MR. HARDIN:  Not that I can recall.

6            MR. SMITH:  Now, Detective Greer asked you if you had

7  anything at all to do with Rhonda Sue Warford's death and your

8  response was that you really didn't know what else to say to

9  her, that you had told her everything you could, correct?

10            MR. HARDIN:  Yes, sir.  They just kept asking me the

11  same questions over and over.

12            MR. SMITH:  That's right.

13            MR. HARDIN:  And I kept giving them the same answers.

14            MR. SMITH:  And then Detective Greer said you have not

15  answered my question.  And you told her that you didn't know

16  what else you could say to her?  You never denied at that point

17  in time -- you never explicitly denied having something to do

18  with Rhonda Sue Warford's death on that conversation, did you?

19            MR. HARDIN:  I had previously, but not that time.

20            MR. SMITH:  Detective Greer went on and asked you if

21  you realized what a serious situation this was and you told her

22  that you did understand it was serious, correct?

23            MR. HARDIN:  Yes, sir.

24            MR. SMITH:  And still you did not tell her anything

25  about any Chevron station, did you?

1              MR. HARDIN:  No, sir, I didn't.

2              MR. SMITH:  And then Detective Greer went on and asked

3    you if you had anything else to tell them that may help

4    regarding their investigation that you had not told her or

5    Detective Handy and again you told them you had told her

6    everything, correct?

7              MR. HARDIN:  Yes, sir.

8              MR. SMITH:  And again, you never made any mention

9    whatsoever of the Chevron station, had you?

10             MR. HARDIN:  Not that I recall.

11             MR. SMITH:  And you are aware that the defendant Clark

12   did keep a knife in that Nova automobile?

13             MR. HARDIN:  I've seen a knife occasionally, yes.

14             MR. SMITH:  Underneath the seat?

15             MR. HARDIN:  I can't recall where I've seen it, but

16   I've seen a knife.

17             MR. SMITH:  Now, I want to take you back to your last

18   interview with Detective Handy taken on April 9 of 1992, okay?

19             MR. HARDIN:  All right.

20             MR. SMITH:  Now, during that conversation, you

21   admitted telling Detective Handy that you told Rhonda that if

22   she ever cheated on him or left him, that you would kill her.

23   Isn't that what you said?

24             MR. HARDIN:  I can't recall that, no, sir.

25             MR. SMITH:  And you also went on and stated, but you

1  had told that to all your girlfriends and that none of them were

2  dead.  Do you remember making that statement?

3            MR. HARDIN:  I can't recall.  I'm not sure.

4            MR. SMITH:  Now, then Detective Handy again asked you

5  about owning a knife and at that occasion, you denied owning a

6  knife, didn't you?

7            MR. HARDIN:  I think so.

8            MR. SMITH:  And again, on that occasion you denied the

9  defendant Clark owning any knives, didn't you?

10           MR. HARDIN:  I'm not sure what I said about Jeff.

11           MR. SMITH:  And again, on that occasion on that

12 interview with Detective Handy, you made no mention whatsoever

13 about any Chevron station, did you?

14           MR. HARDIN:  Not that I can recall.

15           MR. SMITH:  That's all.

16           THE COURT:  Mr. Adams, let me ask you and Mr. Rogers

17 this.  Mr. Adams, how long do you anticipate your cross taking

18 and, Mr. Rogers, will there be a redirect and how long would you

19 anticipate that taking?

20           MR. ROGERS:  Not knowing what Mr. Adams is going to

21 ask, I would say no more than two or three minutes if I ask him

22 anything, Judge.

23           THE COURT:  Mr. Adams, what do you anticipate, sir?

24           MR. ADAMS:  10 to 15 minutes.

25           THE COURT:  We're moving pretty good.  Why don't we go

1  ahead and recess for lunch and come back after lunch.  Does

2  anybody object?

3           UNKNOWN MALE:  Your Honor, I object.

4           THE COURT:  You want to go ahead and do it right now?

5           UNKNOWN MALE:  Judge, I do too.  I want to --

6           UNKNOWN MALE:  Finish this.

7           UNKNOWN MALE:  I don't want to leave this --

8           THE COURT:  Drive on, sir.  Drive on.

9           MR. ADAMS:  Thank you, sir.

10          THE COURT:  All the jury in good shape?  Okay.  Drive

11  on.

12          MR. ADAMS:  Mr. Smith read a passage to you about this

13  on choice and human sacrifice, this chapter.  First time I've

14  ever seen this, first time I read it.  Let me read along as Mr.

15  Smith did.  This is in the same chapter, page 88.  Ladies and

16  gentlemen of this jury, this appears at page 87 of this Exhibit

17  120.  You might want to read in back.  "Inhibitive and asinine

18  absurdity in the need to kill an innocent living creature at the

19  high point of ritual as practiced by erstwhile wizards is

20  obviously there are lesser of the evils when a discharge of

21  energy is called for."  Correct?  Is that what that says?

22          MR. HARDIN:  Yes, sir.

23          MR. ADAMS:  It calls the asinine absurdity in the need

24  to kill.  Is that what this book says?

25          MR. HARDIN:  Yes, sir.

1        MR. ADAMS:  So everything that Mr. Smith had read to

2  --

3        MR. SMITH:  Objection.

4        MR. ADAMS:  You heard what Mr. Smith read to the jury;

5  is that correct?

6        MR. HARDIN:  Yes, sir.

7        MR. ADAMS:  Did that give the correct meaning of this

8  chapter?

9        MR. HARDIN:  Well, it states how the primitive beliefs

10  used to practice, how some still do.

11        MR. ADAMS:  Right.  And then it goes on to say,

12  therefore, you have every right to symbolically, symbolically

13  destroy them, in other words, a curse or whatever, right?

14        MR. HARDIN:  Yes, sir.

15        MR. ADAMS:  And this book, this chapter says, no human

16  sacrifice?

17        MR. HARDIN:  That's correct.

18        MR. ADAMS:  And again, that appears at page 87, the

19  Satanic bible, Anton LaVey.  Now, just to make sure, it says,

20  the only time a Satanist would perform a human sacrifice would

21  be if it were to serve a two-fold purpose, semicolon, that being

22  to release the magician's wrath in the throwing of a curse,

23  comma, and more important to dispose of a totally obnoxious and

24  deserving individual, right?

25        MR. HARDIN:  Yes, sir.

1          MR. ADAMS:  Okay.  And this -- what this chapter talks

2   about is the old ways, what the old beliefs were, but this book

3   says, no human sacrifice, only a card would do that, correct?

4          MR. HARDIN:  Yes, sir.

5          MR. ADAMS:  Tell me -- let's talk about the problem

6   between Jeff and Rhonda.  Is it not true that sometime in

7   December of 1991, Jeff asked Rhonda not to come back to the

8   trailer?

9          MR. HARDIN:  Yes, sir, I remember that.

10         MR. ADAMS:  And was the reason because the place was

11  always --

12         MR. SMITH:  Objection.  There's no way --

13         THE COURT:  This is cross.

14         MR. ADAMS:  If he knows.

15         THE COURT:  This is cross.  If he knows.  If he

16  stated.

17         MR. ADAMS:  Is it true that the reason was because the

18  place was always a mess and Jeff was working and you all

19  weren't, if you know?

20         MR. HARDIN:  Not that I remember that.

21         MR. ADAMS:  Okay.  Was there words that were exchanged

22  between Jeff and Rhonda at the time?

23         MR. HARDIN:  I can't remember.  All I remember is that

24  for some reason they disliked each other.

25         MR. ADAMS:  Do you have any reason to doubt Jeff's

1  statement that he did not see her from the time he asked her not

2  to come back to the trailer until the time after she -- her

3  death?

4          MR. HARDIN:  No, sir.

5          MR. ADAMS:  Did you ever see them together during that

6  period of time?

7          MR. HARDIN:  No, I did not.

8          MR. ADAMS:  All right.  Did you have any knives at

9  your place that belonged to Jeff?

10          MR. HARDIN:  Not that I know of.

11          MR. ADAMS:  Well, I mean, would you know or not know?

12          MR. HARDIN:  Well, I wouldn't know.

13          MR. ADAMS:  Did he ever give you a knife that you got

14  there?

15          MR. HARDIN:  No.

16          MR. ADAMS:  On Thursday, April 2, did Jeff come over

17  to your house to return the battery?

18          MR. HARDIN:  Yes, he did.

19          MR. ADAMS:  And during that conversation, did you tell

20  Jeff that you had received information that Rhonda had not been

21  found, that she didn't come home last night?

22          MR. HARDIN:  I believe so, yes.

23          MR. ADAMS:  Okay.  And during that conversation, did

24  he kid you about she's probably found another guy?

25          MR. HARDIN:  Yes.  That's just Jeff's way.  He does

1  things like that all the time.

2         MR. ADAMS:  All right.  Now, on Sunday, April 5, did

3  Jeff Clark come over to your house after Sheriff Greer had left

4  and told you all about Rhonda being found dead?

5         MR. HARDIN:  Yes, sir.

6         MR. ADAMS:  And during that conversation, was your

7  mother present?

8         MR. HARDIN:  I think she was.

9         MR. ADAMS:  Your father?

10         MR. HARDIN:  I believe so.

11         MR. ADAMS:  All right.  And did Jeff say to you, I bet

12  they're going to kick her butt?

13         MR. HARDIN:  I remember him saying something like

14  that, yes.

15         MR. ADAMS:  All right.  When he talked to you in front

16  of your family, he gave absolutely no indication whatsoever that

17  he had any idea at that time that she had been killed; is that

18  correct?

19         MR. HARDIN:  That's right.

20         MR. ADAMS:  Now, let me talk to you a little bit about

21  this Satanism.  Judge, I'm going to take about four more

22  minutes.

23         THE COURT:  All right.

24         MR. ADAMS:  Try to keep it right in there.

25         THE COURT:  Okay.

1          MR. ADAMS:  I have very little knowledge of Satanism.

2  Let me tell you that to start off with.  Is the branch that you

3  believed in this Anton LaVey?

4          MR. HARDIN:  Yes, sir.

5          MR. ADAMS:  All right.  Have you seen Mr. LaVey being

6  interviewed on television shows?

7          MR. HARDIN:  I've seen a couple interviews, yes.

8          MR. ADAMS:  Is it fair for me to say -- is it a fair

9  characterization of Satanism as Anton LaVey espouses it that he

10 is more into earth things and naturalism?  He espouses the

11 belief that you should believe in other humans and in natural

12 things?  Is that correct?

13         MR. HARDIN:  Yes, sir.

14         MR. ADAMS:  Also, that he does not particularly

15 espouse a belief in God whatsoever?

16         MR. HARDIN:  I think so, yes.

17         MR. ADAMS:  Now, is that the type of thing that you

18 believed in?

19         MR. HARDIN:  Well, I didn't believe in God.  You know,

20 I believed in Satan.  To me he was my God and I didn't believe

21 in any others.

22         MR. ADAMS:  How did you come to that conclusion?  How

23 did you ever adopt a belief like that?

24         MR. HARDIN:  It's something, teenager just I was -- I

25 developed an interest in it and started doing reading on it more

1  and more and I started getting into practicing.

2          MR. ADAMS:  Into practicing, are you talking about the

3  spells and the mysticism and that sort of thing?

4          MR. HARDIN:  Yes.

5          MR. ADAMS:  And doing the --

6          MR. HARDIN:  Rituals.

7          MR. ADAMS:  Doing the wizard hype stuff?

8          MR. HARDIN:  Yes.

9          MR. ADAMS:  Did you have others that you practiced

10 this with?

11         MR. HARDIN:  No, sir.  It was just me.

12         MR. ADAMS:  All right.  Did you ever take any of this

13 Satanism, any of these books, et cetera, over to Jeff Clark's

14 trailer?

15         MR. HARDIN:  I kept it out in my car.

16         MR. ADAMS:  Kept that in your car?

17         MR. HARDIN:  Yes, sir.

18         MR. ADAMS:  And you never had it in the trailer and he

19 didn't know you had it, did he?

20         MR. HARDIN:  No, sir, he didn't.

21         MR. ADAMS:  As a matter of fact, he had fallen out

22 with you when you all were teenagers as a result of your

23 dabbling in Satanism?

24         MR. HARDIN:  Yes, sir.

25         MR. ADAMS:  And as a matter of fact, Jeff Clark and

1  his mother talked to you and your mother and got assurances that

2  you were out of Satanism before he allowed you to move in the

3  trailer?

4          MR. HARDIN:  Yes, sir.

5          MR. ADAMS:  The night that he came in when you were

6  putting this inverted cross on Rhonda Sue, what time of night

7  was it?

8          MR. HARDIN:  I'm not sure.  I guess around midnight or

9  a little bit after.  I'm not sure.

10         MR. ADAMS:  Had he been working?

11         MR. HARDIN:  I think so.

12         MR. ADAMS:  Did he sit around and talk to you about it

13 or he just shake his head and go onto bed?

14         MR. HARDIN:  I think he sit there for a few minutes

15 and just went back in another room somewhere.

16         MR. ADAMS:  Did he ever say anything to you about it?

17         MR. HARDIN:  Not that I can recall.

18         MR. ADAMS:  That's all I have.

19         THE COURT:  Mr. Rogers?

20         MR. ROGERS:  No more questions.

21         THE COURT:  Mr. Smith?

22         MR. SMITH:  Judge, I would like to reserve the further

23 cross after lunch.  It would be very brief.

24         THE COURT:  You gentlemen have any objection to that?

25         MALE SPEAKER:  No, sir, I don't.

1          MALE SPEAKER:  I think we ought to finish it up if we

2    -- if he's objecting to this, then let's finish it if we going

3    to finish it.

4          MALE SPEAKER:  Judge, I agree with that.  I mean, he's

5    the one that said he wanted to finish it and then forced

6    (inaudible) --

7          MR. SMITH:  Well, I did something --

8          MALE SPEAKER:  And then he wants the hour.

9          MR. SMITH:  Well, something come up.  It would just be

10   one question after lunch, Your Honor.  I might not even ask it.

11   I got to check something out.

12         MALE SPEAKER:  Note my objection, Judge.  He's the one

13   who wanted to finish it.  We finished it and now he wants --

14         THE COURT:  Well --

15         MALE SPEAKER:  Judge, I've been a guppy all my life,

16   but I went for that one hook, line, and sinker and, you know, I

17   think the court ought to do something supervisory about that.

18   He knew exactly what he was going to do.

19         (Discussion off the record.)

20         THE COURT:  Any questions on cross now?

21         MR. SMITH:  Well, not now.

22         MR. ADAMS:  No further questions, Judge.

23         THE COURT:  Okay.  Everybody -- you have any other

24   witnesses, Mr. Rogers?

25         MR. ROGERS:  No, sir, Judge.  Defense rests.

1        THE COURT:  You close?  Mr. Adams, do you --

2        MR. ADAMS:  Close, Your Honor.

3        THE COURT:  Close?

4        MR. ADAMS:  Yes, sir.

5        THE COURT:  Okay.  Ladies and gentlemen, we will

6   recess for lunch and we'll come back after lunch.  The

7   Commonwealth has a right to -- if they desire to do so, to offer

8   rebuttal testimony.  The defense may want to offer surrebuttal,

9   but we're moving towards the conclusion of the trial.  So I am

10  going to give you the admonition and then we will recess for

11  lunch.

12       Ladies and gentlemen, it is your duty to not permit

13  anyone to speak to or to communicate with you on any subject

14  connected with this trial and any attempt to do so should be

15  immediately reported by you to the court.  Do not converse or

16  discuss among yourselves any subject connected with the trial or

17  form or express any opinion thereon until the case is finally

18  submitted to you for determination.  If anyone should state

19  anything within your hearing about this case, promptly bring

20  this back to the attention of the court.  Mr. Wright, where do

21  you intend to --

22       MR. WRIGHT:  We're going to Mr. Getti's, sir.

23       THE COURT:  Going where?

24       FEMALE SPEAKER:  Mr. Getti's.

25       MR. WRIGHT:  A pizza place, Getti's.