1          MR. SMITH:  Did you ever strike her at all?

2          MR. TYRELL:  No, not that I recall.

3          MR. SMITH:  That's all.

4          MR. ROGERS:  I don't have any other questions, Judge.

5          THE COURT:  Thank you.  You can go back to the

6    courtroom.

7          MR. ROGERS:  Judge, we'd call Wanda Hardin to the

8    stand, please.

9          THE COURT:  Ma'am, come around next to the chalkboard,

10   stop there and face me.  Now raise your right hand.  Face me and

11   raise your right hand.  Do you solemnly swear or affirm the

12   testimony you're about to give will be the truth, the whole

13   truth, and nothing but the truth so help you God?

14         MS. HARDIN:  Yes, sir.

15         THE COURT:  Okay.  Please be seated.

16         MR. ROGERS:  Would you please introduce yourself, tell

17   these people your name.

18         MS. HARDIN:  My name is Wanda Hardin.  I'm Keith's

19   mother.

20         MR. ROGERS:  Okay.  Where do you live, Ms. Hardin?

21         MS. HARDIN:  10774 Tarrytowne, Louisville, Kentucky.

22         MR. ROGERS:  How long have you lived there?

23         MS. HARDIN:  About 25 years.

24         MR. ROGERS:  And who else lives there with you?

25         MS. HARDIN:  My husband and son.

1          MR. ROGERS:  Okay.  And that's Keith?

2          MS. HARDIN:  That's Keith.

3          MR. ROGERS:  Okay.  Now, how long has Keith lived

4   there with you at that residence?

5          MS. HARDIN:  He's lived there about 25 years except

6   for three months and then he moved in with Jeff Clark in the

7   trailer.

8          MR. ROGERS:  And that would be this trailer that we've

9   heard about throughout this case?

10          MS. HARDIN:  On Newburg Road, yes.

11          MR. ROGERS:  All right.  Did you know Keith was

12   involved in Satanism?

13          MS. HARDIN:  Yes, sir, I did.

14          MR. ROGERS:  Okay.  Did you have discussions with

15   Keith about that or what did you say to him about that?

16          MS. HARDIN:  Yes.  We just told him we just -- we just

17   didn't like it.  We wanted him, you know, just to get out of it.

18          MR. ROGERS:  Okay.  In his involvement in Satanism,

19   did he ever talk to you about sacrificing animals?

20          MS. HARDIN:  No, sir.

21          MR. ROGERS:  Did he ever say anything about

22   sacrificing humans?

23          MS. HARDIN:  No, sir.  He wouldn't do that.

24          MR. ROGERS:  Did he ever say anything about using

25   knives in any of the religious ceremonies that he performed?

CLARK AND HARDIN 3.07.95                              March 07, 1995
COMMONWEALTH OF KY vs GARR KEITH HARDIN                         23

1              MS. HARDIN:  No, sir.

2              MR. ROGERS:  Okay.  Do you know to the best of your

3    knowledge about how long he was interested or involved in

4    Satanism?

5              MS. HARDIN:  About maybe five, maybe six years.

6              MR. ROGERS:  Now, does Keith have or did he have in

7    your home knives?

8              MS. HARDIN:  Yes, sir, he did.

9              MR. ROGERS:  What type of knives did he have?

10             MS. HARDIN:  He had pocket knives or a little hunting

11   knife.

12             MR. ROGERS:  Now, ma'am, is a pocket knife something

13   like this you --

14             MS. HARDIN:  Yes, sir.

15             MR. ROGERS:  Would something like this be what you're

16   describing as a hunting knife?

17             MS. HARDIN:  Yes, sir.

18             MR. ROGERS:  Okay.  Do you of your personal knowledge

19   know where he obtained any of the knives that he owned?

20             MS. HARDIN:  Yes, sir.  From the man next door, John

21   Culfer.  He's in the flea market business.

22             MR. ROGERS:  Okay.  And you have personally seen or

23   witnessed Mr. Culfer give him knives?

24             MS. HARDIN:  Every Christmas and every birthday he

25   gives my husband knives and he gives my son knives.

1          MR. ROGERS:  Okay.  What type of knives would he give
2    them?
3          MS. HARDIN:  Just hunting knives and little pocket
4    knives.
5          MR. ROGERS:  Things like we have seen here?
6          MS. HARDIN:  Yes, sir.
7          MR. ROGERS:  Did you ever see Keith with any type of
8    knife other than what you're describing as a hunting knife or a
9    pocket knife?
10         MS. HARDIN:  No, sir.
11         MR. ROGERS:  Did you ever see him have any big swords
12   or daggers or anything like that?
13         MS. HARDIN:  No, sir.
14         MR. ROGERS:  And he lived there in the house with you,
15   right?
16         MS. HARDIN:  Yes, he did.
17         MR. ROGERS:  Okay.  Now, can you tell us what you know
18   about the events of Keith's whereabouts on Wednesday, April 1?
19   That's April Fool's Day 1992 is what we're talking about.
20         MS. HARDIN:  Jeff come over and picked him up and ask
21   him if he wanted to go over to the trailer to help him clean up
22   the trailer.
23         MR. ROGERS:  About what time did Jeff pick him up?
24         MS. HARDIN:  I guess about 5:00 or 6:00 that night.
25   And he said that the little snake was missing.  He had two

1  snakes, a great big one and a small one and the little snake got

2  out and they couldn't find it.

3          MR. ROGERS:  Okay.  So after he left with Jeff Clark,

4  when is the next time you saw Keith after that?

5          MS. HARDIN:  I saw him about 2:15, 2:20 on Thursday

6  morning.

7          MR. ROGERS:  And that would be April 2, correct?

8          MS. HARDIN:  Yes.

9          MR. ROGERS:  Now, tell these people how you know what

10  time it was next time you saw Jeff -- or next time you saw

11  Keith?

12          MS. HARDIN:  Jeff's got a loud car and my dog heard

13  him when he pulled up and then when he did we -- I got up and my

14  dog met my son at the door and my son sit there and he sit on

15  the living room floor and I was sitting on the living room couch

16  playing with the dog and we just sit here and talked about 3:00,

17  maybe 3:30 and then I went to bed and my son went to bed and the

18  dog went to bed.

19          MR. ROGERS:  Okay.  So it was the dog that woke you up

20  when he heard the cars --

21          MS. HARDIN:  Yes.

22          MR. ROGERS:  And you looked at the clock?

23          MS. HARDIN:  I looked at the clock, yes, sir.

24          MR. ROGERS:  And what time was it?

25          MS. HARDIN:  About 2:15.

1          MR. ROGERS:  Okay.  Now, do you have one of them
2   digital clocks that's got the numbers on it?

3          MS. HARDIN:  No, sir.  No, sir.

4          MR. ROGERS:  You got one of the old-fashioned ones,
5   got the hands?

6          MS. HARDIN:  Yes, with the light in it.

7          MR. ROGERS:  Okay.  And you're saying the hand was --

8          MS. HARDIN:  In between 2:15 and 2:20.

9          MR. ROGERS:  Okay.  And you all stayed up a while
10  after he got home?

11         MS. HARDIN:  Yes, sir.  We sit up there and talked and
12  I asked him if he found the snake and he says no, they did not
13  find the snake.  They did straighten up the trailer and had a
14  few beers.

15         MR. ROGERS:  Okay.  Can you tell me then what time
16  Jeff got up on Thursday, April 2?

17         MS. HARDIN:  You mean Keith?

18         MR. ROGERS:  Keith.  I'm sorry.  What time -- yeah --

19         MS. HARDIN:  He got up about 9:00.

20         MR. ROGERS:  And what did he do that day to your
21  recollection?

22         MS. HARDIN:  On Thursday?

23         MR. ROGERS:  Yeah.

24         MS. HARDIN:  On Thursday, he stayed home all day long
25  until around maybe 5:00, 5:30, then he went down to his

CLARK AND HARDIN 3.07.95                        March 07, 1995
COMMONWEALTH OF KY vs GARR KEITH HARDIN                27

1  sister's, Vickie.  He walked down to Vickie's.

2          MR. ROGERS:  Okay.

3          MS. HARDIN:  And he stayed down there --

4          MR. ROGERS:  What time did he come --

5          MS. HARDIN:  He stayed down there about 11:00 and it

6  was Thursday, Friday, and Saturday night he done the same thing.

7          MR. ROGERS:  Okay.

8          MS. HARDIN:  And Vickie had to always bring him home

9  about 11:00.

10          MR. ROGERS:  Okay.  When he came home at 11:00, you're

11  saying he came home about 11:00 on Thursday, the 2nd?

12          MS. HARDIN:  Yes.

13          MR. ROGERS:  The 3rd and the 4th?

14          MS. HARDIN:  Yes.

15          MR. ROGERS:  And who brought him home?

16          MS. HARDIN:  Vickie Houser.

17          MR. ROGERS:  Okay.

18          MS. HARDIN:  My daughter.

19          MR. ROGERS:  On any of those nights did he to your

20  knowledge go back out of the house after 11:00?

21          MS. HARDIN:  No, sir.  His car was broke down at the

22  time.

23          MR. ROGERS:  Nobody came by and picked him up to your

24  knowledge?

25          MS. HARDIN:  No, sir.

1          MR. ROGERS:  During the daytime hours of these days,

2   we've talked about April 2.  April 3 and 4 during the daytime

3   hours, do you know where Keith was?

4          MS. HARDIN:  Yes, sir.  He was at home waiting for his

5   girlfriend Rhonda to call him.

6          MR. ROGERS:  Didn't go out?

7          MS. HARDIN:  No, sir.  He -- we couldn't get him to

8   get out of the house except about 5:00 when Vickie come over and

9   she's -- or called, "Mom, have Keith to walk down."  She's --

10  and I'll bring him home that night.

11         MR. ROGERS:  Okay.

12         MS. HARDIN:  But he stayed by the phone waiting on

13  Rhonda to call us.

14         MR. ROGERS:  During that time, did he have any

15  conversations with you about Rhonda being missing?

16         MS. HARDIN:  Yes.  We talked about it and he just said

17  he wished to God --

18         MR. SMITH:  Objection.

19         THE COURT:  I'll let her answer the question.

20         MR. ROGERS:  What did he tell you about?

21         MS. HARDIN:  He said he wished to God that we could

22  just, you know, know where was Rhonda was, you know, at so we

23  can go find her.

24         MR. ROGERS:  Did he give you any indication, any hint,

25  any innuendo that he had any idea where she was?

1    MS. HARDIN:  No, sir.  He didn't.  If he did, we'd all

2  be out looking for her.

3    MR. ROGERS:  Did he give you any indication or any

4  hint that Jeff Clark might know where she was?

5    MS. HARDIN:  No.  Jeff Clark didn't know neither.

6    MR. ROGERS:  Now, Keith didn't say anything about Jeff

7  might know or anything?

8    MS. HARDIN:  No.  Jeff would not know.

9    MR. ROGERS:  Okay.

10    THE COURT:  Okay.  She cannot testify as to what Jeff

11  did or did not know or may or may not have known.  She can't

12  look into his mind.  The jury will disregard that.

13    MR. ROGERS:  Now, do you remember on Sunday, the 5th,

14  what did the defendant --

15    MR. SMITH:  Objection.  Leading.

16    THE COURT:  Ask the question.

17    MR. ROGERS:  What did you do on April 5?

18    MS. HARDIN:  That was on the Sunday.

19    MR. ROGERS:  Yes, ma'am, it was.

20    MS. HARDIN:  We were just sitting around the house and

21  I think I called Ms. Warford or Ms. Warford called me and she

22  says she's got some flyers to -- for pictures of Rhonda.

23    MR. ROGERS:  Okay.  The flyers like you'll pass out,

24  missing persons?

25    MS. HARDIN:  Yeah.  Like a picture of Rhonda.

1          MR. ROGERS:  That's what we're talking about.

2          MS. HARDIN:  And we asked her, you know, if we could

3   come over and pick up some and let us pass them out and take

4   them to my daughter's work and stuff.  She said yes.

5          MR. ROGERS:  And did you go over there for that

6   purpose?

7          MS. HARDIN:  My daughter come over, Vickie, and picked

8   us up again and me and my son and Vickie went over there and we

9   stayed at Warford's, I guess, about half an hour, maybe an hour.

10         MR. ROGERS:  About what time did you go over there?

11         MS. HARDIN:  I think it was about 1:00, maybe 1:30,

12  something like that.

13         MR. ROGERS:  And when you got home on Sunday, April 5,

14  did Keith go out?

15         MS. HARDIN:  No, sir, he did not.

16         MR. ROGERS:  Okay.  Now, do you recollect Sheriff

17  Greer coming to your house that night?

18         MS. HARDIN:  Yes, sir, I do.

19         MR. ROGERS:  About what time did he get there?

20         MS. HARDIN:  I would say anywhere -- about -- probably

21  about 7:30, quarter to 8:00 that night.

22         MR. ROGERS:  Was he given a copy of this flyer that

23  you had picked up?

24         MS. HARDIN:  Yes, he was.  And he says -- I asked him,

25  I says, "Was that Rhonda?"  And he looked at me and he went

1  (inaudible).  But he said the only difference was Rhonda had red

2  pants on and a sports jacket.  And I -- and the flyer had --

3          MR. ROGERS:  What color pants did the flyer state the

4  girl had --

5          MS. HARDIN:  The flyer said she had on white -- white

6  pants on.  And Sheriff Greer looked at me and he says, "No.  The

7  girl we found had red pants on and a sport jacket."  And then I

8  looked at him and asked, was that Rhonda.  And he went

9  (inaudible).  Him and Mr. Adams, I think it was.  And so then

10  when he did, then I busted out crying and my son had tears down

11  his eyes and stuff like that because we loved her very much.

12          MR. ROGERS:  Is there any doubt, ma'am, in your mind

13  that on that first occasion the afternoon or the night of Sunday

14  the 5th that Sheriff Greer indicated to you the color pants she

15  was wearing?

16          MS. HARDIN:  Yes, sir.  He said she had red pants on.

17          MR. ROGERS:  Now, during this investigation, did the

18  police ever come out and interview you?

19          MS. HARDIN:  No, sir.

20          MR. ROGERS:  Did anybody from the local police

21  department, the Meade County Sheriff's Office ever come out and

22  ask for you to account for Jeff's time during this period?

23          MS. HARDIN:  Keith's time, no, sir.

24          MR. ROGERS:  Or Keith's time.  Did anybody ever come

25  out and ask you about your knowledge of his whereabouts?

1          MS. HARDIN:  No, sir.

2          MR. ROGERS:  Did anybody ever come out and ask you any

3     knowledge about him being involved in Satanism?

4          MS. HARDIN:  No, sir.

5          MR. ROGERS:  Did anybody ever come out and ask you if

6     he'd made any statements to you that were incriminating?

7          MS. HARDIN:  No, sir.

8          MR. ROGERS:  Did anybody ever come out and ask you

9     about any knives that he owned or to look at them or anything?

10         MS. HARDIN:  No, sir, they sure didn't.

11         MR. ROGERS:  Did any police ever come out and ask you

12    if your son had any knowledge or had ever been in Meade County?

13         MS. HARDIN:  No, sir, they sure didn't.

14         MR. ROGERS:  Ma'am, I don't have any other questions

15    for you.  I would ask that you answer any questions that Mr.

16    Kent Smith may have or Mr. Bart Adams, please.

17         THE COURT:  Mr. Smith, you may cross.

18         MR. SMITH:  Ms. Hardin, you knew that your son was

19    involved in this murder, didn't you, the first time the police

20    came out there?

21         MS. HARDIN:  My son was not involved in this murder,

22    no, sir.

23         MR. SMITH:  The first time the police came out there,

24    isn't it true that you said, is he going to be arrested and does

25    he need an attorney?

1        MS. HARDIN:  Sir, I was so upset that day, I don't

2   remember saying nothing like that.

3        MR. SMITH:  You could have said that?

4        MS. HARDIN:  I don't know if I did or I didn't.

5        MR. SMITH:  And did you also say, please do not take

6   him out of here in handcuffs on that very first occasion?

7        MS. HARDIN:  I don't remember saying that.

8        MR. SMITH:  Those statements, Ms. Hardin, would lead

9   one to believe that you knew that your son was involved in this

10  ghastly crime.

11       MS. HARDIN:  My son would not kill nobody.

12       MR. SMITH:  Were you aware that your son told the

13  police that he got tired at looking at animals and wanted to do

14  human sacrifices?

15       MS. HARDIN:  My son did not say that.

16       MR. SMITH:  So Sergeant Woosley and Detective Mark

17  Handy would by lying?  Is that what you're telling us?

18       MS. HARDIN:  Well --

19       MR. ROGERS:  Judge, I don't think Detective Woosley's

20  testified.

21       MR. SMITH:  He was there when the -- with Andy.

22       MR. ROGERS:  No report from him.

23       THE COURT:  Let's talk about what testimony we've had.

24       MR. SMITH:  You weren't there when he spoke with these

25  two officers, were you, ma'am?

1       MS. HARDIN:  No, sir, I don't think I was.

2       MR. SMITH:  Now, isn't it true that the defendant

3  Hardin never made any mention to you whatsoever about any

4  Chevron station?

5       MS. HARDIN:  Yes.  He said him and Jeff stopped on the

6  way home and got some cigarettes.

7       MR. SMITH:  And you never reported this fact to

8  anyone, did you?

9       MS. HARDIN:  I didn't know I had to.

10      MR. SMITH:  Now, are you aware that your son told the

11 police that he got home at 3:00 or 3:30?

12      MS. HARDIN:  No, sir.  He didn't come in that late.

13 He didn't look at the clock.

14      MR. SMITH:  And tell me again what you were doing up

15 that late.

16      MS. HARDIN:  I heard Jeff's loud car pull up and my

17 dog barked and woke me up and so I -- I was there letting my dog

18 outside to go potty and my dog and my son and I sit there

19 playing with the dog on the couch and we was talking about, you

20 know, Jeff's trailer and Jeff's, you know, snake and stuff.

21      MR. SMITH:  Do you normally stay up at these hours of

22 the morning?

23      MS. HARDIN:  I usually get up in the mornings whenever

24 my dog barks, yes, sir, I do.

25      MR. SMITH:  Now, the defendant Hardin never told you

1  about having any type of visions, did he, ma'am?

2            MS. HARDIN:  No, sir, he did not.

3            MR. SMITH:  And he has never told you on any other

4  occasions of having any visions, has he, ma'am?

5            MS. HARDIN:  No, sir, he has not.

6            MR. SMITH:  Now, when were you first aware that Keith

7  Hardin was involved in Satanism?

8            MS. HARDIN:  Oh, about maybe five, six years ago.

9            MR. SMITH:  Did you try to talk him out of it?

10           MS. HARDIN:  Yes, sir, we sure did.  Me and his father

11 both.

12           MR. SMITH:  But you couldn't do any good on that

13 regard, could you, ma'am?

14           MS. HARDIN:  No, sir, we didn't.

15           MR. SMITH:  He wouldn't listen to you, would he?

16           MS. HARDIN:  But I think now he finally -- he did.

17 He's been out of it now about two or three years.

18           MR. SMITH:  He's been out of it since April of 1992,

19 hasn't he, ma'am?  And you're right, that's about three years.

20 Now --

21           MR. ROGERS:  Is that a question or statement?

22           MR. SMITH:  It was meant to be, but it --

23           THE COURT:  I'm not sure.

24           MR. SMITH:  -- didn't get a response so we'll move on.

25 Were you aware -- now, he lived in your house?

Case 3:17-cv-00419-GNS-CHL   Document 317-21   Filed 01/26/23   Page 16 of 30 PageID #:
26738

1        MS. HARDIN:  Yes, sir.

2        MR. SMITH:  And you were aware that these items were

3   being kept in your house?

4        MS. HARDIN:  The knives?

5        MR. SMITH:  The knives.  Yes, ma'am, the knives.

6        MS. HARDIN:  Yes.  Because the man next door gave them

7   to him.  My husband's got some just like he's got.

8        MR. ROGERS:  Now, isn't it true that all the time that

9   the defendant Clark would be over at your house, that Nova was

10  painted black and red primer?

11       MS. HARDIN:  It was more of a maroon than it was

12  anything.

13       MR. SMITH:  Right.

14       MS. HARDIN:  Yes.

15       MR. SMITH:  But it was no light color whatsoever, was

16  it, ma'am?

17       MS. HARDIN:  No, sir, it was not.

18       MR. SMITH:  And it was only after this crime that the

19  Nova begins to show up being painted white primer, correct?

20       MS. HARDIN:  I don't know.  Last time I saw it, it was

21  maroon.

22       MR. SMITH:  I ask you, please, to look at those

23  pictures of some knives, ma'am.  And I ask you if you've seen

24  those pictures before?  Let me add this one to it, please.  Not

25  the pictures, ma'am.  Have you seen the knives, the objects

1  delineated in those pictures?

2          MS. HARDIN:  No, sir.  I know he had knives, but like

3  I said --

4          MR. SMITH:  Did you know he had knives like that?

5          MS. HARDIN:  He had pocket knives and hunting knives,

6  but he had no big knives or nothing like that.

7          MR. SMITH:  Were you aware that he had these two books

8  in his room, ma'am?

9          MS. HARDIN:  Yes, sir, I was.

10          MR. SMITH:  Have you ever seen these candles?

11          MS. HARDIN:  Yes, sir, I have.

12          MR. SMITH:  Where were those kept in his room?

13          MS. HARDIN:  They was kept, I think, in the bottom of

14  his closet.

15          MR. SMITH:  Did it concern you that he had these

16  candles in there?  Did you ever ask him what those were for?

17          MS. HARDIN:  No, sir, I did not.

18          MR. SMITH:  It didn't bother you?

19          MS. HARDIN:  No.  I've got candles around the house.

20  I've got blue ones.  I got white ones.  They make the house

21  smell good.

22          MR. SMITH:  Have you ever seen that sword?

23          MS. HARDIN:  No.

24          MR. SMITH:  Have you ever seen a red bag containing

25  those rocks?

1        MS. HARDIN:  No, sir.

2        MR. SMITH:  Have you ever seen that silver chalice

3   there, ma'am?

4        MS. HARDIN:  No, sir, I don't think I have.

5        MR. SMITH:  You didn't know that he kept chalices

6   there at your house?

7        MS. HARDIN:  No, sir.

8        MR. SMITH:  That would have concerned you, wouldn't

9   it, ma'am?

10       MS. HARDIN:  No, sir.

11       MR. SMITH:  No?

12       MS. HARDIN:  No.

13       MR. SMITH:  Did you ever see this glass chalice?  Take

14  a look at that picture, please, ma'am.  And I ask you if you've

15  ever seen that glass chalice?

16       MS. HARDIN:  No, sir, I have not.

17       MR. SMITH:  A glass chalice is sitting on a white

18  handkerchief, isn't it, ma'am?

19       MS. HARDIN:  Yes.  That's what it shows here.

20       MR. SMITH:  And that looks like blood on the

21  handkerchief, doesn't it, ma'am?

22       MR. ROGERS:  Objection, Judge.  I don't think she's

23  qualified --

24       MR. SMITH:  If she knows.

25       MR. ROGERS:  -- to testify --

1          THE COURT:  Unless there's testimony, I'll sustain it.

2   You can ask her if she knows what's on there.

3          MR. SMITH:  Do you know what's on that handkerchief,

4   ma'am?

5          MS. HARDIN:  To me it looks like grease.

6          MR. SMITH:  Do you know how that glass chalice got

7   broken, ma'am?

8          MS. HARDIN:  No, sir.  I didn't know the glass --

9          MR. SMITH:  Chalice was there?

10          MS. HARDIN:  -- thing -- no, sir, I did not.

11          MR. SMITH:  If you'd have seen this white handkerchief

12   and that glass chalice, would that have caused you any problems,

13   ma'am?

14          MS. HARDIN:  No, sir, it would not because it looks

15   like to me it's grease on that.

16          MR. SMITH:  Are you aware, ma'am, that -- are you

17   aware, ma'am, that people who are involved in Satanism that have

18   chalices drink animal or human blood out of them?

19          MS. HARDIN:  My son was not involved in something like

20   that.

21          MR. SMITH:  Just couldn't have been, could he?

22          MS. HARDIN:  No, he was not.  You read that bible that

23   you've got here and you will find out.

24          MR. SMITH:  Back to my question, ma'am.  Back to my

25   question.  Were you aware that people involved in Satanism that

1  had chalices drank animal or human blood out of them?

2          MR. ROGERS:  Judge, I --

3          MR. SMITH:  Were you aware of that?

4          MR. ROGERS:  Approach on that.  Can we approach?

5          THE COURT:  You may.  Let's go to the office.

6          (Discussion off the record.)

7          THE COURT:  Ladies and gentlemen of the jury, as you

8  know, we've been trying to break about every hour and a half or

9  so.  This morning we're going to proceed on through.  If at any

10 time any of you need a break, just -- I got a chance when I go

11 in there.  If you need a break, wave your hand and we'll take

12 one.  Okay?  I'm only going to give you a break if you request

13 it.  So go forward, Kent.

14         MS. SMITH:  Mrs. Hardin, are you familiar with your

15 son's handwriting?

16         MS. HARDIN:  Yes, sir.

17         MR. SMITH:  And could you recognize his handwriting?

18         MS. HARDIN:  I really don't know.  I think I could.

19         MR. SMITH:  I'm going to hand you what has been marked

20 for identification purposes as Commonwealth's Exhibit No. 137.

21 I ask you to look at that, ma'am, and I ask you whether you

22 recognize that handwriting?

23         MS. HARDIN:  Yes, sir.  I'm pretty sure this is

24 Keith's.

25         MR. SMITH:  Move to introduce it into evidence, Your

1   Honor, as Commonwealth's Exhibit No. 137.

2            THE COURT:  Any objection?

3            MR. ROGERS:  Just let me just -- no objection, Judge.

4            THE COURT:  Let it come in.

5            MS. HARDIN:  Could I look at that again?  I'm pretty

6   sure that this is Keith's.

7            MR. SMITH:  Thank you, ma'am.  Bear with me just a

8   minute, ma'am, please.  I'm going to show you a sketch, Ms.

9   Hardin, that has been introduced into evidence of a young lady

10  draped over a coffin.  Have you ever seen that before?

11           MS. HARDIN:  No, sir, I have not.

12           MR. SMITH:  Do you recognize this sketching as being

13  your son's, ma'am?

14           MS. HARDIN:  No, sir.

15           MR. SMITH:  Did your son do some sketching?

16           MS. HARDIN:  Yes, he used to sketch different things

17  all the time.

18           MR. SMITH:  Did you ever see any of these sketches?

19           MS. HARDIN:  I saw some of them, yes.

20           MR. SMITH:  Now, Mrs. Hardin, you let him keep this

21  stuff in your house?

22           MS. HARDIN:  Well, we told him to get rid of it and he

23  was -- he was in the process of getting rid of it when Sheriff

24  Joe Greer come to our house to arrest him.  He done had them put

25  upstairs and he brought them all back downstairs to get rid of

Case 3:17-cv-00419-GNS-CHL  Document 317-21  Filed 01/26/23  Page 22 of 30 PageID #: 26744

 1  them.

 2           MR. SMITH:  That's all, Your Honor.

 3           MR. ADAMS:  Ma'am, could you please tell the ladies

 4  and gentlemen of the jury when it was that you first became

 5  aware of the fact that Rhonda was missing?

 6           MS. HARDIN:  It was on Wednesday.  It was on a

 7  Wednesday.

 8           MR. ADAMS:  Well, she wasn't missing on Wednesday.

 9           MS. HARDIN:  Oh.  It was on Thursday.  Mrs. Warford

10  called me Thursday morning about 9:00 in the morning.

11           MR. ADAMS:  Okay.  Did you get more than one phone

12  call from Mrs. Warford that day?

13           MS. HARDIN:  I got one late that afternoon and she

14  asked me if I --

15           MS. ADAMS:  You can't tell me what she asked you.

16           MS. HARDIN:  Oh.

17           MR. ADAMS:  But you can answer my questions.  Okay?

18           MS. HARDIN:  Yes, sir.

19           MR. ADAMS:  Was the nature of that phone call

20  accusatory both as to your son and to Jeff Clark?

21           MS. HARDIN:  Yes, it was.

22           MR. ADAMS:  All right.  So you became very concerned

23  at that particular time; is that correct?

24           MS. HARDIN:  Yes, I did.

25           MR. ADAMS:  Did you not at that time call Jeff Clark's

 1  mother?

 2          MS. HARDIN:  Yes, I did.

 3          MR. ADAMS:  Try to inquire where he was?

 4          MS. HARDIN:  Yes, I did.

 5          MR. ADAMS:  She gave you a phone number where he was

 6  at --

 7          MS. HARDIN:  Yes.

 8          MR. ADAMS:  -- McMackin's house?

 9          MS. HARDIN:  Yes.

10          MR. ADAMS:  And you called McMackin?

11          MS. HARDIN:  Yes.

12          MR. ADAMS:  You got Jeff on the phone?

13          MS. HARDIN:  Yes, I did.

14          MR. ADAMS:  You talked to Jeff about where they had

15  been that night?

16          MS. HARDIN:  No.  He come over to the house.  I told

17  him could you come over and, you know, I've got something to

18  tell him.

19          MR. ADAMS:  Okay.

20          MS. HARDIN:  So he come over to our house.  You know,

21  we was talking to him.

22          MR. ADAMS:  Okay.  So that is when you first became

23  aware of the fact that accusations were being made against both

24  your son and Jeff Clark by the Warford family?

25          MS. HARDIN:  Yes, sir.

1          MR. ADAMS:  As early as Thursday afternoon?

2          MS. HARDIN:  Yes.

3          MR. ADAMS:  All right.

4          MS. HARDIN:  9:00 that morning.

5          MR. ADAMS:  All right.  Now, when did you first become

6    aware of the fact that Rhonda had been found dead?

7          MS. HARDIN:  That Sunday when Sheriff Joe Greer and

8    Bill Adams I think it was come to our house that afternoon.

9          MR. ADAMS:  About what time was that?

10         MS. HARDIN:  He got to our house about 7:30, maybe

11   quarter to 8:00, 8:00 that night, Sunday night.

12         MR. ADAMS:  All right.  Were you present when Jeff

13   made the statement on Sunday in front of you, I believe your

14   husband and Keith, he had -- he was told that she had been

15   found?  Were you present then?

16         MS. HARDIN:  I don't -- I don't know if I was present

17   or not.

18         MR. ADAMS:  All right.  We'll ask Keith about that.

19   So the -- but by Thursday at midafternoon or so you were aware

20   of the fact that accusations were being made against your son?

21         MS. HARDIN:  Oh, yes, sir.

22         MR. ADAMS:  And you made Jodie Cochran aware of that?

23         MS. HARDIN:  Yes, I did.

24         MR. ADAMS:  And you made Jeff Clark aware of that?

25         MS. HARDIN:  Yes, I did.

1          MR. ADAMS:  All right.  Thank you, ma'am.

2          THE COURT:  Mr. Rogers?

3          MR. ROGERS:  A couple things on redirect, Judge.  This

4   bag of stones, is that the picture Mr. Smith showed you?

5          MS. HARDIN:  Yes, it is.

6          MR. ROGERS:  Do you have any idea what this has to do

7   with this case?

8          MS. HARDIN:  No, sir, I sure don't.

9          MR. ROGERS:  Okay.  Were you shown that picture of

10  that, what looks like a sword?

11         MS. HARDIN:  I was not shown a picture of a sword, no,

12  sir.

13         MR. ROGERS:  Okay.  The prosecutor didn't show you

14  that?

15         MS. HARDIN:  He showed it to me a few minutes ago, but

16  I don't -- I never saw this sword before.

17         MR. ROGERS:  Okay.  From that picture, what does it

18  appear that that material that that sword is made out of?

19         MS. HARDIN:  Just like a brown paper bag or something.

20         MR. ROGERS:  Does it look like it's made out of metal?

21         MS. HARDIN:  What, the sword?  No.  That looks like

22  wood to me.

23         MR. ROGERS:  Looks like wood?

24         MS. HARDIN:  That looks like wood to me.

25         MR. ROGERS:  Have you heard anything or anybody ever

1   ask you whether or not Rhonda was stabbed with a piece of wood?

2            MS. HARDIN:  No, sir, I have not.

3            MR. ROGERS:  Okay.  This glass that appears to be a

4   chalice or wine glass, you never saw that in Jeff's room -- or

5   in Keith's room?

6            MS. HARDIN:  No, sir, I have not.

7            MR. ROGERS:  Okay.  And are you or to your knowledge

8   do you know that various religions use these to drink wine out

9   of for services?

10           MS. HARDIN:  Oh, yeah.

11           MR. ROGERS:  Okay.

12           MS. HARDIN:  I've got two wine glasses at the house.

13   Every once in a while, me and my husband drinks a little bit of

14   wine at nighttime.

15           MR. ROGERS:  Okay.  Thank you, ma'am.  I don't have

16   any more questions.

17           MR. SMITH:  Ma'am, what siblings does Keith Hardin

18   have?

19           MS. HARDIN:  What are you talking about?

20           MR. SMITH:  Brothers or sisters.  I'm sorry.

21           MS. HARDIN:  Well, he's got three sisters.

22           MR. SMITH:  What are their names?

23           MS. HARDIN:  Vickie Houser, Rose Underwood, and

24   Virginia Dunn.

25           MR. SMITH:  And do you know whether or not any of

1  these sisters are involved in the occult or Satanism?

2          MS. HARDIN:  Oh, no, sir.

3          MR. SMITH:  Now, you're telling us that some time

4  prior to being arrested, your son quit Satanism?

5          MS. HARDIN:  Yes, he did.  Before he was arrested.

6          MR. SMITH:  Are you aware that somebody mailed him the

7  Satan Seller while he was in the jail?

8          MS. HARDIN:  Yes, sir, I was.

9          MR. SMITH:  Do you know who mailed him that?

10         MS. HARDIN:  No, sir, and I'd rather not say.

11         MR. SMITH:  Well, you got to say.

12         MS. HARDIN:  I -- I don't have no idea.

13         MR. SMITH:  Now, wait a minute.  You said you knew who

14 sent it to him.  So he's in the jail receiving Satanic material

15 after you've told us that he quit a while ago and you say you

16 --

17         MS. HARDIN:  That he did.

18         MR. SMITH:  And you say you know who sent this to him

19 --

20         MS. HARDIN:  No.  I made a mistake, sir.

21         MR. SMITH:  -- and you don't want to say.

22         MS. HARDIN:  No.  I made a mistake, sir.

23         MR. SMITH:  Nothing else, Your Honor.

24         MR. ROGERS:  No questions, Judge.

25         MR. ADAMS:  Was Jeff Clark contemporaneously in jail

1  with your son?  In other words, were they in jail --

2          MS. HARDIN:  Not together, no.

3          MR. ADAMS:  No.  But during the same time?

4          MS. HARDIN:  Oh, yes, sir.  Yes, sir.

5          MR. ADAMS:  That's all I have.  Thank you.

6          THE COURT:  You can go back to work, go home, stay in

7  the courtroom, whatever you'd like to do.  Don't discuss the

8  case with anyone.  Call your next witness.

9          MR. ROGERS:  Judge --

10         THE COURT:  Need one of those breaks, right?  Okay.

11 Hang on just a minute.  I've got to admonish you.  Ladies and

12 gentlemen of the jury, it is your duty not to allow anyone to

13 speak to or to communicate with you on any subject connected

14 with this trial and any attempt to do so should be immediately

15 reported by you to the court.  Do not converse or discuss among

16 yourselves any subject connected with the trial nor form or

17 express any opinion thereon till the case is finally submitted

18 to you for determination.  If anyone should state anything

19 within your hearing about this case, promptly bring that fact to

20 the attention of the court.  Think about 10 minutes will do it?

21 Okay.  Court will be in recess for 10 minutes.

22         (Recess.)

23         THE COURT:  Ladies and gentlemen, come back to order.

24 Waive the roll call of the jury?

25         MR. SMITH:  Yes, sir.

1        MR. ROGERS:  Yes, Judge.

2        THE COURT:  Go forwards, Mr. --

3        MR. ADAMS:  Judge, I'd ask you for permission to

4   recall Ms. Hardin.

5        THE COURT:  Oh, certainly.  Bring her in.  Ms. Hardin,

6   you're already under oath so come around and have a seat.

7   Remind you that your testimony is in fact your sworn testimony.

8        MR. ADAMS:  Ms. Hardin, you did not see me or talk --

9   you might have seen me.  You did not talk to me about the

10  testimony or anything else during the break that just took

11  place, did you?

12       MS. HARDIN:  No, sir, I sure didn't.

13       MR. ADAMS:  All right.  Now, is it not true that prior

14  to Keith moving into Jeff's trailer, that you had conversations

15  with both Jeff and Jodie assuring them that Keith was out of

16  Satanism before he moved in that trailer?

17       MS. HARDIN:  Yes, sir.

18       MR. ADAMS:  Now, I did not understand when Mr. Smith

19  asked you a question about how long he had been out of Satanism,

20  I want to ask you that question again so that I understand it

21  and the ladies and gentlemen of the jury understand it without

22  any editorialization.  How long had he been out of Satanism or

23  had he been out of Satanism at the time of this death?

24       MS. HARDIN:  Yes, sir, he was.

25       MR. ADAMS:  How long had he been out to your knowledge

1  if you know?

2          MS. HARDIN:  Maybe a year, six or seven months,

3  something like that.  I really couldn't pinpoint it.

4          MR. ADAMS:  All right.

5          MS. HARDIN:  But he was out.

6          MR. ADAMS:  Is it not true that both Jodie Cochran and

7  Jeff made it clear to you that Keith was not going to move into

8  that trailer unless he was out of Satanism?

9          MS. HARDIN:  Yes, sir, it sure was.

10          MR. ADAMS:  That's all the questions that I have.

11          THE COURT:  Mr. Smith, your turn.

12          MR. SMITH:  Who is -- do you know a person by the name

13  of Delores Ohire Sista?

14          MS. HARDIN:  No, sir, I sure don't.

15          MR. SMITH:  Delores, it might be O'Greer Sista?

16          MS. HARDIN:  No, sir.

17          MR. SMITH:  You don't know this person at all?

18          MS. HARDIN:  Not as I know of, sir.

19          MR. SMITH:  You don't know of anybody -- I might be

20  pronouncing that wrong.  By --

21          MS. HARDIN:  I know a Delores Oliver.

22          MR. SMITH:  Who is that?

23          MS. HARDIN:  That is my sister-in-law's daughter.

24  She's married to a preacher.

25          MR. SMITH:  A Satanic preacher?