# In the Matter Of:

## COMMONWEALTH OF KY vs GARR KEITH HARDIN

### CLARK AND HARDIN 3.07.95

*March 07, 1995*



800.211.DEPO (3376)
EsquireSolutions.com

TR Trx-01302

TRANSCRIPT OF CLARK AND HARDIN V. LOUISVILLE JEFFERSON COUNTY

METRO GOVT, et al

DATE RECORDED:  MARCH 7, 1995

Job No.:  J3633821



1                     P R O C E E D I N G S

2

3             THE COURT:  Ladies and gentlemen of the jury, one more
4  time I'll ask you, did each of you comply with the admonition
5  that I gave you yesterday evening before we started?
6             THE JURY:  Yes.
7             THE COURT:  Thank you.  And let the record reflect
8  that the attorneys have waived the roll call of the jury.  And
9  Mr. Rogers has called the first witness.
10            Young lady, if you will stand and face me.  Raise your
11 right hand.  Do you solemnly swear or affirm that the testimony
12 you're about to give will be the truth, the whole truth, and
13 nothing but the truth so help you God?
14            MS. HOUSER:  Yes, I do, sir.
15            THE COURT:  Please be seated.  I'd ask that you speak
16 up.  Go forward, Mr. Rogers.
17            MR. ROGERS:  Would you please introduce yourself to
18 these ladies and gentlemen.
19            MS. HOUSER:  My name is Vickie Houser.
20            MR. ROGERS:  Okay.  Now, Vickie, you got to speak up a
21 little bit because I can just barely hear you.
22            MS. HOUSER:  Okay.  I'm sorry.
23            MR. ROGERS:  This is the microphone right here in
24 front of you you need to look at.
25            MS. HOUSER:  Okay.

```
1          MR. ROGERS:  Okay.  Now, where do you live, Vickie?
2          MS. HOUSER:  I live at 4801 Haney Way in Valley
3  Station.
4          MR. ROGERS:  How long have you lived there?
5          MS. HOUSER:  About eight years.
6          MR. ROGERS:  And who all lives there with you?
7          MS. HOUSER:  My husband and two sons.
8          MR. ROGERS:  Now, how do you know Keith Hardin?
9          MS. HOUSER:  He's my brother.
10         MR. ROGERS:  Now, can you tell us what your first, I
11 guess a way to put it, involvement was in this case of Rhonda's
12 disappearance?
13         MS. HOUSER:  On Sunday, April 5, I went to Ms.
14 Warford's house to pick up a flyer that they had made up for
15 when she disappeared and I was going to take them to where I
16 could make copies and me and my brother was going to hang them
17 up like at my work and just around Valley Station area.
18         MR. ROGERS:  Okay.  And did anything else happen on
19 that day that drew your attention to this case?
20         MS. HOUSER:  Yes.  I was at home by myself on Sunday
21 evening and a news -- the news came on and it stated that there
22 -- they found a missing -- a woman's body, approximate age of
23 30, I think they said a white female.  And I was in the kitchen
24 and I just heard it and it brought my attention and I thought
25 surely to God, this is not Rhonda because she's not 30.  But I
```

1  thought maybe they could have her age wrong.  So I didn't -- I
2  wasn't for sure of who to call so I called the West Point Police
3  Department and told them I was just wanting some information
4  about what was just on TV.
5           MR. ROGERS:  Now, let me ask you -- I'm going to stop
6  you just a second.  When the newscast came on, did it say where
7  or how the body was found?
8           MR. SMITH:  Objection, Your Honor.
9           THE COURT:  If you recall.  If you don't, say so.
10          MS. HOUSER:  I just recall that they said they had
11 found a woman's body in a field that's --
12          MR. ROGERS:  Okay.  All right.  Now, what did you do
13 to contact the police to see if this was Rhonda?
14          MS. HOUSER:  Called the West Point Police Department
15 and they told me --
16          MR. SMITH:  Objection.
17          THE COURT:  Don't say what the police department told
18 you.  Just tell him what you did.
19          MR. ROGERS:  After you called the West Point Police
20 Department, what did you do next?
21          MS. HOUSER:  Then I called the Meade County Police
22 Department.
23          MR. ROGERS:  Do you remember whether or not the
24 newscast gave the type of clothing or anything that the girl had
25 found was wearing?

1      MR. SMITH: Same objection.
2      THE COURT: Well, I'll let her answer it. I don't
3  want you to describe anything, but she can answer whether they
4  did or did not --
5      MR. ROGERS: Did it say what kind of clothing she was
6  wearing?
7      MS. HOUSER: Not to the best of my knowledge, no.
8      MR. ROGERS: Now, As a result of calling Meade County
9  Sheriff's Office, what was the next thing that happened in
10 connection with this case?
11     MS. HOUSER: Sheriff Greer called me back and I just
12 read the flyer over the phone and I told him that it was my
13 brother's girlfriend and she had been missing for -- since late
14 Wednesday night. And he then asked me if he could come over to
15 pick up the flyer. And I had to go pick up my husband and my
16 children so I told him he could go up to my mom's house and I
17 would take the flyer over there.
18     MR. ROGERS: And what's your mother's name?
19     MS. HOUSER: Wanda Hardin.
20     MR. ROGERS: Okay. Did you subsequently go over there
21 and meet Sheriff Greer? And tell us about that meeting, please,
22 if you did.
23     MS. HOUSER: Okay. When I -- I dropped the flyer off
24 and I went to pick up my husband. When I got back, Sheriff
25 Greer and Bill Adams was already over there and when I walked in

1  the door, immediately I looked over at my mom and she was crying
2  and I looked over at Sheriff and I said, "Is it Rhonda?"  And he
3  just went, you know, just like that.
4          MR. ROGERS:  And you're making -- you're nodding your
5  head affirmatively; is that what I understand?
6          MS. HOUSER:  Yes.  Yes.
7          MR. ROGERS:  And did the sheriff make any comments or
8  say anything to you about the body that was found and the flyer
9  that you had given him?
10         MR. SMITH:  Same objection.
11         THE COURT:  She can answer whether he made any
12 comments.  I don't want her testifying as to what they were.
13         MR. ROGERS:  May I approach?
14         (Discussion off the record.)
15         MR. ROGERS:  Ma'am, did the sheriff say anything to
16 you after looking at the flyer and about the body that had been
17 found?
18         MS. HOUSER:  Yes, he did.  I just stated because I
19 guess I was still in disbelief and I just stated that this flyer
20 matches the description of the person you found?  And he said,
21 yes.  Except he said she had on red pants and a sports jacket
22 like a windbreaker.
23         MR. ROGERS:  What kind of pants or what color pants
24 did the flyer say?
25         MS. HOUSER:  White pants.

1    MR. ROGERS:  Okay.  And you remembered him saying
2  something about a jacket she was wearing?
3    MS. HOUSER:  Yes, sir, I did.
4    MR. ROGERS:  Okay.  And what did he say about that?
5    MS. HOUSER:  He said she had on a sports jacket.
6    MR. ROGERS:  Okay.  Now, have you ever seen any
7  photographs of the body that was found?
8    MS. HOUSER:  No, I have not.
9    MR. ROGERS:  Have you ever seen any of the pictures of
10 the clothing that Rhonda was wearing when she was found?
11   MS. HOUSER:  No, I have not.
12   MR. ROGERS:  Do you ever remember reading in the paper
13 or hearing on the news the type of clothing she was wearing?
14   MS. HOUSER:  Not to the best of my knowledge, I have
15 not read anything.
16   MR. ROGERS:  Okay. So then are you saying the only way
17 you found out the color or type of clothing was from that
18 interview with Sheriff Greer?
19   MS. HOUSER:  That night, yes.
20   MR. ROGERS:  Okay.  Now, let's change the subject just
21 a second, ma'am, and let me ask you, does your brother Keith
22 collect or does he have knives?
23   MS. HOUSER:  Yes, he does.
24   MR. ROGERS:  Have you seen him with knives?
25   MR. HOUSER:  Yes, I have.

1    MR. ROGERS: What type of knives have you seen him
2  possess?
3    MR. HOUSER: Like pocket knives and hunting knives.
4    MR. ROGERS: When you say a hunting knife, can you
5  tell us is a hunting knife something like this?
6    MS. HOUSER: Yes.
7    MR. ROGERS: And a pocket knife would be something
8  like this?
9    MS. HOUSER: Yes, sir.
10   MR. ROGERS: Do you know from your own personal
11 knowledge where your brother obtained any of the knives that he
12 has?
13   MS. HOUSER: Yes, sir, I do.
14   MR. ROGERS: And where would that be, ma'am?
15   MS. HOUSER: From an older gentleman that lives next
16 door to my parents.
17   MR. ROGERS: And what is his name?
18   MS. HOUSER: John, I don't know his last name.
19   MR. ROGERS: Oh, okay.
20   MS. HOUSER: It starts with a C.
21   MR. ROGERS: Okay. But you know of your own personal
22 knowledge or have seen him give knives to Keith?
23   MS. HOUSER: Yes, I have, at Christmastime.
24   MR. ROGERS: How does this guy get knives or whatever,
25 do you know?

1  MS. HOUSER: He's in the flea market business and I
2  think he sells them at flea markets.
3  MR. ROGERS: Now, can you give the ladies and
4  gentlemen here any information as to your knowledge of Keith's
5  whereabouts on -- starting with April 2 here through April 5,
6  ma'am? And April 2 would have been on a Thursday. That is the
7  early morning that Rhonda disappeared. Do you remember seeing
8  Keith on that day?
9  MS. HOUSER: On Thursday, April 2, I seen him after I
10 got home from work. He walked down my house.
11 MR. ROGERS: Okay. Now, what time do you get home
12 from work?
13 MS. HOUSER: I get home probably around 4:30, 5:00.
14 MR. ROGERS: Okay. And how far is your house -- now,
15 where was Keith living at that time?
16 MS. HOUSER: He was living at my parents' house.
17 MR. ROGERS: Now, how far is it from your parents'
18 house where Keith was living to your house?
19 MS. HOUSER: Approximately two blocks.
20 MR. ROGERS: Okay. So continue on. You saw him -- he
21 came down that afternoon. About what time did he get down there
22 on the 2nd?
23 MS. HOUSER: I would say between 5:30 and 6:00.
24 MR. ROGERS: What did you all do that afternoon?
25 MS. HOUSER: We stayed home basically because we

1  wanted to stay by the phone and wait for a phone call.
2           MR. ROGERS:  For what purpose?
3           MS. HOUSER:  To see where Rhonda was at.
4           MR. ROGERS:  Okay.  Do you remember approximately what
5  time Keith left your house that night?
6           MS. HOUSER:  Yes.  I took him home and it was right
7  around 11:00 because that's what time I go to bed.
8           MR. ROGERS:  Now, when is the next time you saw Keith?
9           MS. HOUSER:  Friday.
10          MR. ROGERS:  Did you see -- Friday, the 3rd?
11          MR. HOUSER:  Yes.
12          MR. ROGERS:  Okay.  What time?
13          MS. HOUSER:  Roughly the same time when I got home
14 from work probably between 5:30 and 6:00 again.  He walked down
15 my house again.
16          MR. ROGERS:  And how long did he stay there?
17          MS. HOUSER:  Approximately 11:00 again.  I took him
18 home when I was getting ready to go to bed.
19          MR. ROGERS:  And when you say took him home, that's
20 back to mom's house?
21          MS. HOUSER:  Yes.
22          MR. ROGERS:  Saturday, the 4th, do you remember seeing
23 Keith?
24          MS. HOUSER:  Yes, I do.
25          MR. ROGERS:  And when was that, where?

1   MS. HOUSER: I think that day I drove down and got him
2   because I didn't have to work on Saturday and it was right
3   around 5:00 and I took him to my house and we was watching ball
4   games. And I took him back home probably around 11:00 again.
5   MR. ROGERS: Okay.
6   MS. HOUSER: To my mom's house.
7   MR. ROGERS: During your observations of your brother
8   during this period of time when Rhonda was missing, did you
9   notice anything unusual about his behavior?
10  MS. HOUSER: Just that he was upset and he was -- I
11  mean, we was all upset. We was just waiting on a phone call
12  trying to figure out where she was at.
13  MR. ROGERS: Did Keith ever make any statements to you
14  or any suggestions that he knew where Rhonda might be?
15  MS. HOUSER: No, he did not. We discussed it and he
16  said he had no idea because we thought about going to look for
17  her.
18  MR. ROGERS: Now, one other question, ma'am, this last
19  question. Do you remember Ms. Warford, Rhonda's mother, ever
20  saying anything to you about a confrontation she might have had
21  -- Rhonda might have had with a previous boyfriend named James
22  Tyrell?
23  MR. SMITH: Objection.
24  MR. ROGERS: Offered for impeachment purposes. May I
25  approach?

```
1              THE COURT:  Please.
2              (Discussion off the record.)
3              MR. ROGERS:  Ms. Houser, I don't have any other
4  questions for you at this time.  I would ask you to answer any
5  questions that Mr. Smith or Mr. Adams might have for you.
6              THE COURT:  Mr. Smith, you may cross.
7              MR. SMITH:  Ms. Houser.
8              MS. HOUSER:  Yes, sir.
9              MR. SMITH:  What knowledge did you have about the
10 defendant Keith Hardin's involvement in the occult, Satanism,
11 devil worshipping, whatever you want to call it?
12             MS. HOUSER:  I knew that he was into Satanism a little
13 bit.
14             MR. SMITH:  A little bit?
15             MS. HOUSER:  To the best of my knowledge, yes.
16             MR. SMITH:  You knew that he was into Satanism a whole
17 lot, didn't you?
18             MS. HOUSER:  No, I did not, sir.  I knew he was into
19 it some, yes, I did.
20             MR. SMITH:  Did you ever see the chalice that he had?
21             MS. HOUSER:  Oh, I don't know what a chalice is.
22             MR. SMITH:  Wait a minute.  I'll see if I can -- did
23 you ever see that chalice?
24             MS. HOUSER:  No, I have not.
25             MR. SMITH:  Were you in the home -- you didn't live
```

```
 1  with the defendant Hardin?
 2          MS. HOUSER:  No, I did not.
 3          MR. SMITH:  Can you tell us whether or not you knew
 4  that this item was kept there at the home?
 5          MS. HOUSER:  No, I have no knowledge of that.
 6          MR. SMITH:  You never saw it?
 7          MS. HOUSER:  No, I have not.
 8          MR. SMITH:  Had you ever been in his room?
 9          MS. HOUSER:  Yes, I have.
10          MR. SMITH:  Now, here is a bag that contains some
11  stones.  Have you ever seen that?
12          MS. HOUSER:  No, I have not.
13          MR. SMITH:  Here is a box containing some candles.
14  Have you ever seen that?
15          MS. HOUSER:  No, I have not.
16          MR. SMITH:  Here is another chalice.  Have you ever
17  seen that?
18          MS. HOUSER:  No, I have not.
19          MR. SMITH:  Here is another red bag with some stones
20  on it.  You ever see that?
21          MS. HOUSER:  No, I have not.
22          MR. SMITH:  That statue of the Devil?
23          MS. HOUSER:  I can't see it because it's covered, but
24  no, I --
25          MR. SMITH:  I'm sorry.
```

```
1            MS. HOUSER:  No, I have not.
2            MR. SMITH:  Here is a writing we were talking about
3    has Paganism on it.  Have you ever seen that?
4            MS. HOUSER:  No, I have not.
5            MR. SMITH:  What about these mail-order books, the
6    Triad Company?
7            MS. HOUSER:  No.
8            MR. SMITH:  Have you ever seen this then?  I think
9    it's called a sword of power?
10           MS. HOUSER:  No, I have not.
11           MR. ROGERS:  Objection to what it's called, Judge.  I
12   don't think it should be into evidence on that.
13           MR. SMITH:  She might have known.  Excuse me.  I'm
14   very sorry.
15           THE COURT:  Okay.  We'll strike it.
16           MR. SMITH:  What about the Satanic Bible?  Have you
17   ever seen that in his possession?
18           MS. HOUSER:  No, I have not.
19           MR. SMITH:  What about Necronomicon?  I understand
20   this is something about communicating with dead people.  You
21   ever seen that?
22           MS. HOUSER:  No, I have not.
23           MR. SMITH:  Have you ever seen the Book of Shadows?
24           MS. HOUSER:  No, I have not.
25           MR. SMITH:  Have you ever heard the defendant Hardin
```

1  talk about casting spells on people?
2           MS. HOUSER:  No, I have not.
3           MR. SMITH:  Have you ever heard the defendant Hardin
4  say that if he stared at somebody long enough, he could set them
5  on fire?
6           MS. HOUSER:  No, I have not.
7           MR. SMITH:  Bear with me just a minute, ma'am, please.
8  Have you ever seen that knife?
9           MS. HOUSER:  No, I have not.
10          MR. SMITH:  Were you there when the -- or these
11 knives?
12          MS. HOUSER:  I don't believe so.
13          MR. SMITH:  Were you there when the police executed
14 the search warrant on the residence of Keith Hardin?
15          MS. HOUSER:  I came in in the middle of it.
16          MR. SMITH:  Were you aware that they've pulled all
17 this stuff out of your mother's house there?
18          MS. HOUSER:  I was aware that they got some out of
19 Keith's bedroom and closet.
20          MR. SMITH:  And the stuff that they got, you had never
21 seen before?
22          MS. HOUSER:  To the best of my knowledge, what you've
23 shown me I have not.
24          MR. SMITH:  Have you ever heard the defendant talk
25 about killing animals?

1    MS. HOUSER: No, I had not.
2    MR. SMITH: Have you ever seen him kill an animal?
3    MS. HOUSER: No, I have not.
4    MR. SMITH: Have you ever heard him say that he was
5    tired of killing animals and wanted to do humans?
6    MS. HOUSER: No, I have not.
7    MR. SMITH: You haven't seen him be involved in
8    Satanism at all?
9    MS. HOUSER: No, I have not.
10   MR. SMITH: Now, you told us a while ago that the
11   defendant Hardin was upset on an occasion when speaking about
12   the death of Rhonda Sue Warford, right?
13   MS. HOUSER: Yes.
14   MR. SMITH: And would you not agree with me that if
15   you had killed someone, you would be upset also?
16   MS. HOUSER: I can't say that because I've never --
17   MR. SMITH: Nothing further, Your Honor.
18   THE COURT: Mr. Rogers. Let's see. I'm sorry. Mr.
19   Adams?
20   MR. ADAMS: I have no questions for her.
21   MR. ROGERS: I don't have anything further for her,
22   Judge.
23   THE COURT: Okay. May this witness be finally
24   excused?
25   MR. ADAMS: Yes, sir.

```
 1             MR. ROGERS:  Yes, sir.
 2             THE COURT:  Finally excused, Mr. Smith?
 3             MR. SMITH:  Yes, sir.
 4             THE COURT:  Okay.  You can go back to work, you can
 5   stay in the courtroom, whatever you'd like to do.  However, I
 6   want to admonish you not to discuss any question that you were
 7   asked or any answer that you gave.
 8             MR. SMITH:  Oh, just a minute, Your Honor.  Just --
 9   I'm sorry.  May it please.
10             THE COURT:  Certainly.  Go ahead.
11             MR. SMITH:  Now, the defendant Hardin, did you ask him
12   where he'd been on the night in question, the night of April 1
13   going into Thursday morning?
14             MS. HOUSER:  Did I ask him where he had been?
15             MR. SMITH:  Yes.
16             MS. HOUSER:  Yes, I did.
17             MR. SMITH:  And isn't it true that he made no mention
18   to you whatsoever about being in any type of Chevron station,
19   did he?
20             MS. HOUSER:  I don't recall.
21             MR. SMITH:  Do you remember what time he said he got
22   home?
23             MS. HOUSER:  Yes, I do.
24             MR. SMITH:  What time did he say he got home?
25             MS. HOUSER:  It was right around 2:20.
```

```
1            MR. SMITH:  He said 3:00 or 3:30, didn't he?
2            MS. HOUSER:  Not to the best of my knowledge.  He told
3  me 2:20.
4            MR. SMITH:  Now, you have been actively involved in
5  this case and have even aided in presenting a defense for your
6  brother, haven't you?
7            MS. HOUSER:  Yes, I have.
8            MR. SMITH:  In fact, you came forward with some
9  witnesses and I called a special session of the Meade County
10 Grand Jury and you came down here for it.  I saw you down here.
11           MS. HOUSER:  Yes, I did.
12           MR. SMITH:  You even drove two of the young ladies who
13 we interviewed before the grand jury down here, didn't you?
14           MS. HOUSER:  Yes, I did.
15           MR. SMITH:  All right.  And so -- and you never
16 mentioned -- you don't remember whether he mentioned Chevron
17 station or not?
18           MS. HOUSER:  I do not recall, sir.
19           MR. SMITH:  And that would have been very important to
20 you, wouldn't it, because that would help establish an alibi for
21 him, wouldn't it?
22           MS. HOUSER:  I guess.
23           MR. SMITH:  I don't have anything else, Judge.  Thank
24 you.
25           THE COURT:  Okay.  You can -- free to go.  You can
```