```
1        MR. ADAMS:  No, sir.
2        THE COURT:  Excused?
3        MR. ROGERS:  Yes.
4        THE COURT:  Okay.  You can stay in the courtroom, go home,
5   whatever you'd like to do.  Don't discuss your testimony with
6   anyone, though.  How long do you anticipate our next witness
7   taking?
8        MR. ADAMS:  Judge, it is the stepfather of the Defendant.
9   I think that I can do his direct in five to 10 minutes.
10       MR. SMITH:  I can't imagine any substantial cross.
11       THE COURT:  All right.  Go ahead and -- is jury all in good
12  shape now?  We'll try to get him in before our break.  How is
13  that?
14       MR. ADAMS:  (Inaudible) Cochran.
15       THE COURT:  Give me a second, Mr. Adams.  I'll be right
16  back.
17       MR. ADAMS:  Yes, sir.  Yes, sir.
18       [BACKGROUND CONVERSATION]
19       MR. ADAMS:  Mr. Cochran, I believe?
20       DANNY COCHRAN:  Yes, sir.
21       MR. ADAMS:  Turn around.
22       THE COURT:  Stop there at the foot of the step, if you
23  would, please, face me and raise your right hand.  Do you
24  solemnly swear or affirm the testimony you are about to give
25  will be the truth, the whole truth, and nothing but the truth so
```

```
 1  help you God?
 2       DANNY COCHRAN:  Yes.
 3       THE COURT:  Please be seated.  Mr. Adams, you can go first.
 4       THE COURT:  I'm sorry.  Forgive me.
 5       Okay.  Go forwards.
 6       MR. ADAMS:  State your name and current address for the
 7  ladies and gentlemen of the jury, please.
 8       DANNY COCHRAN:  Danny Cochran, (inaudible), Indiana.
 9       MR. ADAMS:  And Danny, what's your (inaudible)?  What is
10  your age, please, sir?
11       DANNY COCHRAN:  Forty-two.
12       MR. ADAMS:  Forty-two.  And you are Jeff's stepfather?
13       DANNY COCHRAN:  Yes, sir.
14       MR. ADAMS:  And married Jodie when Jeff was about six?
15       DANNY COCHRAN:  Yes, sir.
16       MR. ADAMS:  Okay.  Have you known Jeff to have knives
17  throughout his lifetime?
18       DANNY COCHRAN:  Yes, sir.
19       MR. ADAMS:  And how did he get introduced to him?
20       DANNY COCHRAN:  I did.
21       THE COURT:  Mr. Cochran, we're not hearing you.
22       MR. ADAMS:  Speak up.  You've got speak up.  You've got to
23  speak up.
24       THE COURT:  (Inaudible) speak up.
25       MR. ADAMS:  It's being recorded, and the jury's got to hear
```



1  what you say.
2      DANNY COCHRAN:  Okay.
3      MR. ADAMS:  How was he introduced to knives?
4      DANNY COCHRAN:  I gave them to him.
5      MR. ADAMS:  All right.  Where, um, where was Jeff brought
6  up early in his life when you were living with them?
7      DANNY COCHRAN:  In Alabama.
8      MR. ADAMS:  Alabama.  Rural setting or country --
9      DANNY COCHRAN:  Yes, sir.
10     MR. ADAMS:  Rural setting.  Okay.  I want to -- I want to
11 go from there to cut directly to what we're talking about in
12 this particular case.  Okay.  This is Wednesday, Thursday,
13 Friday, Saturday, Sunday.  Okay.  (Inaudible).  Tell the ladies
14 and gentlemen of the jury, please, Mr. Cochran, where you work.
15     DANNY COCHRAN:  I work for a professional sewing machine
16 service in Louisville.
17     MR. ADAMS:  And do you work first shift or second shift?
18     DANNY COCHRAN:  First shift.
19     MR. ADAMS:  And what are those hours?
20     DANNY COCHRAN:  I open the plant about 6:30 and stay until
21 5:00.
22     MR. ADAMS:  Okay.  Now, do you recall these dates that we
23 have posted up here on the board, and they're all 1992, of
24 course?
25     DANNY COCHRAN:  Yes, sir.

1    MR. ADAMS:  All right.  Could you tell the ladies and
2 gentlemen of the jury did you happen to see Jeff Clark, your
3 stepson, Tuesday, March 31?
4    DANNY COCHRAN:  I don't recall.
5    MR. ADAMS:  Do you remember anything about the trailer
6 being cleaned?
7    DANNY COCHRAN:  Yes, sir.
8    MR. ADAMS:  All right.  Do you remember when -- what dates
9 it was that the trailer was cleaned?
10   DANNY COCHRAN:  Yes, sir.  It was Tuesday morning.
11   MR. ADAMS:  Okay.  Did Jeff get home about 3:30 - 4:00 a.m.
12 on Tuesday, is that correct?
13   DANNY COCHRAN:  I wouldn't know.
14   MR. ADAMS:  Okay.  On Wednesday, April 1, did -- was there
15 anything unusual that happened about Jeff and his automobile?
16   DANNY COCHRAN:  Yes, sir.  When I got in from work, which
17 takes me approximately 40 minutes to get home, they said Jeff
18 had called and his car wouldn't start.  He was at Wal-Mart, and
19 I had to go jump him off.
20   MR. ADAMS:  Okay.  What was the problem with the
21 automobile?  Did you ever find out what the problem with the
22 battery was?
23   DANNY COCHRAN:  I believe it was the starter.
24   MR. ADAMS:  Okay.
25   DANNY COCHRAN:  Because he took it home and worked on it

1  after that.
2      MR. ADAMS:  All right.  Did -- did you ever see a battery
3  in the trunk -- Keith Hardin's battery put in his trunk?
4      DANNY COCHRAN:  No, sir.
5      MR. ADAMS:  All right.  On Wednesday, April 1, did you see
6  -- after -- after you went and jumped him, what happened then?
7      DANNY COCHRAN:  He came home.
8      MR. ADAMS:  All right.  What --
9      DANNY COCHRAN:  He took Keith home, and then he came
10 straight home.
11     MR. ADAMS:  All right.  Then did he go out again that
12 evening?
13     DANNY COCHRAN:  Well, he put -- let's see, worked on his
14 car, yes, sir.
15     MR. ADAMS:  Okay.  And about what time did he leave?  Just
16 approximately.
17     DANNY COCHRAN:  I can't say -- well, it had to be -- he
18 fixed his car and ate supper, 6:30 or 7:00.
19     MR. ADAMS:  Okay.  All right.  And on -- in the early
20 morning hours of Thursday, April 2 --
21     DANNY COCHRAN:  Yes, sir.
22     MR. ADAMS:  Do you have any idea what time he got home that
23 morning?  Were you awake or asleep?
24     DANNY COCHRAN:  No, sir, I don't know.
25     MR. ADAMS:  Okay.

1    DANNY COCHRAN:  He was there at 4:30 when I got up.
2    MR. ADAMS:  When you got up at 4:30 a.m., you say he was
3  there.  Was he in bed?
4    DANNY COCHRAN:  Yes, sir.
5    MR. ADAMS:  All right.  That evening on Thursday, April 2,
6  did you become aware of a problem with the whereabouts of Rhonda
7  Sue Warford?
8    DANNY COCHRAN:  The evening night.
9    MR. ADAMS:  Of April 2, right.
10   DANNY COCHRAN:  Yes, sir.
11   MR. ADAMS:  All right.  Now, can you tell me whether or not
12 Jeff was home that evening?  When you got home --
13   DANNY COCHRAN:  (Inaudible).
14   MR. ADAMS:  When you got home, I want to talk about your
15 knowledge; not what he did before you got there.  Okay.
16   DANNY COCHRAN:  April 2, right?
17   MR. ADAMS:  Sir?
18   DANNY COCHRAN:  April 2?
19   MR. ADAMS:  April 2, Thursday, right.
20   DANNY COCHRAN:  He was home that afternoon, but I don't
21 remember if he was home when he got in from work.  I mean that I
22 don't remember.
23   MR. ADAMS:  Okay.  Was Jodie home?
24   DANNY COCHRAN:  I don't remember if --
25   MR. ADAMS:  Okay.  All right.  Let's go on to Friday, April

1   3. Okay.  Did you see Jeff that day?
2        DANNY COCHRAN:  Yes.
3        MR. ADAMS:  All right.  Was he home the entire evening?
4        DANNY COCHRAN:  Yes, sir.
5        MR. ADAMS:  And you were there?
6        DANNY COCHRAN:  Um-hum.
7        MR. ADAMS:  Jodie was there?
8        DANNY COCHRAN:  Uh, she worked.
9        MR. ADAMS:  Okay.  But you were there with him the entire
10  time?
11       DANNY COCHRAN:  Um-hum.
12       MR. ADAMS:  All right.  Saturday, the 4 of April, what
13  happened on that day?
14       DANNY COCHRAN:  He went to the flea market with me at
15  Shepherdsville.
16       MR. ADAMS:  And what time was that?
17       DANNY COCHRAN:  I always get up at 4:30.
18       MR. ADAMS:  Um-hum.
19       DANNY COCHRAN:  So, I know he was there from 4:30 and then
20  we left probably 6:00, 6:30, going to the flea market, and we
21  stayed until approximately 1:30 or 2:00, came home.
22       MR. ADAMS:  And is that -- is that your normal when you go
23  to the flea market on the -- on the weekends on Saturday and
24  Sunday?
25       DANNY COCHRAN:  It's according on the -- in the summer it's

1  early because it's when the sun comes up.
2      MR. ADAMS:  Okay.  Now, what about on Sunday, April 5,
3  1992?
4      DANNY COCHRAN:  Well, he was there.  He went to the flea
5  market with me at the Seventh Street in Louisville.
6      MR. ADAMS:  Um-hum.  And what were the hours then?
7      DANNY COCHRAN:  Well, I always get up at 4:30.  That's just
8  habit.
9      MR. ADAMS:  Okay.
10     DANNY COCHRAN:  And we left probably about the same time
11 6:30 or 7:00, but we stayed probably until 4:00 or 5:00.  We
12 stayed later at this flea market.
13     MR. ADAMS:  Okay.  On Saturday, April 4, excuse me.  On
14 Saturday, April 4, did Jeff go any place that evening?
15     DANNY COCHRAN:  Yes, sir.
16     MR. ADAMS:  Okay.  And to your knowledge, where did he go?
17     DANNY COCHRAN:  He went to Jimmy McMackins.
18     MR. ADAMS:  And for what purpose?
19     DANNY COCHRAN:  To help him work on cabinets.  He was
20 working on a house.
21     MR. ADAMS:  Let's go over the car situation real quick.  I
22 want to run you through this real quick, and then you can answer
23 questions of Mr. Smith.  The Nova.  We have two vehicles in this
24 case so far, the S10 and the Nova.
25     DANNY COCHRAN:  Yes, sir.



```
 1        MR. ADAMS:  Okay.  Tell the ladies and gentlemen of the
 2   jury what you know about the S10, what happened to it, the
 3   truck?
 4        DANNY COCHRAN:  The S10?
 5        MR. ADAMS:  Um-hum.
 6        DANNY COCHRAN:  It was -- it was wrecked in March, the
 7   first part of March, and he had the Nova out of the -- he took
 8   the motor out of the Nova and put it in the S10, and it was
 9   wrecked the first part of March (inaudible).
10        MR. ADAMS:  Mr. -- Mr. Cochran, where had the Nova been?
11   Physically where was the Nova?
12        DANNY COCHRAN:  It had been at the Automotive Specialists
13   garage.
14        MR. ADAMS:  And approximately when did it go to Automotive
15   Specialists garage?
16        DANNY COCHRAN:  December.
17        MR. ADAMS:  Okay.  Do you -- can you tell the ladies and
18   gentlemen of the jury or either by date or event, date or event,
19   the first day that Jeff had the Nova running again?
20        DANNY COCHRAN:  Yes, sir.  It was -- I believe it's -- it
21   had to been a Wednesday or a Thursday before -- the week before
22   this because I had to go pick him up.
23        MR. ADAMS:  Because you had to go pick him up where?
24        DANNY COCHRAN:  At Correll's house.
25        MR. ADAMS:  Well, tell the ladies and gentlemen of the jury
```

1  what happened, why you compare it to that event so they'll --
2       DANNY COCHRAN:  Well, he called me and it was about 2:00 in
3  the morning and you don't forget stuff like that, and I had to
4  go pick him up.  He just got it running, and I had to go pick
5  him up and I had to go to work the next day.
6       MR. ADAMS:  And who had he been with?
7       DANNY COCHRAN:  With Correll and Keith.
8       MR. ADAMS:  Okay.  And Correll was out there to testify?
9       DANNY COCHRAN:  Yes, sir.
10      MR. ADAMS:  All right.  That's the all the questions I have
11 of this witness.
12      THE COURT:  Mr. Rogers.
13      MR. ROGERS:  I don't have any questions of this witness.
14      THE COURT:  Mr. Smith?
15      MR. SMITH:  Mr. Cochran, the knives that you gave Jeff
16 Clark were of the pocketknife type of variety, were they not?
17      DANNY COCHRAN:  All different kinds.
18      MR. SMITH:  Did you ever give any -- any big knives?
19      DANNY COCHRAN:  Yes, sir.
20      MR. SMITH:  Now, so, there's no question, but he had knives
21 in this timeframe, right?
22      DANNY COCHRAN:  Yes, sir.
23      MR. SMITH:  And you don't know of any reason whatsoever why
24 he would lie to the police about having knives, do you?
25      DANNY COCHRAN:  No, sir.

1    MR. SMITH:  Now, and you never saw Jeff Clark do any type
2    of body work or painting work to that Nova, did you?
3        DANNY COCHRAN:  He primed it, yes, sir.
4        MR. SMITH:  Now, from your testimony, I think you told us
5    there was about -- about a week before this that you had to go
6    get him at 2:00 in the morning.  Would that be right?
7        DANNY COCHRAN:  Uh, yes, sir, it was like on a Wednesday
8    night or Thursday night because I had to go to work the next
9    morning.
10       MR. SMITH:  So, would it be fair to state, Mr. Cochran,
11   that there was several nights around here that he was out until
12   the early morning hours, correct?  2:00 or 3:00 in the morning
13   is what I'm calling early morning hours.
14       DANNY COCHRAN:  (Inaudible).
15       MR. SMITH:  But there was one occasion -- there was one
16   occasion prior to this when you went out about 2:00 in the
17   morning, right?
18       DANNY COCHRAN:  The first day he got his car running.
19       MR. SMITH:  Right.  And then Ms. Cochran has told us he was
20   out until 3:00 or 4:00 in the morning on this Tuesday, does that
21   sound right?
22       DANNY COCHRAN:  Yes, sir.
23       MR. SMITH:  All right.  Now, can you remember any other
24   timeframe in here that he was out until 2:00 or 3:00 in the
25   morning?

1   DANNY COCHRAN:  No.

2   MR. SMITH:  None at all?

3   DANNY COCHRAN:  Could you repeat that?

4   MR. SMITH:  Were there any other occasions during this
5   timeframe that we're talking about that he was out until 2:00 or
6   3:00 in the morning?

7   DANNY COCHRAN:  Oh, you're not -- I misunderstood.  I
8   thought you was talking about the week before.  You talking
9   about this that's on the board?

10  MR. SMITH:  Yes -- yes, sir.  Yes, sir.

11  DANNY COCHRAN:  Well, April 1.  Well, it would be the
12  morning of the 2 he was out, and then the 4 -- Saturday the 4,
13  it would be the morning of the 5.

14  MR. SMITH:  So, he was out until 2:00 or 3:00 in the
15  morning real early Sunday morning on April 5?

16  DANNY COCHRAN:  Yeah.

17  MR. SMITH:  And then on March 31, the early morning hours
18  he didn't get in until 3:00 or 4:00 I think Ms. Cochran told us,
19  and you said that sounded about right.

20  DANNY COCHRAN:  (Inaudible).

21  MR. SMITH:  I understand.  Now, Mr. Cochran, have you ever
22  seen a cross or an inverted cross on the arm of Jeff Clark?

23  DANNY COCHRAN:  No, sir.

24  MR. SMITH:  You never saw it at all?

25  DANNY COCHRAN:  No, sir.  That's all.  Thank you, sir.

```
1        THE COURT:  Any questions?
2        MR. ADAMS:  No, sir.
3        THE COURT:  Okay.  You may finally be excused, Mr. Smith
4   finally excused?
5        MR. SMITH:  Yes, sir.
6        THE COURT:  Finally excused?  Mr. Cochran, you can go back
7   to work.  You can stay with us, whatever you'd like to do.  Just
8   do not discuss your testimony with anyone.  Do not tell them
9   what questions you were asked or answers you gave.  You
10  understand that?  Okay.  You're free to go.  Ladies and
11  gentlemen, I'm going to admonish you and then give you about a
12  10 minute break to stretch your legs and go to the little boys'
13  room, whatever.
14       It is your duty not to permit anyone to speak to or to
15  communicate with you on any subject connected with this trial,
16  and any attempt to do so should be immediately reported by you
17  to the court.  Do not converse or discuss among yourselves any
18  subject connected with the trial, nor form or express any
19  opinion thereon until the case is finally submitted to you for
20  determination.  If anyone should state anything within your
21  hearing about this case, promptly bring that fact to the
22  attention of the court.  Ladies and gentleman, with that
23  admonition, we'll take about a 10 minute break.  Okay?
24       (Break)
25       THE COURT:  Come around next to the chalkboard.  Stand
```

