CLARK AND HARDIN 3.06.95                                    March 06, 1995
COMMONWEALTH OF KY vs GARR KEITH HARDIN                              20

1      THE COURT:  Okay.  You're free to go.

2      MALE SPEAKER:  Cochran.

3      THE COURT:  Ms. Cochran, come around to my right next to

4   the chalkboard.  When you get there, stop, face me, and raise

5   your right hand.  Solemnly swear or affirm the testimony you are

6   about to give will be the truth, the whole truth and nothing but

7   the truth so help you God?  Please be seated.  You may go

8   forwards, Mr. Adams.

9      MR. ADAMS:  Thank you, Judge.  Would you state your name

10  and current address for the ladies and gentlemen of the jury,

11  please?

12     MS. COCHRAN:  My name is Alma Joleen Cochran.  I go by

13  Jodie.  My address is 6357 Old Benson's Road, (inaudible).

14     MR. ADAMS:  And where are you employed, Ms. Cochran?

15     MALE SPEAKER:  Christian Health Center.  I'm the nurse

16  manager.

17     MR. ADAMS:  Okay.  Now, you -- how are you related to the

18  Defendant, Jeff Clark?

19     MS. COCHRAN:  I'm his mother.

20     MR. ADAMS:  All right.  Now, sometime after Jeff's birth,

21  you became divorced from his birth father and remarried.

22     MS. COCHRAN:  Yes.

23     MR. ADAMS:  Could you tell the ladies and gentlemen of the

24  jury when that was?  About how old was Jeff?

25     MS. COCHRAN:  I remarried twice.  I remarried once when



1   Jeff was about two, and I wasn't married long then.  Then when I

2   -- when Jeff was six, I married the man that I've been married

3   to for 17 years.

4        MR. ADAMS:  And that's Danny Cochran?

5        MS. COCHRAN:  Yes.

6        MR. ADAMS:  He's going to be a witness in this case?

7        MS. COCHRAN:  Yes.

8        MR. ADAMS:  All right.  Now, do you know the Defendant,

9   Keith Hardin?

10       MS. COCHRAN:  I -- I do know Keith vaguely.

11       MR. ADAMS:  Okay.  And about how long ago did you know of

12  Keith or did you first meet Keith?

13       MS. COCHRAN:  I met Keith when Jeff was in high school not

14  too long after we moved here.

15       MR. ADAMS:  Okay.  Now, did there -- there come a time when

16  you had to do something about the relationship between Jeff and

17  Keith?

18       MS. COCHRAN:  I had to make a recommendation.

19       MR. ADAMS:  Well, tell the ladies and gentlemen of the jury

20  about that and when it took place.

21       MS. COCHRAN:  Well, it was when they were in high school.

22  I became aware that the high school library had books on

23  Satanism, and that Keith was reading them.  And although I felt

24  like that Keith was a good person, you know, and had never seen

25  anything or heard anything out of the way out of Keith, I became



1  concerned that -- frankly, I became concerned that if anything

2  bad ever happened anywhere around Keith, that he would take the

3  blame for it even if he didn't do it.  And I asked my son to

4  consider that seriously.

5      MR. ADAMS:  As a -- as a result of that conversation, what

6  -- what happened between the relationship between Jeff and

7  Keith?

8      MS. COCHRAN:  Well, they didn't run around much anymore.

9      MR. ADAMS:  All right.

10     MS. COCHRAN:  As a matter of fact, very -- I don't remember

11 seeing Keith again for -- for a long years.

12     MR. ADAMS:  Okay. Now, we're going to skip ahead in time to

13 Jeff and we'll talk about Amy Remsburg for a little bit, and

14 then work into the trailer.  Okay?

15     MS. COCHRAN:  Okay.

16     MR. ADAMS:  About how long before Rhonda Sue Warford's

17 death -- let's -- let's peg it that way, did Jeff start seeing

18 Amy Remsburg?

19     MS. COCHRAN:  Jeff started seeing Amy in sometime the

20 summer of 1990.  Yeah, and I would say late summer.

21     MR. ADAMS:  Okay.  Tell the ladies and gentlemen of the

22 jury then when it was that Jeff got the trailer over by Basher

23 Manor Mall?

24     MS. COCHRAN:  It was June of '91.  I know so well because I

25 am the one that made the original purchase, and he was making



1   the payments.

2        MR. ADAMS:  Okay.  So, it was June of '91 without question?

3        MS. COCHRAN:  Um-hum.

4        MR. ADAMS:  All right.  Did there ever come the time when

5   Amy Remsburg came to live with you at your house?

6        MS. COCHRAN:  She stayed at my house for a period of about

7   two weeks after her baby was born.

8        MR. ADAMS:  Okay. And where was the -- where did you live

9   at that time, tell the ladies and gentlemen of the jury?

10       MS. COCHRAN:  4519 Cod Drive, Valley Station, Kentucky.

11       MR. ADAMS:  Okay.  Where is that in relation to Valley High

12  School, just so that they might have a landmark to --

13       MS. COCHRAN:  It's the road -- you go down the road right

14  in front of Valley.  Like Valley High School's here, and it's

15  the road that goes straight down, and then, you know, the little

16  subdivision on the right?  It's down in there.

17       MR. ADAMS:  Okay.  All right.  Let's move then to October

18  of -- October/November of 1991.  Okay.  Where was Jeff living at

19  that time?

20       MS. COCHRAN:  At his trailer.

21       MR. ADAMS:  Okay.  And where was he working?

22       MS. COCHRAN:  Papercone.

23       MR. ADAMS:  Do you know what shift he was working?

24       MS. COCHRAN:  Second.

25       MR. ADAMS:  Did you come to know or did you ever meet



1   Rhonda Sue Warford?

2       MS. COCHRAN:  No.

3       MR. ADAMS:  Never did?  Okay.  Did there come a time when

4   Jeff moved home?

5       MS. COCHRAN:  Yes.

6       MR. ADAMS:  All right.  And when was that?

7       MS. COCHRAN:  It was right after Christmas of '91.

8       MR. ADAMS:  And what was the reason that he moved home?

9       MS. COCHRAN:  Well, his car was tore up.  His Nova was

10  down, and he'd been having a guy from Papercone come over the

11  trailer and pick him up and take him to work, and drop him off,

12  and he wanted to put the motor out of that Nova into the Chevy

13  S10 that was parked that didn't have a motor.  And so he came

14  home.  We have a garage and Jeff didn't have a garage at the

15  trailer, and he came home and I took him back and forth to work,

16  you know, while he was putting the motor out of the Nova into

17  the truck to get it running.  And he didn't like staying by his

18  self anyway, I mean, you know, and he just -- it was more

19  convenient to be home.

20      MR. ADAMS:  When did the -- or do you know where the -- the

21  Nova ended up being stored?

22      MS. COCHRAN:  Yeah, at Automotive Specialists?

23      MR. ADAMS:  And who -- who is the -- who runs that place?

24  What's the name?

25      MS. COCHRAN:  Dexter Trobridge.

1    MR. ADAMS:  And he's here as a witness?

2    MS. COCHRAN:  Yes, he is.

3    MR. ADAMS:  Okay.  About when was the Chevy moved from the

4  -- from the Cod Drive location to Dexter Trobridge's place?

5    MS. COCHRAN:  It wasn't at the Cod Drive location.  He

6  moved it from the trailer.

7    MR. ADAMS:  Moved it from the trailer.

8    MS. COCHRAN:  From the trailer to Automotive Specialists.

9    MR. ADAMS:  So, are you telling the ladies and gentlemen of

10  the jury that the work that was done transferring the motor from

11  the Nova to the S10 was done there?

12    MS. COCHRAN:  At Automotive Specialists?  No.  It was at my

13  house.  Jeff took the motor out over at Automotive Specialists,

14  and then brought it to my house --

15    MR. ADAMS:  Very good.

16    MS. COCHRAN:  And put it in the truck.

17    MR. ADAMS:  Okay.  Very good.  Now, the -- tell us what

18  happened to the Chevy truck, if you know.

19    MS. COCHRAN:  I do know because I answered the phone when

20  Jeff called and needed his dad to come and get him.  He was out

21  with a friend of his, Correll Titsman, and she wrecked the truck

22  and totaled it, and he needed a ride home.

23    MR. ADAMS:  Okay.  Do you know --

24    MS. COCHRAN:  While at the time he wasn't even sure what

25  happened.  She was just, you know, she had went in the truck and



1  hadn't returned.  They were out together.

2      MR. ADAMS:  All right.  Do you know about when that was?

3      MS. COCHRAN:  I -- it was March 6 or 7 of 92.

4      MR. ADAMS:  And so what happened to the S10?  Did you ever

5  see it again after that?

6      MS. COCHRAN:  Yeah.  Jeff had it towed to the house, and he

7  took the motor out of it, and then put it back into the Nova.

8      MR. ADAMS:  All right.  Did the S10 ever get running again?

9      MS. COCHRAN:  No.  It was hauled to the junkyard.

10      MR. ADAMS:  Okay.  Good.  During the period of time that

11  we're talking about in this particular case, specifically April

12  1 to April 5 of 1992 --

13      MS. COCHRAN:  Um-hum.

14      MR. ADAMS:  What vehicle did Jeff have running?

15      MS. COCHRAN:  He had the Nova.  He had just gotten it on

16  the road, but it -- it wasn't running very well.  He was have --

17  still having quite a few problems with it.

18      MR. ADAMS:  Were you aware of any problems he had with

19  batteries?

20      MS. COCHRAN:  Yes, I am.

21      MR. ADAMS:  Could you tell the ladies and gentlemen of the

22  jury about that?

23      MS. COCHRAN:  Anytime that from what I've seen with Jeff,

24  if you put a motor into something else, you know, you have a lot

25  of adjustments and things to make, and he was still doing a lot,



1  and the Nova had set up for several months, you know.  And so,

2  he -- he was doing a lot of work to it, but he was having

3  problems with the battery, and I do know that on Wednesday,

4  April 1, my husband went to Wal-Mart and jumped him off.  He,

5  you know, he was stuck there.

6      MR. ADAMS:  So, he had to jump the battery on the first?

7      MS. COCHRAN:  Um-hum.

8      MR. ADAMS:  Okay.  Let's -- let's then begin to start

9  talking about more specifically zeroing in on the first part of

10  April of 1992.  What were you doing at that particular time in

11  your life?

12      MS. COCHRAN:  I was attending nursing school at

13  Elizabethtown Community College.

14      MR. ADAMS:  Okay.  And how many other children do you have,

15  Ms. Cochran?

16      MS. COCHRAN:  Four.

17      MR. ADAMS:  Okay.  How many younger than Jeff that live at

18  home?

19      MS. COCHRAN:  Three.

20      MR. ADAMS:  Okay.  And what are their ages?

21      MS. COCHRAN:  Eleven, 13 and seven.

22      MR. ADAMS:  Okay.  Now, were you -- were you home on April

23  1, 1992, that Wednesday?

24      MS. COCHRAN:  I was home for a while.  My nursing classes

25  were like, oh, I didn't leave him until about 12:30.  They were



1   in the afternoon, except for on Tuesdays I went all day.

2       MR. ADAMS:  Okay.

3       MS. COCHRAN:  I was home until about 12:30 Wednesday.  Then

4   I came back home.  My classes lasted until right at 4:30, and I

5   drove from -- straight from the town and came home.

6       MR. ADAMS:  Did you see Jeff that day?

7       MS. COCHRAN:  Yeah.

8       MR. ADAMS:  Okay.  Tell the ladies and gentlemen of the

9   jury when you saw him.

10      MS. COCHRAN:  Well, I saw him before I left for school, and

11  I saw him when I came home.  His dad was just leaving to go jump

12  him off, and I saw him come back home after that.  He ate

13  dinner.

14      MR. ADAMS:  Now, he had lost his job at Papercone in late

15  February of the same year of '92, is that correct?

16      MS. COCHRAN:  It was February, yeah.

17      MR. ADAMS:  Sometime in February.

18      MS. COCHRAN:  Yeah.

19      MR. ADAMS:  Okay.  Now, when did you see -- did you see

20  Jeff leave the house the evening of April 1?

21      MS. COCHRAN:  Yeah.  Um-hum.

22      MR. ADAMS:  And about what time was that?

23      MS. COCHRAN:  Well, it was after he ate supper, and his dad

24  doesn't even come in until, you know, and he done went and

25  jumped him off and stuff, I'm going to guess 7:00, 7:30.



1    MR. ADAMS:  Okay.  When was the next time that you saw Jeff

2    again?

3    MS. COCHRAN:  The next morning when I got up.

4    MR. ADAMS:  Okay.  So, were you -- you were not awake or

5    you were asleep when he came in on April 2, early morning hours

6    of April 2?

7    MS. COCHRAN:  I wasn't asleep, but I was in the bed.  I had

8    just went to bed.  I had a big test due on Friday, and I stayed

9    up late and studied for it, and Thursdays was my day off, and so

10   I studied all day Thursday too.

11   MR. ADAMS:  Could you tell the ladies and gentlemen of the

12   jury what time it was that he got in?

13   MS. COCHRAN:  I didn't look at the clock.  It was --

14   MR. ADAMS:  If you don't know, you don't know.  That's

15   fine.  Okay.

16   MS. COCHRAN:  No.

17   MR. ADAMS:  So, when did -

18   MS. COCHRAN:  I know I heard him open the door.

19   MR. ADAMS:  Okay.  On Thursday morning, then you saw him?

20   MS. COCHRAN:  Yes.

21   MR. ADAMS:  Okay.  And what time was that?

22   MS. COCHRAN:  When he got up.  I was already up.

23   MR. ADAMS:  All right.  And were you off that whole day?

24   MS. COCHRAN:  Yeah.

25   MR. ADAMS:  All right.  Tell the ladies and gentlemen of



1  the jury what you remember.  What happened that day?

2      MS. COCHRAN:  I remember shortly after he got up he said

3  that he was going to run to Keith Hardin's and take his battery

4  back.

5      MR. ADAMS:  Okay.  He had Keith Hardin's battery?

6      MS. COCHRAN:  Um-hum.

7      MR. ADAMS:  Did you see where it was?

8      MS. COCHRAN:  No.

9      MR. ADAMS:  Okay.  Go ahead.

10      MS. COCHRAN:  He wasn't gone very long, and he came back,

11  and then he was out working on the -- on the Nova while I was in

12  the house studying.  You could see the garage, you know, right

13  there, and he had the Nova back behind the fence, and he was

14  back there working on it.

15      MR. ADAMS:  Did there come a time during the day that he

16  left?

17      MS. COCHRAN:  He left that evening, said he was going to

18  Jimmy McMackins.

19      MR. ADAMS:  Okay.  And did you -- without telling me the

20  contents of any phone call that you may have gotten, did --

21      MS. COCHRAN:  Um-hum.

22      MR. ADAMS:  Did you receive a phone call?

23      MS. COCHRAN:  Yes, I did.

24      MR. ADAMS:  And what did it concern?

25      MS. COCHRAN:  It concerned the fact that Keith's girlfriend



1  was missing.

2      MR. ADAMS:  Okay.  Who did the phone call come from?

3      MS. COCHRAN:  Keith's mother.

4      MR. ADAMS:  All right.  What did you do as a result of the

5  phone call?

6      MS. COCHRAN:  I gave her Jimmy McMackins' phone number

7  where Jeff was at so that she could call Jeff, and then I called

8  Jeff later myself.

9      MR. ADAMS:  You may tell the ladies and gentlemen of the

10  jury what you told Jeff.

11      MS. COCHRAN:  Okay.  I told Jeff -- well, what I asked him

12  to?

13      MR. ADAMS:  You can state anything that you stated.

14      MS. COCHRAN:  Okay.

15      MR. ADAMS:  Not what he stated.

16      MS. COCHRAN:  I told him that I was concerned about the

17  phone conversation, and wanted to know, you know, if -- if he

18  had seen Rhonda Warford the night before, and he -- can I tell

19  you?

20      MALE SPEAKER:  Obj --

21      MR. ADAMS:  No, you can't say what he said.

22      MS. COCHRAN:  Okay.

23      MR. ADAMS:  Just let -- just do what are the questions.

24      MS. COCHRAN:  And, you know, I was really concerned, and I

25  told him I said son, I don't like the innuendos that are being

 1  made --

 2      MR. ADAMS:  All right.

 3      MS. COCHRAN:  About this.

 4      MR. ADAMS:  Now, let me ask you this question.  Why were

 5  you concerned?

 6      MS. COCHRAN:  I was concerned because I was made to believe

 7  that Mrs. Warford was indicating that something had happened to

 8  her daughter, and that my son, because he was with Keith that

 9  night, knew something about it.

10      MR. ADAMS:  Okay.  Now, after you made your phone call and

11  told Jeff what you had to say, when did you see him again?

12      MS. COCHRAN:  He come home about 10:00 that night.

13      MR. ADAMS:  Okay.  And what did you do and what did you

14  tell him about the situation?

15      MS. COCHRAN:  I told him if he knew anything, he better be

16  speaking it.

17      MR. ADAMS:  Okay.

18      MS. COCHRAN:  I wanted, you know, I wanted to know if he

19  had loaned his car, you know, that night; if -- if he was

20  really, in fact, you know, with Mr. Hardin, you know, and if he

21  had saw her, and I also told him that as long as this girl was

22  missing, and her mother was, you know, making those innuendos,

23  that if I were him, I would make sure that somebody knew where

24  he was at until she was found.

25      MR. ADAMS:  Right.

ESQUIRE
DEPOSITION SOLUTIONS

800.211.DEPO (3376)
EsquireSolutions.com

1     MS. COCHRAN:  And I -- I think that's something any mother

2   would do.

3     MR. ADAMS:  Was there anything that was done with his key

4   to the house?

5     MS. COCHRAN:  I took it.

6     MR. ADAMS:  All right.  Now, where -- what can you tell the

7   ladies and gentlemen about his whereabouts the rest of Thursday

8   evening?

9     MS. COCHRAN:  He was home.

10     MR. ADAMS:  All right.  Did you have class or anything on

11   Friday the following day?

12     MS. COCHRAN:  Yes, I did.  I had --

13     MR. ADAMS:  And what time?

14     MS. COCHRAN:  I had a nursing test that started like at

15   1:30, 1:20, 1:30.

16     MR. ADAMS:  Okay.  Did you see your son, Jeff, in the

17   morning?

18     MS. COCHRAN:  Yes, I did.

19     MR. ADAMS:  And about what time as that?

20     MS. COCHRAN:  Well, he was laying there in the bed, you

21   know, and then he got -- he got up before I left because I

22   didn't leave until about 12:30.

23     MR. ADAMS:  Okay.  Did you see him again Friday after your

24   test was completed?

25     MS. COCHRAN:  I went to work after my test was completed at



 1 | VA Hospital.  I got off at midnight, and came home, and he was
 2 | there then.
 3 |     MR. ADAMS:  All right.  Now, had your husband, Danny, been
 4 | home, if you know?
 5 |     MS. COCHRAN:  Yes, he had.
 6 |     MALE SPEAKER:  All right.  Did you check with your husband,
 7 | Danny, about Jeff's whereabouts for Friday?
 8 |     MS. COCHRAN:  Yes.
 9 |     MR. ADAMS:  Okay.  Now, let's -- let's move on to Saturday.
10 | tell the ladies and gentlemen of the jury what happened on
11 | Saturday with Jeff.
12 |     MS. COCHRAN:  He went to the flea market with his dad.
13 | Then he came home and he went out to Jimmy McMackins and helped
14 | work on the cabinets.
15 |     MR. ADAMS:  All right.  Now, explain the situation with
16 | Jimmy McMackins as you understand it.  What was going on and why
17 | he went out to help with the cabinets?
18 |     MS. COCHRAN:  Okay.  He -- he was getting a house.  I think
19 | his dad owned it.  It was on the same property of his dad,
20 | Noelle McMackins, and him and his wife were working on that
21 | house to get ready to move into it, and he called and had talked
22 | to Jeff about it.  Of course, Jeff talked to him quite often,
23 | and he wanted him to help.
24 |     MR. ADAMS:  Okay.  What time did Jeff get home that -- that
25 | morning -- Sunday morning?



1    MS. COCHRAN:  Right at 4:00 in the morning.

2    MR. ADAMS:  Okay.  What kind of shape was he in?

3    MS. COCHRAN:  Lit.

4    MR. ADAMS:  Meaning?

5    MS. COCHRAN:  Intoxicated.

6    MR. ADAMS:  All right.  Then what happened Sunday morning?

7    MS. COCHRAN:  Well, I was surprised when I got up and he

8  was gone to the flea market with his dad, you know, after he got

9  in that late that he was gone.

10    MR. ADAMS:  What time did you see him again?

11    MS. COCHRAN:  I saw him come in with his dad right around

12  5:00 Sunday evening.

13    MR. ADAMS:  Okay.  What -- did he stay at home then or did

14  he go out for a short while?

15    MS. COCHRAN:  He ran over to Mr. Hardin's.

16    MR. ADAMS:  Okay.  Now, when did you first become aware of

17  the fact that Rhonda Sue Warford's body had been found?

18    MS. COCHRAN:  Sunday evening.

19    MR. ADAMS:  At about what time

20    MS. COCHRAN:  They didn't get home until 5:00, I would say

21  6:00, 7:00.

22    MR. ADAMS:  Okay.  And how did you find out?

23    MS. COCHRAN:  Eight.  Jeff had went over there and he

24  called me and he said --

25    MALE SPEAKER:  Objection.



1       MR. ADAMS:  You can't tell us what he said.

2       MS. COCHRAN:  Oh, okay.

3       MR. ADAMS:  As a -- as a result of that conversation, did

4   you become aware of the fact that she had been found?

5       MS. COCHRAN:  Yes.

6       MR. ADAMS:  All right.  Did Jeff then come home that

7   evening?

8       MS. COCHRAN:  Yes.

9       MR. ADAMS:  Stayed there the rest of the evening?

10      MS. COCHRAN:  Yes.

11      MR. ADAMS:  All right.  Now, when did you first become

12  aware of the fact that the police had an interest in Jeff in

13  this case?

14      MS. COCHRAN:  Monday morning.

15      MR. ADAMS:  Okay.  Tell us what happened.

16      MS. COCHRAN:  I had left for school, and -- well, no,

17  actually, the phone conversation that I got Thursday regarding

18  the one that we just discussed, you know --

19      MR. ADAMS:  Well, there was --

20      MS. COCHRAN:  Was a concern, but as far as seeing, you

21  know, or --

22      MR. ADAMS:  No, my -- my question is to you police

23  involvement and interest in Jeff.  That's my question.

24      MS. COCHRAN:  Okay.  When I came home from school, my

25  mother told me that the police had been there, and that Jeff was

1  gone with them.

2     MR. ADAMS:  Okay.  What did you do as a result of gaining

3  that knowledge?

4     MS. COCHRAN:  After several hours, I called down there and

5  asked them what was going on, where Jeff was at, because they,

6  according to my mother, had picked him up, and hadn't brought

7  him back.

8     MR. ADAMS:  Right.  About what time was it that you made

9  that first phone call?

10     MS. COCHRAN:  Maybe 5:00 maybe approximately.

11     MR. ADAMS:  When was it that Jeff was brought back home?

12     MS. COCHRAN:  My husband was home.  He --

13     MR. ADAMS:  Well, we can -- if you don't know, we can ask

14  him about it.

15     MS. COCHRAN:  I don't know.

16     MR. ADAMS:  All right.

17     MS. COCHRAN:  It was like -- it was evening.

18     MR. ADAMS:  Did you see Jeff that evening, the evening of

19  the 6 of April?

20     MS. COCHRAN:  (Inaudible).

21     MR. ADAMS:  Did you have a discussion with him?

22     MS. COCHRAN:  Yes, I did.

23     MR. ADAMS:  Tell -- again, you cannot tell us what Jeff

24  said to you, but can you tell us the nature of the conversation

25  that he had that you ad with him?



1    MS. COCHRAN:  Well, I asked him why he'd been down there so

2  long, you know, and -- and what they were asking him, and, you

3  know, I don't know what else to say without saying what he told

4  me.

5    MR. ADAMS:  All right.  Did -- during -- during this period

6  of time, did you find out anything about the Chevron station at

7  the expressway and Newburg Road?

8    MS. COCHRAN:  I did question him as to who saw him that

9  night, you know, where all he had been, and, you know, who could

10  have saw him, you know, to verify that, and he did mention that

11  he stopped at the Chevron and bought some cigarettes on his way

12  home.

13    MR. ADAMS:  All right.  Now, let's move to Tuesday.  To --

14  were you at home all day Tuesday or did you have class or --

15    MS. COCHRAN:  No, I had class all day Tuesday.

16    MR. ADAMS:  All right.  Did you see Jeff that day?

17    MS. COCHRAN:  Yes.

18    MR. ADAMS:  All right.  When did you see him?

19    MS. COCHRAN:  I saw him in the morning and the evening.

20    MR. ADAMS:  All right.  And did he go see the police again

21  on Tuesday?

22    MS. COCHRAN:  Oh, wait a minute.  You're talking about the

23  Tuesday after it?

24    MR. ADAMS:  Right.

25    MS. COCHRAN:  Okay.  Yes, he did.



1    MR. ADAMS:  All right.  And what about on Wednesday?

2    MS. COCHRAN:  Yeah.

3    MR. ADAMS:  Same situation?

4    MS. COCHRAN:  Um-hum.

5    MR. ADAMS:  Meaning that you did see him, he did --

6    MS. COCHRAN:  Yes.

7    MR. ADAMS:  Go talk to the police, and he came back?

8    MS. COCHRAN:  Yes.

9    MR. ADAMS:  All right.  Now, as a result of what he told

10   you about what the police were telling him, did you attempt to

11   find people that would corroborate what he was telling you about

12   when he got home and who saw him?

13   MS. COCHRAN:  Yes, I did.

14   MR. ADAMS:  All right.  Could you please tell the ladies

15   and gentlemen of the jury what phone calls you make or who you

16   talked to as a result of the knowledge you gained from Jeff?

17   MS. COCHRAN:  It was about the middle of the week sometime.

18   I was concerned Monday.  I was concerned the week before, but

19   nothing like I was Monday.  And sometime during the middle of

20   the week, I -- I was concerned that I did not physically see him

21   come in Wednesday night.  And my neighbor who lives across the

22   street, we've known her since we lived there, it was right

23   around eight years, you know, that we lived there, and we'd

24   always watched out for their house and they'd watched out for

25   ours.  I knew her children and she knew mine.  And I called her.

 1  She was in Louisiana.  She had went down to her sister-in-laws,

 2  and I called her and I asked her if by any [Crying] chance she

 3  saw Jeff come home Wednesday night because I didn't, and I

 4  wanted to know if she knew.

 5       MR. ADAMS:  And you cannot tell us what she said to you.

 6       MS. COCHRAN:  Okay.

 7       MR. ADAMS:  Okay.

 8       MS. COCHRAN:  I can tell you that I did not tell her why

 9  until she answered.

10       MR. ADAMS:  Okay.  Did there come a time -- and what is

11  this lady's name?

12       MS. COCHRAN:  Judy Reese.

13       MR. ADAMS:  All right.  And does she have a daughter?

14       MS. COCHRAN:  Yes, she does.

15       MR. ADAMS:  And what's her daughter's name?

16       MS. COCHRAN:  June Calliver.

17       MR. ADAMS:  All right.  And both of them are here to

18  testify.

19       MS. COCHRAN:  Yes, they are.

20       MR. ADAMS:  All right.  Now, did there come a point in time

21  when June caught -- when Judy Reese came back from Louisiana?

22       MS. COCHRAN:  Yes.

23       MR. ADAMS:  All right.  And at that time did you have a

24  discussion with her and her daughter?

25       MS. COCHRAN:  I came up on the discussion that they were



1   having.

2       MR. ADAMS:  Okay.  Fine.  Now, what did you do about the

3   information about the Chevron station?  Did you go there?  Did

4   you attempt to talk to anybody?  Tell the ladies and gentlemen

5   of the jury about that.

6       MS. COCHRAN:  Not until after he was arrested.

7       MR. ADAMS:  Okay.  So, he was -- you agree that he was

8   arrested on May 5, 1992?

9       MS. COCHRAN:  Yes, I do.

10      MR. ADAMS:  All right.  Did -- had you had any further

11  communications with the police officers between Wednesday the 8

12  of March or April, excuse me, the 8 of April and May 5 of '92?

13      MS. COCHRAN:  Did I?

14      MR. ADAMS:  Yes.

15      MS. COCHRAN:  No.

16      MR. ADAMS:  All right.  Now, the police officers came and

17  executed a search warrant, is that correct?

18      MS. COCHRAN:  Yes, they did.

19      MR. ADAMS:  Were you present?

20      MS. COCHRAN:  Yes, I was.

21      MR. ADAMS:  All right.  Now, tell the ladies and gentlemen

22  of the jury what shoes that Jeff owned at the time the police

23  officers came in -- well, let's go back to April 1.  From April

24  1 to May 5, tell the ladies and gentlemen of the jury what shoes

25  Jeff owned.



1    MS. COCHRAN:  He had a pair of tennis shoes, and a pair of

2  cowboy boots, and a pair of work boots.

3    MR. ADAMS:  And when he was arrested, tell the ladies and

4  gentlemen of the jury what he had on.

5    MS. COCHRAN:  He had on fatigues and his work boots.

6    MR. ADAMS:  And were the boots seized?

7    MS. COCHRAN:  Yes.

8    MR. ADAMS:  So, every pair of shoes that he owned ended up

9  with the police department?

10    MS. COCHRAN:  Yes, sir.

11    MR. ADAMS:  All right.  Now, tell the ladies and gentlemen

12  of the jury, please, what you did after Jeff was arrested by way

13  of the Chevron station.

14    MS. COCHRAN:  Well, I asked one of the officers serving the

15  search warrant at our house if -- if they had been there, and

16  then after they arrested -- after they finished their search

17  warrant and everything at the house, and I collected myself, I

18  went there myself.

19    MR. ADAMS:  Okay.  And did you find an individual?  Did you

20  talk to anybody there?

21    MS. COCHRAN:  Yes, I did.

22    MR. ADAMS:  What were you -- what were you trying to

23  establish?

24    MS. COCHRAN:  Whether or not anyone could remember seeing

25  him there that night.



1       MR. ADAMS:  Did you find out anything about any kind of

2   surveillance cameras that they might have?  Do they -- first of

3   all, do they have surveillance cameras?

4       MS. COCHRAN:  Yes, they do.

5       MR. ADAMS:  All right.

6       MS. COCHRAN:  They did at the time.

7       MR. ADAMS:  How long do they keep the tapes of the

8   surveillance cameras?

9       MS. COCHRAN:  According to them, only about a week.

10      MR. ADAMS:  Okay.  Did you end up talking to an individual

11  by the name of Ray Pozzie, P-O-Z-Z-I-E?

12      MS. COCHRAN:  Yes, I did.

13      MR. ADAMS:  All right.  And how long did it take you to

14  find him?

15      MS. COCHRAN:  I had to go back several times.  He -- he

16  worked nights.

17      MR. ADAMS:  Okay.  And did you have a conversation with him

18  concerning Jeff?

19      MS. COCHRAN:  Yes, I did.

20      MR. ADAMS:  Had you -- did you know Ray Pozzie before this

21  night?

22      MS. COCHRAN:  No.

23      MR. ADAMS:  Did you talk to him?  Once you -- tell the

24  ladies and gentlemen of the jury after you gained this

25  information that you got from Pozzie, without telling us what it

1   was, what did you do with the information?

2       MS. COCHRAN:  Called you.

3       MR. ADAMS:  Okay.  Had you hired me at that time?

4       MS. COCHRAN:  No.  No.  I did call you with the information

5   after I hired you, I told you about it, no.

6       MR. ADAMS:  Okay.

7       MS. COCHRAN:  I'm sorry.

8       MR. ADAMS:  That's all right.  Did you tell -- did you tell

9   your son about it?  He was in jail by this time.  Did you tell

10  him about it?

11      MS. COCHRAN:  I don't know if I did or not.  I tried not to

12  discuss the case with him down here.

13      MR. ADAMS:  Okay.  All right.  Knowing -- knowing that he

14  is your son, and this question is going to be asked, but knowing

15  that he is your son, would you lie under oath for him to try to

16  get him out of this?

17      MS. COCHRAN:  No way.

18      MR. ADAMS:  What's your feeling about the people who killed

19  Rhonda Sue Warford?

20      MS. COCHRAN:  I think they deserve what they get.

21      MR. ADAMS:  Whoever they might be?

22      MS. COCHRAN:  It's horrible.  Whoever they are, but I know

23  my son did not do it, and I wouldn't be here if he did.

24      MALE SPEAKER:  Objection.  Move to strike.

25      MR. ADAMS:  It's your witness.



1       MALE SPEAKER:  Withdrawn.  I'll withdrawn.

2       THE COURT:  Mr. Rogers, you want to (inaudible) direct

3   first?  Mr. Rogers?

4       MR. ROGERS:  Ma'am, do I understand to say that you first

5   found out about Keith's interest in -- in satanic religious

6   practices because there were books in the school library?

7       MS. COCHRAN:  Yeah, and he was reading them.

8       MR. ROGERS:  Okay.

9       MS. COCHRAN:  That's all

10      MR. ROGERS:  And if I understand your testimony on direct,

11  you were concerned about Jeff even being around Keith because

12  you were afraid Keith would get accused of something just for

13  being involved with this?

14      MS. COCHRAN:  Yes, sir.

15      MR. ROGERS:  Okay.  And you first became aware of Rhonda's

16  disappearance through Keith's mother?

17      MS. COCHRAN:  Yes, sir.

18      MR. ROGERS:  Okay.  Did Jeff ever talk to you about any

19  discussions he had had with Keith concerning these satanic

20  religious practices?

21      MR. ADAMS:  Objection.

22      THE COURT:  If Jeff had -- ask the question, but don't

23  answer.  Ask it again make sure I understand it.

24      MR. ROGERS:  Did your son ever talk to you, your son Jeff,

25  ever talk to you concerning any statements Keith had made to him

1   involving these satanic religious practices?

2       THE COURT:  I'll let her answer it.

3       MS. COCHRAN:  No.

4       MR. ROGERS:  Okay.  So, Jeff never came home and said Keith

5   told me about sacrificing animals or humans or anything like

6   that?

7       MR. ADAMS:  Objection.

8       MS. COCHRAN:  No.

9       MR. ROGERS:  Okay.  Did Jeff ever say anything to you about

10  Keith's ownership of knives?

11      MS. COCHRAN:  No.

12      MR. ROGERS:  It -- as I understand your testimony, it is

13  correct, though, that it's your understanding from Jeff's

14  statements to you that Keith was with him the evening and the

15  early morning hours of April 1 - April 2, 1992?

16      MS. COCHRAN:  Yes.

17      MR. ROGERS:  Okay.  Did he say that at any time Keith left

18  his presence or went anywhere else?

19      MR. ADAMS:  Objection.

20      MR. ROGERS:  It's a co-defendant, Judge.

21      THE COURT:  I'm going to let her say it.  I'm going to let

22  her answer it.

23      MS. COCHRAN:  He said that he had not left his presence.

24      MR. ROGERS:  Okay.  He didn't take his car and go off for

25  any period of time?

1    MS. COCHRAN:  Jeff said that he did not.

2    MR. ROGERS:  Thank you, ma'am.  I don't have any other

3  questions.

4    THE COURT:  Mr. Smith, it's your turn.

5    MR. SMITH:  Ms. Cochran, as you know, I'm the Commonwealth

6  attorney, and I've got to ask you some questions, and certainly

7  not intending to harass you at all.  Okay?  Now, do you have any

8  children older than Jeff Clark?

9    MS. COCHRAN:  No, I don't.

10   MR. SMITH:  Now, during the time of March 31, the very

11 first part of April, of 1992, was Jeff Clark working anywhere at

12 this point in time?

13   MS. COCHRAN:  The days again?  I'm sorry.

14   MR. SMITH:  All right.  Like in the last -- very last part

15 of March to the first week in April of 1992 was he working

16 anywhere?

17   MS. COCHRAN:  No.

18   MR. SMITH:  Now, you've told us about him being out on the

19 night and early morning hours of April 1 of 1992.  Do you

20 remember what time he got home the Tuesday, March 31?

21   MS. COCHRAN:  It was late or early morning.

22   MR. SMITH:  What -- like 2:00 or 3:00 in the morning?

23   MS. COCHRAN:  I think it was later than that.

24   MR. SMITH:  Like 4:00 or 5:00 in the morning?

25   MS. COCHRAN:  That's --



CLARK AND HARDIN 3.06.95                        March 06, 1995
COMMONWEALTH OF KY vs GARR KEITH HARDIN                    48

1      MR. SMITH:  All right.

2      MS. COCHRAN:  Probably closer.

3      MR. SMITH:  All right.  And that would be the Wednesday

4  before?  I'm sorry.  That was very bad.  That would be Tuesday.

5  We're dealing with Wednesday.  I'm trying to keep it straight

6  here.

7      MALE SPEAKER:  Mr. -- yeah.

8      MR. SMITH:  All right.  Let's say that Wednesday --

9  Wednesday is April 1.  All right.  So, this Tuesday would have

10  been the 31.  So, you're telling me that it was 4:00 or 5:00 in

11  the morning when he got in that Tuesday?

12     MS. COCHRAN:  That's what my husband told me.

13     MR. SMITH:  All right.  And do you remember what time in

14  the morning he got in that Monday?

15     MS. COCHRAN:  I don't think he was gone anywhere that

16  Monday.

17     MR. SMITH:  And the Thursday, do you remember what time he

18  got in on the Thursday, April 2?

19     MS. COCHRAN:  You mean the morning --

20     MR. SMITH:  Yes, ma'am.

21     MS. COCHRAN:  Of the -- no.  I already said I didn't.

22     MR. SMITH:  Okay.  Was it early morning hours too?

23     MS. COCHRAN:  Yeah.  Well, yes.

24     MR. SMITH:  All right.  2:00 or 3:00?

25     MS. COCHRAN:  I know that I stayed up and studied late, and



1   I do not remember going to bed until like about 1:30 or so.

2        MR. SMITH:  And he wasn't there?

3        MS. COCHRAN:  And he was not home yet.

4        MR. SMITH:  Okay.  So, at least this Tuesday and this

5   Thursday both nights he was out very late until the wee hours of

6   the morning?

7        MS. COCHRAN:  Tuesday and Thursday?

8        MR. SMITH:  Uh-huh.

9        MS. COCHRAN:  You're -- you're jumping to -- you're talking

10  about Thursday night?  No, he was home Thursday night.

11       MR. SMITH:  He was out late Wednesday and came in early in

12  the morning Thursday.

13       MS. COCHRAN:  Right.

14       MR. SMITH:  Right.  And you told us that this Tuesday

15  before, he also came in --

16       MS. COCHRAN:  Late.

17       MR. SMITH:  In the a.m.

18       MS. COCHRAN:  Yes, sir.

19       MR. SMITH:  All right.  4:00 or 5:00 I think you said here.

20       MS. COCHRAN:  Yes.

21       MR. SMITH:  Do you know where he was on this occasion?

22       MS. COCHRAN:  I know what he told me.  Can I say that?

23       MR. SMITH:  Yes.

24       MS. COCHRAN:  That he was at his trailer.

25       MR. SMITH:  And now I'm moving over to this Thursday.  Now,



1  realizing that he came in 2:30, or somewhere about that time, on

2  Thursday morning --

3      MS. COCHRAN:  Um-hum.

4      MR. SMITH:  What I'm getting at is on Thursday night did he

5  go back out again and come in early Friday morning?

6      MS. COCHRAN:  No.

7      MR. SMITH:  Okay.

8      MS. COCHRAN:  No.

9      MR. SMITH:  And then --

10     MS. COCHRAN:  He hadn't been doing that so much.  I mean,

11 you know, at times, but --

12     MR. SMITH:  Okay.  And then you don't remember or can you

13 tell us about Monday before the Tuesday?

14     MS. COCHRAN:  I don't remember him going anywhere the

15 Monday before Tuesday.  If he did, I don't remember it.

16     MR. SMITH:  He could have, but you just don't remember.

17     MS. COCHRAN:  Right.

18     MR. SMITH:  Would that be fair?  Now, on -- I think you

19 told Mr. Adams while ago that on April 2 -- on April 2 is when

20 you were concerned because you received a phone call from Mrs.

21 Warford.

22     MS. COCHRAN:  No, I did not.

23     MR. SMITH:  Well, tell me --

24     MS. COCHRAN:  I said from Mrs. Hardin.

25     MR. SMITH:  Oh, Mrs. Hardin.  Okay.  I'm sorry.  You



1  received a phone call from Mrs. Hardin, and you became concerned

2  at that point in time.

3      MS. COCHRAN:  Yes.

4      MR. SMITH:  Now, and you said if he knew anything about it,

5  he'd better be speaking it, right?

6      MS. COCHRAN:  Yes, sir.

7      MR. SMITH:  And at that point in time, he did not tell you

8  anything about any Chevron station, did he?

9      THE COURT:  Are you answering or are you --

10     MS. COCHRAN:  I'm thinking.  I think that is -- I -- I

11 think he did -- I did ask him who seen him that night.

12     MR. SMITH:  Tell me what date -- tell me what date that you

13 went out and talked to -- went out to the Chevron store the

14 first time.

15     MS. COCHRAN:  I believe it's the day he was arrested, which

16 would be May 5.

17     MR. SMITH:  All right.  Now, you were very concerned about

18 all this, but you did not go out to the Chevron station until

19 after May 5.

20     MS. COCHRAN:  Well, no, because he was arrested on May 5.

21     MR. SMITH:  But you knew that the police were speaking with

22 him on April 6 and 7, and you were very concerned, like any

23 mother would be, correct?

24     MS. COCHRAN:  Um-hum.

25     MR. SMITH:  But yet you did not go out to the Chevron



1  station until after May 5.

2      MS. COCHRAN:  I assumed they would.

3      MR. SMITH:  And now, when did you move from Cod Drive?

4      MS. COCHRAN:  June -- this past June.

5      MR. SMITH:  And we have had previous court appearances, and

6  I've seen you come down to support your son, like any mother

7  would, correct?

8      MS. COCHRAN:  Um-hum.

9      MR. SMITH:  You have to say yes or no, ma'am.

10      MS. COCHRAN:  Yes, sir.

11      MR. SMITH:  I'm sorry.  You don't have to say sir.  I'm not

12  used to that kind of respect, but we got to say yes or no.  Now,

13  when you would come down here to Brandenburg from your home on

14  Cod Drive, isn't it true that that trip would take right at 30

15  minutes?

16      MS. COCHRAN:  I wouldn't try to push it in 30 minutes.

17      MR. SMITH:  Well, tell the jury how long that trip would

18  take you?

19      MS. COCHRAN:  I always gave myself at least 45 minutes.

20  I'm not saying it took all of it, but --

21      MR. SMITH:  Right.  The trip actually takes right at 30

22  minutes, doesn't it, Ms. Cochran?

23      MS. COCHRAN:  I like to be on time, yes, sir.

24      MR. SMITH:  I realize.  All right.  Now, Mr. Clark, Jeff

25  Clark, started driving the Nova soon after March 6 of 1992,



 1  correct?

 2      MS. COCHRAN:  It took him a couple of weeks.

 3      MR. SMITH:  Okay.  All right.  So, if it took him a couple

 4  of weeks to get it running, and with the date we're talking

 5  about the S10 being wrecked is on March 6, then on or about, and

 6  I'm not holding you to exactness, but on or about March 20 he

 7  would have been operating the Nova.

 8      MS. COCHRAN:  In that area, yes.

 9      MR. SMITH:  And on or about March 6 was when he brought the

10  Nova over to your house to begin putting the motor in, correct?

11      MS. COCHRAN:  No.

12      MR. SMITH:  Tell me what --

13      MS. COCHRAN:  He had the -- the truck towed that had been

14  totaled.  He had it towed to the house first, and the whole

15  front end was messed up, so, he had to pry the motor out and

16  everything, and he did that before he had the Nova brought over.

17  The best of my recollection.

18      MR. SMITH:  About a week then before he got the Nova over

19  there after March 6, give or take?

20      MS. COCHRAN:  A week after he got -- what are your --

21  asking?

22      MR. SMITH:  Okay.  Let's -- okay.  He wrecked the S10 on

23  March 6.

24      MS. COCHRAN:  He didn't wreck it, but it was wrecked, yeah.

25      MR. SMITH:  Absolutely.  It was wrecked.  Somebody wrecked



1 it. All right. The S10 is wrecked on March 6, and you said it

2 took him a while to get the motor out.

3 　　MS. COCHRAN: Um-hum.

4 　　MR. SMITH: About a week?

5 　　MS. COCHRAN: Probably around there.

6 　　MR. SMITH: Around that. And so it would have been about a

7 week after March 6, about March 13, when the Nova was back over

8 at your house.

9 　　MS. COCHRAN: We just discussed that it was probably more

10 like the 20, Mr. Smith.

11 　　MR. SMITH: Well, I thought you told me while ago, Ms.

12 Cochran, that it took him about two weeks to get the Nova

13 running. And so he had the Nova over there probably about a

14 week getting the motor put in, didn't he?

15 　　MS. COCHRAN: Yeah.

16 　　MR. SMITH: Okay.

17 　　MS. COCHRAN: But from the six and 14 days and two weeks

18 would be about the week of the 20. I don't know the exact date.

19 　　MR. SMITH: I -- I -- I know that, ma'am, and I'm not

20 trying to hold you to exactness. Where was he working on the

21 vehicles over at your house?

22 　　MS. COCHRAN: In the garage.

23 　　MR. SMITH: What type of a garage is it?

24 　　MS. COCHRAN: It's a detached garage that just sits just

25 barely behind the house.



1    MR. SMITH:  Is it one car or two car?

2    MS. COCHRAN:  It was two or two and a half.

3    MR. SMITH:  Is there any heat in there?

4    MS. COCHRAN:  Yeah, he had sources of heat in there.

5    MR. SMITH:  What type of sources of heat?

6    MS. COCHRAN:  Well, there was a wood stove in there if he

7    wanted to use that, and there was kerosene.

8    MR. SMITH:  All right. Now, you also called Sean Mattingly

9    requesting him to testify and help your son out, didn't you?

10    MS. COCHRAN:  Yes, sir.

11    MR. SMITH:  Who was the person who was picking your son up

12    and driving him back and forth to Papercone?

13    MS. COCHRAN:  I believe his name is Jim.

14    MR. SMITH:  But you don't know his last name?

15    MS. COCHRAN:  No.

16    MR. SMITH:  Now, you knew that Jeff Clark had resided in

17    Meade County for a length of time, didn't you?

18    MS. COCHRAN:  Short period of time, yes, sir.

19    MR. SMITH:  About a month?  If you know.

20    MS. COCHRAN:  Approximately.

21    MR. SMITH:  Now, let's go back to 1992, and I'm talking

22    about January, February, March.  All right?  Now, if you know,

23    for a period of time Jeff Clark was not seeing Keith Hardin, was

24    he?

25    MS. COCHRAN:  No.



1     MR. SMITH:  Can you give me some time parameters on -- on

2   the time that they were not around each other?

3     MS. COCHRAN:  As far as I know, they weren't around each

4   other from the time that Keith moved out of the trailer until

5   after Jeff had gotten the Nova running again.

6     MR. SMITH:  All right.  Keith had moved out of the trailer

7   at what period of time, Ms. Cochran?

8     MS. COCHRAN:  It was January.

9     MR. SMITH:  So, for Jan --

10     MS. COCHRAN:  To the best of my knowledge it was January.

11     MR. SMITH:  All right.  So, for January and February until

12   late March, they had not been together.

13     MS. COCHRAN:  That I know of.

14     MR. SMITH:  And then late March, they started being

15   together again?

16     MS. COCHRAN:  I knew of -- yes, yes, sir.

17     MR. SMITH:  Did you protest that?

18     MS. COCHRAN:  Well, no, because my reasoning for -- I think

19   the reasoning for him moving out of the trailer was because he

20   didn't have a job.  To the best of my knowledge, Keith Hardin

21   was not into any type of satanic worship at that time, nor had

22   been for quite some time.

23     MR. SMITH:  That was your information you had?

24     MS. COCHRAN:  Yes, sir.

25     MR. SMITH:  And that's what Jeff Clark told you?

1      MS. COCHRAN:  Yes, sir.

2      MR. SMITH:  Said he's out of Satanism?

3      MS. COCHRAN:  Yes, sir.

4      MR. SMITH:  Now, from the time the police started

5  questioning your son, until July of 1992, you never told anyone

6  about this Chevron station, did you, Ms. Cochran?

7      MS. COCHRAN:  Yes, I did.

8      MR. SMITH:  All right.  Who did you tell about it?

9      MS. COCHRAN:  I told the detective who served the search

10 warrant on our house.

11     MR. SMITH:  Do you know who that was?

12     MS. COCHRAN:  Yes.

13     MR. SMITH:  Who was it?

14     MS. COCHRAN:  Lieutenant Sherard.

15     MR. SMITH:  Lieutenant Gene Sherard?

16     MS. COCHRAN:  Yes.

17     MR. SMITH:  Is that correct?

18     MS. COCHRAN:  I asked him if he had been there.  As far as

19 anybody else that I told, I don't remember.

20     MR. SMITH:  And when did you next tell someone about the

21 Chevron station, Ms. Cochran?

22     MS. COCHRAN:  Will you repeat that, please?

23     MR. SMITH:  All right.  You say you tell us that when

24 Lieutenant Sherard was there on the search warrant, that you

25 told him about the Chevron station.  I'd like to know the next



1  persons you told about the Chevron station and when.

2       MS. COCHRAN:  I don't know.  I know that I told his

3  attorney.  I know that my husband and I discussed it.

4       MR. SMITH:  And he was -- and you told his attorney

5  sometime after May 5.

6       MS. COCHRAN:  Yes.

7       MR. SMITH:  All right.  And after your son was arrested,

8  you didn't come down here and say hey, Sheriff Greer, there's

9  the Chevron station my son couldn't have done it, you never did

10 that, did you?

11      MS. COCHRAN:  No, sir.  I did that with Mr. Sherard.

12      MR. SMITH:  When he served the search warrant?

13      MS. COCHRAN:  Yeah, but he was arresting my son at the same

14 time.

15      MR. SMITH:  And the search warrant was served on or about

16 May 5, too, the same time that your son was arrested.

17      MS. COCHRAN:  Yes, sir.

18      MR. SMITH:  And you knew that the police had been

19 questioning him, but from April 6 or 7 or early April until May

20 5, you never told any of the authorities about the Chevron

21 station, did you, Mrs. Clark -- Cochran, I'm sorry?

22      MS. COCHRAN:  They never asked me about anything.

23      MR. SMITH:  This was your son they were questioning, and

24 you knew he was a suspect and you weren't concerned about this,

25 Mrs. Cochran?

1      MS. COCHRAN:  Definitely I was concerned, but I had no idea

2   that they were not following up their own -- the alibis until he

3   was -- had been arrested, then I knew they had not done that.

4      MR. SMITH:  Now, were you aware that the police had

5   questioned Jeff on three separate occasions?

6      MS. COCHRAN:  Yes, sir.

7      MR. SMITH:  Did you ever tell him hey, tell them about the

8   Chevron station?

9      MS. COCHRAN:  Did I tell him to tell him about it?  No --

10     MR. SMITH:  Yes.

11     MS. COCHRAN:  I didn't tell to tell them about it.  I

12   assumed he told them everywhere he had been.

13     MR. SMITH:  Now, your son had knives there at home, didn't

14   he?

15     MS. COCHRAN:  Yes, he did.

16     MR. SMITH:  Now, Ms. Cochran, is it your testimony that to

17   your knowledge Jeff Clark was not in any way involved in the

18   Satanism?

19     MS. COCHRAN:  Yes, sir.

20     MR. SMITH:  Do -- were you aware that he had an inverted

21   cross cut into his arm?

22     MS. COCHRAN:  No, sir.

23     MR. SMITH:  Are you aware of now?

24     MS. COCHRAN:  No, sir.

25     MR. SMITH:  Have you ever seen it?

1       MS. COCHRAN:  No, sir.

2       MR. SMITH:  That's all, Your Honor.

3       THE COURT:  Mr. Adams?

4       MR. ADAMS:  Just a couple of questions, Judge.

5       THE COURT:  Certainly.

6       MR. ADAMS:  As I understand, tell us your best estimate of

7  -- of driving from place -- your home, your ex-home on Cod

8  Drive, to this courthouse?

9       MS. COCHRAN:  My best estimate?

10      MR. ADAMS:  Yes.

11      MS. COCHRAN:  I wouldn't try it in under 45 minutes.

12      MR. ADAMS:  All right.  Do you have -- have you ever made

13  the drive from Jeff's trailer there by the Bashford Manor Mall,

14  out to Meade County?

15      MS. COCHRAN:  No.

16      MR. ADAMS:  Okay.  You don't have any idea how long that

17  might take?  All right.  Does the name Jim Osborne employed at

18  Papercone's that mean anything to you?

19      MS. COCHRAN:  Yes.

20      MR. ADAMS:  Could it have been Jim Osborne that picked Jeff

21  up every day and --

22      MS. COCHRAN:  I think it could have been, but, now, while

23  he was at my house, I was taking him.

24      MR. ADAMS:  Okay.  After you hired me, is the first time

25  that we came out to this courthouse and had any kind of hearings



 1  July of 1992, to the best of your knowledge?

 2       MS. COCHRAN:  Best of my knowledge.

 3       MR. ADAMS:  And not in telling the judge or the jury what

 4  you have heard me say to Joe Greer or to Captain Smith from --

 5  is it fair for me to say that from July of 1992 that I have told

 6  these men of the Chevron station and of the alibi witnesses?

 7       MS. COCHRAN:  Yes, sir.

 8       MR. ADAMS:  Time and time again?

 9       MS. COCHRAN:  Yes, sir.

10       MR. ADAMS:  Have you ever been interviewed by the police in

11  this case?

12       MS. COCHRAN:  No, sir.

13       MR. ADAMS:  Has Joe Greer or anybody from LPD ever come out

14  and talk to you?

15       MS. COCHRAN:  No, sir.

16       MR. ADAMS:  And in talking, are you aware of whether from

17  July of 1992 up until today's date right now, that Joe Greer or

18  any member of LPD has ever gone out and talked to these

19  witnesses that you found?

20       MS. COCHRAN:  No, sir, not to my knowledge.

21       MR. ADAMS:  Two years plus -- two years plus.

22       MS. COCHRAN:  Almost three.

23       MR. ADAMS:  What was -- tell the ladies and gentlemen of

24  the jury about Amy Remsburg's attitude towards your son.  Tell

25  them --

1    MALE SPEAKER:  Objection.

2    MR. ADAMS:  What you observed.

3    THE COURT:  She can testify as to her observations.

4    MR. ADAMS:  Your observations.

5    THE COURT:  But not her conclusions with respect to Ms.

6  Remsburg's mental impressions.

7    MR. ADAMS:  Yes, sir, you're absolutely right.

8    THE COURT:  Your observations.

9    MS. COCHRAN:  I'm not sure I understand what I can say and

10  I can't.

11    MR. ADAMS:  You can tell the ladies and gentlemen of the

12  jury what you observed about Amy Remsburg's attitude toward your

13  son, I want to specifically say towards the end of their

14  relationship.

15    MS. COCHRAN:  I have observed Amy Remsburg when their

16  relationship was coming to an end trying to destroy him.

17    MALE SPEAKER:  Objection.

18    MS. COCHRAN:  What?

19    THE COURT:  That's a conclusion.

20    MR. ADAMS:  State specifically --

21    MS. COCHRAN:  Okay.

22    MR. ADAMS:  What you saw.

23    MS. COCHRAN:  The problems that she caused, she cause him

24  problems at work.  She caused him problems with everything in

25  his life.  She made the statement to me on --

1     MALE SPEAKER:  Objection.

2     THE COURT:  Amy Remsburg said, I'm going to sustain that.

3     MR. ADAMS:  That's -- that's all I have, Judge.

4     THE COURT:  Mr. Rogers, did you have anything else?

5     MR. ROGERS:  No, thank you, ma'am.

6     MR. SMITH:  Mrs. Cochran, when did you contact the

7   neighbor, I think it was Ms. Calliver, when did you contact her

8   initially?

9     MS. COCHRAN:  Ms. Reese?

10    MR. SMITH:  Yes.

11    MS. COCHRAN:  I --

12    MR. SMITH:  Ms. Reese and her daughter is Ms. Calliver.

13    MS. COCHRAN:  Calliver.

14    MR. SMITH:  Right.  All right.

15    MS. COCHRAN:  I --

16    MR. SMITH:  When did you initially contact her?

17    MS. COCHRAN:  The next week after the police had been there

18  talking to Jeff.

19    MR. SMITH:  The week of April 7 or 8?

20    MS. COCHRAN:  Uh-huh, some later.  Um-hum.

21    MR. SMITH:  That's all.

22    MR. ADAMS:  No further questions.

23    THE COURT:  Okay.  Finally excused or subject to recall?

24  Mr. Smith?

25    MR. SMITH:  Excused.

