1      THE COURT:  Rogers, sir.

2      MR. ADAMS:  I'm sorry.

3      MR. ROGERS:  I don't have questions, sir.  Thank you.

4      MR. SMITH:  No questions, Your Honor.

5      THE COURT:  Thank you, sir.  You're free to go.  Appreciate

6  you being with us.

7      MR. ADAMS:  James McMackin, please.

8      THE COURT:  Come around next to the chalkboard, face me and

9  raise your right hand.  Do you solemnly swear or affirm the

10  testimony you are about to give will be the truth, the whole

11  truth, and nothing but the truth so help you God?

12      JAMES MCMACKIN:  Yes, sir.

13      THE COURT:  Please be seated, sir.

14      MR. ADAMS:  State your full name and address for the ladies

15  and gentlemen of the jury.

16      JAMES MCMACKIN:  James Ray McMackin.  Address?

17      MR. ADAMS:  Yes.

18      JAMES MCMACKIN:  256 Foley Road.

19      MR. ADAMS:  Okay.  I'm going to ask you to sit up a little

20  bit closer to the microphones and speak up so the ladies and

21  gentlemen of the jury can hear you.  Okay?  All right.  Are you

22  currently in jail?

23      JAMES MCMACKIN:  Yes.

24      MR. ADAMS:  And what are you in jail for?

25      JAMES MCMACKIN:  DUI second.

1       MR. ADAMS:  Okay.  Serving time in Bullock County?

2       JAMES MCMACKIN:  Yes.

3       MR. ADAMS:  Have you ever seen me or talked to me before I

4   saw you yesterday morning at that jail?

5       JAMES MCMACKIN:  No.

6       MR. ADAMS:  Have you talked to various other individuals,

7   including the police department, about Jeff -- Jeff's

8   whereabouts on Thursday, April 2 and Saturday, April 4?

9       JAMES MCMACKIN:  Other than the police department?

10      MR. ADAMS:  Yes.

11      JAMES MCMACKIN:  No.

12      MR. ADAMS:  You ever talk to an investigator from my

13  office?

14      JAMES MCMACKIN:  Right.

15      MR. ADAMS:  Okay.

16      JAMES MCMACKIN:  Right.  Right.

17      MR. ADAMS:  And you have talked with the police department?

18      JAMES MCMACKIN:  Yeah.

19      MR. ADAMS:  And that was some time in the week after April

20  5?

21      JAMES MCMACKIN:  Right.

22      MR. ADAMS:  Okay.  And did you -- first of all, let me ask

23  you how long have you known Jeff?

24      JAMES MCMACKIN:  About -- about 10 years.

25      MR. ADAMS:  And how did you meet him?

1     JAMES MCMACKIN:  It was through a friend of mine.

2     MR. ADAMS:  Okay.

3     JAMES MCMACKIN:  (Inaudible).

4     MR. ADAMS:  Have you all had a good social relationship

5  since that time?

6     JAMES MCMACKIN:  Yeah.

7     MR. ADAMS:  All right.  Could you please tell the ladies

8  and gentlemen of the jury if and when you saw Jeff Clark on

9  Thursday, April 2.

10     JAMES MCMACKIN:  It was around somewhere between 4:00 and

11  6:00.  That afternoon he came over to the house.

12     THE COURT:  All right.  I can't hear you.

13     MR. ADAMS:  Still can't?

14     THE COURT:  Speak up.

15     MR. ADAMS:  You've got to speak up, James.

16     JAMES MCMACKIN:  All right.  He came over to my house

17  between 4:00 and 6:00 that afternoon.

18     MR. ADAMS:  All right.  And did he leave your house around

19  that time around 6:00?

20     JAMES MCMACKIN:  Yeah, around that time because his mother

21  called or something.

22     MR. ADAMS:  All right.  Did you see him anymore that night?

23     JAMES MCMACKIN:  No.

24     MR. ADAMS:  Okay.  Did you see him on Friday at all?

25     JAMES MCMACKIN:  Friday, no.



1      MR. ADAMS:  Okay.  Saturday, April 4,

2      JAMES MCMACKIN:  Yes.

3      MR. ADAMS:  Okay.  Tell the ladies and gentlemen if you saw

4  him, where you saw him, under what circumstances, and when he

5  left.

6      JAMES MCMACKIN:  Okay.  He came over to my house around --

7  I'd say it was around 3:00.  He had just left an auction from --

8  with his parents.

9      MR. ADAMS:  Um-hum.

10     JAMES MCMACKIN:  His dad.

11     THE COURT:  We're still not picking you up, Mr. McMackin.

12     JAMES MCMACKIN:  All right.

13     MR. ROGERS:  Judge, he's using the wrong microphone.

14     MR. ADAMS:  Speak -- speak into this microphone right here.

15     JAMES MCMACKIN:  This one here?  Okay.  He came over to my

16  house about around 3:00 or 4:00 that afternoon.  He left his dad

17  from an auction he went to, and he came over to my house that is

18  252 Foley Road, and we was working on the house remodeling my

19  kitchen.  He stayed with me throughout the whole entire day from

20  time he got there until about around 3:30, 4:00 in the morning.

21     MR. ADAMS:  Okay.  What type -- had y'all been drinking

22  that evening?

23     JAMES MCMACKIN:  Yeah, we had a few beers.

24     MR. ADAMS:  While you were doing the work --

25     JAMES MCMACKIN:  Yes.

1     MR. ADAMS:  On the cabinets?

2     JAMES MCMACKIN:  Um-hum.

3     MR. ADAMS:  Did there come a time when he left for a while

4  to get a router?

5     JAMES MCMACKIN:  No.

6     MR. ADAMS:  You don't remember that?

7     JAMES MCMACKIN:  No.

8     MR. ADAMS:  Okay. Who all was present at that time?

9     JAMES MCMACKIN:  My father was present for most of the day.

10  I had a friend named Eddie that was there.  My ex-wife was

11  there.  My friend Eddie's girlfriend, Kelly, was there.  And my

12  stepfather came over with my mother, and my stepmother was over

13  there for a little bit, and my little stepbrother and sister was

14  over there for a little bit.

15     MR. ADAMS:  And when the police came and talked to you this

16  week, the week of the 6 of April, you told the police all the

17  people that were there?

18     JAMES MCMACKIN:  Yes.

19     MR. ADAMS:  And told them what was going on, etcetera?

20     JAMES MCMACKIN:  Yes.

21     MR. ADAMS:  And as far as you know, they checked that out.

22     JAMES MCMACKIN:  Yes.

23     MR. ADAMS:  And did they ever come back and talk to you

24  again?

25     JAMES MCMACKIN:  No, just the once.

1     MR. ADAMS:  All right.  That's all I have of this witness.

2     THE COURT:  Mr. Rogers?

3     MR. ROGERS:  I don't have any questions, Judge.

4     THE COURT:  Mr. Smith?

5     MR. SMITH:  Mr. McMackin, my name -- my name's Kenton

6   Smith, and I'm the Commonwealth attorney.  Now, on Monday, March

7   30, Monday evening, Monday night, March 30, you saw the

8   Defendant, Jeffery Clark, didn't you?

9     JAMES MCMACKIN:  Uh, Monday?

10     MR. SMITH:  Yeah.

11     JAMES MCMACKIN:  I'm not aware of which Monday was that?  I

12   mean --

13     MR. SMITH:  Monday, March 30.  The Monday before this

14   Saturday and Sunday flea market.  Monday is March 30 you saw the

15   Defendant, didn't you?

16     JAMES MCMACKIN:  Yeah.

17     MR. SMITH:  All right.  And Tuesday -- oh, what time did he

18   go home on that Monday?

19     JAMES MCMACKIN:  The Monday?

20     MR. SMITH:  Um-hum.

21     JAMES MCMACKIN:  I can't really remember for sure?

22     MR. SMITH:  Was it 2:00 or 3:00 in the morning or was it

23   earlier, if you know?

24     JAMES MCMACKIN:  I believe it was a little earlier than

25   that.

CLARK AND HARDIN 3.06.95                                  March 06, 1995
COMMONWEALTH OF KY vs GARR KEITH HARDIN                          159

1       MR. SMITH:  How earlier?  Can you give me an estimation?

2  We're not going to hold you to exactitude.

3       JAMES MCMACKIN:  (Inaudible).

4       MR. SMITH:  Pardon?

5       JAMES MCMACKIN:  Eleven, 12, something like that.

6       MR. SMITH:   Eleven or 12?

7       JAMES MCMACKIN:  If I'm not mistaken.

8       MR. SMITH:  All right.  What were y'all doing that Monday?

9       JAMES MCMACKIN:  I believe it's the right day, I believe we

10  was watching movies.

11      MR. SMITH:  All right.  And who was there?

12      JAMES MCMACKIN:  Me and my ex-wife.

13      MR. SMITH:  You and your ex-wife and the Defendant Clark.

14      JAMES MCMACKIN:  Yes.

15      MR. SMITH:  Now, on Tuesday, March 31, you also saw the

16  Defendant Clark, didn't you?

17      JAMES MCMACKIN:  Yes.

18      MR. SMITH:  All right.  Where did you see him at on

19  Tuesday, March 31?

20      JAMES MCMACKIN:  That was at my apartment.

21      MR. SMITH:  Same place?

22      JAMES MCMACKIN:  I believe so.

23      MR. SMITH:  And what time did he leave on that occasion?

24      JAMES MCMACKIN:  I'm not sure what time that was either.

25      MR. SMITH:  Was it after 12:00 midnight?

1     JAMES MCMACKIN:  I think it was right around that time.

2     MR. SMITH:  All right.  Now, you did not see the Defendant

3  Wednesday, April 1, though, did you?

4     JAMES MCMACKIN:  No.

5     MR. SMITH:  You did see the Defendant again Thursday

6  evening, April 2, didn't you?

7     JAMES MCMACKIN:  Yes.

8     MR. SMITH:  And what time did he leave on Thursday, April

9  2?

10    JAMES MCMACKIN:  It was around 6, 7, around evening time.

11    MR. SMITH:  Evening?  Evening.

12    JAMES MCMACKIN:  Yeah, his mother called.

13    MR. SMITH:  Okay.  That's all.  Thank you.

14    MR. ADAMS:  No further questions.

15    THE COURT:  Thank you for being with us (Inaudible) I think

16 take -- take him back.

17    MR. ADAMS:  Dexter Trobridge.

18    THE COURT:  Bring him in.

19    MR. ADAMS:  Judge, can I get him?

20    THE COURT:  Sir?

21    MR. ADAMS:  Since the Sheriff is tied up, should I go get

22 him?

23    THE COURT:  Go ahead.  That's fine.  No problem at all, Mr.

24 Adams.  Appreciate it.

25    Sir, if you would, come around next to this chalkboard,