```
 1  want a break, you know, wave your hand and whatever, but
 2  basically I'm going to try to work as much straight through as
 3  we can.  Okay?
 4       MR. ADAMS:  Judge, Noel McMackin.
 5       THE COURT:  Come around, sir.  Please come around next to
 6  the chalkboard.  Stop there at the chalkboard, face me and raise
 7  your right hand.  Do you solemnly swear or affirm the testimony
 8  you are about to give will be the truth, the whole truth, and
 9  nothing but the truth so help you God?
10       NOEL MCMACKIN:  I swear the testimony I'm about to give is
11  the truth, the whole truth, so help me God.
12       THE COURT:  Have a seat, sir.  Go forwards, Mr. Adams.
13       MR. ADAMS:  Would you give the ladies and gentlemen of the
14  jury, please, your full name and address?
15       NOEL MCMACKIN:  Noel Arthur McMackin, 1637 Barnes Mill
16  Road, Richmond, Kentucky.
17       MR. ADAMS:  And are you the father of James McMackin?
18       NOEL MCMACKIN:  Yes, I am.
19       MR. ADAMS:  All right.  Do you know the Defendant here, Mr.
20  Jeffery Clark?
21       NOEL MCMACKIN:  Yes, I do.
22       MR. ADAMS:  And for how long a period of time have you
23  known him?
24       NOEL MCMACKIN:  Oh, probably 10 years or more.  He went to
25  school with my son.
```



1    MR. ADAMS:  All right.  Just cut right to the chase, how
2    many times had you seen the Defendant, Jeff Clark, prior to
3    April the 4 and 5 of 1992?
4        NOEL MCMACKIN:  I had to say maybe two or three times, I
5    don't, you know, during that year.
6        MR. ADAMS:  Um-hum.  All right.  Tell the ladies and
7    gentlemen of the jury whether or not you saw the Defendant, Jeff
8    Clark, on May 4 -- excuse me, April 4, April 5 of 1992, and
9    under what circumstances.
10       NOEL MCMACKIN:  Okay.  He came to my house.  My son -- I
11   have two houses in Shepherdsville, and I was redoing the kitchen
12   cabinets in the one -- in the house that my son was moving into.
13   And he came to my house that afternoon early in the afternoon
14   probably around 3:00.  And he was there for a while, and then he
15   -- he left for about an hour, hour and a half, to go get a
16   router.  We was doing some work on the cabinets and the back
17   door.
18       MR. ADAMS:  Yes, sir.
19       NOEL MCMACKIN:  Then he came back to my house and he was
20   there until right at 3:00 in the morning.
21       MR. ADAMS:  Okay.  Tell the ladies and gentlemen of the
22   jury first of all, how you are sure that it was Saturday, April
23   5 and -- Saturday, April 4 and Sunday, April 5.
24       NOEL MCMACKIN:  Okay.  It was on a -- on a Saturday
25   afternoon.  He was with his dad out at the flea market there in

1  Shepherdsville.
2     MR. ADAMS:  Um-hum.
3     NOEL MCMACKIN:  And that's when he stopped by and said --
4  like I said, my son was moving into the house, and that's right
5  at that time it was on a Saturday.
6     MR. ADAMS:  Um-hum.
7     NOEL MCMACKIN:  And, like I said, we -- we worked on the
8  cabinets until I left the house at 1:00 and went home, and I
9  don't sleep well.  I sleep a couple of hours at a time.  I got a
10 bad back.  I got up, walked out on the front porch, smoked a
11 cigarette, and I looked over at the house and he was -- his car
12 was still out at the house.  I have a pole light over at that
13 house --
14    MR. ADAMS:  Um-hum.
15    NOEL MCMACKIN:  And his car was still there.  I looked at
16 my watch and it was 3:00.  And I walked back in the house and I
17 told my wife I said they're going to work on those cabinets all
18 night, you know, because he's still there.  That's how I know it
19 was 3:00.
20    MR. ADAMS:  Do you have any question that it was this
21 particular weekend Saturday, April 4, Sunday, April 5?
22    NOEL MCMACKIN:  No, I don't because that was -- it came on
23 TV about the missing girl.
24    MR. ADAMS:  Thank you, sir.  You may answer Mr. --
25    MR. ROGERS:  Some questions.