1   MR. ADAMS: And how long have you lived in Clay County?
2   RAY POZZIE: About six months.
3   MR. ADAMS: And you have come up here from Clay County
4   pursuant to subpoena administered to you from this court through
5   my office?
6   RAY POZZIE: Yes, sir.
7   MR. ADAMS: All right. Now, Mr. Pozzie, could you please
8   tell the ladies and gentlemen of the jury where you were
9   employed on Wednesday, April 1, Thursday, April 2 of 1992?
10  RAY POZZIE: Waterson City Chevron on Newburg Road.
11  MR. ADAMS: On Newburg Road.
12  RAY POZZIE: Jefferson County.
13  MR. ADAMS: And how long had you been employed there?
14  RAY POZZIE: I'd say about a year.
15  MR. ADAMS: Okay. Were you familiar with the Defendant
16  here Mr. Jeff Clark?
17  RAY POZZIE: Yes, sir.
18  MR. ADAMS: And how were you familiar with him?
19  RAY POZZIE: He used to come in once or twice a week buying
20  a box of Marlboro of cigarettes.
21  MR. ADAMS: Okay. Now, you have been contacted by Jodie
22  Cochran --
23  RAY POZZIE: Yes.
24  MR. ADAMS: The defendant's mother. You have been
25  contacted by representatives of my office, is that correct?

1   RAY POZZIE: Yes.
2   MR. ADAMS: An investigator.
3   RAY POZZIE: Yes, sir.
4   MR. ADAMS: Have you ever talked to me before Friday of
5   this past week or ever seen me before Friday of this past week?
6   RAY POZZIE: No, sir.
7   MR. ADAMS: All right. Now, tell the ladies and gentlemen
8   of the jury, in your own words, what happened on Wednesday,
9   April 5 and Thursday, April 2, and why it is that you remember
10  it.
11  RAY POZZIE: Well, Jeff come in bought a box of Marlboro,
12  like I said, and as he was leaving, there was four black
13  gentlemen that come in and gave me trouble; just raising Cain
14  and all that, but I didn't have to call no police or anything
15  like that. They just running their mouth and stuff, and I
16  runned them off.
17  MR. ADAMS: Okay. Now, how can you be so sure of the date,
18  Wednesday, April 1 and Thursday, April 2?
19  RAY POZZIE: 'Cause way they come in -- the black people
20  come in, it was April Fool's Day going into the second of the
21  month. They were just playing practical joke -- practical joke
22  I reckon.
23  MR. ADAMS: Did they scare you?
24  RAY POZZIE: Yeah, they scared me. Four of them, and I --
25  I was there by myself. Yeah, they scared me.

1  MR. ADAMS: And was it immediately after Jeff left?
2  RAY POZZIE: Yes, sir.
3  MR. ADAMS: Okay. Tell the ladies and gentlemen of the
4  jury to the best of your knowledge what time that was?
5  RAY POZZIE: I'd say it was between 1:00 and 2:00 in the
6  morning.
7  MR. ADAMS: Okay. Can you do any better than between 1:00
8  and 2:00? And if you can't, that's fine. No problem.
9  RAY POZZIE: It was about like I said maybe 1:30, 2:00,
10 something like that.
11 MR. ADAMS: Okay. Is there -- is there any question in
12 your mind about the testimony that you're giving here today?
13 RAY POZZIE: No, sir.
14 MR. ADAMS: All right. Now, during the period of -- of
15 time that you worked at the Chevron station, if you know, tell
16 the ladies and gentlemen of the jury about any surveillance
17 camera they may have had and how long they keep the tapes.
18 RAY POZZIE: They had -- we had four cameras. There was
19 one behind the counter where I stood at all the time. There was
20 one over one door to the left of me, and one over the right door
21 to the right of me, and one in the back facing towards the front
22 where the camera was at.
23 MR. ADAMS: And how long are those tapes kept, Mr. Pozzie?
24 RAY POZZIE: About a week.
25 MR. ADAMS: Okay. Now, um, after Jodie Cochran contacted

1  you, you had discussions with her, is that correct?
2       RAY POZZIE:  Yes, sir.
3       MR. ADAMS:  And did you inform her of what -- what you just
4  told the ladies and gentlemen of the jury?
5       RAY POZZIE:  Yes, sir.
6       MR. ADAMS:  All right.  From that time on, from the time
7  that you contact -- or she contacted you and you told her about
8  this, have you ever been contacted by the Louisville division of
9  police about these events of April 2?
10      RAY POZZIE:  No, sir.
11      MR. ADAMS:  Have you ever been contacted by any
12 representative of the Meade County Sheriff's Department or Meade
13 County law enforcement about these events that you described of
14 Thursday, April 2?
15      RAY POZZIE:  No, sir.
16      MR. ADAMS:  That's all I have, Judge.
17      THE COURT:  Mr. Rogers?
18      MR. ROGERS:  No, no questions at this time, Judge.
19      THE COURT:  Mr. Smith?
20      MR. SMITH:  Mr. Pozzie, my name is Kenton Smith, and I'm
21 the Commonwealth attorney.  Now, Ms. Cochran, the mother of the
22 Defendant Clark, did not speak to you until after May 5 of 1992,
23 right?
24      RAY POZZIE:  Yes, sir.
25      MR. SMITH:  Do -- do you remember the date that she came to

1  speak to you?
2       RAY POZZIE: Not right off the top of my head, sir, no.
3       MR. SMITH: All right. You don't remember that day, but it
4  was some time after May 5?
5       RAY POZZIE: Yes, sir.
6       MR. SMITH: You don't remember whether it was the first
7  week in May, the second week in May, the third week in May or
8  the fourth week in May?
9       RAY POZZIE: No, sir.
10      MR. SMITH: In fact, you can't tell us whether it was even
11 in June. It could have been in June, couldn't it?
12      RAY POZZIE: It's a possibility, yes, sir.
13      MR. SMITH: Right. And it could, since I didn't even hear
14 about this until July, it could have even been into July,
15 couldn't it, Mr. Pozzie?
16      RAY POZZIE: Possibility.
17      MR. SMITH: All right. Now, how long had you been working
18 at this Chevron place?
19      RAY POZZIE: A good year, maybe year and a half.
20      MR. SMITH: Year and a half. What nights of the week did
21 you work?
22      RAY POZZIE: About every night.
23      MR. SMITH: All right.
24      RAY POZZIE: I worked that third shift.
25      MR. SMITH: All right. And what was your hours of your

```
 1  shift?
 2       RAY POZZIE:  From 10:30 to 7:00 in the morning.
 3       MR. SMITH:  About every day of the week?
 4       RAY POZZIE:  About every day of the week.
 5       MR. SMITH:  Now, do you remember whether we had switched
 6  over to fast time at this point in time?
 7       RAY POZZIE:  I didn't know.
 8       MR. SMITH:  That's -- that's fair enough.  Now, tell me on
 9  this occasion when the Defendant Clark was in there what he had
10  on, if you remember?
11       RAY POZZIE:  I can't remember that, sir.
12       MR. SMITH:  All right.  Do you remember how his hair was?
13       RAY POZZIE:  It was about down to his shoulders, real long
14  down to his -- so, it was maybe a little passed his shoulders.
15       MR. SMITH:  All right.  When he was in there on that
16  occasion, do you remember what vehicle he was driving?
17       RAY POZZIE:  No, sir, I didn't see the vehicle.
18       MR. SMITH:  You did not see the vehicle at all?
19       RAY POZZIE:  No, sir.
20       MR. SMITH:  And so you can't tell me who may have been in
21  the vehicle?
22       RAY POZZIE:  No, sir.
23       MR. SMITH:  Do you remember anything particular about the
24  vehicle at all?
25       RAY POZZIE:  No, sir.
```

1    MR. SMITH:  And you didn't hear anything distinctive about
2  the vehicle?
3    RAY POZZIE:  No, sir.
4    MR. SMITH:  You can't tell us whether the vehicle was a
5  loud vehicle or a quiet vehicle?
6    RAY POZZIE:  Not to my knowledge, no, sir.
7    MR. SMITH:  All right.  Now, you have told us 1:30 or 2:00,
8  but isn't it true, Mr. Pozzie, that it could have been
9  substantially earlier than that time?
10   RAY POZZIE:  No, sir.
11   MR. SMITH:  Now, you're telling us that there were some
12 black people that came in there, correct?
13   RAY POZZIE:  Yes, sir.
14   MR. SMITH:  And you're telling us they -- they scared you.
15   RAY POZZIE:  Yes, sir.
16   MR. SMITH:  April Fool's Day.
17   RAY POZZIE:  Yes, sir.
18   MR. SMITH:  Yes, sir.  All right. And yet you didn't --
19 they didn't scare you enough to where you kept the tapes, did
20 you?
21   RAY POZZIE:  That was my -- that wasn't my job, sir.
22   MR. SMITH:  Right.  And did you report the incident to the
23 police or anything?
24   RAY POZZIE:  No, sir.
25   MR. SMITH:  All right.  Now, tell me, again, how long you

1  worked there.  Did you work there a year or help me out, Mr.
2  Pozzie, please?
3      RAY POZZIE:  It was about a year, maybe year and a half.
4      MR. SMITH:  I see.  A year and a half.  Can you tell me
5  when you left the employment of that Chevron station?
6      RAY POZZIE:  No, sir, I can't.
7      MR. SMITH:  You can't tell me what time in 1992 you left or
8  did you leave in 1992?
9      RAY POZZIE:  I think it was about -- it might have been the
10 last part of '92 when I left.
11     MR. SMITH:  Can you, uh, all right.  Can you tell me what
12 month in 1992 you left?
13     RAY POZZIE:  No, sir.
14     MR. SMITH:  Can you tell me when you first came to work at
15 that place?
16     RAY POZZIE:  It was in -- I think it was around September
17 or June or something like that.  September -- well, no, see June
18 of '91 I think it was.
19     MR. SMITH:  Now, when the Defendant, Jeff Clark, was in
20 there, did you talk to him?
21     RAY POZZIE:  I just asked could I ask him could I help him,
22 see what he wanted.
23     MR. SMITH:  Did you wait on him?
24     RAY POZZIE:  Yes, sir.
25     MR. SMITH:  All right.  And could you tell whether or not



```
 1  he had been drinking?
 2       RAY POZZIE:  No, sir, I couldn't tell that.
 3       MR. SMITH:  All right.  You couldn't smell any alcohol on
 4  his breath at all.
 5       RAY POZZIE:  No, sir.
 6       MR. SMITH:  And you know what beer smells like.
 7       RAY POZZIE:  Yes, sir.
 8       MR. SMITH:  Just like I do.  All right.  And you didn't
 9  smell anything on him.
10       RAY POZZIE:  No, sir.
11       MR. SMITH:  Now, I don't mean to harass you in any way, Mr.
12  Pozzie, okay, but I'm going to approach you and when you waited
13  on him, was he this close to between you and I?
14       RAY POZZIE:  No, sir, maybe a little further back.  About
15  like that.
16       MR. SMITH:  All right.  All right.  And you didn't smell
17  any alcohol on him on this occasion?
18       RAY POZZIE:  No, sir.
19       MR. SMITH:  And was there anyone else that worked there at
20  that point in time?
21       RAY POZZIE:  Yes, sir.
22       MR. SMITH:  And who was this person?
23       RAY POZZIE:  His name was Gary Ferguson.
24       MR. SMITH:  Gary?
25       RAY POZZIE:  Ferguson.
```



1    MR. SMITH: Ferguson. All right. And is it -- have you
2    talked to him about this incident?
3    RAY POZZIE: No, sir, I haven't -- I have not seen him.
4    MR. SMITH: And you live in Clay County now, so you haven't
5    talked to him, right?
6    RAY POZZIE: No.
7    MR. SMITH: And can you tell us as you sit here today what
8    type of clothes the Defendant had on when he was in there?
9    RAY POZZIE: No, sir.
10   MR. SMITH: All right. And he was in there on April 1?
11   RAY POZZIE: Yes, sir.
12   MR. SMITH: All right. And would you agree with me, Mr.
13   Pozzie, that the early morning hours of April 1 would be here on
14   Tuesday, not here on Wednesday, right? You would agree with me
15   on that?
16   RAY POZZIE: Right.
17   MR. SMITH: So, it could have been Tuesday night, the early
18   morning, of April 1 when you remember this, and not April 2,
19   which Mr. Adams had you testify to. It could have been --
20   MR. ADAMS: Judge, I didn't -- I didn't have him testify to
21   anything.
22   MR. SMITH: I'm sorry, I -- I withdraw that. Excuse me.
23   I'm sorry.
24   RAY POZZIE: It was April 1 going into April 2 that I
25   remember.

1    MR. SMITH:  That's all, Your Honor.
2    MR. ADAMS:  Just a couple of questions, Judge.  Mr. Pozzie,
3    had you worked the previous evening?
4    RAY POZZIE:  Yes, sir.
5    MR. ADAMS:  Now, you've told the ladies and gentlemen of
6    the jury that it was April 1 going into April 2, you came on
7    about 10:30.
8    RAY POZZIE:  Yes, sir.
9    MR. ADAMS:  All right.  Now, is there any question in your
10   mind at all that it was April 2 when this happened?
11   RAY POZZIE:  No, sir, it ain't no question at all.
12   MR. ADAMS:  And you remember it because it was April Fool's
13   Day, and the black guys came in and scared you after Jeff left?
14   RAY POZZIE:  Yes, sir.
15   MR. ADAMS:  All right.  Now, let me ask you something.  You
16   -- you came in here on Friday because we -- the case has moved a
17   little bit slower.  We thought you were going to testify on
18   Friday, right?
19   RAY POZZIE:  Yes, sir.
20   MR. ADAMS:  And where did you stay?
21   RAY POZZIE:  I stayed at my mother's house.
22   MR. ADAMS:  And where does your mother live in comparison
23   to this Chevron station?
24   RAY POZZIE:  She lives about five or 10 minutes away from
25   the Chevron station.



```
 1        MR. ADAMS:  Okay.  Short of the Chevron station coming this
 2   way?
 3        RAY POZZIE:  Excuse me?
 4        MR. ADAMS:  Short of the Chevron station coming this way?
 5        RAY POZZIE:  It would be going the other way, sir.
 6        MR. ADAMS:  Okay.  How -- what time did you leave today?
 7        RAY POZZIE:  I left at 7:30 this morning.
 8        MR. ADAMS:  And how long did it take you to drive from
 9   there to the Meade County Courthouse?
10        RAY POZZIE:  It took me until 8:35 to get here.
11        MR. ADAMS:  An hour and five minutes.
12        RAY POZZIE:  Yes, sir.
13        MR. ADAMS:  That's all I have, Your Honor.
14        THE COURT:  Mr. Rogers, still no questions?
15        MR. ROGERS:  Just -- just one, Judge.  Um, you said you did
16   talk to Jeff Clark?
17        RAY POZZIE:  Yes, sir.
18        MR. ROGERS:  You remember talking to me the other day out
19   in the all?
20        RAY POZZIE:  Yes, sir.
21        MR. ROGERS:  First time you've ever seen me in your life,
22   right?
23        RAY POZZIE:  Yes, sir.
24        MR. ROGERS:  Okay.  Do you remember telling me something
25   that you said to Jeff about the way he looked or something like
```

```
 1  that?
 2       RAY POZZIE:  Yes, sir, I -- he looked tired to me, you
 3  know.  He looked like he been out working or something, and I
 4  told him to be careful when he -- as he went home (inaudible).
 5       MR. ROGERS:  And isn't it correct, you also told me you
 6  specifically remember him buying a box of Marlboro cigarettes?
 7       RAY POZZIE:  Yes, sir.
 8       MR. ROGERS:  Okay.  Thank you.
 9       MR. SMITH:  Nothing further, Your Honor.
10       MR. ADAMS:  That's all, Your Honor.
11       THE COURT:  Finished?  You're free to go.  Thank you for
12  being with us.  I don't want you to discuss your testimony with
13  anyone other than the lawyers involved until the case is finally
14  over with.  You understand?
15       RAY POZZIE:  Yes, sir.
16       THE COURT:  Okay.  Ladies and gentlemen, let's break for
17  lunch.
18       THE COURT:  I forgot to give you the admonition.  Ladies
19  and gentlemen, it is your duty not to permit anyone to speak to
20  or communicate with you on any subject connected with this
21  trial, and any attempt to do so should be immediately reported
22  by you to the court.  Do not converse or discuss among
23  yourselves any subject connected with the trial, nor form or
24  express any opinion thereon until the matter is finally
25  submitted to you for determination.  If anyone should state
```