1  resolved with anyone except the attorneys involved.  Do you
2  understand?
3      CORRELL TITSMAN:  Yes, sir.
4      THE COURT:  With that admonition, you're free to go, you
5  can stay in the courtroom, go home, go back to work, whatever
6  you want to do.  Okay?
7      CORRELL TITSMAN:  Thank you.
8      THE COURT:  Call your next witness.
9      MR. ADAMS:  Judy Reese.
10     THE COURT:  Ma'am, if you would, come around to my right
11 next to the -- next to the chalkboard, then stop there and face
12 me.  Raise your right hand.  Do you solemnly swear or affirm the
13 testimony you are about to give will be the truth, the whole
14 truth, and nothing but the truth so help you God?
15     JUDITH REESE:  I do.
16     THE COURT:  Please be seated.  Mr. Adams?
17     MR. ADAMS:  Yes, sir.  Thank you.  Could you please state
18 your full name and current address for the ladies and gentlemen
19 of the jury?
20     JUDITH REESE:  Judith Ann Reese, and I'm now living at 16
21 Fur Crest Lane, Fenton, Missouri.
22     MR. ADAMS:  Okay.  So, you came in from Missouri to testify
23 in this case?
24     JUDITH REESE:  Yes, sir.
25     MR. ADAMS:  Okay.  Now, Ms. Reese, how long have you known

1  the Defendant here, Jeff Clark, and his family?
2       JUDITH REESE:  Since '86.
3       MR. ADAMS:  Okay.  Is that when they moved into your
4  neighborhood?
5       JUDITH REESE:  I believe it was around March '86.
6       MR. ADAMS:  Okay.  And what was your address at that time?
7       JUDITH REESE:  4522 Cod Drive.
8       MR. ADAMS:  4522 Cod Drive.
9       JUDITH REESE:  Um-hum.
10      MR. ADAMS:  And where was that in relationship to where
11 Jeff and his family lived?
12      JUDITH REESE:  Directly across the street.
13      MR. ADAMS:  Okay.  When did you -- when did you move to --
14 to Missouri?
15      JUDITH REESE:  A year ago.
16      MR. ADAMS:  One year ago.
17      JUDITH REESE:  In February.
18      MR. ADAMS:  In February.  Okay.  February of '94?
19      JUDITH REESE:  Um-hum.
20      MR. ADAMS:  Okay.  I would like to call your attention, if
21 I could, to these specific dates, or were -- are you -- were you
22 a homemaker at that time?  Did you work during the day or --
23      JUDITH REESE:  No.  Most of the time I was home.  I hadn't
24 worked in a couple of years.
25      MR. ADAMS:  Okay.  Very fine.

1  JUDITH REESE: In fact, I'm sorry, I had a beauty shop in
2  back of my house.
3  MR. ADAMS: Okay.
4  JUDITH REESE: And I worked at home.
5  MR. ADAMS: Okay. I'm going to ask you specifically about
6  these particular dates Wednesday, April 1 of 1992, and Thursday,
7  April 2 of '92 initially, and then we'll talk about some other
8  dates. Okay? Now, is there any reason why April 1 of 1992
9  would stick out in your mind?
10  JUDITH REESE: Yes.
11  MR. ADAMS: And please tell the ladies and gentlemen of the
12  jury why.
13  JUDITH REESE: Well, um, the week after that I was in
14  Louisiana when Ms. Cochran called me --
15  MR. ADAMS: Um-hum.
16  JUDITH REESE: And asked me --
17  MR. ADAMS: No, you can't -- you can't say what she asked
18  you. Okay? But you can tell the ladies and gentlemen of the
19  jury what you told her in response to her question.
20  JUDITH REESE: I told her that I had seen Jeff come home
21  the morning of April 2.
22  MR. ADAMS: Okay. Now, let's go back and tell the ladies
23  and gentlemen of the jury what you did on April 1 that --
24  JUDITH REESE: April 1 I went down -- we have property at
25  Nolan Lake.

1    MR. ADAMS:  Um-hum.
2    JUDITH REESE:  And I had went to Brownsville that day, and
3    I had my youngest daughter and two grandsons with us.  And went
4    down there and bought tags for our car and truck.
5    MR. ADAMS:  Okay.  So, you --
6    JUDITH REESE:  And then I went down to the lake to check
7    the trailers on the property.
8    MR. ADAMS:  Okay.  Would it have been unusual for you to --
9    what is your daughter's name, please?
10   JUDITH REESE:  June Calliver.
11   MR. ADAMS:  June Calliver, and would it have been unusual
12   for you to have had June with you at that time?
13   JUDITH REESE:  Much it -- well, uh, her and the boys were
14   spending the night with me that night, and they went along to
15   ride with me, keep me company.
16   MR. ADAMS:  Okay.  Now, let's go to the early morning hours
17   of Thursday, April 2, okay, and tell the ladies and gentlemen of
18   the jury why -- why you recall that and what happened.
19   JUDITH REESE:  Well, June and I had stayed up late
20   Wednesday night watching movies on TV, and the -- my grandson's
21   father was expected there about 3:30.  And --
22   MR. ADAMS:  Okay.  Now, let me stop just a minute.  What is
23   his name?
24   JUDITH REESE:  His name is Bobby Frank.
25   MR. ADAMS:  Okay.  And he is the father --



```
1        JUDITH REESE:  Of my grandsons.
2        MR. ADAMS:  Of your grandsons of -- of --
3        JUDITH REESE:  June's --
4        MR. ADAMS:  June's children?
5        JUDITH REESE:  Right.
6        MR. ADAMS:  Okay.  Why was he expected in at 3:30?
7        JUDITH REESE:  Because they were spending the night there.
8        MR. ADAMS:  Okay.  What had he been doing prior to 3:30?
9        JUDITH REESE:  He was at work.
10       MR. ADAMS:  Okay.  Very good.  All right.  Tell the ladies
11  and gentlemen of the jury what happened.
12       JUDITH REESE:  Well, we heard a loud car, and I had went in
13  to put my gown and housecoat on, and I hollered at June I said
14  is that Bobby, and she said if it is, he's an hour early.  And
15  she went and looked out the window, and she said no, it's Jeff.
16       MR. ADAMS:  Okay.
17       JUDITH REESE:  And I -- when she said that, I had looked at
18  my clock, and my clock in the bedroom at 2:23.
19       MR. ADAMS:  Okay.  Now, how many clocks do you have in your
20  house?
21       JUDITH REESE:  About five.
22       MR. ADAMS:  Okay.  And are they all set precisely the same?
23       JUDITH REESE:  No, they're not.  I kept them --
24       MR. ADAMS:  Okay.
25       JUDITH REESE:  All different within 10 minutes of each
```



1  other, but I usually had them set up so that when I did have
2  appointments or something, I wouldn't be late for them.
3       MR. ADAMS:  Okay.  Now, tell the ladies and gentlemen of
4  the jury approximately how many times have you been into my
5  office over the past two years and nine months telling me about
6  this.
7       JUDITH REESE:  About three times.
8       MR. ADAMS:  Okay.  And has your daughter been in there with
9  you?
10      JUDITH REESE:  Uh, twice that I recall.
11      MR. ADAMS:  Okay.  Very good.  Now, when did you become
12 aware of the fact that the police were looking at Jeff in this
13 particular case?
14      JUDITH REESE:  It was after -- it was after I had come back
15 from Louisiana.
16      MR. ADAMS:  Okay.  Let me -- let me ask you this question.
17 Your -- the father of you grandchildren had come home to -- to
18 meet with June, spend the night, correct?
19      JUDITH REESE:  Um-hum.
20      MR. ADAMS:  Did they then leave that Thursday or did they
21 stay with you?
22      JUDITH REESE:  They was there until late Thursday
23 afternoon.
24      MR. ADAMS:  Okay.  So, was it a little bit unusual for them
25 to come over and stay with you?



1   JUDITH REESE: Not -- not that unusual, just every now and
2   then.
3       MR. ADAMS: Okay. Very good. All right. So, you had
4   occasion to go to Louisiana.
5       JUDITH REESE: Yes.
6       MR. ADAMS: Correct? Tell the ladies and gentlemen of the
7   jury when it was that you went to Louisiana?
8       JUDITH REESE: Well, my husband's a truck driver over the
9   road, and I left with him to go on a run, and he dropped me off
10  at his sister-in-law's because I was going down there to pick up
11  a car he had bought off of his brother.
12      MR. ADAMS: Okay. And was Ms. Cochran aware of the fact of
13  where you were going?
14      JUDITH REESE: Yes, she was.
15      MR. ADAMS: Okay. And you received a phone call from Ms.
16  Cochran, correct?
17      JUDITH REESE: Yes, I did.
18      MR. ADAMS: Could you tell us approximately when that was?
19      JUDITH REESE: I'm -- it was in the middle of the week, and
20  I'm not sure if it was like Tuesday or Wednesday, but I -- I'm
21  thinking it's Wednesday.
22      MR. ADAMS: All right. And at that time, you told her
23  what? Not what she asked you, but what did you tell her?
24      JUDITH REESE: I told her that yes, I did see him and I
25  questioned her why.

1  MR. ADAMS: Okay.
2  JUDITH REESE: And then she told me.
3  MR. ADAMS: You can't -- you can't -- okay, fine, she told
4  you. All right. Then approximately when did you come back to
5  the Louisville area?
6  JUDITH REESE: I think it was the first part of the next
7  week.
8  MR. ADAMS: Okay. Did you subsequently, then, talk to your
9  daughter, June, about this event of about 2:20 a.m. on Thursday,
10 April 2, 1992?
11 JUDITH REESE: Um, yes, when -- well, not until she had
12 come over to the house, and then I -- I had questioned her if
13 she remembered.
14 MR. ADAMS: Okay.
15 JUDITH REESE: And then she told me.
16 MR. ADAMS: Very good. That is all the questions I have of
17 this witness.
18 THE COURT: Mr. Rogers?
19 MR. ROGERS: No questions, Judge.
20 THE COURT: Mr. Smith?
21 MR. SMITH: Mrs. Reese, now, you talked to Ms. Cochran the
22 next week after April 5.
23 JUDITH REESE: Yes.
24 MR. SMITH: All right. April 5 being on a Sunday.
25 Sometime the next week you talked to her. Can you tell me about



1  what day of the week it was?  I'm not going to hold you to
2  exacts, okay?
3       JUDITH REESE:  Well, I -- I know it was the middle of the
4  week, and I keep --
5       MR. SMITH:  Okay.
6       JUDITH REESE:  Thinking it was like on a Wednesday.
7       MR. SMITH:  Okay.  All right.  Now, and you said hey, I
8  heard him come in at 2:23 in the morning.  And you've got your
9  clocks set two or three minutes fast?
10      JUDITH REESE:  Well, I usually try to keep all my clocks a
11 few minutes fast so I'm not late --
12      MR. SMITH:  Right.
13      JUDITH REESE:  With appointments.
14      MR. ROGERS:  Right, but just two or three minutes fast?
15      JUDITH REESE:  Yeah.
16      MR. ROGERS:  Okay.  That's all, Your Honor.
17      MR. ADAMS:  That's all of this witness.
18      THE COURT:  Mr. Rogers?
19      MR. ROGERS:  No questions, Judge.
20      THE COURT:  Ma'am, you may be finally excused.
21      MR. ADAMS:  Judge, I'm sorry.  I do have -- I do have
22 something.  Sorry.  So that there's no question about this, when
23 did your daughter come to stay with you in this period of time?
24 Did she come with you -- come over on Wednesday?
25      JUDITH REESE:  I picked them up Wednesday morning.

1    MR. ADAMS:  Picked them up Wednesday.  So, she was not
2  there Tuesday night?
3    JUDITH REESE:  No, she wasn't.
4    MR. ADAMS:  Okay.  And they left Thursday, correct?
5    JUDITH REESE:  Late Thursday afternoon.
6    MR. ADAMS:  So, they were not there Thursday night?  Okay.
7  So, there's no question that during that period of time in your
8  mind it was Thursday, April 2 at 2:20 a.m. because they were
9  gone before that and they left Thursday --
10   JUDITH REESE:  Um-hum.
11   MR. ADAMS:  Is that correct?  That's all I have for this
12 witness.
13   MR. SMITH:  Nothing further.
14   THE COURT:  What was -- what was the father -- the father
15 of your grandchildren, what was his name?
16   JUDITH REESE:  Bobby Frank.
17   THE COURT:  Thank you.  Okay.  You may be finally excused.
18 Call your next witness.
19   MR. ADAMS:  June Calliver.
20   THE COURT:  Ma'am, if you would, come around, stop next to
21 the chalkboard and face me.  Raise your right hand.  Do you
22 solemnly swear or affirm the testimony you are about to give
23 will be the truth, the whole truth, and nothing but the truth so
24 help you God?
25   JUNE CALLIVER:  I do.