```
 1      THE COURT:  Please be seated.  Ma'am, I'm going to ask you
 2 speak up.  Everything we do is recorded.  You need to speak up
 3 so that we've got a good record.  Go forward, sir.
 4      MR. ADAMS:  Could I have your full name and current
 5 address, please?
 6      JUNE CALLIVER:  June Marie Calliver, 213 Minette [ph]
 7 Circle.
 8      MR. ADAMS:  Okay.  Why don't you move up a little bit
 9 towards the microphone?  It might help a little.  Okay.  How
10 long have you known the Defendant, Jeffery Clark, and his
11 family?
12      JUNE CALLIVER:  Nine years.
13      MR. ADAMS:  Excuse me?
14      JUNE CALLIVER:  Nine years.
15      MR. ADAMS:  Nine years.  You were living in a neighborhood
16 and they moved in, is that correct?
17      JUNE CALLIVER:  Yes.
18      MR. ADAMS:  Okay.  And could you tell the ladies and
19 gentlemen of the position of your house on Cod Drive as compared
20 to theirs?  Just --
21      JUNE CALLIVER:  They was across the street.
22      MR. ADAMS:  Just directly across the street.
23      JUNE CALLIVER:  Yes.
24      MR. ADAMS:  Okay.  Now, you have two young children, is
25 that correct?
```

```
1         JUNE CALLIVER:  Yes.
2         MR. ADAMS:  And you had those two children back in April of
3    1992?
4         JUNE CALLIVER:  Right.
5         MR. ADAMS:  Okay.  Now, if you would, in your own words,
6    just tell the ladies and gentlemen of the jury what you recall
7    about Wednesday, April 1 and Thursday, April 2, where you had
8    been, who you had been with, and what happened in the early
9    morning hours of April 2.
10        JUNE CALLIVER:  Wednesday I had went to the lake with my
11   mother.  She had to get her tags renewed, and we -- when we got
12   back, we went to her house.  I was staying all night there.  And
13   my boyfriend was working, my children's father, he was working,
14   and he usually got off at 3:00 -- 3:00, got home at 3:30.
15        MR. ADAMS:  Where does he work or did he work at that time?
16        JUNE CALLIVER:  He was working for a temporary service.
17        MR. ADAMS:  Okay.
18        JUNE CALLIVER:  But he had -- I told him to just come there
19   because I was -- we was staying the night there.  Me and her had
20   stayed up watching TV that night, and she had finally after we
21   was done watching TV she -- well, she had got up and went to bed
22   or get ready for bed, and when she went to get ready for bed, I
23   heard a car.  I thought maybe it was Bobby because --
24        MR. ADAMS:  That's --
25        JUNE CALLIVER:  He rode with somebody.  That's my
```

1  children's father.
2     MR. ADAMS:  Right.  But describe to me about you say you
3  heard a car.  Tell us what you heard?
4     JUNE CALLIVER:  It was loud like you didn't have a -- maybe
5  not a muffler on it.
6     MR. ADAMS:  Okay.  Fine.
7     JUNE CALLIVER:  So, I had got up -- well, she had hollered
8  at me and she said is that Bobby?  And I said well, if it is --
9  I had looked at the VCR, it said 2:30 on her VCR, and I said
10 well if it is, I said he's an hour early.  So, I got up and
11 looked out the window, and I said no, mom, that's Jeff.
12    MR. ADAMS:  Now, I'll ask you a couple of more questions in
13 just a second, but how did you happen to be with your mother on
14 that day?  Did you -- did she pick you up or you go there?
15    JUNE CALLIVER:  I went over there.
16    MR. ADAMS:  Okay.  Were you there this Tuesday, that
17 evening?
18    JUNE CALLIVER:  No, I wasn't.
19    MR. ADAMS:  Okay.  And -- and did you all leave on
20 Thursday?
21    JUNE CALLIVER:  Yes, on Thursday.
22    MR. ADAMS:  Okay.  So, there's no question in your mind it
23 was that date?
24    JUNE CALLIVER:  No.
25    MR. ADAMS:  And that you had been to the -- to the lake

1  with your mother, and you had been there when she licensed her
2  cars on April 1, 1992.
3       JUNE CALLIVER:  Right.
4       MR. ADAMS:  A record of it.  Okay.  All right.  Now, did
5  there come a point in time when you got questioned about this by
6  your mother?
7       JUNE CALLIVER:  Yes.
8       MR. ADAMS:  All right.  And tell the ladies and gentlemen
9  of the jury when that was?
10      JUNE CALLIVER:  Well, she had went to Louisiana --
11      MR. ADAMS:  Um-hum.
12      JUNE CALLIVER:  Afterwards, and when she got back, which
13 was the next week or, you know, it had been a week she was gone,
14 when she got back, I had went over there, and when I went over
15 there, she -- she -- when I got out of the car, her and Jeff's
16 stepfather, Danny --
17      MR. ADAMS:  Um-hum.
18      JUNE CALLIVER:  And my stepdad was standing there, and she
19 had asked me if I remembered the day we went to the lake.
20      MR. ADAMS:  Okay.
21      JUNE CALLIVER:  And I said yes, and I said -- and she said
22 well, when I told her that I remembered the day we had went to
23 the lake, I said yeah because we stayed all night -- I stayed
24 all night that night, and I said that's the night -- she had
25 asked me well, do you remember hearing Jeff, and I said yes, and

```
 1  I told her that we hadn't -- I had got up and I said remember I
 2  got up and looked out the window?  I had looked at the time on
 3  the VCR and I told you no because if it would have been -- you
 4  had asked me if it was Bobby, and I said no because if it's
 5  Bobby, he's an hour earlier, and she said --
 6       MR. ADAMS:  Is it a fair statement to say that you and your
 7  mother recall these events precisely the same?
 8       JUNE CALLIVER:  Yes.
 9       MR. ADAMS:  Okay.  Now, during -- this all happened in
10  1992, April 1, April 2 of 1992, correct?
11       JUNE CALLIVER:  Um-hum.
12       MR. ADAMS:  Since that time, and more specifically since
13  July of 1992, has there been anybody from the Meade County
14  Sheriff's Department to come talk to you about the statement
15  that you gave today?
16       JUNE CALLIVER:  No, sir.
17       MR. ADAMS:  And to your knowledge, has anybody from the
18  Louisville Police Department come to you to talk to you about
19  this?
20       JUNE CALLIVER:  No, sir.
21       MR. ADAMS:  Has any member of the Meade County Sheriff's
22  Department or any representative of law enforcement from Meade
23  County been out to talk to you?
24       JUNE CALLIVER:  No, sir.
25       MR. ADAMS:  That's all I have, Judge.  Thank you.
```



1    THE COURT: Mr. Rogers?
2    MR. ROGERS: No questions.
3    THE COURT: Mr. Smith?
4    MR. SMITH: And you're telling us that Jeff Clark got home
5    on that date at 2:30, right?
6    JUNE CALLIVER: Yes.
7    MR. SMITH: Thank you. That's all, Your Honor.
8    MR. ADAMS: That's all.
9    THE COURT: You're finally excused. Thank you. Can we get
10   in another witness before lunch?
11   MR. ADAMS: I believe we can, Judge.
12   THE COURT: Okay.
13   MR. ADAMS: Mr. Ray Pozzie, please.
14   THE COURT: If you would come around next to the
15   chalkboard, stand there and face me. Raise your right hand. Do
16   you solemnly swear or affirm the testimony you are about to give
17   will be the truth, the whole truth, and nothing but the truth so
18   help you God?
19   RAY POZZIE: I do.
20   THE COURT: Please be seated. Whenever you're ready, Mr.
21   Adams.
22   MR. ADAMS: Thank you, Judge. Would you please state your
23   full name and current address for the jury, please?
24   RAY POZZIE: Vincent Ray Pozzie. I live at 9 -- Clay
25   County, Kentucky.