1  is still in effect so anyone that's going to be

2  testifying needs to leave the courtroom.  You may

3  call your next witness.

4      MS. SMITH:  Your Honor, I would call Joseph

5  Greer.

6      JUDGE BUTLER:  Okay.  Sheriff, how are you

7  doing today?

8      THE WITNESS:  Real good, Your Honor.

9      JUDGE BUTLER:  Heard you had a rough weekend.

10     THE WITNESS:  All night.

11     JUDGE BUTLER:  Had a lot of rough weekends,

12  haven't you?

13     THE WITNESS:  Yeah.

14     JUDGE BUTLER:  If you would raise your right

15  hand.  Do you swear or affirm the testimony you are

16  about to give is the truth, the whole truth, and

17  nothing but the truth?

18     THE WITNESS:  I do, Your Honor.

19     JUDGE BUTLER:  Thank you.  Have a seat in the

20  witness chair and Sheriff you know to speak to up so

21  we can all hear you.

22     THE WITNESS:  I will try.

23     JUDGE BUTLER:  And let's start off by stating

24  your full name.

25     THE WITNESS:  Joseph E. Greer.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:17-cv-00419-GNS-CHL   Document 317-30   Filed 01/26/23   Page 2 of 40 PageID #:
26870
HEARING - MOTION FOR A NEW TRIAL taken on July 13, 2015
71

```
 1              JUDGE BUTLER:  Okay.  Thank you.  You may ask.
 2                      DIRECT EXAMINATION
 3    BY MS. SMITH:
 4         Q     Mr. Greer?
 5         A     Yes, ma'am.
 6         Q     My name is Linda Smith.  I'm -- I represent
 7    Jeff Clark.
 8         A     Yes, ma'am.
 9         Q     And I'm hoping to ask you some questions about
10    the investigation and the trial of these two gentleman
11    for the murder of Rhonda Warford.
12         A     Okay.
13         Q     Now, my understanding is you were the sheriff
14    for quite some time in this county?
15         A     Yes, ma'am.  I was sheriff for 25 years.
16         Q     25 years.  And when did you retire, sir?
17         A     2003.
18         Q     Okay.  And this trial occurred in 1995 so
19    sometime before your retirement?
20         A     Yes, ma'am.  By the way, I come back to the
21    sheriff's office until 2006.
22         Q     Yes, sir.
23         A     And then I had to go home.  My wife got
24    deathly sick.
25         Q     Well, I'm going to try not to keep you too
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1   long, sir.

 2       A    I'd appreciate it.

 3       Q    Would you say that this case -- this murder

 4   trial was a big -- a big case in your career, an

 5   important case in your career?

 6       A    Yes, ma'am.

 7       Q    So it was one where you were -- you would've

 8   paid particular attention to this case, yes?

 9       A    Yes, ma'am.

10       Q    And you were the lead investigator, sir?

11       A    Yes, ma'am.

12       Q    So because of that, you sat through the entire

13   trial, didn't you?

14       A    Not all of it.

15       Q    Not all of it?

16       A    No, ma'am.

17       Q    The majority of it?

18       A    Yes, ma'am.

19       Q    So you heard the majority of the witnesses --

20       A    Yes, ma'am.

21       Q    -- who testified?  Now, at the time of this

22   trial, did you have a deputy named Tim Liebers

23   (phonetic)?

24       A    Yes.  I did.

25       Q    And was Deputy Liebers -- was he one of the
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    people that gathered evidence of the crime scene; do you

2    remember?

3         A    I'm not real sure, but I'd say some, yes.

4         Q    Do you remember whether or not he served as a

5    bailiff in this courthouse?

6         A    No.

7         Q    He would not have served as a bailiff?

8         A    No.

9         Q    And he would not have been over the jury for

10   example?

11        A    No.  No.

12        Q    Okay.

13        A    He ran the dispatch.

14        Q    He ran the dispatch?

15        A    Yes, ma'am.

16        Q    Now, when the body of Rhonda Warford was first

17   found and an autopsy was performed, did the medical

18   examiner give you a time certain for her death?

19        A    I'm not sure but I think he said the night

20   before.

21        Q    Okay.  You believe he said the night before?

22        A    I believe he did.

23        Q    So the night before she was found?

24        A    Yes.

25        Q    Okay.  And she was -- do you remember the date

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:17-cv-00419-GNS-CHL   Document 317-30   Filed 01/26/23   Page 5 of 40 PageID #:
26873
HEARING - MOTION FOR A NEW TRIAL being taken on July 13, 2015
74

1   that she was found?

2        A    No, ma'am.  I don't.

3            MS. SMITH:  Now, I don't know what number we're

4   --

5            MR. SIMON:  21.

6            MS. SMITH:  Your Honor, if I could approach.

7            JUDGE BUTLER:  You may.

8            MS. SMITH:  Sheriff Greer, did I give you an

9   extra copy?

10           THE WITNESS:  I got my pen hung up.

11           MS. SMITH:  No.  I don't have a copy for the

12   Commonwealth.

13           MR. SIMON:  We're working on getting you a

14   copy.

15           MS. SMITH:  I wonder, could they look at that

16   one, while --

17           CLERK:  Is it Sheriff Greer's report?

18           MR. SIMON:  We're coming up with that.

19           MS. SMITH:  Thank you.

20   BY MS. SMITH:

21        Q    Sheriff Greer, do you recognize these

22   documents?

23        A    Yes.  I do.

24        Q    And what are those, sir?

25        A    Case report, agency case report.



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

1      Q      And those have been marked as Defense Exhibit

2    21.  So and 21A.  This is your uniform offense report as

3    well as your running record of what occurred?

4      A      Uh-huh.  Yes, ma'am, but I was wrong on one

5    thing but -- it says here April the 5th.

6      Q      Yes, sir.

7      A      And approximate time of death 0200, April the

8    2nd.

9      Q      Okay.  So and I'm not going to ask you to try

10   to remember everything off the top of your head.  It's

11   been a few years.  Now, in terms of the -- the medical

12   examiner's findings, were you present during the

13   autopsy?

14     A      Yes.  I was along with a detective from

15   Louisville Police Department, I believe.

16     Q      Now, I'm going to ask you to turn to page 39,

17   sir.  And it'd be on the very top of the page.  It sort

18   of begins with the word "funeral," but I'm interested in

19   the next bit there.  "Deputy Mike Cummings was contacted

20   and assigned that job," and then you have "Upon further

21   discussion" --

22     A      "With Adams"?

23     Q      Yes.  You decided to contact Dr. Nichols?

24     A      Yes.

25     Q      And to see if it was possible that her death

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   could've been sooner, possibly Thursday morning; is that

2   what you wrote, Sheriff?

3       A   Yes.  That's what I wrote.  Uh-huh.

4       Q   Now, so can you read the next little bit?

5       A   Okay.  "It was possible that her -- Warford's

6   death could have been sooner, possibly Thursday morning

7   4- 2 of '92.  Both Clark and Hardin were alibiing for

8   each other for Wednesday night 4-1-92 and Thursday 4-2-

9   92 stating they were together drinking at Clark's

10  trailer off Newburg Road looking for a snake that got

11  loose in the trailer.  That they were together at least

12  until 0300 hours 4-2-92 and that Clark was driving his

13  1974 Chevy Nova license number YVR572.  Also Deputy Joe

14  Woods was contacted to make arrangement to go to the

15  crime lab the next day 4-8-92.

16      Q   Now, that paragraph doesn't really say what

17  the medical examiner said in relationship to your

18  question but it certainly implies that the time of death

19  was mutable?

20      A   It was.

21      Q   Now, at some point you had interviewed my

22  client, Jeff Clark.  Do you remember how many times he

23  was interviewed or interrogated?

24      A   Well, I'm sure a couple three or four times

25  surely.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:17-cv-00419-GNS-CHL   Document 317-30   Filed 01/26/23   Page 8 of 40 PageID #:
26876
HEARING - MOTION FOR A NEW TRIAL - taken on July 13, 2015
77

1    Q    Do you remember whether you interrogated him
2    at the station here in Meade County?
3    A    No.  It was all -- all in Louisville, downtown
4    Louisville Police Headquarters.
5    Q    Do you recall whether or not Mr. Clark did so
6    voluntarily?
7    A    Yes.
8    Q    And did he also voluntarily give you the
9    shoes?
10   A    I don't remember but if you say it, I guess
11   so. Okay.  Some of the details, I don't remember.
12   Q    Do you remember him being cooperative?
13   A    Yes.
14   Q    And he took a polygraph test or do you --
15   A    Yes.  He did.
16        MR. RYAN:  Your Honor, I think the Court's made
17   clear -- we keep getting into polygraph and I don't
18   know what the relevance of that is but --
19        MS. SMITH:  That he volunteered, Your Honor.
20   A    I believe he did, yes.
21   BY MS. SMITH:
22   Q    Okay.  And do you remember if there was more
23   than one?
24   A    I only remember one.
25   Q    Now, at some point did a Chevron Gas Station

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   was mentioned.  Do you remember this, whether or not the

2   defendants were had stopped by a Chevron Gas Station on

3   the night that she was presumed to have been killed?

4        A    I just don't remember if it did.

5        Q    Do you remember whether or not you were able

6   to obtain surveillance footage from this gas station?

7        A    No.

8        Q    Did you ever interview a man by the name of --

9             JUDGE BUTLER:  Was it -- Joe, was your answer I

10       don't remember or...?        THE WITNESS:  I don't

11       remember.

12  BY MS. SMITH:

13       Q    Do you remember a man named Vincent Ray Possi?

14       A    No.  I don't.

15       Q    Now, in your report, if you wouldn't mind,

16  there's been some testimony the other day about when Mr.

17  Clark was arrested.  And I've asked you to turn to -- do

18  you remember when Mr. Clark was arrested, let's do it

19  that way?

20       A    Yes.  But I don't remember the date.  It'd be

21  in here somewhere.

22       Q    It is in there.  Do you remember whether or

23  not Mr. Clark tried to escape?

24       A    No.

25       Q    No.  So no meaning he did not?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:17-cv-00419-GNS-CHL  Document 317-30  Filed 01/26/23  Page 10 of 40 PageID #: 26878
HEARING - MOTION FOR A NEW TRIAL, taken on July 13, 2015

79

```
 1        A     No.  He didn't.

 2        Q     And you remember that?

 3        A     Yes.  I remember that.

 4        Q     And you -- but you do not remember the date?

 5        A     No.  I don't.  It would be in here somewhere.

 6        Q     Yeah.  If you turn to page 48.

 7        A     I'd say on 5-5-92.

 8        Q     Yes, sir.  And was Keith Hardin arrested on

 9   that same day?

10        A     Yes.

11        Q     And do you remember what was the impetus for

12   you arresting these two men at that time?

13        A     Well, I'd say it was based on the evidence

14   that was --

15        Q     That you had?

16        A     That we had, yes.

17        Q     Now, do you remember when you received or how

18   you received notification of the hair that was found on

19   the sweatpants, et cetera, that was presumably a match

20   to or testified as a match to Keith Hardin?

21            MR. RYAN:  Your Honor, I think the question,

22        again, she's using the word "match."  We've had this

23        discussion Friday and that's not what the testimony

24        was.

25            MS. STAPLES:  It is what the testimony was.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    The records speaks for itself.

2          MR. RYAN:  We -- the Court itself looked at the

3    video and the word matched was used to describe 15

4    criteria that the forensic serologist was looking

5    for when he determined that one of the hairs was

6    similar in color and microscopic characteristics.

7    And the witness avoided using that word and the

8    Commonwealth's attorney did too. So I think that's a

9    confusing question.

10          JUDGE BUTLER:  I don't remember it that way.

11          MS. SMITH:  I don't remember it that way.

12          JUDGE BUTLER:  I remember the Commonwealth

13    attorney using the word match in his closing, didn't

14    he?

15          MR. RYAN:  No.  I have it transcribed.

16          MS. STAPLES:  He said just like Mr. Hardin's

17    hair.  He said there's a hair just like him closing.

18          MR. RYAN:  He used the word "like."

19          MS. STAPLES:  I think the trial record, Mr.

20    Ryan, speaks for itself.

21          JUDGE BUTLER: Overruled.  Continue on.

22    BY MS. SMITH:

23      Q    Well, in your mind, when Mr. Thurman called

24    you? Do you remember Mr. Thurman from the Kentucky State

25    Crime Lab?



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1      A      Crime lab.

2      Q      Yeah.  When he called you and told you the

3   results of the hair analysis, was that a significant

4   saying in this investigation?

5      A      Well, I don't think Mr. Thurman called me.  I

6   think he sent me a report.  He could've called me.  My

7   recollection of the hair was one big mess.  And, again,

8   they said one of the hairs was not a match but had the

9   same characters as Mr. Hardin and one unknown hair.

10     Q      Now, Sheriff Greer, I ask you to turn to page

11  45 and look at the bottom where it says April 30, 1992.

12     A      What page did you say?

13     Q      I'm sorry, page 45, sir.

14     A      Oh, okay.

15     Q      This is a long report.

16     A      I found it.

17     Q      Okay.  It's at the very bottom of the page,

18  the very last paragraph here that begins.

19     A      I did get a call from Robert Thurman.

20     Q      Yes, sir.  And, you know, obviously prior to

21  that time, you had done a great deal of investigation,

22  you know, 45 pages worth, right?

23     A      Uh-huh.

24     Q      If you can read what he -- or what you wrote

25  that he told you?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:17-cv-00419-GNS-CHL   Document 317-30   Filed 01/26/23   Page 13 of 40 PageID #:
26881
HEARING - MOTION FOR A NEW TRIAL taken on July 13, 2015
82

1        A     "He stated that one hair found on the red

2   sweatpants worn by the victim at the time of death was

3   significant similar to hair samples from suspect Keith

4   Hardin.  He also stated that reference the Louisville

5   Police Department evidence technician unit samples,

6   sample 3 contained one hair, I guess significant to

7   Warford. Sample 4 contained two hairs similar to

8   examples from Victim Warford.  Sample 8 contained one

9   hair significantly similar to victim Warford.  Sample 13

10  contained several hairs significant to Victim Warford.

11  Technician Robert Foreman stated that official written

12  reports would be forthcoming in approximately one week.

13  The officer advised Sergeant Allen evidence technician

14  unit of the hairs' results and required if any results

15  were back on the fingerprint comparison of a Warford

16  print that I had dropped off earlier that day which I

17  advised that the results were not yet available.

18       **Q    Now, having kind of refreshed your**

19  **recollection, do you -- did you believe that hair that**

20  **was similar in characteristics to Keith Hardin's that**

21  **was found on the red sweatpants, did you see that as a**

22  **turning point in the case, a major piece of missing**

23  **evidence?**

24       A     No.  I left that up to the Commonwealth

25  attorney.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:17-cv-00419-GNS-CHL   Document 317-30   Filed 01/26/23   Page 14 of 40 PageID #:
26882
HEARING - MOTION FOR A NEW TRIAL taken on July 13, 2015
83

1    Q    So you didn't see that as a big threw --

2    A    I didn't see it one way or the other really.

3    Q    Well, okay.  So would it surprise you that you

4 kind of testified that way that it was a big part of

5 your --

6    A    If you say I did, I did.  Okay.

7    Q    Well, and I can --

8    A    You don't have to.

9    Q    I don't have to?

10    A    No.  I take your word for it, ma'am.  Okay.

11    Q    Do you recall any other pieces of evidence,

12 physical evidence that was put forward as proof that

13 these two men had killed Rhonda Warford?

14    A    Not without reading through this whole case

15 report.  You know, I would have to do it.  I just --

16 some things I just -- been a long time ago.  You haven't

17 mentioned the unknown gray hair?

18    Q    No.  I haven't.  And you think that's a

19 significant thing?

20    A    Well, I'm sure you've been told that the gray

21 hair, everybody was in opinion that it was mine?

22    Q    That is was yours.  Yes, sir.

23    A    So the two attorneys were in chambers with

24 myself and I believe Mr. Smith and Judge Monarch and

25 told the attorneys that if you want to, we'll just pull

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:17-cv-00419-GNS-CHL   Document 317-30   Filed 01/26/23   Page 15 of 40 PageID #:
26883
HEARING - MOTION FOR A NEW TRIAL taken on July 13, 2015
84

 1  Joe's hair and send it up with the -- back to the crime

 2  lab and see if it was mine.  Well, naturally, the two

 3  attorneys didn't want to do that, and I understand why.

 4  They could use that to argue their case with.

 5      Q    Well, did we obtain a sample from you?

 6      A    Yes.  You did.

 7      Q    Do you know the results of that?

 8      A    I have no idea.  I know I waited for a while,

 9  called David and said, "David nobody showed up to get

10  hair."  And he says, "What?"  So a few days later,

11  Sergeant Ezra Stout of Kentucky State Police came over

12  and in my kitchen proceeded to pull hair out of my head

13  which I told him not to take too much I was bald anyway.

14  And that's the last -- the hair was sent to the crime

15  lab and --

16      Q    And you don't know to this day what the

17  results are?

18      A    I don't know to this day whether it was my

19  hair or not.

20      Q    Now --

21      A    I'd like to know.

22      Q    It -- it didn't match.

23      A    Okay.

24           MR. RYAN:  Your Honor, I object to that.

25           MS. SMITH:  Well, it's in the record.



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

```
 1        MR. RYAN:  She can't testify.

 2        JUDGE BUTLER:  Okay.  Let me -- I've just been

 3   advised that the grand jury is ready to return.  I'd

 4   like to take those returns and not let them wait any

 5   longer.  I also am respectful of your time, too.

 6   Would you mind if I took a little bit of time here

 7   and do the grand jury returns, Joe?

 8        THE WITNESS:  Your Honor, it's your court.

 9        JUDGE BUTLER:  Well, but I appreciate you being

10   here.  I know the situation you've got at home.

11        THE WITNESS:  The hospital has called and my

12   wife, you know, can't answer questions because she's

13   dementia, Alzheimer's, and my poor sister's over

14   there trying to guess and they just going to have to

15   wait until I get there.

16        JUDGE BUTLER:  We'll get you out as soon --

17        MS. SMITH:  We're not going to try to --

18        THE WITNESS:  They're wanting to transfer her

19   to Norton's downtown Louisville.

20        JUDGE BUTLER:  Let's take a break.  Let's do

21   the grand jury returns and then we'll get back on

22   this.

23        MR. SIMON:  Do we need to get these off the

24   table?

25        JUDGE BUTLER:  No.  That's fine.  You can leave
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

HEARING - MOTION FOR A NEW TRIAL taken on July 13, 2015

86

```
 1        everything there if you'd like.  Thank you-all very
 2        much. Let me do --
 3                      (OFF THE RECORD)
 4             JUDGE BUTLER:  We're back on the record and
 5        Sheriff Greer -- former Sheriff Greer is on the
 6        stand and he's under oath, and you may continue your
 7        questioning.
 8   BY MS. SMITH:
 9        Q     Sheriff Greer, the detective you mainly worked
10   with from Louisville Metro Police Department, do you
11   remember his name?
12        A     Probably Handy.
13        Q     Who?
14        A     Handy, Mark Handy.
15        Q     And --
16        A     Just one of several.
17        Q     One.  Had you worked with him before?
18        A     No.  Didn't know him.
19        Q     Didn't know him?
20        A     No.
21        Q     Now, Sheriff Greer, I -- I have another
22   exhibit to show you and I guess this is Defendant's
23   Exhibit 22. 22.  I'm terrible.  And --
24             JUDGE BUTLER:  Now, you haven't moved to
25        introduce 21, yet.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1          MS. SMITH:  Oh, may I introduce that, Your
 2     Honor?
 3          JUDGE BUTLER:  Any objection?
 4          MR. RYAN:  What is it?
 5          JUDGE BUTLER:  Exhibit 21.  That was Sheriff
 6     Greer investigative report.
 7          MS. SMITH:  Do you-all still have that one?
 8          MR. RYAN:  Yes.  This one.
 9          MS. SMITH:  Exhibit --
10          MR. RYAN:  No objection.
11          JUDGE BUTLER:  It'll be admitted without
12     objection.
13     (DEFENDANT'S EXHIBIT 21 MARKED FOR IDENTIFICATION)
14          JUDGE BUTLER:  And they've got the actual one,
15     right?
16          MS. SMITH:  Yes.
17          JUDGE BUTLER:  Okay.  All right.  You may
18     continue.
19          MS. SMITH:  We're getting another copy of the
20     letter.  For some reason, I only made three copies
21     of things.
22     BY MS. SMITH:
23       Q    Do you remember sending or sending a wire
24     asking for the help of Dr. Holmes?
25       A    I didn't send it.  He showed up at the
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1   Louisville Police Department.
 2        Q    Oh, is that -- okay.
 3        A    Yes, ma'am.
 4        Q    I think that letter says that he "Thank you to
 5   view it."
 6        A    Uh-huh.
 7        Q    Okay.  I guess I assumed you had asked for his
 8   help.
 9        A    No.  I did not.
10        Q    Okay.  So how did -- so tell the Court how
11   that happened.
12        A    I walked into the Louisville Police Department
13   second floor, I believe, and Handy and a bunch of them
14   were in there and I was introduced to Mr. Holmes.
15        Q    And can you tell the Court briefly who he is
16   or was?
17        A    He was supposedly a profiler, I guess that's
18   what you want to call it.
19        Q    And so did he have any expertise in this area
20   to your knowledge?
21        A    I have no idea.
22        Q    Okay.  But you did receive a letter from Dr.
23   Holmes?
24        A    I did receive this letter.
25        Q    And that letter, he said this was not a
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   ritualistic killing; is that right?  That that's his

2   opinion?

3        A    That's his opinion in this letter, yes, ma'am.

4        Q    And at the crime scene, what about that crime

5   scene made you think that there was anything satanic

6   about it?

7        A    I didn't at first.  But then viewing her body

8   and different types of stab wounds, where they were at

9   all over.  It -- you know, what made somebody do this is

10  what you want to think.  And just took it from there.  I

11  never personally I can remember used the word satanic.

12  This was other people's words.

13       Q    So in your -- in your mind, your memory is

14  that you really weren't convinced that this was a

15  satanic murder?

16       A    Really nothing one way or the other.  I just

17  let everything falls out as -- if it's -- what comes

18  out.  If you ask me if I had any faith in this

19  gentleman, I'd be glad to answer that.

20       Q    Well, yeah, do you have any faith in that

21  gentleman?

22       A    No.  I had no faith in him.

23       Q    Okay.

24            JUDGE BUTLER:  In who?

25            MS. SMITH:  In the --

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1              THE WITNESS:  Dr. Holmes.

 2              JUDGE BUTLER:  Okay.  Thank you.

 3              THE WITNESS:  The ex-coroner of Jefferson

 4      County.

 5              JUDGE BUTLER:  Okay.

 6              THE WITNESS:  Back then, he wasn't the coroner.

 7              MS. SMITH:  Your Honor -- I think I do.  I'm

 8      going to ask to approach the witness again, Your

 9      Honor, with a copy of his testimony before the grand

10      jury.

11              JUDGE BUTLER:  Okay.

12              MS. SMITH:  23.

13      BY MS. SMITH:

14          Q    This is yours and this -- it doesn't have page

15      numbers on it but let me see if it's easier for us to go

16      - - it's one, two, three, four, five, six, seven pages

17      in, sir.  It starts with "Detective Jim Clark."

18          A    "Louisville police detective."

19          Q    Yes, sir.  And I'll -- I can steady that for

20      you.  I'm not trying to make you do acrobatics on top of

21      that.

22          A    Right here?

23          Q    Yes.  Okay.  If you could read, there's a "We

24      proceeded to Ms. Warford's residence."

25          A    Okay.
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        Q    And you said to the grand jury, obviously, we
 2   found things in Ronda's room that disturbed us?
 3        A    Uh-huh.
 4        Q    To do with satanic type material?
 5        A    That's correct.
 6        Q    And you asked Mr. Hardin if he had any kind of
 7   - - if she had any kind of markings on her?
 8        A    Yes, ma'am.
 9        Q    So that's just I guess one example where you
10   talk about satanic stuff?
11        A    Satanic.  Right.
12        Q    And then you said if you go further down that
13   page, sir.  Down to here.  It says, "I think they're in
14   satanic, they got my daughter into satanic worshiping.
15   They liked to kill animals."  I assume that came from --
16        A    That came from Ms. Warford.
17        Q    Ms. Warford?
18        A    Uh-huh.
19        Q    And I mean it goes on.
20        A    Yes, ma'am.
21        Q    So that was a big part of the case, wasn't it?
22        A    Uh-huh.
23        Q    Yeah.  And did you ever have any kind of
24   expert that told you this was actually some kind of --
25        A    Not to me personally but if my memory is
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   correct, Mr. Smith had a so-called person to testify

2   that was supposedly knew all about satanic --

3        Q      Yeah.

4        A      But personally, I didn't talk to him.  Or I

5   can't remember if I did.

6        Q      Now, if you'd bear with me for just one

7   second.

8        A      That's okay.

9        Q      There's another part where you talk about

10  Satanism and I think we've made that point.  Do you

11  remember -- I know I'm asking a lot.  But do you

12  remember whether or not tire tracks, molds were taken of

13  the tires at the crime scene and whether or not those

14  matched either defendant's car?

15       A      I'm trying to remember.  I know -- I believe

16  photographs were taken but I don't think there was

17  enough there for molds to take any type of plaster

18  casting, I don't believe.

19       Q      Yeah.  Well, there were.

20       A      Okay.  I'm really not sure.

21       Q      Let me just ask the question this way.  Is it

22  your memory or do you think that the fingerprint that

23  was found in the backseat of Mr. Clark's Nova, and the

24  hair that was on the red sweatpants that was

25  significantly similar to Mr. Hardin, those were the only

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1    two pieces of physical evidence that came back positive

 2    as to these two defendants?

 3         A    That's correct.

 4         Q    Now, do you remember a number of knives that

 5    were introduced into evidence?

 6         A    Yes.

 7         Q    And that those knives came, like, you know,

 8    from both defendants.

 9         A    Mainly from Mr. Hardin.

10         Q    And do you remember whether any of those

11    knives were introduced into evidence had any link to the

12    murder?

13         A    Did not.  Not that I can --

14         Q    So do you remember why in the world they were

15    introduced into evidence?

16         A    Commonwealth attorney wanted them entered and

17    so did I just to check to see if there was any residue

18    or something like that on them.

19         Q    Well, I understand you sent them to the crime

20    lab, but why in the world were they introduced into

21    evidence for the jury?

22         A    I don't know.

23              MR. RYAN:  Object.

24              JUDGE BUTLER:  Hold on just a second.

25              MS. SMITH:  If he knows.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        A    I don't know.

 2             JUDGE BUTLER:  Overruled.  He doesn't know.

 3             MR. RYAN:  Is the question why did the

 4       Commonwealth's attorney introduce them into

 5       evidence?

 6             MS. SMITH:  No.  No.  Why they were introduced

 7       into evidence.  If he knew, and he doesn't, so...

 8             THE WITNESS:  I don't.

 9  BY MS. SMITH:

10        Q    Do you remember, sir, a gentleman by the name

11  of Roy Milanson (phonetic)?

12        A    Yes.

13        Q    And do you remember him being incarcerated

14  here in your county jail?

15        A    Yes, ma'am.

16        Q    And do you remember a gentleman by the name of

17  Clifford Capps?

18        A    Yes.  I do.

19        Q    Was Clifford Capps put into the same cell as

20  Roy Milanson?

21        A    I have no idea.  I don't know.

22        Q    Okay.  Do you remember whether or not Clifford

23  Capps and a man by the name of Kevin Justice testified

24  in Colorado?

25        A    No.  I didn't know that.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1            MS. SMITH:  If I can approach and this was

 2      previously marked as Defendant's Exhibit 14.

 3        Q    Do you remember seeing anything with this

 4   letter?  Do you remember that letter?

 5        A    Ma'am, I have never seen that letter until

 6   right now.

 7        Q    Until right now?

 8        A    Until right now.

 9        Q    Okay.  I appreciate that.  I have one last

10   final thing I wanted to ask you.  There was -- there's

11   been testimony about what color the Nova that Jeff Clark

12   owned was.  Do you remember by any chance what --

13        A    I thought it was black and I could be wrong.

14        Q    Well, I'm going to ask you to turn to page 37

15   in that first report.

16        A    The case report, yes, ma'am.

17        Q    Yes, sir.

18        A    37?

19        Q    Yes, sir.

20        A    There should be pictures of it.  It says here

21   dark blue.

22        Q    Dark blue?

23        A    Uh-huh.

24        Q    On page 37?

25        A    Yes, ma'am.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        Q    Okay.  Now, getting back to that letter that
 2    you said you had not seen.
 3        A    Yes, ma'am.
 4        Q    Would it surprise you that you wrote an
 5    affidavit about that letter?
 6        A    It would.
 7        Q    Okay.  And would it surprise you that several
 8    people thought that you had seen that letter prior to
 9    the trial here.
10        A    Yes, ma'am.  I received a call from Mr. Adams
11    after the trial.
12        Q    Okay.
13        A    We were friends.  I knew Bart.  He says, "Hey,
14    do you know there's a letter here that supposedly was
15    given to you?"  I said, "Bart, I don't know what you're
16    talking about."  He says, "Well, supposedly Kevin
17    Justice gave you a letter that came from the jail from
18    somebody. And that's as far as Bart would go.  And that
19    upset me. It upset me dearly.  So I don't know how long
20    ago later, I found out that Kevin was going to be in
21    Breckinridge Circuit Court.  So I got with Kenton and
22    Judge Monarch and asked Judge Monarch could I use his
23    court reporter.  He said, "Yes."  So I went to
24    Breckinridge County, proceeded to try to interview Kevin
25    Justice.  He refused to talk to me.  Flat refused.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1      Q      Now, who was present when he refused to talk

2    to you?

3      A      Judge Monarch's court reporter.

4      Q      Yes, sir.  And that's it?

5      A      That's it.

6      Q      Kenton Smith wasn't there?

7      A      No.

8      Q      Judge Monarch wasn't there?

9      A      I just wanted to know about this so-called

10    letter.  That's all I wanted to know about, that Bart

11    said that I was aware of that I -- I told Bart I wasn't.

12    So later, it bugged me, bugged me bad, because here

13    we've got evidence supposedly that could be beneficial

14    to Clark and Hardin and me, halfway in my opinion,

15    accused of hiding that letter and that didn't sit well

16    with me.  So I got a hold of Justice, it was sometime

17    later and I took myself and Detective Stiles down to his

18    residence on 1844 Liberty Road.

19      Q      This was after you tried to talk to him with

20    the court reporter?

21      A      That's after I tried to talk to him at the

22    Breckinridge County Circuit Court.

23      Q      And was he incarcerated?

24      A      I think he was.  I think he was.  But when I

25    interviewed him at his residence, he was not

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   incarcerated. He'd got out from where ever he was at and

2   he kept insisting that his mother, I believe he said his

3   mother, give me a letter and I says, "Kevin, I don't

4   know what you're talking about." And then my next

5   question, "How come you weren't subpoenaed to testify at

6   the trial?" Well, I was, but they didn't want to call

7   me. And I think he even told me because of my criminal

8   record. But that - - the one part of this case, ma'am,

9   that has bugged me for 20 years is did I have evidence

10  that could've been beneficial to these two young men

11  sitting here and I covered it up. That -- uh-uh. And

12  after my talk, I talked about it. It wasn't too many --

13  all the time. Was there something given to me and my

14  final opinion was there was nothing given to me like

15  that letter. I have never seen that. So that's -- so

16  if Mr. Justice gave me a letter, I'm not saying he's a

17  liar, I'm saying it was a mistake. Now, if his mother

18  said that she gave me a letter, I would call her a liar.

19  She wasn't too fond of me. She accused me of harassing

20  her son all the time. His father was wonderful, but her,

21  pardon my French, she was a bitch and I wouldn't believe

22  nothing she said.

23      Q    I see. Now, what about Clifford Capps?

24      A    I've known Clifford for years.

25      Q    And what about this letter that he wrote to

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1    Kevin Justice?  I mean, you know what it says
 2    essentially.
 3         A    I don't know that he did or he didn't I don't
 4    think.  I know I've never seen that letter.  I don't
 5    think.
 6         Q    You think Clifford Capps is more trustworthy
 7    maybe than Ms. Justice?
 8         A    Well, I've arrested Capps a few times.  He's
 9    never lied to me.  Kenton Smith, the prosecutor, seemed
10    to want his testimony.  I told Kenton what Capps had
11    told me about, I think, Mr. Clark telling him on two
12    occasions that he admitted to it and Kenton took it from
13    there.
14         Q    Now, the -- were you present at every time Mr.
15    Clark was interrogated?
16         A    In Louisville?
17         Q    Yes, sir.
18         A    I probably was, myself or Bill Adams.
19         Q    And he was interrogated for lengthy periods of
20    time?
21         A    Yes.  I would say so.
22         Q    Yeah.  All day?
23         A    No.  Not all day.
24         Q    Not all day but --
25         A    Lengthy times, okay.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        Q      Lengthy times.  And he -- according to your
 2   report, he never said he had done it?
 3        A      Not to me, he didn't.
 4        Q      And so --
 5        A      Neither did Hardin.
 6        Q      Then have you heard anything about parole
 7   hearings?
 8        A      Yes.  I have.
 9        Q      And do you know whether or not Mr. Clark has
10   ever said to the parole board he did it?
11        A      I'm not aware of it.  The only one I was aware
12   was Mr. Hardin.
13        Q      And so he doesn't admit it under intense
14   questioning by law enforcement, wouldn't you say?
15        A      Yes.
16        Q      I mean, it wasn't just a walk in the park,
17   right?
18        A      No.  It wasn't.
19        Q      You were trying to get a confession?
20        A      Yes, ma'am.
21        Q      And you were working hard to do that, you and
22   Mr. Handy?
23        A      And other detectives too.
24        Q      And other detectives.
25        A      Just maybe Handy wasn't there at that time; I
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

 1  don't know.  But I know he was talked to and so was Mr.

 2  Hardin.

 3          MS. SMITH:  Give me one second, Judge.  I have

 4      no more questions, Your Honor.

 5          JUDGE BUTLER:  Okay.  You may question the

 6      witness.

 7          MR. WILLIAMS:  Just a couple of questions.  Can

 8      we talk for just a minute?

 9          JUDGE BUTLER:  Uh-huh.

10          MR. RYAN:  Excuse us.

11                  CROSS-EXAMINATION

12  BY MR. RYAN:

13      Q    Sheriff Greer.

14      A    Yes, sir.

15      Q    Just a few questions.  Did you testify

16  truthfully at the trial?

17      A    Yes.

18      Q    Okay.  And if -- I realize that 20 years have

19  now passed.

20      A    More than 20.

21      Q    If anything that you're testifying to now

22  differed in any way from the video at the trial, would

23  you defer to what you said in the video of the trial?

24      A    What I said at the trial was the truth.

25      Q    Okay.  And one question about evidence.  When

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:17-cv-00419-GNS-CHL   Document 317-30   Filed 01/26/23   Page 33 of 40 PageID #: 26901
HEARING - MOTION FOR A NEW TRIAL taken on July 13, 2015
102

1    you were sheriff of Meade County, what was your policy

2    when you received evidence from that either benefitted a

3    defendant or was incriminating of a defendant, what was

4    your policy that you did with that?

5         A    Well, for the trial, all the evidence was

6    placed in the evidence room, okay, and secured.  Any lab

7    reports went straight to the Commonwealth attorney

8    whether for or against.  After the trial, most of the

9    evidence was maintained by the Circuit Court Clerk.

10        Q    Okay.  And did you do that diligently

11   throughout your tenure as sheriff?

12        A    Yes.

13        Q    Okay.  Now, you said that you were present

14   during interviews with Clark and the Louisville Police

15   Department?

16        A    Yes.

17        Q    Do you have any memory of statements that he

18   made?

19        A    I don't remember.

20        Q    None at all?

21        A    I know he didn't admit to anything.

22        Q    Were you present when Detective Handy

23   testified as to those statements during the trial?

24        A    Sometime maybe, and sometime I wasn't.  I'm

25   not real sure.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:17-cv-00419-GNS-CHL   Document 317-30   Filed 01/26/23   Page 34 of 40 PageID #:
26902
HEARING - MOTION FOR A NEW TRIAL taken on July 13, 2015
103

1      Q    Well, during the time that you were present,
2    did you ever hear Detective Handy say anything that was
3    inconsistent with your knowledge of what Mr. Clark had
4    said during those interviews?
5      A    No.  Not really.  I was -- if somebody says
6    Mr. Clark and sat there and said he done it, they're
7    wrong.  I don't know who would testify to that, because
8    I know what Mr. Clark said.  He denied it.
9      Q    Do you have any memory of Mr. Clark --
10   initially did he agree or deny that he owned knives?
11     A    I don't think we discussed too many knives
12   with Clark.  I know he owned a few but very few.  The
13   knives was Mr. Hardin's.
14     Q    Okay.  Now, you said something about you
15   didn't have faith in Dr. Holmes.  Could you explain that
16   a little bit?  What did you mean?
17     A    First appearance, I guess, if that's what you
18   want to call it.  We sat there and talked.  I think I
19   might have even said to Captain Sherrard, Lieutenant
20   Sherrard at that time, this guy's full of it.
21     Q    Okay.  Now, you were present at the crime
22   scene when the body was recovered?
23     A    Yes.  Yes.
24     Q    Do you have any specific memory of where hairs
25   were found in the vicinity of her hands?  Were they on

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:17-cv-00419-GNS-CHL   Document 317-30   Filed 01/26/23   Page 35 of 40 PageID #: 26903
HEARING - MOTION FOR A NEW TRIAL 26903 taken on July 13, 2015
104

1    her hand, in her hand, were they --

2         A    I don't remember.  All that was done at the

3    autopsy in Louisville and a Louisville detective

4    collected all the stuff and it was turned over to me

5    which I sent to the crime lab which is where we thought

6    maybe one of my gray hairs fell into it.

7         Q    But you don't know exactly where the hairs

8    were in the vicinity of her hand?

9         A    I don't remember.  I don't remember.

10        Q    Okay.  When you -- what conclusions did you

11   draw from the presence of tire tracks in this area of

12   Meade County?  I mean --

13        A    Well --

14        Q    -- as a law enforcement officer, what does

15   that mean?

16        A    There were several tracks.  There wasn't just

17   one.  I -- the people that found the body, this elderly

18   couple, they pulled in there.  Their tracks is going to

19   be there.

20             MR. RYAN:  I don't think we have any further

21      questions.

22             JUDGE BUTLER:  Any redirect?

23                      REDIRECT EXAMINATION

24   BY MS. SMITH:

25        Q    Sheriff, I think what I'd like to ask you is

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    do you know or what your definition is of exculpatory

2    evidence?

3         A    I do but I can't think right now.  I've heard

4    it so many times in court.

5         Q    Yes, sir.  That's all right.  Now, where the

6    body was found, first of all, do you remember putting

7    bags on the hands?

8         A    Yes.

9         Q    You do?

10        A    We bagged the hands.

11        Q    So you were trying to preserve that evidence?

12        A    Yes.  The body had been moved in our opinion

13   from where the actual murder, i.e., took place to a

14   fence which is, I don't know, 30 yards away over a

15   fence.  But it was evident from the crime scene that you

16   could see where the actual offense took place.

17        Q    But to your knowledge, you did everything you

18   could do in terms of preserving the hairs that were

19   found on --

20        A    Yes.

21        Q    -- on her person?

22        A    Yes.

23        Q    In her hand or otherwise?

24        A    Yes.

25             MS. SMITH:  I think those are all my questions,

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

```
 1        Your Honor.

 2             JUDGE BUTLER:  Any recross?

 3             MS. SMITH:  Just one second, Your Honor.

 4        Sorry.

 5   BY MS. SMITH:

 6        Q    Now, Sheriff, I just really want you to take a

 7   stab at defining exculpatory evidence for us.

 8        A    Okay.

 9        Q    I know you said that -- I mean, you were a law

10   enforcement officer for a long time.

11        A    Well, I've heard the word so many times it's

12   pathetic, but well, I'm trying -- I think I know what I

13   want to say.  Exculpatory means that evidence you can

14   use later or words to that effect.

15             MS. SMITH:  No more questions, Your Honor.

16             JUDGE BUTLER:  Anything else?

17                       RECROSS-EXAMINATION

18   BY MR. RYAN:

19        Q    Just one quick question.  I think you

20   previously said this, but just for clarification, if you

21   found evidence that was beneficial to the defense, what

22   would you do with that?

23        A    Make sure the defense got it.

24        Q    And turn it over to anybody else?

25        A    I would sure the Commonwealth attorney would
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:17-cv-00419-GNS-CHL   Document 317-30   Filed 01/26/23   Page 38 of 40 PageID #: 26906
HEARING - MOTION FOR A NEW TRIAL, taken on July 13, 2015
107

 1   know it.  He had better.

 2           MR. RYAN:  All right.  Thank you.

 3           JUDGE BUTLER:  Ms. Smith, anything else?

 4           MS. SMITH:  No, sir.

 5           JUDGE BUTLER:  Okay.  You haven't moved to

 6   introduce some of your exhibits, I don't think.

 7           MS. SMITH:  Your Honor, I would move to

 8   introduce --

 9           JUDGE BUTLER:  What's the last number exhibit

10   we have, 21?

11           MR. SIMON:  No.  We are at 23 through this

12   witness.

13           JUDGE BUTLER:  Hold on just a second.  Has 23

14   been introduced?  I don't think so.

15           MS. SMITH:  I've got it but you have not

16   approved it.

17           JUDGE BUTLER:  That's my question.  What's the

18   last one that's been introduced into the record,

19   Debbie?

20           CLERK:  21.

21           MR. SIMON:  21's the last.

22           JUDGE BUTLER:  21.  Okay.  Are you moving to

23   introduce 22 and 23?

24           MS. SMITH:  I move to introduce 21 through 23.

25           JUDGE BUTLER:  21's already in.  Any objection?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:17-cv-00419-GNS-CHL   Document 317-30   Filed 01/26/23   Page 39 of 40 PageID #:
26907
HEARING - MOTION FOR A NEW TRIAL 2807 taken on July 13, 2015
108

```
 1        MR. RYAN:  No.  I guess not.

 2        JUDGE BUTLER:  Okay.  They'll be admitted

 3   without objection.  Thank you.

 4   (DEFENDANT'S EXHIBIT 22 MARKED FOR

 5   IDENTIFICATION)(DEFENDANT'S EXHIBIT 23 MARKED FOR

 6   IDENTIFICATION)

 7        MS. SMITH:  Thank you, Your Honor.

 8        JUDGE BUTLER:  And now you -- do you have those

 9   -- you need --

10        CLERK:  I need 21.

11        JUDGE BUTLER:  Yeah.  Did you-all ever get a

12   copy of 21 to the Commonwealth.

13        MR. WILLIAMS:  Judge, we're not objecting to

14   introduction of these, but we have a continuing

15   objection as to whether or not this is relevant.

16        JUDGE BUTLER:  Right.  I understand.  I just

17   want the record complete.

18        MS. SMITH:  And are you talking about the grand

19   jury testimony?

20        JUDGE BUTLER:  Well, the grand jury testimony

21   was 23.

22        CLERK:  This is what I did not have.

23        MS. SMITH:  Oh, okay.

24        JUDGE BUTLER:  You got 21, 22, and 23?

25        CLERK:  I do, judge.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

 1          JUDGE BUTLER:  Okay.  All right.  May this
 2     witness be excused?
 3          MS. SMITH:  He's excused finally.
 4          JUDGE BUTLER:  He's just asked me if he could
 5     speak to you and the Commonwealth.  Do you-all want
 6     to take a five-minute break?
 7          MS. SMITH:  Yes, sir.
 8          JUDGE BUTLER:  Okay.
 9               (OFF THE RECORD)
10          JUDGE BUTLER:  All right.  Everybody back in
11     the courtroom.  We're on the record.  You may call
12     your next witness.
13          MS. SMITH:  Your Honor, I would call Jeffrey
14     Clark.
15          JUDGE BUTLER:  All right.  Mr. Clark.  Stand
16     right there just a moment.  Do you swear or affirm
17     the testimony you are about to give is the truth,
18     the whole truth, and nothing but the truth?
19          THE WITNESS:  Yes, sir.  I do.
20          JUDGE BUTLER:  All right.  Have a seat in the
21     witness chair and I will ask you like I've asked all
22     of the other witnesses to be sure and speak up so I
23     can hear you.
24          THE WITNESS:  Yes, sir.
25          JUDGE BUTLER:  Have a seat, make yourself

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com