```
 1              UNITED STATES DISTRICT COURT
 2              WESTERN DISTRICT OF KENTUCKY
 3                   LOUISVILLE DIVISION
 4    - - - - - - - - - - - - - - -
 5    JEFFREY DEWAYNE CLARK,        )
 6    et al.,                       )
 7              Plaintiffs,         )
 8    v.                            )   CASE NO.
 9    LOUISVILLE JEFFERSON          )   3:17-CV-00419-GNS-CHL
10    COUNTY METRO GOVERNMENT,      )
11    et al.,                       )
12              Defendants.         )
13    - - - - - - - - - - - - - - -
14
15
16          REMOTE DEPOSITION OF JUDY MELINEK, M.D.
17                 TUESDAY, JUNE 21, 2022
18
19
20
21
22        BY:  SARAH JEAN MACDEVITT, RPR, CSR NO. 14175
23                       455 MARKET STREET, SUITE 970
24                       SAN FRANCISCO, CALIFORNIA 94105
25                                      (415) 597-5600
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:17-cv-00419-GNS-CHL   Document 317-31   Filed 01/26/23   Page 2 of 10 PageID #: 26910
The Deposition of JUDY MELINEK, M.D., taken on June 21, 2022
191

1   one person in the front holding her outstretched hands
2   and one person in the back holding her legs; is that
3   possible?
4       A.  That's possible.
5       Q.  All right.  Let's turn to your report, Doctor.
6   Page 3.  Let me know when you are there.
7       A.  I'm there.
8       Q.  The last paragraph, second sentence:
9           "Based on the positioning of her body at
10          the scene, in the absence of postmortem
11          depredation by animal, she was most likely
12          killed elsewhere."
13          Do you see that?
14      A.  Yes.
15      Q.  Okay.  We've talked -- and you tell me if I'm
16  wrong, but I believe we've talked about the absence of
17  postmortem depredation by animals; agreed?
18      A.  Yes.
19      Q.  Based on her positioning of her body at the
20  scene, what is the basis of your opinion that the
21  positioning of her body at the scene makes it more
22  likely that she was killed elsewhere?
23      A.  The flexion of her legs.  So to me, that
24  indicates she was killed somewhere where her -- either
25  she was killed or she was placed in a position soon


Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1   after death so that she could get full rigor with her
 2   knees flexed because the branches at the scene did not
 3   appear to be sufficient -- both to myself and to others
 4   who have observed it -- to keep those legs in that
 5   flexed position.
 6              So it suggests that she was killed somewhere
 7   else and placed in some sort of posture with the flexed
 8   legs and then dumped at that scene at a later point
 9   because they look like they're defying gravity.  Even
10   with the branches there, they would collapse to the
11   sides.
12       Q.  Is it possible -- this is possible or probable
13   again -- it is possible that she was killed at the field
14   where her body was found?
15       A.  It would not -- I think that is unlikely.  But
16   it is possible.  I can't completely rule it out.
17       Q.  Thank you.
18              Is it possible she was killed at that first
19   bloodstained site, to use your words, and then
20   transported to her final resting place?
21       A.  It is possible.  But, again, I don't think it
22   is likely.  Because at the other bloodstained site, I
23   don't see anything that would make her legs flex.  If
24   she collapsed onto the ground after death, why are her
25   legs flexed?
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:17-cv-00419-GNS-CHL   Document 317-31   Filed 01/26/23   Page 4 of 10 PageID #: 26912
The Deposition of JUDY MELINEK, M.D., taken on June 21, 2022
193

1  Q. Is it possible that she was transported with
2  someone on her legs and then her feet were pushed
3  forward or flexed right before her final resting place,
4  i.e., when they set her down?
5  A. But she would have to be flexed for a
6  significant period of time to develop rigor. Just being
7  moved in a flexed position isn't enough. In fact, if
8  she is already in rigor, that would break the rigor.
9  Q. Poor question on my part.
10  A. So that doesn't make sense to me.
11  Q. Poor question.
12     Is it possible she was placed in that location
13  and when she was placed in her final location, her legs
14  were flexed and rigor developed at that point in time?
15  A. So when you said "that location," you mean the
16  final resting location where she is found?
17  Q. Yes, ma'am.
18  A. Then I don't think that -- if you had flexed up
19  her legs, they would collapse right back down if it was
20  soon after death.
21  Q. Okay. Even --
22  A. So what happens is immediately after death, you
23  are going to completely relax because you no longer have
24  ATP. You don't -- the muscles are not -- it doesn't
25  make sense to me that she was killed and put in that

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:17-cv-00419-GNS-CHL   Document 317-31   Filed 01/26/23   Page 5 of 10 PageID #: 26913
The Deposition of JUDY MELINEK, M.D., taken on June 21, 2022
194

1   location with her legs flexed.
2          It would make more sense to me, based on what I
3   know about rigidity, that she was killed somewhere else,
4   developed rigidity in a flexed posture, and then was
5   moved or dumped at that scene.
6       Q.  And I guess I understand that is your opinion.
7   And I have read that in your report and understand you
8   are steadfast on that today.  I'm simply talking about
9   possibilities.
10         Is my scenario possible?
11      A.  I think it is unlikely.
12      Q.  I know.
13      A.  But, again, my testimony is not just for
14  possible because I'm not supposed to just come up with
15  possible.  I have to think more likely than not.  So,
16  yes, it's possible --
17      Q.  Thank you.
18      A.  -- but I just don't think it is likely because
19  it doesn't seem to comport with what I know about
20  science.
21      Q.  I understand.  The law is a little different in
22  Kentucky when it comes to defendants, so that's why I'm
23  asking these questions.
24         So it is your opinion that she was -- you have
25  this example that she was in the trunk of a car; is that

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:17-cv-00419-GNS-CHL   Document 317-31   Filed 01/26/23   Page 6 of 10 PageID #: 26914
The Deposition of JUDY MELINEK, M.D., taken on June 21, 2022
195

1   right?
2       A.   That would be one speculation for why she is
3   flexed because she wouldn't be able to lie straight in
4   the trunk of a car, and the car would be the most
5   reasonable thing that you would use to transport her.
6       Q.   Okay.  Now, you have already told us she had
7   full rigor in her arms and her legs; correct?
8       A.   Well, you primarily see it in the legs.  But I
9   believe the description was in both.
10      Q.   Yeah.
11      A.   I don't remember if they specifically mentioned
12  the arms.  But the legs, it is visible in the video.
13      Q.   Yeah.  She has full rigor in the arms as well;
14  correct?
15      A.   I believe so.
16      Q.   Okay.  Now she is 5 foot 11 inches, her arms
17  are outstretched over her head.
18           What type of trunk do you envision Ms. Warford
19  would be able to fit in?
20           MS. MCCARTHY:  Objection to form.
21           THE WITNESS:  Again, it could indicate the
22  posture that she was placed in as well.  So I don't
23  know.  You have -- people have trucks.  So if somebody
24  has, for example, a pickup truck with a large bed, the
25  legs could be flexed and the arms could still be

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Case 3:17-cv-00419-GNS-CHL   Document 317-31   Filed 01/26/23   Page 7 of 10 PageID #: 26915
The Deposition of JUDY MELINEK, M.D., taken on June 21, 2022
196

1  extended.  I don't know what car she was transported in,
2  but that's one possibility which would allow the space
3  for her body that way.
4         It could also be the way she is being dragged
5  or put in that location.  You know, I don't recall
6  specifically whether rigor was described in that degree
7  of detail with regards to her arms.  I do recall that I
8  could see it in her legs.  But, you know, normally what
9  you would do is you would feel all the different
10 portions of the body, and you would say it is present in
11 the jaw, it is present in the right arm, left arm, it is
12 passing in some.
13        So I don't remember the description being in
14 full rigor, necessarily, focusing on the arms.  I do
15 remember it focusing on the legs because they are
16 defying gravity.
17 BY MR. KLAUSING:
18     Q.  Yeah.  And if her arms were in full rigor
19 extended over her head on both sides and her legs were
20 simply flexed at her knee, it would be difficult for her
21 to fit in a trunk; agreed?
22     A.  It depends on the vehicle.  So like I said, a
23 flatbed truck would be pretty easy.
24     Q.  And that's why I said trunk, t-r-u-n-k.
25     A.  Yeah.  It depends on the vehicle.  There's some

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:17-cv-00419-GNS-CHL   Document 317-31   Filed 01/26/23   Page 8 of 10 PageID #: 26916
The Deposition of JUDY MELINEK, M.D. taken on June 21, 2022
197

1   vehicles that have large trunks.  I don't know.  I would
2   have -- I don't have enough knowledge about the plethora
3   of American vehicles.  We make very large vehicles
4   nowadays.  We did back then too, especially in rural
5   areas.
6       Q.  Was she killed in a rural area?
7       A.  I don't know where she was killed.  I know
8   where her body was dumped.
9       Q.  Was her body found in a rural area?
10      A.  I would say that it is in a field.  So I could
11  consider that a more rural area then a more urban
12  area -- I would not describe that as an urban area.
13      Q.  You are not able to say more likely than not
14  that she was transported in the trunk of a car; agreed?
15      A.  I would say that's one possible explanation for
16  her posture --
17      Q.  Right.
18      A.  -- but I'm fairly confident that she was not
19  killed in that location based on her posture.
20      Q.  And remember what my question was?  Just try
21  to --
22      A.  Why don't you --
23      Q.  You are not able to say it is more likely than
24  not that she was killed and transported in a trunk of a
25  car; agreed?



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:17-cv-00419-GNS-CHL   Document 317-31   Filed 01/26/23   Page 9 of 10 PageID #: 26917
The Deposition of JUDY MELINEK, M.D., taken on June 21, 2022
198

```
1        A.  I think it is more probable than not that she
2   was transported.  And the most likely thing that she was
3   transported in is a vehicle --
4        Q.  Not my question, Doctor.
5        A.  -- whether it is the trunk of a car or a
6   truck -- well, I can't answer that question, then.
7        Q.  Well, it is in your report, so I'm going to ask
8   you about it.  And if you want to withdraw it, I'll
9   scratch it out.
10           You say "such as in the trunk a car."  As we
11  sit here today, you can't testify within a reasonable
12  degree of medical probability that she was transported
13  in the trunk of a car; agreed?
14           MS. MCCARTHY:  Objection to form.
15           THE WITNESS:  I used such as a trunk of a car
16  as an example.  I don't give a specific car make and
17  model or size --
18  BY MR. KLAUSING:
19       Q.  What was the question?
20       A.  You know what?  I'm -- I can't answer that.
21       Q.  Doctor, you have got to answer my questions.
22  Okay?
23           MS. MCCARTHY:  Joey --
24           THE WITNESS:  I'm really trying.
25           MS. MCCARTHY:  You have been interrupting
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA COURT REPORTERS

Case 3:17-cv-00419-GNS-CHL   Document 317-31   Filed 01/26/23   Page 10 of 10 PageID #: 26918
The Deposition of JUDY MELINEK, M.D., taken on June 21, 2022
216

1  experience with regards to that, and I don't see the
2  hallmarks of Satanism here.
3          So since that was an issue that was raised in
4  the case -- and I believe I'm in agreement with the
5  experts in those cases because -- in this case because
6  they said the same thing, that this did not comport with
7  a ritualistic or Satanic related death.
8      Q.   What elements are you looking for for a
9  ritualistic or Satanic related death?
10     A.   So there would be candles; there would be
11 possibly slaughtered animals; there would be signs of a
12 cult worship, pentagrams, things like that; and there
13 may be signs of torture, which I don't see.
14     Q.   And it is your opinion she was killed out of
15 site, somewhere other than the field; correct?
16     A.   I think it is reasonable to conclude that she
17 was killed elsewhere based on the positioning of the
18 body and the fact that she has flexed legs that indicate
19 that she went into rigor somewhere else where the legs
20 would be flexed.
21     Q.   And are -- would you agree with me that an
22 upside down cross or an inverted cross can be consistent
23 with Satanism?
24     A.   It is possible, but it could also be just
25 decorative.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com