1          COMMONWEALTH OF KENTUCKY

2              46TH JUDICIAL CIRCUIT

3            MEADE CIRCUIT COURT

4                  DIVISION I

5    INDICTMENT NOS. 92-CR-00042 AND 92-CR-00043

6

7          COMMONWEALTH OF KENTUCKY,

8              PLAINTIFF/RESPONDENT

9

10                  VS.

11

12   GARR KEITH HARDIN AND JEFFREY DEWAYNE CLARK,

13              DEFENDANTS/MOVANTS

14

15      HEARING - MOTION FOR A NEW TRIAL DAY

16

17

18

19

20

21

22

23

24

25   DATE:  JULY 13, 2015



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

HEARING - MOTION FOR A NEW TRIAL taken on July 13, 2015
109

```
 1        JUDGE BUTLER:  Okay.  All right.  May this
 2   witness be excused?
 3        MS. SMITH:  He's excused finally.
 4        JUDGE BUTLER:  He's just asked me if he could
 5   speak to you and the Commonwealth.  Do you-all want
 6   to take a five-minute break?
 7        MS. SMITH:  Yes, sir.
 8        JUDGE BUTLER:  Okay.
 9                  (OFF THE RECORD)
10        JUDGE BUTLER:  All right.  Everybody back in
11   the courtroom.  We're on the record.  You may call
12   your next witness.
13        MS. SMITH:  Your Honor, I would call Jeffrey
14   Clark.
15        JUDGE BUTLER:  All right.  Mr. Clark.  Stand
16   right there just a moment.  Do you swear or affirm
17   the testimony you are about to give is the truth,
18   the whole truth, and nothing but the truth?
19        THE WITNESS:  Yes, sir.  I do.
20        JUDGE BUTLER:  All right.  Have a seat in the
21   witness chair and I will ask you like I've asked all
22   of the other witnesses to be sure and speak up so I
23   can hear you.
24        THE WITNESS:  Yes, sir.
25        JUDGE BUTLER:  Have a seat, make yourself
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        comfortable.  Let's start off by you stating your

 2        name, please?

 3               THE WITNESS:  My name is Jeffrey Dewayne Clark.

 4               JUDGE BUTLER:  Thank you.  You may ask.

 5                       DIRECT EXAMINATION

 6   BY MS. SMITH:

 7        Q    Jeff or Mr. Clark, you testified at the trial

 8   of this matter?

 9        A    Yes, ma'am.

10        Q    And I don't want to reiterate your trial

11   testimony here but I think we should just put a few

12   things.  And, obviously, you were friends with Keith?

13        A    Yes, ma'am.

14        Q    And when did you get to know him?

15        A    I got to know him about -- it was when I moved

16   up from Alabama, we went to school together.

17               JUDGE BUTLER:  Can you-all hear him?

18               MR. WILLIAMS:  I can't hear him.

19               JUDGE BUTLER:  Speak up a little bit louder,

20        Mr. Clark, please.

21        A    I got to know him when I moved up from

22   Alabama. I got to know him, we went to school together.

23   BY MS. SMITH:

24        Q    And so were you in grade school, high school?

25        A    Middle school or high school.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    Q    And did you -- how did you get to know Rhonda
2  Warford?
3    A    Well, actually, Rhonda was my friend.  I
4  picked her up one night and we got to talking to her and
5  Tonya Greer.
6    Q    Now, when you say "picked her up," you don't
7  mean physically or...?
8    A    Oh, no.  They was walking down the road.  I
9  stopped by.  I had asked them where a party was supposed
10  to have been at.
11    Q    And so you gave them a lift or a ride --
12    A    Well --
13    Q    -- did you mean?
14    A    Yeah.  Well, they said the party was with me,
15  you know, we'd go have one, so...
16    Q    I see.  So you -- how did Rhonda meet Keith?
17    A    I actually introduced Rhonda to Keith.
18    Q    And they started going out?
19    A    Yes, ma'am.
20    Q    Now, at some point, did Keith move into -- you
21  had a trailer?
22    A    Yes, ma'am.
23    Q    And where was that located?
24    A    It was located off Newburg Road at Bluegrass
25  Mobile Homes.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:17-cv-00419-GNS-CHL   Document 317-33   Filed 01/26/23   Page 5 of 67 PageID #:
27004
HEARING - MOTION FOR A NEW TRIAL - taken on July 13, 2015
112

1      Q    And at some point did Keith move into the
2  trailer with you?
3      A    Yes, ma'am.
4      Q    And what had to happen before Keith could move
5  into the trailer with you, you know, in terms of your
6  parents and their concerns?
7      A    Oh, they was concerned that he was still into
8  his devil worshiping because when he was a kid, he had
9  dabbled in it and everybody just stayed away from him at
10  that point in time.  And anyway, his mom had called my
11  mom and said that he was out of it.  So and he told me
12  he was, so --
13          MR. WILLIAMS:  Objection.
14      A    -- he moved in.
15          JUDGE BUTLER:  Sustained.  Hearsay.
16      Q    Now, obviously, at one point, Rhonda went --
17  was missing?
18      A    Yes, ma'am.
19      Q    And how did you find out that she was actually
20  murdered?
21      A    I think when I found out is from Keith's
22  family because they called over there saying that Rhonda
23  had been found dead.
24      Q    Now, did -- how quickly did the police come
25  and start talking to you about --

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    A    I think it was that -- that week.

2    Q    And did you cooperate with them?

3    A    Yes, ma'am.

4    Q    How many times were you taken to the

5    Louisville Police Department?

6    A    Probably three times.

7    Q    Can you describe, you know, what happened when

8    you were taken to the police department?

9    A    Well, the first time I went to the police

10   station, we went to go in and Detective Mark Handy, he

11   stopped me.  He said, "I need to pat you down because

12   everybody says that you always carry a knife on you."

13   And I told him, I said, "I ain't got no knife on me."

14   So he patted me down, checked me, then we went in, sat

15   down, and started talking at his desk.  When you first

16   walk in, his desk was the desk on the left.  And Joe

17   Greer was also there.

18   Q    And so how long did you stay at the police

19   department that day?

20   A    I think I stayed there from -- because the

21   first time they tried to talk to me, I wasn't at home to

22   begin with.  I think they come back about 10:00 and I

23   stayed there until almost 10:00 at night.

24   Q    So a long time?

25   A    Yes, ma'am.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:17-cv-00419-GNS-CHL  Document 317-33  Filed 01/26/23  Page 7 of 67 PageID #:
27006
HEARING - MOTION FOR A NEW TRIAL - taken on July 13, 2015
114

1      Q    And how many different police officers or

2 detectives tried to talk to you?

3      A    It was Detective Handy, Sheriff Greer, I think

4 Cliffie Wise was there once.  Gene Sherrard, Hope Greer,

5 and then some other little blonde headed woman that was

6 with Hope Greer.

7      Q    And how old were you at this time?

8      A    At that time, I was 21.

9      Q    So during these interrogations, and I'm going

10 to say you went to the police station three more times

11 after that, didn't you?

12     A    I think I went a total of three times.

13     Q    Were you given a polygraph test at some point?

14     A    Yes, ma'am.

15     Q    How many times?

16     A    I was given a polygraph test three times.

17     Q    Did anyone ever threaten you while you were at

18 the police station?

19     A    Yes, ma'am.  A couple of times they did.  And

20 then that's like with the polygraph exam, Detective

21 Handy would sit there and he went through all the

22 pictures showing you the pictures first of Rhonda

23 deceased.  You know, then they took you over there and

24 they started asking you questions on the polygraph test.

25 Well, do you know anything about the murder.  Well, how

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   do you answer the -- answer that question when he's done

2   showed you the actual film footage of a murder -- well,

3   pictures.  So it was kind of -- they kept -- because

4   they kept coming back saying, "Well, it wasn't clear

5   enough, so I had to take two more after that one."

6       **Q     Did they ask you to take -- or to give them**

7   **any of your clothing or shoes, or anything like that?**

8       A     Oh, yes, ma'am.  Because Detective Handy, my

9   tennis shoes had had like a red spot on them and he

10  said, "He believed that was blood," so I gave him my

11  shoes and then I also told him and Greer that they could

12  have all my clothes at the house, and everything.

13      **Q     So you were trying to be helpful?**

14      A     Yes, ma'am.  Anything they wanted, I gave

15  them.

16      **Q     Did they search your home?**

17      A     Yes, ma'am.

18      **Q     And which -- how -- did they search your**

19  **trailer?**

20      A     Yes, ma'am.  They searched my trailer and my

21  mom and dad's house.

22      **Q     At the time Rhonda was killed were you living**

23  **in the trailer?**

24      A     No, ma'am.  I had moved back home.

25      **Q     And did anyone ever take anything out of your**

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:17-cv-00419-GNS-CHL   Document 317-33   Filed 01/26/23   Page 9 of 67 PageID #: 27008
HEARING - MOTION FOR A NEW TRIAL taken on July 13, 2015

116

1  home that had anything to do with satanic anything?

2      A    No, ma'am.  That's at both residence.

3      Q    Now, Detective Handy talked about knives and,

4  obviously, knives were introduced into evidence.  Can

5  you tell the Court about your stepfather and the

6  collection of knives that he had?

7      A    Well, me and my stepdad, he worked at Kentucky

8  State Flea Market.  He had went in and he had also set

9  up off 7th Street, so he had a big knife collection that

10 he would always set up and sell, Had a little case,

11 Double X, all different kinds of knives.  And then I had

12 my knives that was in glass cases because my Uncle Jimmy

13 was in the military.  Every time he'd go overseas, he

14 would always have me a knife made or bring it back, hang

15 it up.

16     Q    And your uncle's knife, were remarks made

17 about that?

18     A    Yes, ma'am.  Everybody because I think if

19 prosecution's still got it back there in evidence, they

20 can see it's got pearl handles.  Have you ever seen,

21 like, Sinbad -- or I mean yeah, Sinbad, you know, how

22 he's got the knife with the curve?  Well, my Uncle

23 Jimmy, he had went overseas and he got it.  It has pearl

24 handles.  It has a horsehead and the blade's curved like

25 a Arabic or something knife.  So everybody always, ha-

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  ha, that's a sacrificial knife or something.

2      Q    So that was what was -- that was used against

3  you in the trial?

4      A    Yes, ma'am.

5      Q    But that was not the intention of your uncle

6  in giving it to you?

7      A    No, ma'am.  I had all different kind of

8  knives. I even had his military knife from when he was

9  in Vietnam.

10     Q    And though the majority of the knives were

11 under glass, were they not?

12     A    They was all in glass cases.

13     Q    Now, when you were picked up, there was a lot

14 of kind of to-do about whether or not you and Keith told

15 Detective Handy and Sheriff Greer about the Chevron

16 Station and that you had stopped there the night that

17 they presume Rhonda was killed?

18     A    Yes.  I had told them about the Chevron

19 Station.

20     Q    Tell the Court what happened at the Chevron

21 Station?

22     A    Well, because at the Chevron Station that

23 night when we first pulled in, I was sitting there, I

24 got into it with a whole bunch of black guys because

25 they was being loud and stuff.  And that's when Ray

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  Posey, he actually -- well, he's a clerk.  I didn't know

2  who he was at that time.  He called the police over the

3  incident.

4       Q    So when you say "you got into it with them,"

5  were they --

6       A    Yeah.  Because he was having trouble with

7  them, too.

8       Q    So you kind of helped him with the situation?

9       A    Well, no.  I just got caught up in the middle

10  of it, because when I pulled in to go in and get

11  cigarettes.

12       Q    I see.  So later on did Ray Posey end up

13  testifying on your behalf?

14       A    Yes, ma'am.

15       Q    And he remembered that incident?

16       A    Yes, ma'am.

17       Q    Now, did the law enforcement ever try to get

18  surveillance footage of it?

19       A    Mark told me they did but he said that they

20  only kept it for a couple of days or something like

21  that.

22       Q    Now, at some point you were arrested?

23       A    Yes, ma'am.

24       Q    We heard a little bit about your car, your

25  Nova?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1        A     Yes, ma'am.

2        Q     **What color was it?**

3        A     It was -- actually, it wasn't a dark blue, it

4   was like a light bluish-green and it had primer, gray

5   primer and brown primer on it.

6        Q     **How much primer was on it?**

7        A     Well, actually the primer the day they got the

8   car from me, Detective Handy and Greer, the day they got

9   it, that's the reason why I give it to them, because it

10  had rust in the quarter panels and you're not -- I

11  worked at an automotive shop on the street.  Well,

12  anyway, you're not allowed to work on your cars at the

13  shop so I had to work on it at home.  Well, the rear

14  quarter panels was rusted so anyway I started fixing

15  them, and I had to put primer on it.  Well, when

16  Detective Handy walked up, he started hollering "Oh,

17  you're trying to disguise that car. What are you

18  hiding?"  I told him I wasn't hiding nothing. He said,

19  "So we can take the car."  I said, "Sure.  You can have

20  the car."  Sign it right there.  You got it.

21       Q     **So did they also take your truck?**

22       A     No.  The truck was at the junkyard already by

23  then.

24       Q     **Oh, I see.  So they took your Nova?**

25       A     Yes, ma'am.



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:17-cv-00419-GNS-CHL   Document 317-33   Filed 01/26/23   Page 13 of 67 PageID #: 27012
HEARING - MOTION FOR A NEW TRIAL taken on July 13, 2015
120

1      Q      Did they process that?

2      A      Yes, ma'am.

3      Q      And did they find any of Rhonda's blood in

4    there, for example?

5      A      No, ma'am.

6      Q      Did -- and they did say that they found her

7    fingerprint?

8      A      Yes, ma'am.

9      Q      How many times do you estimate you -- Rhonda

10   was in that -- that blue Nova?

11     A      She had been in there numerous times.

12     Q      Why was that?

13     A      Because she was my friend.  You know, that's

14   like the other two fingerprints you-all found that you-

15   all didn't test.  If you-all had tested them, you'd have

16   seen that they was Michelle's over there or Correll

17   Teachman's (phonetic), but nobody wanted to say that.

18   So you just want to show that it was just Rhonda's and

19   that we did something to her.  She was my friend.  I

20   don't care what anybody says.  She wasn't perfect but

21   she was my friend.

22     Q      And did she own a car?

23     A      No.  She did not own a car.

24     Q      So did Keith own a car?

25     A      Yes, ma'am.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1     Q     And did that car function?  Did it work?

2     A     No.  Because that's the reason why I was

3  giving him a ride there in December.

4     Q     So you gave them a ride when their car -- when

5  the vehicle that Keith owned didn't work?

6     A     Yes.

7     Q     And that's the last time Rhonda was in the

8  car?

9     A     Yes.  It was about the middle of December.

10     Q     Now, I'm sorry, pull you back to you were

11  arrested.  Did you try to run away?

12     A     No, ma'am.

13     Q     Did the car fail to start --

14     A     No, ma'am.

15     Q     -- in dramatic fashion?

16     A     No, ma'am.

17     Q     Now, let's talk about Clifford Capps for a

18  second.  Was he at the jail when you first got there?

19     A     No, ma'am.  Not that I know of.

20     Q     Do you remember when exactly he was put into

21  the cell with you?

22     A     I can't remember exactly when.  He was only

23  there for like three days.  And he wasn't ever put in

24  the cell with me.  I stayed in the cell with Jerry Mabry

25  the whole entire time.  And Mr. Mabry testified to that

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:17-cv-00419-GNS-CHL   Document 317-33   Filed 01/26/23   Page 15 of 67 PageID #: 27014
HEARING - MOTION FOR A NEW TRIAL - taken on July 13, 2015
122

1    at trial.  Clifford Capps, I wouldn't have spoke to him

2    to begin with because a jailer by the name of Mullins

3    which you can check on that, and Tim Emery, both of them

4    -- Mullins come in there and said he'd like to strangle

5    his little neck because he got his own son into trouble.

6    Tim Emery, he was a jailer at that time.  He come over

7    there, he said, "Look boys," he said, "I want you-all to

8    know this guy's been bounced around every cellblock in

9    this thing."  He said, "So you don't want to tell him

10   nothing you don't want to know."

11        Q    So you had been warned about Clifford Capps?

12        A    Yes.

13        Q    Did you ever --

14        A    And plus Jerry Mabry already knew about him

15   anyway.

16        Q    Did you ever meet Roy Milanson?

17        A    No, ma'am.  Not personally.

18        Q    And you don't know anything about his case

19   Colorado and all that?

20        A    The only thing I know about it is whenever the

21   letter surfaced, because what happened was Bart --

22        Q    Well, let's get to Bart when the letter

23   surfaced.  You hired Bart Adams to represent you?

24        A    Yes, ma'am.  My family did.

25        Q    Your family did.  And go ahead, then, I'm

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:17-cv-00419-GNS-CHL  Document 317-33  Filed 01/26/23  Page 16 of 67 PageID #: 27015
HEARING - MOTION FOR A NEW TRIAL 7015 taken on July 13, 2015
123

1    sorry.

2        A    Anyway, they hired Bart Adams to represent me.

3    The letter surfaced about Capps writing a letter to

4    Justice.  Anyway, then when Bart and them got to

5    checking into it, Capps had been flown to Colorado to

6    testify against Roy Milanson out there.  Well, they

7    didn't -- from what Bart had told me, he stated that

8    Capps wasn't allowed -- that the prosecutor took him

9    into Judge's chambers and asked him about it, and that

10   Capps wasn't allowed to testify out there due to the

11   fact that he was lying on us and that we would be

12   getting a new trial.

13       Q    Now --

14       A    This was after we was already sentenced.

15       Q    **Was there ever a hearing held on that letter?**

16       A    No, ma'am.

17       Q    **Okay.  Now, going back to Bart Adams.  Was**

18   **there a point where Bart, you know, said on the record**

19   **that he believed you to be an innocent man?**

20       A    Yes, ma'am.  He always -- well, to begin with

21   he didn't -- he wasn't kind of on board, because he

22   wanted to check all the evidence and everything.  And

23   once he checked it, he kept saying, "I can't believe

24   that you-all are arrested and in jail."  And then when I

25   got found guilty, I was like, you know, "How do you get

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

 1   found guilty for something you didn't do?"  And then

 2   when they found out about the letter about Capps, he

 3   called to the jail, wanted me to call him.  Anyway, when

 4   I called him, he said, "Look," he said, "You're not

 5   going to prison."  He said, "We found out about a letter

 6   about Capps.  He had been out to Colorado testifying and

 7   he was stating that somebody was saying that Greer knew

 8   about that letter at that time.

 9        Q    So did you ever -- did you ever hear Bart

10   Adams say on the record, that he was convinced you were

11   an innocence man?

12        A    Yes, ma'am.  I think it was in a -- one

13   hearing.

14        Q    A pretrial hearing.

15            MR. RYAN:  I hate to keep objecting but I just

16       don't see the relevance of what his counsel's

17       opinion was.

18            JUDGE BUTLER:  Sustained.

19            MS. SMITH:  Just trying --

20            JUDGE BUTLER:  Well, he mentioned something

21       about Greer.  Which -- aren't there two Greers

22       involved in this case?

23            MS. SMITH:  Yes, sir.

24            JUDGE BUTLER:  Which one's he talking about.

25            THE WITNESS:  I'm talking about Sheriff Greer

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   is what --

2       JUDGE BUTLER:  Meade County Sheriff Greer?

3       THE WITNESS:  Yes, sir.

4       JUDGE BUTLER:  Okay.  And what was his

5   testimony?  What'd he say about Meade County Sheriff

6   Greer?

7       THE WITNESS:  I said that Bart Adams had told

8   me -- what had happened was I was in jail waiting to

9   go to the Rotary Farm.  Anyway, Bart Adams called

10  the jail, wanted me to call him.  So I called him.

11  When I called him, he said, "You're not going to be

12  going to prison, he said we found out that Capps had

13  wrote a letter to Justice lying on us and that --

14  Justice was saying that Sheriff Greer had a copy of

15  the letter and knew about it."

16      JUDGE BUTLER:  Okay.  All right.  Thank you.

17      MS. SMITH:  Judge if I can respond to the

18  objection about --

19      JUDGE BUTLER:  Okay.

20      MS. SMITH:  -- Bart Adams.  I'm simply -- there

21  was some question as to Bart's sincerity, and I'm

22  just trying to establish that this isn't a recently

23  fabricated thing on Bart's --

24      JUDGE BUTLER:  Who questioned Bart's sincerity?

25      MS. SMITH:  These gentleman.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1          MR. RYAN:  I have no question about his
 2     sincerity.
 3          MR. WILLIAMS:  We didn't question his
 4     sincerity.
 5          JUDGE BUTLER:  We're chasing rabbits now.
 6     Let's get back on point why we're here.
 7  BY MS. SMITH:
 8     Q    Now, I'd like to talk to you about Amy
 9  Rumsberg.  Now, who was she?
10     A    Amy Rumsberg was a girl that I had dated.
11     Q    Was she related to anyone that was involved in
12  this case?
13     A    Yes.  Her uncle was Tim Liebers on the police
14  department.  And then she had a family friend that sat
15  on the jury and then you had Clifford Capps that went to
16  school with her.
17     Q    Now, you had dated Amy for quite some time?
18     A    Yes.  Up in Louisville.
19     Q    What happened that caused you two to break up?
20     A    Well, I -- the record shows that I was working
21  two jobs.  I was working Automotive Specialists in the
22  morning and I was working at Papercone running a
23  printing press at night.  Well, it was on a Friday and I
24  decided to take off work from Papercone on a Friday
25  night.  So anyway, I go home and when I go in the door,
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1   because we had just had -- supposed to had a daughter.
 2   Anyway, I go in the trailer, I hear Amy back there
 3   laughing.  I go back because the back bedroom door's
 4   slid shut, so I opened it up, she jumps up out of bed
 5   naked and she throws this blanket around her.  Anyway,
 6   she's like "It's not what you think it is."  I'm like
 7   "I'm waiting for a guy or something to get out of the
 8   closet, come up under the bed, and then I look down and
 9   there's Randy, her 8-year-old boy naked in bed.  And I
10   told her "Hell, no, you're getting the fuck up out of
11   here."  And that's when I called her mom and told her
12   mom to come and get her and her shit.  So when her mom
13   got there, I told her mom what happened. Then she was
14   trying --
15            MR. RYAN:  Your Honor, I object to the
16        relevance of this.
17            MS. SMITH:  Well --
18            JUDGE BUTLER:  Overruled.
19        A    And anyway I didn't want to let her have
20   Heather, because that's where I threatened her because
21   she went on and left.  The next day I get arrested
22   because Amy went and took charges out against me for
23   domestic violence, terroristic threatening, and wanton
24   endangerment.  So we went to the Jefferson County Family
25   Court sometime later and there and there, Attorney John
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  Rankin was my attorney at that time.  Anyway we was

2  trying to get blood tests done on the baby girl that was

3  supposed to have been mine and that's when Amy started

4  testifying she got up under her oath because the judge

5  put her up under oath because she was saying that the

6  baby was Scotty Paget's.  It wasn't my kid.  So anyway,

7  the John Rankin was trying to get her up on charges for

8  child molestation but nobody believed it because it was

9  just my word against hers.  So anyway it proceeded with

10  the criminal stuff.

11  BY MS. SMITH:

12      Q    Now, at one point you were given advice about

13  whether or not you wanted to reveal all of this at the

14  trial?

15      A    Yes.  Now, Bart Adams when he asked me why

16  this girl hated me so bad, I told him.  And he told me

17  that, "No, you don't want to say nothing about that,

18  because everybody will hate you because trying to say a

19  mom is molesting."  I said, "Well, that's what

20  happened."  He's like that would be stupid to say that.

21      Q    And did sometime later you find out that Amy

22  Rumsberg, in fact, had pled guilty to charges about

23  molesting her child?

24      A    Yes.  Actually, I think it was either Bart or

25  my now ex-wife, Rebecca Clark, sent me a thing in the

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    mail showing where Amy had been admitted, pled guilty to

2    molesting her kids a year before she ever even knew me.

3              MS. SMITH:  Now, Judge, if I may approach.

4        This is a certified copy of --

5              MR. WILLIAMS:  We object to the relevance of

6        that.  That's dated 1999.

7              MS. SMITH:  Yeah.  A certified copy of --

8              JUDGE BUTLER:  Hold on just a second.  You're

9        objecting to what, David?

10             MR. WILLIAMS:  I mean, this -- she's bringing

11       up stuff that happened several years later.  I don't

12       know how it bears on --

13             MS. SMITH:  Your Honor, I'm marking as

14       Defendant's Exhibit 24 and asking to put into

15       evidence a certified copy from this very Court,

16       meaning Meade Circuit Court 1999.  Certified copy of

17       Judgment and Sentence on a Plea of Guilty entered by

18       Amy Paget.  This is new evidence that's come about

19       since the 1995 trial in this matter and would have

20       been introduced against Amy Rumsberg when she

21       testified against Mr. Clark in that proceeding,

22       Judge.

23             MR. WILLIAMS:  Let me point out, Your Honor --

24             JUDGE BUTLER:  How could it have.  It happened

25       after the trial.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

 1          MS. SMITH:  That's what I'm saying.  It's new

 2    evidence since the time of the trial.

 3          THE WITNESS:  May I say something, Your Honor?

 4          JUDGE BUTLER:  But the offenses were committed

 5    after the trial?

 6          THE WITNESS:  No, sir.  It wasn't.

 7          JUDGE BUTLER:  Hold on just a second.  I'll

 8    talk to your lawyer.

 9          MS. SMITH:  They weren't, Judge.  The

10    indictment --

11          JUDGE BUTLER:  That's what this judgment says.

12          MS. SMITH:  The indictment was --

13          JUDGE BUTLER:  It says the offenses were

14    committed on or after -- on or about August 1996,

15    September, October, November, December of '96,

16    January, February '97.

17          MS. SMITH:  My understanding was that her ex-

18    husband had -- had the boy who had said that he had

19    in fact been molested at 8 years of age.

20          MR. WILLIAMS:  Judge, we're getting into way --

21          MS. SMITH:  Now, whether --

22          JUDGE BUTLER:  Sustained.  This -- I don't know

23    how it can -- this -- this -- the Court record says

24    these occurred after -- not even after the offense,

25    after the trial of this matter.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

 1          MS. SMITH:  Yes.

 2          JUDGE BUTLER:  How can it be relevant?

 3          MS. SMITH:  Because, Judge, he couldn't impeach

 4    her with the truth of the matter that he knew about

 5    all of that and that that's why she was so angry and

 6    had such vitriol for him while she was on the stand,

 7    and later, you know, he could have proven that.  At

 8    that time, he didn't have any evidence that she had,

 9    in fact, molested her son.

10          JUDGE BUTLER:  Well, in 1995, he didn't have

11    this.

12          MS. SMITH:  I know.

13          JUDGE BUTLER:  It came up after.

14          MS. SMITH:  Yes, sir.

15          JUDGE BUTLER:  The events allegedly occurred --

16    the facts of this occurred before, or after the

17    trial.

18          MS. SMITH:  Well, but Your Honor --

19          JUDGE BUTLER:  How could he have impeached it

20    in 1995 if something happened in 1996?

21          MS. SMITH:  Because I believe that the

22    allegations, not necessarily the ones that she

23    entered a plea to, but there were allegations that

24    she had molested her son at the age of 8 which was

25    the time he was living with Mr. Clark.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:17-cv-00419-GNS-CHL   Document 317-33   Filed 01/26/23   Page 25 of 67 PageID #: 27024
HEARING - MOTION FOR A NEW TRIAL 2024 taken on July 13, 2015
132

1       JUDGE BUTLER:  But you're apparently believing

2   that this after the fact, after 1995 where she'd

3   been convicted, indicates that she was probably

4   guilty earlier. That's what you're -- is that what

5   you're telling me?

6       MS. SMITH:  I'm --

7       JUDGE BUTLER:  That's what I can follow you.

8       MS. SMITH:  And I'm also saying, Judge, that if

9   there -- if you were to decide that this -- that

10  these men are entitled to a retrial, that this would

11  be able to be used against Amy Rumsberg at this

12  time.

13      JUDGE BUTLER:  Well, that would be a new trial

14  in the future?

15      MS. SMITH:  Yes, sir.

16      JUDGE BUTLER:  But we've got to deal with this

17  1995 trial.

18      MS. SMITH:  Yes, sir.  And what I'm saying is

19  that there were allegations that she had molested

20  her son when he was with Mr. Clark.

21      JUDGE BUTLER:  I understand.  You've gotten

22  that out.  I'm going to sustain the objection.

23      MS. SMITH:  Okay, sir.

24      JUDGE BUTLER:  You can put it in by avow if you

25  want to.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1          MS. SMITH:  I would like that, Judge.

2          JUDGE BUTLER:  Is that a certified copy?

3          MS. SMITH:  It is.

4          JUDGE BUTLER:  Okay.  24?

5     (DEFENDANT'S EXHIBIT 24 MARKED FOR IDENTIFICATION)

6          CLERK:  Yes.

7          JUDGE BUTLER:  Okay.  Do you have it?

8          CLERK:  I do, Judge.

9          JUDGE BUTLER:  Okay.  You can continue on.

10    BY MS. SMITH:

11        Q    **When you were being interviewed by the police,**

12    **did you notice whether or not there were any recording**

13    **devices in the police station?**

14        A    Yes, ma'am.  They -- all the desks in the --

15    where the detectives sit had recording devices on it.

16    Then the table that they kept me handcuffed to, because

17    when you walk into homicide division, turn to the left,

18    first room on the left there which I think that's the

19    only room on the left, there's this big wooden table

20    with this metal bar around it that they handcuff you to.

21    You had tape recorders there plus you had a video camera

22    on a tripod sitting over there.

23        Q    **So were any of the times that you were**

24    **interviewed or interrogated by the Louisville detectives**

25    **or Sheriff Greer, or any, were those ever recorded?**

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

 1          A     No, ma'am.

 2          Q     Now, there was a point in the trial -- I'm

 3    sorry I'm skipping around.  A point in the trial where

 4    Ms. Rumsberg testified that you had a tattoo on your

 5    arm.  Can you tell the judge about that?

 6              THE WITNESS:  Well, Your Honor, if you would,

 7          I'd like to do this either in chambers or I'd get

 8          butt hole naked here.

 9          A     I do not have -- per Mr. Ryan and every

10    pleading has always stated that I've got an upside down

11    cross or a regular cross.  I have no tattoos on my body

12    nowhere. Never had none.  Never will have none.

13    BY MS. SMITH:

14          Q     Do you have any kind of scar that looks like

15    an upside down cross?

16          A     No.  I have no scars.

17              THE WITNESS:  The only scars I have is -- may I

18          stand up, Your Honor -- is these right here and I

19          can lift my shirt and show you.  Them are from

20          surgery from when I had a cyst in my arm and they

21          had to take bone marrow and bone out of my hips to

22          do this arm.

23              JUDGE BUTLER:  Okay.

24    BY MS. SMITH:

25          Q     During the trial of this matter --

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

HEARING - MOTION FOR A NEW TRIAL taken on July 13, 2015

135

```
 1              THE WITNESS:  See, I ain't got nothing.
 2        Q    -- did you take your shirt off and walk before
 3   the jury?
 4        A    Yes, ma'am.  I did.
 5        Q    And the jury could see that you didn't have
 6   any mark that had been alleged to have been on your
 7   body?
 8        A    Well, that's what I'd always thought until --
 9   because I've litigated --
10              MR. WILLIAMS:  I don't know whether he can
11        testify what the jury --
12              JUDGE BUTLER:  He can't.
13              MR. WILLIAMS:  -- could see.
14              JUDGE BUTLER:  He can't testify what the jury
15        thought.
16              MS. SMITH:  Well --
17              JUDGE BUTLER:  I've read in the motion or
18        somewhere where he did take his shirt off and was
19        exhibiting himself to the -- at the order of the
20        Court to the jury.
21              MS. SMITH:  Yes, sir.
22              JUDGE BUTLER:  Okay.
23   BY MS. SMITH:
24        Q    Now --
25              MR. RYAN:  Your Honor, could I explain.  I'm an
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

1   appellate lawyer and, of course, I wasn't present at

2   the trial and we have to rely on whatever's in the

3   appellate record.  What I was relying upon was what

4   Ms. Paget -- Rumsberg testified to and he's off the

5   video at that part of the trial.  You can't see what

6   the jury saw or what they didn't, so I just recited

7   what was in the record.

8        MS. SMITH:  Your Honor, actually, you can see

9   him.  He stands up before the camera without a shirt

10  on. It's very clear that there's nothing on his

11  body.

12       JUDGE BUTLER:  Well, was there a finding made

13  that there's a tattoo or just the --

14       MS. SMITH:  No.  Judge Monarch had him walk up

15  and down in front of the jury and Perry Ryan is

16  correct. At that point, you can't see him.  But when

17  he initially stands up and walks and shows the

18  judge, you can see there's nothing on him.

19       JUDGE BUTLER:  And what precipitated him doing

20  that.  Was it a -- was he accused of having this?

21       MS. SMITH:  Yes, sir.  Amy Rumsberg said that

22  on his left --

23       JUDGE BUTLER:  She testified to that?

24       MS. SMITH:  She testified that he had an upside

25  down cross.  And that was part of the proof of his

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    Satanism.

2       JUDGE BUTLER:  Get up and take your shirt off

3    if you don't mind.  I think this -- he can't -- have

4    to take the cuffs off.  Hold on a second.  Is that

5    an issue?

6       MS. SMITH:  Well, it is in that Amy Rumsberg,

7    you know -- okay, the vitriol that this woman

8    testified against him with and she was one of the

9    only ones that said anything other than that Hope

10    Jaggers who's kind of cuckoo, but Amy Rumsberg's the

11    only one that said Jeff had anything to do with

12    Satanism and she backed it up by saying that he had

13    this mark on his arm of an upside down cross.

14       JUDGE BUTLER:  And Judge Monarch had him take

15    his shirt off --

16       MS. SMITH:  That's correct.

17       JUDGE BUTLER:  -- and displayed his body to the

18    jury.  So -- so what?  I mean --

19       MS. SMITH:  So he didn't have that mark.

20       JUDGE BUTLER:  Well, do we think the jury -- do

21    you think the jury -- is there something that

22    indicates that the jury thought he had a mark?

23       MS. SMITH:  No, Your Honor.  I'm simply saying

24    that there was no proof of him being involved in

25    Satanism in any way.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:17-cv-00419-GNS-CHL   Document 317-33   Filed 01/26/23   Page 31 of 67 PageID #:
27030
HEARING - MOTION FOR A NEW TRIAL 2030 taken on July 13, 2015
138

1    JUDGE BUTLER:  Okay.

2    MS. SMITH:  There was never any evidence that

3  was brought in that way.  And it's been -- he's been

4  repeatedly accused of that, not just by the

5  prosecutor in the trial, but also in appellate

6  proceedings.

7    MR. WILLIAMS:  Okay.  The jury saw and can draw

8  its own conclusions about whether or not he had a

9  tattoo. They could use that however they saw fit.

10  And they obviously did.  She jumps to the conclusion

11  that they was no evidence considered by the jury of

12  whether or not he was into Satanism.  That's the

13  jury call.  How they interpreted that information is

14  the province of the jury.

15    MS. STAPLES:  Your Honor, it's still being

16  advanced by the Commonwealth today.

17    MS. SMITH:  It was in the response, Judge.

18    JUDGE BUTLER:  Let me see.

19    THE WITNESS:  Your Honor, may I say something?

20    JUDGE BUTLER:  Uh-huh.

21    THE WITNESS:  Because I've litigated against

22  Perry T. Ryan almost my whole bit, he knows that.  I

23  have not laid down on this case at all to prove my

24  innocence. And he has repeatedly stated that I've

25  had this mark, I want it made clear so that way

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

```
 1   everybody --

 2        JUDGE BUTLER:  Okay.  So where was the

 3   testimony that he had a mark?

 4        MS. SMITH:  Your Honor, on page 11 of the

 5   recently filed response from the Commonwealth it --

 6   he says, "Amy Rumsberg Paget" -- this is Mr. Ryan's

 7   pleading, "testified that she was an ex-girlfriend

 8   of Clark and the mother -- she and Clark lived

 9   together -- she explained he was once involved with

10   satanic worship, that he owned numerous knives and

11   guns, and that he had an inverted cross on his

12   shoulder."

13        JUDGE BUTLER:  Okay.

14        THE WITNESS:  See, Your Honor.

15        JUDGE BUTLER:  I see one shoulder.  Let me see

16   the other one.  Turn around.  Does anyone want to

17   point out a tattoo or a cross?

18        MR. RYAN:  One thing I'm -- I don't mean to get

19   out of order here, but you testified at trial that

20   you had a scar from childhood.

21        THE WITNESS:  Yes.  These three scars right

22   here the same made from one surgery.

23        MR. RYAN:  Is that a scar up there, on your --

24        THE WITNESS:  Yes, sir.  May I walk over, Your

25   Honor?  You can see, bone marrow was taken from my
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

1   hips and put into my shoulder.

2        MR. RYAN:  But you do have a scar here?

3        THE WITNESS:  Yes, sir.

4        MS. SMITH:  She said his left shoulder.

5        THE WITNESS:  This was done at 12 years old.

6        MR. WILLIAMS:  Okay.

7        MS. SMITH:  And does that appear to be an

8   inverted cross to you even there under his armpit?

9        MR. RYAN:  Well, Your Honor, the testimony at

10  trial was that he had changed the scar --

11       MS. SMITH:  No, there wasn't --

12       MR. RYAN:  All I can --

13       THE WITNESS:  This was done at 12 years old.

14       JUDGE BUTLER:  Are we talking about a scar or a

15  tattoo?

16       MS. SMITH:  You were never --

17       MR. RYAN:  I'm not a witness, but yeah.

18       JUDGE BUTLER:  Are we talking about a scar or a

19  tattoo?

20       MS. SMITH:  She said tattoo.

21       JUDGE BUTLER:  Okay.  I don't -- I don't see a

22  tattoo.

23       MR. RYAN:  I think the record will reflect she

24  said tattoo to begin with and then at some point she

25  said, "I guess you can call it a scar at this

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

 1      point."

 2          MS. STAPLES:  Well, Mr. Ryan, your brief in

 3      response to a motion says, "She explained that he

 4      had an inverted cross on his shoulder."  And that's

 5      what you relied on in your response brief.

 6          JUDGE BUTLER:  It said what?

 7          MS. STAPLES:  According to the response brief

 8      filed by the Commonwealth, response to our motion

 9      for a new trial, it said, "Amy Rumsberg Paget

10      explained he was once involved with satanic worship,

11      -- referring to Mr. Clark -- that he owned numerous

12      knives and guns and that he had an inverted cross on

13      his shoulder."

14          JUDGE BUTLER:  Okay.

15          MR. RYAN:  And your Honor, I might add, that is

16      what she testified to.

17          JUDGE BUTLER:  I understand.  Okay.  Thank you

18      very much.  You may continue.

19  BY MS. SMITH:

20      Q    I'd like to talk to you about your time before

21  the parole board.  How many times have you been up for

22  parole?

23      A    Twice.

24      Q    On either occasion have you confessed or said

25  that you committed the murder?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

1       A    No.

2       Q    Now, in preparation or when was the first time

3  you went up for parole?

4       A    2006.

5       Q    And how many years after the trial?

6       A    12 years.

7       Q    So you'd spent 12 years in prison, you go

8  before the parole board, did you take any classes or do

9  any programs before you went there?

10      A    The only one that was mandatory was Prison to

11  the Street.

12      Q    And in that program were you taught anything

13  about the process of going before the parole board?

14      A    Yes, ma'am.

15           JUDGE BUTLER:  What did you testify the class

16      you took?

17           THE WITNESS:  It was Prison to the Street at

18      that time, Your Honor.

19           JUDGE BUTLER:  Prison to the Street.

20           THE WITNESS:  Yes, sir.

21           JUDGE BUTLER:  Okay.  Thank you.

22  BY MS. SMITH:

23      Q    So in 2006 when you went before the parole

24  board, what did they say when you would not admit that

25  you were -- you had --

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

     1          A    Oh, that's when they got into the argument
     2   with me.
     3          Q    Okay.
     4          A    He's sitting there saying that I needed to
     5   give the victim's family closure.
     6          Q    Were you denied parole?
     7          A    Yes.  I got a 96-month flop, eight years.
     8          Q    Eight years.  So maintaining your innocence
     9   cost you eight years?
    10          A    Yes, ma'am.
    11          Q    Now, when did you --
    12               MR. RYAN:  Your Honor.  He can't testify to
    13          that.
    14          Q    -- go before the parole board again.
    15               JUDGE BUTLER:  Sustained.  Sustain that
    16          objection.
    17          A    2014.
    18          Q    And in 2014 -- in 2014 did you also take a
    19   program -- did you also take another program that -- to
    20   prepare you to go before the parole board?
    21          A    No.  I only took one program and that was New
    22   Development, because that was the only one that I was
    23   allowed to take.
    24          Q    Explain that to the Court.
    25          A    Explain what part?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:17-cv-00419-GNS-CHL    Document 317-33    Filed 01/26/23    Page 37 of 67 PageID #: 27036
HEARING - MOTION FOR A NEW TRIAL, taken on July 13, 2015
144

 1              MR. SIMON:  26.  Is that -- did you already

 2      mark something 25 yet, or is that 25?

 3              CLERK:  The next one's 25.

 4              MR. SIMON:  The next one's 25.

 5   BY MS. SMITH:

 6      **Q    Now, Mr. Clark, I'd like to call your**

 7   **attention to what's been marked as Defendant's Exhibit**

 8   **number 25 and that is this first document, here.  Can**

 9   **you explain to the Court what that is, sir?**

10      A    This is your case management plan that goes

11   into the parole board and plus what you've got to do

12   while you're in prison.  Every step through here you'll

13   see -- if you'll open it up, you'll see it tells you

14   what classes you've got to take, what have you done and

15   what you haven't done.

16              JUDGE BUTLER:  Hold on just a second.

17              MS. SMITH:  I beg your pardon.

18              JUDGE BUTLER:  One of them's thicker than the

19      other one.

20              MS. SMITH:  Yeah.  You have the correct ones,

21      Judge.

22              JUDGE BUTLER:  Are there two of them?

23              MS. SMITH:  Yes, sir, there are two different -

24      -

25              JUDGE BUTLER:  Okay.  It's the -- the thickest

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:17-cv-00419-GNS-CHL   Document 317-33   Filed 01/26/23   Page 38 of 67 PageID #:
27037
HEARING - MOTION FOR A NEW TRIAL taken on July 13, 2015
145

```
 1      one, is that 25 or 26?
 2              MS. SMITH:  That one's 26.
 3              CLERK:  So this is 25.
 4              JUDGE BUTLER:  One of them's got two Xs on the
 5      front and one's got one.
 6              MS. SMITH:  The one with one is 25.
 7              JUDGE BUTLER:  Okay.
 8              MS. SMITH:  The one with two is 26.
 9              JUDGE BUTLER:  Okay.  Thank you.
10  BY MS. SMITH:
11      Q    So I'm asking you, Jeff, to refer to what's
12  been marked as Defendant's 25 and that paperwork, just
13  to get to the point, is about your parole.
14      A    Well, this goes to the parole board, yes,
15  ma'am.
16      Q    And the parole board -- did you receive points
17  off for denying that you were convicted -- or denying
18  that you were guilty of the murder of Rhonda Warford?
19      A    Yeah.  If everybody will look at this form,
20  they'll see that the caseworker, she put in there that I
21  engaged in denial and minimization.  "States his
22  conviction is in the hands of the Innocence Project and
23  he's innocent and didn't commit the crime.  Every
24  program that the Kentucky Parole Board actually
25  recognizes besides New Directions class you can open any
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:17-cv-00419-GNS-CHL   Document 317-33   Filed 01/26/23   Page 39 of 67 PageID #:
27038
HEARING - MOTION FOR A NEW TRIAL taken on July 13, 2015
146

1   of the books, it tells you that you've got to take

2   responsibility and you cannot make yourself the victim

3   or you will be kicked out of the class.  So therefore I

4   have not been able to take none of the programs.

5       Q    So you weren't allowed to take any of the

6   programs to try to get parole because you would not

7   admit to your --

8       A    Yes, ma'am.

9       Q    -- that you were guilty?  Now, the second time

10  you went before the parole board was in 2014.

11      A    Yes, ma'am.

12      Q    Did you again prepare to meet the board?

13      A    I --

14      Q    You took another class?

15      A    Well, like I said, out of the parole board's

16  recommendations of programs to take, the only one I

17  could take was New Directions.  And the only reason why

18  I could take New Directions is because it told you about

19  how to get food stamps, housing if you was a Vietnam

20  vet, how to get assistance from there, if you owe child

21  support and what the parole board's recommendations

22  were.

23      Q    Now, did your family support you in denying

24  your guilt.

25          MR. WILLIAMS:  Object to that.  I mean I don't

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:17-cv-00419-GNS-CHL   Document 317-33   Filed 01/26/23   Page 40 of 67 PageID #: 27039
HEARING - MOTION FOR A NEW TRIAL taken on July 13, 2015
147

 1      know what relevance it has.

 2          JUDGE BUTLER:  Sustained.

 3   BY MS. SMITH:

 4      Q    Did you feel pressure -- I'll rephrase.  Did

 5   you feel pressured to more than just from the

 6   corrections system to admit your guilt?

 7      A    Yeah.  Because I mean, everybody told me I was

 8   stupid to go in front of a parole board and claim an

 9   innocence.  That's like this last time in 2014 when I

10   got into an argument with them when we was wanting the

11   hairs to be tested and stuff.  Everybody said I was --

12   even the guards come in there and said, "You're the

13   stupidest person that ever walked the face of the earth

14   to argue with the parole board like that."

15      Q    Now, what happened when you went before the

16   parole board in 2014?

17      A    Well, when I went in front of the parole board

18   in 2014 this started out, they said, "We got stuff from

19   the Kentucky Innocence Project.  They said, "Are you

20   going to claim innocence?"  I said, "Yes, ma'am."  First

21   thing they said, "Tell us how you did the crime."  I

22   told them I didn't do the crime and then they said,

23   "Well, from your PSI report," because the PSI report

24   states that the hairs match Garr Keith Hardin, and they

25   said that proves that you-all did this crime."  I told

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    them I said, "No.  We was waiting on DNA results to come

2    back because I know I didn't do the crime and as far as

3    I knew of he didn't."  I said, "All we're doing is

4    waiting on these results and stuff to come back."

5        Q    So were you again denied parole?

6        A    Yes, ma'am.

7        Q    How long did --

8        A    48 months.

9        Q    48 months.

10       JUDGE BUTLER:  What's the difference between

11    Exhibit 25 and 26?

12       MS. SMITH:  One is from his 2006 --

13       JUDGE BUTLER:  Are they dated?

14       MS. SMITH:  This one which is --

15       JUDGE BUTLER:  This is 2014.

16       MS. SMITH:  It says 2014 at the top, Your

17    Honor.

18       JUDGE BUTLER:  Both of them say that.  I see on

19    Exhibit 26 where he signed it, it's dated January

20    the 6th 2014.

21       MS. SMITH:  You are -- one is from January 6,

22    2014 and one is from September 9, 2014.  I beg your

23    pardon, Judge.

24       JUDGE BUTLER:  Okay.

25       MS. SMITH:  You're correct.  They are both from

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1    2014.

 2            JUDGE BUTLER:  Okay.

 3            MS. SMITH:  Now --

 4            JUDGE BUTLER:  Does that mean he went before

 5    the parole board twice in 2014?

 6            THE WITNESS:  No, sir.  Once you go to the

 7    parole board, as soon as you come out from the

 8    parole board, they go back through your case

 9    management file and determine what other things you

10    need to do in your program.  And as you can see, on

11    both of them, it should state that I still was in

12    denial, minimization of crime because I state that

13    I'm innocent.

14            JUDGE BUTLER:  Okay.  Thank you.

15            MS. SMITH:  Now, these have already been

16    provided to the Commonwealth.

17            JUDGE BUTLER:  Are you moving to introduce

18    these?

19            MS. SMITH:  I am moving to introduce those,

20    Your Honor.

21            JUDGE BUTLER:  Objections?  Are there any

22    objections?

23            MR. RYAN:  We object to the relevance but we

24    don't --

25            JUDGE BUTLER:  Okay.  Admitted is Exhibits 25
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        and 26.

 2        (DEFENDANT'S EXHIBIT 25 MARKED FOR

 3        IDENTIFICATION)(DEFENDANT'S EXHIBIT 26 MARKED FOR

 4        IDENTIFICATION)

 5             MS. SMITH:  And Your Honor, I ask to approach

 6        the witness again.

 7             JUDGE BUTLER:  Yes.

 8   BY MS. SMITH:

 9        Q    Mr. Clark, I am putting documents that have

10   been marked 27, Defendant's Exhibit 27.  Do you

11   recognize those documents, sir?  And if you'd read the

12   first page, the certification here.

13        A    Yes.

14        Q    Do you recognize those documents?

15        A    Yes, ma'am.

16        Q    Is that your record with the Department of

17   Corrections?

18        A    It appears to be.

19        Q    And there are a lot of documents in there.  If

20   the Court looks through it and the Commonwealth looks

21   through it, would they see that you have lost good time

22   at any time?

23        A    No, ma'am.

24        Q    So have you committed any new crimes since

25   you've been incarcerated?
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:17-cv-00419-GNS-CHL   Document 317-33   Filed 01/26/23   Page 44 of 67 PageID #: 27043
HEARING - MOTION FOR A NEW TRIAL - taken on July 13, 2015
151

```
 1        A    No, ma'am.

 2        Q    And how long have you been incarcerated?

 3        A    23 years and some months.

 4        Q    Now, in that stack of documents, there are a

 5   number of certificates.

 6        A    Them are educational certificate.  There's a

 7   big difference between programs and education.

 8        Q    Okay.  So you were allowed to take

 9   educational?

10        A    Yes.  Because educational programs you don't

11   have to admit guilt and so you're allowed to take them.

12   Vocational training, that's for skills to the street and

13   so you don't have to admit guilt in them either.

14        Q    Have you earned a college degree while you've

15   been --

16        A    Yes, ma'am.

17        Q    -- incarcerated?  And have you participated in

18   the dog program?

19        A    Yes, ma'am.

20        Q    And have you participated in other programs,

21   as many as you could?

22        A    All the ones that allow me in there.

23             MS. SMITH:  Those are all my questions, Your

24        Honor.

25             JUDGE BUTLER:  Okay.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

HEARING - MOTION FOR A NEW TRIAL - taken on July 13, 2015

152

```
 1          MS. SMITH:  And I would move to introduce into
 2     evidence the certified copy of his Department of
 3     Corrections file.
 4          JUDGE BUTLER:  Is this the two volumes?
 5          MS. SMITH:  Yes, Judge.  I just randomly picked
 6  --
 7          JUDGE BUTLER:  Okay.  And does the clerk have
 8     them?
 9          CLERK:  I've got it, Judge.
10          JUDGE BUTLER:  Any new objection?
11          MR. RYAN:  I just have a comment to make before
12     cross-examination.
13          JUDGE BUTLER:  How about the exhibits, David?
14     Continued objection?
15          MR. WILLIAMS:  Yes.
16          JUDGE BUTLER:  Okay.  It'll be admitted over
17     the objection.
18     (DEFENDANT'S EXHIBIT 27 MARKED FOR IDENTIFICATION)
19          JUDGE BUTLER:  Okay.  Go ahead.
20          MR. WILLIAMS:  I just wanted to briefly direct
21     the Court's attention to the Supreme Court opinion
22     where they talk extensively for several pages about
23     the letter from Capps to Justice.  And I think at
24     the very end of the writing concerning that, there
25     was a mention that Judge Monarch addressed the
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    issues that we've been talking about today in regard

2    to the letter from Capps to Justice.  And there was

3    a hearing held on it.  It was my understanding

4    unless I misheard it that they were saying that

5    there had never been a hearing on that issue.  And I

6    think the Supreme Court opinion states otherwise

7    that there was a hearing on that issue before Judge

8    Monarch and he ruled and they affirmed his ruling is

9    my understanding.

10        JUDGE BUTLER:  Is that indicated in the opinion

11   from the Supreme Court?

12        MR. WILLIAMS:  I'm sorry.

13        JUDGE BUTLER:  Does the Supreme Court decision

14   discuss that?

15        MR. WILLIAMS:  Yes.

16        JUDGE BUTLER:  You-all agree with that?

17        THE WITNESS:  No, sir.  There was never a

18   hearing.

19        JUDGE BUTLER:  Let me ask your lawyer.

20        MS. SMITH:  Your Honor, I am happy to review

21   what Mr. Williams is talking about.  My knowledge of

22   what's in the record here in Meade County is that

23   there was not an actual hearing held.  There was an

24   order entered.  There was a, you know, a decision

25   made by Judge Monarch but there -- no one had -- was

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:17-cv-00419-GNS-CHL   Document 317-33   Filed 01/26/23   Page 47 of 67 PageID #: 27046
HEARING - MOTION FOR A NEW TRIAL, taken on July 13, 2015
154

1    sworn.  There was no testimony taken.

2        MR. WILLIAMS:  Okay.  And quoting from the

3    opinion, "In that part of the order relating to the

4    defense's allegation that the Commonwealth had not

5    provided the defense with this evidence," and

6    they're talking about this letter, "the trial court

7    explained that the underlying issue is whether or

8    not the Commonwealth through Sheriff Greer had

9    knowledge or possession of the letter in question.

10   Upon reviewing all the evidence before it including

11   affidavits filed by both the defense and

12   Commonwealth, the trial court concluded that the

13   defendants have not shown or proven that Sheriff

14   Greer had knowledge or possession of the letter in

15   question during or prior to the trial."  And then

16   the Supreme Court said that they affirmed that.

17       MS. SMITH:  That opinion does not say that

18   there was a hearing.  It says that the judge looked

19   at affidavits and things that were before him, but

20   there is no transcript of a hearing.  There is no

21   video, anything of a hearing being held and Sheriff

22   Greer doesn't remember a hearing on that.  In fact,

23   he took us back there and said, just now, thank you

24   for letting me testify about this.  I've been

25   waiting to do it for 20 years.  No one -- there was

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:17-cv-00419-GNS-CHL   Document 317-33   Filed 01/26/23   Page 48 of 67 PageID #:
27047
HEARING - MOTION FOR A NEW TRIAL, taken on July 13, 2015
155

1  no hearing.  Bart Adams testified that there was no

2  hearing.  There was no actual live testimony

3  presented, Judge.

4      MR. WILLIAMS:  I understood that was in the

5  motion for a new trial, but I mean...

6      MR. RYAN:  Well, the record will reflect

7  whatever happened.  I don't know that we really need

8  to get into an argument about whether it was a

9  hearing or whether it wasn't, and then a further

10 problem is that the record is massive and it's

11 difficult to remember all these details and I'm sure

12 Mr. Williams is surmising based upon the wording of

13 it.  And the Court can take judicial notice of

14 whatever the record was.

15     JUDGE BUTLER:  Okay.

16     MS. STAPLES:  Your Honor, I'm just saying

17 they're saying there was a hearing, and now they're

18 saying do we really need to argue about whether

19 there was a hearing.  So it's not really clear what

20 the --

21     JUDGE BUTLER:  Okay.  Cross-examination of this

22 witness.  It's 12:00.  Let's talk about some time

23 management here.  We're not going to get done today,

24 are we?

25     MS. SMITH:  I think we will, Your Honor.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:17-cv-00419-GNS-CHL   Document 317-33   Filed 01/26/23   Page 49 of 67 PageID #:
27048
HEARING - MOTION FOR A NEW TRIAL, taken on July 13, 2015
156

1          JUDGE BUTLER:  Are we?  At this rate, it
2     doesn't seem like it.  I've got to do some
3     arraignments.  That's probably not until 1:00
4     though.
5          CLERK:  1:00 for the grand jury.
6          JUDGE BUTLER:  1:00 for the grand jury
7     arraignments.  Would you-all like to take lunch now
8     or go -- how long do you think you'll take to cross-
9     examine Mr. Clark?
10          MR. RYAN:  It's very hard to say, sir.
11          JUDGE BUTLER:  I mean, are you thinking an hour
12     or ten minutes, or, I mean, I know you don't know
13     until you get into the questions.
14          MR. RYAN:  Probably an hour.
15          JUDGE BUTLER:  Probably an hour.
16          MR. SIMON:  If he was able to do it quickly, do
17     it now and then we'd have our break while you were
18     taking care of the Court's business at 1:00.
19          JUDGE BUTLER:  Okay.  Let's go ahead and that
20     may be what we'll do.  We may break for lunch at
21     1:00. Let you-all have some lunch and I'll go ahead
22     and do the arraignments.  But let's go ahead and get
23     started then. Go ahead Mr. Ryan.
24                    CROSS-EXAMINATION
25     BY MR. RYAN:

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

HEARING - MOTION FOR A NEW TRIAL - taken on July 13, 2015
157

1      Q    Mr. Clark, were you a friend of Kevin

2  Mattingly?

3      A    No.  I don't know no Kevin Mattingly.

4      Q    Who was the gentleman at work that testified

5  at the trial, Mattingly, Sean Mattingly.

6      A    Are you talking about Sean Mattingly?

7      Q    Were you -- are you his friend?

8      A    I knew him.  I was an acquaintance because we

9  worked together.

10     Q    Now, he testified at trial that you brought a

11 knife into work that you called a sacrificial knife; is

12 that true?

13     A    No, sir.  I don't -- I think that he was

14 called as a witness, Kenton Smith said he was going to

15 say that and then when he took the stand, he said he

16 never said it. He said that it was a Bill Mayhan who the

17 police actually got a taped conversation from and then

18 didn't call him as a witness.

19     Q    The record will reflect what he testified to.

20 All right.  Do you agree that when he testified that you

21 had brought a cat head into work?

22     A    No.  It was not a cat head, it was a guinea

23 pig head and, matter of fact, the guy Bill Mayhan is the

24 one he's talking about I took it to.  He's the same one

25 that give me the two snakes.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:17-cv-00419-GNS-CHL   Document 317-33   Filed 01/26/23   Page 51 of 67 PageID #:
27050
HEARING - MOTION FOR A NEW TRIAL taken on July 13, 2015
158

```
 1        Q    Okay.  But so you're saying you brought in a -
 2  -
 3        A    Because the snake was either shedding or sick.
 4  It needed to be force fed.  So anyway --
 5        Q    You did bring in the head of a guinea pig?
 6        A    Yes.  I did.  Yes.  I did.  And the reason why
 7  I did is because Bill kept accusing me of not feeding
 8  the snake.
 9        Q    So --
10        MS. SMITH:  Your Honor, I'm going to object.
11        My memory is that that whole line of questioning was
12        disallowed by the Court and Mr. Mayhan never
13        testified. And the judge said that no one could get
14        into the whole hamster and whether the snake ate it
15        and the cat and all that.
16        JUDGE BUTLER:  Respond to that.
17        MR. RYAN:  Your Honor, I'm feeling overwhelmed
18        with -- my memory was that that came in at trial but
19        that could be mistaken.  I --
20        MS. STAPLES:  We've already entered the CD into
21        evidence and we can replay it.  But it was --
22        MR. RYAN:  I don't know why I would remember
23        that.
24        MS. STAPLES:  -- discussion saying, "I will not
25        allow any discussion of this."
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:17-cv-00419-GNS-CHL  Document 317-33  Filed 01/26/23  Page 52 of 67 PageID #:
27051
HEARING - MOTION FOR A NEW TRIAL taken on July 13, 2015
159

1      MR. RYAN:  Well, the record will reflect

2  whatever it was.

3      JUDGE BUTLER:  I'll go ahead.  I will overrule

4  the objection and let you go ahead and continue and

5  the record will reflect what it is.

6      MR. RYAN:  If it's not in the trial, I'm sorry.

7  I didn't mean to -- I just don't remember.  I just

8  remember part of that in the record.

9      JUDGE BUTLER:  Okay.

10 BY MR. RYAN:

11     Q   Now, did you ever have a discussion with Amy -

12 - let's just call her Amy Paget for simplicity.  But did

13 you ever have a discussion with her about being involved

14 with Satanism?

15     A   No, sir.  Never.

16     Q   So when she testified that you took her to a

17 place in Louisville where you had sacrificed animals,

18 that's incorrect?

19     A   That's incorrect.

20     Q   And when she testified that you showed her how

21 to kill somebody by placing a knife in the base of the

22 skull, is that correct or incorrect?

23     A   No, sir.  Now, that she might have got

24 confused because I took taekwondo and stuff.  And

25 anyway, if somebody goes to pick you up off the ground,



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    what do you do?  You grab behind their ear push down.

2    That's behind the ear, and if you read her police

3    statement to the police, she said behind the ear.  She

4    did not say nothing about no brainstem.

5        **Q    But you disagree that you ever showed her how**

6    **to do that?**

7        A    I showed her behind the ear how if somebody

8    went to pick her up you push them behind the ear, but

9    which is a thing.  The brainstem, no.  I didn't even

10   know nothing about no brainstem.

11       **Q    Now, what is your explanation about how the**

12   **fingerprint got into the car?  First of all, do you**

13   **dispute that that's her -- Rhonda Warford's fingerprint?**

14       A    I'd say it ain't -- I'd say it is hers because

15   she's been in the car numerous times.  You can ask her

16   sister back there.  She's been in there too.

17       **Q    So your explanation is that she was in the**

18   **car?**

19       A    Yes.  She's been in there numerous times.

20   Actually, I knew her before Keith ever knew her.

21       **Q    Now, you heard yesterday Mr. Capps testified**

22   **as to what you told him.  And he has said over and over**

23   **that you told him "We did it," something to that effect.**

24   **Is that true?**

25       A    No, sir.  That is not true.



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Case 3:17-cv-00419-GNS-CHL   Document 317-33   Filed 01/26/23   Page 54 of 67 PageID #:
27053
HEARING - MOTION FOR A NEW TRIAL taken on July 13, 2015
161

1    Q    And why would he say that?

2    A    Well, ask him why he wrote the letter to the

3    parole board for him.  He's a prosecutor.  What's a

4    prosecutor doing writing a letter to a -- for an inmate

5    that he's the one that prosecuted him.

6    Q    Well, but did you and Mr. Capps have an

7    argument?  Did you -- in the jail?

8    A    No.  I never did talk to him because everybody

9    said that he was a rat to begin with.

10   Q    So you really -- I mean, that's the only

11   explanation you have that he just wanted to rat you out?

12   A    I have no explanation for why he would say it.

13   Q    Now, you testified earlier that Bart who was

14   your trial counsel told you "You're not going to go to

15   jail because of this letter that Capps wrote to

16   Justice." When -- was this before trial that he told

17   you?

18   A    No.  It was after trial.  It was directly

19   after trial.  I think I just got sentenced and I was

20   waiting to the Rotary Farm.

21   Q    Why would he say you're not going to jail if

22   you were already convicted?

23   A    Well, because he said this changed everything.

24   He said this showed that Capps was a liar and from what

25   he was saying, he was saying that somebody withheld the

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    evidence and didn't give it to us, that they knew about

2    it before trial.

3         Q    Now, Amy Paget also testified that you had

4    been down to Meade County; is that true?

5         A    Yes, sir.  I have.

6         Q    Where all did you go in Meade County?

7         A    Matter of fact, I -- if the record reflects, I

8    was working two jobs.  I was only down in Meade County

9    maybe for a whole week to begin with until her family

10   asked me to leave.  Now, as far as riding around, if you

11   would talk to any of the Liebers family, they only had

12   one four-wheeler.  Jeremy, the one that got up and

13   testified that I knew the area or whatever, I was on the

14   back of the four-wheeler.  He's the one that was riding

15   me around everywhere, showing me everything.

16        Q    So you did ride around in Meade County on a

17   four-wheeler?

18        A    Yes, sir.

19        Q    Had you ever been to this area?

20        A    I don't even know where the area is.

21        Q    The area where Rhonda Sue Warford --

22        A    I don't know where she was found at.  So I

23   don't know if I been that a way or not.

24        Q    How many times had you been to Meade County?

25        A    Probably eight times, total.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    Q    First interview, according to the trial, was

2  on April 6, 1992.  Sheriff Greer, Coroner Adams, and

3  Detective Handy were present.  Does that seem to

4  coincide with your memory?

5    A    Yes, sir.

6    Q    All right.  Now, did you tell them that you

7  had not seen Rhonda Sue Warford since December of '91?

8    A    Yes, sir.  I believe.

9    Q    Did you tell them that you had dated the

10  victim's sister, Michelle Rogers, for a while?

11    A    They come up with the dating thing.  I had

12  said that me and Michelle had fooled around, and that

13  was it. I didn't actually say that we was dating because

14  we wasn't dating, we was just having sex.

15    Q    But you had seen Michelle Rogers, correct?

16    A    Yes, sir.

17    Q    And did you tell them that you and Hardin were

18  together on the Wednesday evening into Thursday morning,

19  that would've been April 1st and 2nd, 1992?

20    A    Yes.  Say that again, please.

21    Q    That you and Hardin had been together on

22  Wednesday evening and Thursday morning which would've

23  been April the 1st?

24    A    Yes, sir.

25    Q    Okay.  And you denied that you were involved

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  in Satanism?

2      A    Yes, sir.

3      Q    Did you deny that you'd been in Meade County

4  for a while?

5      A    Yes, because I hadn't been there for a while.

6  Let's see, the last time I'd been to Meade County was

7  when Amy was pregnant with Heather, let's see, she was

8  born May of '91 so -- yeah.  Probably almost a year.

9      Q    So the second interview was April 6, 1992.

10 Who was present then?

11     A    I think Greer and Handy was there, and then

12 Gene Sherrard.  And then Hope Greer and some little

13 blonde- headed woman that was with her.  There was two

14 interviews I think that day.

15     Q    Now, they testified -- Detective Handy

16 testified that you denied being familiar with Meade

17 County.  That you had dated a Meade County girl but that

18 you didn't know anyone else in Meade County; is that

19 true?

20     A    Yes, sir.  That is true that I did not know

21 anybody else down there.

22     Q    You didn't know her family?  You didn't know -

23 -

24     A    I didn't really know her family.  The only

25 time --

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:17-cv-00419-GNS-CHL   Document 317-33   Filed 01/26/23   Page 58 of 67 PageID #: 27057
HEARING - MOTION FOR A NEW TRIAL - taken on July 13, 2015
165

1    Q    A minute ago you said someone asked you to
2    leave.  Who was that?
3    A    No.  That was her family but that's what I'm
4    saying.  The only time I ever met them was that week I
5    went down there to stay with them.
6    Q    Why did they ask you to leave?
7    A    I do not know.  Because they did not -- from
8    what Amy told me was they do not believe in unwed
9    marriage.
10   Q    They just asked you to leave for that reason?
11   A    Yes, sir.
12   Q    You denied again that you were involved in
13   Satanism?
14   A    Yes, sir.
15        MS. SMITH:  Asked and answered, Your Honor.
16        JUDGE BUTLER:  Overruled.
17        MR. RYAN:  Two separate interviews.
18        JUDGE BUTLER:  Overruled.
19   BY MR. RYAN:
20   Q    Did you ever tell Sean Mattingly that you had
21   sacrificed animals?
22   A    No, sir.
23   Q    So he's mistaken?
24   A    Yes, sir.  And I think if his testimony at
25   trial even said that he didn't say that to the police.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:17-cv-00419-GNS-CHL  Document 317-33  Filed 01/26/23  Page 59 of 67 PageID #: 27058
HEARING - MOTION FOR A NEW TRIAL - taken on July 13, 2015
166

1    Q    All right.  Then there was a third interview,

2    I think, on April 6, 1992.  Who was present there?

3         A    I think that was -- was it Hope Greer and then

4    some other -- you're talking about on the same day, the

5    6th?

6         Q    As far as I know, it's the third interview on

7    April the 6th.  And I don't know the answer to the

8    question.

9         A    Oh, because I know Detective Handy and Greer

10   questioned me that day.  Then Hope Greer.  Let's see, it

11   was Detective Handy, Greer, then it was Detective Handy,

12   Gene Sherrard, then it was Hope Greer and some other

13   woman that was there.

14        Q    Gene Sherrard you say?

15        A    Yes, sir.

16        Q    What is the last name?

17        A    Sherrard I think it is.

18        Q    But you mentioned a fourth person.  Handy,

19   Greer, Sherrard, and...?

20        A    You had Hope Greer and then these was because

21   she held her own separate interviews.  And then you had

22   some girl that was with Hope Greer.  It was another

23   detective, I believe.

24        Q    Did you know whether Hardin had been involved

25   in satanic -- Satanism, satanic worship?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Case 3:17-cv-00419-GNS-CHL   Document 317-33   Filed 01/26/23   Page 60 of 67 PageID #: 27059
HEARING - MOTION FOR A NEW TRIAL  taken on July 13, 2015
167

1        A    I know he had read on it when we was younger.

2   That's one of the reasons why I quit even running around

3   with him.

4        Q    Well, he testified that at that time you said

5   you didn't know whether Hardin was involved in satanic

6   worship but that you definitely were not involved

7   because it is sick; is that correct?

8        A    Yes, sir.

9        Q    Okay.  Now, they said that you said again that

10  Rhonda had not been in your victim -- not been in your

11  automobile since December of '91; is that correct?

12       A    Yes, sir.  Last time she had been in that car,

13  his car broke down and I give them a ride home.  It was

14  -- if I'm not mistaken, I think it was him, Rhonda, and

15  I dropped Correll Teachman off.  I don't know if Tonya

16  Greer was there, or not.

17       Q    So the fourth interview occurred on May 5,

18  1992, correct?

19       A    May 5th, when they arrested me, yes, sir.

20       Q    And who was present at that interview?

21       A    You had Detective Handy.  He had Sheriff

22  Greer. Them was the only two that was really talking to

23  me or asking me questions.

24       Q    Okay.  And the testimony was that you again

25  advised that you had not seen Rhonda since December of



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  '91 which you said is correct.  And that when they asked

2  you how the victim's fingerprint might have gotten into

3  your car, you didn't explain.  Why didn't you give them

4  an answer?

5      A    Because she had been in the car.  You sit

6  there all day long telling them constantly that you knew

7  this person, this person was your friend.  And they

8  continuously keep on and on and on.  How did the

9  fingerprint get there?  How did the fingerprint get

10 there? How can you explain -- say you got a wife.  All

11 right. Her fingerprints, I'm sure, she rode in your car

12 but if they're sitting there accusing you of killing her

13 constantly and they're, like, why's her fingerprint in

14 your car?  Because she's been in my car numerous times.

15     Q    Have you ever told anyone that if you could

16 change what happened, I would, or words to that effect?

17     A    No, sir.  Not that I know of.

18     Q    Never said that?

19         MR. WILLIAMS:  We have a copy of the hearing he

20     had before the parole board and we want to play that

21     and that may take a little while.

22         JUDGE BUTLER:  Okay.

23         MR. RYAN:  Your Honor, my equipment is limited

24     and it doesn't necessarily match what the Court has.

25     I was up until 2:00.  I did -- on Sunday morning and

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  made a DVD because I think the equipment that you

2  have here is a VHS player and a DVD player.  If

3  there's a way we can play this as a DVD, we'll have

4  the complete parole hearing.

5       JUDGE BUTLER:  How long is that hearing?

6       MR. RYAN:  About 25 minutes.

7       JUDGE BUTLER:  Okay.

8       THE WITNESS:  Which one is that?  2006?

9       MR. RYAN:  This one is February 5, 2014.

10      JUDGE BUTLER:  See if it'll hook up.  Do you

11 need a few minutes?

12      MR. RYAN:  We might.

13      JUDGE BUTLER:  Let's take about five minutes.

14 Let him come up here and see if it'll work.

15               (OFF THE RECORD)

16      JUDGE BUTLER:  It's been reported to me there's

17 been some back and forth between families here.  I

18 will not tolerate that from either side of this.  If

19 anyone -- if any of you-all are making faces, or

20 insinuations, or signals, you'll have to leave my

21 courtroom.  And I'll consider it a contempt of

22 court.  This is a court proceeding.  It's meant to

23 be fair and dignified and I don't want that to

24 happen.  I -- it's been reported to me that's

25 happened.  You-all know who's doing it.  And the

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  first -- if it happens one more time, you're out of

2  here. Everybody understand that?

3      BAILIFF:  I'll take care of it.

4      JUDGE BUTLER:  Thank you.  You take care of it

5  and if you see it, you remove them, Bill.

6      BAILIFF:  I'll take care of it, sir.

7      JUDGE BUTLER:  Okay.  Thank you.  All right.

8  Are we ready to proceed?

9      MR. RYAN:  Yes, sir.

10     MS. SMITH:  Judge, does Mr. Clark need to be

11 back at the table or here?

12     JUDGE BUTLER:  Hold on just a second.  Why's he

13 not sitting at the table?

14     BAILIFF:  His attorney was sitting there in the

15 way, I think.

16     JUDGE BUTLER:  Oh, I see.  Yeah.  Just have a

17 seat there by your attorney.

18              (VIDEO PLAYED)

19     JUDGE BUTLER:  All right.

20     MR. RYAN:  Your Honor, I have just a handful

21 more questions of Mr. Clark.

22     JUDGE BUTLER:  Mr. Clark, come back and take

23 the stand, please.  Thank you.  You're still under

24 oath.  You may ask.

25     MR. RYAN:  Thank you, Your Honor.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:17-cv-00419-GNS-CHL   Document 317-33   Filed 01/26/23   Page 64 of 67 PageID #:
27063
HEARING - MOTION FOR A NEW TRIAL (Video taken on July 13, 2015

171

```
1    BY MR. RYAN:
2         Q    Mr. Clark, I think the exact quote if I wrote
3    it down correctly was, "I wish I could go back and
4    change everything."
5         A    And yes, that's what I meant.  I meant that I
6    wish I could go back and never met anybody, stay in
7    school, because if you notice, I got my GED in prison,
8    that's what I was talking about.  If you look at
9    everything in the whole.
10        Q    And there's another comment "I wish I could
11   change everything."
12        A    I wish I could change everything.  I wish I
13   could change everything for me and you-all.  I know you-
14   all hate me but I'm telling you, I didn't kill Rhonda.
15   She was my friend.  You know, you --
16        Q    And you said, "You wish you would better
17   yourself."  If you're innocent, what are you trying to
18   better?
19        A    No.  I do better myself.  That's all I've did
20   --
21        Q    I'm asking what you meant.
22        A    More education.  What have you got in prison?
23   That's all you've got is education, that's the only
24   thing you can do.
25        Q    So you got a four-year deferment -- it said 48
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    months?

2        A    Yes, sir.

3        Q    **Let me ask you this, what was your reaction**

4    **when you learned that Mr. Hardin had confessed to this**

5    **crime?**

6        A    When you sent me the notice.  I was mad.  I

7    was like, why, because all during the interviews we had

8    Handy, Gene Sherrard, all of them constantly telling me,

9    "Look, he's over there with an attorney.  He's giving

10   you up. You need to come clean.  You need to come

11   clean."  I didn't do nothing and like I told them, I

12   said, "I didn't do nothing.  I don't know why he would

13   be lying."  So to hear that, yeah, I was highly upset

14   about it.  And then after a few days went by, you know,

15   like everybody else was saying, too, you know he wants

16   to go home.  Who doesn't want to go home.  You know, I

17   don't know how many family members he's had die, but

18   I've had quite a few myself.

19       Q    **Do you know the date of your first parole**

20   **board hearing?**

21       A    No.  I don't.  I know it was in 2006.

22            MR. RYAN:  I believe that's all we have, Your

23       Honor.

24            JUDGE BUTLER:  Any redirect questions?

25            MS. SMITH:  No, Your Honor.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

 1      JUDGE BUTLER:  All right.  Mr. Clark, you may

 2  step down.

 3      THE WITNESS:  What do I do with this stuff,

 4  Your Honor?

 5      JUDGE BUTLER:  What is it?  They'll take --

 6  they'll get it.  You can just leave it there.  Is

 7  this the exhibits?

 8      THE WITNESS:  Yes, sir.

 9      JUDGE BUTLER:  You can just -- if you'll give

10  that to the clerk.  Have they been introduced?

11      MS. SMITH:  Those were for him to look at,

12  Judge.

13      JUDGE BUTLER:  Okay.  All right.  They've been

14  introduced.  This may be a good time to take a lunch

15  break for you-all.  I've got some things to take

16  care of here. So let's be back at -- how many

17  witnesses do the movants expect to call?

18      MR. SIMON:  Should be three more.  Three more.

19      JUDGE BUTLER:  Three more.  And how about you-

20  all?

21      MR. RYAN:  We've got one.

22      JUDGE BUTLER:  How about -- do you expect to

23  call any witnesses?  I'm just trying to see if -- I

24  want to give everybody enough time for lunch, and

25  I've got to do some things here.  Let's be back at

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

HEARING - MOTION FOR A NEW TRIAL - taken on July 13, 2015

348

```
 1                    CERTIFICATE OF REPORTER

 2              COMMONWEALTH OF KENTUCKY AT LARGE

 3

 4    I do hereby certify that the said matter was reduced to

 5    type written form under my direction, and constitutes a

 6    true record of the recording as taken, all to the best

 7    of my skill and ability. I certify that I am not a

 8    relative or employee of either counsel, and that I am in

 9    no way interested financially, directly or indirectly,

10    in this action.

11

12

13

14

15

16

17

18

19

20

21

22    COURTNEY BUSICK,

23    COURT REPORTER / NOTARY

24    COMMISSION EXPIRES ON: 10/18/2021

25    SUBMITTED ON:  05/24/2018
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com