Case 3:17-cv-00419-GNS-CHL   Document 317-34   Filed 01/26/23   Page 1 of 16 PageID #: 27067

# In the Matter Of:

## COMMONWEALTH OF KY vs GARR KEITH HARDIN

## PROCEEDINGS - 2.28.95

*February 28, 1995*



800.211.DEPO (3376)
EsquireSolutions.com

TR Trx-00001

```
 1
 2
 3
 4
 5
 6
 7       TRANSCRIPT OF CLARK AND HARDIN V. LOUISVILLE JEFFERSON COUNTY
 8                            METRO GOVT et al
 9
10
11
12              DATE RECORDED:   FEBRUARY 28, 1995
13
14
15
16
17
18
19
20
21
22
23
24  Job No.:  J3589219
25
```



PROCEEDINGS - 2.28.95                                    February 28, 1995
COMMONWEALTH OF KY vs GARR KEITH HARDIN
                                                                        2

```
 1                P R O C E E D I N G S
 2
 3         MALE SPEAKER:  The 46th Judicial Circuit is now in
 4  session.  The Honorable Sam Monarch is presiding.  There will be
 5  no smoking in the courtroom and absolute quiet must be
 6  maintaining while court is in session.
 7         THE COURT:  Please be seated.  Good morning, everyone.
 8  Debbie, let's do this.  Let's start off before I swear the Jury,
 9  let's call the role today.  From here on out, we'll probably
10  waive the call.
11         COURT OFFICER:  Anna Stewart.
12         ANNA STEWART:  Here.
13         COURT OFFICER:  Steve Wayne.
14         STEVE WAYNE:  Here.
15         COURT OFFICER:  Deborah Trapman.
16         DEBORAH TRAPMAN:  Here.
17         COURT OFFICER:  James Right.
18         JAMES RIGHT:  Here.
19         COURT OFFICER:  Robert Lancaster.
20         ROBERT LANCASTER:  Here.
21         COURT OFFICER:  Sandra Helton.
22         SANDRA HELTON:  Here.
23         COURT OFFICER:  Virginia Poh.
24         VIRGINIA POH:  Here.
25         COURT OFFICER:  Joseph Caine.
```



800.211.DEPO (3376)
EsquireSolutions.com

TR Trx 00003

```
 1        JOSEPH CAINE:  Here.
 2        COURT OFFICER:  Brandon Fugate.
 3        BRANDON FUGATE:  Here.
 4        COURT OFFICER:  William Board.
 5        WILIIAM BOARD:  Here.
 6        COURT OFFICER:  Tammy Beasley.
 7        TAMMY BEASLEY:  Here.
 8        COURT OFFICER:  Melanie Dunn.
 9        MELANIE DUNN:  Here.
10        COURT OFFICER:  Carol Lee.
11        CAROL LEE:  Here.
12        COURT OFFICER:  Patrick Hardin.
13        PATRICK HARDIN:  Here.
14        BRIAN WILDER:  Rebecca Grant.
15        REBECCA GRANT:  Here.
16        COURT OFFICER:  And Frank Grangers.
17        FRANK GRANGERS:  Here.
18        THE COURT:  Everyone.  Mr. Smith, on behalf of the
19 Commonwealth, are you ready to go forward?
20        MR. SMITH:  Your Honor, at this point in time the
21 Commonwealth would like to tender to the court an agreed
22 stipulation entered into between the parties and would request
23 that the jury be advised of the same.
24        THE COURT:  You tell me whenever you want that
25 stipulation read to the jury.  All right?
```

1           MR. SMITH:  I request it be read now, Your Honor.
2           THE COURT:  Before I swear the jury?
3           MR. SMITH:  No.
4           THE COURT:  Before opening statements?
5           MR. SMITH:  Yes, before opening statements.
6           THE COURT:  Okay.  Other than that, are you ready to
7    go forward, sir?
8           MR. SMITH:  Yes, Your Honor.
9           THE COURT:  Okay.  Mr. Rogers, on behalf of Mr.
10   Hardin, are you ready to go forward?
11          MR. ROGERS:  At this time, Judge, we are.
12          THE COURT:  And Mr. Adams, on behalf of Mr. Clark, are
13   you ready to go forward?
14          MR. ADAMS:  Yes, sir.
15          THE COURT:  Okay.  Ladies and gentlemen of the jury if
16   each of you would raise your right hand.  Do each of you
17   solemnly swear or affirm that you will impartially try the case
18   of the Commonwealth of Kentucky versus Garr Keith Hardin and
19   Commonwealth of Kentucky versus Jeffrey Dewayne Clark and give a
20   true verdict according to the evidence and the law so help you
21   God?  Each acknowledge by saying, I do.
22          GROUP:  I do.
23          THE COURT:  Okay.  And you say you want the
24   stipulation read before we have our opening statements?
25          MR. SMITH:  Please, Your Honor.

```
1             THE COURT:  Okay.  First thing we have, -- sir?
2             Mr. ADAMS:  No objections, Your Honor.
3             THE COURT:  Have we invoked the rule?
4             MR. SMITH:  Yes, I think so.
5             THE COURT:  Are all the Commonwealth's witnesses out
6   of the courtroom?
7             MR. SMITH:  Yes, sir.
8             THE COURT:  Is there anyone here who intends to
9   testify on behalf of the Commonwealth?  Okay.  Are all the
10  defense witnesses out of the courtroom?
11            MR. ROGERS:  Yes, sir, they are.
12            THE COURT:  Let me ask this question.  Is there anyone
13  here who intends to testify on behalf of either defendant Clark
14  or defendant Hardin?  Okay.  Ladies and gentlemen, this is a
15  stipulation that has been entered into by the parties.  You will
16  accept the same as a fact.  It is not in controversy.  It is
17  hereby stipulated and agreed by the parties and thus accepted as
18  fact the following:  1.  That the climatological calendar shall
19  be introduced into evidence by the defendant and the
20  authenticity of said calendar shall not be questioned.  2.  That
21  the clothes worn by Rhonda Sue Warford and the physical evidence
22  taken from Rhonda Sue Warford were received at the autopsy and
23  transported to the crime laboratory by the Meade County
24  Sheriff's Department and the chain of custody of the same shall
25  not be questioned.  3.  That the hair sample of Keith Hardin was
```

1  validly taken and submitted to the crime lab for analysis and
2  the chain of custody of the same shall not be questioned.  4.
3  That the fingerprints of Rhonda Sue Warford were taken at the
4  autopsy and submitted to Ernest Jones and Mr., -- I can't
5  pronounce the name.  R-O-B-E-R-T-A-C-C-I-O.  For comparison
6  purposes and the chain of custody of said prints shall not be
7  questioned.  Stipulated by the parties.  Ladies and gentlemen at
8  this time, Mr. Smith may make an opening statement on behalf of
9  the Commonwealth.  Mr. Smith.
10              MR. SMITH:  May it please the court, opposing counsel,
11 ladies and gentlemen of the jury.  This is our first opportunity
12 to speak about the case.  This is not an opportunity to argue
13 the case.  This is simply an opportunity for us to tell you what
14 evidence we intend to present to prove our case.  This is
15 somewhat like going to the movies where you get a preview of
16 coming attractions.  So, you know a little bit about what the
17 case is about and so as you sit here and see the evidence come
18 in from the witness stand, you can decide what is important to
19 each one of you in deciding and rendering a true verdict in this
20 case.  What is the Commonwealth going to prove?  Against Jeffery
21 Clark, ladies and gentlemen of the jury, the Commonwealth will
22 prove that on or about, -- on our about April the 2nd in Meade
23 County, Kentucky, the defendant, Jeffery Clark, unlawfully
24 committed the offense of murder when he either, -- either
25 individually or in complicity with others intentionally caused



1  the death of Rhonda Sue Warford by stabbing her.  Now, what's
2  the Commonwealth intend to prove against Garr Keith Hardin?
3  This Defendant.  The Commonwealth intends to prove ladies and
4  gentlemen, that again, on or about April 2, 1992, in Meade
5  County, Kentucky, the defendant, Garr Keith Hardin, unlawfully
6  committed the offense of murder when he either individually or
7  acting in complicity with others intentionally caused the death
8  of Rhonda Sue Warford by stabbing her.  Now, we got the
9  technical stuff out of the way.  How are we going to prove this,
10 ladies and gentlemen?  Let me talk to you a little bit about
11 Rhonda Sue Warford.  Rhonda Sue Warford was about 19 in April of
12 1992.  Rhonda Sue Warford lived in Louisville in Jefferson
13 County with her family.  Rhonda Sue Warford was not born with a
14 silver spoon in her mouth.  She was not a person of social
15 standing.  She was a normal person like everyone else.  Rhonda
16 Sue Warford lived with her mother Mrs. Warford, who you will
17 hear testify today.  Rhonda Sue Warford has sisters such a Tammy
18 and Michelle.  She has a friend called Crystal Barnes.  She has
19 a friend called Hope Jaegers who will testify.  Rhonda Sue
20 Warford was just a person.  Rhonda Sue Warford met the
21 defendant, Garr Keith Hardin, approximately, -- don't hold me to
22 this, in the fall of 1991.  You will hear evidence that this
23 defendant was extensively involved in Satanism.  Some people
24 call it devil worship, some people call it the occult, some
25 people call it Satanism.  She was dating him.  They were

1  boyfriend and girlfriend.  You will hear evidence that this
2  defendant admitted being involved in sacrificing animals and
3  being tired of that.  He told certain people that he was tired
4  of sacrificing animals and was getting to where he wanted to do
5  a human.  This defendant, Garr Keith Hardin, you will hear
6  evidence was getting Rhonda involved in this type of thing also.
7  Throughout this trial, it will be easy for me, I will refer to
8  it as Satanism.  It may not be the correct or proper term.  In
9  fact, the defendant, Garr Keith Hardin, shortly before the
10 events that we're here about had caused and had an inverted
11 cross tattooed on the breast of Rhonda Sue Warford.  Garr Keith
12 Hardin's good friend is the defendant, Jeffery Clark.  Most of
13 the satanic evidence you will see was taken out of the home of
14 the defendant Hardin.  However, you will hear evidence that
15 Jeffrey Clark was also involved in Satanism, primarily with his
16 co-defendant, Garr Keith Hardin.  You will hear evidence that
17 Jeffery Dewayne Clark had an extensive knife collection.  You
18 will hear evidence that Jeffery Dewayne Clark also had a knife,
19 a dagger type of knife, that he carried with him about all the
20 time.  Jeffery Dewayne Clark would refer to this knife as being
21 his sacrificial knife.  Jeffery Dewayne Clark had a child with
22 Amy Livers, now known as Amy Remsburg.  She may have remarried
23 since that time.  She may be Amy Pageant now.  I'm not sure.  He
24 had a child with Amy Livers.  I don't think they were ever
25 married and that doesn't have anything to with this case, but



1   you will hear evidence that Jeffery Dewayne Clark lived with Amy
2   Livers family down in the Dead Horse Holler area in lower Meade
3   County.  I think you will hear evidence that he lived there for
4   about five months.  I'm not sure.  We'll have to listen to what
5   the witnesses say.  But in any event without question he did
6   live here in Meade County.  He was familiar with this area.  He
7   was particularly familiar with the area where the body of Rhonda
8   Sue Warford was discovered.  You will hear evidence that Jeffery
9   Clark had told people that it would be a challenge for him to
10  kill somebody to see if he could get away with it.  On one
11  occasion, Jeffery Dewayne Clark was showing Amy Remsburg how to
12  kill somebody.  And what he showed her and I'll use this model
13  is you take a knife and you stick it right down here in the soft
14  spot in the back of the neck.  Where the neck joins the head or
15  whatever.  Remember that.  Now, in order to keep this somewhat
16  clear, I have a difficulty with dates and so, I have a chart
17  here of the timeframe.  I would like to now take you to
18  Wednesday.
19            MR. ADAMS:  We want to be able to see this.  So, --
20            THE COURT:  Feel free.
21            MR. ADAMS:  Thank you, sir.
22            MR. SMITH:  I would like to now take you to the
23  timeframe.  I would like to take you to April the 1st of 1992.
24  April the 1st of 1992 was on a Wednesday.  Rhonda had talked to
25  her good friend, Crystal Barnes at about 11 to 11:30 in that

1  timeframe.  They had discussed going shopping the next day.
2  There were no statements made at all about Rhonda going anywhere
3  that night.  A call came in to the Warford residence where
4  Rhonda Sue Warford lived with her mother Mary Warford about
5  11:30.  Ms. Warford had already gone to bed.  The last time that
6  Ms. Warford saw her daughter alive her daughter had on a pair of
7  white sweatpants.  Let me digress here a minute.  Rhonda Sue
8  Warford, -- I can't remember he height.  Probably 5'8" to 5'10",
9  but I do remember that she weighed about 220 pounds.  Now, after
10 this call came in, Ms. Warford thought that Rhonda Sue Warford
11 had on white sweatpants because that was the last pants she saw
12 that she had on.  Rhonda Sue Warford came in to her room and
13 said, I'm going down there or going down there.  Words to that
14 effect.  Rhonda Sue Warford left the house that night, ladies
15 and gentlemen, without her pocketbook, without her billfold,
16 without her jewelry on, with nothing but her keys.  Rhonda Sue
17 Warford was never seen by her family alive again.  Rhonda Sue
18 Warford never came home.  She was missing.  Ms. Warford put out
19 an APB, police talk for an all points bulletin.  She described
20 her daughter as having on those white sweatpants.  That is what
21 she thought she had on.  Now, the next time that the body of
22 Rhonda Sue Warford was seen or found was on Sunday morning,
23 April the 5th, very early in the morning about seven o'clock.
24 There was a Ms. McCarty.  A Ms. McCarty, I think she lives in
25 Irvington and they were out looking at property and stumbled

1  upon the body.  Now, Ms. McCarty thought the body was a
2  mannequin.  Upon closer look, she realized the body was not a
3  mannequin, ladies and gentlemen.  Let me put this up right.
4  Now, this is a diagram of where the body was found.  Down very
5  close to Dead Horse Holler off of Road 823 there is an old dirt
6  private drive.  Testimony will be that it was a common place to
7  pull off the road or at least it appeared that way.  The body
8  was found over here next to a fence.  There were no drag marks
9  on the body.  We would suggest to you that the evidence will
10 show that it took at least two people to carry the body.  There
11 were multiple stab wounds on the body.  This body was found in a
12 remote, -- relatively remote area of Meade County.  An area that
13 the defendant, Jeffery Dewayne Clark, knew very well.  There
14 were multiple stab wounds on the body.  There was an initial cut
15 to the throat.  I think there were 11 puncture wounds in all.
16 There were some, I think there were some defensive wounds on the
17 hands.  We'll hear from Dr. Nichols, the state pathologist talk
18 to y'all about that.  There was an extensive amount of blood at
19 the scene.  Our coroner, Mr. Bill Adams, will tell you that
20 given the extensive amount of blood at the scene, there was no
21 question but that she was killed there at that scene in Meade
22 County.  Dr. Nichols will talk to you.  The body was taken to
23 his office.  Dr. Nichols is the state medical examiner.  One of,
24 -- I think he's the chief and there is other doctors that work
25 with him.  He works in Louisville.  Dr. Nichols will talk to you

1   about the difficulties in estimating time of death.  He will
2   tell you, I think, that there is no way to estimate with
3   certainty exactly when she was killed.  I think he will tell you
4   that Rhonda Sue Warford could have been killed on the early
5   morning hours of April the 2nd when the Commonwealth contends
6   that she was killed.  Dr. Nichols will tell you that the blow
7   that killed Rhonda Sue Warford was a stab wound through the
8   neck, a puncture wound, which cut off the brain stem and killed
9   her immediately.  He will tell you that, -- I think he will tell
10  you this was the last wound she received.  So, the body is
11  found.  Sheriff Joe Greer and Coroner Bill Adams go to the
12  scene.  With help from the Louisville Police Department, the
13  defendants are questioned about this matter.  What do the
14  defendants say?  Well, approximately between the hours of 12
15  o'clock and three o'clock on the early morning hours of April
16  the 2nd, Thursday, they are with each other and no one else and
17  they are in the trailer of the defendant Clark looking for a pet
18  snake.  Clark is interviewed.  Clark denies ever being in Meade
19  County other than maybe Otter Creek Park.  Clark denies being
20  involved in Satanism in any fashion.  Upon being questioned and
21  prior to being told how Rhonda Sue Warford was killed, Clark
22  says, "I couldn't kill anyone and do what was do to her".  He
23  was asked, how do you know what was done to her.  He had no
24  answer.  Clark will tell you that Rhonda Sue Warford, -- Clark
25  told them that he had not seen Rhonda Sue Warford since December

1  of 1991, approximately three and one half months prior to this
2  murder.  Later Clark did admit that he had lied to the police
3  about the knives.  When Clark was confronted in Jefferson County
4  and picked up on these charges, maybe at that point in time, he
5  was later picked up for questioning, he was sanding and painting
6  on his automobile.  Let me talk to you about the defendant
7  Hardin.  Defendant Hardin was questioned.  He told Detective
8  Hope Greer of the Louisville Police Department that he had
9  visions of Rhonda in a field dressed in red.  Dressed in red, in
10 red pants screaming.  We will later find out that when the body
11 was Rhonda Sue Warford was found, she did in fact have on red
12 sweatpants.  When the police questioned Ms. Warford about it,
13 she went in and looked in the dirty clothes hamper and there
14 were the white sweatpants that Rhonda Sue Warford had had on
15 prior that day.  Ms. Warford will tell you that these red
16 sweatpants worn by Rhonda Sue Warford were her pants and they
17 were cleaned prior to Rhonda getting them, putting them on, and
18 going out that night.  The defendant Hardin told the police that
19 he didn't know Meade County and he did not know if Jeff Clark
20 knew Meade County.  I already told you what he thought about
21 sacrificing animals and wanting to do humans.  Defendant Hardin
22 said that he had no knives and as far as he knew, the defendant
23 Clark had no knives despite the fact that you'll hear evidence
24 that they lived together and both of them had knives and
25 apparently had a thing for knives.  We will present to you a



1  person well familiar with Satanism in this Commonwealth.  He's a
2  social worker who has dealt with people involved in the occult.
3  He will tell you that people that are involved in this type of
4  religion are anti-religion.  Believe and feel that the only way
5  to become empowered, that the only way to advance in this
6  religion is to kill people.  Ladies and gentlemen, there were
7  hair samples taken of each defendant.  The clothes of Rhonda Sue
8  Warford were analyzed and on those red sweatpants was they, --
9  was a hair exactly like the defendant Garr Keith Hardin's hair.
10 A head hair.  The car.  The car of Jeffery Dewayne Clark was
11 processed by the Louisville Evidence Technician Unit.  When
12 refer to processed, ladies and gentlemen, that is where the
13 police come out and go over the car and look for any type of
14 evidence.  In the car of Jeffery Dewayne Clark, in the car that
15 Rhonda Sue Warford supposedly had not been in since December of
16 1991 there was her fingerprint.  And I think you will hear
17 evidence that this fingerprint was in the dust.  I think you
18 will hear evidence that this fingerprint was a fresh
19 fingerprint.  I don't know a whole lot about fingerprints and I
20 will be learning along with you during this trial.  You will
21 hear evidence that the heating and cooling of the glass on an
22 automobile that fingerprints will dissipate or go away
23 relatively quickly.  And this evidence, from this evidence, you
24 can infer that there is no way that fingerprint was made in
25 December of 1991, the last time that Rhonda Sue Warford was in

1  that automobile other than the night of her death.  Clifford
2  Capps is currently in the Meade County Jail.  Clifford Capps is
3  brought down here from LaGrange.  I have prosecuted Clifford
4  Capps on more than one occasion.  He will tell you that I've
5  never cut him any slack.  I can remember off the top of my head
6  that he got seven years on one charge and I think he got another
7  five.  We'll find out about that.  Clifford Capps, ladies and
8  gentlemen, was in jail here in Meade County with the defendant,
9  Jeffery Clark.  Clifford Capps will tell you ladies and
10 gentlemen that Jeffery Dewayne Clark told him, yes, I did it.
11 Ladies and gentlemen, Garr Keith Hardin wanted to do humans.
12 Ladies and gentlemen, Jeffery Clark wanted to kill someone.  He
13 wanted to see if he could get away with it.  Don't let him.
14 Thank you.
15         THE COURT:  Mr. Adams, would you like to make an
16 opening statement at this time or would you, --
17         MR. ADAMS:  Yes, sir, I would.  Very much so.  Ladies
18 and gentlemen of the jury, that was an opening statement same as
19 I'm about to give.  That is what we anticipate our evidence to
20 be.  It is not always what the evidence is.  I ask you to pay
21 attention to everything that goes on in this courtroom and hold
22 us all to what we say in our opening statements.  Ladies and
23 gentlemen, you need to know a little bit about the history of
24 these two defendants and I'm about to tell you about that.  They
25 have known each other since about the eighth grade and for a

