RE: Foreign Homicide Investigation
VIC: Rhonda Sue Warford
ADD: 104 E. Whitney Avn.
LOC: 9mi S/W of Brandeberg, Ky.
     Ky. 823, 150' off highway
     at edge of field.
DATE: Sunday, April 5th, 1992 (Time

          PAS notified)
TIME: 2015 (Time PAS notified)
DATE: Sunday, APril, 5th, 1992
      ( DATE VICTIM FOUND)
FILE: 92070

*145781*Louisville Metro Records
Retention Schedule-Louisville
Metro Police Department-L5996
- Felony Investigation Case File
(Homicide) 5Foreign Homicide
Investigation; 92070, Rhonda Sue
Warford, 04/05/1992, Volume 2
Box barcode: 2021

LMPD REP 00001

Exhibit 99
charles edelin
Date 2/11

LMPD00336



# City of Louisville

### DIVISION OF POLICE

633 W. Jefferson Street • Louisville, KY 40202-2786

JERRY E. ABRAMSON
MAYOR

THOMAS T. KUSTER
Director of Safety

DOUGLAS HAMILTON
Chief of Police

April 5, 1992

|  |  |
|---|---|
| Re: | Foreign Homicide Investigation |
| Victim: | Rhonda Sue Warford W/F/19 |
| Address: | 104 E. Whitney Avenue |
| Location: | 9 Miles Southwest of Brandenburg, KY, Off of Kentucky 823, 150 ft. Off of the Highway, at the Edge of a Field |
| Date: | Sunday, April 5, 1992 (Date PAS Notified) |
| Time: | 2015 Hours (Time PAS Notified) |
| Date: | April 5, 1992 (Date Victim Found) |
| Time: | 0730 Hours (Time Victim Found) |
| File: | 92070 |
| Subject: | Original Notification, Information from Meade County Dispatcher, Tim Livers, Meeting with Meade County Sheriff, Joe Greer and Meade County Coroner Bill Adams, Delivering Death Notification to Family, Supplementary Scene Investigation, and Collecting of Evidence |
| Submitted by: | Detective James E. Clark |

Major James W. Griffiths
Commander C.I.S.

**LMPD REP 00002**   An Equal Opportunity Employer

LMPD00337

Major James W. Griffiths
92070
Page 2

Sir:

On  Sunday, April 5, 1992 while in the PAS Office work-
ing on a unrelated matter, I received a telephone call  from
a  male  subject  who identified himself as Tim Livers.   Mr.
Livers went on to elaborate that he  was  a  dispatcher  for
Meade  County.  He went on to explain to me that the City of
Louisville had a missing person on one Rhonda  Sue  Warford.
He  went  on to explain that Ms. Warford's body was found in
their jurisdiction on today's date, in the early part of the
morning.

At that point, Mr. Livers explained to  me  that  Meade
County Sheriff Joe Greer and Meade County Coroner Bill Adams
was  currently  in Louisville, Kentucky.   He went on to ex-
plain to me that Sheriff Greer had requested  that  he  call
our  office  and  request  some assistance in delivering the
death message to the family. He went on to  explain  to  me
that  the  family  lived at 104 E. Whitney Avenue and that a
positive identification of the body also needed to obtained.

At that point, Mr. Livers explained to me that he would
contact Sheriff Greer and Coroner Adams and have one of them
contact our office.  I then explained to Mr. Livers that  we
would be glad to assist the Meade County Officials in anyway
possible.   At that point, I noted that Mr. Livers had con-
tacted our office at approximately 2015 Hours with his  ori-
ginal call.

At  approximately  2020 Hours, I received a call from a
male subject who identified himself as Coroner  Bill  Adams.
After  conferring  with  Mr.  Adams,  it was decided that I,
along with Detective Hope Greer of the PAS would meet  Sher-
iff Greer and Coroner Adams at the 3rd District.

Consequently,  I,  along with Detective Greer proceeded
to the 3rd District and I noted that we arrived at  approxi-
mately 2050 Hours.

We  were  met  at this location by two W/M's who identi-
fied themselves as Sheriff Joe Greer and Coroner Bill Adams.
We then proceeded to the assembly room of the  3rd  District
where Sheriff Greer and Coroner Adams briefed us on this on-
going investigation.

Sheriff  Greer went on to explain to us that on today's
date, around 0730 Hours, a male and a  female  went  out  on
Kentucky  Road  823 to look at some property.  Sheriff Greer
stated that the man had to use the restroom so  they  pulled
off the road.  He stated that the man saw what looked like a
mannequin  in  a  field.  He stated that the man subsequently

**LMPD REP 00003**

Major James W. Griffiths
92070
Page 3

went closer and determined this to be a corpse. Sheriff Greer stated that it was at this point that the male subject informed the authorities.

In response to questioning, Sheriff Greer explained to us that the body appeared to be fresh. He stated the victim was wearing red sweat pants, blue long sleeved shirt, and a windbreaker. He stated that they found some tire tracks and a set of keys at the scene. He went on to explain to us that they found some blood that was covered by some leaves which could possibly indicate that the victim was killed where her body was found.

In response to questioning, Sheriff Greer states that the body was autopsied in Louisville, KY. He stated that Dr. Nichols performed this autopsy. He stated that Dr. Nichols' preliminary exam indicated that the victim had been stabbed eleven (11) times mostly in the chest area. He stated that none of these wounds located in the front of the victim's body was fatal. He stated that the fatal stab wound to be the back of the neck which penetrated the brain stem. He went on to explain to us that the victim had defensive wounds and that fingernail scrapings were obtained.

In response to questioning, Sheriff Greer explained to us that Dr. Nichols had stated that the stab wounds to the chest were initiated from behind. He stated that this individual appeared to be right handed and possibly used a hunting knife.

At that point, after conferring with Sheriff Greer, Detective Greer, and Coroner Adams, it was determined that we would proceed to 104 E. Whitney to deliver the death message to the family.

It is noted that we arrived at the afore mentioned location at approximately 2124 Hours. I also noted that the Missing Person Report stipulated that the victim's mother's name was Mary A. Warford.

After knocking on the door and identifying ourselves we were subsequently introduced to a W/F who stated that she was Mary A. Warford. Ms. Warford was then taken to a back bedroom. At that point, I explained to Ms. Warford that a body had been found in Meade County and had been tentatively identified as her daughter. We then requested that some family member accompany the sheriff along with the coroner to 810 Barret Avenue to make a positive identification of the body. It is noted that Detective Greer accompanied Sheriff Greer and Coroner Adams to 810 Barret Avenue. I noted that Ms. Warford did not make the positive ID. Be-

**LMPD REP 00004**

Major James W. Griffiths
92070
Page 4

cause Ms. Warford was extremely emotionally distraught, the
victim's sister, Michelle Rogers, and a cousin, Jackie
Armstrong, subsequently went and identified the body and a
positive ID was made.

It is noted that when these individuals proceeded with
Detective Greer to 810 Barret Avenue, the following supple-
mentary scene investigation was then conducted.

SCENE INVESTIGATION

Before the supplementary scene investigation was initi-
ated at approximately 2200 Hours, I notified the dispatcher
to have ETU meet me at this location to take pertinent pho-
tographs. I noted that ETU Technicians Paul Smith, Teresa
Haun, and Jerry Dudgeon showed up a short time later. A
copy of this ETU report will be obtained and placed in the
file as part of the permanent record.

104 E. Whitney is noted to be located on the South side
of Whitney Avenue. The numerals 1 0 4, along with the al-
phabet letter "D", are noted to be located on the West side
of the door just above a black mail box. As you enter the
door, and proceed South, you enter a hallway. Proceeding
down this hallway, and on the North side of the hallway, is
a bedroom that has been identified as the victim's bedroom.
Evidence was collected from this bedroom and this room will
be described in detail. The first wall described in this
room will be the North wall. On the West end of this wall,
and just South of the North wall, is a bed. This bed is
noted not to be made up and numerous sheets cover this bed.
Continuing East, and East of the bed, is a pair of women's
green shoes. Just South of these shoes, and on the floor,
is a ashtray. Continuing East of this ashtray, and on the
floor, is a blue tin container. Just South of this con-
tainer, and on the floor, are two books. Just East of this
book, and South of the North wall, is a wooden/brass stand.
On top of this stand are three framed pictures of a young
white male, a framed picture of a adult male, and a ceramic
jewelry box. Located underneath this stand are numerous
books. Located behind this stand, is a closet. On this
closet are numerous wall mounts. Just East of this door, and
on the floor, is a chair. Located on the back of this chair
is a pair of bluejeans. Located on the wall, and above this
chair, is a framed picture of a young white male. Located
on the floor, and just North of the chair previously men-
tioned, is a light colored trash receptacle. Continuing
East, and East of the chair previously mentioned, is a red
shopping bag. This will be the last item noted on the North
wall.

**LMPD REP 00005**

LMPD00340

Major James W. Griffiths
92070
Page 5

The next wall described will be the East wall. The first item noted on the East wall, and attached to the wall, is a large framed brass wall mount which has numerous photographs located within it. Below this, and on the wall, is a cloth wall mount in the shape of a heart. Just South of this wall mount, is a large mirror. Continuing South, and just South of this mirror, is a wooden wall mount that says "I love you". Continuing South, is a window that is noted to be closed at this time. A pair of white curtains cover this window. Below this window, and just West of the East wall, is a wooden stand. Below this stand, is a stuffed teddy bear and a stuffed doll. Located on this stand is a grass flower holder with a yellow unknown flower in it. Just South of the window previously mentioned, is a calendar. This will be the last item described on the East wall.

The next wall described will be the South wall. The first item noted on the South wall is a closet. After opening this closet, numerous purses, shoes, shirts, and pants, are noted within this closet. These items all appear to belong to a female. Located just West of this closet, is a large blue wall mount that shows the outline of the city of Boston. Below this, and just North of the South wall, is a Samsung color television set. Located on top of this television set is a framed picture of two W/F's, a glass desk mount that says "I love you", a black remote control and a ceramic teddy bear. Located just West of this television set, and on the wall, is a wall mount that says "Corona Extra Imported Beer from Mexico". Just West of this, and on the wall, is a wall mount in the shape of a winged horse. Continuing West, is the door to this room. This will be the last item described on the South wall.

The last wall described will be the West wall. It is noted that a portion of the bed previously mentioned, is located just East of the West wall. Located above this bed, is framed picture of a outdoor scene. These are the only items noted at this time on the West wall.

At that point, and after terminating the supplementary scene investigation, I met with ETU Technician Paul Smith and the following items were then collected: One book titled "Pet Cemetery", one book titled "The Scream", one photograph of a W/M that is in a framed holder in the shape of a heart, one blue, metal, first aide container with the wordings "Rhonda's Things" on it, one pamphlet, one photograph with two W/M's and a W/F and a small child in it, one blue folder, one yellow note pad with handwriting on it, one white and brown purse, one small "Holy Bible", one white and blue wallet, one miniature photo album, one binder full of poems, and Meade notebook. It should be noted that the blue

**LMPD REP 00006**

Major James W. Griffiths
92070
Page 6

metal container that is previously mentioned contained numerous papers, an Official Kentucky Driver's Manual, a photograph of a W/M and a W/F, a pencil, a electrical plug, a photograph of a W/M in a tuxedo, a photograph of two W/F's, and numerous hand-written notes.

I also noted that the white and brown purse contained numerous hand-written notes, numerous personal papers, one "Bic" ink pen, three pennies, and numerous receipts.

The billfold was noted to contain a license, numerous personal cards, ticket stubs, a small piece of paper that said Marie - 368-2356, and numerous photographs of children.

After collecting these items, and after conferring with other PAS Detectives I then proceeded back to the PAS Office to assist in the paperwork in the above styled case.

It is noted that ICN MC4-92-093 is the Meade County report number. Physical Assault File #92070 was opened to cover this matter.

The investigation into the above styled case is continuing.

Respectfully submitted,

*James E. Clark*

Detective James E. Clark
Physical Assault Squad
Criminal Investigation Section

kk

**LMPD REP 00007**



# City of Louisville

## DIVISION OF POLICE

633 W. Jefferson Street • Louisville, KY 40202-2786

JERRY E. ABRAMSON
MAYOR

THOMAS T. KUSTER
Director of Safety

DOUGLAS HAMILTON
Chief of Police

April 5, 1992

|  |  |
|---|---|
| Re: | Foreign Homicide Investigation |
| Victim: | Rhonda Sue Warford, W/F/19 |
| Address: | 104 E. Whitney Avenue |
| Location: | 9 Miles SW of Brandenburg KY, off KY 823, 150' From Highway, at Edge of Field |
| Date: | Sunday, April 5, 1992 (Date PAS Notified) |
| Time: | 2015 Hours (Time PAS Notified) |
| Date: | Sunday, April 5, 1991 (Date Victim Found) |
| Time: | 0730 Hours (Time Victim Found) |
| File: | 92070 |
| Subject: | Initial Notification, Information Received from Meade County Sheriff Joe Greer and Coroner Bill Adams, Assisting with Notification of Family, Interview with Mary Warford (Victims' Mother), Positive I.D. of Victim by Family Members, Transporting Family Members Back to Residence, and Opening Case File. |
| Submitted by: | Detective Hope Greer |

**LMPD REP 00008**     An Equal Opportunity Employer

Major James W. Griffiths
April 5, 1992
Page 2


Major James W. Griffiths
Commander C.I.S.

Sir:

This will be a supplement to the original investigation which is being conducted by the Meade County Sheriff's Department.

On Sunday evening, April 5, 1992, at approximately 2015 Hours, I was in the company of Detective James Clark of the Physical Assault Squad when he was notified by the Meade County Sheriff's Department Dispatcher, Tim Livers, of an investigation their department was conducting on a body they had recovered earlier in the day. The victim had been murdered and was suspected to be one of the persons on whom we had a Missing Persons Report. Dispatcher Livers asked Detective Clark about a Missing Persons Report on a Rhonda Warford. We then pulled that Missing Persons Report from the Missing Persons Log and learned that a Missing Persons Report had indeed been filed on a Rhonda Sue Warford on April 2, 1992, by her mother, Mary Warford. We learned that the Sheriff and Meade County Coroner Bill Adams were en route to Louisville to meet with Rhonda Warford's family in an attempt to obtain positive identification.

A short time later, Detective Clark spoke with Meade County Coroner Bill Adams and arrangements were made for us to meet with Coroner Adams and Sheriff Greer at the 3rd District Police Station on Taylor Boulevard.

At approximately 2045 Hours, Detective Clark and I met Sheriff Joe Greer and Coroner Bill Adams at the 3rd Police District and we provided them with a copy of our Missing Persons Report on Rhonda Sue Warford. We also received the following information from them. Sheriff Joe Greer stated that at approximately 0730 Hours this morning, Sunday, April 5, 1992, the mother and father-in-law of one of his deputies were driving out in a rural area where they had gone to look at some property which was for sale. The gentlemen needed to relieve himself and he subsequently pulled into a field located off of KY 823. There, they saw what they believed to be a mannequin, but, upon closer observation, observed that it was the body of a W/F. They then went back home where they called their son-in-law, who is a deputy and he then contacted Sheriff Greer and other necessary personnel to meet them at the location where the body was at that time.

**LMPD REP 00009**

Major James W. Griffiths
April 5, 1992
Page 3

Sheriff Greer advised that the body was relatively fresh when they found it and it was that of a W/F.   He stated that they located keys in the field, approximately 50' away from the body.   In addition, in an area covered with leaves, they located a pool of blood beneath these leaves, and this spot is possibly where the murder had occurred.

Sheriff Greer advised that the victim was dressed in a pair of red sweat pants, a blue long-sleeved shirt, a multi-colored wind breaker, white bra and pink panties.

Coroner Adams advised that the body was brought from that location to Louisville in order that the Autopsy could be performed by the State Medical Examiner, Dr. George Nichols.

Sheriff Greer informed us that the W/F suffered from eleven (11) stab wounds in the front chest area, as well as her throat being partially cut.  Sheriff Greer provided that Dr. Nichols informed him these stab wounds were not fatal, but another stab wound, located at the back of the neck, had lacerated the brain stem and was the fatal wound.

Sheriff Greer described this female as being approximately 210-220 pounds and 5'11" tall, with hazel eyes and long brown hair.

Coroner Adams added that there was an inverted tattoo over the left breast which appeared to be an inverted cross. He further added that the knife used for the stabbing was estimated to be approximately 5-1/2 to 6" in length and 1-1/4 to 1-1/2" wide.  In addition, Dr. Nichols believed the stab wounds to the chest to have been made from behind by a right handed person.

Sheriff Greer stated that after the Autopsy was complete and they did not have an identification on the victim, they then contacted the news media in Louisville to disseminate the information about the unidentified W/F in an attempt to learn her identity.   Sheriff Greer advised that once the information was released by the news media, they immediately received the name of Rhonda Warford as a possible physical match to their unidentified W/F body and had since determined, in talking with her boyfriend, Keith Hardin, and others, that their victim did indeed match the description of Rhonda Warford.

**LMPD REP 00010**

Major James W. Griffiths
April 5, 1992
Page 4

They requested that we accompany them to 104 E. Whitney Avenue to talk with Rhonda Warford's family and to attempt, with the assistance of the family, to obtain a positive identification.

Leaving the 3rd District Sub-Station, I, along with Detective James Clark, Meade County Sheriff Joe Greer, and Meade County Coroner Bill Adams, proceeded to 104 E. Whitney where we arrived at approximately 2120 Hours.

We identified ourselves to the people at that location and were subsequently introduced to a W/F who stated she is Rhonda Warford's mother, Mary Warford. We then accompanied Mrs. Warford to a back bedroom, which was identified as being Rhonda's bedroom, and it was explained to her that a body had been found in Meade County and had been tentatively identified as her daughter. Mrs. Warford was informed that it would be necessary for some family member to accompany us to the Urban Government Center on Barret Avenue, where the body is now located.

It was determined that an older sister of Rhonda's, Michelle Rogers, W/F/21, and a cousin by the name of Jackie Armstrong, W/F/24, would go with myself, Sheriff Greer, and Coroner Bill Adams to Pathology in an attempt to positively identify the body, while Detective James Clark remained at the home and collect any evidence from Rhonda Warford's room which might be helpful in the investigation. It should be noted at this time, that Detective James Clark had contacted members of the Louisville Police Department ETU staff and had requested that they respond to this location.

Before leaving to go to the Medical Examiner's Officer, we talked with Mary Warford and received some information from her at this time.

INTERVIEW, MARY WARFORD (VICTIMS' MOTHER)

Mary Warford is a W/F with a DOB of 05-13-50 and a Social Security number of 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. Ms. Warford lives at 104 E. Whitney and her home telephone number at that location is 367-8438.

It should be noted that while Ms. Warford attempted to be cooperative with us in every way possible, and while she afforded us as much information as she could at this time, Ms. Warford was extremely distraught upon learning that the

**LMPD REP 00011**

LMPD00451

Major James W. Griffiths
April 5, 1992
Page 5


unidentified W/F body found by the Meade County Sheriff's Department might be Rhonda Sue. Due to her emotional state, she provided information in bits and pieces, however, a formal interview was not conducted at this time.

Mrs. Warford explained that on Wednesday night, April 1, 1992, at around 7:00 p.m. in the evening, Rhonda had walked down to the Kroger's Grocery Store, located not far from their home, and upon returning home, Rhonda told her mother about a man following her and shouting to her that he wanted to marry her. Ms. Warford went on to explain that shortly after midnight, which would actually have been Thursday morning, April 2, 1992, Rhonda came into her room and got Mrs. Warford's house key. Ms. Warford stated that at this time she asked Rhonda where she was going and Rhonda's exact words were "I'm going down there". Mrs. Warford stated that this was the last time she either saw or heard from Rhonda and later on that day, Thursday, April 2, 1992, she filed a Missing Persons Report on Rhonda.

When asked about any tattoo's Rhonda may have had, Mrs. Warford replied that she had learned from Rhonda's sisters that Rhonda had some type of a tattoo, which she believed was a cross and this tattoo had been put above Rhonda's breast by her boyfriend, Keith Hardin. Mrs. Warford stated that she did not know about this tattoo on Rhonda before Rhonda's disappearance, but had learned this information from Rhonda's sisters, in particular, Michelle, who told Mrs. Warford that this was a satanic type tattoo which Keith had put on Rhonda with a hot needle.

Mrs. Warford went on to say that she had learned from Michelle that Keith Hardin and a friend of his by the name of Jeff Clark were into Satanic Worship and Rhonda may have become involved in this to some extent since beginning to date Keith.

Mrs. Warford advised that Keith drives what she believes is a gray Monte Carlo and she stated that Keith's home phone number is 937-0852. She went on to say that Jeff Clark has a tan truck and she was able to locate an address for Jeff Clark of 4519 Cod, with a telephone number of 933-0554.

I noted at this time, that Michelle Rogers, Rhonda's sister, came back to our location and while we continued to talk with Mrs. Warford, Michelle volunteered that she seemed to remember something about Jeff Clark possibly having a

**LMPD REP 00012**

Major James W. Griffiths
April 5, 1992
Page 6

previous Murder conviction.   In  response  to  questioning,
Michelle  further stated that she knows Jeff has a big hunt-
ing knife.

As Michelle and her cousin Jackie were now ready to  go
with  us  to  the  Medical Examiner's Office, we departed the
Warford residence and went to 810 Barret Avenue.   Michelle
advises  that  she  was  to  be  met at that location by her
boyfriend, George Machado, who is a law enforcement  officer
with the Oxford Properties Police.

Once Mr. Machado arrived, he accompanied Sheriff Greer,
Coroner Bill Adams, Jackie Armstrong, and Michelle Rogers to
the 7th Floor of the building, to the Medical Examiner's Of-
fice so that they might view the body.

Positive identification was made by the following indi-
viduals.

| Michelle Rogers | George Machado | Jackie Armstrong |
|---|---|---|
| W/F/21 | Spanish/M/26 | W/F/24 |
| 4519 Hazelwood, #18 | 4519 Hazelwood, #18 | 6407 Venango |
| 367-7536 | 367-7536 | 933-9849 |

After  positive  identification  had been made, Sheriff
Greer then drove me, along with Coroner Bill  Adams,  Jackie
Armstrong,  and  Michelle  Rogers,  back  to 104 E. Whitney.
While en route back to the Warford residence, Michelle  in-
formed us that Jeff Clark also has a Chevy Nova, besides the
tan truck she told us about.  She also stated how stupid she
and  her  sisters  had been at times because they had gotten
into cars with men they did not know very well and never re-
ally considered that anything could happen to them.

Upon our arrival at the Warford residence,  the  family
was  notified  that  positive identification of the body had
been made and the unidentified W/F found in Meade County was
indeed Rhonda Sue Warford.  Coroner Bill Adams discussed ar-
rangements for the body with the family at this time.

Detective James Clark and I discussed the investigation
to this time with Meade County Sheriff Joe Greer and it  was
determined  that  the  Louisville Homicide Unit would open a

**LMPD REP 00013**

LMPD00453

Major James W. Griffiths
April 5, 1992
Page 7


Foreign Homicide Investigation into this case in an effort
to coordinate the efforts on this investigation.

Detective Clark and I cleared from the Warford resi-
dence at approximately 2340 Hours and returned back to the
Physical Assault Office where Case #92070 was opened at this
time.

The investigation into the above captioned case is con-
tinuing.

Respectfully submitted,

Detective Hope Greer
Physical Assault Squad
Criminal Investigation Section


SMM

**LMPD REP 00014**



# City of Louisville

## DIVISION OF POLICE

633 W. Jefferson Street • Louisville, KY 40202-2786

JERRY E. ABRAMSON
MAYOR

THOMAS T. KUSTER
Director of Safety

DOUGLAS HAMILTON
Chief of Police

April 6, 1992

```
      Re:  Foreign Homicide Investigation
   Victim:  Rhonda Sue Warford W/F/19
  Address:  104 E. Whitney Avenue
 Location:  9 Miles Southwest of Brandenburg
            Kentucky, KY-823, 150 Ft. Off
            Highway at Edge of Field
     Date:  Sunday, April 5, 1992
            (Date PAS Notified)
     Time:  2015 Hours (Time PAS Notified)
     Date:  Sunday, April 5, 1992
            (Date Victim Found)
     Time:  0730 Hours (Time Victim Found)

     File:  92070

  Subject:  Information from Sheriff Greer,
            and Interview with Jeffery Clark
            W/M/21

Submitted by:  Detective Mark Handy
```

Major James W. Griffiths
Commander C.I.S.

Sir:

**LMPD REP 00015**    An Equal Opportunity Employer

Major James W. Griffiths
92070
Page 2


On Monday, April 6, 1992 after reporting to the PAS Office for my normal tour-of-duty, I was advised that our office would be assisting Sheriff Joe Greer of the Meade County Sheriff's Office with the above captioned case. After being given a brief overview of the case it was determined that PAS Detectives would assist the Meade County Sheriff's Department in this investigation.

At approximately 1300 Hours I along with Sheriff Greer and Bill Adams proceeded to 4519 Cod Drive to locate and interview a Jeffery Clark W/M/21 in reference to this case. Upon arrival I spoke briefly with an older W/F who identified herself as Jeffery Clark's grandmother and was advised by her that Jeffery was not home but that she would have him call when he arrived at home.

At approximately 1330 Hours I was advised that Jeffery Clark was at home waiting for us to return. At approximately 1345 Hours Jeffery Clark was picked up at 4519 Cod Drive and transported to the PAS Office where an interview was conducted with him in the Lt's portion of the PAS Office at approximately 1415 Hours. It was noted that Sheriff Greer and Bill Adams were present during this interview.

INTERVIEW JEFFERY D. CLARK W/M/21

Jeffery Clark is observed to be a W/M who gives a DOB of ▮▮▮▮▮▮▮▮, a SS# of ▮▮▮▮▮▮▮▮ a home address of 4519 Cod Drive with a phone number there of 933-0554, he gives an alternate address of 3510 Newburg Road Lot C9 where there is no phone. Mr. Clark advised me that he is currently unemployed.

In response to questions Mr. Clark related the following information. Mr. Clark advised me that he has known Keith Hardin since approximately the 8th Grade. Mr. Clark described Keith Hardin as a close friend that he would see almost daily. Mr. Clark advised me that the last time he saw the victim, Rhonda Warford was in December 1991 at his trailer on Newburg Road. Mr. Clark further advised that he dated Rhonda's sister, Michelle Rogers and the last time he saw Michelle Rogers was in November of 1991. Mr. Clark advised me that the last time he was at his trailer was Wednesday evening, Thursday morning April 1st and April 2nd, 1992. Mr. Clark advised me that he was at the trailer with Keith Hardin until approximately 0100 Hours drinking beer and looking for his pet snake which was missing. Mr. Clark advised that he and Keith Hardin left the trailer at approx-

**LMPD REP 00016**

LMPD00400

Major James W. Griffiths
92070
Page 3


imately 0100 Hours, that he then took Keith home and then went home on Cod Drive. Mr. Clark further advised me that he was at home all day Thursday the 2nd of April and that sometime early Thursday evening he went to Keith Hardin's house and Keith did not want to go anywhere so he then went to Jimmy McMackin's apartment on Deering Road and then went home at approximately 2230 Hours Thursday night. Mr. Clark further advised that he was home on Cod Drive until Friday afternoon and on Friday afternoon at approximately 1400 Hours he went to the Department for Human Services on Fern Valley Road. Mr. Clark further advised that after leaving the Department for Human Services that he then went over to Keith Hardin's house and was told by Keith Hardin that he had not heard anything from Rhonda. Mr. Clark further advised that he then went home and stayed home all Friday night. Mr. Clark advised that on Saturday morning he went to a flea market with his stepfather a Danny Cochran and that he got home Saturday at approximately 1400 Hours and then went out to Jimmy McMackins house in Shepherdsville and that he came home at approximately 1930 to 2000 Hours and that he then got cleaned up and went back out to Jimmy's in Shepherdsville off East-44 and was at Jimmy's until approximately 0300 Hours Sunday morning and that he then went home. Mr. Clark advised that he was there with a Jimmy, Jimmy's wife, an Eddie Thrasher and Eddie's girlfriend Kelly and that he did not see Keith at all on Saturday or Sunday and that he went over to Keith's on Sunday and was told that Rhonda had been found.

Mr. Clark advised me that he does not have a knife and has never seen Keith with a knife. Mr. Clark further advised met that he is not into devil worship and does not know if Keith Hardin is. Mr. Clark advised me that he has not had any problems with Rhonda Warford in the past other than her bringing two guys to the trailer that he did not know. Mr. Clark further advised that he has not been to Meade County in a long time and that Rhonda has not been in his automobile since December of 1991. (I then asked Mr. Clark if he would voluntarily agree to take a polygraph examination concerning the information that he had given me as well as consent to us collecting suspect samples from him. Mr. Clark advised me that he would voluntarily give suspect samples as well as consent to a polygraph examination.)

I then contacted Dr. Tracy Corey of the State Medical Examiner's Office and Dr. Cory agreed to collect the samples from Mr. Clark. I then made arrangements for Mr. Clark to

**LMPD REP 00017**

Major James W. Griffiths
92070
Page 4

be polygraphed by the Polygraph Examiner  of  the  Jefferson
County Police Department.

It  was determined that Mr. Clark had no additional in-
formation at this time concerning the above captioned  case,
he  was  thanked  for his assistance and cooperation and the
interview with him was concluded.

The investigation concerning the above  captioned  case
is still continuing.

Respectfully submitted,

Det. Mark Handy

Detective Mark Handy
Physical Assault Squad
Criminal Investigation Section

kk/a

**LMPD REP 00018**



# City of Louisville
## DIVISION OF POLICE
633 W. Jefferson Street • Louisville, KY 40202-2786

JERRY E. ABRAMSON
MAYOR

THOMAS T. KUSTER
Director of Safety

DOUGLAS HAMILTON
Chief of Police

April 6, 1992

```
        Re:  Foreign Homicide Investigation
     Victim:  Rhonda Sue Warford, W/F/19
    Address:  104 East Whitney Avenue
   Location:  9 Miles Southwest of Brandenburg,
              Kentucky, Off Kentucky 823, 150'
              Off Highway at the Edge of a Field
       Date:  Sunday, April 5, 1992
              (Date PAS Notified)
       Time:  2015 Hours (Time PAS Notified)
       Date:  Sunday, April 5, 1992
              (Date Victim found)
       Time:  0730 Hours (Time Victim Found)

       File:  92070

    Subject:  Brief Interview with Jeffery D. Clark,
              W/M/21, and Stand-Up Photographs of
              Jeffery D. Clark
```

Submitted by:  Detective Hope Greer

Major James W. Griffiths
Commander C.I.S.

Sir:

**LMPD REP 00019**   An Equal Opportunity Employer

Major James W. Griffiths
April 6, 1992, File 92070
Page 2

On Monday afternoon, upon reporting for my regular tour of duty, I learned from Detective Mark Handy that he had conducted an interview with Jeff Clark this day and Jeff Clark had volunteered for suspect samples and had also agreed to a polygraph examination.  Detective Handy informed me that Jeff Clark was now at the JCP Headquarters taking that polygraph examination and that he probably would be coming back to our office with Sheriff Greer and Coroner Adams.

Detective Handy briefed me on the information he had received from Mr. Clark and informed me that Jeff Clark had told him that on Wednesday evening into Thursday morning, April 1st and 2nd, Jeff was at a trailer on Newburg Road with Keith Hardin until sometime in the morning and they were drinking and looking for a pet snake.  Detective Handy stated that Mr. Clark had additionally provided information concerning his whereabouts over the past few days and that information would need to be followed-up on to verify his alibi.

Detective Handy stated that Mr. Clark told him that he does not have any knives and had never seen Keith Hardin with any knives and he further told Detective Handy that he was not into devil worship and did not know whether Keith Hardin was into devil worship or not.

Detective Handy then concluded his tour of duty after briefing me on his conversation with Mr. Clark.

At approximately 1800 hours, I received a call from a W/F who identified herself as Jeff Clark's mother, Juelene Cochran.  Ms. Cochran wanted to know the whereabouts of her son and I informed her that to my knowledge, he was now at the County Police Headquarters with Sheriff Greer.  Ms. Cochran requested that I attempt to contact Jeff and have him call her at her home at telephone #933-0554.  I informed Ms. Cochran that I would attempt to locate Jeff Clark and pass this number to him.

I attempted to locate Mr. Clark at the Jefferson County Police Headquarters but was unable to do so and at approximately 1825 hours, Ms. Cochran called back asking whether Jeff had gotten her message.  I informed Ms. Cochran that I had been unable to locate him but that I had been informed by Detective Handy that Jeff would be coming back to our office and as soon as he returned I would give him her telephone number.

**LMPD REP 00020**

Major James W. Griffiths
April 6, 1992, File 92070
Page 3

At approximately 1845 hours, Sheriff Greer and Coroner Adams returned to our office along with a W/M subject who was identified to me as Jeff Clark.

I spoke with Sheriff Greer, who informed me that it was the opinion of the polygraph examiner that Jeff Clark was not telling the truth concerning his knowledge of this incident. I then identified myself to and talked with Jeff Clark, asking him whether he would be willing to discuss this case further and he agreed to do so.

I informed Mr. Clark of his Constitutional Rights per the Miranda Decision and asked him if he understood them and he told me that he did understand them and had been provided with these Rights at an earlier time.

I then asked Mr. Clark if he was aware that in the opinion of the polygraph examiner he had not passed the polygraph exam and was being deceitful. Mr. Clark stated to me that he was aware that he had failed the polygraph.

I asked Mr. Clark if he could offer any explanation as to why he may have failed the polygraph examination and he did not provide me with an answer. I again asked Mr. Clark if he could think of any reason he may not have been able to pass the polygraph examination and he stated to me that the only thing he could think of was that he did feel guilty about Rhonda's death.

I asked Mr. Clark why he felt guilty about Rhonda's death and he stated to me that back in December, she had brought some people to the trailer and was creating a disturbance and he had run her off. He stated that he had not seen her since that time and that he guessed he felt guilty about having run her off since she had now been murdered.

I asked Mr. Clark if he knew where Rhonda's body had been found and he told me that he did not know where it had been found. I then asked Mr. Clark if he was familiar with Meade County and he stated to me that he was not.

I was aware, from having talked with Sheriff Greer, that Mr. Clark had dated a girl who lived in Meade County and who had, in fact, taken a warrant on him at one time and I asked Mr. Clark about this at this time, telling him that I knew he had dated someone who lived in the Meade County area and I again asked him if he was familiar with that area.

**LMPD REP 00021**

LMPD00457

Major James W. Griffiths
April 6, 1992, File 92070
Page 4

Mr. Clark stated to me that he had only been to see his girlfriend, Amy, on one occasion, and that he probably could not even find her house now if he had to. I asked Mr. Clark if he knew anyone else in Meade County or had had any occasion to be there other than when he went to see his girlfriend, Amy, and he stated to me that he did not know anyone else in Meade County or have any relatives there, nor had he been there on any other occasions.

I asked Mr. Clark if he would talk to me about his involvement in any satanic worship or rituals and he told me that he was not involved in that kind of thing and knew very little about it. I then asked Mr. Clark if Keith had ever talked to him about any satanic rituals or worship and he shook his head to answer no.

I noted that during my entire conversation with Mr. Clark he would not look at me and I asked him at this time why he would not look at me when he talked with me and he then glanced up at me and glanced back down.

I asked Mr. Clark if he was aware of the seriousness of the investigation and he said that he understood that it was very serious. I asked him if he was aware that we would check out all parts of his alibi which he had given to Detective Handy, and he informed me that he understood that it would be necessary for us to check out what he had told us.

I then asked Jeff Clark if, understanding that we were continuing the investigation, he wished to change anything that he had told us at this point in time and he stated that he didn't really know what to say and did not wish to change anything he had said up to this point.

I asked Mr. Clark if he owned or had access to any knives of any type and he stated that he did not own a knife and did not carry a knife.

I asked Mr. Clark if he had anything to do with the death of Rhonda Sue Warford or if he knew anything about the death of Rhonda Sue Warford and he shook his head to answer no. I then asked him if he knew whether Keith Hardin or anyone else he knew had anything to do with the death of Rhonda Sue Warford and he stated "No," to me.

I asked Jeff Clark if he was jealous of the relationship between Rhonda Sue Warford and his friend, Keith Hardin, and Jeff informed me that he was not at all jealous of them. I

**LMPD REP 00022**

LMPD00458

Major James W. Griffiths
April 6, 1992, File 92070
Page 5

stated to him that Rhonda's family seemed to feel that Rhonda
and Keith's relationship caused Jeff and Keith to break up
and that I understood they had only recently gotten back
together as friends.  Jeff stated to me that he did not know
what they were talking about, but that he never had a problem
with Rhonda and she was a nice girl and that he and Keith
had not had a falling-out.

I asked Mr. Clark if there was anything else he would
like to say about this incident at all and he stated to me
"I couldn't do that to somebody."  I asked Mr. Clark what
he meant by "do that" and he stated "I couldn't kill nobody
and do what was done to her."  I asked Mr. Clark what he
thought had been done to her and he did not answer me at
this point.

I asked Mr. Clark if he had anything at all that he
wanted to say about this incident or anything at all he
wanted to change about what he had said to us so far and he
indicated that he had nothing else to say.

I informed Mr. Clark that his mother had called and
was concerned about him and he acknowledged this information
but did not request to use the phone at this time.

I concluded my interview with Mr. Clark and returned
to the Detective's section of the PAS where I requested
Detective Jenny Assef to contact ETU to determine whether
they would be able to come to our office for stand-up
photographs of Mr. Clark.

At approximately 1859 hours, ETU Technician Jerry Dudgeon
came to our office and took stand-up photographs of Mr. Clark,
after which Mr. Clark left our office.

The investigation in this case is continuing.

Respectfully submitted,

Detective Hope Greer
Physical Assault Squad
Criminal Investigation Section

jb/c

**LMPD REP 00023**



## City of Louisville
### DIVISION OF POLICE
633 W. Jefferson Street • Louisville, KY 40202-2786

JERRY E. ABRAMSON
MAYOR

THOMAS T. KUSTER
Director of Safety

DOUGLAS HAMILTON
Chief of Police

April 7, 1992

```
          Re:  Foreign Homicide Investigation
       Victim:  Rhonda Sue Warford B/F/19
      Address:  104 E. Whitney Avenue
     Location:  9 Miles Southwest of Brandenburg
                KY, KY-823, 150 Ft. Off
                Highway  at Edge of Field
         Date:  Sunday, April 5, 1992
                (Date PAS Notified)
         Time:  2015 Hours (Time PAS Notified)
         Date:  Sunday, April 5, 1992
                (Date Victim Found)
         Time:  0730 Hours (Time Victim Found)

         File:  92070

      Subject:  Interview with Jimmy McMackin
                W/M/21, Interview Keith Hardin
                W/M/22, Suspect Sample Kit,
                Suspect Sample Kit to Property
                Room

Submitted by:  Detective Mark Handy
```

Major James W. Griffiths
Commander C.I.S.

**LMPD REP 00024**   An Equal Opportunity Employer

LMPD00407

Major James W. Griffiths
92070
Page 2


Sir:

On Tuesday, April 7, 1992 after reporting to the PAS Office for my normal tour-of-duty, I was advised of follow-up interviews which needed to be conducted concerning the above captioned case.

At approximately 1300 Hours I along with Detective Sergeant James Woosley of the PAS proceeded to 10404 Greentree Lane Apt. #3 located and conducted an interview with James McMackin.

### INTERVIEW JAMES MCMACKIN

Mr. McMackin is observed to be a W/M and gives is home address as 10404 Greentree Lane Apt. 3, his DOB as ▮▮▮▮▮▮▮, with a home phone number of 933-9143.

In response to questions Mr. McMackin advised me that he has known Jeffery Clark for approximately three years and last saw the victim, Rhonda Warford approximately two months ago and that she met Keith Hardin through Jeff Clark. Mr. McMackin further advised that he has not seen the victim, Rhonda or Keith Hardin for approximately two months. Mr. McMackin advised me that last week he saw Jeff Clark on Monday, Tuesday and Thursday, that Mr. Clark came to the apartment. Mr. McMackin advised that this past Saturday at approximately 1400 to 1500 Hours that Jeff Clark came to his house in Shepherdsville and was there the whole time with Jimmy and the other people that were present were a Eddie Thrasher and his girlfriend, Kelly and other family members. Mr. McMackin advised that Jeff Clark never spoke about Rhonda and that Jeff was alone and that each time that he saw Jeff that Jeff was driving his Nova. It was determined that Jimmy McMackin had no additional information concerning the above captioned case at this time, he was thanked for his assistance and cooperation and the interview with him was concluded.

Upon conclusion of the interview with James McMackin, Sgt. Woosley and I departed that location and proceeded to 10774 Tarrytown Road in an attempt to locate a witness, Keith Hardin, in the above captioned case.

At approximately 1340 Hours I along with Sgt. Woosley arrived at 10774 Tarrytown Road and was met at the front door by an older W/F who advised us that Keith was at home and she then stated "is he going to be arrested and does he

LMPD00408

Major James W. Griffiths
92070
Page 3

need an attorney". Sgt. Woosley at this point advised this
W/F that Keith could call anyone he wished. I then re-
quested that Keith Hardin accompany us downtown for an
interview and Keith agreed, as we were leaving this older
W/F stated "please do not take him out of here in
handcuffs".

While in route to the PAS Office I asked Keith Hardin
if he was in fact into Satanism as I had previously been
told and Keith admitted to me that he was not engaging in
Satanic Worship anymore but that he had previously for ap-
proximately six years, that he had stopped approximately one
month ago. I asked Keith Hardin if in the course of his
Satanic Worship if he had killed any cats or other small an-
imals and he acknowledged to me that he had killed small an-
imals. I then asked Mr. Hardin why he had stopped the devil
worshiping and he advised me that he got tired of looking at
animals and began to want to do human sacrifices.

Keith Hardin advised me that he has been dating Rhonda
Warford for approximately five months and they were getting
along fine. Keith Hardin further advised me that he and
Rhonda had one incident of violence between them and that it
was minor and he does not recall the reason. Keith Hardin
further advised me that he last saw Rhonda Warford on March
27th and March 28, 1992 when he stayed at her house on
Whitney. Keith Hardin further advised that he spoke with
Rhonda every day and last spoke to her on the telephone at
approximately 1500 Hours on Wednesday, April 1, 1992 and
that the victim told him that she would call him back.

At approximately 1420 Hours we arrived in the PAS Of-
fice and the interview with Keith Hardin continued. Mr.
Hardin advised me that on Wednesday evening, April 1, 1992
that he was with Jeff Clark at Jeff's trailer on Newburg
Road. Mr. Hardin advised me that they were drinking beer
and looking for Jeff's snake which was lost. Mr. Hardin
further advised that they also went to the Bashford Manor
Mall and then Jeff took him home arriving there at approxi-
mately 0300 to 0330 Hours. Keith further advised that he
was pretty drunk and that is all he really remembers.

When asked about the upside down cross on Rhonda's
chest Keith advised that he did that indicating that he
placed the cross on her chest approximately three months
ago. Keith advised me that he knew that there was a problem
between Rhonda and Jeff Clark but that he is not sure what
the problem was. Keith further advised that after Thursday

**LMPD REP 00026**

Major James W. Griffiths
92070
Page 4

morning the only place he went was to his sister's house and
other than that he stayed at home.  Keith Hardin further ad-
vised that he did not have a knife and that he did not  ever
know  of Jeff Clark to have a knife either.  Mr. Hardin fur-
ther advised that he has known  Jeff  Clark  since  approxi-
mately  the  9th Grade  and that they are close friends and
have lived together previously.  I then asked  Keith  if  he
knew  of  anyone who would want to hurt Rhonda and Keith ad-
vised me that Rhonda has an old boyfriend  named  James  and
another  person by the name of Tim who has been calling her.
It was also noted that during the  interview  the  following
information  was  received  from Keith Hardin.  Keith Hardin
advised me that his DOB is           , his SS# is
he  has  a  home  phone number of 937-0852 with a address of
10774 Tarrytown Road.

     I then requested that Keith Hardin  voluntarily  submit
to us collecting suspect samples as well as a polygraph ex-
amination and Mr. Hardin advised me that he would  voluntar-
ily submit to both.  I then contacted Dr. Tracy Corey of the
Medical  Examiner's  Office  and was advised by her that she
would do the collection of the suspect samples but  that  we
would  have to meet her at the Medical Examiner's Office.  I
then departed the PAS Office with Keith  Hardin  and  trans-
ported him to the Medical Examiner's and Dr. Corey conducted
the  collection  of  suspect samples.   I then brought Keith
Hardin and the kit back to the PAS Office placing the kit in
the Property Room under Evidence  Tag#  289119  at  approxi-
mately  1600 Hours.  I then brought Keith Hardin back to the
PAS Office and he was administered a  polygraph  examination
by  Detective  Kelly  Jones  of the Louisville Police Depart-
ment.

     The investigation concerning the above  captioned  case
is continuing.

                         Respectfully submitted,

                         Det. Mark Handy

                         Detective Mark Handy
                         Physical Assault Squad
                         Criminal Investigation Section

kk/b

J.W.

**LMPD REP 00027**



# City of Louisville

## DIVISION OF POLICE

633 W. Jefferson Street • Louisville, KY 40202-2786

JERRY E. ABRAMSON
MAYOR

THOMAS T. KUSTER
Director of Safety

DOUGLAS HAMILTON
Chief of Police

April 7, 1992

|            |                                                                                         |
|-----------:|-----------------------------------------------------------------------------------------|
| Re:        | Foreign Homicide Investigation                                                          |
| Victim:    | Rhonda Sue Warford, W/F/19                                                               |
| Address:   | 104 East Whitney Avenue                                                                 |
| Location:  | 9 Miles Southwest of Brandenburg, Kentucky, Off Kentucky 823, 150' Off Highway at the Edge of a Field |
| Date:      | Sunday, April 5, 1992 (Date PAS Notified)                                               |
| Time:      | 2015 Hours (Time PAS Notified)                                                          |
| Date:      | Sunday, April 5, 1992 (Date Victim found)                                               |
| Time:      | 0730 Hours (Time Victim Found)                                                          |
| File:      | 92070                                                                                    |
| Subject:   | Interview with Keith Hardin, W/M/22                                                      |

Submitted by:  Detective Hope Greer

Major James W. Griffiths
Commander C.I.S.

Sir:

    On Tuesday afternoon, April 7, 1992, upon reporting for
my regular tour of duty, I learned from Detective Mark Handy

**LMPD REP 00028**   An Equal Opportunity Employer

LMPD00469

Major James W. Griffiths
April 7, 1992, File 92070
Page 2

that he had conducted an interview during this day with
Keith Hardin and that Keith was at this time being given a
polygraph examination by Detective Kelly Jones.

Detective Handy briefed me on the information he had
received from Keith Hardin, informing me that Keith's infor-
mation concerning Wednesday evening, April 1, 1992, was bas-
ically the same as that given by Jeff Clark and that Keith
stated he and Jeff were at Jeff's trailer on Newburn Road
where they were drinking beer and looking for Jeff's snake,
which was lost. Detective Handy stated that Keith told him
that Jeff took Keith home in the early morning hours of
Thursday, April 2, 1992, and that they arrived at Keith's
home around 3:00 or 3:30 a.m. Detective Handy explained to
me that according to Jeff Clark, they had left the trailer
on Newburg Road at around 1:00 a.m. on Thursday morning and
that this left 2-to-2-1/2 hours unaccounted for at this
time.

Detective Handy stated that Keith informed him that
there did seem to be a problem between Rhonda and Jeff Clark
but that Keith denied knowing what had caused the problem.
According to Detective Handy, Keith Hardin told him that he
did not have a knife and did not know of Jeff Clark having
any knives.

I asked Detective Handy when Mr. Hardin had last seen
Rhonda and he stated that he told Detective Handy he had
last seen Rhonda on March 27th and 28th, when he stayed at
her house over on Whitney.

Detective Handy stated that the polygraph examination
had just begun but that Keith was aware that we wished to
speak to him in greater detail once the examination was com-
plete.

At approximately 1845 hours, I was notified by Detec-
tive Kelly Jones that he had completed the polygraph exam-
ination of Keith Hardin and it was his opinion that Keith
Hardin was not being truthful concerning his knowledge about
this incident.

Keith Hardin was shown back to the PAS Office where I
identified myself to him and then requested whether he would
be willing to speak with me at greater length concerning
this incident and he agreed to do so.

LMPD REP 00029

LMPD00470

Major James W. Griffiths
April 7, 1992, File 92070
Page 3

I spoke with Keith Hardin in the Commanding Officers' section of the PAS and before asking him any questions at all, I provided him with his Constitutional Rights per the Miranda Decision and asked him if he understood those Rights and he stated that he did indeed understand them.

I informed Keith that he had not passed the polygraph examination and he stated that he was aware of this. I asked Keith if there was any reason he may not have passed the polygraph examination and he did not immediately answer but seemed to be thinking for sometime and then answered to me that he did not know whether this would have any affect on the polygraph exam, but that he had visions and that one of the visions he had was of Rhonda being killed and that he thought that possibly having this vision may have caused him to fail the polygraph exam.

I asked him what he saw in this vision and he stated that he could see Rhonda, dressed in red and screaming, in a field. I asked Keith Hardin if he felt he knew the difference between reality and daydreaming or reality and dreams, and he told me that he did know what reality was and that these things he saw concerning Rhonda were just "visions." He stated that he had had these visions in the past when he was a child and that these visions always came true. I asked Keith when he had had this vision and he stated that it was sometime after Rhonda had come up missing. I then asked Mr. Hardin if he could explain in greater detail what he saw in this vision and he told me that this vision was not very clear to him and he couldn't see anymore than he had already told me.

I asked Keith Hardin if he knew of anyone who might want to hurt Rhonda and he said that he really did not, although he knew that Rhonda used to date a guy by the name of James who used to beat her up all the time. He told me that I should probably talk to her friend, Crystal, as Crystal might be able to give me better information about something like that.

Mr. Hardin then told me that a girl by the name of Tonya is James' little sister and Rhonda had told him that Tonya had been giving out Rhonda's phone number to guys to get those guys to call and harass Rhonda since Rhonda and James had broken up. He stated that one of those guys was named Tim and that according to Rhonda, Tim would call Rhonda on the telephone and say things to her like he was on his way over but that he would never show up. Keith stated that he tried to convince Rhonda to get Tim to show

LMPD00471

Major James W. Griffiths
April 7, 1992, File 92070
Page 4

up  someplace and told Rhonda that he would be waiting there
with her and would put an end to that.

I asked Keith what some of the other  guys  that  would
call Rhonda would say, and he said that Rhonda told him they
would  tell her they had whiskey and wanted to get her drunk
with them and that they wanted to come over and see her.   I
asked  Keith  if Rhonda had ever mentioned any of these guys
ever actually bothering her or doing anything to her and  he
stated that as far as he knew, they just called and harassed
her  on  the phone and Rhonda believed Tonya had put them up
to it.

I asked Keith if Rhonda drank alcoholic  beverages  and
he  stated  that  Rhonda did not drink very much and that he
never saw her do drugs.

I asked Keith if he owned or had possession of a  knife
of  any  kind and he stated to me that he did own one knife.
I asked Keith Hardin if his friend Jeff Clark had any knives
and he stated that Jeff had a whole bunch of knives as  Jeff
and  his stepfather collected knives at flea markets.  Keith
stated that Jeff kept his knives in a big box underneath his
bed.

I asked Keith Hardin if he had any  idea  where  Rhonda
Sue  might  have  been  going when she left the house in the
early morning hours of  Thursday,  April  2,  1992,  and  he
stated  that  he had no idea where she might have been going
that time of morning as he had warned her  many  times  that
she should not go out by herself.  I told Keith that accord-
ing to Rhonda's family she would not have gone out to meet a
stranger  at  that  time but it would have been him that she
was going to meet or another very good friend.   Keith stated
that Rhonda did not come to meet him, although he had talked
to her on the phone earlier in the day, but  that  they  had
not made any arrangements to meet later.

I  asked  Keith when he had last seen Rhonda and he in-
formed me that it was on the previous Saturday at  her  home
on Whitney.

I then asked Keith Hardin if he was familiar with Meade
County  or  had any relatives or friends in Meade County and
he stated that he was not familiar with that area.  I asked
him  if  he  knew  whether Jeff Clark was familiar with that
area and he stated that he did not know.

**LMPD REP 00031**

Major James W. Griffiths
April 7, 1992, File 92070
Page 5


    I then asked Keith Hardin if he had anything at all to do with Rhonda Sue Warford's death and he stated that he really didn't know what else to say to me, that he had told me everything he could.  I told him that he had not answered my question  and he then told me that he did not know what else he could say to me.

    I asked Keith Hardin if he realized what a serious situation this was and he informed me that he did understand how  serious it was and he also understood that we were just doing our job and that he was trying to cooperate in every way possible.

    I asked Keith Hardin if he had anything else to tell me of any type that may help us concerning this investigation or if he wished to change anything he had said to either me or Detective Handy, and he stated to me that he had told us everything that he could and had no further information.

    I concluded the interview with Keith Hardin at this time and contacted ETU and requested that they come to our office to take stand-up photographs of Keith Hardin.  At approximately 1940 hours, ETU Technicians Jerry Dudgeon and Margaret Haun came to our office and took stand-up photographs of Keith Hardin, after which Mr. Hardin left the PAS Office.

    I later contacted Sheriff Joe Greer of the Meade County Sheriff's Department and informed him that an interview had been conducted with Keith Hardin and Keith Hardin had, as well, submitted to suspect samples and a polygraph examination.

    The investigation in this case is continuing.

            Respectfully submitted,

            Detective Hope Greer
            Physical Assault Squad
            Criminal Investigation Section


jb/d


**LMPD REP 00032**

LMPD00473



# City of Louisville
## DIVISION OF POLICE
633 W. Jefferson Street • Louisville, KY 40202-2786

JERRY E. ABRAMSON
MAYOR

THOMAS T. KUSTER
Director of Safety

DOUGLAS HAMILTON
Chief of Police

April 7, 1992

CONFIDENTIAL REPORT

FILE NUMBER:            92-186

TO:                     Detective James Clark, PAS.

ARRANGEMENT:            At the request of Det. James Clark
                        of the Physical Assault Squad, Garr
                        Keith Hardin, W/M, DOB 08-13-69,
                        suspect, was examined on the polygraph
                        for the purpose of ascertaining if he
                        possessed guilty knowledge of a murder
                        investigation.

PROCEDURE:              This subject voluntarily submitted to
                        a polygraph examination.  This examin-
                        ation was conducted in a private room
                        with only the subject and the examiner
                        present.  This subject was instructed
                        to remain perfectly still and to answer
                        all questions either yes or no.  This
                        subject was given three tests consisting
                        of properly interspersed relevant and
                        irrelevant questions.

INTERVIEW WITH
OFFICER:                See Case Notes

INTERVIEW WITH
SUBJECT:                Subject related essentially the same
                        story as was told to the investigating
                        detectives.

**LMPD REP 00033**    An Equal Opportunity Employer

LMPD00538

Garr Keith Hardin Polygraph
Page 2

RESULTS:                      This subject was given three tests
                              consisting of the following relevant
                              questions and answered as indicated.

                              TESTS #1, #2, AND #3

                                   1.   Have you told me all you know
                                        about Rhonda's (Warford)
                                        death?  Yes.

                                   2.   Were you present when Rhonda
                                        was stabbed?  No.

                                   3.   Did you stab Rhonda?  No.

                                   4.   Did you have a knife in your
                                        hand when Rhonda was stabbed?
                                        No.


                              This subject was found to be a capable
                              reactor.  After careful analysis of the
                              polygrams, it is the opinion of the
                              examiner that this subject did not tell
                              the complete truth during this examination.




                                   Detective Kelly Jones
                                   Polygraph Examiner

KJ/slk


**LMPD REP 00034**



# City of Louisville

## DIVISION OF POLICE

633 W. Jefferson Street • Louisville, KY 40202-2786

JERRY E. ABRAMSON
MAYOR

THOMAS T. KUSTER
Director of Safety

DOUGLAS HAMILTON
Chief of Police

April 8, 1992

|  |  |
|---|---|
| Re: | Foreign Homicide Investigation |
| Victim: | Rhonda Sue Warford W/F/19 |
| Address: | 104 E. Whitney Avenue |
| Location: | 9 Miles Southwest of Brandenburg Ky, KY-823, 150 Ft. Off Highway at Edge of Field |
| Date: | Sunday, April 4, 1992 (Date PAS Notified) |
| Time: | 2015 Hours (Time PAS Notified) |
| Date: | Sunday, April 5, 1992 (Date Victim Found) |
| Time: | 0730 Hours (Time Victim Found) |
| File: | 92070 |
| Subject: | Consent to Search Auto, Re-interview Jeff Clark W/M/21, ETU Processing of Vehicle |
| Submitted by: | Detective Mark Handy |

Major James W. Griffiths
Commander C.I.S.

Sir:

**LMPD REP 00035**   An Equal Opportunity Employer

Major James W. Griffiths
92070
Page 2

On Wednesday, April 8, 1992 after arriving in the PAS Office for my normal tour-of-duty, I met with Sheriff Joe Greer of the Meade County Sheriff's Department as well as Bill Adams from Meade County. The three of us went to 4519 Cod Drive and located a Jeffery Clark a witness in the above captioned case and I explained to Mr. Clark that we wished to search his 1974 Nova. I explained to Mr. Clark that he had the right to refuse us permission to search his vehicle as well as speak to us. Mr. Clark advised me that he understood that and that it was okay with him if we searched his vehicle.

A Louisville Police Department wrecker was then dispatched to 4519 Cod Drive and the car was taken to the Louisville Police Department Headquarters basement area where ETU Technicians Margaret Haun and Tina Bennett conducted a search and processing of the vehicle. Letters from them on this will be forthcoming and incorporated into the case file.

Mr. Clark was also transported to the PAS Office and re-interviewed in connection with the above captioned case. This was done by myself, along with Sheriff Joe Greer and Bill Adams of Meade County.

RE-INTERVIEW OF JEFF CLARK W/M/21

Jeff Clark admitted to me that he had previously lied about owning a knife, that he owned several. Jeff Clark denied any involvement in devil worshiping and explained to me that it is sick and that he does not know if Keith is into it or not but he definitely is not. Mr. Clark further advised me that Keith Hardin told him one time previously before that the victim thought she was pregnant and that he definitely was not going to have a child. Jeff Clark further advised me that he did not have any problems with the victim and does not know of anyone who want to hurt her. Jeff further explained to me that he was with Keith Hardin on Wednesday, April 1st into the morning of Thursday, April 2nd and that they left the trailer together at approximately 1 AM and went home. Mr. Clark further advised that he was not drunk although they both were drinking beer. Mr. Clark further advised me that the victim Rhonda Warford has not been in his automobile since December of 1991 and that he has not been in Meade County since July of 1991.

It was determined that Jeff Clark had no additional information at this time concerning the above captioned case,

**LMPD REP 00036**

LMPD00434

Major James W. Griffiths
92070
Page 3


he was thanked for his assistance and cooperation and the interview with him was concluded.

The investigation concerning the above captioned case is still continuing.

Respectfully submitted,

*Det. Mark Handy*

Detective Mark Handy
Physical Assault Squad
Criminal Investigation Section

kk/c

J.W.

**LMPD REP 00037**

LMPD00435



# City of Louisville
## DIVISION OF POLICE
633 W. Jefferson Street • Louisville, KY 40202-2786

JERRY E. ABRAMSON
MAYOR

THOMAS T. KUSTER
Director of Safety

DOUGLAS HAMILTON
Chief of Police

April 9, 1992

```
           Re:  Foreign Homicide Investigation
       Victim:  Rhonda Sue Warford W/F/19
      Address:  104  E. Whitney Avenue
     Location:  9 Miles Southwest of Brandenburg,
                KY, Off of Kentucky 823, 150 ft.
                Off of the Highway, at the Edge
                of a Field
         Date:  Sunday, April 5, 1992
                (Date PAS Notified)
         Time:  2015 Hours (Time PAS Notified)
         Date:  April 5, 1992 (Date Victim Found)
         Time:  0730 Hours (Time Victim Found)

         File:  92070

      Subject:  Interview Mary Warford,
                Information from Crystal Barnes,
                Re-interview Keith Hardin
```

Submitted by:  Detective Mark Handy

Major James W. Griffiths
Commander C.I.S.

Sir:

In  continuation of the above captioned case, on Thurs-
day, April 9, 1992, while present in the PAS Office  for  my

Major James W. Griffiths
92070
Page 2

normal tour of duty, I met with Sheriff Joe Greer of the
Meade County Sheriff's Department and advised Sheriff Greer
that I had an appointment at noon to speak with the family
of the above captioned victim.

Sheriff Greer, along with Detective Gary Mason, accom-
panied me to the victim's house at 104 East Whitney Avenue.
We then had a meeting with the victim's family and I spoke
with the victim's mother, Mary Warford.

INTERVIEW MARY WARFORD

Mary Warford advised me that the victim was talking to
her boyfriend, Keith Hardin, at approximately 1500 hours and
that the victim went to the store at approximately 1900
hours and was on her way home and someone was following her
back and wanted to marry her. Mary Warford further advised
that at approximately 2045 hours that the victim called her
cousin, Crystal, at 368-0655, and wanted Crystal to go shop-
ping. Mary Warford advised that the victim appeared to be
in a good mood and that Mary went to bed at approximately
midnight and that the victim, Rhonda, took the phone in her
room at that point. Mary Warford further advised that
Rhonda came into her room at approximately 0030 hours and
got the door key and when Mary asked where she was going
Rhonda replied to her "Down here" and Rhonda then left and
was not seen again.

Mary Warford advised that at approximately 0400 to 0500
hours that she checked Rhonda's room and that she was not
there. Mary advised that when Rhonda last left she was
wearing her hair in a ponytail and that there was an elastic
band in her hair that was black with different colors. Mary
Warford advised that Rhonda did not take anything except the
key to the house.

Mary Warford advised that Rhonda would not go and meet
someone that she did not know, but further advised that she
does not know if Rhonda may have received a phone call or
made a phone call.

I determined that Mary Warford had no additional infor-
mation at this time.

I then talked to a Crystal Barnes, who described her-
self as a friend of Rhonda's.

INFORMATION FROM CRYSTAL BARNES

Crystal explained to me that Rhonda was only into devil
worship to make Keith happy and that the reason that Rhonda

**LMPD REP 00039**

Major James W. Griffiths
92070
Page 3


put the upside down cross on her chest was to make Keith happy. Crystal advised me that Rhonda told her, that Keith Hardin told her, that if she ever left him or he ever caught her cheating on him that he would kill her.

It was determined that Crystal Barnes had no additional information concerning the above captioned case at this time and she was thanked for her cooperation.

Upon conclusion of the above interviews I, along with Detective Mason and Sheriff Greer, departed that location and returned to the PAS Office.

After arrival in the PAS Office, I contacted Keith Hardin and advised him that we wished to re-interview him concerning the above captioned case.

I, along with Sheriff Greer, proceeded to Tarrytown Road and met with and brought Keith Hardin back to the PAS Office.

Upon arrival in the PAS Office, I explained to Keith that he did not have to speak with us concerning any know-ledge about the above captioned investigation and Keith advised us that he understood his rights and wished to speak with us concerning this case.

RE-INTERVIEW KEITH HARDIN

I then asked Keith about the information that I had re-ceived from Crystal Barnes and Keith acknowledged that he had previously told Rhonda that if she ever cheated on him or left him that he would kill her, but that he had told all his girlfriends that and none of them were dead.

I then asked Keith about owning a knife and Keith again denied owning a knife and advised me that he did not own a knife and that he did not know if Jeffrey Clark owned a knife either.

Keith Hardin further advised me that he only got as close as the expressway to Rhonda's house on Thursday morn-ing, April 2, 1992; that he did not see Rhonda that evening or morning and that he does not know what happened to Rhonda.

Keith Hardin further advised that he had no knowledge of what happened to Rhonda Warford and that he also had no involvement in what happened to Rhonda Warford.


**LMPD REP 00040**

Major James W. Griffiths
92070
Page 4


        Keith Hardin was subsequently transported home by Sher-
iff Joe Greer.

        The  investigation  concerning the above captioned case
is continuing.

                        Respectfully submitted,

                        Det. Mark Handy

                        Detective Mark Handy
                        Physical Assault Squad
                        Criminal Investigation Section


mjm

J.W.

**LMPD REP 00041**



# City of Louisville

### DIVISION OF POLICE

633 W. Jefferson Street • Louisville, KY 40202-2786

JERRY E. ABRAMSON
MAYOR

THOMAS T. KUSTER
Director of Safety

DOUGLAS HAMILTON
Chief of Police

April 10, 1992

<pre>
         Re:   Foreign Homicide Investigation
     Victim:   Rhonda Sue Worford, W/F/19
    Address:   104 East Whitney Avenue
   Location:   9 Miles SW of Brandenburg, Ky.
               Off Ky. 823, 100 Feet Off of
               Highway at Edge of Field
       Date:   Sunday, April 5, 1992 (Date PAS
               Notified)
       Time:   2015 Hours (Time PAS Notified)
       Date:   Sunday, April 5, 1992 (Date
               Victim Found)
       Time:   0730 Hours (Time Victim Found)

       File:   92070

    Subject:   Follow-Up Investigation, Information
               From Alex Brower

Submitted by:  Detective James Clark
</pre>

Major James W. Griffiths
Commander C.I.S.

Sir:

**LMPD REP 00042**   An Equal Opportunity Employer

LMPD00349

Major James W. Griffiths
April 10, 1992
Page 2

In continuation of the above captioned case, on this
date, at approximately 0212 hours, I arrived at 4211 South
3rd St.  It is noted that this address is the Kroger's
Stroe.

It is noted that the victim's mother in this case, Mary
Warford, had advised Meade County Sheriff Joe Greer, that
the victim had disappeared at approximately 0015 hours to
0030 hours. It should also be noted that Mrs. Warford ad-
vised Sheriff Greer that when the victim was last seen, some
family members thought that the victim could possibly be
headed towards this Kroger's.

Consequently, I was attempting to ascertain if any of
the Kroger store employees could verify if the victim did
show up at this Kroger's.

After identifying myself to a store employee, Alex
Brower, I was told that there was no way that the victim
could had showed up on April 2, 1992, after midnight.    Mr.
Bower went on to explain to me that the store closes on
weekdays at the same time, this being midnight.   He went on
to explain that the store hours are Monday through Saturday,
0700-0000 hours. He stated that on Sunday, the store is
open from 0800-2200 hours.

At that point, I showed Mr. Brower a photograph of the
victim, Rhonda Warford. Mr. Brower stated that    he does
recall seeing the victim visit the store periodically.  He
stated that he is unsure of the last time that he saw  the
victim.   He stated that the victim is usually alone, but
that on one occasion he saw the victim in the company of an-
other W/F. He stated that this female appeared to be 16  or
17 years old.

At that point, Mr. Brower explained to me that he was
20 years old and that if we needed to talk to him again that
his phone number was 366-5134. He stated that he lived  at
107 Kingston Ave., Apt. 4.  He stated that the store phone
number is  368-3065.    Mr. Brower stated his  SS#  is
████████

After obtaining this information from Mr. Brower, I
then thanked him for his time and cooperation and exited the
building.

At that point, I then proceeded back to the PAS  Office
to work on an unrelated matter.

**LMPD REP 00043**

Major James W. Griffiths
April 10, 1992
Page 3


The investigation into this case is continuing.

Respectfully submitted,

*James E. Clark*

Detective James Clark
Physical Assault Squad
Criminal Investigation Section


sk/

**LMPD REP 00044**

JMP

LMPD00351



# City of Louisville
## DIVISION OF POLICE
633 W. Jefferson Street • Louisville, KY 40202-2786

JERRY E. ABRAMSON
MAYOR

THOMAS T. KUSTER
Director of Safety

DOUGLAS HAMILTON
Chief of Police

April 14, 1992

```
        Re:   Foreign Homicide Investigation
     Victim:  Rhonda Sue Warford W/F/19
    Address:  104  E. Whitney Avenue
   Location:  9 Miles Southwest of Brandenburg,
              KY, Off of Kentucky 823, 150 ft.
              Off of the Highway, at the Edge
              of a Field
       Date:  Sunday, April 5, 1992
              (Date PAS Notified)
       Time:  2015 Hours (Time PAS Notified)
       Date:  April 5, 1992 (Date Victim Found)
       Time:  0730 Hours (Time Victim Found)

       File:  92070

    Subject:  Interview Tonya Greer, W/F/16,
              Interview Timmy Tabb, W/M/26


Submitted by:  Detective Mark Handy
```

Major James W. Griffiths
Commander C.I.S.

Sir:

On  Tuesday, April 14, 1992, after reporting to the PAS
Office for  my  normal  tour of  duty,  I  was  advised  of
follow-up interviews which needed to be conducted concerning

**LMPD REP 00045**     An Equal Opportunity Employer

Major James W. Griffiths
92070
Page 2

the above captioned case.  I also noted the arrival of Sheriff Joe Greer of the Meade County Sheriff's Department as well as Bill Adams from Meade County.

At approximately 1600 hours I, along with Detective Hope Greer of the PAS Office, proceeded to 300 Lansing Avenue and located a Tonya Jean Greer as well as a James Tyrell and transported them back to the PAS Office to be interviewed concerning the above captioned case.

Upon arrival, it was determined that Sheriff Greer and myself would interview Tonya Greer and Detective Greer and Bill Adams would interview James Tyrell.  A letter from Detective Greer on this will be forthcoming.

INTERVIEW TONYA GREER

After arrival in the PAS Office, I was advised by Tonya Greer that her middle name is Jean and that she has a birth date of 11-14-75.  Ms. Greer was interviewed in the office along with Sheriff Greer.

Tonya Greer advised me that the last time she saw the victim, Rhonda Warford, was on February 14, 1992, and that she saw her over at her house on Whitney.  Tonya Greer advised me that the only person that she knows of that the victim was dating was Keith Hardin and that Rhonda previously had dated her brother, James, and that Rhonda began going out with Keith Hardin after she and James had broke up.

Tonya Greer advised me that while at Jeff's trailer on Newburg Road that she overheard Keith Hardin tell Rhonda Warford that if she ever left him or cheated on him that he would kill her.  Tonya advised me that she then heard Rhonda reply "Oh no, you won't."

Tonya Greer advised me that while at Jeff's trailer sometime in November of 1991 she was told by Jeff Clark that he wanted to kill her and Jeff Clark pointed a gun at her head and told her that he also wanted to kill his ex-wife.

Tonya Greer advised me that she never saw Keith Hardin or Jeff Clark with a knife.

Tonya Greer advised me that she was told by Keith Hardin that he worshipped the devil.  Tonya also advised me that she was told by both Keith Hardin and Jeff Clark that an upside down cross means that you worship the devil.

Major James W. Griffiths
92070
Page 3

Tonya advised me that Rhonda Warford showed her an inverted cross that Keith put on her because she wanted to be like Keith.

Tonya advised that sometime in November of 1991 she was asked by Jeff Clark if he could put an upside down cross with a razor on her arm.

Tonya advised me that Keith Hardin and Jeff Clark would usually drink whiskey and beer every day that she saw them and that Rhonda would usually drink with them unless they were drinking beer and that Rhonda would not drink then, because Rhonda did not like beer.

Tonya advised me that she never gave anyone Rhonda's phone number and that she does know a W/M by the name of Tim who had been calling Rhonda prior to her missing.

Tonya advised me that Rhonda had put Tonya on the phone to talk to Tim because Rhonda did not want to meet him because Rhonda had a boyfriend. Tonya advised me that as far as she knows that Rhonda has never met Tim and that Tim does not know where Rhonda lives.

Tonya advised me that she has met Tim out at Tim's apartment on Preston Highway and that if Rhonda said "I'm going down here" that it would usually mean Kroger's.

Tonya advised me that she has never seen Tim drive a car and that as far as she knows Tim does not own a car.

Tonya advised me that she knows for a fact that Jeff Clark and Keith Hardin are both into devil worship and that Tim has a possible address of 1208 Preston, Apartment #5.

Tonya also advised me that she had Tim's phone number at her home.

After we were through interviewing her and the interview with James Tyrell was done, Tonya and James were transported back home by me, along with Detective John Tarter of the PAS.

I then proceeded back to the PAS Office and contacted Tim through the number that Tonya had given me, 964-1250.

I then went to 1208 Quest Drive which is in the Wingate Apartments at Preston and Gilmore, Apartment #5, located and conducted an interview there with a Timothy Tabb, W/M/26.

INTERVIEW TIMOTHY TABB, W/M/26

**LMPD REP 00047**

Major James W. Griffiths
92070
Page 4


Timmy Tabb gives a birth date of ███████     His  home
address  is  1208  Quest  Drive,  Louisville,  Kentucky  40213,
with the phone number there of 964-1250.

Timmy Tabb advised me that he got Rhonda on  the  phone
by  a wrong number and that he has never met Rhonda Warford.
Timmy Tabb advised me that he met Tonya through  Rhonda  and
that  Tonya came out to his apartment and that he never knew
where Rhonda lived.

Timmy Tabb advised me that he was told by  Rhonda  that
she had a boyfriend but he was never told by Rhonda what her
boyfriend's name was.

Timmy  Tabb advised me that Rhonda never spoke with him
about her personal life and the only conversations  he  ever
had with her was over the telephone.

It was determined that Timmy Tabb had no additional in-
formation  concerning  the  above  captioned case and he was
thanked for his assistance and cooperation and the interview
with him was concluded.

Upon conclusion of the interview with Timmy Tabb, I de-
parted that location and proceeded back to the PAS Office.

The investigation concerning the above  captioned  case
is continuing.

Respectfully submitted,

Det. Mark Handy

Detective Mark Handy
Physical Assault Squad
Criminal Investigation Section


mjm/a


J.W.
**LMPD REP 00048**

LMPD00395



# City of Louisville
## DIVISION OF POLICE
633 W. Jefferson Street • Louisville, KY 40202-2786

JERRY E. ABRAMSON
MAYOR

THOMAS T. KUSTER
Director of Safety

DOUGLAS HAMILTON
Chief of Police

April 14, 1992

|                |                                                                           |
|----------------|---------------------------------------------------------------------------|
| Re:            | Foreign Homicide Investigation                                            |
| Victim:        | Rhonda Sue Warford W/F/19                                                  |
| Address:       | 104 E. Whitney Avenue                                                     |
| Location:      | 9 Miles SW of Brandenburg KY, Off of KY-823, 150' Off of the Highway, at the Edge of a Field |
| Date:          | Sunday, April 5, 1992 (Date PAS Notified)                                 |
| Time:          | 2015 Hours (Time PAS Notified)                                           |
| Date:          | April 5, 1992 (Date Victim Found)                                        |
| Time:          | 0730 Hours (Time Victim Found)                                          |
| File:          | 92070                                                                      |
| Subject:       | Interview with James B. Tyrell, Jr. W/M/21                                |
| Submitted by:  | Detective Hope Greer                                                      |

Major James W. Griffiths
Commander C.I.S.

Sir:

**LMPD REP 00049**   An Equal Opportunity Employer

LMPD00463

Major James W. Griffiths
92070
Page 2

In continuation of the above investigation, on Monday, April 13, 1992, arrangements had been made to interview Tonya Greer and James Tyrell in regards to any information they might have concerning the above captioned investigation.

It should be noted that James Tyrell is an ex-boyfriend of the victim and Tonya Greer is James' sister.

By telephone, I spoke with Ms. Vickie Greer and obtained permission from her for us to interview Tonya as Tonya is a juvenile. Ms. Greer also made arrangements for her son James to be contacted and informed me that we could speak with both James and Tonya at her home at 300 Lansing Avenue on the next afternoon, that being Tuesday, April 14, 1992 at around 4 o'clock PM.

On Tuesday afternoon, April 14, 1992, it should be noted that Sheriff Joe Greer of the Meade County Sheriff's Department as well as Meade County Coroner, Bill Adams came to the PAS Office. When Detective Mark Handy reported for duty, it was determined that Detective Handy and I would proceed to 300 Lansing Avenue to locate Tonya Greer and James Tyrell and attempt to bring them back to our office to be interviewed.

At approximately 1600 Hours, I along with Detective Handy went to 300 Lansing Avenue where we identified ourselves to Roy and Vickie Greer and also to James Tyrell and Tonya Greer. We requested that Tonya and James come to our office for the interview and they, as well as their parents agreed to this.

James and Tonya were then transported to our office where Detective Handy and Sheriff Joe Greer conducted an interview with Tonya Greer while myself and Coroner Bill Adams conducted an interview with James Tyrell. It should[ be noted that our interview was conducted in CIS Captain's Office and the interview with James Tyrell began at approximately 1635 Hours.

INTERVIEW WITH JAMES B. TYRELL JR. W/M/21

James advised that his DOB is ███████ and his SS# is ███████. He informed me that he is now living at 1915 Duncan Street with his grandmother, Martha Martin and his telephone number there is 585-3465. James stated that Vickie Greer is his mother and Roy Greer is his stepfather

**LMPD REP 00050**

Major James W. Griffiths
92070
Page 3

and they live at 300 Lansing Avenue, where we picked him up today and their telephone number there is 368-3786.

Before beginning questioning with James Tyrell I orally informed him of his Constitutional Rights Per Miranda and asked him if he had any questions at all about talking to us about Rhonda Warford. I reiterated to him that I wanted him to understand his Constitutional Rights should he say anything incriminating to himself and James informed me that he had absolutely nothing to hide concerning Rhonda and he would be truthful with me and be very happy to cooperate as he would like to see the person responsible for her death arrested.

I asked James how he met Rhonda and he stated that he was out riding one day when he pulled up in front of his house on Lansing and Rhonda was talking to his sister, He stated that as he recalled, Rhonda left and then his friend, Charlie, ran and told Rhonda that James like her. James stated that he believed this was in the summer of 1990.

James stated that from this meeting, he began seeing Rhonda and saw her for about seven months.

James stated that he, his brother Rob, and a friend by the name of Bobby had a house over on Oakdale and that Rhonda stayed over at that house with him alot. He went on state that he later moved in with Rhonda and stayed with her at her parents home over on Whitney for about six weeks.

James stated that after he and Rhonda had been seeing each other for about six months they got engaged but that Rhonda was extremely jealous and would get mad at him very easily.James went on to state that she didn't just get mad at him very easily but got mad about almost anything very easily. He went on to say that although her jealousy and her temper were the reason he could no longer stay with her, that she had been very good to him during this time and that for his birthday she had baked him a big cake and for Christmas she had bought him a coat.

I asked James what Rhonda's personal habits were as far as drugs or drinking and he stated that when she was with him she did like to drink whiskey and would drink a pint while he was drinking a pint. I asked him what type of whiskey Rhonda liked to drink and he stated that if he remembered correctly she usually liked Kessler or Wild Turkey. James went on to say that while he was with Rhonda, she

Major James W. Griffiths
92070
Page 4

would not let anyone mess with him and would always take up for him.   He went on to say that he was drinking alot at this time and that one night he drank so much that Rhonda became very concerned for him and called the paramedics for him.

I asked James if he felt that Rhonda kept alot of things from her family and he stated that Rhonda loved her family very much, especially her nephew Jeremy, and she was very good about letting someone in the family know where she was at at all times.

I asked James if knew whether Rhonda might go out late in the evening and walk around and he stated that he knew that she would sometimes walk over to the park located around First and Florence.   He went on to say that all three sisters including Rhonda would get in the car with people they did not know and that Rhonda told him about one time when they went home with some guy and while he was in the shower, they had robbed him.

James stated that he felt very badly Rhonda had been murdered and he again stated that her jealousy and her anger were there biggest problems and he simply could not take it anymore.

He went on to say that in February of last year she called him and told him that she was pregnant and he told her to go have a blood test and if the baby was his that he would take responsibility for it. He stated that he did not hear anything after that.

James stated that Rhonda and his sister, Tonya, became friends after Rhonda and James had broken up and that it had been over a year since he actually saw her. He went on to state that he has been living with his grandmother on Duncan for about a year.

I asked James where he worked and he stated that he does odd jobs for a guy by the name of Lonnie Williams and a Ms. Ramsey.

I asked him if he might be able to provide me with anymore information about Rhonda's habits and he stated that I might want to talk to Rhonda's friend, Brook, who now lives in Tennessee, as Brook and Rhonda were very good friends.

**LMPD REP 00052**

LMPD00466

Major James W. Griffiths
92070
Page 5

only thing he knew about Keith Hardin was what his sister Tonya had told him and Tonya had stated that she and Rhonda went out to Jeff and Keith's trailer and Jeff put a gun to Tonya's head and said he was going to kill her and Keith had also said that once he got out of trouble he was going to kill Rhonda.

James stated that Tonya had also told him that they had alot of knives and that they were devil worshipers. James stated that he believed he remembered Tonya telling him that they had a snake at the trailer which they fed rats to and that they would stab the rats in the head and that one time Keith had told Rhonda "that could be you next".

I asked James if he could account for his whereabouts during the weekend of April 5, 1992 and James stated that he believed he was at a friends house by the name of Jimbo Adcock, who lives about four houses down from his grandmother. I asked James if he had a telephone number for Jimbo Adcock and he provided me with the telephone number of 585-1998. He stated that he believed he stayed at Jimbo's on Saturday also which would have been April 3, 1992 and that on that Saturday night they went to a bar on 21st Street called B & Eb's where they drank some beer and he and Jim then went to a bar called Lucky's.

I asked James if he could remember what he was doing on the nights prior to Friday and Saturday and he stated that on Thursday nights he bowls at the Parkmoor Bowling Alley so that's where he would have been on Thursday night.

I asked James if he ever had any run-in with Rhonda after they broke up and he stated that he had been going with a girl by the name of Sherry Leffler since he and Rhonda broke up. I asked James if he had ever hit or smacked Rhonda around as I understood they had had some very violent confrontations and James stated that he did not actually ever hit Rhonda but she would become some irate and furious over the least little thing that there were times when he had to hold her to keep her from either hurting him or herself.

I then asked James if he had anything to do with or knew anything about the death of Rhonda Warford and he informed me that he did not have anything to do with her death. I asked James if he owned a knife and he informed me that he did not.

**LMPD REP 00053**

Major James W. Griffiths
92070
Page 6


    I then asked James if he knew of anyone else who may
have had something to do with Rhonda's death or if he had
any knowledge at all concerning this investigation and he
stated that he did not.

    I asked James if he had any relatives in the Meade
County area or had ever been down in that area and he stated
that to his recollection he had not and he did not know of
any relatives in that area.

    I thanked James for his cooperation and concluded the
interview with him at approximately 1800 Hours at which time
I conferred with Detective Handy who had been conducting the
interview with Tonya Greer and we determined that there were
no additional questions we needed to ask these individuals
at this time.

    Detective Handy informed me that he would see that Tonya
and James were returned home and I concluded my tour-of-duty
at this time.

    The investigation in this case is continuing.

                    Respectfully submitted,

                    *Det. Hope Greer*
                    Detective Hope Greer
                    Physical Assault Squad
                    Criminal Investigation Section

kk/e


**LMPD REP 00054**



# City of Louisville
## DIVISION OF POLICE
633 W. Jefferson Street • Louisville, KY 40202-2786

JERRY E. ABRAMSON
MAYOR

THOMAS T. KUSTER
Director of Safety

DOUGLAS HAMILTON
Chief of Police

April 16, 1992

```
        Re:  Foreign Homicide Investigation
    Victim:  Rhonda Sue Worford, W/F/19
   Address:  104 East Whitney Avenue
  Location:  9 Miles SW of Brandenburg, Ky.
             Off Ky. 823, 100 Feet Off of
             Highway at Edge of Field
      Date:  Sunday, April 5, 1992 (Date PAS
             Notified)
      Time:  2015 Hours (Time PAS Notified)
      Date:  Sunday, April 5, 1992 (Date
             Victim Found)
      Time:  0730 Hours (Time Victim Found)

      File:  92070

   Subject:  Information Received from Crimestoppers
             and Follow-Up on that Information

Submitted by:  Detective Hope Greer
```

Major James W. Griffiths
Commander C.I.S.

Sir:

**LMPD REP 00055**   An Equal Opportunity Employer

LMPD00460

Major James W. Griffiths
April 16, 1992
Page 2


On Thursday morning, April 16, 1992, at approximately 0905 hours, I received a telephone call from Det.   William Greer  of the Crimestoppers Unit who informed me he had spoken to Mrs. Worford, the victim's mother, and she  told  him that  Tonya  said we should talk to a guy by the name of Tim Gary or Geary. Det. Wm. Greer stated that  the  only  additional  information  Mrs. Worford had in regards to this Tim was that he is in jail now because his  girlfriend had  recently  had  him  locked up for something.  Mrs. Worford advised that Tonya had described him as having a ponytail  and being short and stocky.

After  receiving this information from Crimestoppers, I then went to the computer where I eventually located several arrests on a subject which most closely matched the information I was given.

These arrests were for a Timothy Lee Geary with a photo number of 277514 and  a  DOB  of ██████████ and  a  SS# of ██████████   The  latest  arrest  in our computer was for April 11, 1992, with the charges being Criminal Mischief 1st and Terroristic Threatening.  The narrative advised that arrest warrants had been taken by two victims  alleging  that Mr.  Geary had damaged their house causing over $1,000 worth of damage by breaking windows and  doors  and  he  had  also threatened to kill one of the victims.

I  made  copies  of  this  arrest record as well as the other arrests Mr. Geary had in our computer.

I remembered that on the  previous  day  of  Wednesday, April  15,  1992 Det. Jenny Assef had taken information from Mrs. Worford indicating that around  Christmas  time  Rhonda had dated a guy by the name of Tim and that Keith Hardin had threatened  to  kill him. Ms. Worford had indicated at that time that Tonya knew who this Tim was  and  apparently  Ms. Worford  had  talked to Tonya and learned that this individual's name was Tim Gary or Geary, and that is  why  she  had passed this information on to us.

A  copy  of Timothy Geary's arrest record was made part of the case file and the information was passed on  to  Det. Clark for future follow-up.


**LMPD REP 00056**

Major James W. Griffiths
April 16, 1992
Page 3


The investigation in this case is continuing.

Respectfully submitted,

Detective Hope Greer
Physical Assault Squad
Criminal Investigation Section


sk/c

**LMPD REP 00057**

LMPD00462



# City of Louisville
## DIVISION OF POLICE
633 W. Jefferson Street • Louisville, KY 40202-2786

JERRY E. ABRAMSON
MAYOR

THOMAS T. KUSTER
Director of Safety

DOUGLAS HAMILTON
Chief of Police

April 27, 1992

|  |  |
|---|---|
| Re: | Foreign Homicide Investigation |
| Victim: | Rhonda Sue Worford, W/F/19 |
| Address: | 104 East Whitney Avenue |
| Location: | 9 Miles SW of Brandenburg, Ky. Off Ky. 823, 100 Feet Off of Highway at Edge of Field |
| Date: | Sunday, April 5, 1992 (Date PAS Notified) |
| Time: | 2015 Hours (Time PAS Notified) |
| Date: | Sunday, April 5, 1992 (Date Victim Found) |
| Time: | 0730 Hours (Time Victim Found) |
| File: | 92070 |
| Subject: | Interview With Hope Jaggers |
| Submitted by: | Detective James Clark |

Major James W. Griffiths
Commander C.I.S.

Sir:

In continuation of the above captioned case on this date, at approximately 1100 hours, I along with Det. C.

Major James W. Griffiths
April 27, 1992
Page 2

Edelen  and Det. J. Tarter of the PAS arrived at 5500 Minors
Lane.  The ongoing investigation had determined that  a  W/F
by  the  name of Hope Jaggers lived at this address and that
she may have information that  would  be  relevant  to  this
case.

    Consequently, we were met at this location by a W/F who
identified herself as Hope Jaggers.  The following interview
with her was being conducted.

INTERVIEW WITH HOPE M. JAGGERS, W/F/17

        Ms. Jaggers states that her DOB is ▓▓▓▓▓▓▓ her SS# is
▓▓▓▓▓▓▓, and that her phone number is 969-2726.

    In response to questioning, Ms. Jaggers states that she
considered herself on of Rhonda Worford's best friends.  She
stated  that they had been friends for approximately 1 year.
She went on to clarify  that  she  has  known Rhonda  since
Rhonda has been dating Keith Hardin.

    At  that point, Ms. Jaggers stated that she told Rhonda
to stay away from Jeff and Keith both because they both were
"crazy."  It should be noted that when asked  to  elaborate,
Ms.  Jaggers  just basically stated that both Keith and Jeff
"seemed crazy."  In response to questioning, Ms.  Jaggers
stated that she is  unaware of any Satanic involvement by
Keith or Jeff.

    At that point, Ms. Jaggers explained to me that she had
visited with Jeff Clark at his trailer park  on  3  separate
occasions.  She stated that she is unsure of the address but
it  is  on Newburg Rd.  She stated that Jeff and Keith both
seemed to have a "thing" for knives.  She stated that of the
two, Keith really had a passion for knives.  She stated that
when she went to the trailer park on one occasion, she noted
that Keith kept a knife in the  refrigerator  and  over  the
front  door  of the trailer.  She described these knives as
"large and big."  She stated that she notes for a fact  that
Keith keeps at 5 knives in that trailer.

    At that point, she stated that she can recall that Jeff
had  some type of animosity towards his ex-wife.  When asked
to elaborate, she stated that Jeff said that he  wanted  to
kill  his ex-wife.  She stated that Jeff told her that if he
ever found his wife, he would kill her.

**LMPD REP 00059**

Major James W. Griffiths
April 27, 1992
Page 3

When asked to continue, Ms. Jaggers states that on one occasion while she was at the trailer park, she heard Rhonda tell Keith that she thought she was pregnant. She stated that Keith got extremely upset and told Rhonda that if she was pregnant he would kill her. She states that after this argument took place, Rhonda told her that she thought Keith was serious.

When asked to continue, Ms. Jaggers states that she also recalls being at the trailer park on one occasion and Keith gave Rhonda a knife and told her to cut the tip of her fingers with the blade. She stated that she observed Rhonda do this and then take the blood and rub it against Jeff and Keith's hands. She states that once she observed this, she told Rhonda that she thought this was wrong. She stated a verbal argument followed between she and Rhonda. She stated that she was extremely upset that Rhonda had cut her fingers because Rhonda was intoxicated from drinking Vodka.

In response to questioning, Ms. Jaggers stated that she knew that Keith and Jeff both did drugs. She stated that Jeff would cut his arm and put 3 or 4 hits of acid in each arm. She stated that Keith did acid also but he did it "by mouth."

When asked to continue, Ms. Jaggers stated that on one occasion at the trailer park, Jeff told her (Hope Jaggers) if she ever needed anyone killed he had a person to do it. Ms. Jaggers stated that this individual is supposed to have worked at a garage somewhere on Taylor Blvd.

In response to questioning, Ms. Jaggers stated that she never saw anybody else visit the trailer while she was there.

At that point, Ms. Jaggers stated that she was not aware of any Satanic paraphernalia but she did observe that she saw statutes of devils on a shelf located inside the trailer. She stated that she also recalled seeing a statute of a snake.

In response to questioning, Ms. Jaggers stated that she last saw Rhonda Worford approximately 3 weeks before Ms. Worford was found deceased. She stated that Ms. Worford stated that she was going down to her ex-boyfriend's house named Jamie. Ms. Jaggers went on to explain to me that she did not know Jamie's address but that he lived somewhere in Portland.

**LMPD REP 00060**

Major James W. Griffiths
April 27, 1992
Page 4


I then asked Ms. Jaggers if the victim stated that she was "going down there," what Ms. Jaggers thought thee victim was referring to. She stated that Rhonda probably would be going to meet Jamie or Keith in the Kroger parking located down the street from Rhonda's. She stated on occasion she and Rhonda would go to the parking lot and meet up with Jamie and they would proceed to Portland. She stated that if Rhonda was leaving the house in the early part of the morning, she would probably be going to see Keith.

I then asked Ms. Jaggers if Rhonda changed her clothes to meet somebody who Ms. Jaggers thought Rhonda would be going to see. Again, I noted that Ms. Jaggers stated that it would probably be Keith.

In response to questioning, Ms. Jaggers stated that Rhonda told her that she was no longer having sex with ex-boyfriend Jamie. She stated that Rhonda said that Keith and her were still sexually active. Ms. Jaggers wnet on to adamantly explain to me that Rhonda Worford was no longer involved with Jamie. She stated to me that the only time that Rhonda got with Jamie was when Rhonda was going to get drunk.

In response to questioning, Ms. Jaggers stated that "Rhonda never goes anywhere without her jewelry."

In response to questioning, Ms. Jaggers stated that when she initially heard that Rhonda Worford was dead, she perceived that Keith Hardin had done it. When asked to explain, she stated, "I just know those 2 guys are real weird." She went on to explain to me that she was referring to Keith Hardin and Jeff Clark.

At that point, Ms. Jaggers stated that she also recalled that while she was at the trailer, Keith and Jeff listened to "real weird music." She stated that she would describe it as a heavy metal.

At that point, I then asked Ms. Jaggers if she had any other information that would be pertinent to this case. She replied, "no." I then thanked her for her time and cooperation and terminated the interview.

At the conclusion of this interview, I along with Det. J. Tarter and Det. C. Edelen proceeded back to the PAS Office to on unrelated matters.


**LMPD REP 00061**

Major James W. Griffiths
April 27, 1992
Page 5


The investigation in this case is continuing.

Respectfully submitted,

*James E. Clark*

Detective James Clark
Physical Assault Squad
Criminal Investigation Section


sk/a



# City of Louisville

### DIVISION OF POLICE

633 W. Jefferson Street • Louisville, KY 40202-2786

JERRY E. ABRAMSON
MAYOR

THOMAS T. KUSTER
Director of Safety

DOUGLAS HAMILTON
Chief of Police

April 28, 1992

|          |                                                    |
|---------:|:---------------------------------------------------|
| Re:      | Foreign Homicide Investigation                     |
| Victim:  | Rhonda Sue Warford, W/F19                          |
| Address: | 104 East Whitney Avenue                            |
| Location:| 9 Miles Southwest of Brandenburg, Kentucky, Off of Kentucky 823, 150' Off Highway at Edge of Field |
| Date:    | Sunday, April 5, 1992 (Time PAS Notified)          |
| Time:    | 2015 Hours (Time PAS Notified)                     |
| Date:    | Sunday, April 5, 1992 (Date Victim Found)          |
| Time:    | 0730 Hours (Time Victim Found)                     |
| File:    | 92070                                              |
| Subject: | Follow-Up Investigation, Information from Miss Vicki Budd, Interview with William Mahan, and Taped Statement from William Mahan |

Submitted by:  Detective James E. Clark

Major James W. Griffiths
Commander C.I.S.

**LMPD REP 00063**    An Equal Opportunity Employer

LMPD00366

Major James W. Griffiths
April 28, 1992, File 92070
Page 2


Sir:

In continuation of the above-captioned case, on this date, I arrived at 7743 National Turnpike in order to get an interview with a male subject by the name of William Mahan. The ongoing investigation had determined that Mr. Mahan may have some information that would be relevant to the above-styled case.

Once arriving at this location, I was met by a W/F who identified herself as Vicki Budd. Ms. Budd stated that she was the personnel supervisor. She stated that her work phone number is 366-0395 and that she works the hours of 0830 to 1730 hours.

In response to questioning, Ms. Budd verified that Bill Mahan worked at 7743 National Turnpike, this being the Papercone Corporation.

In response to questioning, Ms. Budd stated that Jeffrey Clark was no longer employed by Papercone and that he had to be terminated. When asked to continue, she stated that Jeffrey Clark had cut off a cat's head and brought it to the work place. She stated that she thinks she heard from other workers that the cat's head was cut off as part of a satanic ritual.

In response to questioning, Ms. Budd stated that she had to attend an unemployment hearing in regards to the termination of Jeffrey Clark. She stated that at this hearing Jeffrey Clark said it was not a cat's head, but a guinea pig.

In response to questioning, Ms. Budd stated that Jeffrey Clark did not like her. She stated that on one occasion Jeffrey Clark made threats toward her. She stated that Jeffrey kept asking her where she lived at. She stated that on one occasion he stated that he was going to strangle Ms. Budd.

In response to questioning, Ms. Budd stated that none of these threats were ever directed toward her in her presence. She stated that she heard about these threats from other workers.

In response to questioning, Ms. Budd stated that she is not sure, but she thinks that Jeffrey Clark was fired the first week of March, 1992. She went on to explain to me

**LMPD REP 00064**

Major James W. Griffiths
April 28, 1992, File 92070
Page 3

that everybody called William Mahan "Bill" and that Jeffrey
was known to "hang out with Bill."

When asked to explain what Jeffrey Clark's job duties
were, Ms. Budd stated that he loaded and unloaded stock.
She stated that he subsequently moved on to the printing
press and then worked a 140 press. She stated that the 140
press is one of the highest-paying jobs at the plant.

At that point, she explained to me that Mr. Mahan was
scheduled to come to work at 1530 hours and that I had to
talk to him on the outside. She explained to me that he
drove a red Trans Am. She stated that two other employees,
by the name of Shawn Mattingly and Mike Mattingly, may have
information in regards to the cat's head.

Determining that Ms. Budd had no other information that
would be relevant to the above-styled case, I then thanked
her for the information and exited the building.

While outside the building, at approximately 1435
hours, I stopped a W/M who identified himself as Shawn
Mattingly. I then asked Shawn if Bill Mahan was scheduled
to work on today's date. He stated that Bill Mahan was al-
ready at work. After obtaining this information, I then
proceeded back into the building and met with Ms. Budd
again. She stated that she was unaware that Bill Mahan had
come in early. She then stated that she would go get Mr.
Mahan and ask him to come to a conference room for an inter-
view.

A short time later, I was introduced to a W/M who iden-
tified himself as William C. Mahan. The following interview
was then conducted.

INTERVIEW WITH WILLIAM C. MAHAN, W/M/24

Mr. Mahan gives a DOB of ██████ a SSN of ██████
a home phone number of (812) 283-4208, and a home address of
2395 Wellington Green Drive. He stated that this is in
Clarksville, Indiana. Mr. Mahan then advised me that his
work number is 366-0395.

In response to questioning, Mr. Mahan stated that
Jeffrey Clark was terminated because he brought a cat's head
to work. He stated that this did not surprise him because
Jeffrey was "capable of anything." When asked to continue,
he stated that he recalled this cat's head was brought in

**LMPD REP 00065**

Major James W. Griffiths
April 28, 1992, File 92070
Page 4

around Christmas time. He stated that Jeffrey told him it was a Christmas present for him.

In response to questioning, Mr. Mahan stated that Jeffrey Clark was one of his subordinates. He stated that Jeffrey had a tendency to try to intimidate his co-workers.

At that point, Mr. Mahan stated that he now recalls that the cat's head was black and white. He stated that Jeffrey started laughing and grabbed the cat's head and held it by both ears and held it up for him and Shawn Mattingly and Mike Mattingly to see.

In response to questioning, Mr. Mahan states that Jeffrey Clark always brought a knife to work. He stated that Jeffrey was always talking about doing a drive-by shooting. He stated that he recalls that Jeffrey seemed to want to know how it felt to have to kill a person. When asked to clarify, Mr. Mahan states that on one occasion he remembers Jeffrey Clark telling him that the best way to kill someone was by cutting their throat.

In response to questioning, Mr. Mahan stated that Jeffrey seemed to get into verbal arguments with his co-workers. He stated that he thinks the other co-workers were intimidated by Jeffrey also.

In response to questioning, he stated that he has interacted with Jeffrey Clark off-duty on a few occasions. He stated that Jeffrey once took him to Jeff's trailer park which is located on Newburg Road. He stated that a W/M subject by the name of Keith Hardin was at the trailer also.

At that point, and after determining that a taped statement should be obtained from Mr. Mahan, I then requested that he accompany me to the PAS Office to get a statement. It is noted that Mr. Mahan agreed to this and we subsequently ended up at the PAS Office at approximately 1545 hours.

I noted that the taped statement started at approximately 1605 hours and was conducted in the Robbery Interview Room. The statement was taken on Tape #2555 and will be placed in the file as part of the permanent record. The statement ended at approximately 1634 hours and is self-explanatory.

**LMPD REP 00066**

Major James W. Griffiths
April 28, 1992, File 92070
Page 5


    After  obtaining this taped statement from Mr. Mahan, I
then transported him to his work place located at  7743  Na-
tional Turnpike.  I then thanked Mr. Mahan for the interview
and the taped statement and cleared the location.

    At  that point, I then proceeded back to the PAS Office
to work on an unrelated matter.

    The investigation into the above-styled case is contin-
uing.

            Respectfully submitted,

            James E. Clark

            Detective James E. Clark
            Physical Assault Squad
            Criminal Investigation Section


jb

**LMPD REP 00067**



# City of Louisville
## DIVISION OF POLICE
633 W. Jefferson Street • Louisville, KY 40202-2786

JERRY E. ABRAMSON
MAYOR

THOMAS T. KUSTER
Director of Safety

DOUGLAS HAMILTON
Chief of Police

April 29, 1992

```
           Re:  Foreign Homicide Investigation
       Victim:  Rhonda Sue Warford, W/F19
      Address:  104 East Whitney Avenue
     Location:  9 Miles Southwest of Brandenburg,
                Kentucky, Off of Kentucky 823,
                150' Off Highway at Edge of Field
         Date:  Sunday, April 5, 1992
                (Time PAS Notified)
         Time:  2015 Hours (Time PAS Notified)
         Date:  Sunday, April 5, 1992
                (Date Victim Found)
         Time:  0730 Hours (Time Victim Found)

         File:  92070

      Subject:  Telephone Conversation with
                Shawn Mattingly

Submitted by:  Detective James E. Clark
```

Major James W. Griffiths
Commander C.I.S.

Sir:

Major James W. Griffiths
April 29, 1992, File 92070a
Page 2


In continuation of the above-captioned case, on this
date, at approximately 0900 hours, while in the PAS Office
working on an unrelated matter, I received a phone call from
a male subject who identified himself as Shawn Mattingly.
Mr. Mattingly went on to explain to me that he was a former
co-worker to Jeffrey Clark. He then explained to me that he
had talked to Bill Mahan and that he felt he had some infor-
mation that needed to be passed on to the Police Department.

When asked to continue, Mr. Mattingly stated that he
knew for a fact that Jeffrey Clark always carried around a
double-edged knife. He stated that Jeffrey told him it was
a sacrificial knife.

In response to questioning, Mr. Mattingly stated that
he was aware that Jeffrey Clark brought a cat's head to
work. He stated that Jeffrey told him that he had lured the
cat with bologna. He stated that Jeffrey said that after he
killed the cat, he kept the cat's head in the freezer for
two or three days.

In response to questioning, he stated that he and other
co-workers felt like Jeffrey was "crazy." When asked to
elaborate, he stated that Jeffrey would always talk about
trying to murder his ex-girlfriend. He stated that this ex-
girlfriend's name was Amy. Shawn stated that Jeffrey also
talked about killing an ex-wife by the name of T. J.

At that point, I asked Mr. Mattingly if he was in the
room when the cat's head was opened. He stated that he was
not, but came in the room a short time later. He stated
that he was told that the cat's head was initially in some
Christmas wrappings. He stated that he thinks that his
brother, Mike Mattingly, was in the room when the Christmas
wrappings were unwrapped.

At that point, Shawn gave me the following personal in-
formation. He stated that his birth date was ████████, and
that he is 21 years old. He stated that his home phone num-
ber is 964-4168 and that he resides at 9128 Lantana Drive,
Louisville, Kentucky. He then stated that his SSN is
████████

At that point, Mr. Mattingly stated that he did not
have any other information that would be relevant to the
above matter. I then thanked him for the information and
terminated the telephone conversation.


**LMPD REP 00069**

Major James W. Griffiths
April 29, 1992, File 92070a
Page 3


    At that point, I then proceeded to work on an unrelated matter.

    The investigation into the above-styled case is continuing.

                    Respectfully submitted,

                    *James E. Clark*

                    Detective James E. Clark
                    Physical Assault Squad
                    Criminal Investigation Section


jb/a

**LMPD REP 00070**



# City of Louisville
### DIVISION OF POLICE
633 W. Jefferson Street • Louisville, KY 40202-2786

JERRY E. ABRAMSON
MAYOR

THOMAS T. KUSTER
Director of Safety

DOUGLAS HAMILTON
Chief of Police

April 29, 1992

                    Re:  Foreign Homicide Investigation
                Victim:  Rhonda Sue Warford, W/F/19
               Address:  104 East Whitney Avenue
              Location:  9 Miles Southwest of Brandenburg,
                         Kentucky, Off Kentucky 823,
                         150' Off Highway at Edge of Field
                  Date:  Sunday, April 5, 1992
                  Time:  0730 Hours (Victim Found)
                  Time:  2015 Hours (PAS Notified)

                  File:  92070

               Subject:  Follow-Up Investigation,
                         Interview with Shari Burton, W/F/31

        Submitted by:  Detective Thomas Schneider

Major James W. Griffiths
Commander C.I.S.

Sir:

      In  continuation of the above investigation, on Wednes-
day, April 29, 1992, at  approximately  1755  hours,  I  was

**LMPD REP 00071**   An Equal Opportunity Employer

Major James W. Griffiths
April 29, 1992, File 92070
Page 2


present in the PAS Office when I received a phone call.  The
caller stated she was calling our office in regards to a
business card that Detective James Clark had left in her
door.  I explained to her that we were wanting to speak with
her in regards to this case as we had received an anonymous
tip that she had information in regards to this investi-
gation.

    The caller identified herself as Shari Jo Burton, DOB
███████████████████████ address 9600 Yarmouth Court, Zip
Code 40272, phone #935-8482.  Miss Burton explained this was
the address of her brother and she would be staying with him
until she found a place to stay.  She was presently employed
with Fikes Fiesta Rides in Indianapolis, Indiana.  She ex-
plained that she works the carnival circuit, moving from
town-to-town weekly.

    I explained to her why we wanted to talk to her and she
stated she had no knowledge of the case and did not know the
victim.  When I asked her why someone would give us an anon-
ymous tip that she had information, she explained that it
was possibly her husband.

    She identified her husband as Michael Anthony Burton,
DOB ████████ and said they had been married approximately
ten months.  She said that Michael had escaped from River
City Corrections approximately three weeks ago, where he was
serving time for an assault.  She explained that Michael is
abusive and that she was hiding from him.  She said that
yesterday Michael had threatened to kill her and while they
were driving down the street in their vehicle that she
jumped out to get away from him.  Michael told her that if
she wouldn't stay with him that he would call police and say
she knew something about a murder.  She said Michael told
her the name of the murder victim, but she could not remem-
ber it.  She said she had no information to offer and didn't
know where Meade County or Brandenburg, Kentucky were lo-
cated.

    In response to questions, Shari said she last saw
Michael in Indianapolis, driving their navy blue, 1982,
4-door, Chevy Chevette.  Indiana License #22E9066.

    After determining that Miss Burton had no information
to offer at this time, I concluded the telephone interview.


**LMPD REP 00072**

LMPD00553

Major James W. Griffiths
April 29, 1992, File 92070
Page 3


The investigation into this case is continuing.

Respectfully submitted,

Detective Thomas Schneider
Physical Assault Squad
Criminal Investigation Section


jb/b

J.W.
**LMPD REP 00073**



# City of Louisville
## DIVISION OF POLICE

633 W. Jefferson Street • Louisville, KY 40202-2786

JERRY E. ABRAMSON
MAYOR

THOMAS T. KUSTER
Director of Safety

DOUGLAS HAMILTON
Chief of Police

April 30, 1992

|           |                                                                                                                      |
|-----------|----------------------------------------------------------------------------------------------------------------------|
| Re:       | Foreign Homicide Investigation                                                                                       |
| Victim:   | Rhonda Sue Warford W/F/19                                                                                             |
| Address:  | 104  E. Whitney Avenue                                                                                               |
| Location: | 9 Miles Southwest of Brandenburg, KY, Off of Kentucky 823, 150 ft. Off of the Highway, at the Edge of a Field       |
| Date:     | Sunday, April 5, 1992 (Date PAS Notified)                                                                           |
| Time:     | 2015 Hours (Time PAS Notified)                                                                                      |
| Date:     | April 5, 1992 (Date Victim Found)                                                                                   |
| Time:     | 0730 Hours (Time Victim Found)                                                                                      |
| File:     | 92070                                                                                                                |
| Subject:  | Information from Mary Warford, Information from Tammy Rogers                                                         |
| Submitted by: | Detective Mark Handy                                                                                              |

Major James W. Griffiths
Commander C.I.S.

**LMPD REP 00074**   An Equal Opportunity Employer

Major James W. Griffiths
92070
Page 2


Sir:

    In  continuation of the above captioned case, on Thurs-
day evening I contacted a Mary Warford at 367-8438 and  Mary
Warford related the following information to me.


INFORMATION FROM MARY WARFORD

    Mary  Warford  advised me that Keith Hardin was last at
her home on March 27 and 28, 1992.  Mary Warford further ad-
vised that she does not remember  what  Rhonda  was  wearing
those  two  days.  Mary Warford further advised me that the
jacket Rhonda was wearing was purchased in the fall of 1991.
Mary Warford further advised that the red sweat pants Rhonda
was wearing were hers and that she owned them since December
1990.  Mary Warford further advised that Rhonda would  usu-
ally wear the red sweats around the house.

    Mary  Warford further advised me that on April 1, 1992,
the red sweat pants were clean and  folded  up  in  Rhonda's
drawer.

    It  was  determined that Mary Warford had no additional
information at this time.  She was thanked for her  informa-
tion and the interview with her was concluded.

    Upon  conclusion  of the interview with Mary Warford, I
received a phone call from the Tammy Rogers, the  sister  of
the victim in this case.


INFORMATION FROM TAMMY ROGERS

    Tammy Rogers advised me that she took Rhonda out to get
Keith  on Friday night, 3-27-92, and that Rhonda was wearing
a white oversize sleeve shirt, white stretch pants, and ten-
nis shoes.  Tammy advised me that she went and got Keith  at
his mother and dad's and took him to her mother and Rhonda's
house.


    It  was  determined that Tammy Rogers had no additional
information concerning the  above  captioned  case  at  this
time.  She was thanked for her information and the interview
with her was concluded.


**LMPD REP 00075**

LMPD00423

Major James W. Griffiths
92070
Page 3


     The investigation into the above captioned case is continuing.

                      Respectfully submitted,

                      *Mark Handy*

                      Detective Mark Handy
                      Physical Assault Squad
                      Criminal Investigation Section


mjm/b


**LMPD REP 00076**



# City of Louisville
## DIVISION OF POLICE
633 W. Jefferson Street • Louisville, KY 40202-2786

JERRY E. ABRAMSON
MAYOR

THOMAS T. KUSTER
Director of Safety

DOUGLAS HAMILTON
Chief of Police

May 5, 1992

|  |  |
|---|---|
| Re: | Foreign Homicide Investigation |
| Victim: | Rhonda Sue Warford W/F/19 |
| Address: | 104  E. Whitney Avenue |
| Location: | 9 Miles Southwest of Brandenburg, KY, Off of Kentucky 823, 150 ft. Off of the Highway, at the Edge of a Field |
| Date: | Sunday, April 5, 1992 (Date PAS Notified) |
| Time: | 2015 Hours (Time PAS Notified) |
| Date: | April 5, 1992 (Date Victim Found) |
| Time: | 0730 Hours (Time Victim Found) |
| File: | 92070 |
| Subject: | Arrest and Interview Jeffrey Clark |

Submitted by:  Detective Mark Handy

Major James W. Griffiths
Commander C.I.S.

Sir:

**LMPD REP 00077**   An Equal Opportunity Employer

LMPD00419

Major James W. Griffiths
92070
Page 2


On Tuesday morning, May 5, 1992, I was advised that PAS personnel would be assisting the Meade County Sheriff's Office with the arrests of Keith Hardin and Jeffrey Clark as well as search warrants at their homes.

It was noted that PAS Detectives met with Sheriff Greer and his staff in a parking lot on the southeast corner of Valley Station Road and Dixie Highway at approximately 0730 hours.

It was decided that Sheriff Greer and I would attempt to locate and arrest Jeffrey Clark. It was determined that Jeffrey Clark was not at his home on Cod Drive.

I then contacted Third District Car-324 and requested that they check an alternate address of 4217 Taylor Boulevard for the vehicle of Jeffrey Clark. I was advised by Car-324 a short time later that the automobile we were looking for was present and I then advised Car-324 of a description of Jeffrey Clark and that we had an arrest warrant for him and were en route to that location.

Prior to our arrival at 4217 Taylor Boulevard, I was advised that Car-324 had Jeffrey Clark in custody.

Upon arrival at 4217 Taylor Boulevard, I observed Jeffrey Clark in the rear seat of a marked Louisville Police Department Unit and advised him that he was under arrest for the murder of Rhonda Warford.

I then requested that Car-324, which consisted of Officer M. Kordis, Code 2816, and Officer J. Isaacs, Code 2444, transport Mr. Clark to the basement of LPD Headquarters, which they did arriving in the basement area of LPD at approximately 0840 hours. I, along with Sheriff Greer, then escorted Mr. Clark to the PAS Office where Mr. Clark was read his Constitutional Rights per Miranda utilizing LPD Form 0006.

Jeffrey Clark advised me, along with Sheriff Greer, that he has not seen the victim, Rhonda Warford, since December, 1991, and that the victim, Rhonda Warford, has not been in his car since December, 1991. Jeffrey Clark further advised me that when Rhonda Warford was in his car the last time she sat in the rear seat behind the passenger. Jeffrey Clark had no explanation on how the victim's fingerprints got inside his automobile and that he further had no idea how the victim's hair got into his automobile. Jeffrey

**LMPD REP 00078**

Major James W. Griffiths
92070
Page 3


Clark further advised that so far everything he has done for the Police has been voluntary.

Jeffrey Clark further advised that he is not into Satanic worship, that he never has been, and that he does not know why anyone would say that he had been.

Upon conclusion of the interview with Jeffrey Clark, the appropriate paperwork was prepared charging him with Murder and he was transported out of the PAS Office by the Meade County Sheriff's Department.

The investigation concerning the above captioned case is still continuing.

Respectfully submitted,

*Mark Handy*

Detective Mark Handy
Physical Assault Squad
Criminal Investigation Section


mjm/c

**LMPD REP 00079**

LMPD00421



# City of Louisville
## DIVISION OF POLICE
633 W. Jefferson Street • Louisville, KY 40202-2786

JERRY E. ABRAMSON
MAYOR

THOMAS T. KUSTER
Director of Safety

DOUGLAS HAMILTON
Chief of Police

May 5, 1992

| | |
|---|---|
| Re: | Foreign Homicide Investigation |
| Victim: | Rhonda Sue Worford, W/F/19 |
| Address: | 104 East Whitney Avenue |
| Location: | 9 Miles SW of Brandenburg, Ky. Off Ky. 823, 100 Feet Off of Highway at Edge of Field |
| Date: | Sunday, April 5, 1992 (Date PAS Notified) |
| Time: | 2015 Hours (Time PAS Notified) |
| Date: | Sunday, April 5, 1992 (Date Victim Found) |
| Time: | 0730 Hours (Time Victim Found) |
| File: | 92070 |
| Subject: | Serving Search Warrants at 4515 Cod and 3510 Newburg, Lot C9 |
| Submitted by: | Detective Charles Edelen |

Major James W. Griffiths
Commander C.I.S.

Sir:

**LMPD REP 00080**

An Equal Opportunity Employer

LMPD00545

Major James W. Griffiths
May 5, 1992
Page 2


In continuation of the above captioned case, on Tuesday, May 5, 1992, myself and Lt. Eugene Sherrard of the PAS, Deputy Joseph Wood, and Clifford Wise of Meade County Deputy Sheriff's Office, served a search warrant at 4519 Cod, located in Jefferson County. The search warrant was executed at 0745 hours.

The following items were collected at that location:

4 pair of bluejeans
1 gray t-shirt
1 note book
1 blue ski mask
2 knife cases
#1 is a brown case containing numerous
   knives, knife sheaths and 2 homemade
   nunchakus
#2 case is brown wood containing
   numerous knives
1  homemade knife
1  denim jacket
1  pair of brown cowboy boots
1  folding lockblade knife
1  pair of green coveralls

The above property was photographed and collected by ETU Tech. Doug Jewell and Paul Smith at approximately 0930 hours.

Upon conclusion of the execution of the search warrant, myself, Lt. Sherrard, Deputy Joseph Wood and Deputy Clifford Wise, departed and proceeded to 3510 Newburg, Lot C9, to execute the second search warrant.

This search warrant was executed at approximately 1050 hours by myself, Lt. Sherrard, Deputy Joseph Wood, and Deputy Clifford Wise, of Meade County Sheriff's Office. Entry into the trailer had to be gained by forcing wood paneling nailed over a south window. I then climbed in the window and opened the front door.

Collected from this search warrant were the following items:

2  Louisville phone books
   Yellow pages and White pages
1  death star
7 knives


**LMPD REP 00081**

LMPD00546

Major James W. Griffiths
May 5, 1992
Page 3


     Located in the open space above the light fixture  over
the  bathroom  sink was a brown leather ammunition belt con-
taining 19 live rounds of 22 ammunition, a hair found on the
belt, 3 catalogs with Satanic occult items, and a 7" knife.

     ETU Techs. Doug Jewell and Paul Smith photographed  and
collected these items at approximately 1015 hours.

     At  the  conclusion of this search warrant, myself, Lt.
Sherrard, and the two deputies from Meade County returned to
the PAS Office.

     The investigation into this case is continuing.

                         Respectfully submitted,

                         *Charles H. Edelen*

                         Detective Charles Edelen
                         Physical Assault Squad
                         Criminal Investigation Section


     sk/b



# City of Louisville
## DIVISION OF POLICE
633 W. Jefferson Street • Louisville, KY 40202-2786

JERRY E. ABRAMSON
MAYOR

THOMAS T. KUSTER
Director of Safety

DOUGLAS HAMILTON
Chief of Police

May 5, 1992

                   Re:   Foreign Homicide Investigation
               Victim:   Rhonda Sue Warford, W/F/19
              Address:   104 E. Whitney Avenue
             Location:   9 Miles Southwest of Brandenburg
                         KY, Off of KY-823, 150 feet off
                         the Highway, at the Edge of Field
                  Date:   Sunday, April 5, 1992
                         (Time PAS Notified)
                  Time:   2015 Hours
                         (Time PAS Notified)
                  Date:   Sunday, April 5, 1992
                         (Date Victim Found)
                  Time:   0730 Hours
                         (Time Victim found)

                  File:   92070

               Subject:   Arrest of Garr Keith Hardin Jr.,
                         W/M/21, Arrest of Jeffrey D. Clark,
                         W/M/21

         Submitted by:   Detective John Tarter


Major James W. Griffiths
Commander C.I.S.


**LMPD REP 00083**   An Equal Opportunity Employer

LMPD00559

Major James W. Griffiths
May 5, 1992
Page 2


Sir:

    This letter will be a supplement to the original inves-
tigation, which is being conducted by the Meade County Sher-
iff's Department.

    On May 5, 1992, at approximately 0730 Hours, I, along
with other Physical Assault Detectives, met with the Meade
County Sheriff's Office at Dixie Highway and Valley Station
Road for the purpose of proceeding to locations to serve
Search Warrants and Arrest Warrants for the two (2) suspects
in this investigation.

    These individuals are identified as Garr Keith Hardin,
Jr, a W/M/21, living at 10774 Tarrytown Road; and Mr.
Jeffrey Dewayne Clark, a W/M/21, living at 4519 Cod Drive.

    Upon arriving at the pre-determined location and being
assigned with different teams, I then proceeded to the ad-
dress of 10774 Tarrytown Road along with Detective Clark, as
well as a representative from the Meade County Sheriff's Of-
fice and Sgt. J. Pierce of the Physical Assault Squad.

    Upon arriving at the location on Tarrytown Road, I
noted the time to be 0745 Hours.

    Upon entering the dwelling, and advising a W/F of our
purpose for being at this location, we then made the arrest
of Garr Keith Hardin Jr., and noted the time to be 0750
Hours.

    It was then determined that myself and Detective Clark
would transport this suspect back to the Physical Assault
Office. Upon departing the location of arrest, we proceeded
back to Headquarters.

    When arriving back at Louisville Police Headquarters,
the subject, Mr. Hardin, was then taken to the interview
room where he was then offered coffee, Coke, cigarettes,
and/or water. Mr. Hardin declined to accept anything but a
glass of water.

    At this time myself and Detective Jim Clark began to
speak with Mr. Hardin and presented to him his Constitu-
tional Rights per Miranda form, identified as LPD#0006, and
both, had him read this form and gave to him his Constitu-
tional Rights, verbally. This portion of the investigation
was conducted at 0840 Hours.

**LMPD REP 00084**

LMPD00560

Major James W. Griffiths
May 5, 1992
Page 3


At approximately 0850 Hours, Mr. Hardin signed his Constitutional Rights Form and stated that he would like to have his attorney present.

It should be noted at this time that Attorney Wallace Rogers had arrived in the Criminal Investigation Section and had made it be known that he was representing Mr. Hardin.

At this time I then met with Mr. Rogers and asked him to join us, and his client, in the interview room.

When Mr. Rogers met with his client, he advised his client that if his client was going to say anything different than what had been said during a earlier interview, then Mr. Rogers related that he wanted to know now.

Mr. Hardin then related that he had nothing else to say and further stated that he did not have anything to do with the victims' death.

At this time Mr. Rogers directed myself and Detective Clark to ask his client no further questions pertaining to the death of the victim, but stated that we could speak with him in regards to the basic information for the purpose of completing an arrest slip.

At this time I then took the following information from Mr. Hardin.

Garr Keith Hardin, Jr., is a W/M/21, lives at 10774 Tarrytown Road, Louisville KY 40272. He has a DOB of ███████████ and a Social Security number of ███████████ He is 5'8" tall, 155 pounds, has brown hair and brown eyes. He is single, unemployed, and graduated from Doss High School.

It should also be noted that I noted that Mr. Hardin had on a black t-shirt, black REEBOK tennis shoes, and a pair of blue jeans.

At this time I left the interview room and met with Sheriff Joe Greer of Meade County, who is conducting the interview with Jeffrey Dewayne Clark.

After meeting with Sheriff Greer and the second suspect, Jeffrey D. Clark, I then assisted in preparing the arrest slips for both individuals and gained the following information in regards to Jeffrey D. Clark.


**LMPD REP 00085**

Major James W. Griffiths
May 5, 1992
Page 4


Jeffrey Dewayne Clark is a W/M/21, living at 4529 Cod Drive, Louisville, Kentucky, 40272. His DOB is ▮▮▮▮▮▮ and his Social Security number is ▮▮▮▮▮▮▮▮ He has a phone number of 933-0554. He is 5'11" tall, 150 pounds, and has brown hair and brown eyes. Mr. Clark is noted to be wearing a black sweatshirt, camouflage jacket and hat, brown boots, and states that he is right handed. He further stated that he is employed as an auto mechanic at 4217 Taylor Boulevard, at Auto Specialists.

After gaining this information, I then assisted Detective James Clark and prepared the arrest slips for both individuals.

Upon completing the arrest slips, and the execution of the arrest warrants, these two subjects, Jeffrey Dewayne Clark and Garr Keith Hardin, were then taken into custody by the Meade County Sheriff's and transported to their jurisdiction.

Investigative letters will be submitted from other detectives involved in the arrest, as well as the execution of Search Warrants; and those letters will be placed in the case file and will be self-explanatory.

The investigation into the above styled case is continuing.

Respectfully submitted,

Detective John Tarter
Physical Assault Squad
Criminal Investigation Section


SMM/B

**LMPD REP 00086**