```
 1            IN THE UNITED STATES DISTRICT COURT
 2           FOR THE WESTERN DISTRICT OF KENTUCKY
 3                        AT LOUISVILLE
 4              FILE NO. 3:17-CV-00419-GNS-CHL
 5
 6              JEFFREY DEWAYNE CLARK &
 7                 GARR KEITH HARDIN
 8                      Plaintiff
 9
10                         VS.
11
12              LOUISVILLE JEFFERSON COUNTY
13               METRO GOVERNMENT, ET AL.,
14                      Defendants
15
16
17
18
19
20
21
22
23   DEPONENT:  GENE SHERRARD
24   DATE:      SEPTEMBER 15, 2021
25   REPORTER:  AALAYAH PURNELL
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:17-cv-00419-GNS-CHL   Document 317-38   Filed 01/26/23   Page 2 of 3 PageID #: 27518
The Deposition of GENE SHERRARD, taken on September 15, 2021
110

1  Q   Even in that case, given your role as a
2  supervisor, he was not in your chain of command?
3  A   No.
4  Q   All right. Now, one of the things that
5  officers in this case have testified to consistently is
6  that -- including Sergeant Woosley -- is that Detective
7  Handy had a reputation in the '90s for being a skilled
8  interrogator, somebody who was known to be able to get
9  confessions from suspects. Do you concur with that?
10 A   I think he was considered a be -- better than
11 average one, yes.
12 Q   And he had a reputation for being somebody,
13 more specifically, who was able to get confessions from
14 suspects, correct?
15 A   I'm trying to -- I'm cycling my memory here. I
16 mean, I remember that he was considered a better than
17 average interrogator. That's probably somewhat
18 accurate, yes.
19 Q   And in fact, in his performance review in 19
20 -- in his performance review, and I don't have a date
21 here, but it's during the time that he was in the unit.
22 One of the performance evaluations suggest that he was
23 an outstanding interviewer, including the suspects. Is
24 that consistent with your understanding of his
25 reputation?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:17-cv-00419-GNS-CHL   Document 317-38   Filed 01/26/23   Page 3 of 3 PageID #: 27519
The Deposition of GENE SHERRARD, taken on September 15, 2021
111

1    A    That is consistent.
2    Q    Now, you've told us about your involvement in
3  the Chandler case, including by having refreshed your
4  recollection through documents.  You were also a
5  supervisor in the murder -- the Louisville Police
6  Department's involvement in the murder investigation of
7  Rhonda Sue Warford in 1992, correct?
8    A    Who was arrested in Rhonda Sue Warford?  I --
9    Q    I'm sorry?
10   A    Which case is Rhonda Sue Warford?  Is that the
11 Chandler case?  Yes.
12   Q    No.  No, it's not the Chandler case, Rhonda
13 Sue Warford is the Hardin-Clark case, the case that this
14 -- is this litigation.
15   A    Okay.  Now, I'm with you.  I'm sorry.  Ask
16 your question again.
17   Q    And I'll just -- I'll describe it.  I'll
18 describe the case to you to make sure that you know what
19 I'm talking about.
20   A    Okay.
21   Q    The Rhonda Sue Warford case was the murder in
22 Meade County that LPD was called in on, and it's
23 probably memorable to you, given the allegation that
24 there may have been a Satanic element involved.  Do you
25 recall that case?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA COURT REPORTERS