

Licensed Clinical Psychologist
Autism Consultant
Rachelloftin.com
312.730.4798
RachelLoftin@RachelLoftin.com

04/13/2022
Re: Keith Hardin

Dear Mr. Brustin;

Pursuant to your office's request for psychological consultation, I evaluated Mr. Keith Hardin. I was asked to assess whether he has autism spectrum disorder, as well as to assess for any psychiatric impact of his wrongful incarceration. It is my understanding that I was asked to conduct this assessment as part of Mr. Hardin's case to seek damages related to his wrongful imprisonment.

## My Qualifications

Autism has been my primary focus throughout my career, and I have worked professionally as a psychologist specializing in autism since I was first licensed 15 years ago in 2007. I am a licensed clinical psychologist and trained as a school psychologist. My current practice focuses primarily on adolescents and adults, including middle age and older adults. I am a co-editor of the *Handbook of Autism Spectrum Disorder and the Law* and serve on the editorial board of one of the major autism research journals, the *Journal of Autism and Developmental Disorders*. I hold adjunct faculty positions at Northwestern University's Feinberg School of Medicine and in the Yale School of Medicine. I teach about psychological assessment, including autism assessment in the forensic context. Previously, I was an associate professor at Rush University Medical Center, where I was the clinical director of the autism program, and I also served on the faculty at the University of Illinois at Chicago.

I am experienced in trauma as well. Trauma is present at a high rate among people with neurodevelopmental disorders, such as autism, and is a concern in many of my clinical cases. Early in my career, I worked for the Los Angeles County Department of Child and Family Services, which included formal training and regular experience with trauma in the children and their caregivers. For years, I supervised trainees and fellows in their clinical work in urban hospital settings where there are high rates of post-traumatic stress disorder, and I teach a psychological assessment course which covers trauma assessment. Finally, I was the primary editor on the trauma chapter in *The Handbook of Autism and the Law*, a book which I co-edited last year.

## Case Background

Mr. Hardin was arrested and charged in the murder of his girlfriend in 1992. He, along with his friend and codefendant, was convicted and sentenced to life in prison in 1995. He was then incarcerated for 22 years. Ultimately, the Innocence Project took his case; in 2016, his charges were vacated, and he was released from prison in 2017.

**Evaluation Components**

My evaluation of Mr. Hardin included the following components:
- In-person evaluation of Mr. Hardin in my office on 5/13/19 and 5/14/19
  - *Autism Diagnostic Observation Schedule, Second Edition* (ADOS-2)
  - *Beck Anxiety Inventory* (BAI)
  - *Beck Depression Inventory- Second Edition* (BDI-2)
  - *Behavior Rating of Executive Function, Self-Report form* (BRIEF-A)
  - *Clinician Administered PTSD scale for DSM-5* (CAPS-5)
  - *Social Communication Questionnaire* (SCQ)
  - *Social Responsiveness Scale, Second Edition* (SRS-2)
  - *Life Events Checklist for DSM-5* (LEC)
  - *Miller Forensic Assessment of Symptoms Test* (MFAST)
  - *Vineland Adaptive Behavior Scales, Third Edition* (Vineland)
  - *Wechsler Adult Intelligence Scale-Fourth Edition* (WAIS-IV)
- Remote evaluation via teleconference on 2/8/22
  - *Clinician Administered PTSD scale for DSM-5* (CAPS-5)
  - *Life Events Checklist for DSM-5* (LEC)
- Interview with Mr. Hardin's sister, Ms. Vickie Howser, on 5/14/19 and 2/8/22
  - *Autism Diagnostic Interview, Revised* (ADI-R)
  - *Social Responsiveness Scale, Second Edition* (SRS-2)
- Review of records

**Psychological Opinions**

**Diagnoses**

**2019.** Autism Spectrum Disorder (without intellectual disability; without language disorder); Post-Traumatic Stress Disorder (with dissociative symptoms of derealization)

**2022.** Autism Spectrum Disorder (without intellectual disability; without language disorder); Unspecified Trauma and Stressor Related Disorder

**Autism Spectrum Disorder (ASD)**

***Cause of Autism Spectrum Disorder (ASD)***

There is no single cause of ASD. That is, every case is not caused by a particular gene anomaly or environmental exposure. ASD tends to run in families and is largely considered to be a genetic disorder. In most cases, a known genetic syndrome is not identified. Environmental factors including advanced parental age and features of the mother's pregnancy and birth can also contribute. ASD is a brain-based neurodevelopmental disorder which impacts every facet of development. ASD is present from birth or shortly thereafter but may not be evident until a person is older and social demands are more complex.

***What is Autism Spectrum Disorder (ASD)?***

ASD refers to many different conditions which are captured under one umbrella diagnosis. ASD is referred to as a spectrum disorder because of the heterogeneity of presentations among people with this diagnosis. The common features among all people with ASD include social-

communication deficits and atypical behavior patterns. As defined in the DSM-5 (APA,2013), the diagnostic criteria for ASD are:

    ***A.*** Social-communication challenges in all three of the following:
- deficits in social-emotional reciprocity
- deficits in nonverbal communication
- deficits in developing, maintaining, and understanding relationships appropriate to the developmental level

    **B.** Restricted, Repetitive patterns of behavior, interests, or activities (at least two of the following are required for diagnosis):
- Stereotyped or repetitive motor movements, use of objects or speech
- Insistence on sameness, inflexible adherence to routines, or ritualized behavior
- Highly restricted, fixed interests which are abnormal in intensity of focus
- Hyper- or hypo-reactivity to sensory input of unusual interest in sensory features of the environment

    **C.** Symptoms must be present in the early developmental period.

    **D.** Symptoms must cause clinically significant impairment.

    **E.** The signs of ASD cannot be better explained by intellectual disability or developmental delay alone.

### *Mr. Hardin's ASD Presentation*

Mr. Hardin demonstrates the following diagnostic features of ASD:

    **A.** Social-Communication Symptoms:
- Deficits in social-emotional reciprocity were evident in self-report, his sister's report, and in clinical assessment.
- Deficits in nonverbal communication were evident in clinical assessment.
- Deficits in developing and understanding relationships were apparent in interview with his sister and in clinical assessment.

    **B.** Restricted Interests, Repetitive Behaviors
      a. Mr. Hardin described atypical sensory responses and offered examples of sensory seeking behaviors.
      b. Mr. Hardin and his sister described difficulty with changes in routine and offered specific examples.
      c. Mr. Hardin and his sister described difficulty with changes in his environment and offered specific examples.
      d. Mr. Hardin, his sister and the records indicate a tendency to be preoccupied with specific topics of interest.

    **C.** Like many people with ASD who do not have a co-occurring intellectual disability, Mr. Hardin's deficits were most apparent as he got older and social demands increased, around age 10, according to his older sister. However, it is clear that signs of his developmental disorder were evident early in development and sufficient to meet the diagnostic requirement for onset early in life. Mr. Hardin's first ASD diagnosis was made in middle age. This is not unusual for people with ASD of his generation who can speak and are able to hold jobs. The diagnostic criteria have changed over time, and his presentation would not have been considered "autistic" by the criteria in place when he was a child. Further, there are very few autism specialists in his area, and it appears his parent never pursued any kind of evaluations outside of what the school system provided. Thus, it is not surprising that Mr. Hardin was not diagnosed until adulthood.

**D.** Clinical impairment is evident in Mr. Hardin's lack of relationships. His family, with the exception of Ms. Howser who has worked hard to sustain a relationship, does not see Mr. Hardin outside of large family events that Ms. Howser hosts. He currently has no friends and has only dating relationships that include a woman who seems to be treating him poorly and a friend of Ms. Howser's.

**E.** Mr. Hardin has some unusual cognitive findings, but he does not have an intellectual disability. His cognitive profile is not sufficient to explain his deficits in social-communication or his atypical behaviors.

### *Implications of Mr. Hardin's ASD-associated Behaviors*

The following observations of Mr. Hardin's presentation have impact on his behavior in the courtroom, interactions with his attorneys, and other facets of his case:

- Restricted interests of unusual focus or intensity are a core symptom of ASD. In Mr. Hardin's case, his long-standing interest in world religions is a clear example of a restricted interest. It is not unusual for a person to be interested in learning about religions of the world. However, Mr. Hardin's interest is intense, and he has difficulty perceiving and understanding how other people view his interests. His focus on his restricted interests can interfere with socialization because he wants to talk about his interests and is not motivated to talk about many other topics.

- ASD impacts a person's communication. Mr. Hardin has no obvious deficits in vocabulary or syntax, but he displays deficits in social aspects of communication because he has difficulty taking others' perspectives. Mr. Hardin has learned the social norms for greeting others and having simple conversations. His social communication and social cognition deficits are more apparent in the following situations:
  - When he must understand and take another person's point of view in order to respond to a question. This comes up any time he is asked a question which is not worded in a literal and unambiguous fashion.
  - Mr. Hardin's responses tend to be very literal and concrete, in that he answers questions exactly as they are worded and not in the way in which the asker may intend.
  - Mr. Hardin may not provide sufficient context for his listener to interpret his communication. That is, he may assume his listener has the same prior knowledge he does and fail to give sufficient background for his listener to accurately interpret his statements.

- Mr. Hardin's non-verbal communication is also impacted by ASD. He displays very little facial expression and can appear as if he is not experiencing emotions. In fact, the facial expression of people with ASD may not match their internal experience and cannot be interpreted in the same way those of neurotypical people can. That is, one cannot assume that lack of expression on Mr. Hardin's face implies lack of emotion.

- Mr. Hardin's legal counsel inquired about his ability to be dishonest. Certainly, he has adequate verbal ability to tell simple, direct lies. However, it seems likely, based on his profile and clinical presentation, that he does not have the ability to maintain a complex lie over time. This may have relevance to testimony Mr. Hardin gave to the parole board in which he stated that he murdered the victim. In the case of the parole hearing, Mr. Hardin may have lied in order to obtain release from prison. Certainly, he is capable of telling as basic of a lie as the testimony he gave in that hearing, in which he provided few details. For more elaborate lies or lying over the long-term, however, it is unlikely that he has that capacity. As was noted in Dr. Conner's report, "Mr. Hardin does not process information at a normal pace and subsequently loses essential bits of

Hardin, 4

information during a conversation or didactic exchange". This cognitive tendency is still apparent in his scores and would greatly interfere with his ability to maintain a credible lie. Further, perspective taking difficulties which are inherent in ASD can also make lying quite difficult.

- Mr. Hardin's tendency to be precise in his language may also contribute to the perception that he is lying when he is, in fact, being as honest as possible. For instance, he may respond to questions literally when the person speaking to him intends the communication to be nonliteral, or he may simply say "I don't know" in response to a question that is not clearly worded.

- Mr. Hardin may present in court with flat affect, limited gestures and terse speech. If he forgets to focus on maintaining eye gaze, he may look away from the speaker. These behaviors cannot be assumed to indicate rudeness, lying, avoidance, disinterest or lack of attention to the proceedings but, rather, result from his ASD.

- People diagnosed with autism have an increased susceptibility to psychiatric problems. In fact, ASD increases a person's risk of *all* psychiatric disorders. At this time, only ASD and trauma were obviously impacting Mr. Hardin. However, the risk of future psychiatric problems may have been exacerbated by his incarceration. Of particular concern:

    o  Mr. Hardin was socially withdrawn before he was incarcerated, but he did have a friend. His natural "loner" tendency may have deepened and worsened in prison, leading to increased isolation upon his release. Exonerees may be prone to isolation because wrongful convictions are associated with shame and self-isolation (Grounds, 2004). Isolation can exacerbate any other psychiatric conditions.

    o  Mr. Hardin, because of his wrongful arrest, prosecution and imprisonment, is deeply mistrustful of societal systems, such as the legal system and medical system. He also makes negative attributions about other people. Over time, this negative thinking can affect his mood, leading to depression. (Negative thinking is associated with physical health problems as well.)

    o  Mr. Hardin is afraid how his trauma will manifest. He tends to shut down in any situation in which he feels overwhelmed because of this fear. This continual fear, as well as the process of shutting down, may worsen his anxiety over time and can further increase isolation.

**Trauma**

***Cause and Nature of Trauma***

- Because of his conviction and the ensuing incarceration, Mr. Hardin was exposed to several experiences which he would not have experienced had he not been incarcerated. These include, but are not limited to, overhearing a sexual assault, hearing about and seeing the aftermath of a stabbing and an assault with a pipe, and witnessing death of an inmate whose medical needs were not met in prison. Further, prison records also indicate that Mr. Hardin reported a threat against his life in 1996.

- These experiences, and likely others, happened over the span of a 22 year incarceration. The research literature indicates that multiple traumas increase the likelihood of development of PTSD, and this tendency is even higher in incarcerated people than in the general population (see Briere et al., 2016).

- As a result of these numerous traumas, which occurred over a protracted period, Mr. Hardin's trauma can be described as Complex-post-traumatic stress disorder (C-PTSD) in the initial evaluation and as Complex trauma in his current presentation. The designation of "complex" is not currently included in the DSM-5, but it is recognized by

clinicians and researchers as a way to label the severe mental impact of prolonged, repeated trauma. Complex trauma is included in the VA's information about PTSD, for instance, as well as numerous child abuse and domestic violence agencies. In fact, prolonged captivity is specifically described by the primary researcher in complex trauma (Herman, 1997).

- It is apparent that these symptoms started after Mr. Hardin's arrest, conviction and incarceration. The timing is clear because in the psychological assessment each symptom about which he was asked explicitly asks about the symptom's onset. Mr. Hardin, in responding to the test items in the psychological assessment, must describe what was happening for him and not merely rate severity. He gave credible and descriptive responses.

### Trauma in Exonerees

- While any person who is incarcerated may experience traumas, the ways trauma may impact exonerated people seems to be unique. A systematic review of the research into the experience of exonerated people found themes of negative changes in multiple facets of a person's life as a result of their arrest and incarceration, including traumatic experiences and a very high rate of PTSD among the exonerees (Brooks & Greenberg, 2021). These negative interact with each other and can compound trauma and exacerbate psychological symptoms.
- Some researchers have proposed a novel form of PTSD which is specific to people who have suffered wrongful convictions (Naughton, 2014). This set of stressors and symptoms can extend beyond the exoneree and impact the broader family system.
- In addition to the complex nature of Mr. Hardin's trauma, it was also continuous. Meaning, his incarceration persisted for 22 years, during which he repeatedly stated that he was innocent.
- In addition to standard PTSD symptoms, which are listed below, exonerees face additional impacts which are not captured by standard diagnostic criteria. Significant social stigma (Clow & Leach, 2015) is often cited among exonerees, including self-stigma after years of not being able to clear their name. Personality changes (Burnett & Hoyle, 2017; Hoyle et al., 2016) are also common among exonerees. These changes were consistent with Mr. Hardin and his sister's descriptions of his experiences.

### Presentation and Impact of Trauma

- Living with this trauma for so many years produced the following symptoms, which are organized by DSM-5 criteria. (Symptoms listed were present in his worst month of symptoms, in 2019 and in 2022 unless otherwise noted.):
  - **Intrusion symptoms** of cued psychological distress and cued psychological reactions (resolved prior to 2022 evaluation).
  - **Avoidance symptoms** of avoiding memories, thoughts, and feelings and avoiding external reminders (mild by 2022 but still present).
  - **Cognition and mood symptoms** of inability to recall important aspects (resolved prior to 2022 evaluation), exaggerated negative beliefs of expectations, distorted cognitions leading to blame (present only in 2022 evaluation), persistent negative emotional state, detachment or estrangement from others, and persistent inability to experience positive emotions (resolved before 2022 evaluation).
  - **Arousal and reactivity symptoms** of hypervigilance and sleep disturbance (resolved before 2022 evaluation).
  - Symptoms persisted for sufficient time to warrant diagnosis.

- o Symptoms caused significant distress, impairment in social functioning (improved but not resolved by 2022), and impairment in occupational functioning (resolved before 2019 evaluation).
    - o **The dissociative symptom** of derealization (resolved before 2022 evaluation)
- Mr. Hardin displayed some improvement in trauma symptoms between 2019 and 2022, and by 2022, he no longer met full diagnostic criteria for PTSD because he no longer complained of sleep disturbance, which means he did not fully meet diagnostic criteria for category E. Nevertheless, ample trauma symptoms were still evident in the 2022 evaluation, and the diagnosis of Unspecified Trauma and Stressor Related Disorder was made.

## ASD x Trauma

- The interaction of the ASD and trauma is complex. People with ASD typically thrive on routine and consistency, which can provide comfort because they eliminate unexpected events. Knowing what to expect and things working according to plan eliminates a lot of distress. Prison provided some structure and some predictability. However, alongside the structure were many scary incidents which were entirely unpredictable, and unpredictability in itself can be highly distressing for people with ASD.
- When something traumatic, such as a wrongful incarceration, happens, it creates an abrupt change and removal from an environment which was safe and comfortable. Incarceration for Mr. Hardin meant feeling suddenly unsafe and unsure of the new set of social norms. While many inmates can quickly and intuitively learn the social order, Mr. Hardin was not able to learn this for himself and required direct instruction from other inmates, as well as learning through failure. It is extremely anxiety-provoking for people with ASD to enter settings in which they do not understand the social code, and the social norms in prison are vital to survival.
- When a person with ASD learns a routine and feels comfortable in it, performing a routine creates a deep groove that the person finds it increasingly difficult to deviate from. That is, change tends to be extremely difficult for most people with ASD, and the longer one adheres to a routine, the more challenging it can be to change. Upon Mr. Hardin's release, he had to abruptly transition yet again and resume life outside of prison. The world he entered was substantially different, and the social expectations of him, as a middle age man, were changed as well.
- While incarcerated, Mr. Hardin often felt unsafe and reports that he did not interact much with fellow inmates. This means that he was largely isolated from others for the 22 years of his incarceration.
- Mr. Hardin has a mistrust of the criminal justice system, and this mistrust is very common among exonerees (Burnett & Hoyle, 2017; Hoyle et al., 2016). Mr. Hardin's ASD and cognitive deficits likely complicates this picture further. He is more literal and concrete in his communication than most people and, therefore, is even more likely to rigidly adhere to his mistrust of government systems. He believes his case was grossly mishandled and that he was gravely misunderstood.

## Prognosis

- Mr. Hardin is a resilient person whose preoccupation with world religions has likely been beneficial to his coping. In the 2000s, he became very interested in Buddhism and transcendental meditation. These interests appear to be instrumental in his progress since his release in 2016. Additionally, his sister, Ms. Howser, is very supportive and lives in his community.

- There are evidence-based therapy strategies to treat PTSD which Mr. Hardin has not accessed, and his failure to do so has a negative impact on long-term prognosis. Mr. Hardin is very reluctant to attend therapy for several reasons:
    - When asked why he does not participate in therapy, it was evident that he has a deep mistrust of the medical system and, indeed, of most systems. It is likely that this mistrust started with or was worsened as a result of his imprisonment. Most exonerees display a marked increase in mistrust of systems, such as the criminal justice system (Burnett & Hoyle, 2017; Hoyle et al., 2016). Mr. Hardin is more literal and concrete than most people and because of this he is even more likely to rigidly adhere to his mistrust. He seems to have generalized his mistrust to include the medical system. This mistrust impacts his willingness to establish a therapeutic relationship and persist in ongoing care.
    - Further, most types of therapy do not align with Mr. Hardin's spiritual beliefs. For instance, church-based counseling, which is commonly available would likely be a bad fit with his more Eastern belief system.
    - Finally, Mr. Hardin's demographics may impact how likely he is to seek therapy. People in his age (over 50) and gender (male) categories are less likely to seek therapy (SAMHSA, 2015). People who live outside of urban centers are also less likely to pursue therapy (CDC; Terlizi & Norris, 2020).
- During his years of incarceration, Mr. Hardin missed opportunities to develop his adaptive skills. These are the self-care skills people require for independent living. Most young adults make significant strides in their independence and self-reliance in their early 20s. Adults with ASD, whose adaptive development is often severely delayed, require additional support to develop adaptive skills and during young adulthood. Not only did Mr. Hardin not receive support for the development of these skills, but he also missed out on trial and error learning experiences he would have had if not incarcerated.

    Currently, Mr. Hardin has adequate skill for maintaining his home (largely because of a fixation on orderliness). However, he has significant adaptive deficits in expressive communication and socialization, which are also crucial to daily living.
- Likewise, Mr. Hardin missed a number of typical social opportunities and opportunities for social learning as a result of his incarceration. He has substantial social delays now and missed out on much of the social development which takes place after high school. Despite the fact that he had a friend and a girlfriend before his arrest, his social development was quite delayed, as it is in any adult with ASD. Social development of one's early 20s is critical for acquiring adult social skills. Mr. Hardin is fortunate that he is likeable and knows the basics of greeting others, but he has not development many social engagement skills beyond that.
- The long-term impact of Mr. Hardin's PTSD is difficult to predict. Certainly, mood, anxiety, PTSD, and sleep problems are common among exonerees (Alexander-Bloch et al., 2020). While Mr. Hardin is currently making progress in terms of his trauma symptoms, the trauma healing process is not linear. Meaning, past symptoms can return during times of distress or when triggered. It is difficult to predict what events in his future may trigger a return or worsening of symptoms.

The social stigma exonerees face is on par with that of convicted offenders (Clow & Leach, 2015). Mr. Hardin's ASD may be somewhat protective, in that he may not notice aloofness or other reactions when people negatively respond to his exoneree status. Nevertheless, he may be impacted by fewer opportunities in the community if perceived with such stigma.

**Limitations of Prior Evaluations**

Two prior evaluations were reviewed. Neither assessed for ASD or trauma in any meaningful way. It is my professional psychological opinion that those two evaluations were lacking key data points which would have allowed for a more accurate diagnosis:

- The most conspicuous problems with prior evaluations from 2015 and 2018 is that the psychologists did not include any ASD or trauma measures. Mr. Hardin tends not to offer information unless he is asked *direct questions*. Unless he is asked direct questions about a given diagnosis, he will not provide information about any challenges he may experience in these areas. This is related to his difficulty taking others' perspectives. He is not able to take the evaluator's perspective in order to understand what that person needs to know.
- Only brief IQ measures were used for both evaluations. This is inadequate because brief measures do not include the domains of most challenge to autistic people: processing speed and working memory (Loftin, 2021).
- Dr. Smith diagnosed an adjustment disorder, which is a psychiatric disorder on the continuum of PTSD. However, it is not apparent that he asked any specific PTSD-related questions. Cursory questions would not be sufficient with Mr. Hardin. It would be important to go through each diagnostic criterion in order to determine whether it applies for him.
- Dr. Conner, in his evaluation, described many features of ASD in the personality section of his report. He found, via testing, information which backed up Mr. Hardin's self-description of being a "loner", as well as indications that Mr. Hardin had features of difficulty with social reciprocity, a strong need for routines, and a need for predictability. All of these can be features of ASD, yet Dr. Conner attributed these features to a personality disorder with avoidant features. However, Dr. Conner failed to gather information about Mr. Hardin's early developmental history, which is essential for differentiating ASD from personality disorders. It is not clear why he did not complete that step in his evaluation.
- Dr. Smith's report attributed Mr. Hardin's interpersonal differences to his incarceration. However, he did not address the fact that social quirks were evident earlier in Mr. Hardin's life, before his incarceration. Thus, the incarceration cannot be the cause of the social idiosyncrasies. Nor does Dr. Smith's position explain why others released from prison incarcerated do not display such social quirks.
- Dr. Smith noted that Mr. Hardin was flexible in adjusting of appointment times and seemingly offered this as an argument against ASD diagnosis. Dr. Smith's perception of flexibility may, in fact, likely misread Mr. Hardin's lack of expressiveness as not caring about the change. It is common for autistic people to have difficulty self-advocating, and Mr. Hardin is not expected to complain in the face of change but to become internally distressed.

In sum, Mr. Hardin is a man with ASD who has a fixed, intense interest in world religions. He was wrongfully arrested, convicted and incarcerated for 22 years and suffers from many trauma symptoms as a result of his legal process and incidents that occurred during his incarceration. Mr. Hardin's trauma may have been heightened by his ASD symptoms, in that it is particularly difficult for people with ASD to adjust to shifts in environment, people, and routines.

Mr. Hardin has some qualities which may be protective and aid in his recovery from trauma. His current interest in Buddhism and meditation has a positive impact, and his close relationship with his supportive sister is also a benefit.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that this letter, as well as the Results section below, are true and correct, to the best of my knowledge and belief.

Respectfully submitted;

Rachel L. Loftin, Ph.D.
Licensed Clinical Psychologist

## Results of Testing

**Records Reviewed:**
Limited Educational Records from Jefferson County Public Schools, elementary through high school
Evaluation report from Ed Connor, PsyD, dated 08/04/2015
Evaluation report from Martin Smith, PhD, dated 01/31/2018
Parole Hearing Transcript, dated 04/11/2004
Prison File
Transcript of video deposition of Mr. Hardin, 03/27/2019

## History

**Family History**

Mr. Hardin currently lives alone in Brandenburg, Kentucky. Mr. Hardin has three half-sisters on his mother's side, and he is the youngest. He is somewhat dependent upon his half-sister, Ms. Howser. Ms. Howser helped him obtain his current home, which she described as "an old trailer". When he released from prison, Mr. Hardin lived with his sister, Ms. Howser, approximately two years. Ms. Howser also arranged for his cell phone, and he gives her money for the bills. Mr. Hardin has other sisters, but Ms. Howser said that he does not speak to them unless they are both at a family party. Ms. Howser said that Mr. Hardin does not come around the family much and that she has to call and cajole him to attend get togethers.

**Educational History**

Only limited educational records were available for Mr. Hardin. His sister, Ms. Howser, said that he attended Lane Elementary and Valley Elementary Schools, as well as Doss High School- all in Louisville, Kentucky. Ms. Howser said that Mr. Hardin had a math disability and received special education services. Mr. Hardin also reports receiving special education, which is likely given his test scores and the available school records. However, no special education plans were available for review. He attended Jefferson County Public Schools. Notes from his entry to the school system indicate a county school readiness test score of 6/40. His educational records indicate poor grades. In elementary school, he earned many Cs and Ds, as well as notes that indicate "speech therapy" (without elaboration) and "reading plus", which is likely a reading enrichment program for struggling students. Standardized test scores from 5th grade indicate that his chronological age was 11-years and 7-months but his mental age was 8-years and 4-months. This indicates substantial delays. His 6th grade testing indicated performance well below grade level. For instance in 6th grade, he had 1 C, 5 Ds, and an F as his final grades. He fared somewhat better in 7th and 8th grade, although he continued to receive some Ds and Fs on

each report card. In high school, many of his courses contained the word "Fun", as in "Fun math". This likely refers to "fundamental", rather than "fun", and may indicate remedial courses.

## Medical History

Mr. Hardin and his sister both reported that he is in good health. He has no known allergies or chronic diseases. He had oral surgery in his teens for "a tooth growing through the roof in my mouth" and an injury from stepping on a nail.

Mr. Hardin said that he takes no prescription medications. He occasionally drinks alcohol (1-2 beers with dinner once or twice per month). He does not use tobacco. He has tried cannabis, but said he does not particularly like it. Mr. Hardin reported trying drugs as a teenager, but he said he did not use any alcohol or substances while incarcerated.

When he was asked in 2022, Mr. Hardin's appetite and sleep were reportedly good.

## Psychiatric History.

Mr. Hardin denied receiving therapy. When asked whether he would consider it, he said "I am not that open to it". He described benefits from meditation and, when asked, agreed that he may consider forms of therapy which incorporate mindfulness. (This includes more modern forms of therapy, such as dialectical behavior therapy and acceptance and commitment therapy).

## Employment History

When he was interviewed in 2019, Mr. Hardin was working a temporary position for Geek Squad, which involved warehousing laptops. He indicated that he did not mind the work, but it did not pay well ("less than $12 per hour"). He was not working when evaluated in 2022.

Mr. Hardin's first job was tending to the pool when he was in high school. He has held jobs in construction, warehouses and factories at different points in time. He said that he does well in jobs where he can work alone.

## Results of Testing

### Developmental History

The *Autism Diagnostic Interview- Revised* (ADI-R) and the *Social Communication Questionnaire* (SCQ) were administered to collect information about Mr. Hardin's early developmental history.

The SCQ is a screening tool. The manual states that scores of 15 or higher indicate the need for further autism assessment, while more recent research suggests a cutoff of 11 (see Suren et al., 2019). Ratings of Mr. Hardin's early presentation earned a score of 14, and the ADI-R was administered to collect more information.

Ms. Howser, Mr. Hardin's older sister, was interviewed for the ADI-R. His parents are deceased, and Ms. Howser was involved in his care during his childhood. Information obtained on the ADI-R is consistent with diagnosis of ASD.  Ratings of Mr. Hardin's early developmental history were well above the cutoff for Qualitative Abnormalities in Reciprocal Social Interaction (score of 17, minimum cutoff is 10), at the cutoff for Qualitative Abnormalities in Communication (score of 8, minimum cutoff is 8), and below cutoff for Restricted, Repetitive, and Stereotyped Patterns of

Behavior (score of 1, minimum cut off is 3). Notably, difficulty with change in routines and circumscribed interests were described by Ms. Howser, but scoring was not sufficient to meet instrument cutoff. Mr. Hardin met ADI-R criteria for age of onset (score of 2, minimum cutoff is 1). (Current ratings of restricted interests and repetitive behaviors, as measured on the SRS-2 were significant from both Mr. Hardin's report and Ms. Howser's).

**Malingering**

It is always possible that a person may feign symptoms for secondary gain. The M-FAST, a tool designed to assess the likelihood that an individual is feigning psychiatric illness, was administered to assess the likelihood of malingering. Mr. Hardin's score of 0 on this measure suggests that he was not feigning mental illness.

The low malingering score, along with Mr. Hardin's cognitive deficits and social challenges, make him unlikely to have the sophistication required to convincingly feign signs of psychiatric disorders.

**Intellectual Ability**

Mr. Hardin's intellectual abilities were further measured using the *Wechsler Adult Intelligence Scale-Fourth Edition* (WAIS-IV), a standardized measure of intelligence. The Full Scale IQ score reflects general thinking and reasoning abilities and encompasses four indices: Verbal Comprehension, Perceptual Reasoning, Working Memory, and Processing Speed. Scores are reported as Standard Scores with an average of 100 and standard deviation of 15. Subtest scores are reported as Scaled Scores with an average of 10 and standard deviation of 3. Mr. Hardin's scores are reported in the table below:

| Index<br>Subtest | Standard Score<br>Scaled Score | Percentile | 95% Confidence Interval |
|---|---|---|---|
| **Verbal Comprehension** | 98 | 45 | 92 – 104 |
| Similarities | 9 | * | * |
| Vocabulary | 9 | * | * |
| Information | 11 | * | * |
| (Comprehension) | (8) | * | * |
| **Perceptual Reasoning** | 84 | 14 | 79 – 91 |
| Block Design | 8 | * | * |
| Matrix Reasoning | 8 | * | * |
| Visual Puzzles | 6 | * | * |
| **Working Memory** | 66 | 1 | 61 – 75 |
| Digit Span | 4 | * | * |
| Arithmetic | 4 | * | * |
| **Processing Speed** | 76 | 5 | 70 – 87 |
| Symbol Search | 5 | * | * |
| Coding | 6 | * | * |
| **Full Scale (FSIQ)** | 79 | 8 | 75 – 83 |
| **General Ability Index (GAI)** | 91 | 27 | 86 – 96 |

Overall, Mr. Hardin's intellectual ability was quite varied. His full scale IQ (FSIQ) was in the

Borderline range (8th percentile). However, this score represents the average of highly discrepant scores and should not be directly interpreted. His composite scores ranged from Extremely Low to Average, with a 32-point difference between his lowest and highest scores (Working Memory and Verbal Comprehension). A difference of this magnitude is highly unusual and found in only 2% of the standardization sample.

Because of the significant discrepancies in his composite scores, the General Ability Index (GAI) was calculated. The GAI is another estimate of ability, which places reduced emphasis on the Working Memory and Processing Speed Index scores. Mr. Hardin's GAI is in the lower extreme of the Average range (27th percentile), which is significantly higher than his FSIQ.

**Screens for Co-Occurring Conditions**

Anxiety, depression and executive functioning problems (such as ADHD) commonly co-occur with ASD. Ratings and interviews were administered to rule out challenges in these areas.

The Beck Depression Inventory (BDI-2) is a self-report measure of depressive symptoms. Mr. Hardin did not report many current symptoms of depression, and his score was in the Minimal range when evaluated in 2019. On the *Beck Anxiety Rating Scale* (BAI), a self-report measure of anxiety symptoms, Mr. Hardin earned a score which indicates Minimal anxiety at the time of evaluation in May of 2019. When asked during an interview in 2022 about symptoms of anxiety and depression, Mr. Hardin reported minimal symptoms as well.

In general, Mr. Hardin tended to deny clinical symptoms and displayed a positive impression of his progress since his release. He explained that his meditation practice has been particularly helpful, explaining that it helps him feel at peace.

The BRIEF-A was also administered. It is a self-rating scale that provides an understanding of the individual's perspective with regard to their own difficulties with executive functioning tasks. Executive functions are a collection of higher order cognitive processes that help regulate behaviors effectively, including those behaviors important for learning in academic settings, and regulating emotions. The table below depicts scores, with higher scores indicating greater difficulty (T-score average= 50, SD = 10).

| COMPOSITE/Index Subtest | *T*-Score | Percentile |
|---|---|---|
| **Behavioral Regulation Index** | **51** | **63** |
| Inhibit | 45 | 48 |
| Shift | 61 | 93 |
| Emotional Control | 46 | 56 |
| Self-Monitor | 55 | 80 |
| **Meta-Cognition Index** | **47** | **56** |
| Initiate | 48 | 61 |
| Working Memory | 54 | 79 |
| Plan/Organize | 56 | 80 |
| Task Monitor | 42 | 45 |

| Organization of Materials | 37 | 20 |
|---|---|---|
| **GLOBAL EXECUTIVE COMPOSITE** | 49 | 63 |

There were no validity concerns with the protocol, meaning that responses were reasonably consistent, not overly negative, and did not reflect atypical responding. Mr. Hardin's ratings did not indicate challenges with executive functioning.

There was a very significant discrepancy between Mr. Hardin's low score Working Memory on the WAIS-IV and his self-report of adequate working memory on the BRIEF-A. The discrepancy is likely due to the rather limited expectation for Mr. Hardin to retain information or work quickly in his current situation. He is not working in an intellectually demanding setting, nor does he have daily tasks which are cognitively taxing.

**Social-Communication**

**ADOS-2.** The *Autism Diagnostic Observation Scheduled, Second Edition* (ADOS-2) was administered to learn more about Mr. Hardin's social and communication presentation. The ADOS-2 is a semi-structured interview and social session that assesses specific reactions to social, communicative, and emotional presses. Use of the ADOS-2, together with a comprehensive developmental history, is considered the gold standard for assessing symptoms of ASD. Mr. Hardin's ADOS-2 was scored using the revised algorithm (Hus & Lord, 2014).

There are five modules of the ADOS-2, each specific to an age range and level of language skill. Module 4 of the ADOS-2 was administered to Mr. Hardin. This module was designed for use with older teens and adults with fluent speech. Module 4 includes opportunities for conversation with the examiner, as well as questions about emotions, friendships and daily activities.

Mr. Hardin's presentation was notable for atypical eye gaze. He sometimes looked at the evaluator while communicating, but his gaze was often absent at key social junctures, such as when requesting items.

Mr. Hardin spoke in complete thoughts, and his speech was easy to understand. He tended to be very brief in responses, saying only enough to answer questions posed to him. He did not inquire about the evaluator or elaborate on his responses.

Mr. Hardin had some difficulty explaining his emotional experiences. He was not able to describe his experience of happiness, for instance, and other than saying he would "tighten up" when anxious could not describe his physiological experience of emotions. Mr. Hardin said he had some fear of his own anger.

Social insight was also somewhat limited, as he spoke about friendship in terms of what others do but did not acknowledge the reciprocal nature of friendship. Mr. Hardin, when asked, said he has no friends at the present. He described a situation in which he continued to date a woman who did not treat him well. Ultimately, his sister had to intervene and advise him not to see her anymore. (Ms. Howser told about this situation in her interview as well.)

During a short break during the ADOS-2, which is scheduled to observe how the examinee conducts himself, Mr. Hardin sat perfectly still and did not inspect the items he was given to use for the break.

Hardin, 14

Creativity was limited. Mr. Hardin was able to complete tasks which required creativity, but responses were limited and lacked detail and elaboration. On a task in which he was asked to make up a story using an assortment of objects, he largely copied the evaluator's example story.

Mr. Hardin's total score for the ADOS-2 exceeded instrument cutoff for classification of ASD (score of 16) and yielded a calibrated severity score of 9 (the maximum is 10).

**SRS-2.** Mr. Hardin and Ms. Howser were both asked to complete the *Social Responsiveness Scale, Second Edition* (SRS-2) to gather information about his social presentation in the home and community. Ratings are tallied and an overall T-score is calculated. Scores below 59 are considered within normal limits, 60-65 indicates mild concerns, 66-75 are moderate concerns, and scores above 76 are considered severe concerns.

| Index<br>Subscale | T-Score<br>Self-Report | T-Score<br>Relative Report |
|---|---|---|
| Social Awareness | 61 | 61 |
| Social Cognition | 69 | 63 |
| Social Communication | 75 | 68 |
| Social Motivation | 72 | 72 |
| **Social Communication & Interaction** | **73** | **68** |
| **Restricted Interests & Repetitive Behaviors** | **78** | **67** |
| **SRS TOTAL SCORE** | **75** | **69** |

Both ratings were in the Moderate range, overall, which indicates "deficiencies in reciprocal social behavior that are clinically significant and lead to substantial interference with everyday social interactions", according to the scoring system. Both Social Communication & Interaction scale scores were Moderate as well. Mr. Hardin's rating of his Restricted Interests and Repetitive Behavior were somewhat higher than his sister's, in the Severe range in his report and the Moderate in hers.

**Clinical Interview**

Mr. Hardin was well-groomed and appropriately dressed when he was evaluated in person in 2019. His speech was somewhat slow and without much variation in pitch, yet his speech was easy to understand and logical. Mr. Hardin reported no history of psychiatric treatment. He was asked about suicidal ideation and indicated that he considered suicide in prison when "it seemed like I would never get out". He said he knew something about martial arts and believed he could hit himself in "pressure points" to cause death. He denied other suicidal ideation and self-injurious behaviors before or since. Mr. Hardin denied homicidal ideation, visual hallucination, auditory hallucination, delusions, and symptoms of obsessive-compulsive disorder.

**Trauma**

**LEC.** The *Life Events Checklist for DSM-5* (LEC-5) is a self-report screener of potentially traumatic events. There is no formal scoring. Mr. Hardin endorsed several traumatic events occurring while he was incarcerated, as well as a couple of incidents before his incarceration. Specifically, he indicated the following in response to prompts on the LEC-5:

- Before incarceration:
  - Natural disaster (tornadoes; one earthquake): witnessed, learned about it
  - Transportation accident (rear-ended): happened to him
  - Physical assault (fights throughout life; no serious injuries): happened to him
- While incarcerated:
  - Sexual assault (heard an attack in another cell while incarcerated): witnessed
  - Held in captivity (incarcerated 22 years): happened to him
  - Assault with weapon (aftermath of stabbing; skull split with a pipe): witnessed; learning about
  - Life-threatening illness (fellow inmate died when taken off of heart medication while incarcerated): witnessed
  - Other (general stress of incarceration): happened to him

In addition to the items endorsed by Mr. Hardin, his sister also indicated that she was sexually molested by Mr. Hardin's father (her stepfather) when they were children. Ms. Howser said that Mr. Hardin has never acknowledged being abused himself, but she noted that he was in the room when much of the abuse occurred because the two shared a bedroom and it is likely that he witnessed it. Mr. Hardin denied exposure to sexual abuse when asked in the course of administering this measure. It is possible that he was too young to identify and later recall the abuse or that he was asleep and did not perceive it.

Further, the prison records from 1996 include a detention order to move Mr. Hardin into administrative segregation because a credible threat was made against his life. There are no LEC-5 questions which directly addresses threats.

**CAPS.** The *Clinician-Administered PTSD Scale for DSM-5* (CAPS) is a clinician-administered PTSD scale based upon DSM-5 diagnostic criteria. A symptom is considered present only if the corresponding item severity score is rated as moderate or higher. Scores from 2019 and 2021 are reported, as well as the period Mr. Hardin identified as the worst point of his symptoms (1-2 months after release). The Yes/No column refers to whether a given symptom was present and of moderate or higher severity. This measure was administered after the LEC-5. Mr. Hardin was asked about his responses on the LEC-5 and about which event was the worst for him. He denied any changes following the other potentially traumatic events and indicated that his imprisonment and the incidents related to it were the worst he has experienced.

| | WORST POINT | 2019 | 2022 |
|---|---|---|---|
| **A: Exposure to actual or threatened death, serious injury or sexual violence** | Yes | Yes | Yes |
| **B. Intrusion Symptoms (1 needed for diagnosis)** | Yes | Yes | Yes |
| B1- intrusive memories | No | No | No |
| B2- distressing dream | Yes | No | No |
| B3- dissociative reactions | No | No | No |
| B4- cued psychological distress | Yes | Yes | Yes |
| B5- cued psychological reactions | Yes | Yes | No |
| **C. Avoidance Symptoms (1 needed for diagnosis)** | Yes | Yes | Yes |
| C1- Avoidance of memories, thoughts, feelings | Yes | Yes | Yes |
| C2- Avoidance of external reminders | Yes | Yes | No |
| **D. Cognitions and Mood Symptoms (2 needed for diagnosis)** | Yes | Yes | Yes |
| D1- Inability to recall important aspect of event | Yes | Yes | No |

| | | | |
|---|---|---|---|
| D2- Exaggerated negative beliefs of expectations | Yes | Yes | Yes |
| D3- Distorted cognitions leading to blame | No | No | Yes |
| D4- Persistent negative emotional state | Yes | Yes | No |
| D5- Diminished interest or participation in events | No | No | No |
| D6- Detachment or estrangement from others | Yes | Yes | Yes |
| D7- Persistent in ability to experience positive emotions | Yes | Yes | No |
| **E. Arousal and Reactivity Symptoms (2 needed for diagnosis)** | **Yes** | **Yes** | **No** |
| E1- Irritable behavior and angry outbursts | No | No | No |
| E2- Reckless or self-destructive behavior | No | No | No |
| E3- Hypervigilance | Yes | Yes | Yes |
| E4- Exaggerated startle response | No | No | No |
| E5- Problems with concentration | No | No | No |
| E6- Sleep disturbance | Yes | Yes | No |
| **F. Duration of 1 month or more?** | **Yes** | **Yes** | **Yes** |
| **G. Distress or Impairment (need 1 for diagnosis)** | **Yes** | **Yes** | **Yes** |
| Subjective distress | Yes | Yes | Yes |
| Impairment in social functioning | Yes | Yes | No |
| Impairment in occupational functioning | Yes | No | No |
| **Dissociative symptoms** | **Yes** | **Yes** | **No** |
| Depersonalization | No | No | No |
| Derealization | Yes | Yes | No |

When rating the worst month ever, which Mr. Hardin defined as approximately the second month after his release, Mr. Hardin met all diagnostic criteria for PTSD. He also endorsed sufficient symptoms for that diagnosis in 2019. When evaluated in 2022, he continued to display many symptoms of PTSD, but his rating of Arousal and Reactivity Symptoms fell short of diagnostic criteria. Nevertheless, it was apparent in the 2022 evaluation that substantial symptoms of trauma were still present in Mr. Hardin's daily life.

In interview, Ms. Howser also endorsed many signs of trauma that she observed in her brother. She noted that he had immense difficulty sleeping, nightmares, hyper-alertness for danger, and avoidance of situations which may trigger his trauma symptoms. Mr. Hardin's great niece (Ms. Howser's granddaughter), a frequent visitor to the home, was considered a trigger because she was loud and unpredictable. [When Mr. Hardin was later asked about his great niece and their interactions during the period when he was living with Ms. Howser, he said that he felt overwhelmed and found his great niece unpredictable. He was afraid that her noises may trigger a violent reaction and so he went to his room and locked the door.] Ms. Howser said that her brother continues to mostly keep to himself, but he has become somewhat more tolerant of his great niece and her noisiness. He continues to remove himself from situations that feel overwhelming.

**Adaptive Skills**

The Vineland-3 is a standardized measure of adaptive behavior--the things that people do to function in their everyday lives. Whereas ability measures focus on what the examinee can do in a testing situation, the Vineland-3 focuses on what he actually does in daily life. Because it is a norm-based instrument, the examinee's adaptive functioning is compared to that of others his age. Ms. Howser, who has lived with Mr. Hardin and is his closest contact, completed the caregiver report form in 2019. Mr. Hardin's overall level of adaptive functioning is described by his score on the Adaptive Behavior Composite (ABC). The ABC score is based on scores for

three specific adaptive behavior domains: Communication, Daily Living Skills, and Socialization. Each domain score is comprised of subdomain scores.

The composite and domain scores are expressed as standard scores with a mean of 100 and standard deviation of 15. Subdomains are presented as V-Scale scores, which have a mean of 15 and standard deviation (*SD*) of 3.

| Domain<br>Subdomain | Standard Score<br>*v*-Scale Score | Percentile | Classification |
|---|---|---|---|
| **Communication** | **68** | **2** | **Low** |
| Receptive | 12 | | Moderately Low |
| Expressive | 9 | | Low |
| Written | 11 | | Moderately Low |
| **Daily Living Skills** | **74** | **4** | **Moderately Low** |
| Personal | 10 | | Moderately Low |
| Domestic | 14 | | Adequate |
| Community | 11 | | Moderately Low |
| **Socialization** | **35** | **<1** | **Low** |
| Interpersonal Relationships | 4 | | Low |
| Play and Leisure | 1 | | Low |
| Coping Skills | 13 | | Moderately Low |
| **ADAPTIVE BEHAVIOR COMPOSITE** | **62** | **1** | **Low** |

Ratings of Mr. Hardin's adaptive skills were in the Low range, overall, and in the Low range for Communication and Socialization. His Daily Living Skills were rated somewhat higher, in the Moderately Low range. This profile indicates that Mr. Hardin's adaptive skills are unevenly developed. For instance, his skills at maintaining his home (i.e., cleaning, organizing) were rated as adequate for his age, while certain social and communicative skills were rated at the level typical of a young child.

Mr. Hardin's Interpersonal Relationships and Play and Leisure ratings were particularly low. These scores are so low because he did not attain social milestones or did not demonstrate social behaviors consistently in early childhood. Thus, he did not receive scores for many skills which are normally demonstrated at a very young age. For instance, he did not play elaborate make believe games with other children when it was an age appropriate behavior to do so, and, therefore, he earned no score for the item about make believe play with peers.

**Works Cited**

Briere, J., Agee, E., & Dietrich, A. (2016). Cumulative trauma and current posttraumatic stress disorder status in general population and inmate samples. *Psychological trauma: Theory, research, practice, and policy*, *8*(4), 439.)

Burnett, R., Hoyle, C., & Speechley, N. E. (2017). The context and impact of being wrongly accused of abuse in occupations of trust. *The Howard Journal of Crime and Justice*, *56*(2), 176-197.

Clow, K. A., & Leach, A. M. (2015). After innocence: Perceptions of individuals who have been wrongfully convicted. *Legal and Criminological Psychology, 20(1),* 147-164.

Grounds, A. (2004). Psychological consequences of wrongful conviction and imprisonment. *Candian Journal of Criminal Justice, 46*: 165–182.

Herman, J. (1997). Trauma and recovery: The aftermath of violence *from domestic abuse to political terror. New York, N.Y.: Basic Books.*

Hoyle, C., Speechley, N. E., & Burnett, R. (2016). The impact of being wrongly accused of abuse in occupations of trust: Victims' voices. *University of Oxford Centre for Criminology. https://www. law. ox. ac.*

Hus, V., & Lord, C. (2014). The autism diagnostic observation schedule, module 4: revised algorithm and standardized severity scores. *Journal of autism and developmental disorders*, *44*(8), 1996-2012.

Loftin, R. (2021). The Autism Diagnosis. In *Handbook of Autism Spectrum Disorder and the Law* (pp. 27-37). Springer, New York.

Naughton. (2014). Criminologizing wrongful convictions. *British Journal of Criminology, 54(6),* 1148–1166. https://doi.org/10.1093/bjc/azu060

Substance Abuse and Mental Health Services Administration. (2015). *Racial/ Ethnic Differences in Mental Health Service Use among Adults*, HHS Publication No. SMA-15-4906. Rockville, MD.

Surén, P., Saasen-Havdahl, A., Bresnahan, M., Hirtz, D., Hornig, M., Lord, C., ... & Stoltenberg, C. (2019). Sensitivity and specificity of early screening for autism. *BJPsych Open*, *5*(3).

Terlizzi, E. P., & Norris, T. (2020). Mental health treatment among adults: United States, https://www.cdc.gov/nchs/products/databriefs/db419.htm.

Wechsler, D. (2008). *WAIS-IV technical and interpretive manual.* San Antonio, TX: Pearson.

# C.V. Including List of Publications

April 8, 2022

**Rachel L. Loftin, Ph.D.**

Business Address: 180 N. Michigan Avenue, Suite 1025F, Chicago, IL 60601
Business Phone: 312-730-4798
Email: rachelloftin@rachelloftin.com

**LICENSURE**

Clinical Psychology License, Illinois (017.007328)

Clinical Psychology License, Connecticut (03-649956)

**ACADEMIC APPOINTMENTS**

Adjunct Faculty, Psychiatry and Behavioral Sciences, Northwestern University, Feinberg School of Medicine, Chicago, Illinois; 2018 – Present

Adjunct Faculty, Law and Psychiatry, Department of Psychiatry, Yale University School of Medicine, New Haven, Connecticut; 2015 – Present

Associate Professor, Department of Psychiatry, Rush University Medical Center, Chicago, Illinois; 2016 – 2017

Assistant Professor, Department of Psychiatry, Rush University Medical Center, Chicago Illinois; 2012 – 2016

Assistant Professor, Institute for Juvenile Research, Department of Psychiatry, University of Illinois at Chicago, Chicago, Illinois; 2007 – 2010

**HOSPITAL APPOINTMENTS**

Clinical Director, AARTS Center at Rush University Medical Center; 2012 – 2017

Clinical Psychologist, Department of Psychiatry, Rush University Medical Center, 2012 – 2017

Clinical Psychologist, Institute for Juvenile Research, Department of Psychiatry, University of Illinois at Chicago, Chicago, Illinois; 2007 – 2010

**OTHER EMPLOYMENT**

Licensed Clinical Psychologist Private Practice, Chicago, Illinois; 2017 - Present

Licensed Clinical Psychologist Private Practice, Naperville, Illinois; 2009 – 2012

Behavior Consultant and Supervisor, FOCUS, Los Angeles, California; 1999 – 2001

Children's Services Worker, Department of Children and Family Services, Los Angeles, California; 1997 – 1999

**EDUCATION**

PhD, School Psychology, minor in Special Education, Indiana University, July 2006

MS, Educational Psychology, Indiana University, May 2004

MA, Pepperdine University, Psychology, May 2000

BA with honors, Roosevelt University, Psychology with minor in French, May 1997

**TRAINING**

Fellowship in Contextual Behavior Therapy, University of Chicago, May 2019

Postdoctoral Fellow in Clinical Psychology Developmental Disorders Track, Yale Child Study Center, Yale School of Medicine, June 2007

Predoctoral Fellow in Clinical Psychology Developmental Disorders Track, Yale Child Study Center, Yale School of Medicine, June 2006

Fellow in Social Policy, Edward Zigler Center in Child Development and Social Policy, Yale University, June 2005 – 2007

**COMMUNITY/PUBLIC SERVICE**

*Aspiritech,* Board of Directors*,* Member of Diversity & Inclusion Committee; 2020- Present

*KGH Autism Services,* Member of Institutional Review Board (IRB); 2018 – Present

*Chicago Autism Network;* Board of Directors, Secretary; 2017 – Present

*Community Support Services, Inc.,* Board of Directors, Chair of Program Committee & Member of Governance and Executive Committees; 2013 – 2020

*AACTION AUTISM,* Board of Directors; 2012 – 2015

**PROFESSIONAL SOCIETY MEMBERSHIPS**

International Society for Autism Research

American Psychological Association

APA, Division 33

**EDITORIAL AND MANUSCRIPT REVIEW RESPONSIBILITIES**

*Journal of Autism and Developmental Disorders*, Guest co-editor on special issue on First Responders, 2022.

*Journal of Autism and Developmental Disorders*, Editorial Board Member, 2020 – Present

*Autism: The International Journal of Research and Practice*, Editorial Reviewer; 2015 – Present

*American Journal of Sexuality Education,* Editorial Reviewer 2021 - Present

*Journal of Autism and Developmental Disorders*, Editorial Reviewer 2002 – 2020

S*chool Psychology Review,* Reviewer for special series titled Peer-Based Interventions for Students with Autism Spectrum Disorder within Educational Settings; 2017

*Remedial and Special Education*, Consulting Editor to special issue on Autism Spectrum Disorders; 2013

*The Evidence Based Practice Workgroup in Autism*, Article reviewer; 2012 – 2014

*Preventing School Failure*, Consulting Editor to the special issue on Autism Spectrum Disorders; 2008

*School Psychology Quarterly*, Student Editorial Board Member; 2002 – 2006

**GRANT REVIEW RESPONSIBILITIES**

Organization for Autism Research, Applied Research Grant Review Committee, 2015 – 2017

**GRANT AWARDS AND CLINICAL TRIALS**

Agency: New Frontiers in Research Fund
Title: Exploring Factors that Influence Autistic People who Engage in Online Hate

Role: Consultant
Project Period: 2020 – 2022

Agency: Department of Defense
Title: ECHO Autism: Adult Transition
Role: Consultant; Hub Team
Project Period: 2020 – 2021

Agency: Autism Intervention Research Network on Physical Health (AIR-P)
Title: Echo Autism: Transition to Adulthood
Role: Co-Investigator
Project Period: 2018 – 2019

Agency: Simons Foundation
Title: Rush–Chicagoland SPARK
Role: Co–Investigator
Period: 2015 – 2017

Agency: Organization for Autism Research
Title: Sexuality Education for Young Adults with ASD
Role: Principal Investigator
Project period: 2014 – 2016

Agency: Woman's Board of Rush University
Title: Tracking the course of Psychopathology among Youth in a Residential Treatment Center
Role: Principal Investigator
Project period: 2012 – 2015

Agency: National Institutes of Health
Title: Autism Centers of Excellence
Role: Psychological Assessment
Project period: 2007 – 2010

Agency: The James and Marilyn Simons Foundation
Title: The Simons Simplex Collection
Role: Psychological Assessment
Project period: 2007 – 2010

Agency: The James and Marilyn Simons Foundation, NICHD
Title: The Simmons Baby–Sibs Project of Social Neuroscience
Role: Psychological Assessment & Trainee
Project period: 2005 – 2007

Agency: National Institutes of Health
Title: Studies to Advance Autism Research and Treatment
Role: Psychological Assessment & Trainee
Project period: 2005 – 2007

Agency: Organization for Autism Research
Title: A Self–Monitoring Treatment Package
Role: Principal Investigator

Loftin, 4

Project period: 2004 – 2005

Agency: U.S. Department of Health and Human Services
Title: Children's School Success
Role: Coordinator
Project period: 2004 – 2005

Agency: National Institute of Mental Health
Title: Research Units on Pediatric Psychopharmacology
Role: Research Assistant
Project period: 2002 – 2004

**INVITED TALKS**

**Loftin, R. L.** (February, 2022). Teaching autistic people about sexuality. Invited address to the ECHO Autism in Primary Care. Given Remotely.

**Loftin, R. L.** (May, 2021). Encouraging healthy sexual and gender development in autism. Invited workshop for Chicago Autism Network. Chicago, Illinois. Given remotely.

**Loftin, R.L.** (April 2021). Relationships & sexuality in autism. Address to the Family Navigators of ECHO Autism. Given remotely.

**Loftin, R.L.** (April 2021). Promoting healthy relationships & sexuality. Address to the ECHO Autism Communities Symposium. Given remotely.

**Loftin, R.L.** (March, 2021). Autism: Values, inclusion & social engagement. Address to the Autism & Special Needs EXPO. Given remotely.

**Loftin, R.L.** & Malow, B. (March, 2021). ECHO Autism: Building capacity for quality care. Address to the Midwest Autism Consortium. Given remotely.

**Loftin, R.L.** & Penner, M. (September, 2020). Trolls, furries, & rabbit holes: Internet safety and autism. Invited address to Holland-Bloorview Kids Rehabilitation Hospital Summer Popup Series. Given remotely.

**Loftin, R.L.** (May, 2020). Social inclusion for people with developmental and intellectual disabilities. Invited address to Massachusetts Department of Developmental Services. Given remotely.

**Loftin, R. L.** (March, 2020). Promoting social behavior. Invited workshop for Chicago Autism Network. Chicago, Illinois. Given remotely.

**Loftin, R. L.** (March, 2020). Unlawful behavior and autism. Invited lecture to Forensic

Neuropsychology and Psychology, Northwestern University's Feinberg School of Medicine. Chicago, Illinois.

**Loftin, R. L.,** Penner, M., Straub, F., & Woodbury-Smith, M. (February, 2020). Autism, the internet, and the clinician: Tools for the rabbit hole. Schwartz Rounds. Yale Child Study Center. New Haven, Connecticut.

**Loftin, R. L.** (September, 2019). Sex and risk in ASD. Invited address at the 14th Annual Autism Conference. St. Louis, Missouri.

**Loftin, R.L.** (August, 2019). Abuse and neglect in neurodevelopmental disorders. Autism 207, Seattle Children's Autism Center. Seattle, Washington.

**Loftin, R.L.** (January, 2019). Sexuality in autism. Invited address to the McHenry County Mental Health Board. Crystal Lake, Illinois.

**Loftin, R. L.** (January, 2019). Adolescents, Internet Safety, & Autism. Autism Intervention Research on Physical Health, Autism Speaks. Presented nationally (U.S. & Canada) as part of Advances in Autism Research & Care broadcast webinar.

**Loftin, R.L.** (November, 2018). Autism and the criminal justice system. Invited address to graduate psychology students at Tufts University. Boston, Massachusetts.

**Loftin, R.L.** & Crehan, E. (January, 2018). Autism in adults. Invited address to the Illinois Speech-Language-Hearing Association, Rosemont, Illinois.

**Loftin, R.L.** (April, 2018). Sexuality and ASD: Talking with families. Invited address to the Autism Spectrum & Developmental Resource Center at Amita Hospital, Hoffman Estates, Illinois.

**Loftin, R. L.** (January, 2018). Sexual health and autism. Autism Intervention Research on Physical Health, Autism Speaks. Presented nationally (U.S. & Canada) as part of Advances in Autism Research & Care broadcast webinar.

**Loftin, R.L.** (October, 2017). Relationships and sexuality in autism. For the Child and Adolescent Psychiatric Center at the University Hospital in Aarhus, Denmark.

**Loftin, R. L.** (October, 2017). Sexuality education and ASD. Invited address to the Aarhus Konferecen, Aarhus, Denmark.

**Loftin, R.L.** (September, 2017). Sexuality education and autism. Invited address at the 12th

Annual Autism Conference. St. Louis, Missouri.

**Loftin, R.L.** (November, 2016). Psychological assessment and treatment of adults with ASD. Invited address at the First International Conference on Autism Treatment & Research. Paphos, Cyprus.

**Loftin, R.L.** & Crehan, E. (October, 2016). Sex education in ASD. Alexian Brothers. Hoffman Estates, Illinois.

**Loftin, R.L.**, Sperry, L., Mahoney, M. & Westphal, A. (September, 2016). Pathways to offending in autism spectrum disorder. Invited address at the Autism–Europe International Congress, Edinburgh, United Kingdom.

**Loftin, R**. & Lee, M. (August, 2016). Supporting positive behavior in developmental disorders: Strategies for clinicians. Presented at Easter Seals of Villa Park. Villa Park, Illinois.

Stein, S., Newman, B., & **Loftin, R.** (May, 2016). Risky business part deux: Ethics and applied interventions in the area of sexuality. Invited panel at the annual meeting of the Association for Applied Behavior Analysis International, Chicago, Illinois.

**Loftin, R.** (April, 2016). Sexuality education for clinicians. Presented at Easter Seals of Villa Park. Villa Park, Illinois.

**Loftin, R.L.** (March, 2016). Recognizing and treating autism in your adult patients. Presented in Grand Rounds, Department of Psychiatry, Lutheran General, Chicago, Illinois.

**Loftin, R.** (March, 2016). Sexuality education for young adults with autism. Presented at Alexian Brothers/Amita. Hoffman Estates, Illinois.

**Loftin, R. L.** (March, 2016). Sexual offending and autism: Information for clinicians. Presented in Grand Rounds, Department of Psychiatry, Rush University Medical Center, Chicago, Illinois.

**Loftin, R.** (February, 2016). Sexuality education and ASD. Presented at the Have Dreams ASD Intensive Training, Evanston, Illinois.

**Loftin, R.L.** & Sperry, L. (November, 2015). Autism spectrum disorder, sexuality and criminal behavior. Invited address to Autism Rounds, Yale Child Study Center, New Haven, Connecticut.

**Loftin, R.,** & Moran, M. (November, 2015). Problem sexual behavior & autism spectrum disorder. Presented at Best Practices for Nonpublic Special Education Programs, Illinois State Board of Education, Oak Lawn, Illinois.

**Loftin, R.** (October, 2015). Supporting intimate relationships and healthy sexuality for people with autism spectrum disorder. Invited address to the Thompson Center for Autism & Developmental Disorders at the University of Missouri.

**Loftin, R.** (May, 2015). Autism and comorbidity: Recommendations for intervention. Presented in workshop to Orchard Village, Skokie, Illinois.

Sperry, L., Westphal, A., & **Loftin, R**. (April, 2015). Sexual offending and autism. Invited address to the 14th International Conference on the Care and Treatment of Offenders with an Intellectual or Developmental Disability, Leeds, United Kingdom.

**Loftin, R.L.,** Owley, T. & Moran, M. (November, 2014). Autism spectrum disorder & co–occurring mental health conditions: Implications for special education. Presented at Best Practices for Nonpublic Special Education Programs, Illinois State Board of Education, Oak Lawn, Illinois.

**Loftin, R.L**., Owley, T. & Moran, M. (October, 2014). Comorbidity in autism spectrum disorder. Presented at the Illinois Alliance of Administrators of Special Education, Tinley Park, Illinois.

Jacob, S., **Loftin, R.L**., & Leventhal, B. (July, 2008). Diagnostic neighborhoods. Presented at meeting of Food for Thought, Institute for Juvenile Research, Chicago, Illinois.

**Loftin, R.L.** (February, 2008). Self–monitoring interventions in autism. Presented at a meeting of the Midwest Autism Consortium, Chicago, Illinois.

**Loftin, R.L**. (December, 2006). Cognitive profiles in autism spectrum disorders. Presented in seminar to psychiatry faculty and fellows at Yale Child Study Center, New Haven, Connecticut.

**Loftin, R. L.** (August, 2006). Sensory processing and stereotypic behavior in Autism Spectrum Disorder. Presented to Autism Spectrum Disorders: Clinical and Educational Approaches at Southern Connecticut State University, New Haven, Connecticut.

## PUBLICATIONS AND SCHOLARLY WORK

### Peer-reviewed Original Investigations

Woodbury-Smith, M., **Loftin, R.**, Westphal, A., & Volkmar, F. Vulnerability to ideologically-motivated violence among individuals with Autism Spectrum Disorder (ASD). *Frontiers in Psychiatry*, 540.

Cheak-Zamora, N., Farmer,.. **Loftin, R.L.** & Sohl, K. (2020). Provider Perspectives on the Extension for Community Healthcare Outcomes Autism: Transition to Adulthood Program. *Journal of Developmental & Behavioral Pediatrics*, *42*(2), 91-100.

Mazurek, M.O., Stobbe, G., **Loftin, R**., Malow, B., Mirza-Agarwal, M., Tapia, M., Hess, A., Farmer, J., Cheak-Zamora, N., Kuhlthau, K., & Sohl, K. (2019). ECHO Autism Transition: Enhancing healthcare for adolescents and young adults with autism spectrum disorder. *Autism*. 10.1177/1362361319879616

Westphal, A. & **Loftin R.** (2017). Autism spectrum disorder and criminal defense. *Psychiatric Annals, 47*(12):584-587.

**Loftin, R. L**. & Hartlage, S.A. (2015). Sexual education, sexual health, and autism spectrum disorder. *Pediatric Therapeutics, 5*. doi:10.4172/2161–0665.1000230.

Hume, K. A., **Loftin, R. L.,** & Lantz, J.F. (2009). Increasing independence in autism spectrum disorders: a review of three focused interventions. *Journal of Autism and Developmental Disorders, 39,* 1329–38.

**Loftin, R.L.,** Odom, S.L., & Lantz, J.F. (2007). Social interaction and repetitive motor behavior. *Journal of Autism and Developmental Disorders, 38*, 1124 – 1135.

Lee, S., Odom, S.L., & **Loftin, R.L.** (2007). Stereotypic behavior and social isolation in autism. *Journal of Positive Behavior Intervention and Support, 9*, 67 – 79.

Lecavalier, L., Aman, M., Scahill, L. McDougle, C. , McCracken, J., Vitiello, B, Tierney, E., Arnold, L. E., Jaswinder K. G., **Loftin, R.,** Koenig., K. , Posey, D.J., Martin, A., Holloway, J., Lee, L., Kau, A. S. M. (2006). The validity of the Autism Diagnostic Interview–Revised. *American Journal on Mental Retardation, 11,* 199–215.

**Loftin, R.L.,** Skiba, R., & Gibb, A.C. (2005). Using self–monitoring strategies to address behavior and academic issues. *Impact, 18,* 12–13.

Lantz, J.F., Nelson, J., & **Loftin, R.L.** (2004). An integrated playgroup for children with autism spectrum disorders. *Teaching Exceptional Children, 37*, 8–14.

**Loftin, R.L.** & Lantz, J. (2003). Cognitive assessment and students with autism spectrum disorder. *The School Psychologist, 57*, 105–109.

**Invited Reviews**

**Loftin, R.L.** (2007). [Review of the book Social & communication development in autism spectrum disorders: Early identification, diagnosis, & intervention]. *Journal of the American Academy of Child and Adolescent Psychiatry, 46*, 1497–1498.

**Books Edited**

Volkmar, F.R., **Loftin, RL.,** Westphal, A., & Woodbury-Smith, M., Eds. (2021). *Handbook of Autism and the Law*. Springer: New York.

**Loftin, R.L**. Contributing Editor in Volkmar, F.R. (2017). *Encyclopedia of Autism Spectrum Disorders*. Springer: New York.

**Book Chapters**

**Loftin, R.L.** (2021). Autism diagnosis. In F. R. Volkmar, R. L. Loftin, A.  Westphal, & M. Woodbury-Smith (Eds.), *Handbook of Autism and the Law*. Springer: New York.

**Loftin, R.L.** (2021). Sexual offending and ASD. In F. R. Volkmar, R. L. Loftin, A.  Westphal, & M. Woodbury-Smith (Eds.), *Handbook of Autism and the Law*. Springer: New York.

**Loftin, RL.,** Volkmar, F.R., Westphal, A., & Woodbury-Smith, M. (2021). Moving Forward: A knowledge translation research and policy agenda for the next decade. In F. R. Volkmar, R. L. Loftin, A.  Westphal, & M. Woodbury-Smith (Eds.), *Handbook of Autism and the Law*. Springer: New York.

Westphal, A. & **Loftin, R.L.** (2021). Violence risk assessment in Autism Spectrum Disorder. In F. R. Volkmar, R. L. Loftin, A.  Westphal, & M. Woodbury-Smith (Eds.), *Handbook of Autism and the Law*. Springer: New York.

Lee, M., Heerwagen, K., & **Loftin, R.L.** (2019). Developing an adaptive behaviour curriculum across age and ability. In R. Jordan, J. Roberts, & K. Hume (Eds.), *Autism and Education: An International Handbook*. Thousand Oaks, CA: Sage.

**Loftin, R.L.** & Westphal, A. & Sperry, L. (2018). Counterfeit Deviance. In F.R. Volkmar (Ed.), *Encyclopedia of Autism Spectrum Disorders*. Springer: New York.

Burns A., & **Loftin R.L.** (2018). Intimate Relationships and Dating. In: Volkmar F. (Ed.), *Encyclopedia of Autism Spectrum Disorders*. Springer, New York, NY.

**Loftin R**., Westphal A., & Sperry L.A. (2018) Sexuality and Problem Behaviors. In: Volkmar F. (Ed.), *Encyclopedia of Autism Spectrum Disorders*. Springer, New York, NY.

Hersen, M., Odom, S., & **Loftin, R.L.** (2014). Contextualism. In Hersen et al. (Eds.) *Encyclopedia of Behavior Modification and Cognitive Behavioral Therapy*. Los Angeles: Sage Knowledge.

Odom, S.L. & **Loftin, R.L.** (2005). Contextualism and behavior analysis. In Hersen et al. (Eds.)

*Encyclopedia of Behavior Modification and Cognitive Behavioral Therapy*. Los Angeles: Sage Knowledge.

**Loftin, R.L.** (2004). Guided compliance. In J. Neisworth & P. Wolfe (Eds.), *Autism and Pervasive Developmental Disorders Dictionary*. Baltimore: Brookes.

**Loftin, R.L.** (2004). Prompting. In J. Neisworth & P. Wolfe (Eds.), *Autism and Pervasive Developmental Disorders Dictionary*. Baltimore: Brookes.

**Loftin, R.L.** (2004). Self–management interventions. In J. Neisworth & P. Wolfe (Eds.), *Autism and Pervasive Developmental Disorders Dictionary*. Baltimore: Brookes.

**White Paper**

**Loftin, R.,** Sperry, L., & Westphal, A. (October, 2015). Sexual Offending and Autism. White paper published by the ARC's National Center on Criminal Justice and Disability.

**Abstracts**

***Oral Abstract Presentations***

**Loftin, R.L.** (July, 2019). Suicidal behavior in people with autism spectrum disorder. Presented at the International Academy of Law and Mental Health annual meeting, Rome, Italy.

O'Donnell, P., Sperry, L. & **Loftin, R**. (March, 2016). Offending Behaviors in ASD. Presented at American Psychology–Law Society, Atlanta, Georgia.

Westphal, A., **Loftin, R**., Gufsa, J., & Amble, P. (October, 2015). Assessment and Treatment of Problem Behaviors in Developmental Disabilities. Presented at the Annual Conference of the American Academy of Psychiatry and the Law, Fort Lauderdale, Florida.

**Loftin, R.** & Tudor, A. (June, 2015). Sexuality Education for People with Autism Spectrum Disorder. Presented at the Annual Conference of the American Association of Sexuality Educators, Counselors & Therapists. Minneapolis, Minnesota.

**Loftin, R.L**. (October, 2013). Empathy and psychopathology: What do we really know? Presented at the annual meeting of the American Association for Child and Adolescent Psychiatry, Orlando, Florida.

Huberty, T.J., Carr, E., **Loftin, R.L**., (August, 2004). Adolescent gender differences in anxiety and depression: Implications for intervention. Presented at the annual meeting of the American

Psychological Association, Honolulu, Hawaii.

**Loftin, R.L**. & Sotoo, N. (March, 2004). Culturally different families and the special education system. Presented at the annual meeting of the National Association of School Psychologists, Dallas, Texas.

Lantz, J.F. & **Loftin, R.L.** (April, 2003). Classroom applications of pivotal response training for students with autism spectrum disorder. Presented at the annual meeting of the National Association of School Psychologists, Toronto, Ontario, Canada.

Pratt, C.L. & **Loftin, R.L**. (March, 2003). Designing positive behavior supports for students across the autism spectrum. Presented at the first annual meeting of the International Conference on Positive Behavior Support, Orlando, Florida.

### *Poster Presentations*

Check-Zamora, N.,… **Loftin, R.L.**, et al., (May, 2020). Provider perspectives on the ECHO Autism: Transition to adulthood program. Presented (remotely) at the International Society for Autism Research, Seattle, Washington.

Hess, A., …  **Loftin, R.L.,** et al. (October, 2019). ECHO autism transition: An innovative approach for increasing access to  healthcare for adolescents and young adults with ASD. Presented at the *Annual Healthcare Transition Research Consortium Research Symposium*, Houston, Texas.

Malow, B., Stobbe, G., … **Loftin, R.L.,** et al. (May, 2019). ECHO Autism Transition: An innovative approach for increasing access to healthcare for adolescents and young adults with autism spectrum disorder. Presented at the International Society for Autism Research, Montreal, Canada.

Malow, B., Stobbe, G., … **Loftin, R.L.,** et al. (March, 2019). ECHO Autism: Transition to adulthood- addressing the gap in care through ECHO. Presented at the annual MetaECHO conference, Albuquerque, New Mexico.

Burns, A., Crehan, E., & **Loftin, R.L.** (May, 2017). Social problem solving in sexuality education. Presented at International Society for Autism Research, San Francisco, California.

**Loftin, R.,** Snow Gallagher, A., & Lee, M. (May, 2016). ASD and sexuality education. Presented at International Society for Autism Research, Baltimore, Maryland.

Grunewald, S., Kraus, L., Youngkin, S., Wade, K., Forburger, N., Owley, T., **Loftin, R.**, & Soorya, L. (May, 2014). Access to care: Familial and cultural variables associated with limited service access in individuals with ASD. Presented in poster session at the International Society

for Autism Research, Atlanta, Georgia.

Hume, K.A., **Loftin, R.L**., & Fox, L. (January 2013). increasing task initiation and completion in adolescents with autism through the use of parent–implemented work systems. Presented in poster session at the annual meeting of the autism special interest group of the Applied Behavior Analysis International, Portland, Oregon.

Piggot, J., **Loftin, R**., & Guy, L. (May 2009). Characterization of cognitive profiles in autism spectrum disorder using the Simons Simplex Collection. Presented in poster session at the International Society for Autism Research, Chicago, Illinois.

Cali, P., Klaver, J., **Loftin, R**., Huerta, M., Brune, C.W., & Cook, E.H. (May 2009). Cognitive profiles and social presentation: An early analysis of data from the Autism Center of Excellence and Simons Simplex Collection Studies at UIC. Presented in poster session at the International Society for Autism Research, Chicago, Illinois.

Gorski, J., **Loftin, R**., & Huerta, M. (May 2009). Differential diagnosis and comorbidity of psychosis and autism spectrum disorders. Presented in poster session at the International Society for Autism Research, Chicago, Illinois.

Huerta, M., **Loftin, R**., Klaver, J., Cali, P., Brune, C.W., Cook, E.H. (May 2009). Social functioning and restricted and repetitive behaviors: An early analysis of data from the Autism Center of Excellence and Simons Simplex Collection Studies at UIC. Presented in poster session at the International Society for Autism Research, Chicago, Illinois.

**Loftin, R.L**. (May, 2005). Self–monitoring of social initiations and collateral behavior change. Presented in poster session at the annual meeting of the Association for Behavior Analysis, Chicago, Illinois.

Swiezy, N.B., Grothe, M.L., & **Loftin, R.L**. (May, 2005). Toileting behavior in autism. Presented in poster session at the annual meeting of the Association for Behavior Analysis, Chicago, Illinois.

**Loftin, R.L.** (April, 2005). Self–management of social initiations: The relationship between social interaction and stereotypic behavior. Presented in poster session at the International Society for Autism Research, Boston, Massachusetts.

Cummings, J.A., McDermott, E., Noble, J.L., Vitztum–Komanecki, J. & **Loftin, R.L**. (August, 2004). The representation of school psychological services within the internet sites of school districts and special education cooperatives. Presented in poster session at the annual meeting

of the American Psychological Association, Honolulu, Hawaii.

**MEDIA COVERAGE AND APPEARANCES**

May 2020 "Radical online communities and their toxic allure for autistic men" in *Spectrum Magazine.*

April 2017 "Understanding autism and sex" on The Thrive with Asperger's Podcast

October 2016 "Adult Diagnosis" on The Thrive with Asperger's Podcast

August 2016 AP/multiple formats and publications "Girls with Autism Spectrum Disorder"

June 2016 – January 2017 Numerous sources, including the *New York Times*, covered a forensic case and reprinted my report

May 2016 "Autism and Sexuality" on the Child and Family Law Center's webinar series

October 2015 "Autism and Criminal Sexual Behavior" on the ARC's webinar series

June 25, 2015 Public Access Television "Access to Care for People of Color with Autism" The Necole Claude Show

May 19, 2015 CBS "Study on Newborn Horses Could Provide Clues on Autism in Children"

May 12, 2015 Reply All Podcast "On the Inside"   September 14, 2014 CBS "Study Shows Treatment in Infants Reduces Symptoms of Autism"

July 9, 2014 Chicago Tribune "Sensory Rooms in Lisle Aimed at Helping Developmentally Disabled"

September, 2013 Chicago Medicine Magazine "Autism: Helping Young Adults Make the Transition"

October, 2008 Chicago Sun Times "Autism Treatment"

August 20, 2005 Sun–Sentinel "Scions of Slavery"

June 2, 2005 Chicago Tribune "Lancing the Past"

**TEACHING**

**Northwestern University Feinberg School of Medicine**

2022 - Present: Teach psychological assessment course to masters and doctoral students in the clinical psychology program.

2018 – Present: Clinical mentorship of doctoral students in the Department of Psychiatry and Behavioral Sciences.

2017 – Present: HUB team member for Project ECHO Autism Adult and Transition projects.

**Yale University School of Medicine**

2015 – Present: Supervision of forensic psychiatry fellows informally and formally in the Developmental Disabilities Forensic Clinic; Supervision of forensic psychology fellows.

2015 – Present: Co-developed and implemented training series for psychiatry and psychology fellows in the Law & Psychiatry division covering aspects of neurodevelopmental disorders and the law.

2020 – Present: Co-leader of Project ECHO Autism & Extremism; Hub team member.

**Rush University School of Medicine**

2013 – 2018: Taught didactic sessions in psychological testing for psychiatry fellows.

2013 – 2017: Led weekly autism case conference for faculty and trainees.

2013 – 2017: Developed training programs
• Clinical postdoctoral program for psychologists
• Research postdoctoral program for psychologists
• Clinical Psychology Extern program
• Medical student exposure to team diagnostics
• Developed and taught seminar on adult autism spectrum disorder for residents
• Developed and taught a seminar in cognitive behavioral therapy for people with autism for psychiatry residents.

2012 – 2017: Supervision of clinical trainees

# Prior Testimony

Loftin Depositions and Expert Testimony within last 4 years

04/08/2022

| 2018 | People vs. Kraiman | Criminal | IL | Testimony |
|------|---------------------|----------|-----|-----------|
| 2018 | Doe v. Board of Education | Civil | IL | Deposition |
| 2018 | People v. Gilpin | Criminal | Federal | Deposition |
| 2018 | Donnegan v. Zoll | Civil | IL | Deposition |
| 2020 | LL/JL v. Pinellas Autism Camp; Excellerated Teaching Center | Civil | FL | Deposition |
| 2021 | Bacetich v. Edmonds School District | Civil | WA | Deposition |
| 2022 | Doe v. Board of Education | Civil | IL | Deposition |

# Fee Schedule

**Fees**. Initial, nonrefundable case-opening, review, and consultation fee of $4500 to be paid in advance of opening work on the case.

Dr. Loftin's fee is $450 per hour or portion thereof for all forensic services including but not limited to evaluation, testing, collaborative interviews, attorney consultation, review of records, depositions, affidavits, declarations, and travel time (door to door).

Court and deposition testimony is billed at $1000 for the first hour and $750 for each remaining hour. Fees for photocopying and other staff-related activities are billed at $50 per hour.