IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| JEFFREY DEWAYNE CLARK and GARR KEITH HARDIN, | ) ) ) |
| Plaintiffs, | ) ) Case No. 17-CV-419-GNS-CHL |
| v. | ) ) |
| LOUISVILLE JEFFERSON COUNTY METRO GOVT, et al., | ) ) ) |
| Defendants. | |

I, Garr Keith Hardin, declare as follows:

1. I am wholly innocent of the crimes for which I was convicted and spent 22 years imprisoned. I had nothing to do with Rhonda Warford's disappearance or murder. The last time I saw Rhonda Warford was several days before she disappeared, and I do not know what happened to her.

2. For a period of time beginning in my teens, I practiced Neo-Satanism. I lost interest and stopped practicing before the time of Rhonda Warford's murder. For many years I studied and practiced Zen Buddhism. I now practice transcendental meditation.

3. I have never been involved in animal sacrifice or human sacrifice. I never told Detective Handy that I had been involved in animal sacrifice or that I had an interest in trying human sacrifice.

4. I never threatened to kill Rhonda Warford, or any other prior girlfriend, and never told Detective Handy that I had made such a threat.

1

5. I have been made aware of misconduct by Handy in other homicide investigations, including the Edwin Chandler and Keith West cases, including misconduct that led to Detective Handy's recent criminal conviction. At the time of my criminal trial I was not aware of this misconduct or evidence of this misconduct, beyond the allegations about taping in the West case and deletion of the video in the Chandler case which were published in the newspaper before my trial and/or raised on the record at my trial.

6. At the time of the trial, I was not aware of the November 17, 1992, letter sent by Clifford Capps to Kevin Justis. I was also not aware of admissions by Sheriff Greer about Clifford Capps' reputation for dishonesty and history of lying to the police.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 25th day of January 2023 in Louisville, Kentucky.

_____
Garr Keith Hardin