# EXPERT WITNESS REPORT

To:         Neufeld Scheck & Brustin, LLP
            99 Hudson St., 8th Floor
            New York City, NY 10013

From:       Kathleen S. Lowney, Ph.D.
            Professor Emerita of Sociology

## I.    Qualifications to be Expert Witness

I earned a B.A. in Comparative Religion, *magna cum laude,* and a B.A. in Sociology, *magna cum laude* (1981) from the University of Washington. I then attended Drew University (Madison, NJ) and earned my M.Ph. (with distinction, 1984) and Ph.D. (1986), both in Religion and Society. My dissertation involved qualitative interviews with Unification Church married couples ("the Moonies") and I analyzed how their wedding vows shaped their married life. In late 1986 I moved to South Georgia and was hired by Valdosta State University to teach sociology. I routinely taught Sociology of Religion, Introduction to Sociology, Social Problems, Sociological Theory, and Constructing Social Policy. I retired in May 2018 from Valdosta State University as a Full Professor, with tenure, and have been granted *emerita* status.

Beginning in 1987, I began to study Satanism, especially an adolescent group which practiced in South Georgia and North Florida. I have six publications about Satanism; many of them have been reprinted in published anthologies about the faith as well. I also published a book on religion on television talk shows, which grew out of some of my research on Satanism. I presented at seven academic conferences about my research on Satanism. I was the only non-law enforcement officer permitted to attend a Georgia Police Academy training course, "C.O.V.E.N.," about Occult Crime, given at the Georgia Public Safety Training Center, Forsyth, GA. August 10-12, 1988.

My curriculum vitae is attached as *Exhibit A.*

## II.    Introduction

I have been retained by Neufeld Scheck & Brustin, LLP, to review materials in this case, explain Modern Satanism and the myths popularized and perpetuated by sensationalized media, and render my written opinion regarding whether the record evidence in this case demonstrates that the portrayal of Modern Satanism in the criminal investigation and trial is more consistent with myth than reality. I have not testified as an expert or by deposition in the last four years. For my engagement in this case, I am being compensated at a rate of $200 per hour.

## III.    Methodology

As a sociologist of religion who has studied Satanism for nearly twenty-five years, I possess extensive knowledge about Satanism. To supplement my personal knowledge and to

refresh myself, I reread a substantial amount of academic and popular cultural texts that analyze Satanism in the United States. I also reread my writings about Satanism.

To familiarize myself with this case, I read the legal documents that were provided to me, and I coded the texts into three broad themes outlined below before beginning a detailed thematic analysis of the legal documents:

1) Passages that illustrated the popular cultural view of Satanism which emerged from the 1970s-1990s,
2) Passages that seem influenced by claims in occult crime-type workshops to train law enforcement about Satanism, and
3) Passages that showed Mr. Hardin's "dabbler" type Satanism.

## IV.    Materials Reviewed

My evaluation is based on my education, training, experience, and my knowledge of Satanism and religions more broadly, as well as the various academic and cultural texts I reviewed for this report. I applied that knowledge and expertise to my examination of deposition testimony, trial testimony, and other materials listed in *Exhibit B*, which document the Rhonda Sue Warford homicide investigation, the criminal trial of Garr Keith Hardin and Jeffrey Dewayne Clark, and subsequent post-conviction proceedings relating to this civil case. Should I be asked to review any additional documents, I am prepared to render additional opinions or supplement the opinions stated within this report.

## V.    Modern Satanism

Modern religious Satanism is a diverse movement of groups and individuals using Satan as a symbol of their oppositional identity. Translating Satan as "opposer" or "adversary" from the Book of Job in the Hebrew and Christian bibles, Satanism co-opts the Christian concept and figure of Satan and reinterprets it as a critique of traditional mores that championed radical individualism and used the language and aesthetics of magic, esotericism, and the occult. In Satanism, Satan is reappropriated as a representation of personal liberty and individualism.

Satanism as an organized and distinct religion was popularized by American Anton Szandor LaVey when he founded the Church of Satan in 1966. The philosophy and practices of the church were set out in *The Satanic Bible*, which does not advocate evil in the sense of physically harming others. In fact, it specifically instructs to not commit physical crimes. Instead, the Satanic Bible advises its readers to use magic to achieve one's personal aims, for instance, cursing one's enemies to death. LaVey envisioned a Satanist as a carnal, physical, and pragmatic being. The core values of LaVey Satanism are the enjoyment of physical existence, and undiluted naturalism that sees humankind as animals that exist in an amoral universe. Generally, LaVey's teachings promote indulgence, vital existence, undefiled wisdom, kindness to those who deserve it, responsibility to the responsible, and an eye for an eye code of ethics, while shunning abstinence based on guilt, spirituality, unconditional love, pacifism, equality, and groupthink.

Modern Satanists can broadly be grouped into two categories: "dabblers" and "religious." At least some "religious" Satanists belong to the Temple of Set or to other Satanic orders and have a serious interest in magic and a tendency toward the theatrical side. Religious Satanists probably number in the few hundred. Most Satanists were not "religious," but individualistic "dabblers" or "free-stylers" who sometimes joined with others for a ritual or two, but often were solo

2

practitioners. "Dabbler" type of believers usually constructed their belief system from a hodge-podge of resources. They often begin with *The Satanic Bible* by Anton LaVey, but then included content from other books they found to be meaningful (e.g., books about spiritualism, dream interpretation, even poetry). Many of these "dabbler" Satanists were juveniles who might choose to self-identify at school, wearing a certain "look" (clothes, makeup, hairstyles), and used certain heavy metal music as the backdrop for their gatherings and rituals, which often took place in parks and other public places.

Although these dabblers were often painted by alarmists and the media as devout Satanists with malicious intent, they were most often harmless adolescents engaging in some form of transitory adolescent role-playing. In American society, a contemporary recreation, especially for adolescents, is to embrace and try out numerous roles, each with its own temporary identity. Even when these dabblers recite spells or perform rituals, their actions do not reflect a commitment to the supernatural or the occult. Dabblers rarely see these activities as a form of religious practice. Rather, they view them as entertaining activities with no lasting significance or relation to their core identity. The reality is that the Satanic rituals that amuse dabblers—those who were often typecasted by society as outcasts—have more to do with the thrill of engaging in activity perceived to be outside the bounds of societal norms than an occult practice.

## VI. There was a widespread misperception of Modern Satanism in America in the 1980s and 1990s

At its onset, Satanism was among a series of movements, groups, and ideologies challenging conventional norms during the social unrest of 1960s America. Satanism's oppositional stance is but one of many in an environment that was rife with political and social tensions.  As such, the emergence of Satanism and other new religious movements grew in prominence alongside several movements representing American counterculture activities, including the civil rights movement, second-wave feminism, antiwar protests, and hippie culture.

As many of the movements, like Satanism, succeeded in gaining a foothold in the US, criticisms of them grew and mingled with other claims that were circulating in popular culture. In turn, these criticisms attracted negative press about religious beliefs and practices, and recruitment practices of new religious organizations. The Unification Church (more informally known as "the Moonies"), Hare Krishna, Scientology, and Satanism were some of these religious organizations. While their membership numbers were likely low (and likely artificially exaggerated when talking to outside media), either their practices, their beliefs, or both caused significant stress in families whose loved ones joined one of these faiths and the wider community as these accounts of familial disruption spread. Each religious organization came under a different kind of scrutiny. For Satanists though, most of the negative press framed it as the ultimate antithetical group to Christianity. For this reason, there were numerous allegations about the prevalence of occult or "Satanic" criminality, which was mistakenly believed to be involved in many offenses ranging from vandalism to child abuse and serial murder. Most of the allegations were patently false and nothing more than myth. Nevertheless, unsubstantiated rumors of human sacrifice and cannibalism were used against the faith and perpetuated widespread and unfounded panic.

Another of the baseless concerns about Satanism which grew in popularity during this time as a result of the dissemination of misinformation, was that Satanism was an attempt to gain

personal power over others, via spells, rituals, and pacts with the Devil. Often these worries involved claims of blood play, especially in rituals (i.e., blood letting, blood drinking, and the sacrificing of blood to Satan), as the means of gaining such power. Linked to blood play was the frequent use of the color red in Satanic art, writing, and such. The media and Christian authors often questioned how such individuals might use their nefarious power, including tempting others to join in worshipping the Devil. Many of these alarmist claims highlighted that this kind of power did not respect traditional authority, be it the power of local culture, religious authority, or civil authority/law enforcement. Unlike today, where anyone with access to the internet could potentially have their counterpoint explained and investigated, the news media generated and controlled the flow of information largely without contest, and the public panic surrounding Satanism made for good and profitable entertainment which capitalized on a collective anxiety. This sensationalized news coverage not only sparked panic amongst the general public, but it also drew the attention of American law enforcement.

## VII.   Law enforcement officers were often misinformed about Satanism 1980s and 1990s

As concerns about Satanism grew, so too did the belief that it was inextricably tied to criminality and the wave of crime that swept over the United States in the late 1980s and early 1990s. Despite an utter lack of evidence tying "Satanic" crime to a cult connection, Satanism was used as a scapegoat to explain complex societal problems, such as vandalism, juvenile drug abuse and drinking, serial murders, and child molestation. As a result, Satanism was criminalized and law enforcement sought to root it out of their communities. After being primed by national media to understand certain behavior as being "Satanic" in nature, parents, teachers, school administrators, the public, and Christian pastors expressed significant concern at any indication that satanism had taken root in their communities. Sometimes law enforcement's first exposure to perceived Satanism was when they noticed some graffiti that was perceived as Satanic on road signs or saw juveniles who donned a "Satanic style"—black clothes, black lipstick, occult jewelry. Other times, law enforcement would respond to reports of gatherings with underage drinking, which were occasionally comprised of juveniles who were "dabblers" who met for private rituals in places like public parks.

In the late 1980s and early 1990s, many communities also experienced rumors of Satanic activity which created panic and confusion. Local clergy members, newspaper reporters, and police "experts" on ritualistic crime frequently mistook pseudo-Satanic actions and rituals—i.e., activities that are accompanied by Satanic symbolism but are lacking in any elaborate belief system or lasting personal identification—as indications of teenage Satanism or Satanic cult activity. For example, Satanic graffiti, spray-painted on the walls of an abandoned house or on trees in a wooded area, may have been imitation inscriptions for a legend trip—the testing of a local legend about a frightening site or local of occult interest. Communities reacted to these rumors by encouraging what the community deemed to be acceptable behaviors (i.e., athleticism, attendance at sporting events, and Christian values) and criminalizing these other adolescent behaviors, whether the perpetrators were in fact practitioners or not.

As the now-debunked myth that Satanists were criminals spread, some members of law enforcement labeled themselves experts and set about training other law enforcement officers about the faith. These workshops were offered as in-service training for particular local and state-level law enforcement agencies. They often focused on the non-Christian (as they interpreted it)

4

beliefs of new religious movements instead of focusing on illegal behavior, which more accurately fell in their purview than theology did. Harkening back to the nineteenth century when Satanism was used as a designation made by people against those whom they disliked or whom they accused of deviating from Christianity and leading an immoral lifestyle, "cult cops" shared an absolutist worldview with their attendees, wherein Christian values were good and any group which did not espouse those values was not only "bad" but criminal (without offering any supporting evidence). So, for instance, many of these cult cops spent a considerable amount of time discussing how Satanists would use an inverted cross during their rituals and that police should look for this kind of graffiti.

These "cult cop" presenters shared urban legends and folklore about "what Satanists do" (i.e., drinking blood, human sacrifice, violent behavior, sexual non-conformity, etc.) with their trainees. They presented these as "facts" and trained the law enforcement officers who attended to look for similar "facts" in their own communities. They felt that individuals who stated they were victims of sexual abuse, or Satanic ritual abuse, and the like must be believed. Officers were taught to be on the lookout for all signs of occult activities, not just as good police tactics to stop the spread of crime, but as Christians fighting against the Evil One. In summary, the 1970s-1990s were a time when faith, public policy, law enforcement, education, and communication were concerned about the growth of "the Satanic Other" – individuals who differed from traditional Christian theology, whose appearances, behaviors, and motivations challenged their worldview. When a crime occurred, this mix of social actors was primed for action.

## VIII.   Garr Keith Hardin was a "Dabbler" Satanist in the early 1990s

Based on the documents I've reviewed, the testimony I've read, and my experience as a sociologist of religion who has studied Satanism for nearly twenty-five years, I conclude that in the early 1990s, Mr. Hardin was a "dabbler" Satanist. These individuals self-identify as Satanists and like Mr. Hardin at the time, are not involved in a church or cult but rather, practice by themselves (Hardin TT 64). By his own admission, Mr. Hardin was involved in modern Satanism, and his practice in no way involved practices and myths popularized and perpetuated by sensationalized media, such as bloodletting, child molestation, or harming animals or humans, let alone sacrificing them (Hardin TT 64-66).

I understand that the stereotypical ritual of animal and human sacrifice played a central role in the criminal trial of Mr. Hardin and Mr. Clark, in no small part because during the Warford homicide investigation, Detective Handy testified that Mr. Hardin allegedly admitted that he had killed small animals and that "he got tired of looking at animals and began to want to do human sacrifices" (Handy TT 14). I also understand Mr. Hardin has adamantly and consistently denied ever making such statements. While I certainly do not attempt to make a credibility determination, I can say with confidence that the practice of human and animal sacrifice is much more consistent with the myths and misconceptions of Modern Satanism than it is with the actual practice of dabblers, like Mr. Hardin. As I explain below, in stark contrast to the mistaken belief of alarmists who popularized the "dangers" of Satanism, dabblers were not violent criminals who began their foray into Satanism with animal killings and mutilations and then progressed to murder.

To the contrary, Mr. Hardin's practice of Satanism was completely innocuous and consistent with the passive involvement of many "dabblers" of the era—he practiced at night

5

around midnight and when there were full moons, he lit candles, chanted, said prayers, meditated and wrote in a Book of Shadows (Hardin TT 63-64). Dabblers, like Mr. Hardin, often had a Book of Shadows, in which they wrote new spells and rituals, prayers to Satan, and quotes from other books which were meaningful to them. Mr. Hardin explained at his criminal trial that he wrote spells and passages from *The Satanic Bible* in his Book of Shadows (Hardin TT 104-106). He also wrote poems and drew sketches in his Book (Hardin TT 96-98). In my work with teenage Satanists, I found that they often copied poems from their high school English courses that were meaningful to them and composed poems that they incorporated into spells. Mr. Hardin also seemed to write down some of his dreams, presumably, in his Book of Shadows. Another aspect of Mr. Hardin's practice, like many modern Satanists, was that he drank alcohol—not blood—from a chalice (Hardin TT 93, 106).

The last theme about "dabblers," which was also consistent with Mr. Hardin's practice, is that they call themselves Satanists until they don't. This could be due to one specific incident which caused them to leave Satanism, but more commonly, it was a series of disappointments and external relational involvements. There is no official exit process for this "dabbler" type of Satanist since they do not belong to any official religious organization. This informal exit can be seen in Mr. Hardin's testimony—at a certain point in his life Satanism no longer was an effective spiritual path for him, and he left it. A few months later, he had a religious conversion to Christianity.

In summary, the documents and testimony of Mr. Hardin in this case—both in the questions asked of him and in his answers—reflect much of the popular cultural views of modern Satanism at the time of Mr. Hardin's criminal trial. It is clear that his involvement in the religion would put him squarely in the category of a "dabbler" Satanist, whose practices were personal, free of violence and criminality, and largely reflective of Mr. Hardin's perception as an "other," who was isolated from the Southern and Christian cultures in which he lived. As I explain in greater detail below, the misconceptions of modern Satanism held by many individuals involved in this case were part and parcel of many law enforcement agencies, Christian churches, and the popular media.

## IX.   Evidence presented against Mr. Hardin at his criminal trial was reflective of the popular misconception of modern Satanism at the time, not of Mr. Hardin's actual ritual practices

Throughout Mr. Hardin's criminal trial, the prosecution presented evidence and posed questions that were completely divorced from Mr. Hardin's religious practices at the time, and much more consistent with popular cultural fears and misunderstandings of Satanism that were the result of sensationalized news coverage and dubious "experts" capitalizing on public panic. Based on my review of the evidence presented against Mr. Hardin at his criminal trial and the questions that were asked of the various witnesses, the surrounding negative discourse on Satanism, cults, and brainwashing seemed to play a considerable role in Mr. Hardin's prosecution. There are two primary examples from the trial that inform my opinion: 1) references to the practice of bloodletting and drinking blood from a chalice; and 2) references to the practice of animal and human sacrifice.

A theme in popular cultural views of Satanism was that practitioners' rituals often involved bloodletting, drinking of blood, and other acts of depravity. Several questions posed to Mr. Hardin

at his criminal trial focused on what kinds of activities or rituals he used chalices for and asked whether he "had ever [drank] blood out of [the chalice]? (Hardin TT 88). Mr. Hardin denied that he drank blood during rituals or at any other times (see, for example, Hardin TT 88:3–5; 93:2–17; 106:12–17) and explained that he only drank wine or whiskey from his chalice—again, a practice that was common with "dabbler" Satanists of the time. The prosecution also inquired about the source of the blood on a cloth found by Mr. Hardin's broken chalice and suggesting it may have been remnants of blood he had drank from the chalice. Mr. Hardin explained that he had cut his hand on the broken chalice and then wiped his bloody hand with the cloth (Hardin TT 102).[1]

Another common popular cultural misperception of Satanists is that they practice animal and human sacrifice. This theme was repeated multiple times in Mr. Hardin's criminal trial. The prosecution asked Mr. Hardin if he practiced animal sacrifice and Mr. Hardin said "no." (Hardin TT 64-65). Immediately after that, the prosecution shifted topics, asking if Mr. Hardin practiced human sacrifice. Again, his answer was "no" (*Id.*). This pairing of questions about animal sacrifice and then human sacrifice happened several other times in the trial as well (Hardin TT 66:3-10; 66:24-25; 67: 6-10; 67:15-22; 88:18-20; 33:1-6). In one instance that is especially demonstrative of the prevalent misconception that the theology of Satanism involves human sacrifice, the prosecution asked Mr. Hardin "So your Satanic bible says you don't kill babies or animals, just adults, right"? Mr. Hardin goes on to explain that would be an incorrect understanding of *The Satanic Bible* (Hardin TT 92). Finally, on two occasions the prosecution asked Mr. Hardin about the alleged statement he made to Detective Handy about growing "tired of looking at animals and begin to want to do human sacrifices." (Hardin TT 66:3–10; 107:10–19). On both occasions, Mr. Hardin denied making such a statement. These questions are entirely consistent with something taught in occult crime workshops but in fact, were never a part of modern Satanism—that Satanists will continue to grow in their bloodlust, culminating in a human sacrifice/murder. Linked to worries about ritual sacrifice was a concern about Satanists seeking power. This misunderstanding was reflected when the prosecution said "…but in the actual killing is where the power is derived, correct, Mr. Hardin?" (92:13-17).

Popular misconceptions about Satanism were apparent throughout the questioning of Mr. Hardin and other witnesses at Mr. Hardin's criminal trial. Many of these themes, however, are viewed in the academic literature as being more moral panic than factual claims. The fact that the misinformed views of Satanism that were so prevalent at Mr. Hardin's criminal trial are the same popular cultural themes about Satanism that were introduced to law enforcement officers in occult crime workshop materials is not surprising. Detective Handy, like many who attended occult crime workshops during that era, was probably taught that "dabblers" like Mr. Hardin, would likely progress deeper into the religion of Satanism and their crimes would often shift from more nuisance crimes like graffiti art or sign painting to crimes against persons, up to and including homicide. Misinformation and fear about Satanism spread like wildfire across America in the late 1980s and early 1990s and had a profound influence on the general public's perception of the "others" who were involved with the practice. Mr. Hardin as an "Other"—not fitting into Christian and Southern culture due to his beliefs and religious practices—like several others, seems to have been caught up in the sweeping accusations and criminal charges that were brought against Satanists during the height of the moral panic.

---

[1] Based on my review of the documents in this case, it's my understanding that this blood was tested, and the results confirmed the blood on the handkerchief did in fact belong to Mr. Hardin.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge and belief.

By: *Kathleen S. Lowney*          Dated: 4/13/2022

Dr. Kathleen Lowney

# Exhibit A

*Dr. Kathleen Lowney C.V.*

**Kathleen  S.  Lowney, Ph.D.**

Professor Emerita of Sociology, Retired from Valdosta State University
Brasstown, NC 28902
E-mail:   pedagogicalthoughtsedit@gmail.com

## EDUCATION

Doctor of Philosophy  May 1986
Religion and Society
Drew University,  Madison, New Jersey
> Dissertation:     Passport to Heaven: A Feminist Sociological Analysis of the Gender
> Roles in the Unification Church as Evidenced in Its Vows of Blessing

Master of Philosophy, with distinction  October 1984
Religion and Society
Drew University,  Madison, New Jersey

Bachelor of Arts, *magna cum laude*  June 1981
Double major in Sociology, with honors, and in Comparative Religion
University of Washington, Seattle, Washington

## TEACHING EXPERIENCE

Professor of Sociology  1998-May 2018
Department of Sociology, Anthropology, and Criminal Justice
Valdosta State University  Valdosta, Georgia  31698-0060

Courses Taught Regularly:
> Introduction to Sociology; Sociological Theory; Social Problems; Sociology of Religion
> (undergraduate); Sociology of Disabilities; Mass Media and Popular Culture; Sociology in
> Applied Settings (graduate); Sociology of Gender; Mass Media and Popular Culture;
> Issues in Sociological Practice: Domestic Violence (graduate and undergraduate);
> Sociology of Deviance; Victimization of Women; Religion and Culture (an
> interdisciplinary general education elective); etc.

Associate Professor of Sociology  1993-1998
Department of Sociology, Anthropology, and Criminal Justice
Valdosta State University  Valdosta, Georgia  31698-0060
(tenured 9/1/94)

Assistant Professor of Sociology  1989-1993
Department of Sociology, Anthropology, and Criminal Justice
Valdosta State College  Valdosta, Georgia  31698-0060

1

Temporary Assistant Professor of Sociology 1987-1989
Department of Sociology, Anthropology, and Criminal Justice
Valdosta State College  Valdosta, Georgia  31698-0060

Assistant Professor of Sociology  1987
Department of Sociology, Anthropology, and Criminal Justice
Valdosta State College  Valdosta, Georgia  31698-0060
Part-time with a full-time load

Drew University  1984-1985
Teaching Fellowship - The Graduate School
Area of Religion and Society

Drew University  1982-1983
Teaching Fellowship - The Graduate School
Area of Religion and Society

# PUBLICATIONS

## Books:

*The Sociology Major in the Changing Landscape of Higher Education: Curriculum, Careers, and Online Learning*. 2017. Washington, DC: American Sociological Association. With Diane L. Pike, Teresa Ciabatttani, Melinda Messineo, Renee A. Monson, Rifat A. Salam, Theodore C. Wagenaar, Jeffrey Chin, Susan J. Ferguson, Margaret Weigers Vitullo, Patrick Archer, Maxine P. Atkinson, Jeanne H. Ballantine, Thomas C. Calhoun, Paula England, Rebecca J. Erickson, Andrea N. Hunt, Suzanne B. Maurer, Mary S. Senter, and Stephen Sweet.

*In the Trenches: Teaching and Learning Sociology*. 2015. NY: W.W. Norton. Co-authored with Dr. Maxine Atkinson.

*Passport to Heaven: Gender Roles in the Unification Church*. London: Routledge. 2014. Reprint of dissertation.

*Teaching Social Problems From a Constructionist Perspective: A Manual To Accompany Joel Best's Social Problems*. NY: W.W. Norton. 2008. (editor and major contributor)

*Baring Our Souls: TV Talk Shows and the Religion of Recovery*. Hawthorne, NY: Aldine de Gruyter. 1999.

> Excerpts *from Baring Our Souls: TV Talk Shows and the Religion of Recovery* in *Social Problems: Constructionist Readings*, edited by Donileen Loseke and Joel Best. New York: Aldine de Gruyter. [pp. 66-77, 204-214]

> 2001. Excerpt from *Baring Our Souls: TV Talk Shows and the Religion of Recovery*, in *Mapping the Social Landscape*, 3d edition, edited by Susan Ferguson. New York: McGraw-Hill.

2

*Passport to Heaven: Gender Roles in the Unification Church*.  New York: Garland. 1992.

**Articles and Chapters:**

2017
Lowney, Kathleen S., Anne M. Price, and Stephanie Gonzalez-Guittar. "Are Introduction to Sociology and Social Problems Morphing into Each Other? What Syllabi Can Tell Us." *Teaching Sociology*.

2016
Lowney, Kathleen S. 2018. "Understanding Theory." Pp. 17-36 in *Sociology in Action*, edited by Kathleen Korgen and Maxine A. Atkinson, editors. Thousand Oaks, CA: Sage Publications.

2015
Lowney, Kathleen S. Pp.  "Teaching Sociology: Creating a Citizenry with a Sociological Imagination" for *The Cambridge Handbook of Sociology*, edited by Kathleen Korgen.

2014
Best, Joel and Kathleen S. Lowney. "The Disadvantage of a Good Reputation: Disney as a Target for Social Problems Claims." Forthcoming in Adler, Patricia, and Peter Adler (eds.). Constructions of Deviance. 8th edition. Belmont, CA: Cengage, 2016

Lowney, Kathleen S. "Ask *Teaching Sociology*: What Should Faculty Consider Before Having Students Conduct Research in a Class?" *Teaching Sociology* 42(3):240-44.

2011
Tanner, Kimberly A. and Kathleen S. Lowney. "Designing and Co-Teaching an Inclusive Online Course: A Model of Collaboration." Under review. *Journal on Postsecondary Education and Disability*. Not accepted for publication in special edition.

2010
Lilley, Terry G., Joel Best, Benigno E. Aguirre, and Kathleen S. Lowney. "Magnetic Imagery: War-Related Ribbons as Collective Display." *Sociological Inquiry* 80(2):313-21.

2009
Best, Joel and Kathleen S. Lowney. "The Disadvantage of a Good Reputation: Disney as a Target for Social Problems Claims." *The Sociological Quarterly* 50(4):431-49.

Lowney, Kathleen S. "The Devil's Down in Dixie: Studying Satanism in South Georgia." Pp. 103-117 in *Contemporary Religious Satanism*, edited by James R. Lewis. United Kingdom: Ashgate Press.

2008
Lowney, Kathleen S. "Thinking about Teaching A Social Problems Course: A Personal Journey." Pp. 3-12 in *Teaching About Social Problems from a Constructionist Perspective*, edited by Kathleen S. Lowney. NY: W.W. Norton.

3

Lowney, Kathleen S. "Transitioning to a Constructionist Course: Don't Throw the Baby Out with the Bathwater." Pp. 13-19 in *Teaching About Social Problems from a Constructionist Perspective*, edited by Kathleen S. Lowney. NY: W.W. Norton.

Lowney, Kathleen S. and Joel Best. "Stalking as a Danger Potentially Menacing All Women." Pp. 212-29 in *Social Problems: Reader*, edited by Ira Silver. NY: W.W. Norton.

Macheski, Ginger E., Kathleen S. Lowney, Jan Buhrman, and Melanie E. Bush. "Overcoming Student Disengagement and Anxiety in Theory, Methods, and Statistics Courses by Building a Community of Learners." *Teaching Sociology* 36:42-47.

Lowney, Kathleen S. "Puzzling over Theoretical Perspectives." In *Sociology Through Active Learning*, edited by Kathleen McKinney and Barbara Heyl. Thousand Oaks, CA: Sage Publications.

2007
Lowney, Kathleen S. 2007. "Claimsmaking, Culture, and the Media in the Social Construction Process." Pp. 331-53 in the *Handbook of Constructionist Research*, edited by Javier Gubrium and James A. Holstein. NY: Guilford Press.

Macheski, Ginger E., Kathleen S. Lowney, Michael Capece, Kate Warner, and Martha J. Laughlin. 2007. "Voices from the Classroom: An Examination of Family Sociology Syllabi." *Journal of Teaching in Marriage and the Family* 6:206-26.

2005
Lowney, Kathleen S. "Adolescents and Satanism." In *The Encyclopedic Sourcebook of Satanism*, edited by James R. Lewis and Jesper Aagaard Petersen. Buffalo, NY: Prometheus Press. [book publication significantly delayed, not out until late 2008]

Lowney, Kathleen S. Forthcoming. "Talk Shows and Satanism." In *The Encyclopedic Sourcebook of Satanism*, edited by James R. Lewis and Jesper Aagaard Petersen. Buffalo, NY: Prometheus Press. [book publication significantly delayed, not out until late 2008]

2004
*Teaching About Families:  A Collection of Syllabi and Other Materials*. Washington D.C.:  American Sociological Association's Teaching Resources Center. (G. Macheski, K. Lowney, Michael Capece, Kate Warner, and Martha Laughlin, eds.)

2003
"Wrestling With Criticism: The World Wrestling Federation's Ironic Campaign Against the Parents Television Council." *Symbolic Interaction* 26:427-46.

2002
"A Long and Winding Road: Curricular Development as Social-Context Based Assessment." *Teaching Sociology* 30:454-66. (G. Macheski and K. Lowney)

"Friend or Foe?: Changing Cultural Definitions of Kudzu." Pp. 273-286 in *Pueraria: The Genus Pueraria*, edited by Ming K. Huang. London, England: Haworth Press.

2001
"Victims, Villains, and Talk Show Selves." Pp. 23-45 in *Institutional Selves: Troubled Identities in a Postmodern World*, edited by Jaber F. Gubrium and James A. Holstein. Oxford University Press. (K. Lowney and J. Holstein)

"Puzzling Over Theoretical Perspectives." Pp. 3-6 in *Sociology Through Active Learning*, edited by Kathleen McKinney, Frank D. Beck, and Barbara S. Heyl. Thousand Oaks, CA: Pine Forge.

"Puzzling Over Theoretical Perspectives." Pp. 1-4 in in *Sociology Through Active Learning, Instructor's Manual*, edited by Kathleen McKinney, Frank D. Beck, and Barbara S. Heyl. Thousand Oaks, CA: Pine Forge.

"Teen Satanists Are Rebelling Against the Dominant Culture." In *Satanism*, edited by Tamara L. Roleff. Chicago, IL: Greenhaven Press.

2000
*Teaching About Families: A Collection of Syllabi and Other Materials*. Washington D.C.:  American Sociological Association's Teaching Resources Center. (G. Macheski, K. Lowney, C. Knudson-Martin, and M. Capece, eds.)

1998
"Reducing 'Theory Anxiety' Through Puzzles." *Teaching Sociology* 26:69-73.

"Floral Entrepreneurs: Kudzu as Agricultural Solution and Ecological Problem." *Sociological Spectrum* 18:89-110. (K. Lowney and J. Best).

1997
Sociology 275--Social Problems. Pp. 86-99 and "Handouts for the Class." Pp. 194-206 in *Instructor's Resource Manual on Social Problems, 2nd edition*, edited by J. Michael Brooks and Kendal L. Broad. Washington, DC: American Sociological Association's Teaching Resources Center.

1996
*Teaching About Families:  A Collection of Syllabi and Other Materials*. Washington D.C.: American Sociological Association's Teaching Resources Center. (G. Macheski, K. Lowney, and T. Meyers, eds)

"What Waco Stood For: Jokes as Popular Constructions of Social Problems." Pp. 77-97 in *Perspectives on Social Problems*, volume 8, edited by J. A. Holstein and G. Miller. Greenwich, Connecticut: JAI Press. (K. Lowney and J. Best)
> 2000. Reprint of "What Waco Stood For: Jokes as Popular Constructions of Social Problems" in *Social Problems of the Modern World*, edited by Frances Moulder. California: Thomson/Wadsworth.

1997. Reprint of "What Waco Stood For: Jokes as Popular Constructions of Social Problems." Pp. 241-260 in *Social Problems in Everyday Life: Studies of Social Problems Work,* edited by Gale Miller and James A. Holstein. Greenwich, Connecticut: JAI Press.

**1995**

"Stalking Strangers and Lovers: Changing Media Typifications of a New Crime Problem." Pp. 33-57 in *Images of Issues: Typifying Contemporary Social Problems*, 2nd edition, edited by Joel Best. New York: Aldine de Gruyter. (K. Lowney and J. Best)

1997. Reprint of "Stalking Strangers and Lovers: Changing Media Typifications of a New Crime Problem" in the *Anthology to accompany Sociology: Exploring the Architecture of Everyday Life, 2nd edition* by David M. Newman.

"Teenage Satanism as Oppositional Youth Subculture." *Journal of Contemporary Ethnography* 23:453-484.

2008. Reprint of "Teenage Satanism as Oppositional Youth Subculture." Pp. 503-530 in *The Encyclopedic Sourcebook of Satanism*, edited by James R. Lewis and Jesper Aagaard Petersen.

1996. Reprint of "Teenage Satanism as Oppositional Youth Subculture." Pp. 313-337 in *Cults in Context: Readings in the Study of New Religious Movements*, edited by Lorne L. Dawson. Toronto, Canada: Canadian Scholars Press.

**1994**

"Speak of the Devil: Talk Shows and the Social Construction of Satanism." Pp. 99-128 in *Perspectives on Social Problems*, volume 6, edited by J.A. Holstein and G. Miller. Greenwich, Connecticut: JAI Press.

2008. Reprint of "Speak of the Devil: Talk Shows and the Social Construction of Satanism." Pp. 408-444 in *The Encyclopedic of Satanism*, edited by James R. Lewis and Jesper Aagaard Petersen.

1997. Reprint of "Speak of the Devil: Talk Shows and the Social Construction of Satanism." Pp. 97-123 in *Social Problems in Everyday Life: Studies of Social Problems Work*, edited by Gale Miller and James A. Holstein. Greenwich, Connecticut: JAI Press.

**1993**

"Society Through Film: Sociological Theory." Pp. 129-132 in *Visual Sociology and Using Film/Video in Sociology Courses, 4th edition*, edited by Diana Papademas. Washington, DC: American Sociological Association's Teaching Resources Center.

**1988**

"Victimization of Women: Trying to Link Community with Coursework [Course Syllabi and Elaboration (Sociology of Gender 490 and 690)]." *Feminist Teacher* 4:33-38.

**1984-1985**

"Response to Rosemary Radford Ruether: Tradition and the Liberation of Women -- A Story of Promise and Betrayal." *The Drew Gateway*, pp. 125-129.

6

# PAPERS PRESENTED

"How Sociology Programs Can Assist Students to Crack the Job Market: Crafting Learning Outcomes, Syllabi, and Assessments. With Dr. Maxine Atkinson. Will be presented at the 2020 Annual Meeting of the Southern Sociological Society. Jacksonville, FL. April 3.

"Designing Faculty Development for a LEAP Campus." With Drs. Tim Henkel, Darrell Fike, Chunlei Chen, Li Mei Chen, Maren Clegg-Hyers, and Victoria Russell. TIES Conference. Valdosta, GA. February 24, 2017. 10 in attendance.

"How to Win Over Faculty and Influence Campus Culture." With Dr. Kimberly Tanner and Margaret Duncan. Georgia/Florida AHEAD Conference. November 9, 2016. Valdosta, GA. 75 in attendance.

"Lessons Learned from "Teaching Big." Keynote address to the Georgia Sociological Association. Savannah, GA. October 27, 2016.

"Socialprobology: What Is the Significance for Our Discipline If Intro Sociology and Social Problems Morph into Each Other? What Syllabi Can Tell Us." Presented at the 2016 American Sociological Association's 2016 Annual Meeting. Seattle, Washington. August 20. This was my speech in acceptance of the Hans O. Mauksch Award from the ASA's Division of Teaching and Learning.

"Core Faculty Initiative – How Improving Our Core Classes Could Impact Retention." VSU Core Curriculum Meeting. August 10, 2016

"Post-exam Retrospective Assignments and Their Role in Raising Student Test Scores." TIES Conference 2016. Valdosta, Georgia. February 18.

"Investigating the Classroom." Invited Keynote. Irish Sociological Association. June 2015. Dublin, Ireland. June 12.

"Teaching in the Undergraduate Core: Some Tips." 2015 Core Curriculum Meeting. Valdosta, Georgia. August 11.

"Creating Students, Creating Future Employees: How Academics and Job Preparation Are Intertwined at VSU." Presentation to Georgia Economic Developers. June 20, 2015.

"Doubling Your Success: Combining Supplemental Instruction (SI) with First-Year Learning Communities (FLC)." One of panel of presenters. VSU TIES Conference. February 19.

"The Pedagogical Trials and Tribulations of 3rd Party Vendor Software. 2014 Online Lifeline Conference. Valdosta, Georgia. February 2014.

7

"Panel Discussion: Innovative Technology for Classroom Learning." Presented at the Innovations In Teaching & Learning Conference. Valdosta, Georgia. November 2013.

"Getting Your Paper Published in *Teaching Sociology*." Presented at the 2013 American Sociological Association. New York City, New York. August 2013.

"Flipping The Classroom: Preparing Pedagogically And Technologically." Presented at the 2013 Online Lifeline Conference. Valdosta, GA. February 2013. With Ms. Kathy Sundin.

"ShiFTing from Accommodations for Some to Accessibility for All." Presented at the 2012 Online Lifeline Conference. Valdosta, GA. February 2012. With Dr. Kimberly Tanner.

"Getting Your Paper Published in *Teaching Sociology* and Other Journals on Pedagogy." Presented at the 2011 American Sociological Association. Las Vegas, Nevada. August 2011.

"Dancing Without Stars: What a Flash Mob Taught Me about the Sociology of Failure." Keynote address, 2011 Iowa Sociological Association. Des Moines, Iowa. April 23, 2011.

"ShiFTing from Accommodations for Some to Access for All." Presented to the 2011 Gulf South Adult and Career Education Professional Development Conference Program. With Dr. Kimberly Tanner. (Presented twice during the conference)  March 4, 2011.

"ShiFTing from Accommodations for Some to Accessibility for All." Presented to the VSU Online Lifeline Conference. With Dr. Kimberly Tanner. February 17, 2011.

"Y2K, 2012, and Other Time-Certain Social Problems: Constructing Risks in the Future." Presented to the 2010 Annual Meeting of the Society for the Study of Symbolic Interaction. With Dr. Joel Best. Atlanta, Georgia. August 2010. Due to time conflict between presentations, Dr. Best did the presentation alone.

"Is Sociological Knowledge 'Clicking' with Students?" Presented at the 2010 Annual Meeting of the Society for the Study of Social Problems. Atlanta, Georgia. August 2010.

"Gaining a Perspective on VSU Perspectives Courses." Presented at the Core Matters Conference at Valdosta State University. Valdosta, Georgia. April 2010.

"Super-Size It: Assessing Learning in Large Core Classes." Moderator and member of panel for presentation at the Core Matters Conference at Valdosta State University. Valdosta, Georgia. April 2010.

"Teaching and Learning Moments: Studying Accessibility in City Services with Undergraduate and Graduate Students." With Dr. Ginger Macheski. Presented at the Annual Meeting of the Society for the Study of Social Problems. San Francisco, California. August 2009.

"Social Problems Theory, Teaching Social Policy, and Student Empowerment." With Dr. Cynthia Bograd. Presented at the Annual Meeting of the Society for the Study of Social Problems. Boston, Massachusetts. August 2008.

"Making Administrators Nervous: Lessons Learned from Doing Controversial Press Interviews." Presented at the Annual Meeting of the Society for the Study of Social Problems. New York City. August 2007.

"Patterns in Public Display: Magnetic Ribbons on Vehicles." Presented at the Annual Meeting of the Midwest Sociological Society.  Joel Best, Terry G. Lilley, Benigno Aguirre, & Kathleen S. Lowney. April  2007. [Unable to attend but paper was presented]

"'Who's Online?': Using Technology for Informal Assessment of Student Learning." Accepted for presentation at the Interdisciplinary Conference for Teachers of Undergraduates. Macon, Georgia. March 2007. Unable to present due to Sociology Faculty Search Committee Chair duties.

"'Who's Online?': Using Technology for Informal Assessment of Student Learning." Presented at the VSU Online Lifeline Technology Conference. February 16, 2007.

"Aligning Dreams and Reality: Comprehensive Program Review of the General Education Curriculum at Valdosta State University." Presented at the 46th Annual Conference of the Association for General and Liberal Studies. Indianapolis, Indiana. October 2006. With Drs. Sheri Gravett and Marsha Krotseng.

"Unheard Voices and Turf Battles: How Academic Disciplines and Victims Talk about Selves." Presented at the Annual Meeting of the Society for the Study of Social Problems. Montreal, Canada. August 2006.

"'Wrestling' with Theory: When Is A Soap Opera Not a Soap Opera?" Presented at the Annual Meeting of the Popular Culture Association in the South/The American Culture Association in the South. Jacksonville, Florida. October 2005.

"A Date with the Devil?  Children Caught in the Culture Wars." Presented at the Annual Meeting of the Society for the Study of Social Problems.  Philadelphia, Pennsylvania. August 2005.

"The City Project." Scheduled to be presented at the Annual Meeting of the Society for the Study of Social Problems. San Francisco, California. August 2004. Hospitalization prevented me from attending the meeting. About how I ran a mock city in my Social Problems classes.

"Death Stalks the Corridor: Media Accounts of Homicidal Nurses." Presented at the Annual Meeting of the Society for the Study of Social Problems. Atlanta, Georgia. August 2003.

"Cared to Death." Presented at the Annual Women's Studies Conference. Valdosta, Georgia. March 2003.

9

"Too Dangerous for Kids? Assessing Claims against Professional Wrestling Through an Examination of Commercials." Presented at the annual meeting of the Society for the Study of Social Problems. Chicago, IL. August 2002.

"A Long and Winding Road: Curriculum Development as Assessment." Presented at the Annual Meeting of the Midwest Sociological Society. Milwaukee, Wisconsin. April 2002. With Ginger Macheski.

"Wrestling with Criticism: The WWF and the 'Right to Censor.'" Presented at the Annual Meeting of the Society for the Study of Social Problems. Anaheim, California. August 2001.

"The Young and the 'Wrestless': Professional Wrestling as Male Soap Opera." Presented at the Annual Meeting of the Midwest Sociological Society. St. Louis, Missouri. April 2001.

"Teaching Applied Sociology." Workshop given at the Annual Meeting of the Midwest Sociological Society. St. Louis, Missouri. April 2001. With Dr. Tracy Ore.

"The City Project as a Useful Technique in Social Problems Classes." Presented at the Annual Meeting of the Society for the Study of Social Problems. Washington DC. August 2000.

"Lessons Learned from the Curriculum Revision Process." Presented at the Annual Meeting of the Midwest Sociological Society. Chicago, Illinois. April 2000.

"Therapy for the Masses: Recovery Rhetoric on TV Talk Shows." Presented at the Annual Meeting of the Midwest Sociological Society. Chicago, Illinois. April 2000.

"'So What If You Have a Degree? I've Been There': Recovery Rules, Images of Women, and Devaluing of Professionals on TV Talk Shows." Presented at the VSU Women's Studies Conference. March 2000.

"Reducing 'Theory Anxiety' Through Puzzles." With Megan Keller and Laura A. Cobb. Presented at the 1999 Annual Meeting of the National Council on Family Relations. Irvine, California. [Wrote paper with co-authors, but did not present it, they did]

"A Long and Winding Road: Revising the Undergraduate Curriculum." Presented at the 1999 Annual Meeting of the Midwest Sociological Society. Minneapolis, Minnesota.

"Telling Tales and Producing Selves: Testifying to Trials and Tribulations on Television Talk Shows." Presented at the 1999 Annual Meeting of the Midwest Sociological Society. Minneapolis, Minnesota.

"Tears, Fears, Fights and Hugs: Emotions on Television Talk Shows." Presented at the 1998 Annual Meeting of the American Sociological Association. San Francisco, California.

"New Wine in Old Wineskins: Talk Shows as American Civil Religion." Presented at the 1998 Annual Meeting of the Midwest Sociological Society. Kansas, City, Missouri.

"Celluloid Aids: Using Film to Teach Sociological Theory." Presented at the 1997 Annual Meeting of the Midwest Sociological Society. Des Moines, Iowa.

"Revival in the Electronic Tent: Religion and Morality on Television Talk Shows." Presented at the Southeastern Regional Meeting of the American Academy of Religion. March 1997. Macon, Georgia.

"Talking Through Troubles: Constructing a Moral Order on Television Talk Shows." Presented at the 1996 Annual Meeting of the Society for the Study of Symbolic Interaction. August 1996. New York City, New York.

"The City Project."  Presented at the 1996 Annual Meeting of the American Sociological Association -- Teaching Sociology Section.  August 1996. New York City, New York.

"When Solutions Become Problems Become Solutions: The Case of the Promiscuous Plant [kudzu]."  Presented to the Annual Meeting of the Midwest Sociological Society.  April 1996. Chicago, Illinois.

"When Solutions Become Problems Become Solutions: The Case of the Promiscuous Plant [kuzdu]." Accepted for presentation to the Annual Meeting of the Society for the Study of Social Problems.  August 1995. Washington, D.C. [not delivered due to scheduling conflict]

"Did You Know What Waco Stood For?: Joke Cycles, Deviance Identification, and Preventative Social Problems Work."  Presented to the Annual Meeting of the Midwest Sociological Society. April 1995. Chicago, Illinois.

"Women and Fear: Constructing People, Categories, and Places." With Dr. Ginger Macheski. Presented to the Annual Meeting of the Mid South Sociological Association.  October 1994. Lafayette, Louisiana.

"Joke Cycles, Deviance, and Social Problems Work."  Presented to the Research in Progress Section at the Annual Meeting of the Georgia Sociological Association. October 1994.  Valdosta, Georgia.

"Strangers and Lovers: Changing Media Images of Stalkers and Their Victims."  With Dr. Joel Best. Presented at the Annual Meeting of the Midwest Sociological Society.  March 1994. St. Louis, Missouri.

 "Fiery Humor or 'Do You Know What Waco Means?'"  Presented at the Annual Meeting of the Mid South Sociological Association. October 1993. Montgomery, Alabama.

"Ethnographic Research, Teens, and Satanism."  Presented at the Annual Meeting of the American Sociological Association.  August 1993. Miami, Florida.

"Devil Talk: Talk Shows and the Social Construction of Satanism." Presented at the Annual Meeting of the Midwest Sociological Association.  April 1993. Chicago, Illinois.

"Speak of the Devil: Talkshows and the Social Construction of Satanism." Presented at the Annual Meeting of the Georgia Sociological Association, Research in Progress Section. October 1992. Jekyll Island, Georgia.

"Devil Talk: Geraldo Rivera and Satanism." Presented at the Annual Meeting of the Southern Sociological Society. New Orleans, Louisiana. With Dr. Louis Levy. April 1992.

"Fear and Women's Lives: Emotion as Social Control." Presented at the Annual Meeting of the Southern Sociological Society.  April 1992.  New Orleans, Louisiana. Researched and written with Dr. Ginger Macheski.

"Pleasing the Devil: Presentation of Self, Youth, and Satanism." Presented at the Annual Meeting of the Mid South Sociological Association.  October 1991.  Jackson, Mississippi.

"Giving the Devil His Due: Body, Space and Time in Satanism." Presented at the Annual Meeting of the American Academy of Religion.  November 1990.  New Orleans, Louisiana.

"Making the Classroom More Hospitable to Women and Minorities." Presented at the Annual Meeting of the Georgia Sociological Association.  October 1990.  Chatsworth, Georgia.

"Teaching Social Theory Through Feature Films." Presented at the Annual Meeting of the Georgia Sociological Association.  October 1990. Chatsworth, Georgia. This paper was also excerpted in the December 1990 edition of *Footnotes*, the monthly newspaper of the American Sociological Association.

*Packaged to Perfection*, an original videotape. Presented at the Annual Meeting of the Association for Humanist Sociology's Visual Sociology Section.  October 1989. Lexington, Kentucky. With Dr. Chet Ballard and Laurie Swift.

"Woman, Wife, Teacher, Temporary." Presented at the Annual Meeting of the Mid South Sociological Association. October 1989. Baton Rouge, Louisiana.

"Motherhood, Single Women, and the Unification Church." Presented at the Annual Meeting of the Southeastern Regional Meeting of the American Academy of Religion. March 1987. Atlanta, Georgia.

## WORKSHOPS CONDUCTED

"Teaching Citizenry." Workshop for the Department of Anthropology and Sociology. Western Carolina University. January 19, 2022.

"Now What? Assessing Your Year of Teaching and Learning." IDEA Center Workshop. April 8, 2016.

"Getting on Your Nerves? Talking with Students Who Push Our Buttons." IDEA Center Workshop. January 22, 2016.

"The Senior Capstone Class." Breakout session for department heads at the 2016 American Sociological Association's Annual Meeting. Seattle, Washington. August 19.
"Classroom Management." Workshop for VSU new faculty. August 3, 2016.

"Teaching Tips for Large Classes." W.W. Norton Workshop for Young Scholars. 2015. Atlanta, Georgia. February 25-26.

"We've All Been There: The Role of Failure and Error in Teaching and Learning Sociology." W.W. Norton Workshop for Young Scholars. Atlanta, Georgia. February 25-26.

"My Students Won't Stop Behaving Badly: Strategies for Classroom Management." Online Workshop for University System of Georgia Faculty, sponsored by the USG Office of Faculty Development. November 4, 2014.

The Stories We Tell." Workshop for faculty at The IDEA Center. September 11, 2014.

'Stop Doing That Please…': Strategies for Managing Disruptive Behavior in Class." Workshop for faculty at The IDEA Center. August 7, 2014.

"'Stop Doing That Please…': Strategies for Managing Disruptive Behavior in Class." Workshop for faculty at The IDEA Center. February 5, 2014.

"The Stories We Tell." Workshop for faculty at The IDEA Center. September 18, 2013.

"Supersections: Ideas for Pedagogical Success." Invited workshop by eLearning. September 5, 2012.

"Life in a Teaching University: Balancing Teaching, Research, Service, and Personal Time." Invited workshop given to the Sociology Graduate Student Association at the University of Iowa. Ames, Iowa. April 22, 2011.

"Sociology and Community-based Learning:  Integrating Sociology into Internships, Service-Learning, and Practice Experiences." Selected to lead this Didactic Teaching Seminar at the 2009 Annual Meeting of the American Sociological Association. San Francisco, California.

Co-organized workshop on "Surviving the Transition to Graduate School" for new graduate students with Dr. Chere Peguese and Ms. Leah McMillan, LMFT. Open to Sociology, Marriage and Family Therapy, Criminal Justice, and Social Work graduate students. September 5, 2007. The Graduate Executive Committee and the Dean of the Graduate School voted in February 2008 to make this workshop available every semester to all graduate students and I will be one of the organizers/presenters.

"Teaching Difficult Subjects." August 14, 2007. A workshop presented at the American Sociological Association. Focused on teaching statistics, research methods, and sociological theory. I taught the theory component. With Drs. Ginger Macheski, Jan Buhrman, and Melanie Bush. New York City, New York.

"Religion:  Ties that Bind, Ties that Heal." With Dr. Linda Bennett Elder. Given at the State Convention of Georgia Association of Shelter Workers.  June 1997. Repeated twice.

"Ebonics Debate." March 5th, 1997. Participant in workshop sponsored by the Black Student League. About 50 persons in attendance.

Co-organizer of Teaching Workshop (one half day) for the Georgia Sociological Association's Annual Meeting (with Dr. Ginger Macheski). Topic: Making the Classroom More Hospitable to Women and Minorities. October 1990. Chatsworth, Georgia.

## SERVICE ON COMMITTEES

### University System of Georgia System-wide Committees

| | |
|---|---|
| 2014 | Reviewer, FY 2015 Regents Teaching Excellence Awards and Regents Scholarship of Teaching and Learning Awards |
| 2013-16 | VSU Representative to Teaching & Learning Center Directors' meetings |

### University-wide Committees

| | |
|---|---|
| 2015-2018 | Member, Academic Committee |
| 2016-2017 | Leader, Core Faculty Status Initiative |
| 2016 | Faculty Scholar, The IDEA Center |
| 2016 | Member, Faculty Evaluation Model Committee |
| 2015-2016 | Member, Innovation Grant Application Leadership Team  (created blog for the grants) |
| 2015-2016 | Member, Relationship and Sexual Violence Task Force |
| 2015-2016 | Member, Faculty Excellence Awards |
| 2015-2016 | Member, Department Heads Council |
| 2014-2018 | Member, Graduate Student Writing Quality Task Force |
| 2013-2016 | Scholar-in-Residence, Innovative Designs for Enhancing the Academy, The IDEA Center) |
| 2013-2014 | Member, Online Lifeline Conference Steering Committee |

| | |
|---|---|
| 2013-2014 | Member, Innovations in Teaching & Learning Ad hoc Committee to plan campus conference in November 2013 |
| 2012-2014 | Member, Core Matters Conference Steering Committee |
| 2012-2014 | Chair of Finance Subcommittee, Core Matters Conference Steering Committee |
| 2011-2012 | Elected Chair, Faculty Excellence Initiative Ad Hoc Committee |
| 2011- | Organizer, Super Section Faculty Group |
| 1996-2014 | Member, Academic Committee (elected by A&S faculty) |
| 2008-2009 | Member, Valdosta State University's Core Curriculum Initiative Committee |
| 2006-2009 | Member, Institutional Review Board for the Protection of Human Subjects |
| 2005-Fall 2007 | Chair, Program Review for Area B Subcommittee. With subcommittee, wrote 60+ page report analyzing data about Area B courses for the last five years. |
| 2005-Aug 2007 | Member, Graduate Executive Committee |
| 2004-2005 | Member, Collaborative Campus-Community Committee to Prevent Violence Against Women on Campus. Ad hoc committee. Lead author of DOJ grant |
| 2003-2004 | Faculty Senate, elected to 3 year term as a representative for College of Arts and Sciences; resigned Aug 2004 |
| 2003-2006 | Member, Institutional Review Board for the Protection of Human Subjects |
| 2002-2005 | Member, University Goal 3 Committee on Teaching and Learning |
| 2002-2004 | Member, Review Committee for the Graduate Assistantship Program |
| 2000-2001 | Chair, Ad hoc E-core Review Committee for the Academic Committee |
| 2000-2003 | Member, Institutional Review Board for the Protection of Human Subjects |
| 1999-2000 | Alternate, Institutional Review Board for the Protection of Human Subjects (attended all meetings) |
| 1998-2000 | Member, Writing Committee for University Self Study (SACS) |
| Summer 1997 | Volunteer Editor, *The Faculty Handbook* |
| 1995-1996 | Chair, *Faculty Handbook* Subcommittee of the Faculty Senate Committee on Faculty Affairs |
| 1995-1997 | Member, Subcommittee on Drug Abuse, Student Affairs Committee of the Faculty Senate |
| 1995 | Member, Admissions Committee for Masters in Social Work |
| 1993-1995 | Member of various search committees for new Masters in Social Work. Committee hired 6 faculty for the program |
| 1993-1995 | Member and Secretary of Valdosta State University Faculty Handbook Committee |
| 1989-1996 | Member, Valdosta State College/Valdosta State University Selection Committee for Who's Who in American Colleges and Universities |
| 1989-1991 | Faculty Research Committee, Arts and Sciences Representative |
| 1989-1991 | Member, Minority and Minority Affairs Committee |

15

## College of Arts and Sciences Committees

| | |
|---|---|
| 2016 | Chair, Faculty Workload Committee |
| 2009-2010 | Member, Department Head Search Committee for Department of Sociology, Anthropology, & Criminal Justice |
| 2007 | Member, Department Head Search Committee for Department of Sociology, Anthropology, & Criminal Justice |
| 2006 | Member, Department Head Search Committee for Department of Sociology, Anthropology, & Criminal Justice |
| 2005-2006 | Departmental Liaison for Presidential Lecture Series, lecture by Dr. Joel Best |
| 2002-2005 | Member, Ad hoc Committee on Leave with Pay Policies |
| 2000-2001 | Departmental representative, College Assessment Committee |
| 2000 | Member, Evaluation Committee, Head of Sociology, Anthropology, and Criminal Justice Department |
| 2000 | Member, Ad hoc Committee which counted and validated ballots for representatives to the College=s Promotion and Tenure Advisory Committee. |
| 1999 | Evaluation Committee, Women=s Studies Director |
| 1998-1999 | Member, Ad hoc Committee on Leave with Pay Policies |
| 1996-2000 | Member, Social Sciences Joint Working Committee of the College of Arts and Sciences and the College of Education |
| 11/1995-1996 | Member, Department Head Screening Committee One of five member committee which reviewed all applications, advised the Dean on small number of candidates to interview. Acted as host for one candidate when he was at VSU. |
| 1993-1994 | Member, National Endowment in the Humanities/National Science Foundation Grant Writing Workshop Committee |

## Departmental Committees

| | |
|---|---|
| 2015-2016 | Member, Promotion and Tenure Committee |
| 2015-2016 | Chair, Promotion and Tenure Committee |
| 2014-2015 | Member, Promotion and Tenure Committee |
| 2014-2015 | Mentor, two sociology faculty |
| 2014 | Chair, Sociology Search Committee (hiring 2 full-time tenure track sociology faculty) |
| 2012-2013 | Chair, Promotion, Tenure, & Post-tenure Review Committee |
| 2010-2011 | Chair, Sociology Search Committee (hiring 2 full-time tenure track sociology faculty) |
| 2010 | Chair, Committee to Restructure Promotion & Tenure processes |
| 2008-2009 | Chair, Committee to Restructure Promotion & Tenure processes |
| 2007-2008 | Chair, Department Executive Committee |
| 2005-7/31/2008 | Coordinator of the Graduate Program in Sociology |
| 1998-2007 | Member, Personnel Committee (Promotion, Tenure, & Post-tenure); Chair 1998 |

16

| | |
|---|---|
| 10/2001-7/2003 | Member, Executive Committee |
| 10/2001-7/2003 | Coordinator of the Graduate Program in Sociology. Increased enrollment by 800% in first thirteen months in position. Created enrollment tracking program to manage prospective students and increase the likelihood of matriculation. Advisor to all graduate students. Maintain proper academic files for all students and supervise graduate student assistant assigned to the program. |
| 2000-2001 | Chair, Undergraduate Committee. Seven person committee oversaw two undergraduate degrees, working on shared curricular issues, nominating students for university awards, etc. |
| 1997-1998 | Chair, Undergraduate Program Committee |
| 1997-1998 | Member, Personnel Committee (Promotion and Tenure) |
| 1997-2000 | Member, Library Committee |
| July 1997 | Member, Criminal Justice Screening Committee |
| 1996-1997 | Member, Department Head Screening Committee. One of six member committee which reviewed all applications, advised the Dean on small number of candidates to interview. Acted as host for one candidate when he was at VSU. |
| 1996-1997 | Chair, Departmental Semester Conversion Committee. I coordinated faculty working through changing 5 degree programs and one post-master's certificate. The Department significantly revised each of these curricula. I oversaw the production of all required paperwork and proofed each before it was sent to the Dean. |
| Summer 1995 | Ad hoc Chair, Sociology Search Committee for Temporary Position |
| 1994-1995 | Member, Social Work Search Committee for MSW program. |
| 1994-1995 | Chair, Tenure and Reappointment Committee |
| 1994-present | Member, Tenure and Reappointment Committee (renamed Personnel) |
| 1994-1995 | Chair, Budget Committee |
| 1994 | Chair, Social Services Faculty Search Committee |
| 1994 | Member, Sociology Faculty Search Committee |
| 1992-1993 | Member, Writing Committee for a Preliminary Proposal for a Master's Degree in Social Work |
| 1992-1993 | Member, Anthropology Faculty Search Committee. |
| 1988-Jan 1995 | Departmental Library Liaison/Chair, Library Committee. Developed a computer database which tracks each faculty member's book/journal orders, dollar amounts, and when books actually arrive in the VSC collection.  Bring suggested policy changes in journal holdings to faculty for decisions. |
| 1989-present | Alpha Kappa Delta Scholarship Committee. Committee encourages applications and then decides on the undergraduate and graduate awardees. |
| 1992-1994 | Member, Departmental Planning and Assessment Committee. Interviewed 8 faculty members in order to gather data on current planning ideas, future goals, and assessment ideas. Committee submitted report to the Department Head and the faculty. |

17

| 1991-1993 | Member, The Evans Committee on Departmental Graduate Programs. Conducted a review of the program and presented several new degree and concentration tracks. |
| 1991-1992 | Member, Departmental Policy and Procedures Committee. Was co-author of a preliminary draft of a Departmental Policy and Procedures Manual. |

## VSU DOCTORAL COMMITTEE MEMBERSHIPS & DISSERTATION SUPPORT GROUPS

Student: Mr. Keith Warburg. Chair of Committee: Karla Hull. Analysis of 4 years of Facebook data from institutional-sponsored Facebook page for new first-year students. Focuses on how students create and maintain a social identity on social media before arriving to campus and how that identity construction continues online once students arrive on campus. 2016-2017.

Asked to lead face-to-face dissertation support group ("Dissertation Dive-in") by Interim Dean of the Graduate School. Group met every other Wednesday evening and evaluated writing by group members. Initially started with 9 dissertation students. I maintained contact with each of them at least once a week, offering support and encouragement; I sent reminder about the meetings; and I provided private comments to each student, usually within 5 hours of receiving their work. Additionally, I led the group and provided a means of communication with the Graduate School when they have questions about formatting, style, etc., of their dissertation. Fall 2014-Summer 2016.

Student: Ms. Sara Lazari. A narrative historical look at special education legislation and how it has impacted the education of students with disabilities in Georgia and in the local school systems here in Valdosta. 2013-2015.

Student: Mr. Norman F. Earl.  Chair of Committee: Larry Hilgert.  On student perceptions of "clickers" in Communication Arts classrooms and student engagement. 2013-2015

Student:  Janis Thomas Carthon. "Representation of Gender in Middle Grades Mathematics Textbooks Used in Southwest Georgia." 2003. Chair of Committee: Andrew J. Brovey.

## SCHOLARSHIPS, FELLOWSHIPS, HONORS

Winner, Georgia Sociologist of the Year. 2016. Georgia Sociological Association. Awarded at the 2016 Annual Meeting. Savannah, GA. October 27.

Winner. 2015 Hans O. Mauksch Award for Distinguished Contributions to Undergraduate Sociology. American Sociological Association's Section on Teaching and Learning.

Winner, 2014 American Sociological Association's Distinguished Contributions to Teaching Award.

Selected by StatesStats.org as one of The Top 20 Women Professors in Georgia. 2013.

Selected by VSU President and Interim Vice President for Academic Affairs and Provost to be the first Fellow-in-Residence, The IDEA Center. 2013.

Selected as 2012 Regents' Excellence in Teaching Award for the University System of Georgia (The Felton Jenkins, Jr. Hall of Fame Faculty Award)

Selected as the 2011 Excellence in Teaching Award recipient for Valdosta State University. Will become a 2012 nominee for the University System of Georgia Excellence in Teaching Award.

Selected as the 2011 VSU College of Arts and Sciences Excellence in Teaching Award recipient.

Received 1998 National Endowment for the Humanities Summer Stipend to complete manuscript on religion on talk shows.

Selected for a National Endowment in the Humanities Eight Week Summer Seminar entitled "Social Problems: The Constructionist Stance." Seminar was led by Dr. Joel Best, Professor and Chair, Department of Sociology, Southern Illinois University at Carbondale.  Held at SIUC from June 15-August 6, 1992.

Teaching Fellowship, Drew University. 1984-1985. Selected as the Fellow for the Department of Religion and Society. Taught in graduate courses.

Teaching Fellowship, Drew University. 1982-1983. Selected as the Fellow for the Department of Religion and Society. Taught in graduate courses.

Selected to Phi Beta Kappa during senior year at the University of Washington, 1981.
Selected for Undergraduate Honor's Degree Program in the Department of Sociology, University of Washington.  Bachelor of Arts in Sociology was awarded with honors.  1980-1981.

## PROFESSIONAL ORGANIZATIONS AND CONSULTING
### Memberships in professional organizations
        Alpha Kappa Delta  1987-2017
        American Sociological Association  1987-present
            (Section memberships: Disabilities; Public Sociology; Teaching and Learning)
        Georgia Sociological Association  1987-2018
        Midwest Sociological Society  1992-2016
        Professional and Organizational Development Network in Higher Education 2013-2016
        Society for the Study of Social Problems  1992-present
        Society for the Study of Symbolic Interaction  1992-2017

19

Southern Sociological Society  1991-2020

## Posts held in professional organizations

| | |
|---|---|
| 2016-2017 | Chair (2017) and Chair-elect (2016) Lee Founders Award Committee, Society for the Study of Social Problems. |
| 2015-2017 | Member, American Sociological Association's Task Force on Liberal Learning and the Sociology Major, 3rd edition. |
| 2013 | Member of ASA Subcommittee of the Publications Committee to study whether there should be a new Section journal on race (it was approved) |
| 2013 | Appointed to Accessibility Committee for the American Sociological Association |
| 2012 | Nominated for President-elect, Society for the Study of Social Problems. Election was in 2013 and I lost. |
| 2010-2014 | Editor, *Teaching Sociology*, an American Sociological Association journal. |
| 2010-2011 | Chair, 2011 Elections Committee. Society for the Study of Social Problems. |
| 2010-2011 | Chair, Accessibility Committee. Society for the Study of Social Problems. |
| 2008-2011 | Member, Editorial Board for the journal *Teaching Sociology*, an American Sociological Association journal. Left board in 2009 when selected as editor. |
| 2008-2010 | Chair, Division on Teaching Social Problems. Society for the Study of Social Problems. Elected by Division membership. |
| 2008-2010 | Chair, Accessibility Committee, Society for the Study of Social Problems. |
| 2006-2009 | Member, Council for the American Sociological Association's Section on Teaching and Learning. Elected by Section membership. |
| 2007-2012 | Member, Editorial Board for the journal *Sociological Perspectives*, the journal of the Pacific Sociological Association. |
| 2007-2008 | C.W. Mills Book Award Committee, Society for the Study of Social Problems.  (2008 – Chair; 2007 - Chair-Elect) |
| 2006-2008 | Member, Distinguished Contributions to Teaching Award Committee. American Sociological Association. |
| 2006-2008 | Member, Accessibility Committee, Society for the Study of Social Problems. |
| 2003-2006 | Elected to Board of Directors, Society for the Study of Social Problems. |
| 2002 | Nominated for Board of Directors, Society for the Study of Social Problems. Election in 2003. |
| 2002-2004 | Committee on the Profession, Mid South Sociological Association. |
| 2001-2002 | Program Chair, Society for the Study of Social Problems. Responsible for working with SSSP Divisions to create ninety sessions for the meeting. I worked closely with SSSP President Joel Best to create a program which reflected his theme and the membership's wishes. Received and sent over 2000 e-mails and logged more than 400 hours on program activities. |

| | |
|---|---|
| 2000-2002 | Chair, Social Problems Theory Division of the Society for the Study of Social Problems. Elected by Division members. Responsible for creating sessions at the annual meeting and writing newsletters for the membership twice a year. Also responsible for division's budget. |
| 2001-2002 | Chair, Committee on Undergraduate Education for the Midwest Sociological Society. Responsible for creating sessions at the annual meeting and chairing committee meetings. |
| 1999-2000 | Member, Publications Committee for the American Sociological Association's Section on Undergraduate Education. |
| 1999-2004 | Member, Graduate Student Paper Award Committee, Social Problems Theory Division of the Society for the Study of Social Problems. |
| 1999-2002 | Member, Committee on Undergraduate Education of the Midwest Sociological Society. Chair-elect in 2000-2001. |
| 1999 | Member, Undergraduate Paper Competition Committee. Mid South Sociological Association. |
| 1997-2000 | Co-editor, VUES--the Newsletter of the Section on Undergraduate Education of the American Sociological Association (With Dr. Ginger Macheski). |
| 1997-1998 | Member, Committee on the Profession of the Mid South Sociological Association. |
| 1997-1998 | Member, Nominations Committee of the Mid South Sociological Association. |
| 1997 | Chaired the session on Social Problems Theory and Film for the 1997 Annual Meeting of the Society for the Study of Social Problems. |
| 1996-1997 | Member, Nominations Committee of the Mid South Sociological Association. |
| 1995-2001 | Member, Editorial Board for *Sociological Spectrum*, the journal of the Mid South Sociological Association. |
| 1995-1996 | Member, Program Committee of the Mid South Sociological Association |
| 1994-1997 | Co-editor, Newsletter of the Mid South Sociological Association. With Dr. Louis Levy. |
| 1994-1995 | Elected Chair, Nominating Committee of the Mid South Sociological Association. |
| 1993-1994 | Nominating Committee, Section on Children, American Sociological Association. |
| 1992-1993 | Nominating Committee of the Mid South Sociological Association - Georgia Representative. |
| 1991-1992 | Nominating Committee of the Mid South Sociological Association - Georgia Representative. |
| 1990-1991 | Committee on the Profession of the Mid South Sociological Association |
| 1989-1990 | Nominating Committee of the Mid South Sociological Association - Georgia Representative. |
| 1989 | Graduate Student Paper Committee - Mid South Sociological Association. |

## Professional consulting, editing, and refereeing

(Note: When I was editor of *Teaching Sociology* I had to refuse over 45 requests to review books which might have ended up being reviewed in the journal.)

Reviewed one book proposal for Palgrave Publishing. October 2018.

Reviewed one manuscript for *Teaching Sociology*. February 2017.

Reviewed 4 chapters of new Benokratis *Introduction to Sociology* text for Cengage Publishing. December 2016.

Reviewed 2 promotion or tenure cases for candidates at other institutions. 2016.

Reviewed 5 promotion or tenure cases for candidates at other institutions. 2014.

Re-reviewed one manuscript for *Sociological Perspectives*. April 2013.

Reviewed one manuscript for the journal *Sociological Perspectives*. February 2013.

Re-reviewed one manuscript for the journal *Sociological Perspectives*. December 2012.

Reviewed one manuscript for the journal *Sociological Perspectives*. July 2012.

Reviewed applications for the Center for Applied Social Sciences, Valdosta State University. February 2012.

Reviewed one manuscript for the journal *Symbolic Interaction*. January 2012.

Rereviewed one manuscript for the journal *Sociological Perspectives*. November 2011.

Reviewed one manuscript for the journal *Sociological Perspectives*. October 2011.

Reviewed one manuscript for *Journal of Contemporary Ethnography*. August 2011.

Reviewed one manuscript for the journal *Sociological Perspectives*. April 2011.

Reviewed book proposal on *The Devil's Doctrines: A Satanism Reader* for Oxford University Press.  March 2011.

Reviewed one manuscript for the journal *Sociological Perspectives*. January 2011.

Reviewed one manuscript for the journal *History of Psychology*. January 2011.

Reviewed one manuscript for the journal *Social Problems*. October 2010.

Reviewed one manuscript for the journal *Sociological Perspectives*. October 2010.

Rereviewed book for Temple University Press. October 2010.

Reviewed one manuscript for the journal *Sociological Spectrum*. April 2010.

Reviewed one manuscript for the journal *Sociological Perspectives*. March 2010.

Reviewed one manuscript for the journal *Social Problems*. February 2010.

Reviewed selected chapters from book for Temple University Press. February 2010.

Reviewed one manuscript for the journal *Sociological Perspectives*. September 2009.

Reviewed one manuscript for the journal *Sociological Spectrum*. June 2009.

Reviewed one manuscript for the journal *Sociological Forum*. May 2009.

Reviewed one manuscript for the journal *Sociological Perspectives*. April 2009.

Reviewed one manuscript for the journal *Teaching Sociology*. March 2009.

Reviewed one manuscript for the journal *Gender and Society*. March 2009.

Reviewed one manuscript for the journal *Sociological Perspectives*. March 2009.

Reviewed one manuscript for the journal *Sociological Perspectives*. February 2009.

Reviewed one manuscript for the journal *Gender and Society*. January 2009.

Reviewed one manuscript for the journal *Sociological Spectrum*. November 2008.

Reviewed one manuscript for the journal *Sociological Perspectives*. November 2008.

Reviewed one manuscript for the journal *Sociological Spectrum*. September 2008.

Reviewed one manuscript for the journal *Teaching Sociology*. July 2008.

Reviewed one manuscript for the journal *Applied Social Science*. July 2008.

Reviewed book prospectus on modern Satanism and two chapters. Praeger Publishing. June 2008.

Reviewed entire Introduction to Sociology textbook (one chapter a week for fifteen weeks). Pearson Publications. May-September 2008.

Reviewed one manuscript for the journal *Sociology of Religion*. May 2008.

Reviewed one manuscript for the journal *Sociological Spectrum*. May 2008.

Reviewed one manuscript for the journal *Sociological Perspectives*. March 2008.

Re-reviewed one manuscript for the journal *Homicide Studies*. February 2008.

Reviewed one manuscript for the journal *Social Problems*. December 2007.

Reviewed one manuscript for the journal *Women and Performance*. October 2007.

Reviewed one manuscript for the journal *Sociological Spectrum*. October 2007.

Reviewed one manuscript for the journal *Journal of Contemporary Ethnography*. October 2007.

Reviewed one manuscript for the journal *Homicide Studies*. July 2007.

Reviewed one manuscript for the journal *Teaching Sociology*. June 2007.

Reviewed one manuscript for the journal *Teaching Sociology*. May 2007.

Reviewed one manuscript for the journal *Social Problems*. February 2007.

Reviewed one manuscript for the journal *Teaching Sociology*. November 2006.

Reviewed two manuscripts for the journal *Social Problems*. June-July 2006.

Reviewed two manuscripts for the journal *Social Problems*. February 2005.

Reviewed one manuscript for the journal *Feminist Media Studies*. November 2004.

Reviewed one manuscript for the journal *Western Criminology Review*. September 2004.

Reviewed two manuscripts for the journal *Social Problems*. Summer 2004.

Reviewed one manuscript for the *Journal of Contemporary Ethnography*. May 2004.

Reviewed leading introductory sociology textbook for McGraw Hill, as it went into a second edition. April 2004.

Reviewed four chapters of sociological theory textbook for Wadsworth Press. April 2004.

Reviewed one manuscript for the journal *Social Problems*. May 2004.

Reviewed one manuscript for the journal *Teaching Sociology*. April 2004.

Reviewed book manuscript on social theory for Wadsworth Publishing Company. April 2004.

Reviewed one manuscript for the journal *Social Problems*. February 2004.

Reviewed the textbook *Sociology Matters* by Richard Schaefer for McGraw Hill press. Looked at first edition and gave comments to help in the revision for the next edition. Spring 2004.

Reviewed one article for the journal *Women & Criminal Justice* (twice). Fall 2003.

Reviewed one article for the *Journal of Contemporary Ethnography*. October 2003.

Reviewed two articles for the journal *Social Problems*. Spring-Summer 2003.

Reviewed three articles for the *Journal of Contemporary Ethnography*. Spring-Summer 2003.

Reviewed one article twice for the journal *Symbolic Interaction*. Spring 2003.

Reviewed two articles for the journal *Social Problems*. Fall 2002.

Re-reviewed article for the journal *Symbolic Interaction*. August 2001.

Reviewed article for the journal *Symbolic Interaction.* June 2001.

Re-reviewed paper for the journal *Sociological Spectrum*. April 2001.
Reviewed book prospectus on the sociology of religion for Prentice Hall. April 2001.
Reviewed two papers for the journal *Symbolic Interaction*. March 2001.
Reviewed paper for the journal *Social Problems*. February 2001.
Reviewed one paper for the journal *Sociological Spectrum*. November 2000.
Reviewed book prospectus on the sociology of gender for Roxbury Press. November 2000.
Reviewed paper for the journal, *Journal of Contemporary Ethnography*. November 2000.
Reviewed one paper (twice) for the journal *Symbolic Interaction*. Spring 2000.
Reviewed two papers (twice each) for the journal *Social Problems*. Spring 2000.
Reviewed paper for the journal *Sociological Spectrum*. February 2000.
Reviewed for the *Journal of Contemporary Ethnography*. December 1999.
Reviewed paper for the journal *Social Problems*. November 1999.
Reviewed for the journal *Teaching Sociology*. August 1999. Re-reviewed in November 1999.
Reviewed paper for the journal *Social Problems*. May 1999.
Reviewed paper for the journal *Symbolic Interaction*. May 1999. Re-reviewed in January 2000.
Reviewed book prospectus, "Religion in American Society" for Mayfield Press. April 1999.
Reviewed *Religion in Society: A Sociology of Religion* by Johnstone for Prentice Hall. April 1999.
Reviewed one submission for *Sociology of Crime, Law, and Deviance*. 1999.
Reviewed Summer Stipend applications in the Social Sciences for the National Endowment for the Humanities. November 1998.
Reviewed 2 articles for the journal *Social Problems*. 1998.
Member, Editorial Board for *Mass Media 98/99*. Guilford, Connecticut: Dushkin/McGraw Hill. 1998-2003.
Reviewed for *Sociology of Crime, Law, and Deviance*, a new anthology that published scholarly work related to criminology, sociology of law, and sociology of deviance. 1997.
Reviewers for a Special Edition of *Sociological Spectrum* on Women and Power, edited by Jackie Eller. Reviewed 13 articles. Summer 1997.
Reviewing Introductory Sociology textbook for McGraw-Hill. Summer 1997.

## RESEARCH IN PROGRESS

Research being conducted on the topic of "nurses who kill." Using data collected from newspapers, documentaries, and court records, my research will find patterns in these incidents, in order to help the health care industry better screen its employees and protect patients. Interestingly, nearly 50% of such nurses are males. That is significant, given the low percent of men in nursing. I hope to use this data in at least one theoretical article on how troubling conditions are <u>not</u> constructed as social problems as well as use the data on nurses for another article.

**FOUNDER, Pedagogical Thoughts Consulting & Editing Services, Inc.**
Begun in September 2018, the company offers consulting to academic units and institutions about how pedagogical changes can lead to improvements in student success and completion, as well as editing for dissertation authors.

*Note:*   In July 2018, the IDEA Center (Innovative Designs for Enhancing the Academy) at Valdosta State University changed its name to the Center for Excellence in Learning and Teaching (CELT).

# Exhibit B

*Materials Made Available*

<u>*Louisville Jefferson Country Govt et al v. Clark and Hardin* Trial Testimony</u>

1.  Testimony of Sheriff Joseph Greer at Special Grand Jury, May 7, 1993

2.  Opening Statement by Kenton Smith

3.  Testimony of Sheriff Heather Livers

4.  Testimony of DA Ernie Embry

5.  Testimony of Garr Keith Hardin

6.  Testimony of Mark Handy

7.  Closing Statement of Kenton Smith

<u>Academic Pieces</u>

Barton, Blanche. 1990. *The Secret Life of a Satanist: The Authorized Biography of Anton LaVey*. Los Angeles: Feral House.

Fine, Gary Alan, and Jeffrey Victor. "Satanic Tourism: Adolescent Dabblers and Identity Work." *The Phi Delta Kappan* 76, no. 1 (1994): 70–72.

Gaines, Donna. 1991.*Teenage Wasteland: Suburbia's Dead End Kids*. New York: HarperBooks.

Gonzalez-Wippler, Migene. 1988. *The Complete Book of Spells, Ceremonies and Magic*. St. Paul, MN: Llewellyn Publications.

Hertenstein, Mike and Jon Trott. 1993. *Selling Satan: The Tragic History of Mike Warnke*. Chicago: Cornerstone Press.

Hicks, Robert D. 1991. *In Pursuit of Satan: The Police and the Occult*. Buffalo, NY: Prometheus Books.

Lewis, James R. and Jesper Aagaard Petersen. 2008. *The Encyclopedic Sourcebook of Satanism*. Amherst, NY: Prometheus Books.

Lewis, James R. and Tollefsen, Inga B., eds. 2016. *The Oxford Handbook of New Religious Movements: Volume II*. New York, NY: Oxford University Press.

LaVey, Anton Szandor. 1969. *The Satanic Bible.* New York: Avon Books.

LaVey, Anton Szandor. 1972. *The Satanic Rituals: Companion to The Satanic Bible*. New York: Avon Book.

Lyons, Arthur. 1988. *Satan Wants You: The Cult of Devil Worship in America*. New York: The Mysterious Press.

Medway, Gareth J. 2001. *Lure of the Sinister: The Unnatural History of Satanism*. New York: University Press.

Petersen, Jesper Aagaard, ed. 2009. *Contemporary Religious Satanism: A Critical Anthology*. Burlington, VT: Ashgate Publishing.

Richardson, James T., Joel Best, and David G. Bromley, eds. 1991. *The Satanism Scare*. Hawthorne, NY: Aldine de Gruyter.

Victor, Jeffrey S. 1993. *Satanic Panic: The Creation of a Contemporary Legend*. Chicago: Open Court.

Smith, Michelle and Lawrence Padzer. 1980. *Michelle Remembers.* New York: Congdon & Lattes, Inc.

Misc. Materials

1. Letter from Dr. Ronald M. Holmes to Detective Mark Handy, Louisville Police Department, April 8, 1992

2. Mark Handy Deposition Transcript in *Clark and Hardin v. Louisville Jefferson County Metro Government et al,* September 21, 2020

3. Summary of Mark Handy Deposition Transcript in *Clark and Hardin v. Louisville Jefferson County Metro Government et al,* September 21, 2020

4. Mark Handy Deposition Transcript in *Clark and Hardin v. Louisville Jefferson County Metro Government et al,* September 14, 2021

5. Summary of Mark Handy Deposition Transcript in *Clark and Hardin v. Louisville Jefferson County Metro Government et al,* September 14, 2021

6. Garr Keith Hardin Deposition Transcript in *Clark and Hardin v. Louisville Jefferson County Metro Government et al,* March 27, 2019

7. Summary of Garr Keith Hardin Deposition Transcript in *Clark and Hardin v. Louisville Jefferson County Metro Government et al,* March 27, 2019

8. Documents from the Occult Crime, given at the Georgia Public Safety Training Center, Forsyth, GA. August 10-12, 1988, which I attended

9.  Rhonda Sue Warford Autopsy Report, April 05, 1992

10. "Meade Slaying Involved Satanism, Prosecutor Says Official Calls Killing Sacrificial, Plans to Seek Death Penalty." Lexington Herald-Leader, July 6, 1992.

11. *Clark and Hardin v. Louisville Jefferson County Metro Government et al* Marked Exhibit 63: Affidavit for Search Warrant, Search Warrant, and Search Warrant Inventory of Mobile Home Park Lot in the Warford Homicide Investigation

12. *Clark and Hardin v. Louisville Jefferson County Metro Government et al* Marked Exhibit 1: Book of Shadows Notes

13. Meade County Sheriff's Office's Chart of Satanic Symbols

14. Mark Handy Certification of Completion of *Occult Crimes: Reduction & Detection Seminar*, November 29, 1989

15. Jessica York and Dr. Julie Heinig Supplemental Report on Jeffery Clark for the DNA Diagnostics Center, December 18, 2014

16. Jessica York and Dr. Julie Heinig Supplemental Report on Jeffery Clark for the DNA Diagnostics Center, January 16, 2015

17. Jessica York and Dr. Julie Heinig Supplemental Report on Jeffery Clark for the DNA Diagnostics Center, July 9, 2015