IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| JEFFREY DEWAYNE CLARK and GARR KEITH HARDIN, | ) ) ) |
| Plaintiffs, | ) Case No. 17-CV-419-GNS-CHL ) |
| v. | ) ) |
| LOUISVILLE JEFFERSON COUNTY METRO GOVT, et al., | ) ) ) |
| Defendants. | |

I, Jeffrey Clark, declare as follows:

1. In 1995, I was wrongfully convicted of the murder of Rhonda Sue Warford.

2. I spent over 22 years imprisoned as a result of that wrongful conviction.

3. I am actually innocent of that crime. I had nothing to do with Ms. Warford's disappearance or murder.

4. I have been made aware of misconduct by Detective Mark Handy in other homicide investigations, including the Edwin Chandler and Keith West cases, including misconduct that led to Handy's recent criminal conviction. At the time of my criminal trial, I was unaware of this misconduct or evidence of this misconduct, beyond the allegations about taping in the West case and deletion of the video in the Chandler case which were published in the newspaper before my trial and/or raised on the record at my trial.

5. I have also been made aware of misconduct by Sheriff Joe Greer, Deputy Cliff Wise, Coroner Bill Adams, and Handy in fabricating false statements and withholding exculpatory evidence of which I was unaware at the time of my trial.

6. At the time of my trial, I was unaware that Greer and Wise withheld exculpatory evidence relating to jailhouse informant Clifford Capps, including a letter in which Capps asked Kevin Justis to lie on the stand against me, that Capps had lied to Greer

Page 1 of 2

in previous criminal investigations, and that Capps had a reputation for dishonesty within the Meade County Sheriff's Department.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this the 25th day of January, 2023 in Beattyville, Kentucky.

_____
JEFFREY CLARK