

# City of Louisville
## DIVISION OF POLICE
633 W. Jefferson Street • Louisville, KY 40202-2786

JERRY E. ABRAMSON
MAYOR

THOMAS T. KUSTER
Director of Safety

DOUGLAS HAMILTON
Chief of Police

April 9, 1992

```
           Re:  Foreign Homicide Investigation
       Victim:  Rhonda Sue Warford W/F/19
      Address:  104  E. Whitney Avenue
     Location:  9 Miles Southwest of Brandenburg,
                KY, Off of Kentucky 823, 150 ft.
                Off of the Highway, at the Edge
                of a Field
         Date:  Sunday, April 5, 1992
                (Date PAS Notified)
         Time:  2015 Hours (Time PAS Notified)
         Date:  April 5, 1992 (Date Victim Found)
         Time:  0730 Hours (Time Victim Found)

         File:  92070

      Subject:  Interview Mary Warford,
                Information from Crystal Barnes,
                Re-interview Keith Hardin

Submitted by:   Detective Mark Handy
```

Major James W. Griffiths
Commander C.I.S.

Sir:

    In continuation of the above captioned case, on Thursday, April 9, 1992, while present in the PAS Office for my

Major James W. Griffiths
92070
Page 2

normal tour of duty, I met with Sheriff Joe Greer of the Meade County Sheriff's Department and advised Sheriff Greer that I had an appointment at noon to speak with the family of the above captioned victim.

Sheriff Greer, along with Detective Gary Mason, accompanied me to the victim's house at 104 East Whitney Avenue. We then had a meeting with the victim's family and I spoke with the victim's mother, Mary Warford.

INTERVIEW MARY WARFORD

Mary Warford advised me that the victim was talking to her boyfriend, Keith Hardin, at approximately 1500 hours and that the victim went to the store at approximately 1900 hours and was on her way home and someone was following her back and wanted to marry her. Mary Warford further advised that at approximately 2045 hours that the victim called her cousin, Crystal, at 368-0655, and wanted Crystal to go shopping. Mary Warford advised that the victim appeared to be in a good mood and that Mary went to bed at approximately midnight and that the victim, Rhonda, took the phone in her room at that point. Mary Warford further advised that Rhonda came into her room at approximately 0030 hours and got the door key and when Mary asked where she was going Rhonda replied to her "Down here" and Rhonda then left and was not seen again.

Mary Warford advised that at approximately 0400 to 0500 hours that she checked Rhonda's room and that she was not there. Mary advised that when Rhonda last left she was wearing her hair in a ponytail and that there was an elastic band in her hair that was black with different colors. Mary Warford advised that Rhonda did not take anything except the key to the house.

Mary Warford advised that Rhonda would not go and meet someone that she did not know, but further advised that she does not know if Rhonda may have received a phone call or made a phone call.

I determined that Mary Warford had no additional information at this time.

I then talked to a Crystal Barnes, who described herself as a friend of Rhonda's.

INFORMATION FROM CRYSTAL BARNES

Crystal explained to me that Rhonda was only into devil worship to make Keith happy and that the reason that Rhonda

put the upside down cross on her chest was to make Keith happy. Crystal advised me that Rhonda told her, that Keith Hardin told her, that if she ever left him or he ever caught her cheating on him that he would kill her.

It was determined that Crystal Barnes had no additional information concerning the above captioned case at this time and she was thanked for her cooperation.

Upon conclusion of the above interviews I, along with Detective Mason and Sheriff Greer, departed that location and returned to the PAS Office.

After arrival in the PAS Office, I contacted Keith Hardin and advised him that we wished to re-interview him concerning the above captioned case.

I, along with Sheriff Greer, proceeded to Tarrytown Road and met with and brought Keith Hardin back to the PAS Office.

Upon arrival in the PAS Office, I explained to Keith that he did not have to speak with us concerning any knowledge about the above captioned investigation and Keith advised us that he understood his rights and wished to speak with us concerning this case.

RE-INTERVIEW KEITH HARDIN

I then asked Keith about the information that I had received from Crystal Barnes and Keith acknowledged that he had previously told Rhonda that if she ever cheated on him or left him that he would kill her, but that he had told all his girlfriends that and none of them were dead.

I then asked Keith about owning a knife and Keith again denied owning a knife and advised me that he did not own a knife and that he did not know if Jeffrey Clark owned a knife either.

Keith Hardin further advised me that he only got as close as the expressway to Rhonda's house on Thursday morning, April 2, 1992; that he did not see Rhonda that evening or morning and that he does not know what happened to Rhonda.

Keith Hardin further advised that he had no knowledge of what happened to Rhonda Warford and that he also had no involvement in what happened to Rhonda Warford.

LMPD00413

Major James W. Griffiths
92070
Page 4

    Keith Hardin was subsequently transported home by Sheriff Joe Greer.

    The investigation concerning the above captioned case is continuing.

                                Respectfully submitted,

                                *Det. Mark Handy*

                                Detective Mark Handy
                                Physical Assault Squad
                                Criminal Investigation Section

mjm

J.W.