LRN 92-2-1498 [RDT]

Case #: MC-4-92-093

4-10-92
@ 9:50 AM

Sheriff Greer called to fill me in on this case.

[wand & appears to look right through you] (gruesome) according to Sheriff Greer

Hardin, Keith – Rhonda Warford's boyfriend.
Clark, Jeffrey – Keith Hardin's good friend.

Clark and Hardin were avid devil worshippers. They planned Rhonda Warford's murder (Pre-meditated. Hardin threatened to kill her as recent as Tuesday, March 31).
She had told him before that she was pregnant and he said she better not be and should not become pregnant.

They volunteered their SAECK. They both took a polygraph and failed.

R. Warford hated Jeff, and she split he and Keith up. They got back together 3 weeks ago, and that's when they began plan to kill her.

Rhonda Warford was crazy about K. Harding and wouldn't leave house for anyone but him. Her sist. usually drove her to his house, but that night at 12:30 AM she left out alone with no explanation of where she was going. —(over)—

THURMAN0049

LRN 92-2-1498 [RDT]

92-2-1498
4-15-92
RDT

Case #: MC-4-92-093

Ex. 21 - SAECK in manilla envelope from Garr K. Hardin collected 4-7-92
   21B: PHS. (adequate)
   21C: HHS. (adequate)
   21D: Four (4) Saliva swabs.
   21E: BS.
   21G: Two (2) CS.

Ex. 22 - One (1) blue box w/ gray lid containing one (1) pair of dirty white "SILVER SERIES" brand low top tennis shoes. Phenol. (-) the stains on both shoes that looked like they may have been blood were phenol. (-). All stains and materials were tested.

My mark is on heel of each shoe.

THURMAN0050