1    THE COURT:  Mr. Smith?
2    MR. SMITH:  No, sir.
3    THE COURT:  May this witness be finally excused and
4  without subject to recall?
5    MR. ROGERS:  Think that's okay with me.
6    MR. ADAMS:  Fine, Judge.
7    THE COURT:  Thank you for being with us.  You're free
8  to go, stay in the courtroom, go home, whatever you'd like to
9  do.  Mr. Smith, you got 20 minutes -- 20 minutes, plus or minus.
10   MR. SMITH:  Judge?
11   THE COURT:  Sir?
12   MR. SMITH:  Were you going to give her the standard
13 admonition?
14   THE COURT:  Oh.  Ma'am?  Ma'am?  Do not discuss any
15 questions that you were asked or any answers that you gave or
16 any aspect of this case with anyone other than the attorneys
17 involved.  You understand what I just told you?  All right.
18 Free to go.
19   MR. SMITH:  Crystal Barnes, Your Honor.
20   THE COURT:  Bring her in.  Ma'am, if would come right
21 around here.  Stop, stop right there and face -- raise your
22 right hand.  Do you solemnly swear or affirm the testimony
23 you're about to give will be the truth, the whole truth, and
24 nothing but the truth, so help you God?
25   CRYSTAL BARNES:  Yes.

```
 1              THE COURT:  Please be seated.  All right, Mr. Smith,
 2   you may go forwards.
 3              MR. SMITH:  State your name for the record, please.
 4              CRYSTAL BARNES:  Crystal Gail Enix (ph).
 5              MR. SMITH:  Now, in April of 1992, was that your name,
 6   Crystal?
 7              CRYSTAL BARNES:  No.
 8              MR. SMITH:  What was your last name in April of 1992?
 9              CRYSTAL BARNES:  Barnes.
10              MR. SMITH:  What relationship, if any, did you have
11   with Rhonda Sue Warford?
12              CRYSTAL BARNES:  She was my cousin.
13              MR. SMITH:  And would you run around with her?
14              CRYSTAL BARNES:  Yes.  Very much.
15              MR. SMITH:  And were you ever around her when Keith
16   Hardin and the defendant Clark were there?
17              CRYSTAL BARNES:  Yes.
18              MR. SMITH:  Where at?
19              CRYSTAL BARNES:  At the trailer and at my aunt's home.
20              MR. SMITH:  Your aunt being Rhonda's mother?
21              CRYSTAL BARNES:  Yes.
22              MR. SMITH:  When you were out at the trailer, um, what
23   were you doing out at the trailer when you were out there?
24              CRYSTAL BARNES:  Um, we listened to music, we had a
25   party a couple of times.  Um, I only went out there three times,
```

1  so that's about it.
2           MR. SMITH:  Tell us whether or not you observed the
3  defendant Hardin being involved with Satanism at all.
4           CRYSTAL BARNES:  No, sir.  He never told me that.
5           MR. SMITH:  And you never saw him do anything in that
6  regard?
7           CRYSTAL BARNES:  No, sir.
8           MR. SMITH:  Did you ever see Rhonda Sue Warford do
9  anything in that regard?
10          CRYSTAL BARNES:  No, sir.
11          MR. SMITH:  Did you ever see the defendant Jeff Clark
12 do anything in that regard?
13          CRYSTAL BARNES:  No, sir.
14          MR. SMITH:  When you were out at the trailer, when you
15 were out at the trailer, uh, did you ever hear either of the
16 defendants threaten Rhonda Sue Warford?
17          CRYSTAL BARNES:  No, sir.
18          MR. SMITH:  Now, I want to take you back to the night
19 of April 1, 1992.  Okay?
20          CRYSTAL BARNES:  Okay.
21          MR. SMITH:  Do you remember that night?
22          CRYSTAL BARNES:  Yes, sir.
23          MR. SMITH:  What contact had you had, if any, with
24 Rhonda Sue Warford that day?
25          CRYSTAL BARNES:  I spoke to Rhonda earlier that day;

1  she called me.  It was between 2 and 3:00 that afternoon.  And I
2  spoke to her at about, I'd say 10:30 that night.
3           MR. SMITH:  Now, that night, how did you speak with
4  her that night?
5           CRYSTAL BARNES:  That night?
6           MR. SMITH:  Uh-huh.
7           CRYSTAL BARNES:  I was asleep at the time that she
8  called.  I'd say I went to bed about 10:00, but I really wasn't
9  in a deep sleep.  Um, I had a young baby at the time, so when
10 the phone started to ring I picked it up real quick and she
11 asked me if I would like to go shopping with her the next day,
12 and I told her that I couldn't because I had to take my baby to
13 the doctor that day.
14          MR. SMITH:  Now, you went to bed at 10:00.
15          CRYSTAL BARNES:  Yes, sir.
16          MR. SMITH:  Were you asleep when the phone rang?
17          CRYSTAL BARNES:  I was, I was just about to, you know,
18 fall into a deep sleep.  I mean, I heard the phone ring as soon
19 as it started.
20          MR. SMITH:  Where is the phone at in your house there?
21          CRYSTAL BARNES:  Right next to my bed.
22          MR. SMITH:  Is there a clock next to your bed?
23          CRYSTAL BARNES:  No, sir.
24          MR. SMITH:  Now, you know you went to bed at 10:00 and
25 you know that the phone rang sometime after that.

```
 1                CRYSTAL BARNES:  Yes, sir.
 2                MR. SMITH:  Okay.  Can you tell us with any degree of
 3   accuracy the time that the phone call came in?
 4                CRYSTAL BARNES:  I would say about 20 'til 11.
 5                MR. SMITH:  And what do you base that time period on,
 6   Crystal?
 7                CRYSTAL BARNES:  Um, well, I know that I went to bed
 8   at 10:00 and I laid there for a few minutes before I started to
 9   fall asleep, and right after I received the phone call from her,
10   um, I knew that, you know, my husband was up watching TV and I
11   knew that he had came to bed at 11:00.  So, it wasn't 11:00 yet.
12                MR. SMITH:  Okay.  Now, how often would you speak with
13   Rhonda Sue Warford back in April of 1992?
14                CRYSTAL BARNES:  We were very close; we spoke a lot.
15                MR. SMITH:  Would you speak on a daily basis?
16                CRYSTAL BARNES:  Just about.
17                MR. SMITH:  Would you talk about the normal things
18   that girls talk about?
19                CRYSTAL BARNES:  Yes, sir.
20                MR. SMITH:  If you had plans and if Rhonda had plans,
21   would y'all discuss those plans?
22                CRYSTAL BARNES:  Yes, sir.
23                MR. SMITH:  About all the time?
24                CRYSTAL BARNES:  Yes, sir.
25                MR. SMITH:  Now, when Rhonda called you that night and
```

```
 1  talked to you about going shopping, did she mention any plans to
 2  go out at all?
 3              MALE SPEAKER:  Objection, Judge.  Calls for hearsay.
 4              MR. SMITH:  Verbal act.  The answer's going to be no.
 5              MR. ROGERS: I, I think we gotta pull a case on that,
 6  Judge.  I don't think --
 7              THE COURT:  Huh?
 8              MR. ROGERS:  I think we may have to pull a case on
 9  verbal act.  I don't think it's --
10              (Overlapping Conversation)
11              MR. SMITH:  Well, it's not, it's not --
12              MR. ROGERS: -- what it means.
13              MR. SMITH:  Well, it's not hearsay because she's going
14  to say that Rhonda did not mention anything.
15              THE COURT:  You're not going to ask her what she said,
16  you're asking the absence of (inaudible)?
17              MR. SMITH:  That's right.  That's not hearsay.
18              MR. ROGERS:  No.  He's not asking (inaudible).
19              THE COURT:  But the effect is almost the same thing.
20              MR. ROGERS:  No, he, he -- and Rhonda's going to say,
21  "I wasn't going out." He's going to ask her what she said and
22  she said, "I'm not going out."
23              MR. SMITH:  No.
24              THE COURT:  No, that's not what he said.
25              MR. SMITH:  No.  She didn't mention any --
```

```
 1              (Overlapping Conversation)
 2         THE COURT:  He said, "Did she say anything to you
 3   about going out later that evening?"  is the question.
 4         MR. SMITH:  Right.  And it can't be offered to prove
 5   the truth of the matter asserted if there was nothing asserted.
 6         MR. ADAMS:  Well, I mean, is, is -- what is she going
 7   to say?
 8         MR. SMITH:  She's going to say, no, she didn't make
 9   any mention whatsoever about going out later that night.
10         MR. ADAMS:  Well, I -- no, I don't see any problem.
11         MR. ROGERS:  I mean, I -- no.
12         THE COURT:  All right?
13         MR. ADAMS:  I don't see a problem.  I mean, as far --
14   at least as far as my client.
15              (Overlapping Conversation)
16         THE COURT:  I'm going to let her, I'm going to let her
17   answer.
18         MR. ROGERS:  Okay, okay.  As long as she's not going
19   to say what she said.
20         THE COURT:  Yeah, he's not.
21         MR. SMITH:  She didn't say nothing.
22         MR. ROGERS:  Okay.
23         MR. SMITH:  Okay, Crystal.  When you talked to Rhonda
24   on the telephone that night sometime between 10 and 11, did she
25   make any mention whatsoever to you about going out later that
```

1   night?
2           CRYSTAL BARNES:  No, sir.
3           MR. SMITH:  That's all I have.  Thank you.
4           MALE SPEAKER:  Yeah.
5           THE COURT:  Mr. Adams.
6           MR. ADAMS:  Miss Barnes, I believe that you indicated
7   to the ladies and gentlemen of the jury that you had been over
8   to the trailer on three occasion?
9           CRYSTAL BARNES:  Yes, sir.
10          MR. ADAMS:  Is that correct?
11          CRYSTAL BARNES:  Yes.
12          MR. ADAMS:  And was one of those short after your
13  cousin Rhonda met Jeff Clark?
14          CRYSTAL BARNES:  Yes, sir.
15          MR. ADAMS:  And was it the night after they met, as
16  far as you know?
17          CRYSTAL BARNES:  I have no idea.
18          MR. ADAMS:  Okay.  When you were over there, Miss
19  Barnes, did, did you ever -- or did anybody that was there spend
20  the night?  Any of the visitors, such as Rhonda, yourself --
21          CRYSTAL BARNES:  That night?
22          MR. ADAMS:  Any night?
23          CRYSTAL BARNES:  I know Rhonda has spent the night
24  there.
25          MR. ADAMS:  Okay.  Had she spent the night prior to

1  the time that you went over there?
2           CRYSTAL BARNES:  No, sir.
3           MR. ADAMS:  Okay.  The first night that you went over,
4  did she spend the night?
5           CRYSTAL BARNES:  Yes, sir.
6           MR. ADAMS:  Okay.  How did you all get there?
7           CRYSTAL BARNES:  Jeff Clark.
8           MR. ADAMS:  Came and picked you up?
9           CRYSTAL BARNES:  Yes, sir.
10          MR. ADAMS:  Okay.  Did you find out from your
11 discussions that they had just met the night before?
12          CRYSTAL BARNES:  Um, yeah.  Yes.
13          MR. ADAMS:  And Michelle was with you too?
14          CRYSTAL BARNES:  The night that I was there?
15          MR. ADAMS:  Yes, ma'am.
16          CRYSTAL BARNES:  No, sir.
17          MR. ADAMS:  The -- was, was Michelle ever there with
18 you?
19          CRYSTAL BARNES:  Yes, sir.  One time.
20          MR. ADAMS:  And was Michelle -- go -- I'm sorry, go
21 ahead and  --
22          CRYSTAL BARNES:  One time.  Yes.
23          MR. ADAMS:  One time.  And the one time it was -- that
24 Michelle was there, did you all spend the night?
25          CRYSTAL BARNES:  No.

1    MR. ADAMS:  Okay.  When you did spend the night there,
2    what were the sleeping arrangements?  Let's say the first night
3    that y'all spent the night?
4            CRYSTAL BARNES:  Um, my husband was with me that
5    night.
6            MR. ADAMS:  Okay.
7            CRYSTAL BARNES:  We had went bowling that night
8    together, all of us.
9            MR. ADAMS:  Okay, okay.
10           CRYSTAL BARNES:  Um, --
11           MR. ADAMS:  Who, who -- tell us who "all of us" is.
12           CRYSTAL BARNES:  Um, my two friends from high school,
13   my husband, --
14           MR. ADAMS:  Uh-huh.
15           CRYSTAL BARNES:  -- Jeff Clark, Rhonda, and that was
16   it.
17           MR. ADAMS:  And then y'all went back to Jeff's place
18   and --
19           (Overlapping Conversation)
20           CRYSTAL BARNES:  Yes, sir.  Yes.
21           MR. ADAMS:  -- partied, drank, had fun, --
22           CRYSTAL BARNES:  Yes, sir.
23           MR. ADAMS:  -- and just spent the night?
24           CRYSTAL BARNES:  Yes, sir.
25           MR. ADAMS:  When was the next time you spent the night

1  there?
2           CRYSTAL BARNES:  That was the only time.
3           MR. ADAMS:  Oh, that's the only time?
4           CRYSTAL BARNES:  Yes, sir.
5           MR. ADAMS:  Tell the ladies and gentlemen of the jury
6  the other two occasions that you were there.  Now, are, are you
7  telling me this first time that you were there was the time you
8  spent the night when you had your husband and everybody?
9           CRYSTAL BARNES:  Yes, sir.
10          MR. ADAMS:  Okay.  Tell us, in time, when was the next
11 time that you went over there and who was there?
12          CRYSTAL BARNES:  The next time I went there it was me,
13 Rhonda, Jeff Clark, and I believe that was it.
14          MR. ADAMS:  And approximately how long was that after
15 he first occasion?
16          CRYSTAL BARNES:  Um, I'm sorry, I don't remember.
17          MR. ADAMS:  Okay.  I -- it is not necessary that you
18 be precise at all, Miss Barnes.  If you can just give us an
19 approximation.
20          CRYSTAL BARNES:  I would say a week -- maybe a week.
21          MR. ADAMS:  About one week.  And this was during
22 November of 1991?
23          CRYSTAL BARNES:  Yes, sir.
24          MR. ADAMS:  Okay.  The next time that u went over
25 there?  Well, let me go back to this.  When it was Rhonda, you,

1  and Jeff.  Did he come and, and pick you all up?
2            CRYSTAL BARNES:  Yes, sir.
3            MR. ADAMS:  And where did he pick you up from?
4            CRYSTAL BARNES:  From our home.
5            MR. ADAMS:  The home where?  On what street?
6            CRYSTAL BARNES:  Whitney Avenue.
7            MR. ADAMS:  On Whitney.  Okay.  At about what time of
8  day or night was that?
9            CRYSTAL BARNES:  Um, let's see.  I would say about
10 10:00 at night.
11           MR. ADAMS:  10:00 at night when he came to pick you
12 up?  And about what time did he take you home?
13           CRYSTAL BARNES:  That is the night that we spent the
14 night there because we were out late bowling.
15           MR. ADAMS:  Oh, I'm sorry.  You misunderstood my
16 question, I'm, I'm sorry.  Or maybe I misunderstood your answer.
17 That's probably just as likely.  The first time that you spent
18 the night there, --
19           CRYSTAL BARNES:  Okay.
20           MR. ADAMS:  -- was your husband with you?
21           CRYSTAL BARNES:  Yes, sir.
22           MR. ADAMS:  Okay.  And that's the only time that you
23 spent the night there?
24           CRYSTAL BARNES:  Yes, sir.
25           MR. ADAMS:  And that's when all, all these people were

1  there, you'd been bowling with your friends, etcetera.
2           CRYSTAL BARNES:  Yes, sir.
3           MR. ADAMS:  Okay.  What I want to do now is go to the
4  next time.
5           CRYSTAL BARNES:  Okay.
6           MR. ADAMS:  Okay.  The next time was approximately one
7  week later?
8           CRYSTAL BARNES:  Yes.
9           MR. ADAMS:  And it was Rhonda, you, and Jeff only; is
10 that correct?  Or did I misunderstand?
11          CRYSTAL BARNES:  Can I think about that night for a
12 minute?
13          MR. ADAMS:  Absolutely.
14          CRYSTAL BARNES:  Okay.
15          MR. ADAMS:  Absolutely.
16          CRYSTAL BARNES:  I think I'm leaving something out.
17 Okay.  As I remember, it was me, Rhonda, Jeff Clark, Michelle,
18 and Keith.
19          MR. ADAMS:  Michelle and Keith.
20          CRYSTAL BARNES:  That was the second time I was there.
21          MR. ADAMS:  Rhonda, Jeff, Michelle, Keith, and you?
22          CRYSTAL BARNES:  Yes.
23          MR. ADAMS:  Okay.  Now, did you spend the night that
24 night?
25          CRYSTAL BARNES:  No, sir.

1           MR. ADAMS:  Okay.  Did any of them spend the night
2    that night?
3           CRYSTAL BARNES:  No, sir.
4           MR. ADAMS:  Okay.  Did Jeff come in and get you?
5           CRYSTAL BARNES:  That night?
6           MR. ADAMS:  Yes, that night.
7           CRYSTAL BARNES:  Yes, sir.
8           MR. ADAMS:  And did he have Keith with him when he
9    came to get you?
10          CRYSTAL BARNES:  Uh, I don't, I don't remember if he
11   was with us or not.
12          MR. ADAMS:  All right.  And was Jeff matched up with -
13   - was there any type of a matching between men and women?
14          CRYSTAL BARNES:  No, sir.
15          MR. ADAMS:  Say Jeff and Michelle or --
16          (Overlapping Conversation)
17          CRYSTAL BARNES:  No, sir.
18          MR. ADAMS:  -- uh, and there certainly was never
19   anything between Jeff and Rhonda physically, that you're aware
20   of?
21          CRYSTAL BARNES:  No, sir.
22          MR. ADAMS:  Okay.  The -- could you tell us, moving
23   forward in time, the next time that you went over to Jeff
24   Clark's trailer and who was there?
25          CRYSTAL BARNES:  Okay.  The third time that I was

1  there it was me and my husband alone.  No one was at the trailer
2  at that time.  I was going out there to get a baby bed that Jeff
3  Clark had given to me, and I was just going out there to pick it
4  up.
5           MR. ADAMS:  Okay.  And there, there was nobody there?
6           CRYSTAL BARNES:  No, sir.
7           MR. ADAMS:  Okay.  And did, did you -- were you very
8  close to, to your cousin Michelle?
9           CRYSTAL BARNES:  (Inaudible), sir.
10          MR. ADAMS:  Okay.  Do you know how many times, uh --
11 to your knowledge and only if you know could you -- should you
12 answer this question -- do you know how many times that she had
13 been out to the trailer?
14          CRYSTAL BARNES:  I have no idea.
15          MR. ADAMS:  Do you know if she ever spent the night at
16 the trailer?
17          CRYSTAL BARNES:  Yes, sir.
18          MR. ADAMS:  Okay.  And the answer to that is that she
19 did?
20          CRYSTAL BARNES:  Yes.
21          MR. ADAMS:  And was that on more than one occasion?
22          CRYSTAL BARNES:  Yes.
23          MR. ADAMS:  Would you say it was two, three, or four?
24 And you don't have to be precise; just give me your best
25 estimate.

1        CRYSTAL BARNES:  I would say about six.
2        MR. ADAMS:  About six times.  Okay.  And was that
3   early in November of 1991?
4        CRYSTAL BARNES:  Yes, sir.
5        MR. ADAMS:  Okay.  And when she was spending the night
6   out there, do you know whether or not Rhonda was with her?  Or
7   was she with Jeff by herself?
8        CRYSTAL BARNES:  With him.
9        MR. ADAMS:  Was -- Michelle, when she spent -- when
10  she went out there.
11       CRYSTAL BARNES:  Uh-huh.
12       MR. ADAMS:  Okay.  You say she spent the night there
13  about six times?
14       CRYSTAL BARNES:  Yes.
15       MR. ADAMS:  Okay.  When she was there, do you know
16  whether or not there were other people there other than Jeff
17  Clark?  If you know.
18       CRYSTAL BARNES:  Uh, no, sir.  No.
19       MR. ADAMS:  Meaning you don't know?
20       CRYSTAL BARNES:  No, I do not know.
21       MR. ADAMS:  Okay.
22       CRYSTAL BARNES:  But I know that Michelle Rogers, she
23  has -- she did not spend the night there.  But there were other
24  girls that had, but I mean, I don't know if they're --
25       MR. ADAMS:  I'm sorry.  I -- maybe I've done something

1  wrong here.  The person that you know that spent the night there
2  at least six times, was that Michelle?
3              CRYSTAL BARNES:  That's Rhonda.
4              MR. ADAMS:  Oh, Rhonda.  Excuse me.
5              CRYSTAL BARNES:  Rhonda.
6              MR. ADAMS:  I asked the wrong question, then.  All
7  right.  Or I'm fooling myself.  Michelle, to your knowledge, did
8  she ever stay out there?
9              CRYSTAL BARNES:  No, sir.  Not to my knowledge.
10             MR. ADAMS:  Have, have you ever been around, Crystal,
11 when either Michelle or Rhonda would get in cars with people --
12 with men that they barely knew and just take off riding with
13 them?
14             CRYSTAL BARNES:  No, sir.
15             MR. ADAMS:  And if Michelle tells us that she had done
16 that, you just don't know about it?
17             CRYSTAL BARNES:  No, sir.
18             MR. ADAMS:  All right.  Thank you very much.
19 Appreciate it.
20             THE COURT:  Mr. Rogers, you think you can handle it in
21 five minutes?
22             MR. ROGERS:  I'll pass, Judge.
23             THE COURT:  You'll pass?  Mr. Smith, that gives you
24 redirect if you want it.
25             MR. SMITH:  Nothing, uh, nothing, Your Honor.

```
 1              THE COURT:  Okay.  May this witness be finally
 2  excused?
 3              MR. ADAMS:  Yes, sir.
 4              THE COURT:  Ma'am, we appreciate you being with us.
 5  You're free to go now.  Listen just a second before you get out
 6  of here.  I don't want you to discuss any questions that you
 7  were asked or any answers that you gave or any aspect of this
 8  case with anyone other than the attorneys that are involved
 9  until this matter is finally over.  Do you understand that?
10              CRYSTAL BARNES:  Yes, sir.
11              THE COURT:  Okay.  Thank you.  Ladies and gentlemen,
12  it's five minutes 'til five.  If you're as tired of sitting as I
13  am, you're ready to go home.  So, I'm going to give you this
14  admonition and we'll do just that.  It is your duty not to
15  permit anyone to speak to or to communicate with you on any
16  subject connected with this trial, and any attempt to do so
17  should be immediately reported by you to the court.  Do not
18  converse or discuss among yourselves any subject connected with
19  the trial, nor form or express any opinion thereon until the
20  case is finally submitted to you for determination.  If anyone
21  should state anything within your hearing about this case,
22  promptly bring that matter to the attention of court.  Ladies
23  and gentlemen, I have cautioned you so many times; I want to
24  caution you again.  That admonition is critically important to
25  the central purpose why we're here, and that is to give
```



1  everybody a fair trial.  Please take it to heart.  Live with it
2  until this thing is over with, and then you can go out and just
3  talk about it all you want.  But until this trial is over with,
4  please comply with the admonition very carefully.  I will
5  tomorrow, as I have each day, ask you under oath if you've
6  complied with the admonition.  With that, ladies and gentlemen,
7  you're free to go.  Everyone else remain seated in the courtroom
8  until the jury's had a chance to get out of the building.  Thank
9  you very much.  You all can just relax and just sit here for a
10 few minutes.

                                 ---
                    (Conclusion of recorded proceedings)
                                 ---