## KENTUCKY STATE POLICE
## CRIME LABORATORY

### Request for Examination

Case No. *MC-4-92-093*

Laboratory No. _____

TO: Crime Laboratory

FROM: *Joseph E. Greer, Sheriff*

DEPARTMENT: *Meade Co. Sheriff Dept*
*Court House*
*Brandenburg, Ky 40108*

rec'd.
4-6-92
@
10:45 AM
Sheriff Greer → PDT

Exhibit *22*
*Sheriff Greer*
Date *8/7/19*

OFFENSE: *Murder*
DATE: *4-5-92*
COUNTY: *Meade*
VICTIM: *Rhonda Sue Warford*
SUSPECT OR ACCUSED: *Unknown*
INVESTIGATING OFFICER: *Joseph E. Greer*
DEPARTMENT: *Meade Co. Sheriff Dept*

EXHIBITS:

*See attached list.*

CASE HISTORY: *Victim found near wooded area in Meade Co. Had been apparently stabed to death*

EXAMINATION REQUESTED:

*4/6/92*
Date

Reviewed by

*[signature]*
Officer Making Request

Attach additional pages if needed.

7-6-92
0930

I
1. Bloody leaves from face of victim
2. Bloody leaves by Keys
3. Blood sample from victim
4. Key Rings - Latent Prints - returned to officer to ~~Central Lab~~ AFIS
5. Rape Kit
6. Victim Hair sample from Head
7. Hair & Nail scrapings from R.F. Hand
8. Hair & Nail scrapings from Left Hand
9. ~~Hair~~ found on right hand
10. Bag used to bag Left Hand
11. Bag used to bag Right Hand
12. Soil Sample from entrance scene ⎫
13. Soil from possible suspect vehicle ⎭ Trace returned to officer to Central Lab
14. Victim Red, White & ~~Black~~ Jacket
15. Victims Blue Shirt
16. Victims Red Sweat Pant / Hair similar to Harbin's
17. White Bra (Victims)
~~18. Victims White Canvas Sh--- ---- this kit will be ---~~
18. Victims White Canvas Shoes

MSCO001351

KENTUCKY STATE POLICE
CRIME LABORATORY

Request for Examination

*in turn
Sgt Joseph Wood
on 4-8-92 at
11:20am  BPW
WBM*

Case No. MC-4-92-093

Laboratory No. _____

TO: Crime Laboratory

FROM: Joseph E Greer

DEPARTMENT: Meade County Sheriff Dept

OFFENSE: Murder
DATE: 04-05-92
COUNTY: Meade
VICTIM: Rhonda S Warford
SUSPECT OR ACCUSED: None
INVESTIGATING OFFICER: Joseph E Greer
DEPARTMENT: Meade County Sheriff Dept
EXHIBITS: ~~#4 Key rings with several items~~

BPW) # 12 Soil From Entrance area of Crime Scene
BPW) # 13 Soil From possible suspect Vehicle
WBM # 20 mold of a tire

CASE HISTORY: Victim Found Near Wooded Area in Meade County which Appeared to be Stabbed to Death

EXAMINATION REQUESTED: Exhibit #4 see if any Latent prints can be Lifted
Exhibit #12 } Determine if one in the same
      #13 }
Exhibit 20  Determine Anything possible

04-08-92
Date          Reviewed by          Joseph E Greer
                                    Officer Making Request

Attach additional pages if needed.

MSCO001352
KSP 26   5/81

KENTUCKY STATE POLICE
CRIME LABORATORY

Request for Examination

Case No. _MC-4-92-093_

Laboratory No. _____

TO: Crime Laboratory

FROM: Joseph E. Greer

DEPARTMENT: Meade County Sheriff Dept

Rcd,
4-8-92
@ 10:20 AM
Sgt. Joseph Nord → KRPJ

OFFENSE: murder
DATE: 04-05-92
COUNTY: MEADE
VICTIM: Rhonda S. Warford
SUSPECT OR ACCUSED: Jeffrey D. Clark
INVESTIGATING OFFICER: Joseph E. Greer
DEPARTMENT: Meade County Sheriff Dept
EXHIBITS: #19 Sexuall Assault Evidence Collection Kit Taking From suspect, Named Above

CASE HISTORY: Victim Found Near Wooded Area in Meade County which appeared to be stabbed to Death.

EXAMINATION REQUESTED: Compare with Anything that was Submitted to you on-4-6-92 with the Same Case Number Listed Above

04-08-92
Date

Reviewed by

Joseph E. Greer
Officer Making Request

Attach additional pages if needed.

# KENTUCKY STATE POLICE
## CRIME LABORATORY

### Request for Examination

Case No. MC-4-92-093

Laboratory No. _____

TO: Crime Laboratory

FROM: Joseph E. Green, Sheriff

DEPARTMENT: Meade Co. Sheriff Dept
Court House
Brandenburg, Ky 40108

recd.
4-9-92
@
10:52 am
Capt. Livers → RSJ

OFFENSE: Murder
DATE: 4-5-92
COUNTY: Meade
VICTIM: Rhonda Sue Warford
SUSPECT OR ACCUSED: Jeffrey D. Clark + Garr K. Hardin
INVESTIGATING OFFICER: Joseph E. Green
DEPARTMENT: Meade Co. Sheriff Dept

EXHIBITS:
Ex #21 Suspect Sample Kit (Hardin)
Ex #22 Dirty White Running Shoes (Clark's)

CASE HISTORY: Victim Found Murdered Near Wooded Area, Edge of Field in Meade Co.

EXAMINATION REQUESTED: Compare with Anything That Was Sommitted to you Previously in This Case

4/9/92
Date

Reviewed by

Officer Making Request

Attach additional pages if needed.

KENTUCKY STATE POLICE
CRIME LABORATORY

Request for Examination

Case No. mc-4-92-093

Laboratory No. _____

TO: Crime Laboratory

FROM: Joseph E. Greer, Sheriff

DEPARTMENT: Meade County Sheriff's Department
516 Fairway Drive  Suite 16
Brandenburg KY 40108

OFFENSE: Murder
DATE: April 5, 1992
COUNTY: Meade
VICTIM: Rhonda Sue Warford
SUSPECT OR ACCUSED: Keith Hardin and Jeffery Clark
INVESTIGATING OFFICER: Joseph E. Greer, Sheriff
DEPARTMENT: Meade County Sheriff's Department
EXHIBITS: #23. Silver chain bracelet with suspected blood on it, taken off of victim's wrist when found on April 5, 1992.

CASE HISTORY: Victim above was found at approximately 7:30 A.M. on April 5, 1992 in a field located off KY 823 approximately nine miles West of Brandenburg. Victim had apparently been murdered.

EXAMINATION REQUESTED: Determine if anything of value can be obtained off this exhibit that will help apprehend the person or persons who committed this crime.

5/1/92
Date          Reviewed by          Officer Making Request

Attach additional pages if needed.

MSCO001355
KSP 26  5/81

KENTUCKY STATE POLICE
CRIME LABORATORY

Request for Examination

LPD:ETU #0402292
Case No. MC-4-92093

Laboratory No. _____

TO: Crime Laboratory
    ATTN: Robert Thurman, Serology
FROM: Civ. Tech. Etienne R. Bennett
DEPARTMENT: LPD-ETU

OFFENSE: Homicide Inv.
DATE: 4-5-92
COUNTY Meade
VICTIM: Rhonda Sue Warford
SUSPECT OR ACCUSED: 1) Jeffrey D. Clark   2) Garr K. Hardin, Jr.
INVESTIGATING OFFICER: 1) Det. J. Clark   2) Sheriff J. Greer
DEPARTMENT: 1) LPD-PAU              2) Meade Co. Sheriff's Office
EXHIBITS: LPD:ETU#0402292

| Exhibit | Description | Tag |
|---|---|---|
| Exh #1 | Trace lift from the driver's side front seat and backrest. | Tag #289157 |
| Exh #2 | Trace lift from the driver's side front floorboard. | " " |
| Exh #3 | Trace lift from the driver's side rear seat and backrest. / HAIR | " " |
| Exh #4 | Trace lift from the driver's side rear floorboard. 2 Hair | " " |
| Exh #5 | Trace lift from the passenger side front seat and backrest. | " " |
| Exh #6 | Trace lift from the passenger side front floorboard. | " " |
| Exh #7 | Trace lift from the passenger side rear seat and backrest. | " " |
| Exh #8 | Trace lift from the passenger side rear floorboard. / HAIR | " " |
| Exh #9 | Trace lift from the driver's side trunk area. | " " |
| Exh #10 | Trace lift from the passenger side trunk area. | " " |

CASE HISTORY: The victim was found near a wooded area in Meade County, Kentucky and was apparently stabbed to death.

EXAMINATION REQUESTED: Examine Exh's #1-1/, 12-14, 20-21, 23, 28 and 36-37 (LPD:ETU# 0402292( for foreign matter/trace evidence (hair, blood semen, fiber, skin, etc.) and compare to Exh's #1-3, 5-11, 14-19, and 21-22 (MC-4-92093). Using Exh #38 (LPD:ETU#0402292) as a control, determine the identity if possible of Exh #39 (LPD:ETU#0402292); if blood, determine the ABO and compare to Exh #3 (MC4-92093). MC4-92093 Exh's #1-3, 5-11, 14-19 and 21-22 are presently at the KSP Lab, Louisville and were submitted by the Meade Co. Sheriff's Dept.

04/13/92   Sgt. D. Allen          Civ. Tech. Etienne R. Bennett
/Date      Reviewed by             Officer Making Request

Attach additional pages if needed.

Page 2

KY State Police Crime Lab Request

ETU# 0402292
DATE 4-5-92
VICTIM Rhonda Sue Warford
OFFENSE Homicide Inv.
EXHIBITS:

Exh #11- One Firenze brand light gray hooded sweat jacket.    Tag #289157
Exh #12- One long-sleeve blue denim type jacket.   *Sealed this* Tag #289157
Exh #13- One black seat cover containing suspected hairs and fibers.  "   "
Exh #14- One light green towel.    "   "
Exh #20- One small blue sock.    "   "
Exh #21- One knife with a broken blade which contains suspected hair.  "   "
Exh #23- One brownish color sheath.    "   "
Exh #28- One empty tan purse.    "   "
Exh #36- One sample of carpeting.    "   "
Exh #37- One sample of carpeting.    "   "
Exh #38- Control gauze.    "   "
Exh #39.- Gauze with an unknown substance    "   "

MC4-92093

Exh #1- Bloody leaves from the victim's face.    Currently at KSP Lab
Exh #2- Bloody leaves.    "   "   "   "
Exh #3- Victim blood sample.    "   "   "   "
Exh #5- Sexual Assault Evidence Collection Kit performed on the victim."   "   "   "
Exh #6- Head hair sample from the victim.    "   "   "   "
Exh #7- Hair and nail scrapings from the victim's right hand.   "   "   "   "
Exh #8- Hair and nail scrapings from the victim's left hand.   "   "   "   "
Exh #9- Hair found on victim's right hand.    "   "   "   "
Exh #10- Bag used to bag the victim's left hand.    "   "   "   "
Exh #11- Bag used to bag the victim's right hand.    "   "   "   "
Exh #14- Victim's red, white and black jacket.    "   "   "   "
Exh #15- Victim's blue shirt.    "   "   "   "
Exh #16- Victim's red sweat pants.    "   "   "   "
Exh #17- Victim's white bra.    "   "   "   "
Exh #18- Victim's white shoes.    "   "   "   "
Exh #19- Sexual Assault Evidence Collection Kit performed on Jeffrey
D. Clark.    "   "   "   "
Exh #21- Sexual Assault Evidence Collection Kit performed on Garr
K. Hardin, Jr.    "   "   "   "
Exh #22- Dirty white running shoes belonging to Jeffrey D. Clark.  "   "   "   "

Sgt. D. Allen

Civ. Tech. Étienne R. Bennett

keb

KENTUCKY STATE POLICE
CRIME LABORATORY

Request for Examination

LPD:ETU#0402292
Case No. MC-4-92093
Laboratory No. 92-2-1424
92-2-1498
92-2-1490
92-2-1558

TO: Crime Laboratory
ATTN: Robert Thurman, Serology   ATTN: Trace Evidence, Frankfort
FROM: Civ. Tech. Etienne R. Bennett
DEPARTMENT: LPD-ETU

OFFENSE: Homicide Inv.
DATE: 4-5-92
COUNTY Jefferson
VICTIM: Rhonda S. Warford
SUSPECT OR ACCUSED: 1) Jeffrey D. Clark   2) Garr K. Hardin Jr.
INVESTIGATING OFFICER: 1) Det. J. Clark   2) Sheriff J. Greer
DEPARTMENT: LPD-PAU                      Meade Co. Sheriff's Office

EXHIBITS: LPD:ETU#0402292

| Exhibit | Description | Tag |
|---|---|---|
| Exh #45A | Black pillow with a pentagram and white cross | Tag #289741 |
| Exh #46 | Knife with a gray metal handle | Tag #289744 |
| Exh #47 | Two blade "Bull" brand pocket knife with a black handle | " " |
| Exh #48A | Pocket knife, Statue of Liberty Centennial model | " " |
| Exh #48B | Two sets of nunchakus, two live Federal .410 shells and and one live R&P .38 S&W round | Tag #289741 |
| Exh #49A | Pocket knife with a brown handle | Tag #289744 |
| Exh #50 | Light blue faded jeans, Reed St. James brand | Tag #289741 |
| Exh #51 | Rustler brand jeans | " " |
| Exh #52 | Levi brand jeans | " " cont. pa |
| Exh #53 | Lee brand light blue faded jeans | " " 2 |

CASE HISTORY: The victim was found near a wooded area in Meade Co., Kentucky and was apparently stabbed to death.

EXAMINATION REQUESTED: TO SEROLOGY: Examine Exh's #45A, 46, 47, 48A, 48B, 49A, 50-55, 57-61, 62A, 64-72, 74-102 (LPD:ETU#0402292) for the presence of blood, hair, fibers, skin, etc.; if any is located, compare to the fiber standards removed from Exh's #1, 3, 7 and 13 (LPD:ETU#0402292); the blood standards contained within Exh's #3, 5, 19, and 21 (MC-4-92093); and the hair standards contained within Exh's #5, 6, 19 and 21 (MC-4-92093). TO TRACE EVIDENCE Examine Exh #74 (LPD:ETU#0402292) for the presence of soil and if any is located, compare to exh's #12 (MC-4-92093). --- Continued on page 3

5/22/92          Sgt. D. Allen               Civ. Tech. Etienne R. Bennett
Date             Reviewed by                 Officer Making Request

Attach additional pages if needed.

keb

MSCO001358
KSP 26   5/81

Page 2
KY State Police Crime Lab Request

ETU# 0402292
VICTIM  Rhonda S. Warford
OFFENSE  Homicide Inv.

EXHIBITS:

| Exhibit | Description | Tag |
|---|---|---|
| Exh #54 | Gray short-sleeved t-shirt | Tag #289741 |
| Exh #55 | Blue ski mask | " " |
| Exh #57 | Laredo brand brown Western boots | " " |
| Exh #58 | Levi brand denim jacket | " " |
| Exh #59 | Zero Zone brand brown coveralls | " " |
| Exh #60 | One lock blade pocket knife with a brown handle | Tag #289744 |
| Exh #61 | One knife with a horse head handle | " " |
| Exh #62A | Possible human hair | " " |
| Exh #64 | One "Old Timer" knife with a brown leather sheath | " " |
| Exh #65 | One hunting type knife with a compass in the handle | " " |
| Exh #66 | One military type knife | " " |
| Exh #67 | One brown handled lock blade knife | " " |
| Exh #68 | One three blade Buck knife with one broken blade | " " |
| Exh #69 | One single blade knife with (ED) a white handle missing from one side | " " |
| Exh #70 | One three blade knife with a white pearl handle | " " |
| Exh #71 | One four point death star | " " |
| Exh #72 | Two black leather sheaths | " " |
| Exh #74 | One backpack | " " |
| Exh #74A | Knife with black handle and a black leather sheath | " " |
| Exh #75 | Black leather gloves | " " |
| Exh #76 | Silver colored chalice with a black cloth | " " |
| Exh #77 | Broken glass chalice with a white cloth | " " |
| Exh #78 | Brown suede leather gloves | " " |
| Exh #79 | One butterfly knife wth a brass handle | " " |
| Exh #80 | One knife with a black plastic handle | " " |
| Exh #81 | One machete | " " |
| Exh #82 | One sleeping bag | " " |
| Exh #83 | One hunting knife with a black leather sheath | " " |
| Exh #84 | One knife with a black cloth sheath | " " |
| Exh #85 | One camouflage military type knife with a green sheath | " " |
| Exh #86 | One two blade knife with a black leather sheath | " " |
| Exh #87 | One brown handled knife with a brown leather sheath | " " |
| Exh #88 | One knife with a black cloth sheath | " " |
| Exh #89 | One knife with stag handles | " " |
| Exh #90 | One brown handled knife | " " |
| Exh #91 | One black leather sheath containing a lock blade knife and a black handled knife | " " |
| Exh #92 | One white handled knife | " " |
| Exh #93 | One knife with a stag handle | " " |
| Exh #94 | One knuckle knife with a black leather sheath | " " |
| Exh #95 | One black handled knife with a black cloth sheath | " " |
| Exh #96 | One knife with a stag handle | " " |
| Exh #97 | One knife with a brown handle | " " |
| Exh #98 | One dagger type knife with a black cloth sheath | " " |
| Exh #99 | One wooden handled knife with a brown sheath | " " |
| Exh #100 | One brown handled knife | " " |
| Exh #101 | One knife with a black nylon sheath | " " |
| Exh #102 | One small red cloth bag containing one opaque and two green colored stones | " " |

Sgt. D. Allen                                Civ. Tech. Etienne R. Bennett

:eb

MSCO001359

Page 3
KY State Police Crime Lab Request

ETU# 0402292
VICTIM  Rhonda S. Warford
OFFENSE  Homicide Inv.

EXHIBITS:

| | |
|---|---|
| Exh #1- Fibers removed from the trace lift of the driver's side front seat and backrest. | Fiber Standards Currently at the KSP Lab, Louisville |
| Exh #3- Fibers removed from the trace lift of the driver's side rear seat and backrest. | " |
| Exh #7- Fibers removed from the trace lift of the passenger side rear seat and backrest. | " |
| Exh #13- Fibers removed from one black seat cover | " |

MC-4-92093

| | |
|---|---|
| Exh #3: Victim blood sample | Previously Submitted to the KSP Lab, Louisville |
| Exh #5: Sexual Assault Evidence Collection Kit performed on the victim. | |
| Exh #6: Head hair sample from the victim | " |
| Exh #12: Soil sample from the entrance area of the crime scene | Previously submitted to KSP Lab-Frankfort, KY |
| Exh #19: Sexual Assault Evidence Collection Kit performed on Jeffrey D. Clark | Previously Submitted to the KSP Lab, Louisville |
| Exh #21: Sexual Assault Evidence Collection Kit performed on Garr K. Hardin, Jr. | " |

EXAMINATION REQUESTED (continued from page 1)

(Exh's #1, 3, 7, and 13 [LPD:ETU #0402292] were previously submitted under KSP Laboratory #92-2-1558; exh's #3, 5, and 6 [MC-4-92093] were previously submitted under KSP Laboratory #92-2-1424; exh #19 [MC-4-92-093] was previously submitted under KSP Laboratory #92-2-1490; exh #21 [MC-4-92093] was previously submitted under KSP Laboratory #92-2-1498).

Sgt. D. Allen                                             Civ. Tech. Etienne R. Bennett

keb