B 4     THE COURIER-JOURNAL, MONDAY, APRIL 6, 1992

# South End woman is found stabbed to death in Meade

By T. L. STANLEY
Staff Writer

When Rhonda Sue Warford didn't come back from what her mother thought was a short walk to a store in her South End neighborhood last week, her family immediately thought something was wrong.

They learned yesterday that Warford had been stabbed to death. Her body was left at the edge of a field near Brandenburg, police said.

Warford, 19, a graduate of Iroquois High School, lived with her parents on East Whitney Avenue. Her mother, Mary Warford, reported her missing on Thursday, when she didn't return after leaving the house Wednesday, police and relatives said.

"We had no choice but to think about foul play when she didn't come back," said Warford's cousin, Julie Barnes. "This is a very close-knit family. She called home — always."

Two people looking at property near Brandenburg early yesterday saw Warford's body and first thought it was a mannequin, Meade County Sheriff Joe Greer said.

When they went closer to investigate, they realized it was the body of a fully clothed woman and called the sheriff's office.

Warford died of multiple stab wounds in the torso late Saturday night or early yesterday morning. There were no other visible signs of trauma, Greer said.

Family members said they last saw Warford on Wednesday eve-
ning, when she borrowed her mother's house keys and said she was going down the street. Relatives said they assumed she meant she was walking to a nearby store, as she often did.

She did not take a purse or identification.

Mary Warford called Louisville police the next day. She and other family members made up a flier bearing Rhonda Sue Warford's photo and description; they distributed it at stores and offices in the area.

Louisville police are working with Meade County investigators on the case.

Greer would not say if police have suspects.

C 6     THE COURIER-JOURNAL, MONDAY, APRIL 6, 1992

**Searching For Someone**        153

**Rhonda W.**
Please contact your family and Keith. We miss you and love you!        Keith
Searching for Melissa H., age 25, mother named Mary. Please call 426-2239.

**Information Personals**        155

To M.C.
Known each other for 2 years, had some great times, remember the A night, let's pursue to issue.
From M.

# Body of Louisville girl discovered on Meade farm



RHONDA SUE WARFORD

### By HELEN ALLEN STILZ

Missing from her South Louisville home since April 2, the body of Rhonda Sue Warford was discovered in a field 9 miles SW of Brandenburg near the Meade-Breck County line off Highway 823, around 7:30 am Sunday by a couple looking at real estate who reported the findings to authorities.

The fully dressed victim was transported to the office of the Medical Examiner Dr. George Nichols in Louisville for autopsy by Meade County Coroner Bill Adams and Sheriff Joe Greer where an autopsy was performed. The immediate findings were that the victim was white, female, approximately 20 years of age, shoulder length brown hair, 5'11 1/2", 221 lbs. and had suffered 11 knife wounds to the upper part of the body, front and back, further lab test are not completed. It was determined that death had occurred no more than 12 hours before and one particular wound to the back of the

neck was the actual cause of death. The knife was estimated to measure from 5-6" long and 1-1 1/2" wide.

Positive identification was made by a member of the family around 11:00 P.M. Sunday. At that time it was learned that a missing persons report had been filed with the Louisville police Thursday morning. The mother of Rhonda Sue stated that her daughter had left home late Wednesday evening, taking the house keys with her, telling her mother that she would be back in a

little while, but not saying where she was going and setting out on on foot.

The investigation of the death of Rhonda Sue Warford is ongoing and the Louisville and Jefferson County Police departments are assisting.

Sheriff Joe Greer asked that if anyone has any information regarding the death of Rhonda Sue Warford, please call emergency service at (502) 422-4291 or Meade County Dispatch Center at 422-4911.