FORM VS NO. 1-A (Rev. 9/88)

**COMMONWEALTH OF KENTUCKY**
**DEPARTMENT FOR HEALTH SERVICES**
**REGISTRAR OF VITAL STATISTICS**

116 _____ FILE NO.

## CERTIFICATE OF DEATH

Registration District No. _____   Primary Registration District No. _____   Registrar's No. _____

**DECEDENT**

| # | Field | Value |
|---|---|---|
| 1 | DECEDENT'S NAME (First, Middle, Last) | RHONDA SUE WARFORD |
| 2 | SEX | FEMALE |
| 3 | DATE OF DEATH (Month, Day, Year) | APRIL 2, 1992 |
| 4 | SOCIAL SECURITY NO. | [redacted] |
| 5a | AGE Last Birthday (Years) | 19 |
| 5b | UNDER 1 YEAR (Months)(Days) | |
| 5c | UNDER 1 DAY (Hours)(Minutes) | |
| 6 | DATE OF BIRTH | [redacted] |
| 7 | BIRTHPLACE | LOUISVILLE, KY |
| 8 | WAS DECEDENT EVER IN U.S. ARMED FORCES? | NO |
| 9a | PLACE OF DEATH | Other (checked) |
| 9b | FACILITY NAME | KY 831 RT. 1 |
| 9c | CITY, TOWN, OR LOCATION OF DEATH | Webster |
| 9d | COUNTY OF DEATH | MEADE |
| 10 | MARITAL STATUS | SINGLE |
| 11 | SURVIVING SPOUSE | N/A |
| 12a | DECEDENT'S USUAL OCCUPATION | N/A |
| 12b | KIND OF BUSINESS/INDUSTRY | N/A |
| 13a | RESIDENCE - State | KY |
| 13b | COUNTY | JEFFERSON |
| 13c | CITY, TOWN, OR LOCATION | LOUISVILLE |
| 13d | STREET AND NUMBER | 104 E. WHITNEY AVE. |
| 13e | INSIDE CITY LIMITS? | YES |
| 13f | ZIP CODE | 40214 |
| 14 | HISPANIC ORIGIN | No (XX) |
| 15 | RACE | WHITE |
| 16 | DECEDENT'S EDUCATION | |

**PARENTS**

- 17. FATHER'S NAME: JAMES E. WARFORD
- 18. MOTHER'S NAME: MARY BARNES

**INFORMANT**

- 19a. INFORMANT'S NAME: TAMMY ROGERS
- 19b. MAILING ADDRESS: 4519 HAZELWOOD AVE., LOUISVILLE, KY 40214

**DISPOSITION**

- 20a. METHOD OF DISPOSITION: Burial (X)
- 20b. PLACE OF DISPOSITION: EVERGREEN CEMETERY
- 20c. LOCATION: LOUISVILLE, KY
- 21a. SIGNATURE OF FUNERAL SERVICE LICENSEE
- 22. NAME AND ADDRESS OF FACILITY: ARCH L. HEADY & SON FUNERAL DIRECTORS, 3601 TAYLOR BLVD., LOUISVILLE, KY 40215

**CERTIFIER**

- 23a. Signature and Title: [signature] Coroner
- 23b. DATE SIGNED: May 7, 1992
- 24. NAME AND ADDRESS OF PERSON WHO COMPLETED CAUSE OF DEATH: William R. Adams, Coroner, 633 Bland Street, Brandenburg, KY 40108
- 25. TIME OF DEATH: ?? M
- 26. DATE PRONOUNCED DEAD: April 5, 1992
- 27. WAS CASE REFERRED TO MEDICAL EXAMINER/CORONER?: Yes

**CAUSE OF DEATH**

28. PART I.
a. IMMEDIATE CAUSE: Multiple Stab Wounds
b. DUE TO: 
c. DUE TO: 
d. DUE TO: 

PART II. Other significant conditions: 

- 28a. WAS AUTOPSY PERFORMED?: Yes
- 28b. WERE AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF CAUSE OF DEATH?: Yes

- 29. MANNER OF DEATH: Homicide (X)
- 30a. DATE OF INJURY: Apr 2, 1992
- 30b. TIME OF INJURY: ? M
- 30c. INJURY AT WORK?: No
- 30d. DESCRIBE HOW INJURY OCCURRED: Stabbed by another person or persons
- 30e. PLACE OF INJURY: Field
- 30f. LOCATION: Route 1, Webster, KY 40176

**REGISTRAR**

- 31. REGISTRAR'S SIGNATURE
- 32. DATE FILED

Exhibit 35
Bill Adams
Date 1/6  KENTUCKIANA

MCSO000159