# JEFFERSON COUNTY POLICE DEPARTMENT
## POLYGRAPH SECTION

**PRE-TEST INTERVIEW:**

DETECTIVE J. Greer                    DATE 04-06-92 TIME: 1630

SUBJECT Jeffrey D. Clark              OFFENSE Murder

Around midnight, 04-04-92, Rhonda S. Warford was stabbed to death. She was stabbed numerous times. She had her throat cut and major wounds to the base of the neck which would be the fatal wound. Through investigation we have reason to believe that her boyfriend, Keith Hardin and his friend Jeffrey Clark belonged to a Satanic Group. Jeffrey Clark states that he was with James McMakin Saturday night in Shepherdsville, KY. He also states that he was at a flea market in Shepherdsville. He doesn't know anything about the girl and hasn't seen her since December, 1991.

CAO_007282