```
 1            MR. HARDIN:  Yes.
 2            THE COURT:  That's six.
 3            MR. ROGERS:  Okay.  That's all I want to know.  Thank
 4  you.
 5            MR. SMITH:  Nothing.
 6            MR. ADAMS:  Nothing.
 7            THE COURT:  Okay.  Return to counsel table.  Okay.
 8            MR. SMITH:  Cliff Capps.
 9            THE COURT:  Clifford, come around and have a seat.
10  Remind you that you're still under oath.  Okay?
11            MR. CAPPS:  Yes, sir.
12            MR. SMITH: Now, Clifford, you previously testified,
13  right?
14            MR. CAPPS:  Yes, sir.
15            MR. SMITH:  And you told us about a statement Jeff
16  Clark made saying essentially "I did it"?
17            MR. CAPPS:  Correct.
18            MR. SMITH:  After making that statement, tell the jury
19  whether or not he continued and whether or not he made the
20  statement "We did it"?
21            MR. CAPPS:  Yes, sir.  He made the statement, Jeff
22  Clark did, "We did it.  If they even knew."
23            MR. SMITH:  That's all I have, Your Honor.
24            MR. ADAMS:  Mr. Capps, you have been involved in a
25  similar type of situation, have you not, where you alleged to
```



1  authorities that you obtained a confession, a jailhouse
2  confession?
3          MR. SMITH:  Objection.
4          MR. ADAMS:  Weren't you --
5          THE COURT:  I'm going to let him ask.
6          MR. SMITH:  Okay.
7          MR. CAPPS:  Concerning what matter, sir?
8          MR. ADAMS:  Have you not been taken as a witness out
9  to a state out west, out to Colorado or someplace?
10         MR. CAPPS:  Correct.
11         MR. ADAMS:  And you alleged in that situation that you
12 had obtained a confession from somebody, did you not?
13         MR. CAPPS:  It wasn't a confession.  It was a
14 statement.
15         MR. ADAMS:  A statement that somebody made to you,
16 right?
17         MR. CAPPS:  Correct.
18         MR. ADAMS:  Was that statement made to you while you
19 were in jail?
20         MR. CAPPS:  Yes, sir, in 1991.
21         MR. ADAMS:  As a matter of fact, when you got out
22 there, the authorities after interviewing you decided not to use
23 you, didn't they?
24         MR. CAPPS:  They decided not to use me or Kevin
25 Justice.



```
1            MR. ADAMS:  Thank you, Judge.
2            THE COURT:  Mr. Rogers?
3            MR. ROGERS:  Mr. Capps.
4            MR. CAPPS:  Yes, sir.
5            MR. ROGERS:  Now, we have determined that from you --
6   this is the first time I've got to really talk to you about this
7   statement, is it not?
8            MR. CAPPS:  Yes, sir.
9            MR. ROGERS:  Okay.  Now, do you know when this
10  statement was made that "We did it"?
11           MR. CAPPS:  I'd say sometime within the last week
12  before I left to go to Frankfort.
13           MR. ROGERS:  So that would be sometime from the 12th
14  to the 19th, right?
15           MR. CAPPS:  Correct.
16           MR. ROGERS:  And you shipped out the 19th?
17           MR. CAPPS:  Correct.
18           MR. ROGERS:  Now, what time was this statement made,
19  day?  What time of day was it made?
20           MR. CAPPS:  It was after lockdown.  We got locked down
21  back then about 10:45 at night.
22           MR. ROGERS:  And you -- as I understand your
23  testimony, you and Jeff Clark were in a cell together alone?
24           MR. CAPPS:  Correct.
25           MR. ROGERS:  Okay.  Now, what were you doing at the
```



1  time that statement was made?  What were you doing?
2          MR. CAPPS:  I believe I was writing a letter to my ex-
3  girlfriend.
4          MR. ROGERS:  Okay.  And what's her name?
5          MR. CAPPS:  Ramona Darby.
6          MR. ROGERS:  And where was Jeff Clark?
7          MR. CAPPS:  He was -- if I remember correctly, he was
8  kind of not sitting like I'm sitting, but kind of kneeling down
9  on the floor behind me there.  I was sitting at the desk because
10 there's a one-man desk there in the cell.
11         MR. ROGERS:  Okay.  Are there any chairs in the cell?
12         MR. CAPPS:  There are no chairs.  There's like a bench
13 that comes out from the wall that sits one person.
14         MR. ROGERS:  Beds in the cell?
15         MR. CAPPS:  Two bunk beds like.  One bed and then
16 another bed on top of it.
17         MR. ROGERS:  So prior to him making a statement, were
18 you all having any conversation?
19         MR. CAPPS:  I don't recall.  We probably were because
20 we always talked after lockdown.
21         MR. ROGERS:  Do you remember what you were talking
22 about right before that?
23         MR. CAPPS:  No, sir, not at the time.
24         MR. ROGERS:  Do you remember if you were actually
25 having a conversation right before that?



```
 1          MR. CAPPS:  I'd say we were because like I said, we
 2  usually talked every night after lockdown till all hours of the
 3  night.
 4          MR. ROGERS:  Okay.  And so Jeff is crouched down
 5  behind you while you're writing this letter.  Was there anything
 6  particular in the conversation to your recollection that
 7  precipitated him making that statement?
 8          MR. CAPPS:  Seriousness of his voice.  The first time
 9  that he made the statement, he was -- he kind of laughed like
10  joking.
11          MR. ROGERS:  Now, was that the same night or a
12  different time?
13          MR. CAPPS:  Different time.
14          MR. ROGERS:  Different time.
15          MR. CAPPS:  And he made the -- you know, it was just
16  the seriousness in his voice and I turned around and looked at
17  him when he made that statement and very serious look on his
18  face.  There was no hint of even joking.
19          MR. ROGERS:  Okay.  Well, when you turned around and
20  looked at him after he made that statement, did you say anything
21  to him?
22          MR. CAPPS:  I don't believe I did.
23          MR. ROGERS:  Okay.  So you just turned around and went
24  back to writing your letter, right?
25          MR. CAPPS:  Right.
```



1       MR. ROGERS:  You didn't say, who is we?
2       MR. CAPPS:  I know who was charged with the crime, Mr.
3  Clark and Mr. Hardin.
4       MR. ROGERS:  You didn't say, did what?
5       MR. CAPPS:  No.
6       MR. ROGERS:  Okay.  And you just absolutely assumed
7  that he meant that he and Mr. Hardin killed Rhonda Warford,
8  right?
9       MR. CAPPS:  That's correct.
10      MR. ROGERS:  But you didn't ask him a thing about it,
11 did you?
12      MR. CAPPS:  I didn't ask him.  I didn't say, who, you
13 and Mr. Hardin or anything like that, but I knew Mr. Hardin --
14      MR. ROGERS:  You just turned around and went back to
15 writing that letter again?
16      MR. CAPPS:  After I turned around and looked at him
17 because, you know, like I said, it was the seriousness in his
18 voice that made me turn around and look at him.
19      MR. ROGERS:  But after he said that, apparently in
20 your opinion confessing that him and another person committed
21 the murder, you didn't even ask him a question about it, did
22 you?
23      MR. CAPPS:  I didn't pursue -- I didn't -- I didn't
24 sit there and ask him, you know, did you do it or anything like
25 that the whole time I was in there.  If it came up, we talked



```
 1  about it.
 2          MR. ROGERS:  And after he said we did it and
 3  apparently in your opinion confessed to a murder, you just
 4  turned back around and kept writing on your letter, right?
 5          MR. CAPPS:  Correct.
 6          MR. ROGERS:  Okay.  And did Jeff say anything else
 7  after that?
 8          MR. CAPPS:  I don't recall.  Nothing about the murder.
 9          MR. ROGERS:  So he went on talking about something
10  else, right?
11          MR. CAPPS:  Yes, sir.
12          MR. ROGERS:  Okay.  I don't have any other questions,
13  Judge.
14          THE COURT:  (Inaudible).
15          MR. SMITH:  Now, Mr. Adams asked you about going out
16  to Colorado and making a statement against Mr. Malonson.
17          MR. CAPPS:  Correct.
18          MR. SMITH:  What statement did you give against Mr.
19  Malonson, if any?
20          MR. ADAMS:  May we approach?  Judge, I don't know that
21  the body of the statement has anything to do with -- the only
22  thing I asked him about, did he go out there -- had he made a
23  statement about something that happened in jail.  And that when
24  he got out there they decided not to use him.
25          MR. SMITH:  I'm entitled -- he didn't accuse Mr.
```



1  Malonson.  It was in no way incriminating against Mr. Malonson.
2           THE COURT:  Once you opened the door, I've almost got
3  to let him see where it goes.
4           MR. SMITH:  All right.  Tell the folks of the jury
5  what statement you said that Mr. Malonson said or whatever it
6  was.
7           MR. CAPPS:  Well, when I -- as you know, I jumped bond
8  1991.  My first felony charge was with the Bob Johnson burglary
9  or Bill Johnson burglary.  And anyway, I had gone out to
10 Colorado and finally got caught out in Utah and me and Roy were
11 talking about the cell -- talking in the cell one night and this
12 is before lockdown because Roy is in a one-man cell.  And he --
13 we were talking about Colorado and we were talking about, you
14 know, because it kind of amazed me being up there in May and
15 there's still snow on the ground.  And he said -- made the
16 comment that the woods up there, you know, you get far enough
17 back in them, that it was a good place to hide a body.
18          MR. SMITH:  But you never made any statement of saying
19 Mr. Malonson admitted killing this person that he was on trial
20 for for murder out there?
21          MR. CAPPS:  No, sir.
22          MR. SMITH:  And he in fact never made any statements
23 to you saying that he had done this murder in Colorado for which
24 he was tried?
25          MR. CAPPS:  No.  After Colorado came down, he denied



1  it all the way through.
2          MR. SMITH:  Right.  And you went out there and you
3  didn't even testify?
4          MR. CAPPS:  That's correct.
5          MR. SMITH:  That's all, Your Honor.
6          MR. ADAMS:  The bottom line is you were interviewed by
7  the authorities out there, correct?
8          MR. CAPPS:  Correct.
9          MR. ADAMS:  Was it a murder case?
10         MR. CAPPS:  Yes, sir.
11         MR. ADAMS:  And the authorities out there decided not
12 to use you as a witness after interviewing you, correct?
13         MR. CAPPS:  I don't know if it was after interviewing
14 me.  It's after a little incident in court that Mr. Justice did
15 that they also took out there.
16         MR. ADAMS:  Okay.  That's all, Judge.
17         MR. ROGERS:  Mr. Capps, as I understand, what you
18 testified against this other person was merely that he made some
19 comment about a location being a good place to hide a body,
20 right?
21         MR. CAPPS:  Right.
22         MR. ROGERS:  And they didn't use your testimony on
23 that?
24         MR. CAPPS:  Right.
25         MR. ROGERS:  So is it possible that the next time you



```
 1  get a jailhouse confession, you got to make it sound a little
 2  better, a little stronger so they'll use it?
 3            MR. CAPPS:  No.
 4            MR. ROGERS:  Okay.  Thank you.
 5            THE COURT:  Are you finished?
 6            MR. SMITH:  Yes.
 7            MR. ADAMS:  Yes.
 8            THE COURT:  Thank you, Mr. Capps.  We'll let you go
 9  back.  Call your next witness.
10            MR. SMITH:  Ellen Lindsey.
11            THE COURT:  Ellen, come around, please.  Do you
12  solemnly swear or affirm the testimony you're about to give will
13  be the truth, the whole truth, nothing but the truth so help you
14  God?
15            MS. LINDSEY:  I do.
16            THE COURT:  Be seated, Ellen.
17            MR. ADAMS:  Can we approach?  I just want to make sure
18  this is rebuttal.
19            MR. SMITH:  Yeah.  I'm just going to ask her how the
20  record, the judgments of conviction that she takes them, she
21  sends them to the Department of Corrections.  And that she, you
22  know, keeps the records in circuit court and that my office
23  doesn't have anything to do with sending the judgments in
24  because they've implied somehow that --
25            THE COURT:  You know, the whole issue is not what
```

