```
SWORN STATEMENT
OF CLIFFORD E. CAPPS
TO SHERIFF JOE E. GREER
DECEMBER 2, 1992
```

Supplied by the Administrative Office of the Courts
for Official Court of Justice Use Only

MSCO000949

```
 1                        DECEMBER 2, 1992
 2         SWORN STATEMENT GIVEN BY CLIFFORD E. CAPPS
 3            TO MEADE COUNTY SHERIFF, JOSEPH E. GREER
 4               AT THE BRECKINRIDGE COUNTY COURTHOUSE
 5   REPORTER:                  We are on the record. Raise
 6   your right hand. Do you swear to tell the truth and nothing
 7   but the truth, so help you God?
 8   CAPPS:                              Yes mam'.
 9   GREER:                         State your name for the
10   record, would you please?
11   CAPPS:                              Clifford Edward Capps.
12   GREER:                         What's your Social Security
13   Number, Mr. Capps?
14   CAPPS:                              [REDACTED]
15   GREER:                              What's your date of birth?
16   CAPPS:                              [REDACTED]
17   GREER:                         Ah, give me your present
18   address.
19   CAPPS:                         Marion Adjustment -- Marion
20   Adjustment Center, 95 Raewick Road, St. Mary, Kentucky
21   40063.
22   GREER:                         I'll assume by that, Mr.
23   Capps, you are incarcerated. Is that correct?
24   CAPPS:                              Yes sir.
25   GREER:                         Ah, in fact ah, you were sent
```

| | |
|---|---|
| 1 | to the penitentiary out of Meade Circuit Court, is this |
| 2 | correct? |
| 3 | CAPPS: Yes sir. |
| 4 | GREER: Mr. Capps, while you were in |
| 5 | Court in Meade County, were you lodged in the Meade County |
| 6 | Jail? |
| 7 | CAPPS: Yes sir. |
| 8 | GREER: Can you tell me when you went |
| 9 | to ah, jail in Meade County? |
| 10 | CAPPS: Ah, January 29th. |
| 11 | GREER: What year? |
| 12 | CAPPS: 1992. |
| 13 | GREER: While you were in the Meade |
| 14 | County Jail, can you tell me some of the different people |
| 15 | you in the same cell with? |
| 16 | CAPPS: Ah, I was in three different |
| 17 | cells while I was there. The first time, I was in a cell |
| 18 | with Roy Melanson and Jerry Mabry. Then, they moved me up |
| 19 | to ah, another cell with ah, Donald Jones, Daniel Crouch and |
| 20 | Kenny Stewart. Then ah, 'caused I missed in the jail, they |
| 21 | moved me over to another cell and in that cell ah, for a |
| 22 | while was me, Kevin Justus and ah, Jerry Mabry and Charles |
| 23 | Peters. Then, they moved Kevin out and they moved Jeff |
| 24 | Clark in and he was there 'til I left. |
| 25 | GREER: Okay, Jeff Clark. Do you |

```
 1  remember what month he might of come to the jail?
 2  CAPPS:                              In May.
 3  GREER:                              In May?  Of 1992?
 4  CAPPS:                              Yes sir.
 5  GREER:                              And ah, you were in the cell
 6  with him.  Is this correct?
 7  CAPPS:                              Yes sir.
 8  GREER:                              Did you understand why Mr.
 9  Clark was lodged in the Meade County Jail?
10  CAPPS:                              Yes sir.
11  GREER:                              What was he lodged there for?
12  CAPPS:                              Ah, Murder charges.  A Murder
13  charge.
14  GREER:                              Did he tell you this?
15  CAPPS:                              Yes sir.
16  GREER:                              How long were you ah, in the
17  same cell with ah, Mr. Clark?
18  CAPPS:                              Ah, approximately two to three
19  weeks.  I left on May the 19th to go to Frankfort, Regional
20  Jail.
21  GREER:                              Okay ah, Mr. Capps, while you
22  were in the ah, same cell with Mr. Clark in the Meade ah,
23  County Jail, was there any types of discussions or things
24  about why he was in jail -- I'm talking about between you
25  and him or any remarks made by him or by you, either one,
```

```
 1  about ah, the charges that he was in there on -- the charge
 2  that he was in there on?
 3  CAPPS:                              Yes sir.
 4  GREER:                              Okay ah, what led to that?
 5  CAPPS:                              Ah, the first time, he ah,
 6  brought it up was the first day they brought him in and was
 7  telling us we wouldn't believe what they had him in there
 8  on, then he told us.
 9  GREER:                              Told us? Who's us?
10  CAPPS:                              Ah, me and Jerry Mabry and
11  Charles Peters.
12  GREER:                              Okay.
13  CAPPS:                              And then ah, he went on and he
14  really didn't say anything about it for a couple of days,
15  then that ah, -- I don't know if he said anything to Jerry
16  Mabry, me and him -- him and Jerry talked a lot but ah, when
17  we were in the cell, after they locked us down, about 10:45
18  at night, we'd set up 'til all hours of the night and talk
19  and ah -- and ah, quite a few times, he brought up stuff
20  that the police had thought and...
21  GREER:                              Well, let's just start out.
22  What -- what was the first thing that he told you about what
23  the police had thought?
24  CAPPS:                              Ah, the first thing he told me
25  was that they thought he'd used his black or primered Nova.
```

I'm not sure, both the black and primered both stick in my mind, in the crime and that ah, the police had told him that he had ah, -- they thought him and Keith Hardin, who was also in jail for Murder ah, thought they had ah, -- thought they had ah, put the body in trash bags and put it in the car -- in the trunk of the car of Jeff's Nova, that is. And Jeff said that they did this -- that did -- he didn't say he did this, he said the police thought they did this to stop from leaking blood anywhere on the floor, so nothing would be found.

GREER: Did he mention anything to you about the ah, car being impounded or anything at that time, that the police were going over it or anything?

CAPPS: Yes sir.

GREER: What did he say about that?

CAPPS: Said that ah, the police -- the police had confiscated the car in ah, Jefferson County and were going over it at the Crime Lab and said that ah,...

GREER: Did he say where at the Crime Lab or where that the car was taken to?

CAPPS: No, he just said that it had been taken to a Crime Lab.

GREER: Did he say where this Crime Lab was located?

CAPPS: Ah, Jefferson County, I

1  believe.
2  GREER: He didn't say where, then?
3  CAPPS: No. But ah, anyway he said
4  that ah, the only evidence that the police found in the car
5  was some hair of the girl or a hair and ah, a finger print.
6  He said this would have been natural, 'cause it was Keith
7  Hardin's girl friend and him and Keith were good friends.
8  GREER: Did he say anything else about
9  ah, -- in your conversations -- was this conversation was
10 over a period of time or...
11 CAPPS: Yes sir.
12 GREER: It wasn't one night then?
13 CAPPS: No, it was over a period of
14 time.
15 GREER: Okay, and did he discuss
16 anything else to you about what the police thought or
17 anything like this?
18 CAPPS: Ah, yeah, he also said ah,
19 that the police thought that Keith had called his girl
20 friend ah, the victim, the girl that got murdered, I don't
21 remember her name, either it was Rhonda or -- but ah, on the
22 night of the murder, told her to meet him down the street so
23 they could talk, ah, he said that the police told him this
24 and they said that Keith did it. Said this is what the
25 police thought, that they thought it was a set up, that they

```
1   had taken the girl off somewhere, then they'd killed her.
2   GREER:                           Okay, he didn't actually say
3   that's what happened then?
4   CAPPS:                           No, he just said ah,...
5   GREER:                           Ah, words to this affect, is
6   this correct?
7   CAPPS:                           Right.
8   GREER:                           Prior to us going on tape here
9   a while ago, you said something about his ex-girl friend ah,
10  an Amy Livers, Amy Rensburg, as she is now, what did he say
11  about that?
12  CAPPS:                           He said ah, that if he had
13  done the murder, he never admitted to doin' the murder -- or
14  he did in other conversations, but ah, he said that if he
15  had done the murder and dumped the body down at the
16  firehouse, would be a good way to scare her, put the fear of
17  God into her, that ah, she had charges against him in
18  Jefferson County, that she was obsessed with him, claiming
19  that they were married and all of his girl friends called at
20  his house all the time and he said it would be a good way to
21  scare her, if he had done it.
22  GREER:                           Did he say anything about ah,
23  where the body was dumped? You had mentioned that earlier
24  before we were on tape. What did he say about that?
25  CAPPS:                           Ah, he said that the police
```

```
 1  said the body was found within a few miles of the house --
 2  a small way to the house on a back road by the woods, but
 3  not too far from the road either.
 4  GREER:                          Did he talk of ah, any other
 5  type of things like sacrificial things to try to put in
 6  place or anything like that?  Did he mention being in devil
 7  worship or words to that affect?
 8  CAPPS:                          Ah, he talked, you know, a
 9  lot.  He acted like he was a few bricks shy of a full load,
10  most of the time, always nervous and jittery.  He talked
11  about killin' people and sacri -- sacrificing people like it
12  was a game.  Said that he used to be in devil worshipin',
13  but he wasn't any more and that he thought that Keith Hardin
14  was in to devil worshipin'.
15  GREER:                          He said that he thought Keith
16  Hardin was in it or did he say that Keith Hardin was in it?
17  CAPPS:                          He said he thought he was.
18  GREER:                          He said he thought he was?
19  CAPPS                           He said that Keith used to be
20  and he didn't know if he was any more.
21  GREER:                          You told me ah, a short while
22  ago, when I was talking to you before we went on -- again on
23  this -- ah, this recording, about a note.  Tell me about
24  this note...
25  CAPPS:                          Okay.
```

```
 1  GREER:                    ...that ah, that you had
 2  received from ah, a third party, I belive.
 3  CAPPS:                    Ah, one night at a AA meeting,
 4  which is held in the drunk tank of the Meade County Jail ah,
 5  they wouldn't let Keith and Jeff go out of their cells to go
 6  to the meetings or outside for rec. or anything, so I was
 7  back there and Kevin Justus was back there and some other
 8  guys, Kevin and called me to one of the cells in the drunk
 9  tank and handed me a note and said it was from Keith Hardin,
10  to give it to Jeff Clark. I said okay, you know, fine, no
11  problem. Upon goin' back to my cell ah, Jeff Clark was in
12  the other cell talking to Jerry Mabry and Charlie Peters was
13  ah, somewhere else then, in ah, Breckinridge County, on
14  other charges, or Grayson County and ah, anyway I went to my
15  cell, which is two man cell. I was in there by my self and
16  Jerry and Jeff, yeah, I couldn't remember his name. Sorry
17  about that. Jerry and Jeff were in the other cell talkin'.
18  I read the note and it ah, went somethin' like ah, or
19  pretty much, this is exactly the way I remember it. Jeff,
20  hey what's up, Home Boy? Ah, see Jeff, they took 'em away.
21  Just keep cool and stick to your story and everything will
22  be fine. They don't know anything and they don't have --
23  have anything.
24  GREER:                    Have you wrote that down for
25  me? Is that -- was that verbatim, basically what you
```

```
 1  remember was there?
 2  CAPPS:                      Yes sir.
 3  GREER:                      I'm referring to a piece of
 4  paper that's laying in front of us, that you had give me
 5  earlier today...
 6  CAPPS:                      Yes sir.
 7  GREER:                      ...about things?  Is this
 8  correct?
 9  CAPPS:                      Yes sir.
10  GREER:                      Ah, he said Home Boy or words
11  to that affect?
12  CAPPS:                      Yes sir.
13  GREER:                      Just keep your cool or words
14  to this affect?
15  CAPPS:                      Yes sir.
16  GREER:                      You told me earlier this
17  morning that he had made another comment to you ah, about
18  this murder.  What was that?
19  CAPPS:                      Okay, on ah, two different
20  occasions, Jeff admitted ah, murdering and killing the girl.
21  Ah, the first time, we were talking about it and he said in
22  a joking manner, yeah, I did it, you know, but it's not like
23  a guilty manner, kind of laughed about it afterwards and the
24  second time, I remember, I was writing a letter -- I was
25  writing a letter to my ex-girl friend and ah, he asked me if
```

1  he thought that -- ah, if I thought that he did it and I
2  told him I didn't have any idea. Then, he said things that
3  I could read from the first day and I said yeah, I did it.
4  Then, the next time he changed his tune, yeah, we did it, if
5  they even knew. And this time, when he said that, I just
6  turned around and looked at him. I was sittin' at a desk in
7  my cell. It was after lockdown one night and man, that ah,
8  appeared a serious look on his face. There was no jokin',
9  no smile, you know. You know, no look in his eyes like he
10 was jokin', it looked like he was dead serious.
11 GREER:                         You ah, -- let's go back to
12 this note just a minute. Ah, earlier this morning ah, when
13 I was talking to you, before we went on tape, you said that
14 he asked you if you had read that note?
15 CAPPS:                         Yes sir.
16 GREER:                         What did you tell him?
17 CAPPS:                         I told him no I hadn't.
18 GREER:                         Did he believe you?
19 CAPPS:                         Ah, I don't know if he did or
20 not. He never did question me about it again.
21 GREER:                         Do you think that Jerry Mabry
22 knows anything?
23 CAPPS:                         Ah, I don't know if he does or
24 not but I know Jerry's not apt to say anything.
25 GREER:                         Is there anything else that

1  you can remember that might of been discussed back there in
2  the cell, between you and Clark?
3  CAPPS:                    Not right off the top of my
4  head, no sir.
5  GREER:                    Only on two occasions, did he
6  make the comment that he had killed her or we had killed
7  her? This is correct?
8  CAPPS:                    Yes sir.
9  GREER:                    Did you believe him?
10 CAPPS:                    The first time, no, he was
11 joking and it's the way he acted, I kind of wondered about
12 it, you know, he's always skittish, you know, nervous and
13 never would sit down, always kind of knelt down, I guess, in
14 a crouching position and just always shook, never was steady
15 and, you know, the first time, I'd say he was joking. He
16 kind of laughed like he was joking. I just basically
17 brushed that off ah, wonderin' about it, but that second
18 time he said, yeah, we did it. He admitted it and his voice
19 was serious, his face was serious, everything about him was
20 serious. And that's, you know, that's when I got the idea
21 that, you know, after everything he told me, he had done it.
22 GREER:                    How about ah, -- let's go
23 back to that note again. Did he discuss this note much in
24 the cell?
25 CAPPS:                    Ah, I don't know. I caught

1  him in a couple of lies about it. You know, it was no big
2  deal about the murder. He said the first time that ah, when
3  he said that the police were staking out his work and that
4  somebody told him the police were out there and he went out
5  there and got in his car. I don't know if this is a lie or
6  not, but when he did, the police surrounded him. He said he
7  couldn't of gone anywhere anyway because his car needed a
8  starter. Then, he turned around and said that he drove it
9  to work that morning. You know, how could he of drove it if
10 it needed a starter? But ah, he also said that there was a
11 couple of guys at a gas station on the night that the murder
12 took place, that him and Keith Hardin stopped in there, that
13 would remember them and said they were on video tape and he
14 said the police didn't bother checkin' that out at all.
15 GREER:                    What significance did he mean
16 by that? What did he mean?
17 CAPPS:                    He just meant ah, I guess
18 basically that he meant that he had a alibi and you all just
19 brushed it off.
20 GREER:                    Was anything said about the
21 ah, tape being erased or anything like that?
22 CAPPS:                    Ah, he said that ah, when we
23 were talking about it, he said that by the time that you all
24 did check it out, that it done had been erased. He said
25 that somebody after every shift, erases the tape.

```
1   GREER:              Did he say where this station
2   was at?
3   CAPPS:              Ah, I believe it was somewhere
4   close to his house. It was an all night gas station.
5   GREER:              Cliff, have you told me the
6   truth during this interview?
7   CAPPS:              Yes sir, I have. I told you
8   exactly what Jeff Clark has told me. I have never spoke to
9   Keith Hardin. I've seen him one time in Court.
10  GREER:              If I ask you to take a
11  polygraph, will you take it?
12  CAPPS:              Yes sir.
13  GREER:              Do you know what a polygraph
14  is?
15  CAPPS:              It's ah, a lie detector test
16  basically, ain't it, something's on you, and it takes your
17  pulse or your nerves or something.
18  GREER:              Do you know that polygraphs
19  are not admissible in the Court though, don't you?
20  CAPPS:              Yes sir.
21  GREER:              But, you would take one?
22  CAPPS:              Yes sir.
23  GREER:              Jean, did we get the date on
24  this?
25  REPORTER:           No sir, we did not.
```

```
1  GREER:                    The date is December the 2nd,
2  1992.  The place of this interview is the Grand Jury Room of
3  the Breckinridge County Courthouse and at the conclusion of
4  this interview, it is Twenty-Five minutes 'til Eleven,
5  Breckinridge County Time, which is Twenty-Five 'til Twelve
6  my time in Meade County.  Ah, this will conclude the
7  interview.
8  OFF RECORD
9                    END OF PROCEEDINGS
```

```
 1
 2
 3
 4                    C E R T I F I C A T I O N
 5       I, JEAN   B.   FOX,  CIRCUIT   COURT   REPORTER,
 6  hereby certify that the foregoing  is  a   true   and accurate
 7  transcription of the  audible portions of a sworn   statement
 8  given by Clifford  E. Capps, to Meade County Sheriff, Joseph
 9  E. Greer on the 2nd day of December,  1992 in the Grand Jury
10  Room at the  Breckinridge  County  Courthouse,   which   were
11  mechanically recorded by me and which were transcribed by me
12  on this 5th       day        of      December,     1992.
13
14            My Commission expires:  June 4, 1996
15
16                         _____
17                         NOTARY PUBLIC, KENTUCKY AT LARGE
18
19
20
21
22
23
24                         REPORTED BY:
25               JEAN B. FOX, CIRCUIT COURT REPORTER
                 GRAYSON, BRECKINRIDGE, MEADE, BUTLER,
                 HANCOCK, OHIO & EDMONSON COUNTIES
                   1448 MOUTH OF BEAR CREEK ROAD
                   BROWNSVILLE, KENTUCKY  42210
```