```
IN THE UNITED STATES DISTRICT COURT
    WESTERN DISTRICT OF KENTUCKY
    HON. CHARLES R. SIMPSON III
       MAG. COLIN H. LINDSAY
         CASE NO. 17-CV-419


         JEFFREY DEWAYNE CLARK,
               PLAINTIFF


                  VS.


LOUISVILLE JEFFERSON COUNTY METRO GOVERNMENT, ET
                  AL.,
               DEFENDANTS
```

DEPONENT:  KEVIN JUSTIS
DATE:      MAY 28, 2019
REPORTER:  LACEE TOWNSEND

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1      A    Yeah.
 2      Q    -- you're okay.
 3      A    I don't want to perjure myself.
 4      Q    You don't want to perjure yourself, because
 5   there are penalties for that.
 6      A    That's right.
 7      Q    Okay.  Now, I had sent you some documents to
 8   review.
 9      A    Yeah.
10      Q    Did you get a chance to review any of them?
11      A    I glanced over them, but I still remember
12   everything.
13      Q    Okay.
14      A    But yeah, I got them with me right over there.
15      Q    Okay.  Maybe at some point, we'll go through
16   the documents that you received just to put that on the
17   record.
18      A    Okay.  Yeah.  I mean, I looked through them.
19      Q    Okay.  Have you -- okay.  That's fine.  So
20   let's start with the easy questions.  How old are you
21   right now?
22      A    49.
23      Q    49.  And where do you currently live?
24      A    522 Snyder Way, Muldraugh, Kentucky.
25      Q    Okay.  And are you currently working?
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1            MR. KAMDANG:  I'll think it'll be easier if you
 2       clip it.  Just --
 3            THE WITNESS:  All right.  I'll try it again.
 4       My fingers don't work very good.  It's because --
 5       well, I cut that one off, and it don't --
 6            MR. KAMDANG:  Do you mind if I help you with
 7       that, then?
 8            THE WITNESS:  Yeah.  Sure.  Go right ahead,
 9       man.
10            MR. KAMDANG:  Okay.  All right.
11  BY MR. KAMDANG:
12       A    But they move people in and out so much.
13       Q    Okay.  Was Clifford Capps ever in your cell
14  with Keith Hardin?
15       A    Not that I know of.  He was with the other
16  one.
17       Q    Well, when you were with Keith Hardin?
18       A    Yes.
19       Q    That's all I'm talking about.
20       A    Yeah.  No.  He was not in there with me.
21       Q    Okay.  Were you ever in a cell with Jeff
22  Clark?
23       A    No.
24       Q    Okay.  When you said, "The other one," you
25  were referring to Jeff Clark?
```

Kentuckiana Reporters
P.O. Box 3929
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:17-cv-00419-GNS-CHL   Document 317-61   Filed 01/26/23   Page 4 of 17 PageID #: 28616
The Deposition of KEVIN JUSTICE, taken on May 28, 2019

32

1    A    Oh, yeah.  I'm sure he was.  Yes.
2    Q    Okay.
3         MR. ERVIN:  Objection.
4    Q    Did you ever speak to Clifford Capps about
5    things you would see in the newspapers about the case?
6    A    No.
7    Q    Okay.  So the first thing I'm going to do is
8    ask the court reporter to mark this as Plaintiff's
9    Exhibit 1, and -- I'm sorry, I made four copies, so --
10   if that will work, I'll give you two, and then --
11   actually, I'll give you that one. Okay.  Sir, I'm
12   handing you a document.
13            (EXHIBIT 1 MARKED FOR IDENTIFICATION)
14   A    Yes.  I know this letter.
15   Q    You do?  Okay.
16   A    Oh, yeah.
17   Q    All right.  What is it?
18   A    Yeah.  I remember this letter.
19   Q    Okay.  What is -- I'm handing Plaintiff's
20   Exhibit 1.  What is it?
21   A    It's a letter from Cliff Capps asking me what
22   to say to help him get out on shock probation.
23   Q    Okay.  So is this -- well, this looks like a
24   copy of the letter?
25   A    Yes.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        Q    Okay.  Is it a fair and accurate copy of the
 2   letter that you received?
 3        A    Yes.
 4        Q    Okay.  And how did you receive this letter?
 5        A    He sent it to me.
 6        Q    Okay.  And when you -- when he sent it to you,
 7   how did you receive it?
 8        A    Well, I thought I had gotten it in jail, but I
 9   got in Marion County Correctional Complex.  That's where
10   I got it, in Marion County.
11        Q    Okay.  So you received it while you were in
12   Marion County?
13        A    Yes.
14        Q    Okay.  And you remember receiving it in Marion
15   County?
16        A    Yes.
17        Q    Do you remember about when you received it?
18        A    '94 or '95.
19        Q    Okay.
20        A    I -- I can't give you the exact date.  I don't
21   want to lie to you.
22        Q    Sure.  If you look at the top right corner --
23        A    Yes.
24        Q    -- you'll see a date of 11-17-1992?
25        A    All right.  It would be '92.
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   Q   -- "then."
2   A   "And man, if I ever needed you to do anything,
3   please help me to convince them with enough S-H-I-T to
4   let me out.  I also have to be in court on December
5   2nd."
6   Q   Okay.  Thank you for helping me out.  What did
7   you understand that paragraph to mean?
8   A   He was asking me to lie.
9   Q   Okay.  What was he asking you to lie about?
10  A   Well, it goes on down the letter.
11  Q   Okay.
12  A   At what kind of car they was driving, and that
13  they had said something about the murder.
14  Q   Okay.  So let's back up a little bit.
15  A   Okay.  Sure.
16  Q   When you said they were asking you to lie --
17  A   Yeah.
18      MR. BRUSTIN:  Sorry to interrupt.  Len?
19      MR. KAMDANG:  Yes?
20      MR. BRUSTIN:  Can you just take -- when you get
21  a second, can you take a one-minute break and give
22  me a call?
23      MR. KAMDANG:  Sure.  We're going to take a
24  quick, one-minute break and go off the record, and
25  then I'll ask you some more questions.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1              MR. BRUSTIN:  Just call me on the cell.
 2              THE WITNESS:  Sure.
 3                      (OFF THE RECORD)
 4   BY MR. KAMDANG:
 5       Q    Okay.  Excuse me.  Okay.  So we were going
 6   over Plaintiff's Exhibit 1.
 7       A    Yes.
 8       Q    And we were talking about paragraph 1.
 9       A    Yes.
10       Q    So the second sentence says, "Don't sweat.
11   We're going to court over that murder."  Do you see that
12   sentence?
13       A    I'm a little lost here.  Where are we at?
14       Q    It's right at the beginning.
15       A    Oh, all right.
16       Q    The second sentence.
17       A    Okay.  Yeah.  Yeah.  Yeah.  Okay.
18       Q    So when it says, "that murder." you understood
19   that to mean the murder that Keith Hardin and Jeff Clark
20   were charged for?
21       A    Yes.
22            MR. ERVIN:  Objection to the form.
23            MR. PELLINO:  Objection to the form.
24       Q    Okay.  What did you understand "that murder"
25   to mean?
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1      A    That he's asking me to lie.  I mean, it says,
 2  "Hey bud, don't sweat.  We're going to court over the
 3  murder.  My shock will be decided then. If I ever needed
 4  you to do anything, please" -- underline -- "help me to
 5  convince them with enough" -- crap.  I'm just going to
 6  say crap.
 7      Q    Okay.
 8      A    "To let me out."
 9      Q    Okay.
10      A    "I also have to be in court on December 2nd."
11      Q    Okay.  So I'm going to walk through that bit
12  by bit.  When he said, "That murder" --
13      A    Yeah.
14      Q    -- which murder did you --
15      A    I guess Keith Hardin and the Jeff Clark
16  murder.  I guess.
17      Q    Okay.  And when he said, "My shock will
18  decided then."
19      A    Yeah.
20      Q    We talked about a shock earlier.
21      A    Yes.
22      Q    You understood that to mean that --
23      A    He was asking me to lie to get him out on
24  shock probation.  That's exactly what that meant.
25      Q    You understood him to mean that he was
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  getting -- that he was trying to get out of jail?
2      A    Yes.
3      Q    Okay.  And when he says, "Convince them with
4  enough S-H-I-T to let me out," as you told us, you
5  understood that to meant that he wanted you to lie?
6      A    Yeah.
7      Q    Okay.
8      A    He wanted me to come up with enough stuff to
9  help him convince to get him out.
10     Q    Okay.  Now -- one moment.
11     A    I mean, I see more stuff down here in the
12 letter, too, that's --
13     Q    Well --
14     A    That's --
15     Q    We're going to walk through it.
16     A    Okay.  Because --
17     Q    Okay.
18     A    I see a lot more lies.
19     Q    Okay.  You -- now, at the bottom it says,
20 "Clifford Capps."
21     A    Yeah.
22     Q    And then there's a number next to it?
23     A    Yup.
24     Q    Okay.  What does that number mean to you?
25     A    That's his prison number.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
1      Q    Okay.  And so, you understood that to mean
2  that he was sending it to you from another prison?
3      A    Well, that means he's been to the Roederer
4  Correctional Complex to get his number.
5      Q    Understood.
6      A    But number is older than his.
7      Q    Okay.  Now it says -- on the corner here, it
8  says, "P.S."
9      A    Yes.
10     Q    "Write back before December 2nd and tell what
11 we're going to say.  I will do the same."
12     A    Yeah.
13     Q    Okay.  What is he asking you to do here?
14     A    He's asking me to -- to write back and tell
15 what I'm going to say --
16     Q    Okay.
17     A    -- to help him get out on shock.
18     Q    Okay.  And let's go to the next page.
19     A    Okay.
20     Q    Okay.  Now it says, "Remember this: Keith" --
21 in quotes -- "jokingly admitted to the murder.  They were
22 driving a black Nova.  Keith said, 'Jeff wanted to dump
23 the body down there to scare his ex.'"
24     A    Right.
25     Q    Okay.  So --
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1      A    He's -- he's saying, "remember this." He's
 2   asking me to remember what he's wanting me to say.
 3      Q    Okay.  And when you say "remember," am I
 4   correct that you're -- what you mean is, he's asking you
 5   to say these things --
 6      A    Remember to say that.
 7      Q    -- are not true?
 8      A    Yes.
 9      Q    Okay.  Was any of this true?
10      A    No.
11      Q    Okay.
12      A    And then, on the first page, if you don't mind
13   me showing you, it says, "Well, think about what we're
14   going to say."
15      Q    "And I'll see you on December 2nd."
16      A    Yeah.  Think about what we're going to say.
17      Q    Okay.  Did you understand that you were going
18   to give testimony on December 2nd?
19      A    I didn't even go.  I don't even know what that
20   was talking about.  I wasn't in court.  I didn't have no
21   court date.
22      Q    Okay.
23      A    I wasn't even there.
24      Q    Understood.  Now, under where it says, "Cliff
25   Capps number 110482."
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1      A    Yes.
 2      Q    It says, "MACBED number 647."
 3      A    Yeah.  That would be the -- that -- that's
 4  MAC.  That's Marion County Adjustment Center.
 5      Q    Okay.  And that was the jail where --
 6      A    That's where he would be.
 7      Q    -- Clifford Capps was -- sent the letter from?
 8      A    Yeah.
 9      Q    Okay.  Now what, if anything, did Keith Hardin
10  ever, even jokingly, tell you about the murder of Rhonda
11  Sue Warford?
12      A    Nothing.
13      Q    Okay.
14      A    All he did was ever adamant about he did not
15  do it.  He loved her, and he would never do anything
16  like that, and I'm -- I'm -- I swear to God, the man
17  broke down every single night and bawled his eyes out.
18      Q    Okay.  What, if anything, did Keith Hardin
19  ever tell you about whether he or Jeff Clark drove a
20  black Nova?
21      A    I never even knew they had a black Nova.
22      Q    Okay.  What, if anything, did Keith Hardin
23  ever tell you about whether he wanted to dump a body
24  somewhere to scare his ex?
25      A    Never.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:17-cv-00419-GNS-CHL   Document 317-61   Filed 01/26/23   Page 13 of 17 PageID #: 28625
The Deposition of KEVIN JUSTICE, taken on May 28, 2019

44

1  Q   Okay. What, if anything, did Jeff Clark tell
2  you about the murder of Rhonda Sue Warford?
3  A   Jeff Clark never really even spoke to me, and
4  nothing.
5  Q   Okay. So going back to the second letter --
6  the second page of Plaintiff's Exhibit 1 --
7  A   Sure.
8  Q   -- where it says, "Remember this?"
9  A   Yes.
10 Q   Again, it says, "Keith jokingly admitted to
11 the murder. They were driving a black Nova. Keith said,
12 'Jeff wanted to dump the body down there to secure [sic]
13 his ex.'" Did Keith Hardin tell you any of those
14 statements?
15 A   No.
16 Q   Is any of that true?
17 A   No.
18 Q   Okay.
19 A   Absolutely not. And I would take a polygraph
20 test to that.
21 Q   Understood.
22 A   To all of this.
23 Q   Okay. Now at some point, you discussed the
24 letter that you received from Clifford Capps with law
25 enforcement sources?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

Kentuckiana
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  and Cliffy Wise on December 3rd,
2  1992?
3      A    Okay.  They took me to Breckinridge County,
4  which blew my mind.  I didn't understand that.  They
5  took me into a room by myself.  They asked me about this
6  letter that I said I had.  I told them I had it.  I let
7  them read it, and they asked me a few more questions.  I
8  don't know exactly what it was.  They turned the tape
9  recorder off, shook my hand, thanked me, said that we
10 did not want to put him on the -- on the stand and then
11 look like a fool because he, you know, was lying, and
12 put two guys in jail for the rest of their life.
13     Q    Okay.
14     A    And I thought that would be the end of it, and
15 then they took me back to Marion County Adjustment
16 Center.
17     Q    Okay.  Did you give Sheriff Greer the letter
18 or did you give him a --
19     A    Yes.  And I made him make a -- made a copy,
20 and give me back the original.
21     Q    Okay.  And who did you give the original to?
22     A    To my mother.
23     Q    Okay.  Why did you want to keep the original?
24     A    Because it's the original.
25     Q    Okay.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1      A    The original's better than a copy.
 2      Q    Okay.  Did you see Sheriff Joe Greer and - -
 3 or Cliffy Wise make a copy of the letter?
 4      A    Yes.  They took me downstair -- actually, a
 5 private investigator came a long time ago, after I got
 6 out of jail, and took me back to Breckinridge County,
 7 and I walked him straight to the room. I've only been to
 8 Breck [sic] County one time in my entire life, and that
 9 was it.
10      Q    Okay.
11      A    I walked him to the straight room.  I walked
12 him downstairs.  I showed him where the fax machine was,
13 and he told me, he goes, "You know what?  You're 100
14 percent telling the truth."  It all may change by now.
15 Yes.  I watched him make a copy, he gave me mine back,
16 and they put me back in the car and took me back to
17 Marion County.
18      Q    Okay.
19      A    Yes, he did make a copy of it.  He had it. He
20 knew it 100 percent.
21      Q    Okay.  So you have a clear memory that on
22 December 3rd, 1992 you watched Sheriff Joe Greer and
23 Cliff Wise make a copy of the letter that --
24      A    Yes.  Because I was an inmate.  They had to
25 take me with them everywhere they went.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   one out, and we're going to review that.
2        A    Got you.
3        Q    Before we go any further, on December 3rd,
4   1992, when you spoke with Sheriff Joe Greer and Cliff
5   Wise about the letter that Cliff Wise sent you --
6   sorry --
7        A    Yes.
8        Q    -- that Clifford Capps sent you?  Did you
9   explain to Sheriff Joe Greer and Cliff Wise what you
10  understood the letter to mean, just like when we
11  discussed it earlier?
12       A    Yes.
13            MR. ERVIN:  Objection.
14            MR. BOND:  Form.
15       Q    To the best of your recollection, can you
16  explain what you told Sheriff Joe Greer and Cliff Wise
17  about what you understood the letter to mean?
18       A    Okay.  I -- I had handed him the letter and
19  let him read it and told him he was lying, and I didn't
20  want them to put them on the witness stand and put two
21  people in jail for something they didn't do, or, if they
22  did do it, but it was all pure lies to get out of jail
23  on shock probation, and they read it and said, "We
24  understand, and we really do appreciate it," and shook
25  my hand and took me back to jail.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:17-cv-00419-GNS-CHL   Document 317-61   Filed 01/26/23   Page 17 of 17 PageID #: 28629
The Deposition of KEVIN JUSTICE, taken on May 28, 2019
134

1   Q   All right. And what -- I know you said it
2   before, just briefly again, what did you understand from
3   this letter that Clark -- that Capps wanted of you?
4        MR. KAMDANG: Objection.
5   A   He wanted me to remember what to say, to lie
6   to help him get out on shock probation.
7   Q   Okay. Now, does he ask you to lie for him?
8   A   He -- basically, yeah.
9   Q   Okay.
10  A   Read the letter.
11  Q   Where do you think -- where does it say to
12  that he's asking you to lie?
13  A   Okay. It says right here: "Going to court
14  over that murder. My shock will be decided then. Man,
15  if you've ever needed -- if I ever needed you to do
16  anything for me, please" -- underlined -- "help me to
17  convince them with enough shit to let me out. I also
18  have to be in court on December 2nd." He's asking me to
19  help him convince them to let him out.
20  Q   Right. And does that mean that you -- would
21  you have to lie to do that?
22  A   Yeah.
23  Q   Okay.
24  A   Because I -- I knew nothing. Yeah.
25  Q   Okay.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com