Exhibit 1
Kevin Justis
Date 5/28

11-17-92

Kevin,

Hey bud! Don't sweat. Were going to court over that murder. My shock will be decided there. Man, if I ever needed you to do anything please help me to convince them with enough shit to let me out. I also have to be in court Dec. 2nd.

Same ol' shits going on here. I don't have Conrads again until the 30th, so I'm a day janitor now. But only until the 30th.

Tonya House said hi. I think she'll end up getting divorced.

Clive works up here now.

Jimmie shaved his mustache & cut his hair as short as mine.

Well think about what were going to say & I'll see you Dec 2nd.

Take Care & God Bless.

Clifford E. Capps

Cliff Capps #110482
M.A.C. Bed # 647
95 Raywick Rd
St. Mary KY 40063

P.S. Write back before 2nd. AND Tell me what were going to say. I'll do the same.

If we are what we eat, why does everyone love a weenie roast?

If I said you had a beautiful body, would you hold it against me?

Remember this!
Keith "jokingly" admitted to the murder.
They were driving a black van.
Keith said Jeff wanted to dump the body down there to scare his ex.