## AFFIDAVIT

HARVEY M. PALEFSKY, being duly sworn upon oath, states as follows:

1. That I am an attorney at law in good standing, licensed to practice in the State of Colorado since 1979.

2. That I am currently employed as a Deputy State Public Defender by the State of Colorado, and was so employed in June of 1993.

3. At that time I was representing Roy Melanson in Gunnison County Case No. 93 CR 10. This was a first degree murder case. The murder allegedly occurred 19 years earlier.

4. Prior to being extradited to the State of Colorado to face trial on the aforementioned charge, Mr. Melanson was incarcerated at the Meade County Jail in Brandenburg, Kentucky. While in the Meade County Jail, Mr. Melanson was housed in the same cellblock at various times with Clifford Capps and Kevin Justice.

5. Mr. Justice and Mr. Capps were endorsed by the prosecution as witnesses against Mr. Melanson. At one point in time, both had told Kathy Young, a Gunnison Count Sheriff's Investigator, that Mr. Melanson had made incriminating statements to them about the 1974 murder.

6. As part of my investigation of the case, I traveled to Kentucky with my investigator, Garfield Salas. We met with Mr. Capps on June 27, 1993, in his apartment in Louisville, and with Mr. Justice at the LaRue County Jail on June 28, 1993.

7. During our taped conversation with Mr. Justice, we learned that several months before Mr. Capps had written him a letter soliciting false testimony against two individuals by the name of Jeff and Keith who had been incarcerated with them at the Meade County Jail. According to Mr. Justice, this letter was proceeded by a phone call from Mr. Capps.

8. Mr. Justice advised us that he had given the letter to Sheriff Joseph Greer, who had made copies of the letter.

9. While still in Kentucky, I remember contacting Sheriff Greer by telephone to see if I could get a copy of he letter as I deemed it important to my attempt to impeach Mr. Capps.

10. To the best of my recollection, Sheriff Greer acknowledged having a copy of the letter and referred me to Mr. Justice's mother who he claimed had the original.

11. Prior to leaving Kentucky, I was able to contact Mr. Justice's mother. She acknowledged having the letter and having given a copy to Sheriff Greer. I met her at the Dairy Queen in Brandenburg, and made a copy of the letter at the bank across the street. The copy I received is attached to this affidavit.

12. During the course of the proceedings in the Melanson case, I told both my co-counsel and the prosecutor that I had spoken to the Sheriff about the letter. I have recently checked my recollection with both, and they acknowledge that I did tell them about the conversation with Sheriff Greer.



DEPOSITION EXHIBIT
PL-6
Palefsky 6-24-15

FURTHER AFFIANT SAYETH NOT.

Harvey M. Palefsky
Deputy State Public Defender
12 S. Cascade #104
Montrose, CO 81401
(303) 249-4791

STATE OF COLORADO  )

COUNTY OF MONTROSE  )

Subscribed and sworn before me this 14th day of April, 1995.

My Commission expires: March 5, 1997

NOTARY PUBLIC