# AFFIDAVIT

Natalie Frei, being duly sworn upon oath, states as follows:

1. That I am an attorney at law in good standing, licensed to practice in the State of Colorado since 1990.

2. That I am currently employed as a Deputy State Public Defender by the State of Colorado, and was so employed in June of 1993.

3. At that time I was representing Roy Melanson in Gunnison County Case Number 93CR10. This was a first degree murder case. The murder allegedly occurred nineteen (19) years earlier.

4. Prior to being extradited to the State of Colorado to face trial on the aforementioned charge, Mr. Melanson was incarcerated at the Meade County Jail in Brandenburg, Kentucky. While in the Meade County Jail, Mr. Melanson was housed in the same cell block at various times with Clifford Capps and Kevin Justice.

5. Mr. Justice and Mr. Capps were endorsed by the prosecution as witnesses against Mr. Melanson. At one point in time, both had told Kathy Young, a Gunnison County Sheriff's Investigator, that Mr. Melanson had made incriminating statements to them about the 1974 murder.

6. As part of the investigation of the case, Mr. Palefsky traveled to Kentucky with our investigator, Garfield Salas. They met with Mr. Capps on June 27, 1993, in his apartment in Louisville, and with Mr. Justice at the LaRue County Jail on June 28, 1993.

7. During the taped conversation with Mr. Justice, Mr. Palefsky and Mr. Salas learned that several months before Mr. Capps had written him a letter soliciting false testimony against two individuals by the name of Jeff and Keith who had been incarcerated with them at the Meade County Jail. According to Mr. Justice, this letter was proceeded by a phone call from Mr. Capps.

8. Mr. Justice advised Mr. Palefsky and Mr. Salas that he had given the letter to Sheriff Joseph Greer, who had made copies of the letter.

9. Mr. Palefsky later told me that while he was still in Kentucky, he contacted Sheriff Greer by telephone to see if he could get a copy of this letter.

10. Mr. Palefsky indicated to me that Sheriff Greer had acknowledged having a copy of the letter.

FURTHER AFFIANT SAYETH NOT.

1042



_[signature]_
NATALIE FREI,              #19767
DEPUTY STATE PUBLIC DEFENDER
Attorney for Defendant
132 West "B" Street - Suite 200
Pueblo, Colorado 81003
546-0004

STATE OF COLORADO    )
                     )  SS.
COUNTY OF PUEBLO     )

Subscribed and sworn to before me this 11th day of May, 1998.

_[signature: Cynthia L. Lopez]_
NOTARY PUBLIC

1043