```
 1                    P R O C E E D I N G S
 2
 3            THE COURT:  Okay.  Ladies and gentlemen, did each of
 4   you comply with the admonition that I gave you yesterday evening
 5   before we recessed?  All of you?  All of you?  Okay.
 6            MR. SMITH:  Your Honor, the Commonwealth will recall
 7   Crystal Barns to the stand briefly.  And while we're doing that,
 8   we have agreed on some other facts that -- a stipulation that
 9   we'd like you to go ahead and read to the jury.
10            THE COURT:  At this time -- ready to read them at this
11   time?
12            MR. SMITH:  Yes, go ahead.
13            THE COURT:  Okay.  Ladies and gentlemen, this is a
14   stipulation of facts.  It means that you will accept the matters
15   as true.  They are not in controversy.  It is hereby stipulated
16   and agreed by the parties, and thus accepted as facts, the
17   following:
18            That on April 8, 1992, the contents of Jeff Clark's
19   auto were processed by the LPD's ETU.  The ETU searched for hair
20   fiber, blood, and fingerprints of the deceased Rhonda Warford,
21   both of the passenger area and the trunk of the automobile.  No
22   hair, fiber, or blood evidence could be found linking the auto
23   to Ms. Warford.  One fingerprint belonging to Ms. Warford was
24   found in the rear window of the auto.
25            Two, the tire casts taken of a tire print at the scene
```



1  of Ms. Warford's death was compared with the tires of the
2  vehicles owned or controlled by Jeff Clark and his family.
3  There was no match.
4              Three, the soil samples taken from Jeff Clark's
5  vehicle were different from the soil samples taken at the scene.
6              This is stipulation to all the parties and you will
7  accept it as is.  Okay.
8              MR. ROGERS:  Before we --
9              THE COURT:  Yes, sir?
10             MR. ROGERS:  May we approach the bench --
11             THE COURT:  Certainly may.  Here you go.
12             MR. ROGERS:  Judge, I have a witness who is going to
13 appear and he's here under subpoena.  Since it appears we do not
14 need him until Monday, could I have the Judge swear him to maybe
15 reappear Monday?
16             THE COURT:  Where -- is he here now?
17             MR. ROGERS:  Yes, he is here now, Judge.
18             THE COURT:  Bring him here.
19             MR. SMITH:  Who is it?
20             MR. ROGERS:  James Tyrell.
21             MR. SMITH:  Okay.
22             MR. ROGERS:  Because there's no need him sitting here
23 two days.
24             THE COURT:  What?
25             MR. ROGERS:  There's no need him sitting here two

