```
 1                UNITED STATES DISTRICT COURT
 2                WESTERN DISTRICT OF KENTUCKY
 3              CIVIL ACTION NO. 3:17-CV-00419-DJH
 4
 5
 6
 7                     JEFFREY DWAYNE CLARK,
 8                           Plaintiff
 9
10                              V.
11
12                     MEADE COUNTY, ET AL.,
13                          Defendants
14
15
16
17
18
19
20
21
22
23    DEPONENT:    JON HECK
24    DATE:        JULY 1, 2021
25    REPORTER:    BETHANY BELLOFATTO
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   A   No, sir. I don't recall that.
2       MR. SLOSAR: Objection.
3   Q   Okay. Let's go to page 3, please. Second
4   full paragraph: "In addition to the hair, Ms. Warford's
5   fingerprint was found in the back of Mr. Clark's car,
6   but without the ability to date the fingerprint, the
7   Commonwealth could not say when it was left. As such,
8   the weight given to the fingerprint by the area is
9   dubious. It was undisputed that Mrs. Warford had been
10  in Mr. Clark's car because she was in a relationship
11  with his friend, Mr. Hardin." Did I read that
12  accurately?
13  A   You did.
14  Q   Okay. You said it was "dubious," what did you
15  mean by that?
16  A   You -- you really can't give it a lot of
17  weight on the ultimate issue of whether or not these men
18  were guilty. Consider a scenario where Rhonda Sue was a
19  complete stranger to Mr. Hardin and Mr. Clark. Why in
20  the world would her fingerprint be in that car? But,
21  you know, that -- that's -- that's really -- that's
22  strong probative evidence. We didn't have that because
23  there was a logical explanation as to why it was there.
24  Q   Okay. Did you not find it probative that no
25  other fingerprints -- and in particular Jeff Clark's,

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS