# In the Matter Of:

# CLARK & HARDIN vs LOUISVILLE JEFFERSON CO.

# PROCEEDINGS

*March 03, 1995*

*3.03.95*



800.211.DEPO (3376)
EsquireSolutions.com

TR Trx 00810

```
 1
 2
 3
 4
 5
 6
 7         TRANSCRIPT OF CLARK AND HARDIN v. LOUISVILLE JEFFERSON COUNTY
 8                         METRO GOVERNMENT, ET AL.
 9
10
11
12                    DATE RECORDED:  MARCH 3, 1995
13
14
15
16
17
18
19
20
21
22
23
24   Job No.:
          J3633820
25
```



```
 1                    P R O C E E D I N G S
 2
 3           THE COURT:  Ladies and Gentlemen of the jury, did each
 4  of you comply with the admonition that I gave you yesterday
 5  evening before we recessed?  All of you complied?
 6           Mr. Smith, Mr. Adams, Mr. Rogers, will each of you
 7  waive the rollcall of the jury?
 8           MALE SPEAKER:  Yes, sir.
 9           MALE SPEAKER:  Yes, sir.
10           MALE SPEAKER:  Yes, sir.
11           THE COURT:  You may go forward.
12           MR. SMITH:  Margaret Haun.  Should be probably out
13  there.  Right here.
14           THE COURT:  If you would, please come around to my
15  right to be sworn.  Stop there in the vicinity of the step, face
16  me, and raise your right hand.
17           Do you solemnly swear or affirm the testimony you are
18  about to give will be the truth, the whole truth, and nothing
19  but the truth so help you God?
20           MS. HAUN:  I do.
21           THE COURT:  Okay.  Please come around and be seated.
22           Mr. Smith?
23           MR. SMITH:  State your name for the record, please.
24           MS. HAUN:  Margaret Haun, H-A-U-N.
25           MR. SMITH:  And what is your occupation?
```



1   MS. HAUN: I'm an evidence technician for the
2   Louisville Police Department.
3   MR. SMITH: And evidence technician. I assume you're
4   with the Evidence Technician Unit.
5   MS. HAUN: Yes, sir.
6   MR. SMITH: And, so, when people refer to ETU, it's
7   your unit that you're referring to?
8   MS. HAUN: Yes.
9   MR. SMITH: All right. What does an evidence
10  technician such as yourself primarily do?
11  MS. HAUN: We photograph crime scenes. We collect
12  evidence. We process evidence. We transport evidence to the
13  state lab.
14  MR. SMITH: Now, and do you have education and
15  training on the various methods of collecting evidence?
16  MS. HAUN: I have a year of training on the job.
17  MR. SMITH: And, in that training, you're taught the
18  best ways to collect evidence?
19  MS. HAUN: Yes, sir.
20  MR. SMITH: And were you so employed in April and May
21  of 1992?
22  MS. HAUN: Yes, I was.
23  MR. SMITH: And did you have an occasion to process a
24  Nova automobile belonging to one Jeff Clark?
25  MS. HAUN: Yes, sir.

1   MR. SMITH:  Now, can you tell me when you processed
2   that automobile?
3           MS. HAUN:  Done on April 8th of '92.
4           MR. SMITH:  April the 8th of 1992?
5           MS. HAUN:  Yes, sir.
6           MR. SMITH:  Now, explain to the jury, please, just
7   what you do when you process an automobile.
8           MS. HAUN:  Well, it really depends on what the officer
9   requests.  Normally, we usually always photograph it and we
10  process for latent prints.
11          MR. SMITH:  All right.  Now, when you talk about
12  latent prints, you're talking about fingerprints, what I would
13  call them?
14          MS. HAUN:  Yes, sir.
15          MR. SMITH:  All right. And what is the significance
16  of a latent print?  We've heard people talk about latent prints.
17  Just explain to me in your own -- or, in my words, I guess, how
18  you would describe a latent print.
19          MS. HAUN:  A latent print -- excuse me -- a latent
20  print most of the time is not visible, just to the naked eye,
21  unless you put powder on it.  It's left -- the print is mostly
22  made up of perspiration.  People perspire.  And probably 99
23  percent of that is water.
24          MR. SMITH:  Okay.  Now, besides checking this
25  automobile for latent prints, did you check it for anything

```
 1  else?
 2          MS. HAUN:   We also photographed the vehicle.  We --
 3          MR. SMITH:  Okay.
 4          MS. HAUN:   -- did prints -- we collected evidence from
 5  the vehicle.
 6          MR. SMITH:  How did you collect evidence from the
 7  vehicle?
 8          MS. HAUN:   Well, we collected items from the vehicle -
 9  -
10          MR. SMITH:  All right.
11          MS. HAUN:   -- and we also did trace lifts from the --
12          MR. SMITH:  That's what --
13          MS. HAUN:   -- vehicle.
14          MR. SMITH:  -- I'm getting at, trace lifts.  Can you
15  explain to me what a trace lift is?
16          MS. HAUN:   A trace lift is -- it's a piece of paper
17  about this big and it's sticky on one side like -- almost like
18  rubber.  You peel it off.  If you're doing a trace lift say on
19  the right front seat, you would peel this off where the side is
20  sticky, and you just lay it on the seat and push it down, then
21  you pull it up and you put it on a clear piece of (inaudible)
22  plastic.  And everything on that seat would stick or adhere to
23  the sticky paper.
24          MR. SMITH:  And then these trace lifts, what do you do
25  with them?
```

```
1            MS. HAUN:  They're sent to the crime lab.
2            MR. SMITH:  They're sent to the crime lab to be
3   analyzed?
4            MS. HAUN:  Yes, sir.
5            MR. SMITH:  And do you know Robert Thurman?
6            MS. HAUN:  Yes, I do.
7            MR. SMITH:  He works at the crime lab?
8            MS. HAUN:  Yes, he does.
9            MR. SMITH:  So, you get the evidence and he analyzes
10  the evidence; would that be a fair statement?
11           MS. HAUN:  Yes, sir.  He or one of the other --
12           MR. SMITH:  Right.
13           MS. HAUN:  -- lab technicians.
14           MR. SMITH:  Right.  Now, the inside of this Clark
15  vehicle that you processed, how would you describe the interior
16  of that vehicle?
17           MS. HAUN:  The car was very dirty.
18           MR. SMITH:  Now, the fingerprints that you tell us are
19  primarily from perspiration --
20           MS. HAUN:  Yes, sir.
21           MR. SMITH:  -- made up 99 percent of moisture, I think
22  you said.
23           MS. HAUN:  Approximately, yes.
24           MR. SMITH:  Yes.  Will -- tell us, tell the jury
25  whether or not heating and cooling will have any effect on these
```

```
 1  fingerprints.
 2          MS. HAUN:  Well, heating and cooling will.  I -- I do
 3  not know to what extent.
 4          MR. SMITH:  It will have an effect but you can't tell
 5  us to what extent?
 6          MS. HAUN:  Yes, sir.
 7          MR. SMITH:  Would it depend on the particular
 8  circumstances?
 9          MS. HAUN:  Well, it would depend on various
10  circumstances: the weather, the --
11          MR. SMITH:  All right.  Are you telling us it would be
12  a matter of common sense what affect --
13          MS. HAUN:  Well, if you had something that was, say,
14  sitting out in the rain, obviously, the moisture may affect if
15  there were fingerprints on there --
16          MR. SMITH:  Just --
17          MS. HAUN:  -- and -- and it may not.
18          MR. SMITH:  -- just --
19          MS. HAUN:  There's no way to know for sure.
20          MR. SMITH:  -- depending on what the circumstances
21  are?
22          MS. HAUN:  What extent.
23          MR. SMITH:  All right.  Now, tell us whether or not
24  you lifted any prints from the Clark vehicle.
25          MS. HAUN:  Yes, sir.  I lifted two.
```

1   MR. SMITH:  Tell us where the two prints that you
2   lifted were found.
3   MS. HAUN:  Okay.  On the first print I lifted, was
4   from the exterior left rear passenger window, the outside of the
5   glass on the window.
6   MR. SMITH:  The outside --
7   MS. HAUN:  Glass.
8   MR. SMITH:  Okay.  Of the back?  Which window was it?
9   MS. HAUN:  Yes, the rear passenger window.
10  MR. SMITH:  All right.  Okay.  And any other prints
11  that were lifted?
12  MS. HAUN:  I lifted the LP #2 from the interior right
13  passenger window, on the inside of the vehicle.
14  MR. SMITH:  The interior --
15  MS. HAUN:  Glass.
16  MR. SMITH:  -- right passenger?
17  MS. HAUN:  Yes, sir.
18  MR. SMITH:  Front or back seat?
19  MS. HAUN:  Back, on the passenger side.
20  MR. SMITH:  Now, the evidence that you obtained,
21  including these two fingerprints, tell us whether or not you
22  presented -- or who you presented them to for analysis, the
23  fingerprints is what I'm talking about.
24  MS. HAUN:  Well, on the two prints I lifted, when we
25  lift the prints and we do our report that day when we're working

1  on the case, we seal them in a brown envelope, and we mark on
2  there the time we collected the prints, the date and time we're
3  sealing the envelope.  And they're kept secured in our office,
4  and they're turned over to the ID lab, and they're signed for by
5  a receipt.
6           MR. SMITH:  All right.  And Mr. Robert Taccio (ph,
7  sic) from the ID lab is here to testify after you do.
8           MS. HAUN:  Yes, sir.
9           MR. SMITH:  All right.  And you all rode down here
10 together?
11          MS. HAUN:  Yes, sir.
12          MR. SMITH:  (Inaudible).  Okay.  Tell us how you go
13 about lifting these fingerprints.
14          MS. HAUN:  We use black fingerprint powder, put it on
15 the brush, and we use a flashlight to look.  That's when you see
16 if a print is coming up, or if you see anything.  And --
17          MR. SMITH:  Is that what we hear referred to as
18 dusting for fingerprints?
19          MS. HAUN:  Yes, sir.
20          MR. SMITH:  All right.  And you spread the dust out?
21          MS. HAUN:  Yes, sir.
22          MR. SMITH:  And then you look for a print with a
23 flashlight?
24          MS. HAUN:  Hold the light up.  It helps to --
25          MR. SMITH:  All right.  And, then, if you see a print

1  in the dust, what do you do?
2          MS. HAUN:  Well, if you see any prints, you put the --
3  we have plastic lifters, is what we call.  They peel off and
4  they're sticky.  You press it on and you peel it off.  Whatever
5  lift comes off with it, you put it on a white index card, and
6  then you mark on the card where you got the lift from.
7          MR. SMITH:  So, the dusting is when you sprinkle the
8  dust, and then the lifting -- when we refer to lifting
9  fingerprints, that's where you put the sticky stuff on the dust
10 --
11         MS. HAUN:  Yes, sir.
12         MR. SMITH:  -- and lift it?
13         MS. HAUN:  Plastic lifter.
14         MR. SMITH:  Okay.  Please answer the other lawyers'
15 questions.
16         MALE SPEAKER:  (inaudible).
17         MR. ADAMS:  Ms. Haun, is that --
18         MS. HAUN:  Yes, sir.
19         MR. ADAMS:  -- correct?
20      How long have you been employed at the Evidence
21 Technician Unit at LPD, Louisville Police Department?
22         MS. HAUN:  I've been in the Evidence Unit four years
23 this month.
24         MR. ADAMS:  Four years.  And the first year of that
25 was on job training?

1        MS. HAUN:  Yes, sir.
2        MR. ADAMS:  So, before you were allowed to do things
3   on --
4        MS. HAUN:  Be on your own --
5        MR. ADAMS:  -- your own, I guess?
6        MS. HAUN:  -- yes.
7        MR. ADAMS:  Okay.  Now, prior to April the 8th of
8   1992, had you been given any type of formal training in being
9   able to possibly determine the age of a particular print?
10       MS. HAUN:  No, sir.
11       MR. ADAMS:  Okay.  As a matter of fact, is it not true
12  that there are so many factors involved, such as the type of
13  surface involved, humidity, temperature, etc., that it's
14  absolutely impossible, by the way you do things, to age a print?
15  To be able to tell how old a print is?
16       MS. HAUN:  Yes, sir.  I couldn't tell you how old a
17  print is.
18       MR. ADAMS:  Okay.  If I were to tell you that there --
19  there was evidence in the case that -- look at your report and
20  tell us, do you know who that print was identified of in the
21  right-hand rear window?
22       MS. HAUN:  Yes.  It was -- well, the first print was
23  unidentifiable.
24       MR. ADAMS:  Unidentifiable, number --
25       MS. HAUN:  The second --

1    MR. ADAMS: -- (inaudible) --

2    MS. HAUN: -- print was Rhonda Sue Warford's.

3    MR. ADAMS: All right. And, if Rhonda Sue Warford had
4  been in that -- this was done on 04/08/92. And, if you were to
5  know that Rhonda Sue Warford had been in that automobile up to
6  the middle of December of 1991, it would not be unusual for you
7  to find a fingerprint where you found it, is that correct, in
8  that car?

9    MS. HAUN: It would be possible, yes.

10   MR. ADAMS: Well, it's possible. Let's -- let's talk
11 a little bit about that. When you say that a print is 99
12 percent perspiration or that it's 99 percent water, there is
13 also -- depending upon what the person had on their hand, there
14 might be organic or inorganic matter that will stay there
15 permanently unless it's wiped off; is that not correct?

16   MS. HAUN: That's possible.

17   MR. ADAMS: Okay. Do you know -- could you tell by
18 the test that you did what -- what the elements were that were
19 on that print that -- that left that impression?

20   MS. HAUN: No, sir.

21   MR. ADAMS: So, it could have been anything. It could
22 have been body matter that she was excreting; it could have been
23 dirt that was on her hand, soil that as on her hand; it could
24 have been just about anything?

25   MS. HAUN: Yes, sir.

```
 1              MR. ADAMS:  Okay.  And do you now know that the --
 2   there are some theories about how to age prints?  Are you aware
 3   of that?
 4              MS. HAUN:  I'm sure there are different theories --
 5              MR. ADAMS:  Okay.
 6              MS. HAUN:  -- yes.
 7              MR. ADAMS:  But they -- they are very elaborate and
 8   they involve very expensive scientific equipment, and it calls
 9   for a series of tests.  And then, even after you do that, then
10   it's not -- it's not definite, it's only an approximation --
11              MS. HAUN:  Yes, sir.
12              MR. ADAMS:  -- is that correct?
13              MS. HAUN:  Yes, sir.
14              MR. ADAMS:  Okay.  Thank you very much.
15              THE COURT:  Mr. Rogers?
16              MR. ROGERS:  I don't have any questions at this point.
17              THE COURT:  Any redirect?
18              MR. SMITH:  Ms. Haun, in lifting this print, was there
19   any evidence at all that this print was anything but a regular
20   fingerprint?
21              MS. HAUN:  No, sir.
22              MR. SMITH:  All right.  I mean, you didn't see any
23   organic matter or any dirt or any of the other things that Mr.
24   Adams has asked you about, did you?
25              MS. HAUN:  It just looked like another print.  None --
```

PROCEEDINGS   3.03.95                                   March 03, 1995
CLARK & HARDIN vs LOUISVILLE JEFFERSON CO.                          14

```
 1  like any print I've looked at.
 2          MR. SMITH:  Okay.
 3          MS. HAUN:  Just another print.
 4          MR. SMITH:  All right.  And, although, in response to
 5  Mr. Adams' question, it's possible that that print was there
 6  that long, but it's not probable, is it?
 7          MR. ADAMS:  Objection, Judge.
 8          THE COURT:  That's leading, first of all.  Rephrase
 9  your questions.
10          MR. SMITH:  Is it -- you've told -- in response to Mr.
11  Adams' question, you said it's possible.  Tell us whether or not
12  it is probable that that fingerprint has been in there --
13          MR. ADAMS:  Can we approach?
14          THE COURT:  Yes, before you answer.
15                  (Bench conference.)
16          THE COURT:  Ma'am, do you recall the question that the
17  Commonwealth attorney just asked you?  Do you remember the
18  question?
19          MS. HAUN:  Yes, sir.
20          THE COURT:  If you can answer that question based on
21  your own -- your personal knowledge or your education and
22  training, without guessing, I want you to answer it.  But I
23  don't want you to guess, okay?
24          MS. HAUN:  No, I couldn't answer it without guessing.
25          THE COURT:  Okay.
```

```
 1          MS. HAUN:  I couldn't say for sure.
 2          MR. ADAMS:  Okay.  I don't have anything further.
 3          THE COURT:  Mr. Adams?
 4          MR. ADAMS:  No further questions.
 5          THE COURT:  Mr. Rogers?
 6          MR. ROGERS:  No.
 7          THE COURT:  May this witness be finally excused?
 8          MALE SPEAKER:  She may.
 9          MALE SPEAKER:  Yes.  And we need to approach.
10          THE COURT:  Thank you for being with us.
11          MS. HAUN:  Thank you.
12          THE COURT:  You're free to go.
13                    (Bench conference.)
14          THE COURT:  Call your next witness.
15          MR. ADAMS:  Judge, could we try to see if she's still
16 here?  I don't want --
17          MR. SMITH:  I'm sure she's here.  She rode with Robert
18 Taccio.
19          MR. ADAMS:  Let -- (inaudible) for one more question,
20 Judge, if that's --
21          THE COURT:  Sure.  Bring her in.
22          MR. ADAMS:  Never mind, Judge.  Let me just forget
23 that.
24          MR. SMITH:  We're down to the matter of Mr. Thurman
25 now.
```

```
 1          THE COURT:  He's supposed to be here in 15 minutes.
 2   Do you think that it would be better for your order of proof to
 3   wait till he gets here?
 4          MR. SMITH:  Yeah, because the next witness is going to
 5   be lengthy, Judge.
 6          THE COURT:  Okay.  Do you have some fresh coffee back
 7   there for the jury?
 8          MALE SPEAKER:  Yes, sir, sure do.
 9          THE COURT:  Whoa, Ladies and Gentlemen, let's not
10   forget the admonition.
11          Ladies and Gentlemen of the Jury, it is your duty not
12   to permit anyone to speak to or communicate with you on any
13   subject connected with this trial, and any attempt to do so
14   should be immediately reported by you to the Court.  Do not
15   converse or discuss among yourselves any subject connected with
16   the trial, do not form or express any opinion thereon until the
17   case is finally submitted to you for determination.  If anyone
18   should state anything within your hearing about this case,
19   promptly bring that fact to the attention of the Court.
20          With that, Ladies and Gentlemen, we'll recess.  We've
21   got another witness that's supposed to be here at 10:00.  As
22   soon as that witness arrives, we'll call court back in session
23   and go forward, okay?  So, if you'll go with Mr. Wright (ph).
24                         (Recess)
25          MALE SPEAKER:  Back on the record.
```