1  I do that, I want to remind each of you that this is a court of
2  law.  This is a place where we will act like ladies and
3  gentlemen at all times.  So regardless of what the verdict is,
4  regardless of what the verdict is, I do not expect any outburst
5  or any emotional displays of any kind.  You will accept the
6  verdict with respect and with dignity.  We all understand each
7  other?  Okay.
8          I have the verdict form on Jeffrey Dewayne Clark.  We,
9  the jury, find the defendant Jeffrey Dewayne Clark guilty of
10 murder.  No outburst.  No outburst.  If I see any outburst from
11 anyone, they'll be incarcerated immediately.  Do I make myself
12 clear?
13         I have the verdict form for the Commonwealth of
14 Kentucky versus Garr Keith Hardin.  We, the jury, find the
15 defendant Garr Keith Hardin guilty of murder.
16         Okay.  Ladies and gentlemen, I am going to poll the
17 jury.  The question to which you will be responding with respect
18 to Jeffrey Dewayne Clark is first, we, the jury, find the
19 defendant Jeffrey Dewayne Clark guilty of murder.  Is that your
20 verdict?  You will answer yes or no.  Read the names of the
21 jury, please.
22         COURT CLERK:  I don't have them in here, Judge.
23         THE COURT:  Get them.
24         COURT CLERK:  Go get them.
25         THE COURT:  Bring them in.  Well, let me just do this.



```
 1  your cars.  And without going any further, I truly appreciate
 2  the work that you've done.
 3              Okay.  Ladies and gentlemen, the same admonition as
 4  before.  Please accept the verdict of the jury with dignity and
 5  with respect.  This is the verdict with respect to Jeffrey
 6  Dewayne Clark.  We, the jury, fix the defendant's punishment and
 7  confinement in a penitentiary for a period of life, signed
 8  Raymond Lee Fugett, foreperson.  The verdict of the jury with
 9  respect to Garr Keith Hardin.  We, the jury, fix the defendant's
10  punishment at confinement in the penitentiary for a period of
11  life, signed Raymond Lee Fugett, foreperson.
12              Gentlemen, do you want the jury polled?
13              MR. ADAMS:  No, sir.
14              THE COURT:  Want the jury polled, Mr. Rogers?
15              MR. ROGERS:  I always like to hear them polled, Judge.
16              THE COURT:  I'm sorry?
17              MR. ROGERS:  Yes, sir.
18              THE COURT:  Okay.  With respect to Garr Keith Hardin,
19  ladies and gentlemen, you've heard me read the verdict.  The
20  question to which you will be answering is, was that your
21  verdict.  Mr. Fugett, we'll start with you.  Was that your
22  verdict, sir?
23              MR. FUGETT:  It was, Your Honor.
24              THE COURT:  Thank you.  Ma'am?
25              FEMALE SPEAKER:  It was, Your Honor.
```

