Page 144

1    come back if we don't have to.

2    Female 1:  Yes, sir.

3    Judge:  Okay.  Let's come back at 2 o'clock, then.

4    Female 1:  Thank you, Your Honor.

5    Judge:  Yes.  Okay, now.

6    Female 2:  Can we -- can we leave our things here?

7    Female 3:  [INDISCERNIBLE] Judge.  [INDISCERNIBLE]

8    Judge:  Okay.

9    Female 3:  [INDISCERNIBLE]

10   Judge:  Okay.

11   Female 3:  [INDISCERNIBLE]

12   Judge:  Jeremy, are you ready for these guilty pleas?

13   Jeremy:  Yes, Your Honor, and then we can start.

14   Bailiff:  We've got them up here now.

15   Judge:  Let's go ahead and do those.

16   Male 3:  Suggest we just get this off the table?  Because people

17   --

18   Judge:  That'll be fine.  Just leave everything like it is.

19   [BREAK IN PROCEEDINGS]

20   [14:05:06]

21   Judge:  We're on the record.  Let's see, you had finished cross

22   examining Mr. Clark, hadn't you?  Okay.  Mover may call their

23   next witness.

24   Male1:  I plan on calling Mr. Hardin.

25   Judge:  Where is -- here's Mr. Hardin.  Here he comes now.  Mr.

1   Hardin, just approach the bench and I'll place you under oath

2   before you have a seat, okay?  If you'll raise your right hand,

3   that's good.  Do you swear or affirm the testimony you're about

4   to give is the truth, the whole truth and nothing but the truth?

5   Garth Keith Hardin:  I do.

6   Judge:  Thank you.  Have a seat in the witness chair here.

7   Garth Keith Hardin:  Okay.

8   Judge:  Make yourself as comfortable as you can, and I want you

9   to be sure and speak up so we can hear you.

10  Garth Keith Hardin:  Yes, sir.

11  Judge:  All right.  State your name please.

12  Garth Keith Hardin:  Name's Garth Keith Hardin.

13  Judge:  Thank you.  You may ask.

14  Male 1:  Thank you, Your Honor.  Mr. Hardin, I'm going to ask

15  you a few questions.  I might be jumping around a little bit.

16  It's not going to be in total chronological order.  Okay, so.

17  Garth Keith Hardin:  Okay.

18  Male 1:  If I ask you a question, if I ask you a question you

19  don't understand just let us know and we can rephrase it.  Well,

20  let's just jump into the issues that are important in this case.

21   Did you ever --what was your involvement in any satanic

22  activity?  What's the story on that?

23  Garth Keith Hardin:  Well, it was back in my teen years, just

24  being rebellious.  I was never like real heavy involved in it or

25  nothing like that.  Just mostly just playing around with it.

1   Male 1:  All right.  Is there any special reason that you can

2   think of now that caused you to have an interest in that?

3   Garth Keith Hardin:  Just I guess you can say just out of

4   rebelliousness.

5   Male 1:  Now since, now jumping ahead, since you have been

6   incarcerated, have you been interested, you showing interest in

7   say any religious teachings, any other types of religions that

8   have been of interest to you that you've studied?

9   Garth Keith Hardin:  Well, yes sir, I've spent a number of years

10  studying various religions and philosophies of the world, most

11  particularly Zen Buddhism.  I've been five years studying Zen

12  Buddhism, taking a correspondence course from an actual

13  monastery.

14  Male 1:  Well, are you talking about just studying something or

15  actually being a Zen Buddhist?

16  Garth Keith Hardin:  Both.  Started out at studying and that

17  turned into practice.

18  Male 1:  Now going back to the time period when this case

19  occurred, and actually before that time period.  When you had

20  these, you had the books, and we've heard the evidence, the

21  challis, and these different, say the challis and these books

22  among your belongs.  What were they there for?  What did you,

23  why did you, or did you refer to them at all?

24  Garth Keith Hardin:  Well, like when I was practicing, you know,

25  playing around with the occult, I've had numerous books, more

1   than what was confiscated.  I just, after I left the occult, I

2   started throwing books away and those were the only ones that

3   remained, mostly just studying until I quit.

4   Male 1:  And is it, where you're staying today there is

5   consistent with what you testified at trial that you had ended

6   that, that involvement in that activity?

7   Garth Keith Hardin:  Yes, sir.

8   Male 1:  By the time you had become investigated by the police

9   for this offense?

10  Garth Keith Hardin:  Yes, sir.

11  Male 1:  Now when you were actually practicing and involved with

12  that, did any of that involve like meditation?

13  Garth Keith Hardin:  Yes, sir.

14  Male 1:  Did any of that involve any types of chants or thinking

15  like you could do thinking like you could do some actual spells?

16  Garth Keith Hardin:  Yes, sir.

17  Male 1:  And in terms of the amount of time that you devoted to

18  that, how much of your, how much of the time did you spend on

19  anything related to these satanic rituals?

20  Garth Keith Hardin:  Well, I had numerous books, not just on

21  Satanism, just the occult in general.  I study books after

22  books.

23  Male 1:  Okay.  Now were you working?  This is in a time period

24  leading up to the time that you were investigated.  During that

25  previous time period, were you working?

1   Garth Keith Hardin:  Yes, I was until I lost my job.

2   Male 1:  Well, let's say during the time period in which you

3   were working.  Did you spend all of your free time during the

4   rituals and the occult situation, or did you have any other

5   activity?

6   Garth Keith Hardin:  Well, right before all this happened, let's

7   say, I did quit the occult and I started just exploring various

8   other religion.  I was doing that before I ever got locked up.

9   Male 1:  So, if you practiced this stuff, what kind of things

10  would it involve?  What would you do?

11  Garth Keith Hardin:  Stuff like with the occult?

12  Male 1:  Yes.

13  Garth Keith Hardin:  Well, mostly what I did, just every so

14  often, not even very regularly, I'd get out a book, and light

15  some candles, and say some chants, prayers and do some

16  meditations.

17  Male 1:  Would that be something that you would do by yourself,

18  or with any other people?

19  Garth Keith Hardin:  I do it all by myself.  There's only been

20  one time when I actually performed a ritual with other people.

21  Male 1:  And the books that you had in your position regarding

22  this stuff, either before they were confiscated or seized by the

23  police and the ones that you had in your possession.  Where did

24  you get some of these books from?

25  Garth Keith Hardin:  Well, some of them I got from the school

1    library, and others I got from the local bookstore.

2    Male 1:  So even some of these books came from your school

3    library?

4    Garth Keith Hardin:  Yes, sir.

5    Male 1:  In high school?

6    Garth Keith Hardin:  Yes.

7    Male 1:  Now in the trial of this case, there were some, there

8    was some evidence about sketches or drawings that you made.

9    Okay.  This is something that you did on a regular basis?  Did

10   you normally sketch or draw?

11   Garth Keith Hardin:  Well, most the times, I did draw this -- I

12   don't even know why I drew this stuff, you know, sketch book,

13   that was just stupid.  I mostly draw stuff like landscapes and

14   stuff like that, things I still draw.

15   Male 1:  Okay.  So, is that something that you've always been

16   interested in, before this ever happened and afterwards while

17   you've been in custody?

18   Garth Keith Hardin:  Yes, sir.

19   Male 1:  And were any of these drawings, in your mind, or in

20   your beliefs satanic related type of stuff?

21   Garth Keith Hardin:  Well, yes, I'd say some of this, like

22   obnoxious, just stupid stuff.

23   Male 1:  But some of the stuff that you drew was related to

24   that?

25   Garth Keith Hardin:  Yes, sir.

Page 150

1    Male 1:  And were there other things that were not?

2    Garth Keith Hardin:  Not that I can recall.

3    Male 1:  Well, if you said you were drawing before you ever were

4    interested in satanic stuff --

5    Garth Keith Hardin:  Yes, I was referring to what was in the

6    sketch book, but, yes.

7    Male 1:  Well, now one sketch book, but in other times in your

8    life before that and after that, have you made drawings?  Is

9    that just a habit?  Is that just an activity that you like to

10   do?

11   Garth Keith Hardin:  Yes, I enjoy drawing.

12   Male 1:  When -- now in the trial, there were, that was brought

13   out, you had some sketches depicting Jesus.  Do you remember

14   that evidence?

15   Garth Keith Hardin:  Yes, I do.

16   Male 1:  Okay.  So what's the story on that?  Why would you make

17   a drawing like that?

18   Garth Keith Hardin:  Honestly I don't know, just being stupid, I

19   guess.  I don't know.

20   Male 1:  How old were you then?

21   Garth Keith Hardin:  My late teens, early 20s.

22   Male 1:  When, when Ms. Warford came up missing, all right, and

23   you found out that she was missing, what went through your mind

24   when you heard about that?

25   Garth Keith Hardin:  Anything and everything.  I was scared.

1    Was worried about her.  She hasn't talked to her mother.  She

2    hasn't called me.  No one's heard from her.  So I was worried.

3    Male 1:  Okay.  What did you do, if anything to try to find out

4    what was going on?  Did you contact anybody?

5    [14:15:06]

6    Garth Keith Hardin:  Best I could remember, I did but maybe a

7    day after Ms. Warford me and asked if Rhonda was with me.  I

8    called her and asked if she'd from Rhonda yet, and she said, no.

9    Male 1:  Did you ask any members of your family to call or to

10   check on things, of her whereabouts?

11   Garth Keith Hardin:  Well, my sister Vickie saw in the news

12   where there was a body found in Meade County, so she contacted

13   Joe Greer and told him about Rhonda missing.

14   Male 1:  Now after her body was found, of course the police

15   started talking to you, as well as Mr. Clark.  Correct?

16   Garth Keith Hardin:  Yes.

17   Male 1:  And were you cooperative with the police?

18   Garth Keith Hardin:  Very, yes.

19   Male 1:  And do you remember on how many occasions that you went

20   with them, like to the Louisville police headquarters, and

21   answered all their questions?

22   Garth Keith Hardin:  I can't think of exact number, about three,

23   maybe four times.

24   Male 1:  Okay.  Do you remember how many different detectives

25   that you may be dealt with?

Page 152

1   Garth Keith Hardin:  There's a few.  I can't recall their names.

2   Male 1:  Now do you remember Detective Handy?

3   Garth Keith Hardin:  Yes, sir, I do.

4   Male 1:  And was he with the Louisville Police Department?

5   Garth Keith Hardin:  Yes, sir.

6   Male 1:  During the course of the trial in this court, do you

7   remember Detective Handy testifying?

8   Garth Keith Hardin:  I remember he got up on the stand, but I

9   can't recall exactly what all he did say.

10  Male 1:  Okay.  Well, let me ask you if you remember this?

11  During the course of Detective Handy's testimony --

12  Perry Ryan:  If he says, he can't remember, he's -- now he's

13  going to tell him what he said.  He says he can't remember what

14  Handy said.

15  Judge:  Are you objecting?

16  Perry Ryan:  Yes, sir.

17  Judge:  How do you respond to that?

18  Male 1:  There's a record in the proceedings.  We all know what

19  he said because there's a record of it.  I'm going to ask the

20  witness, who is my client, but I'm going to ask the witness just

21  like any other witness if he remembers this testimony.  Because

22  he was there, and I'm putting him on notice of the place and the

23  time that this statement was made, and ask if he heard that

24  statement made.

25  Judge:  Overruled.

1    Male 1:  All right.  At the trial, the trial of your case in

2    1995, did you remember that Detective Handy was called to the

3    witness stand to testify?

4    Garth Keith Hardin:  Yes, sir.

5    Male 1:  Okay.  And during the course of that, his testimony, do

6    you remember Detective Handy saying, attributing an oral

7    statement to you, saying that you had killed cats, or other

8    small animals.  Do you remember him saying that about you?

9    Garth Keith Hardin:  Yes, I do remember that.

10   Male 1:  That you had told him that.

11   Garth Keith Hardin:  I never said those words to him.

12   Male 1:  Okay.

13   Garth Keith Hardin:  Because I did not perform blood sacrifices.

14   Male 1:  All right.  Well that was the next part.  You remember

15   Detective Handy testifying in this court room that even though

16   you had stopped previously doing any type of devil worshipping,

17   you had told him, according to Detective Handy that you were

18   tired of doing this to small animals, and you were wanting to do

19   human sacrifices.  You remember that part of his testimony?

20   Garth Keith Hardin:  Yes, I remember him saying that.  That is

21   not true at all.  I did not say that.

22   Male 1:  Do you remember Detective Handy saying that you own

23   knives, during his testimony at trial?

24   Garth Keith Hardin:  Yes.  Well, when he was interviewing me, he

25   asked me if I owned any knives.  I said, "Yes."  I remember

Page 154

1    testimony saying I denied having knives.

2    Male 1:  So that's something else that you had contradicted

3    Detective Handy in his testimony about?

4    Garth Keith Hardin:  Yes, sir.

5    Male 1:  Okay.  Back then and today?

6    Garth Keith Hardin:  Yes, sir.

7    Male 1:  Do you remember Detective Handy saying that you at some

8    point had threatened the victim?

9    Garth Keith Hardin:  Oh, yes.  I remember him saying it.  But

10   never threatened anybody.

11   Male 1:  Okay.  Under the circumstances in which Detective Handy

12   testified to the jury that you threatened Ms. Warford, you're

13   saying that's not true.  I never did that.

14   Garth Keith Hardin:  Correct.

15   Male 1:  And you never admitted doing that to Detective Handy

16   because it's not true.

17   Garth Keith Hardin:  That's correct.

18   Male 1:  Now, Mr. Hardin, let me take you forward in time.  Do

19   you remember testifying in front of the members of the -- not

20   testifying.  You gave a statement.  You were interviewed in

21   front of two members of the Kentucky Parole Board in February of

22   2014?

23   Garth Keith Hardin:  Yes, sir.

24   Male 1:  And where was that?  Where did that take place?

25   Garth Keith Hardin:  It happened at Eastern Kentucky

1   Correctional Complex where I was housed.

2   Male 1:  Okay.  And you're still there, correct?

3   Garth Keith Hardin:  Yes.

4   Male 1:  All right.  And tell us briefly, how did that take

5   place?  Set the scene for us.  How'd you know you were going to

6   see the Parole Board?

7   Garth Keith Hardin:  Well actually, they called me up two months

8   earlier than when I was supposed to have seen them.  I was at

9   working and the officer came and said, "Hardin, come on, you've

10  got to see the Parole Board."  And I questioned this officer,

11  "And I'm not supposed to see the Parole Board for two more

12  months."  And this officer told me, "Well, they want to see you

13  right now."

14  Male 1:  So they took you to, was it the place that they do

15  visitations, or was it a different room?

16  Garth Keith Hardin:  Oh, no, it's a different room.

17  Male 1:  Okay.  And now, were the Parole Board members present?

18  Garth Keith Hardin:  Yes, sir.

19  Male 1:  Okay.  So they're there in person.  Sometimes they do

20  this via a video hookup.  But those people were there in person?

21  Garth Keith Hardin:  Yes, in the same room with me.

22  Male 1:  Okay.  At this time, I'd like to play for the court,

23  this is another audio recording, playing Mr. Hardin's statement

24  to the Parole Board.  This ready to go?

25  Judge:  Any objection?

1   Perry Ryan:  I have no objection if it's the entire --

2   Judge:  Going to play the entire statement, please?

3   Male 1:  Yes.

4   Judge:  Okay.  This is audio, not video, right?

5   Male 1:  Right.

6   Female 2:  That's correct, Your Honor.

7   Judge:  Okay.  By the way, before we get started on that, the

8   audio we heard this morning, has that been placed in the record.

9   Male 3:  Yes, already.  Yes.

10  Judge:  Is it exhibit?

11  Male 3:  Yes.

12  Judge:  I don't remember marking it as an exhibit.

13  Male 3:  I don't if we put it in as exhibit but it was --

14  Roz:  I don't know if it did [INDISCERNIBLE]

15  Judge:  You don't have any objection to that going in as the

16  Commonwealth Exhibit, whatever it should be, that they had

17  introduced this morning?

18  Roz:  I think that's for it.

19  Perry Ryan:  No.  I mean I assume that be Commonwealth  Exhibit

20  1.

21  Judge:  Be number 1 probably.  Okay, thank you.  Let's get that

22  so the record's complete.  That's the only thing that hadn't

23  gone in yet, Roz, right?

24  Roz:  Correct.

25  Judge:  Okay.  And that was an audio of the Parole Board Hearing

Page 157

1   of what date?

2   Male 3:  February 5, 2014.

3   Judge:  The '14?

4   Male 3:  Yes, sir.

5   Judge:  Okay, thank you.

6   Male:  [INDISCERNIBLE] holding the system with that.

7   Male:  [INDISCERNIBLE].

8   Male:  [INDISCERNIBLE][

9   [AUDIO PLAYBACK]

10  Female 2:  For some reason it's not going through the speakers.

11  Can you hear it Judge?

12  Male:  Can we play it on the system here?

13  [14:25:06]

14  Judge:  Is there any way of doing it, Mr. [INDISCERNIBLE]?

15  Male 1:  Yes, sir, I have a -- we can play our exhibit like we

16  did Clark's if you would [INDISCERNIBLE].

17  Female 2:  For some reason it's not going through the speaker.

18  Male:  Let me try the input.

19  Female 2:  I did.

20  Male:  It should be working I guess.  I did test these Your

21  Honor.

22  Judge:  I believe you.

23  Female 2:  I'm going to try this again.  See if it was me.

24  Male:  There you go.

25  Female 2:  Okay.

Page 158

1    [AUDIO PLAYBACK]

2    Dwayne Dep:  [INDISCERNIBLE].  Can you state your name and your

3    [INDISCERNIBLE] number for the record, please.

4    Garth Keith Hardin:  My name is Garr Hardin.  Number 120893.

5    Dwayne Dep:  All right Mr. Hardin.  I am Mr. Depp and next to me

6    is Ms. [PH] Hardesty.  And we're going to be conducting your

7    parole hearing today.  Okay.

8    Garth Keith Hardin:  Okay.

9    Dwayne Dep:  Mr. Hardin, you have a conviction of murder, which

10   is a violent crime on a '92 indictment.  I'm showing that you're

11   44 years old.  Is that correct?

12   Garth Keith Hardin:  Yes, sir.

13   Dwayne Dep:  And you're serving a life sentence.  You've served

14   19 years and 9 months on that sentence.  Is that correct?

15   Garth Keith Hardin:  Yes, sir.

16   Dwayne Dep:  I think I remember a little bit about this.  You

17   had a co-defendant in this correct?

18   Garth Keith Hardin:  Yes, I did.

19   Dwayne Dep:  All right.  And where's he incarcerated at?  Do you

20   know?

21   Garth Keith Hardin:  He [INDISCERNIBLE] sir.

22   Dwayne Dep:  Okay.  And you guys still -- I assume don't you

23   contacting him, or where is that, is that correct?

24   Garth Keith Hardin:  Yes, sir.

25   Dwayne Dep:  We're you guys related at all?

1   Garth Keith Hardin:  No, we're just friend.

2   Dwayne Dep:  Friends.  Okay.  All right, well the purpose of

3   this hearing is to [INDISCERNIBLE] and make a determination as

4   to whether or that you're ready to be paroled.  So that's the

5   reason why we're here.  Have you been to the Parole Board

6   before?

7   Garth Keith Hardin:  Yes, I have.

8   Dwayne Dep:  Okay.  And what happened the last time you met?

9   Garth Keith Hardin:  [INDISCERNIBLE] eight year [INDISCERNIBLE]

10  Dwayne Dep:  Eight year [INDISCERNIBLE].  Is there anything that

11  you could remember that they asked you to do during that eight

12  year block?

13  Garth Keith Hardin:  To take some programs, which I have.

14  Dwayne Dep:  Okay.  We'll talk about that in a little bit more

15  in just a second, okay?  Take myself and Ms. Hardesty back to

16  this '92 indictment.  This murder conviction that you have, what

17  was going on that day?  Tell us what was going on?  Who you were

18  with?  Who you're around?  Why you done what you did and how you

19  ended up getting caught?

20  Garth Keith Hardin:  Well, it's hard to think back exactly what

21  was going on.  It was so many years go, plus I don't have the

22  same mindset and mentality I once did because I did when I was

23  [PH] at sentenced.

24  Dwayne Depp:  Okay.

25  Garth Keith Hardin:  Plus I was [INDISCERNIBLE].

Page 160

1   Dwayne Depp:  You were involved in cult?

2   Garth Keith Hardin:  Yes [INDISCERNIBLE]

3   Dwayne Depp:  Well let me just explain this to you.  You already

4   been convicted of it.  Okay, so we're not here to retry your

5   case or anything.  You've been given a sentence.  We read what's

6   in our file.  But at the same time, we're going to give you an

7   opportunity to explain things in your own words, as far what

8   happened and what took place.  So, it's very important that you

9   are able to remember what happen and what took place, or, we

10  don't have any choice but to rely on what's written here on

11  paper.

12  Garth Keith Hardin:  Right.

13  Dwayne Depp:  So that's reason why I wanted you to recant and go

14  back and think about what happened, what took place, what you

15  were doing, where you were, who was around, why you done what

16  you did.  It sounds like you're in a different place now.

17  Garth Keith Hardin:  Yes, I am.

18  Dwayne Depp:  But it's important for us to know why you done

19  what you did so we can make sure that we know that it's not

20  going to happen again.  Does that make sense?

21  Garth Keith Hardin:  Yes.

22  Dwayne Depp:  So with that being said --

23  Garth Keith Hardin:  [INDISCERNIBLE].

24  Dwayne Depp:  Well, with that being said, can you explain to us

25  what happen?  What were you -- where were you guys at?  What

Page 161

1  happened that day?  I mean, where were you living at, at that
2  time?
3  Garth Keith Hardin:  Well, we were sharing a trailer in town.
4  Dwayne Depp:  Who's we?
5  Garth Keith Hardin:  [INDISCERNIBLE]
6  Dwayne Depp:  Okay.
7  Garth Keith Hardin:  And we were staying in an old trailer.
8  [INDISCERNIBLE] how many times.  I don't remember exactly what
9  did happen.  [INDISCERNIBLE] go that way.
10  Dwayne Depp:  I understand everything that you're saying, and I
11  know that you're trying your best to communicate with me.  And
12  I'm trying my best to communicate with you.  But I still haven't
13  heard crime in which you committed.  I want to know what you
14  done.  You keep saying, it happened.  What happened?
15  Garth Keith Hardin:  I don't remember.
16  Dwayne Depp:  I don't deal with that.  Tell me, who got
17  murdered?
18  Garth Keith Hardin:  [INDISCERNIBLE] Rhonda Walford.
19  Dwayne Depp:  And who was she to you?
20  Garth Keith Hardin:  She was my girlfriend.
21  Dwayne Depp:  And that she was your girlfriend.
22  Garth Keith Hardin:  Yes.
23  Dwayne Depp:  Okay.  Now we're getting somewhere.  So what, how
24  did you come in contact with her that day?  And what -- you've
25  got to give me something.  You're not giving me much of

Page 162

1   anything.

2   Garth Keith Hardin:  Yes, sir.  I'm trying to remember back

3   everything that happened.

4   Dwayne Depp:  So you're telling me you murdered somebody and you

5   don't remember what happened?

6   Garth Keith Hardin:  Well, see it's hard to explain to you.

7   I've been trying, you know, since I've been locked up.  Since

8   all that happened.  I'm afraid I'm just blanking what went wrong

9   and how it did happen.  And how could I have [INDISCERNIBLE] do

10  something like that.  Really.  [INDISCERNIBLE] just

11  [INDISCERNIBLE] and all that stuff.  You know, I didn't

12  sacrifice animals or nothing like that, until all of a sudden

13  committed a murder.  You know, I don't know.  [INDISCERNIBLE]

14  say something.  Just [INDISCERNIBLE] same question

15  [INDISCERNIBLE].

16  Dwayne Depp:  How did she die?   How'd you kill her?

17  Garth Keith Hardin:  Stabbing death.

18  Dwayne Depp:  I assumed you stabbed her.

19  Garth Keith Hardin:  [INDISCERNIBLE] think?

20  Dwayne Depp:  Well, I want to talk about you.  I want to know

21  what you done.  So that was --

22  Garth Keith Hardin:  I already talked about [INDISCERNIBLE].

23  Dwayne Depp:  What -- I understand.  I totally understand.  But

24  I want you to understand, this is your [INDISCERNIBLE].

25  Garth Keith Hardin:  Yes.

Page 163

1   Dwayne Depp:  You can [INDISCERNIBLE] have any desires at all to

2   be paroled, it's important for us to know from you what

3   happened, and what's [INDISCERNIBLE].  We -- I like I said,

4   [INDISCERNIBLE].  But we're giving you the opportunity to

5   explain it if you want to.  If you don't want to, then that

6   means you don't have to.  It's strictly up to you.  So would you

7   like to explain the scenario and situation about what happened

8   on that day?

9   Garth Keith Hardin:  I'm trying to.  It's hard [INDISCERNIBLE].

10  [INDISCERNIBLE] drugs and alcohol at the time.

11  Dwayne Depp:  One of the things that we pride ourselves on is

12  that we want to be fair.  We don't want to press and we don't

13  want to assumed.

14  [14:35:06]

15  That's the reason why it's so important for it to come from you,

16  and us not assume what happened, and us not guess what took

17  place.  Because if we did that, that wouldn't be fair to you.

18  On the day of the murder -- maybe I can ask some questions and

19  maybe that might help you.  Maybe you can answer some of my

20  questions [INDISCERNIBLE], unless you have a different tactic

21  you want to try to use.

22  Female 3:  Well, I want to understand why [INDISCERNIBLE].

23  Well, how did you get interested in all that satanic worship

24  [INDISCERNIBLE]?

25  Garth Keith Hardin:  [INDISCERNIBLE] been fascinated with the

1   occult [INDISCERNIBLE] the practice.

2   Female 3:  Why does [INDISCERNIBLE] I guess [INDISCERNIBLE]

3   practices, and so forth that  might be [INDISCERNIBLE] in

4   particular, I mean a satanic cult might lead to that.

5   Garth Keith Hardin:  Well it started out  mostly it was

6   [INDISCERNIBLE] witchcraft.

7   Female 3:  Okay.

8   Garth Keith Hardin:  I really started out in wiccan.

9   Female 3:  All right.

10  Garth Keith Hardin:  And that just seemed so feminine, just

11  bascially mostly [INDISCERNIBLE].  Just seemed weird so I

12  started [INDISCERNIBLE] that way, black magic and then from

13  there, that's when I found Satanism.  [INDISCERNIBLE] just

14  really did for me.  I was just a hardcore believer there for a

15  while.

16  Female 3:  Do you see Satan as a man, as a male, or not?

17  Garth Keith Hardin:  [INDISCERNIBLE]

18  Female 3:  Oh, that's the one?

19  Garth Keith Hardin:  Yes.  [INDISCERNIBLE].  I guess you say it

20  intrigued me.  So I started spreading the darker side of magic

21  and I started studying the darker side of magic.  And it was

22  like [INDISCERNIBLE] black magic, witchcraft, to Satanism.

23  Female 3:  I taught sociology for a long time and part of that

24  is the study of religions.  I've always been interest

25  [INDISCERNIBLE] belief systems.  I am familiar with Wicca and

1  the female deities and the emphasis on the positive.  And I can

2  see where in our society that [INDISCERNIBLE] and maybe the

3  wiccan path and [INDISCERNIBLE] appeal to a lot of men.

4  Garth Keith Hardin:  Yes.  [INDISCERNIBLE] religions since I've

5  been here and practiced [INDISCERNIBLE] been practicing Buddhism

6  now since 2005, I think.

7  Female 3:  That's a change.

8  Garth Keith Hardin:  Yes.  It's really transformed me quite a

9  bit.  Before I had a short temper and bad temper go with it, and

10 no patience.  Now I've got [INDISCERNIBLE].

11 Female 3:  [INDISCERNIBLE] why you need to kill this young

12 woman?

13 Garth Keith Hardin:  I don't want to say that the devil made me

14 do it.  You know, try and put it off on somebody else, I

15 imagine.  But at the same time, I know [INDISCERNIBLE] next

16 thing I know, we cut her and started killing her.  I don't know

17 how it happen.  Honestly, this [INDISCERNIBLE] over and over in

18 my mind through the years, wondering exactly what happened.

19 [INDISCERNIBLE].  We never planned to do it. It just happened.

20 Female 3:  So you didn't make a plan --

21 Garth Keith Hardin:  No.

22 Female 3:  -- targeting her specifically?

23 Garth Keith Hardin:  No.  [INDISCERNIBLE].

24 Female 3:  So the place [INDISCERNIBLE] important or nothing?

25 Garth Keith Hardin:  No.  We didn't sit and make plans, nothing.

1    It just kind of happened.

2   Female 3:  [INDISCERNIBLE], you know, domestic disputes,

3   somebody's drinking at the kitchen table, and you know, this

4   [INDISCERNIBLE].  This seems quite a bit different from that but

5   maybe not so different, you're saying?

6   Garth Keith Hardin:  What I'm trying to say [INDISCERNIBLE] pass

7   the [INDISCERNIBLE] somebody else.  And I take responsibility

8   for my own actions [INDISCERNIBLE].

9   Female 3:  [INDISCERNIBLE].

10  Garth Keith Hardin:  [INDISCERNIBLE].

11  Dwayne Depp:  So tell me, when you guys were drinking, you and

12  your roommate, was she there, as well?

13  Garth Keith Hardin:  No.  Went and picked her up.

14  Dwayne Depp:  Okay, so how did that come about?  Did you guys

15  call her?  Were you supposed to get her, or --

16  Garth Keith Hardin:  Called her.

17  Dwayne Depp:  And what?

18  Garth Keith Hardin:  [INDISCERNIBLE] go out riding.  So driving

19  in the car and he took us to this place I've never been before.

20  It was close to his ex-wife's house.

21  Dwayne Depp:  Okay.

22  Garth Keith Hardin:  [INDISCERNIBLE] field somewhere.

23  Dwayne Depp:  And what you guys doing out in the open field?

24  Garth Keith Hardin:  Well, just went there and [INDISCERNIBLE]

25  car and the next thing I know, whatever happened.

1   Dwayne Depp:  [INDISCERNIBLE] before you got there, I mean was

2   it kidnapping?  Was everybody getting along well?  Was there an

3   argument?  Was she tied up?  I mean, when she got in the car,

4   she got out willingly [INDISCERNIBLE].

5   Garth Keith Hardin:  She wasn't tied up, wasn't [INDISCERNIBLE]

6   she got out with us [INDISCERNIBLE].  The next thing I know it

7   was just like this explosion of violence.

8   Dwayne Depp:  Okay.  What does she think, where did she think

9   you guys were going?

10  Garth Keith Hardin:  [INDISCERNIBLE].

11  Dwayne Depp:  [INDISCERNIBLE].

12  Garth Keith Hardin:  [INDISCERNIBLE].

13  Dwayne Depp:  [INDISCERNIBLE].

14  Garth Keith Hardin:  Yes.

15  Dwayne Depp:  And what, was it unusual, for you guys to get out

16  and stop places, and get out and walk around, or be in the

17  woods?

18  Garth Keith Hardin:  Well [INDISCERNIBLE] ride around.

19  Dwayne Depp:  Okay.

20  Garth Keith Hardin:  She was a little hesitant getting out of

21  the car, and was like, "What's going on.  Why we here?"  "Come

22  on, come on, come on out."  Well, she did and [INDISCERNIBLE]

23  sudden explosion of violence.

24  Dwayne Depp:  What was she stabbed with?

25  Garth Keith Hardin:  A knife.

1  Dwayne Depp:  Who had a knife?

2  Garth Keith Hardin:  [INDISCERNIBLE].

3  Dwayne Depp:  Did you have a knife?

4  Garth Keith Hardin:  No, not on me.

5  Dwayne Depp:  So, what did you use to stab her with?

6  Garth Keith Hardin:  [INDISCERNIBLE] passed it to me.

7  Dwayne Depp:  So, did you all take turns?

8  Garth Keith Hardin:  Yes.

9  Dwayne Depp:  And what happened after you guys killed her?

10 Garth Keith Hardin:  Well, I stood there in shock, really.

11 [INDISCERNIBLE] sudden explosion of violence.  And I said, "What

12 did I just do."  And I just couldn't believe.  [INDISCERNIBLE]

13 don't understand to this day what happened.

14 Dwayne Depp:  Okay, so what'd you do next?

15 Garth Keith Hardin:  I panicked.  I didn't know what to do.

16 Dwayne Depp:  But what did you do?

17 Garth Keith Hardin:  Well, [INDISCERNIBLE] got in the car and

18 drove home.  He dropped me off at my parents' house instead of

19 going back in the trailer, I stayed the night with my parents.

20 Dwayne Depp:  Did you have blood all over you?

21 Garth Keith Hardin:  No.  I don't see how not but no.

22 Dwayne Depp:  Was she begging for her life?

23 Garth Keith Hardin:  Yes.  It happened pretty quick but, yes.

24 Dwayne Depp:  What do you mean when you say [INDISCERNIBLE]?  I

25 know what it means to me.  What does it mean to you?  What was

1   she saying?

2   Garth Keith Hardin:  Please stop and things like that.  And

3   don't do this and all that [INDISCERNIBLE] I couldn't stop.  And

4   I was like, do you cross the line, and you just have to go

5   through with it.  I can't say that it did feel good.  It's just

6   more of a blankness.  You just didn't feel anything once it was

7   all over with and standing there and looking [INDISCERNIBLE].

8   What did I just do?  How could I do this?

9   Dwayne Depp:  How long had she been your girlfriend?

10  Garth Keith Hardin:  Right around five months.

11  Dwayne Depp:  Were you guys sexually active?

12  Garth Keith Hardin:  Yes.

13  Dwayne Depp:  And after you killed her, how long after you

14  killed her were you arrested?

15  Garth Keith Hardin:  It was probably about a month.

16  Dwayne Depp:  A month?  Did anybody ask you about it after she

17  went missing, I guess?

18  [14:45:06]

19  Garth Keith Hardin:  [INDISCERNIBLE] sister and mother

20  [INDISCERNIBLE] call and ask me if she was with me and I told

21  them no.  And they said she disappeared that night and haven't

22  heard from her since.

23  Dwayne Depp:  That's what her sister and mom said?

24  Garth Keith Hardin:  Yes.

25  Dwayne Depp:  Did they ask you if you knew where she was?

Page 170

1   Garth Keith Hardin:  Yes.  I told them, I don't know where she's

2   at.

3   Dwayne Depp:  But you knew she was dead.

4   Garth Keith Hardin:  Yes, I was just staring at them and I

5   [INDISCERNIBLE].

6   Dwayne Depp:  So after you killed her, how long was it when she,

7   until she was found?

8   Garth Keith Hardin:  Three or four days.

9   Dwayne Depp:  Three or four days?  Did you ever go back to the

10  site after you killed her [INDISCERNIBLE]?

11  Garth Keith Hardin:  Couldn't even find the site.  I didn't even

12  want to try.  [INDISCERNIBLE] area I'm not familiar with, no.

13  Dwayne Depp:  Did you guys practice any rituals or satanic

14  anything after you guys killed her?

15  Garth Keith Hardin:  I didn't.

16  Dwayne Depp:  That leads me to believe maybe he did?  Do you

17  know of anything that happened?

18  Garth Keith Hardin:  I don't know [INDISCERNIBLE]. He did'nt

19  actually [INDISCERNIBLE]

20  Dwayne Depp:  Well, you mentioned the satanic stuff, and you

21  mentioned that had something to do with all this, so I'm just

22  wondering, you know, what part that played in this, or did it

23  play any part at all.

24  Garth Keith Hardin:  The killing wasn't ritualistic, it was just

25  real murder.

Page 171

1   Dwayne Depp:  What kind of [INDISCERNIBLE] have?

2   Garth Keith Hardin:  Well, I was arrested once for assault and

3   it was more self-defense.  The guy, bigger than me, wanted to

4   try and bully me, so I stood my ground with him and he swung

5   first and I [INDISCERNIBLE] punch.

6   Dwayne Depp:  Arrested for anything else?

7   Garth Keith Hardin:  No.

8   Dwayne Depp:  That's the only thing you've ever been arrested?

9   Garth Keith Hardin:  Yes, sir.

10  Dwayne Depp:  Did you have a job?  Were you working when this

11  happened?

12  Garth Keith Hardin:  Yes, I was.

13  Dwayne Depp:  Where were you working at?

14  Garth Keith Hardin:  I was working at a place in Louisville

15  called [INDISCERNIBLE], like wooden pallets and [INDISCERNIBLE].

16  Dwayne Depp:  And kept working there for a long time?

17  Garth Keith Hardin:  Been there for several months.

18  Dwayne Depp:  [INDISCERNIBLE]

19  Garth Keith Hardin:  [INDISCERNIBLE].

20  Dwayne Depp:  Wow.  And all along knowing that you had killed

21  her?

22  Garth Keith Hardin:  Yes.  It was really hard?

23  Dwayne Depp:  Hard for who?

24  Garth Keith Hardin:  Hard for me.

25  Dwayne Depp:  [INDISCERNIBLE]

Page 172

1  Garth Keith Hardin:  Well, realized what I've done.  You know,

2  [INDISCERNIBLE].  It's harder knowing that you've killed

3  somebody and not understanding why you did it, or how you could

4  even do something like that.

5  Dwayne Depp:  Do you understand now, why, or how you could do

6  something like that?  Do you understand that now?

7  Garth Keith Hardin:  No.

8  Dwayne Depp:  Well, answer me this.  If you don't understand

9  that, how do you know it's not going to happen again?  You don't

10  even understand it.

11  Garth Keith Hardin:  Well, it's -- I know it's not going to

12  happen again.  My mind's not like it used to be, that's just it.

13   It's being so immersed in dark satanic world.

14  Dwayne Depp:  You said, that didn't have anything to do with it.

15  Garth Keith Hardin:  [INDISCERNIBLE] satanism.  I mean it wasn't

16  a ritual killing and [INDISCERNIBLE] it's just murder.

17  Dwayne Depp:  [INDISCERNIBLE].

18  Garth Keith Hardin:  Yes.

19  Dwayne Depp:  How many [INDISCERNIBLE] since you've been

20  incarcerated in programs?

21  Garth Keith Hardin:  I've been there since [INDISCERNIBLE] case

22  worker recommended me, but they turned me down and said that I

23  wouldn't fit their criteria.

24  Dwayne Depp:  What kind of  programs were you trying to get in

25  Garth Keith Hardin:  [INDISCERNIBLE] case worker recommended me.

1   It's a class that she teaches.  Has to do with more of my,

2   opening up to your emotions, things like that.

3   Dwayne Depp:  [INDISCERNIBLE].

4   Garth Keith Hardin:  Been there since '95.

5   Dwayne Depp:  If you were ever to get out of prison, what's your

6   plan?  Where you going to go?  Where you going to live?  How you

7   going to take care of yourself?

8   Garth Keith Hardin:  Well, right now, I'm going live with my

9   family and try to get back on my feet again.  Find a job

10  [INDISCERNIBLE].  And get a roof over my head and just take a

11  [INDISCERNIBLE].

12  Dwayne Depp:  If you had anything to say to the family, what

13  would you say?

14  Garth Keith Hardin:  I'm sorry and just not anything else,

15  really.  Sorry is the only thing I can say.  I'm sorry for what

16  I've done.  If I can somehow change what I've done, I would.  My

17  whole life would be different.  I would have never gotten

18  involved with Satanism.  This is where it led me.  It's hard.

19  It's painful to think what I've done.  It's, I don't understand

20  what I've done.  I honestly think I've done it, but I can't take

21  it back.  Something I've got to live with for the rest of my

22  life.  I never want to forget what I've done.  I want to

23  remember no matter how much it hurts.

24  Dwayne Depp:  Did you guys, had you thought about killing

25  somebody before?

Page 174

1    Garth Keith Hardin:  No.

2    Dwayne Depp:  Never even had thoughts, though even though you

3    were practicing what you were practicing, you never even had a

4    thought of it?

5    Garth Keith Hardin:  Right.  I was practicing what's called

6    neo-Satanism, which for me is blood sacrifice, actually.

7    [INDISCERNIBLE] committing murder.  I don't know.  I've got no

8    explanation.

9    Dwayne Depp:  Let's see if Ms. Hardesty has some more questions

10   or comments.

11   Female 3:  I'm still kind of hung up on the fact that you went

12   [INDISCERNIBLE].  Why did you do that?

13   Garth Keith Hardin:  [INDISCERNIBLE] sounds twisted, I know it.

14   [INDISCERNIBLE] casket and I apologized to her.  I'm sorry for

15   what I've done [INDISCERNIBLE] grave.  [INDISCERNIBLE] what else

16   to do.  Told her I'm sorry for what I've done.

17   Female 3:  [INDISCERNIBLE] I understand [INDISCERNIBLE] pick her

18   up.  It's not like she was there with you.

19   Garth Keith Hardin:  Right.

20   Female 3:  I mean [INDISCERNIBLE] spontaneous, violent act.  I

21   mean to me it shows [INDISCERNIBLE].

22   Garth Keith Hardin:  [INDISCERNIBLE].

23   Female 3:  [INDISCERNIBLE] that you should go pick her up

24   [INDISCERNIBLE].

25   Garth Keith Hardin:  We did quite a bit, yes.  Just got in the

1   car [INDISCERNIBLE].

2   Female 3:  All right, that's all I need, thank you.

3   Dwayne Depp:  [INDISCERNIBLE]?

4   Garth Keith Hardin:  No sir.

5   Dwayne Depp:  [INDISCERNIBLE] undressed?

6   Garth Keith Hardin:  No.

7   Female 3:  [INDISCERNIBLE

8   Garth Keith Hardin:  Wearing red sweatpants and a red and white

9   jacket.

10  Dwayne Depp:  Anything else you'd like to say or explain to use

11  before we make a decision?

12  Garth Keith Hardin:  No.

13  Dwayne Depp:  You stay right there.  We'll make a decision.

14  Okay, [INDISCERNIBLE] decision in your case and on behalf of the

15  Kentucky Parole Board, we've decided that due to the seriousness

16  of your crime, the fact that violence was involved, a life was

17  taken, and your crime involved a [INDISCERNIBLE] along with your

18  history of drugs and alcohol, we're going to defer your case

19  [INDISCERNIBLE].  In the deferment, we're going to recommend

20  that you follow all DOC recommendations and the deferments is

21  going to be for 60 months.  So we'll take another look at you in

22  60 months.  All right, sir.

23  Garth Keith Hardin:  Okay.

24  Dwayne Depp:  All right.  Good luck to you.  We wish you luck.

25  Garth Keith Hardin:  Thank you.

Page 176

1    Dwayne Depp:  All right.

2    [AUDIO PLAYBACK END]

3    Male 1:  That will be marked Movant's Exhibit 28.  Mr. Hardin,

4    is the sound and the statements on that audio accurate as you

5    remember them?

6    Garth Keith Hardin:  Yes, sir.

7    Male 1:  Okay.  So what we heard is what happened, and what you

8    said, right?

9    Garth Keith Hardin:  Yes, sir.

10   Male 1:  All right.  Good to introduce Movant's Exhibit 28,

11   please.

12   Judge:  It would be [INDISCERNIBLE] objection.

13   Perry Ryan:  All right.

14   Female 1:  I'm confused Judge, because first Commonwealth, it's

15   their copy.  It was the Commonwealth's --

16   Male 3:  Because we created it --

17   Female 1:  [INDISCERNIBLE].

18   Judge:  No, we have -- we'll have a copy of it.  Unless you want

19   to just use your copy.

20   [14:55:06]

21   Male 3:  It doesn't matter to me.

22   Judge:  It'd be the same thing.  Could she keep -- could the

23   court keep this one?

24   Male 3:  Yes.

25   Male 1:  Thank you.  Fair.

1   Female 1:  Would you want me to introduce exhibit --

2   Judge:  Should be number 28 for the Movant.

3   Female 1:  For the -- okay.

4   Judge:  It's not a Commonwealth exhibit.

5   Female 1:  Okay.

6   Male 1:  Okay.  Mr. Hardin, even though the recording is

7   accurate, is the substance of what you said to those Parole

8   Board members truthful?

9   Garth Keith Hardin:  No, sir, it's not.

10  Male 1:  Why would you say what you said?

11  Garth Keith Hardin:  I told them what I thought they wanted to

12  hear, so I can maybe have a better chance of making parole.

13  Because I --

14  Male 1:  And why, why did you have that belief?

15  Garth Keith Hardin:  Well, the time I've been locked up, I heard

16  several people through the years talk about the Parole Board.

17  If you go to them and tell them that you're innocent, then

18  they'll think you're in denial and you have less of a chance to

19  make parole.

20  Male 1:  And is that a -- well, have you heard that often while

21  you've been incarcerated?

22  Garth Keith Hardin:  The whole I've been locked up, yes.

23  Male 1:  When the Parole Board, one of the two Parole Board

24  people, this is the male, says to you, "This is your

25  opportunity.  If you have any desire at all to be paroled, it's

1  important for us to know from you, what happened and what took

2  place." Do you remember that part of what he asked you?

3  Garth Keith Hardin: Yes, sir.

4  Male 1: Did that type of statement contribute to your mindset

5  that, that's what he was looking for you to say?

6  Garth Keith Hardin: Yes, sir.

7  Male 1: So, so, when they're asking you about certain details

8  about what happened, are you like pulling these things out of

9  the sky, or what? How you coming up with these details?

10  Garth Keith Hardin: Well, a lot of it's from trial, things that

11  I remembered said. So I was just trying to fill in the blanks

12  for them, just telling them what they want to hear.

13  Male 1: In sitting here now, and listening to what you said

14  those many months ago, particularly in a stabbing like this, you

15  made the statement in there that you didn't have any blood on

16  you. Do you remember that?

17  Garth Keith Hardin: Yes, sir.

18  Male 1: Does that make any sense to you?

19  Garth Keith Hardin: None what so ever.

20  Male 1: If I can have a moment Judge? You're currently at

21  Eastern Kentucky Correctional Complex in West Liberty?

22  Garth Keith Hardin: Yes, sir.

23  Male 1: Mr. Hardin, how long have you been there?

24  Garth Keith Hardin: About 20 years.

25  Male 1: Okay. Is that primary, that's the one institution

1   you've been in?

2   Garth Keith Hardin:  Yes, sir.

3   Male 1:  After you were initially classified?

4   Garth Keith Hardin:  Yes, sir.

5   Male 1:  And can you advice the Court, what type of programs

6   have you been involved in?

7   Garth Keith Hardin:  I've been through every program and class

8   that's been recommended to me like Cage Your Rage, and Violent

9   Offenders class, and I can't recall the rest right now.

10  Male 1:  Those types of educational opportunities, those types

11  of classes, are those things that you're encouraged to sign up

12  for and enroll in and complete?

13  Garth Keith Hardin:  Yes, sir.

14  Male 1:  Okay.  And were you encouraged to do that by Parole

15  Board members, as well?

16  Garth Keith Hardin:  This case worker at prison recommends

17  certain classes for you to take.

18  Male 1:  And during the course of your incarceration at Eastern

19  Kentucky, have you had any write ups at all?

20  Garth Keith Hardin:  I've had one that I can recall.

21  Male 1:  What was that for?

22  Garth Keith Hardin:  I was holding a carton of cigarettes for a

23  guy.

24  Male 1:  Okay, [INDISCERNIBLE]?

25  Garth Keith Hardin:  And I got caught with them because I didn't

1   have a receipt.

2   Male 1:  Was that for another inmate?

3   Garth Keith Hardin:  Yes.

4   Male 1:  Okay.  But other than, is that your disciplinary record

5   for all these years?

6   Garth Keith Hardin:  Yes, sir.  That's it.

7   Male 1:  Judge, at this time I only have one copy, but it is a

8   certified copy of Mr. Hardin's institutional record, and that

9   I'd like to introduce.  I can sub sit at number 29, if the

10  Commonwealth would like to go through that, they might.  And

11  then we can tender it to the clerk.

12  Judge:  Okay.

13  Perry Ryan:  No objection, Your Honor.

14  Judge:  [INDISCERNIBLE] objection.

15  Male 1:  Okay.

16  Judge:  Thank you.

17  Male 1:  And Mr. Hardin, what is your -- well, you know, anybody

18  in your situation, anybody, whether it's serving on a tea bag,

19  or a drug offense, they'd want to get paroled, but what is it,

20  what was going on at that point in time, anything specifically

21  that motivated you to say what you said, in order to be paroled.

22  Garth Keith Hardin:  I was just wanting out of prison and having

23  a life sentence, you don't have an out date.  Life is life, and

24  I was just wanting out.  Was just telling them whatever I had to

25  tell them just to have the chance to get out because I didn't

1   want to spend the rest of my life in prison for something I

2   didn't do.

3   Male 1:  And you're willing to say that in order to get out?

4   Garth Keith Hardin:  Yes, sir.

5   Male 1:  Okay.  Are your folks still alive?

6   Garth Keith Hardin:  Well, one is.

7   Male 1:  Who's that?

8   Garth Keith Hardin:  My father.

9   Male 1:  And how old is he?

10  Garth Keith Hardin:  Well gosh, in his 70s.

11  Male 1:  And then, last, actually I have one last thing.  You do

12  any institutional assistance to other inmates, serve on a

13  grievance committee, anything like that?

14  Garth Keith Hardin:  Yes, sir.  I'm the grievance aid for my

15  dorm.

16  Male 1:  Okay.  And what's that entail?

17  Garth Keith Hardin:  Well, whenever an inmate has a complaint or

18  anything like that, he comes to me and we do the paperwork on it

19  and I try to help him solve his problem.

20  Male 1:  How long have you been working in that capacity?

21  Garth Keith Hardin:  I've had it for about 12, maybe 13 years

22  now.

23  Male 1:  Okay.  Do you enjoy doing that?

24  Garth Keith Hardin:  Yes, I like helping people out.

25  Male 1:  All right.  That's all the questions I have at this

Page 182

1  time.  Please answer counsel's questions, any questions from

2  [INDISCERNIBLE] go ahead.

3  Garth Keith Hardin:  Okay.

4  Judge:  You may cross the witness?

5  Perry Ryan:  Thank you, Your Honor.  Mr. Hardin, you said you

6  had a deferment from the Parole Board, and we heard that on the

7  video, but how much was that deferment?

8  Garth Keith Hardin:  Sixty months, I believe.

9  Perry Ryan:  So five years.

10  Garth Keith Hardin:  Yes, sir.

11  Perry Ryan:  So you heard the evidence earlier that Mr. Clark

12  got a four year deferment and he maintains his innocence.  True?

13  Garth Keith Hardin:  Yes, sir.

14  Perry Ryan:  So telling the Parole Board that you committed this

15  act was of no benefit at all, right?

16  Garth Keith Hardin:  Correct.

17  Perry Ryan:  In fact, you got a one year longer deferment than

18  Mr. Clark did.

19  Garth Keith Hardin:  Yes, I did.

20  Perry Ryan:  Something that stands out in my mind, Mr. Hardin,

21  you testified just now, and I think you said it more than once,

22  I just told them what they wanted to hear.

23  Garth Keith Hardin:  Yes, sir.

24  Perry Ryan:  So you do that fairly often, Mr. Hardin?  Do you

25  tell people what they want to hear?

Page 183

1  Garth Keith Hardin:  No, I don't.

2  Perry Ryan:  It was just an opportunity before the Parole Board

3  to tell them what they wanted to hear.

4  Garth Keith Hardin:  Yes, sir.

5  Perry Ryan:  And you wouldn't have that feeling at trial, would

6  you, when you testified that you didn't do this, just to tell

7  them what they wanted to hear?

8  Garth Keith Hardin:  No, sir.  I told the truth at the trial.

9  Perry Ryan:  All right.  Tell me about, you mentioned just a

10 minute ago about chants and casting spells.  What is that?  What

11 are chants in Satanism?

12 Garth Keith Hardin:  Well chants is like, just repeating a word

13 or a phrase just over and over.  It helps alter your

14 consciousness.

15 Perry Ryan:  And what about spells?

16 Garth Keith Hardin:  The spells are supposed to, something that

17 you're supposed to do.  It's supposed to have an effect on

18 something else to change things, kind of like prayer.

19 Perry Ryan:  Did you cast spells on, what?  People, things,

20 what?

21 Garth Keith Hardin:  Well, actually that's a very small part of

22 black magic, is putting spells on people and stuff like that.

23 It's insignificant, really.

24 Perry Ryan:  So, but you did cast spells on people?

25 Garth Keith Hardin:  I've done it once, yes.

Page 184

1  Perry Ryan:  These drawings that you made of Jesus, you're

2  saying those were just stupid.  What do you mean by that?  Just

3  explain what you meant when you testified.

4  Garth Keith Hardin:  Well, looking back at it now, I just see

5  how ignorant it was to draw something like that.

6  Perry Ryan:  But why was it ignorant?  Why are you now at this

7  conclusion that it was stupid and ignorant?

8  [15:05:06]

9  Garth Keith Hardin:  Well, because I've matured since then.  I

10  don't have the childish mind like I've got now, or had back

11  then, I should say.

12  Perry Ryan:  What kind of drugs were you taking at this time?

13  Garth Keith Hardin:  Mostly smoking marijuana.

14  Perry Ryan:  That's all.

15  Garth Keith Hardin:  I've done, it's called PCP a couple of

16  times.

17  Perry Ryan:  Anything else?

18  Garth Keith Hardin:  Not that I can recall.  That's pretty much

19  it.

20  Perry Ryan:  It seems to me you're quite an actor, Mr. Hardin.

21  I mean --

22  Male 1:  Objection.  [INDISCERNIBLE]

23  Perry Ryan:  Well, it's going to be a question.

24  Judge:  Overruled.

25  Perry Ryan:  When you testified to the -- or when you spoke to

Page 185

1    the Parole Board, you got all these details.  Was she clothed?

2    No, she was wearing red sweat pants.  You acknowledge you said

3    that?

4    Garth Keith Hardin:  Yes, sir.

5    Perry Ryan:  And you said she was wearing white, a white and red

6    jacket?

7    Garth Keith Hardin:  Yes, sir.

8    Perry Ryan:  And you said that she was out in a field.

9    Garth Keith Hardin:  Yes, sir.

10   Perry Ryan:  And you said she was screaming.

11   Garth Keith Hardin:  Yes, sir.

12   Perry Ryan:  And you said that you used Mr. Hardin's knife.

13   Garth Keith Hardin:  I'm Mr. Hardin.

14   Perry Ryan:  I'm sorry, Mr. Clark's knife.  Apologize.  You said

15   that?

16   Garth Keith Hardin:  Yes, sir.

17   Perry Ryan:  And you even went so far as to say that you

18   apologized at Rhonda's casket?

19   Garth Keith Hardin:  Yes, sir.

20   Perry Ryan:  What'd you say to her?

21   Garth Keith Hardin:  Well, what I said there in the Parole

22   Board, I said, that stuff wasn't true.

23   Perry Ryan:  You just made that up.

24   Garth Keith Hardin:  Yes, sir.

25   Perry Ryan:  But this was a surprise Parole hearing.

Page 186

1   Garth Keith Hardin:  Yes, sir.

2   Perry Ryan:  And you thought all this up within what, a few

3   minutes?

4   Garth Keith Hardin:  Well, I was mostly repeating things that I

5   learnt during trial about things that happened.

6   Perry Ryan:  Well there weren't anything in trial about you

7   apologizing at Rhonda's casket.

8   Garth Keith Hardin:  Right.

9   Perry Ryan:  But you made that up, all in a matter of a few

10  minutes.

11  Garth Keith Hardin:  Yes, sir.

12  Perry Ryan:  What would you -- what were you talking about when

13  you told the Parole Board that you've been dealing with your

14  emotions?  What's that about?  What kind of emotions?

15  Garth Keith Hardin:  Well, mostly anger.

16  Perry Ryan:  So you do have an anger problem?

17  Garth Keith Hardin:  Not anymore.

18  Perry Ryan:  Did you back then?

19  Garth Keith Hardin:  Yes, I did.

20  Perry Ryan:  So you told the Parole Board, I did it.  I can't

21  deny it.  Correct?

22  Garth Keith Hardin:  That's right.

23  Perry Ryan:  I chose wrong.

24  Garth Keith Hardin:  Yes, sir.

25  Perry Ryan:  And you asked yourself, "What did I just do?"

Page 187

1   Garth Keith Hardin:  Yes, sir.

2   Perry Ryan:  And I don't understand to this day.

3   Garth Keith Hardin:  Yes, sir.

4   Perry Ryan:  And you told the Parole Board that this was not a

5   part of a satanic ritual.

6   Garth Keith Hardin:  Correct.

7   Perry Ryan:  But you told them that sometimes Satanist murder

8   people?

9   Garth Keith Hardin:  Sometimes, I guess, yes.

10  Perry Ryan:  You guess, yes, or no.  Is that what you said, or

11  not?

12  Male 1:  That's a lot of questions at once.  I think one at a

13  time would be preferred.

14  Judge:  Okay, break it down Mr. Ryan.

15  Perry Ryan:  Did you tell the Parole Board that this was not a

16  part of a satanic ritual?

17  Garth Keith Hardin:  Yes.

18  Perry Ryan:  And did you tell them that Satanists sometimes

19  murder people?

20  Garth Keith Hardin:  I think I said that.

21  Perry Ryan:  All right.  I want to talk to you about your

22  interviews with the Police.  On April 6, 1992, you had an

23  interview with Detective Hope Greer, is that true?

24  Garth Keith Hardin:  I don't remember the date, but I remember

25  the detective, yes.

Page 188

1   Perry Ryan:  Did you tell Detective Greer that you had, had a

2   vision in which the victim was killed.

3   Garth Keith Hardin:  No, that's statements not true.  I didn't

4   say that.  That's something they come up with.

5   Perry Ryan:  So Detective Greer is mistaken?

6   Garth Keith Hardin:  I believe so, yes.

7   Perry Ryan:  And did you tell her that Rhonda was dressed in red

8   and screaming in a field?

9   Garth Keith Hardin:  No, that's another part of, that whole

10  thing, I did not say that.

11  Perry Ryan:  So she's mistaken about that, too?  Did you tell

12  her that you owned one knife.

13  Garth Keith Hardin:  No, sir.  I told her I owned about five or

14  six knives.

15  Perry Ryan:  So Detective Greer was mistaken about all three of

16  those things.

17  Garth Keith Hardin:  Yes, sir.

18  Perry Ryan:  Okay.  And then you had an interview on April 7,

19  1992.  Do you know who was present?  Who interviewed you then?

20  Garth Keith Hardin:  I can't remember the dates, who interviewed

21  me.

22  Perry Ryan:  Well you said earlier, Detective Handy interviewed

23  you.  Is that true?

24  Garth Keith Hardin:  Yes.

25  Perry Ryan:  Was there a Sergeant [PH 1:05:33] Wesley present?

1   Garth Keith Hardin:  I can't think of the other person's name,

2   but I do remember Mr. Handy, yes.

3   Perry Ryan:  Did you tell them that you'd been involved in

4   Satanism for the past six years, but that you'd given up the

5   practice.

6   Garth Keith Hardin:  Yes, sir.

7   Perry Ryan:  You told them that.

8   Garth Keith Hardin:  Yes, sir.

9   Perry Ryan:  Did you tell them that you killed small animals in

10  ritualistic sacrifices?

11  Garth Keith Hardin:  No.  I never performed blood sacrifices.

12  Perry Ryan:  So they're mistaken about that?

13  Garth Keith Hardin:  Yes, sir.

14  Perry Ryan:  Did you tell them that you'd given up this type of

15  religion because you'd begun wanting to try out sacrifices on

16  human being?

17  Garth Keith Hardin:  Again, that's something I did not say to

18  them.

19  Perry Ryan:  Okay, I'm just clarifying.  So they're mistaken

20  about that, too?

21  Garth Keith Hardin:  Yes, sir.

22  Perry Ryan:  Did you tell them that you'd last seen Rhonda on

23  March 28 and 29 when you stayed at her house?

24  Garth Keith Hardin:  I can't recall the date but --

25  Perry Ryan:  Could you have told them that?

Page 190

1    Garth Keith Hardin:  I may have said that, but I say I can't

2    recall the date right now.

3    Perry Ryan:  And when did you -- did you tell them that you last

4    saw Rhonda at about 3:00 p.m. on April 1, 1992?

5    Garth Keith Hardin:  I think it's more of a phone call, then

6    actual seeing her.  She called me and told me about some old man

7    who was following her around.

8    Garth Keith Hardin:  Okay.  Yes, the note I had was that you

9    said that you spoke with the victim, so --

10   Female 2:  I think the investigative letter says it was a phone

11   call.

12   Perry Ryan:  Okay, I'll accept that.  Did you tell that?

13   Garth Keith Hardin:  I can't recall.  Because I know I talked to

14   her.

15   Perry Ryan:  Did -- what was your -- where'd you claim that you

16   were on April 1?  Anything about a snake?

17   Garth Keith Hardin:  Yes.

18   Perry Ryan:  What was that all about?

19   Garth Keith Hardin:  Well, Jeff had a snake, it's about a baby,

20   the small size, about the size of a pencil that got out of its

21   cage and we were hunting for it.  We couldn't find it.

22   Perry Ryan:  And you say you drunk beer?

23   Garth Keith Hardin:  Yes.

24   Perry Ryan:  And did you tell them that you'd driven to the

25   Bashford Manor Mall?

1   Garth Keith Hardin:  I think so, yes.

2   Perry Ryan:  So they're correct about those two things?

3   Garth Keith Hardin:  Yes.

4   Perry Ryan:  Did you tell them that you had tattooed an inverted

5   cross on Rhonda's chest about three months earlier?

6   Garth Keith Hardin:  Yes, sir.

7   Perry Ryan:  And you did do that?

8   Garth Keith Hardin:  Yes, sir.  She asked me to do it.

9   Perry Ryan:  All right.  And then the third interview was April

10  9.  You don't remember who was present then?

11  Garth Keith Hardin:  I have no idea.

12  Perry Ryan:  Was this Detective Handy again?

13  Garth Keith Hardin:  Most like, I can't remember what dates I

14  talked to the detectives, but I do remember I talked to

15  Detective Handy two or three different times.

16  Perry Ryan:  All right.  If Detective Handy testified that you

17  had told him that if Rhonda ever cheated or left -- cheated on

18  you or left you, you would kill her, did you tell him that?

19  Garth Keith Hardin:  No, sir, I didn't.

20  Perry Ryan:  So, Detective Handy is mistaken about that?

21  Garth Keith Hardin:  I believe that statement actually came from

22  someone else.

23  Perry Ryan:  Well if Detective Handy said that, is he mistaken

24  that you told him that?

25  Garth Keith Hardin:  I sure didn't tell him, so yes.

Page 192

1   Perry Ryan:  And you're aware at trial that another witness

2   named Hope Jaggers testified that you told Rhonda if she was

3   pregnant that you would kill both her and that effing baby.

4   Garth Keith Hardin:  Yes, I remember that.  She's also the same

5   one who said, "I can shoot fire out of my fingertips."

6   Perry Ryan:  Okay, so you deny that you ever said that in front

7   of Hope Jaggers?

8   Garth Keith Hardin:  That's correct.

9   Perry Ryan:  And if Detective Handy said that you, in this

10  interview he said that you told all your girlfriends the same

11  thing but none of them were dead.

12  [15:15:06]

13  Is that -- did you say that to him?

14  Garth Keith Hardin:  No, I did not.

15  Perry Ryan:  So, he's mistaken about that, too.  So when you

16  testified to the Parole Board, did you make an effort to make

17  all these statements consistent with the evidence of trial?

18  Garth Keith Hardin:  Well, I was trying, but I was trying to

19  hurry up and get out of there, too.  I answered their questions

20  as quick as I can, so I can just get away from them.

21  Perry Ryan:  Well, what did you -- what did you mean when you

22  said, you just felt blankness, "I just didn't feel anything."

23  Garth Keith Hardin:  That's just something I told them.  It

24  wasn't true.

25  Perry Ryan:  How did you come up with your explanation about an

1  explosion of violence?

2  Garth Keith Hardin:  Just something I said.

3  Perry Ryan:  All within a few minutes?

4  Garth Keith Hardin:  Yes, sir.

5  Perry Ryan:  Your Honor, I don't have any other questions of

6  this witness at this time.

7  Judge:  Thank you.  Any redirect?

8  Male 1:  Yes, yes, I do.  Mr. Hardin, there's an investigative

9  letter that I'm referring to, April 7, 1992 by Detective Handy

10  on [INDISCERNIBLE 1:12:05].  It's a statement attributed to you

11  saying a couple of the sentences.  Keith Hardin further advised

12  me that he last saw Rhonda Warford on March 27 and March 28,

13  1992 when he stayed at her house on Whitten.  Do you remember

14  making that statement?

15  Garth Keith Hardin:  I can't remember the dates, but I did stay

16  at her house, actually a couple of times.

17  Male 1:  And do you remember telling the detective that, that

18  you stayed at her house a couple times?

19  Garth Keith Hardin:  Yes, sir.

20  Male 1:  Okay.  The next sentence, it says, "Keith Hardin

21  further advised that he spoke with Rhonda every day, and last

22  spoke to her on the telephone at approximately 1500 hours, or

23  3:00 p.m. on Wednesday, April 1, 1992, and that the victim that

24  she would call him back."  Is that accurate?

25  Garth Keith Hardin:  Sounds accurate, yes.

1   Male 1:  Okay.  Are you sure of the date, that many years ago,

2   or --

3   Garth Keith Hardin:  I remember it happened, but again, the

4   dates, I'm not sure.

5   Male 1:  If those statements are true with you are correct --

6   Garth Keith Hardin:  Yes, sir.

7   Male 1:  -- as far as you know.

8   Garth Keith Hardin:  Yes, sir.

9   Male 1:  The statement saying, you got tired of looking at

10  animals and began to want to do human sacrifices, you've already

11  told us that is not accurate, whatsoever?

12  Garth Keith Hardin:  Correct.

13  Male 1:  And, you were asked by the prosecutor about a statement

14  that you may have made to Detective Greer about -- oh, having

15  vision, I'm sorry -- about having a vision.  Telling her that

16  you had this vision of Rhonda when she was killed.  Does have

17  any basis in fact?

18  Garth Keith Hardin:  No, sir, it does not.

19  Male 1:  Okay, and you're telling us, you're telling the Court,

20  you never made a statement like that to Detective Greer.

21  Garth Keith Hardin:  Correct.

22  Male 1:  And if it was written -- it was said in terms of a

23  dream, as opposed to a vision, would that be accurate at all,

24  either?

25  Garth Keith Hardin:  No, I never encountered anything like that.

1  Male 1:  All right.  Judge, if I may have a moment.  That's all

2  the questions I have at this time.

3  Judge:  Re-cross?

4  Perry Ryan:  Yes, why didn't you blame Jeff Clark, in

5  participating in this, in the Parole hearing?  I mean, you say,

6  you want to get out, but why say he participated?

7  Garth Keith Hardin:  I don't know why I said it.

8  Perry Ryan:  You don't know why?

9  Garth Keith Hardin:  I just at the time said I was just pulling

10  straw out of hat, just saying things, I just wanted to tell them

11  what they wanted to hear.

12  Perry Ryan:  But it's pretty serious thing to tell the Parole

13  Board that somebody else participated in murder, isn't it?

14  Garth Keith Hardin:  Yes, sir.

15  Perry Ryan:  Did your attorney ever discuss with you, the

16  possibility of calling other police officers that were present

17  during the interview?

18  Male 1:  Objection.

19  Judge:  In regards?

20  Male 1:  You can't ask him a question whether he discussed with

21  his lawyers about how, what kind of strategy or anything that's

22  going to do in this case --

23  Perry Ryan:  I mean he's already waived the attorney client

24  privilege.

25  Male 1:  These lawyers.  You asked about these lawyers.  You're

1   asking about the lawyers sitting here or the lawyers of trial in

2   1995?

3   Perry Ryan:  The reason I'm asking the question Your Honor is,

4   they had the opportunity to call other police officers if there

5   was any question about -- I mean, he's admitted that there were

6   more than one police officer present in some of these

7   interviews.

8   M:  It's kind of hard, it's kind of hard to recall Hope Greer --

9   Female 2:  The police officer's dead.  We can't recall --

10  Judge:  Hold, hold, hold -- one attorney at a time, remember the

11  rule that you all complain about earlier

12  Male 1:  I'm sorry.  Hope Greer is dead.  Okay, so it's kind of

13  hard to call her as a witness.  But that goes to the question

14  and that's the objection that I have.  He's asking my client,

15  the witness on the stand, what did you and your lawyers just

16  talk about.  Who you trying to call in this hearing, here today.

17   We haven't waived any privileges to --

18  Perry Ryan:  I think there might be a mistake here.

19  Judge:  Well, what was the question?

20  Perry Ryan:  The question I intended to ask was, did his

21  attorneys, would have been Bart Adams at the time, discuss the

22  possibility of calling --

23  Male 4:  No, it would have been the other guy.  It was not.

24  Bart Adams was representing Mr. Clark, I think.  It would have

25  been Rogers.

1   Female 2:  Mr. Rogers.

2   Perry Ryan:  Oh, that's right.

3   Judge:  [INDISCERNIBLE].

4   Perry Ryan:  Mr. Rogers.  Did he ever discuss with you, the

5   possibility of calling other police officers to confirm or deny

6   that these statements were made?

7   Female 2:  At this hearing today?

8   Perry Ryan:  At the trial.  Sorry, I -- the questions hard?

9   Judge:  You still want to object to that question?

10  Male 1:  No, no.  The witness -- I mean the question is to his

11  attorney, Wallace Rogers --

12  Judge:  His trial attorney.

13  Perry Ryan:  -- at the trial in 1995.

14  Judge:  His trial attorney.

15  Perry Ryan:  Right.

16  Judge:  Okay.

17  Perry Ryan:  Sorry, my question is not very [INDISCERNIBLE].

18  Judge:  Ask it again, Mr. Ryan.

19  Perry Ryan:  All right.  Before trial, you were represented by

20  Wallace Rogers, correct?

21  Garth Keith Hardin:  Yes, sir.

22  Perry Ryan:  Did you tell him that these statements that the

23  police claimed you made were not true?

24  Garth Keith Hardin:  Yes, I did.

25  Perry Ryan:  All right.  Did you discuss the possibility of

Page 198

1   calling another officer that was present to discredit the

2   statements?

3   Garth Keith Hardin:  Not that I recall.

4   Perry Ryan:  Well, I mean Sergeant [PH] Wesley was present

5   during the main interview on April 7.  Did you discuss the

6   possibility of calling him?

7   Garth Keith Hardin:  Honestly, I don't remember anybody by that

8   name.

9   Perry Ryan:  Sorry, my questions was very [PH] article.

10  Judge:  No problem.  Any other questions?

11  Perry Ryan:  I guess nothing from us.

12  Judge:  Redirect.

13  Male 1:  Nothing further.

14  Judge:  All right.  Thank you.  Mr. Clark, you can have a seat

15  at the counsel table.  Thank you for your testimony.  I mean,

16  I'm sorry -- Mr. Hardin.  Excuse me.

17  Male 1:  Judge, could we have a short break.

18  Male:  Well, you all can go in the office.

19  Judge:  Yes, we'll take -- let's take a five minute break.  Off

20  the record.

21  [BREAK IN PROCEEDINGS]

22  [15:34:35]

23  Judge:  All right.  We're back on the record.  And once you're

24  back in the courtroom, argument may begin.

25  Female 1:  Judge, could we approach on an issue?