COMMONWEALTH OF KENTUCKY
46TH JUDICIAL DISTRICT
MEADE CIRCUIT COURT
CRIMINAL FILE NOS. 92-CR-00042 & 92-CR-00043



**COMMONWEALTH OF KENTUCKY**         **PLAINTIFF**

VS.        **ORDER**

**GARR KEITH HARDIN**
**JEFFREY DEWAYNE CLARK**        **DEFENDANTS**

Pursuant to motion of the Commonwealth and the Court being sufficiently advised, **IT IS HEREBY ORDERED** that the above listed indictments are hereby **DISMISSED** without prejudice.

This is a final and appealable Order and there is no just cause for delay in its entry.

DATED this 26th day of February 2018.

_____
BRUCE T. BUTLER
JUDGE, MEADE CIRCUIT COURT
DIVISION I



CAO_003782