```
 1              IN THE UNITED STATES DISTRICT COURT
 2             FOR THE WESTERN DISTRICT OF KENTUCKY
 3                          AT LOUISVILLE
 4                 CASE NO. 3:17-CV-00419-DJH
 5
 6                  JEFFREY DEWAYNE CLARK &
 7                     GARR KEITH HARDIN,
 8                         PLAINTIFFS
 9
10                              V.
11
12                LOUISVILLE JEFFERSON COUNTY
13                 METRO GOVERNMENT, ET AL.,
14                         DEFENDANTS
15
16
17
18
19
20
21
22
23   DEPONENT:   KENTON SMITH
24   DATE:       FEBRUARY 12, 2020
25   REPORTER:   LACEE TOWNSEND
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:17-cv-00419-GNS-CHL  Document 317-76  Filed 01/26/23  Page 2 of 2 PageID #: 28858
The Deposition of KENTON SMITH, taken on February 12, 2020

83

1  Q   Sure.  And is it fair to say that you
2  disclosed the defense everything that you were
3  personally aware of that could have gone to whether Mr.
4  Capps was a credible witness?
5  A   I disclosed what I was legally obligated to
6  disclose.
7  Q   Well, you didn't --
8  A   To disclose.
9  Q   -- you didn't withhold anything relating to
10 Clifford Capps that would have aided the defense in
11 diminishing his credibility, would you?
12 A   I didn't withhold anything, no.
13 Q   Okay.  Whatever you -- and you knew, by 1995,
14 that you had an obligation not just to disclose
15 exculpatory evidence but to also disclose impeachment
16 evidence of state's witnesses, correct?
17 A   Yes.
18 Q   Okay.  And for Mr. Capps, you would have
19 disclosed everything that you were aware of that would
20 have -- that could have potentially been used to impeach
21 him, correct?
22 A   Correct.
23 Q   Is it fair to say that in your career as a
24 prosecutor and now a defense attorney, that you would
25 have wanted to know if a witness had a business

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com