IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

JEFFREY DEWAYNE CLARK and )
GARR KEITH HARDIN, )
)
    Plaintiffs, )
)
                                   )     Case No. 17-CV-419-GNS-CHL
v. )
)
LOUISVILLE JEFFERSON COUNTY )
METRO GOVT, et al., )
)
    Defendants.

I, Wallace Rogers, declare as follows:

1.   I represented Keith Hardin at his criminal trial, which began on February 28, 1995.

2.   Keith Hardin always told me he was innocent and that he had nothing to do with the murder. He also consistently told me he had never made the statement about wanting to try human sacrifice that Detective Handy attributed to him.

3.   The evidence presented at trial against Hardin and Clark was largely circumstantial and weak. I did not expect there would be a conviction based on the evidence presented.

4.   After the jury convicted, the judge remarked that he was surprised by the verdict.

5.   I have been made aware of misconduct by Handy in other homicide investigations, including the Edwin Chandler and Keith West cases, including misconduct that led to Detective Handy's recent criminal conviction. At the time of the Hardin/Clark criminal trial I was not aware of this misconduct or evidence of this misconduct, beyond the allegations about taping in the West case and deletion of the video in the Chandler case which were published in the newspaper before the trial and/or raised on the record at the trial.

6.    If I had had the evidence of Handy's misconduct at the time I would have used it to impeach him at trial.

7.    I was not made aware of the November 17, 1992 letter sent by Clifford Capps to Kevin Justice containing exculpatory evidence until after the verdict when it was produced by the Commonwealth in post-trial discovery in March 1995.

8.    I have been made aware of admissions by Sheriff Joe Greer about Clifford Capps' reputation for dishonesty and history of lying to the police. I was not aware of this at the time of trial. If I had, I would have used it to impeach the credibility of this key witness.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 25th day of January 2023 in Louisville, Kentucky.


_____
WALLACE ROGERS