```
KEVIN LEE JUSTIS
  March 10, 1995
       by
Joseph E. Greer, Sheriff
   MC-04-92-093
```

Exhibit 4
Kevin Justis
Date 5/28  KENTUCKIANA

Joseph E. Greer: The date is March the 10th, 1995. The place of this interview is the Meade County Sheriff's Department. Present dur, during this interview is myself, Joseph E. Greer, Sheriff, Deputy Sheriff, Cliff Wise, and Kevin Justis. The time is approximately 10:00 A.M. in the morning. Uh, Kevin I had you brought up from the jail after receiving a message. Uh, uh, Bar, from Mr. Bart Adams who is an attorney who represents one Jeff Clark. Uh, who presently lodged in the Meade County Jail. Uh, the note basically states that one of my deputies wrote down: Kevin Justis has a letter from Cliff Capps in reference to Jeff Clark. And uh, based on that this so called letter, what can you tell me about it? Do you have a letter from...

Kevin Justis: Yeah, my mother...

Joseph E. Greer: Cliff Capps.

Kevin Justis: ...has it. Right. Yes, I do.

Joseph E. Greer: And uh...

Kevin Justis: My mother still has it.

Joseph E. Greer: ...you advised your mother should have it. Okay. Uh, can you tell me anything about the letter. I know you don't have it in front of you. And I don't have it in front of me. Uh, can you basically tell me what this letter might say.

Kevin Justis: Well, it says more than what I can remember, cause I haven't read it in so long, but uh. He basically asked me to lie. Tell me what to say and, you know about if I was asked about, if they was driving a green Nova. And they was talking about down towards Payneville. How they was down around that way.

Joseph E. Greer: Okay.

Kevin Justis: Bragging about it or something like that. To that effect, you know and asked me to lie so he could make shock probation. I don't remember exactly what all was in the letter. It has been a long time.

Joseph E. Greer: How would, uh, Capps, know about a Nova or anything? Would someone had to of told him?

Kevin Justis: Note. Talking about the one that was passed in jail or?

NC-04-92-093-002

| | |
|---|---|
| Joseph E. Greer: | No. About the Nova, car. You said he... |
| Kevin Justis: | Oh, I. |
| Joseph E. Greer: | ...said he knew about a Nova. How would Capps even know about a Nova, unless somebody had told him though? |
| Kevin Justis: | I don't know if they told him if they had a green Nova or that's what they use to drive. I don't know. |
| Joseph E. Greer: | Okay. |
| (Cough) | |
| Joseph E. Greer: | Let's go back quit a few months. Uh, you were brought to the Breckinridge County Courthouse along with Capps. Uh, per orders of, you know, on an order of appearance down there. Uh, when you were brought there, where were you lodged at, at the time? |
| Kevin Justis: | Uh, Marion County Adjustment Center. |
| Joseph E. Greer: | Marion County. Where was Capps lodged at, do you know? |
| Kevin Justis: | No, I had no idea. I think he was in Franklin County. |
| Joseph E. Greer: | Franklin County. |
| Kevin Justis: | Yeah. |
| Joseph E. Greer: | Okay. I interviewed Capps at the jail down, at the Courthouse down there. I think I told you I did when I was down there. I talked to you for a few minutes, but you really didn't have to much to say to me. I did ask you, uh, one question down there. Uh, I think the question went something like this, and you can correct me if I'm wrong. I told you that Cliff Capps had told me on one occasion that Keith Hardin had give you a note while you all were in recreation and asked you to give it to Capps to give to Clark. |
| Kevin Justis: | Right. I told you he didn't, but he did. |
| Joseph E. Greer: | He did give you a note. |
| Kevin Justis: | Right. Sure did. I didn't read the note. |
| Joseph E. Greer: | You didn't read the note though, did you? |
| Kevin Justis: | No, I didn't. No. |

MC-04-92-093-003

| | |
|---|---|
| Joseph E. Greer: | Why didn't you tell me that then down there Cliff, uh, Kevin? |
| Kevin Justis: | Because, uh, I was doing a four year sentence. And uh, I was... |
| Joseph E. Greer: | You was mad at the world, then uh? |
| Kevin Justis: | Basically, yeah. I wasn't suppose to receive that. |
| Joseph E. Greer: | This letter that Kevin sent you or that, uh, Cliff sent you, did you have that with you in court when you were brought down there or do you remember? |
| Kevin Justis: | I'm not sure, Joe. I believe I did. I believe. I believe I did. I'm not sure. I ain't goin swear to it. |
| Joseph E. Greer: | But you didn't tell me about this letter. How come, Kevin? You just didn't want to talk to me. |
| Kevin Justis: | I didn't want to talk to anyone. |
| Joseph E. Greer: | And you didn't tell me about passing the note. |
| Kevin Justis: | No. |
| Joseph E. Greer: | Did they pass... |
| Kevin Justis: | Not that I know of. |
| Joseph E. Greer: | ...notes a lot? Was there a lot of notes passed during... |
| Kevin Justis: | That's the only one I passed. That was the only one that I was given. Cau, cause Keith Hardin, didn't have a whole lot to say to me... |
| (Cough) | |
| Kevin Justis: | ...when I was locked up for a while. It took him a while to even trust me to give someone a note, cause... |
| Joseph E. Greer: | So, he didn't... |
| Kevin Justis: | ...he thought maybe I was in there trying to find something out. I guess. I don't know. |
| Joseph E. Greer: | But you did, uh. |
| Kevin Justis: | I did pass the letter. |

MC-04-92-093-004

| | |
|---|---|
| Kevin Justis: | And myself. |
| Joseph E. Greer: | And yourself. |
| Kevin Justis: | That's correct. |
| Joseph E. Greer: | And if I get a hold of your mother, uh, she might be able to find this letter for me. |
| Kevin Justis: | Yeah. |
| Joseph E. Greer: | This will conclude the interview. I'm interested in that letter, see what it says. |
| Kevin Justis: | Cause he, he was always writing me letters and stuff. |