COMMONWEALTH OF KENTUCKY
MEADE CIRCUIT COURT
CRIMINAL ACTION NO. 92-CR-043

COMMONWEALTH OF KENTUCKY                                        PLAINTIFF

NOTICE & MOTION

JEFFREY DEWAYNE CLARK                                           DEFENDANT

\* \* \* \* \* \*

Please take notice that on Thursday, March 4, 1993 at 9:00 p.m., or as soon thereafter as can be heard, in the Meade Circuit Court, the following motion will be made.

MOTION

Comes the Commonwealth, by counsel, and moves the Court to grant a continuance in the cases of Commonwealth of Kentucky vs Jeffrey Dewayne Clark and Garr Keith Hardin for the reason below delineated:

1. That the Commonwealth has completely reviewed its file on the above styled case and supplemented its discovery to provide additional lab reports to the Defendants pursuant to a hearing held in the Meade Circuit Court on February 4, 1993. The Commonwealth affirmatively stated at this hearing that as soon as it finished its one week murder trial in Butler County which was held from February 8 - 16, that it would accomplish this.

2. That in reviewing the file the Commonwealth affirmatively states that it needs the following witnesses subpoenaed in order to properly try this case.

| | |
|---|---|
| James E. Clark | D.A. Embrey |
| Cliff Capps | Joseph Greer |
| Harold K. McCarry | Ernie Embry |
| George Nichols--Pathologist | Williams Adams |
| Dan McCubbin | Tim Livers |

*FILED Feb 24 8:08 AM '93*

493

**DEFENDANT'S EXHIBIT**
20
1-27-20  Adams

| | |
|---|---|
| Detective Robert L. Smith--ETU | Mary Warford |
| Hope Greer | Michelle Rogers |
| Lt. Gene Sherrard | Mark Handy |
| Joe Wood | Crystal Barnes |
| Sargeant Allen--ETU | Amy Remsburg |
| Etienne Bennett--ETU | Tonya and James Greer |
| Bill Mahan | Robert Thurman |
| Tracy Corey | Sargeant Ernest Jones |
| Detective John Tartar | Jerry Dugan |
| Donna Allen | Margaret Haun |
| Jimmy McMacrin | John Robertaccio |
| Luanne Haag | Paul Smith |
| Doug Jewell | Cliff Wise |
| Charles Edelen | Shawn Mattingly |
| Hope Joggers | Kevin Justice |

3. That the complex nature of this case and the extensive witnesses, the Commonwealth can not be ready for trial. The Commonwealth has discussed this matter with the Sheriff of Meade County and has been advised that many of these witnesses are lab people and investigating officers and they simply need additional leave time due to prior commitments.

4. Due to the extensive witnesses necessary to try this case, and its complex nature, and the Commonwealth's previous prior commitments on older cases, the Commonwealth simply can not be prepared to try this case on March 8, 1993, and would respectively move the Court to reschedule said trial. Furthermore, the Commonwealth states that it can not recall moving the Court to continue any case previously scheduled for trial.

Respectively submitted,

KENTON R. SMITH
Commonwealth Attorney
514 Fairway Drive
Brandenburg, KY 40108
(502) 422-4004

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice and Motion was this 23 day of February, 1993 mailed to Bart Adams, counsel for the Defendant, Fourth floor, 621 West Main Street, Louisville, Kentucky 40202 and to Wallace Rogers, Counsel for Garr Keith Hardin, Mulhall, Turner, Hoffman and Coombs, 440 S. Seventh Street, Suite 300, Louisville, Kentucky 40203, and Hon. Sam Monarch, P.O. Box 147, Hardinsburg, Kentucky 40143.

KENTON R. SMITH

495