FILED

THE COMMONWEALTH OF KENTUCKY
MEADE CIRCUIT COURT
46TH JUDICIAL DISTRICT
CASE NO. 92-CR-043

May 7  5:44 PM '92

MEADE COUNTY
CIRCUIT COURT CTS.
BY _____ D.C.

THE COMMONWEALTH OF KENTUCKY

AGAINST

JEFFREY DEWAYNE CLARK

** INDICTMENT **

CHARGE: CAPITAL MURDER
IN VIOLATION OF: KRS 507.020

The Grand Jurors of the County of Meade, in the name and by the authority of the Commonwealth of Kentucky, charge that on or about April 2, 1992, in Meade County, Kentucky, the Defendant, Jeffrey Dewayne Clark, unlawfully committed the offense of Capital Murder, when he intentionally caused the death of Rhonda Sue Warford by stabbing her and said murder was done for profit, and against the peace and dignity of the Commonwealth of Kentucky.

WITNESS:

Sheriff Joe Greer

A TRUE BILL

_Donald D. Hawkins_
FOREPERSON

May 7, 1992

Received from the Foreman of the Grand Jury, in their presence, and filed in open Court.

ATTEST:

_Charles K. Medley_
CLERK, MEADE CIRCUIT COURT

BOND: $ — No Bond —
STAND ON BOND $ _____
WARRANT ON INDICTMENT: _____
CRIMINAL SUMMONS: _____

_____
JUDGE, MEADE CIRCUIT COURT

P. 6

CAO_005699

THE COMMONWEALTH OF KENTUCKY
MEADE CIRCUIT COURT
46TH JUDICIAL DISTRICT
CASE NO. 92-CR-042

THE COMMONWEALTH OF KENTUCKY

AGAINST

GARR KEITH HARDIN

**\*\* INDICTMENT \*\***

CHARGE: CAPITAL MURDER
IN VIOLATION OF: KRS 507.020

The Grand Jurors of the County of Meade, in the name and by the authority of the Commonwealth of Kentucky, charge that on or about April 2, 1992, in Meade County, Kentucky, the Defendant, Garr Keith Hardin, unlawfully committed the offense of Capital Murder, when he intentionally caused the death of Rhonda Sue Warford by stabbing her and said murder was done for profit, and against the peace and dignity of the Commonwealth of Kentucky.

WITNESS:

Sheriff Joe Greer

A TRUE BILL

_Donald H. Hawkins_
FOREPERSON

May 7, 1992

Received from the Foreman of the Grand Jury, in their presence, and filed in open Court.

ATTEST:

_Charles K. Medley_
CLERK, MEADE CIRCUIT COURT

BOND: $ _____
STAND ON BOND $ _____
WARRANT ON INDICTMENT: _____
CRIMINAL SUMMONS: _____

_____
JUDGE, MEADE CIRCUIT COURT

Hardin018564