```
 1
 2
 3
 4
 5
 6
 7    TRANSCRIPT OF CLARK AND HARDIN V. LOUISVILLE JEFFERSON COUNTY
 8                          METRO GOVT et al
 9
10
11
12              DATE RECORDED:  FEBRUARY 28, 1995
13
14
15
16
17
18
19
20
21
22
23
24   Job No.:   J3589219
25
```



1  the death of Rhonda Sue Warford by stabbing her.  Now, what's
2  the Commonwealth intend to prove against Garr Keith Hardin?
3  This Defendant.  The Commonwealth intends to prove ladies and
4  gentlemen, that again, on or about April 2, 1992, in Meade
5  County, Kentucky, the defendant, Garr Keith Hardin, unlawfully
6  committed the offense of murder when he either individually or
7  acting in complicity with others intentionally caused the death
8  of Rhonda Sue Warford by stabbing her.  Now, we got the
9  technical stuff out of the way.  How are we going to prove this,
10 ladies and gentlemen?  Let me talk to you a little bit about
11 Rhonda Sue Warford.  Rhonda Sue Warford was about 19 in April of
12 1992.  Rhonda Sue Warford lived in Louisville in Jefferson
13 County with her family.  Rhonda Sue Warford was not born with a
14 silver spoon in her mouth.  She was not a person of social
15 standing.  She was a normal person like everyone else.  Rhonda
16 Sue Warford lived with her mother Mrs. Warford, who you will
17 hear testify today.  Rhonda Sue Warford has sisters such a Tammy
18 and Michelle.  She has a friend called Crystal Barnes.  She has
19 a friend called Hope Jaegers who will testify.  Rhonda Sue
20 Warford was just a person.  Rhonda Sue Warford met the
21 defendant, Garr Keith Hardin, approximately, -- don't hold me to
22 this, in the fall of 1991.  You will hear evidence that this
23 defendant was extensively involved in Satanism.  Some people
24 call it devil worship, some people call it the occult, some
25 people call it Satanism.  She was dating him.  They were



1  boyfriend and girlfriend.  You will hear evidence that this
2  defendant admitted being involved in sacrificing animals and
3  being tired of that.  He told certain people that he was tired
4  of sacrificing animals and was getting to where he wanted to do
5  a human.  This defendant, Garr Keith Hardin, you will hear
6  evidence was getting Rhonda involved in this type of thing also.
7  Throughout this trial, it will be easy for me, I will refer to
8  it as Satanism.  It may not be the correct or proper term.  In
9  fact, the defendant, Garr Keith Hardin, shortly before the
10 events that we're here about had caused and had an inverted
11 cross tattooed on the breast of Rhonda Sue Warford.  Garr Keith
12 Hardin's good friend is the defendant, Jeffery Clark.  Most of
13 the satanic evidence you will see was taken out of the home of
14 the defendant Hardin.  However, you will hear evidence that
15 Jeffrey Clark was also involved in Satanism, primarily with his
16 co-defendant, Garr Keith Hardin.  You will hear evidence that
17 Jeffery Dewayne Clark had an extensive knife collection.  You
18 will hear evidence that Jeffery Dewayne Clark also had a knife,
19 a dagger type of knife, that he carried with him about all the
20 time.  Jeffery Dewayne Clark would refer to this knife as being
21 his sacrificial knife.  Jeffery Dewayne Clark had a child with
22 Amy Livers, now known as Amy Remsburg.  She may have remarried
23 since that time.  She may be Amy Pageant now.  I'm not sure.  He
24 had a child with Amy Livers.  I don't think they were ever
25 married and that doesn't have anything to with this case, but

