```
                IN THE UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF KENTUCKY
                    HON. CHARLES R. SIMPSON III
                       MAG. COLIN H. LINDSAY
                        CASE NO. 17-CV-419


                      JEFFREY DEWAYNE CLARK,
                            PLAINTIFF

                                V.
          LOUISVILLE JEFFERSON COUNTY METRO GOVT., ET AL.,

                            DEFENDANTS


                    HON. CHARLES R. SIMPSON III
                       MAG. DAVE WHALIN
                        CASE NO. 17-CV-420

                         GARR KEITH HARDIN,
                            PLAINTIFF


                                V.

          LOUISVILLE JEFFERSON COUNTY METRO GOVT., ET AL.,

                            DEFENDANTS
```

DEPONENT:   CLIFFORD CAPPS
DATE:       JULY 10, 2019
REPORTER:   LACEE TOWNSEND



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  Q  If you look at page 3 --
2  A  Okay.
3  Q  -- line 16, you're asked a question by Greer:
4  "How long were you in the same cell with Mr. Clark?"
5  Capps: "Approximately two to three weeks.  I left on May
6  19th to go to Frankfort Regional's jail."  Do you see
7  that?
8  A  Yes.
9  Q  Okay.  Do you have any reason to -- as you sit
10 here right now to believe that's not true?
11 A  No.
12 Q  Okay.  And do you recall telling Sheriff Greer
13 that in December of 1992?
14 A  Yes.  It's on there, and -- yeah.
15 Q  If it's on there, then you said it?
16 A  Yeah.
17 Q  Okay.  Now, you had mentioned that you know
18 that Jeff Clark was in -- accused of a murder when he
19 came in.
20 A  After he came in.
21 Q  After he came in?
22 A  And I'm trying to think back but after he came
23 in.
24 Q  Okay.  And I guess, probably, right now, is it
25 your testimony that you don't recall nearly anything

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

| | |
|---|---|
| 1 | about what happened in 1992 in this case? |
| 2 | A   My memory, honest to all of you-all, is |
| 3 | sometimes I remember things, sometimes I don't.  I |
| 4 | can -- my wife hates it because I'll sit there and |
| 5 | remember things from 30 years ago, but I might not |
| 6 | remember 15 minutes ago.  And it's -- I apologize, but |
| 7 | this -- I don't know.  I hate being like this. |
| 8 | Q   Well, you don't have to apologize, sir.  And |
| 9 | certainly, we'll do everything we can to refresh your |
| 10 | recollection.  But as you sit here right now, is it the |
| 11 | case that you have no recollection of speaking to Jeff |
| 12 | Clark about the murder of Rhonda Sue Warford? |
| 13 | A   Anything I say would -- I'd -- without |
| 14 | reading, I don't know.  I can't sit there and say |
| 15 | something I don't remember, make up -- excuse my |
| 16 | language, make up shit that I don't -- I'm not going to |
| 17 | get in trouble for something I don't know. |
| 18 | Q   Okay.  When you said, "make up shit," by shit, |
| 19 | you mean things that are untrue? |
| 20 | A   Yes. |
| 21 | Q   Okay.  It's the common expression, right?  But |
| 22 | you were talking about shit, you were talking about |
| 23 | things that were untrue? |
| 24 | A   Yes. |
| 25 | Q   Okay. |



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com