

**MEADE COUNTY SHERIFF'S OFFICE**

JOSEPH E. GREER, SHERIFF

Fairway Drive, Brandenburg, KY 40108

(502) 422-4937    Fax (502) 422-4684

March 10, 1995 at 12:55 hours

Myself, Joseph E. Greer, and Detective Tommy Stiles went to the Justis's residence whereby an envelope postmarked November 18, 1992, was turned over to myself by Mr. and Mrs. Glendle Justis. The envelope was addressed to Kevin Lee Justis, Larue County Detention, W High St Hodgenville KY, was from a C. Capps #16482, MAC Jed #647, 95 Raywrek Rd, St Mary, KY 40063. Said envelope contained one small lined sheet of paper and one larger sheet of paper.

March 10, 1995 at 15:12 hours

Myself, Joseph E. Greer, gave Steve Crebessa, Assistant Commonwealth Attorney, a copy of the above mentioned envelope and the one small lined sheet of paper and the one larger sheet of paper.