# The National Crime Prevention Institute

School of Justice Administration
College of Urban and Public Affairs
University of Louisville

on recommendation of its faculty and by virtue of the authority vested in it by the trustees of the university has awarded to

**MARK HANDY**

this certificate as evidence of the satisfactory completion of the seminar on

**OCCULT CRIMES: REDUCTION & DETECTION**

Given in the city of Louisville in the state of Kentucky in the United States of America in the year of Our Lord one thousand nine hundred eighty-nine, on the twenty - ninth day of November.



PLAINTIFF'S EXHIBIT 92 Handy

*Donald C. Swan*
PRESIDENT OF THE UNIVERSITY OF LOUISVILLE

*W. V. Peel*
DIRECTOR OF THE SCHOOL OF JUSTICE ADMINISTRATION

*Alice Foster*
DEAN OF THE COLLEGE OF URBAN AND PUBLIC AFFAIRS

*Forrest M. Moss*
DIRECTOR OF THE NATIONAL CRIME PREVENTION INSTITUTE

LMG006879