# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

JEFFREY DEWAYNE CLARK
GARR KEITH HARDIN

                PLAINTIFFS

V.                              CIVIL NO. 3:17-CV-00419-DJH-CHL

LOUISVILLE JEFFERSON COUNTY
METRO GOVERNMENT, *ET AL.* ,

                DEFENDANTS.

## PLAINTIFFS' EXHIBITS LIST

| Exhibit No. | Description |
|---|---|
| 1 | Mary Warford Deposition 9/24/21 |
| 2 | Michelle Rogers Deposition 1/31/22 |
| 3 | Michelle Rogers Police Interview 7/25/19 |
| 4 | Michelle Rogers Trial Testimony 3/1/95 |
| 5 | Crystal Barnes Deposition 1/31/22 |
| 6 | James Tyrell Trial Testimony 3/6/95 |
| 7 | Hope Jaegers Trial Testimony 3/1/95 |
| 8 | Meade County Uniform Report |
| 9 | Kentucky Missing Persons Report 4/2/92 |
| 10 | George Nichols Deposition 1/28/20 |
| 11 | George Nichols Trial Testimony 2/28/95 |
| 12 | Affidavit of Gloria J. Dimick 4/14/22 |
| 13 | Jeffrey Clark Trial Testimony 3/6/95 |
| 14 | Keith Hardin Trial Testimony 3/7/95 |
| 15 | Mary Warford Trial Testimony 3/2/95 |
| 16 | Judy Melinek Expert Report. |
| 17 | George Nichols Deposition 9/6/22 |
| 18 | Joseph Greer Deposition 11/4/19 |
| 19 | Joseph Greer Deposition 8/7/19 |
| 20 | Joseph Greer Trial Testimony 3/2/95 |
| 21 | Wanda Hardin Trial Testimony 3/7/95 |
| 22 | Vicki Houser Trial Testimony 3/7/95 |
| 23 | Danny Cochran 3/6/95 Trial Testimony |
| 24 | Alma Cochran 3/6/94 Trial Testimony |
| 25 | James McMackin Trial Testimony 3/6/95 |

| Exhibit No. | Description |
|---|---|
| 26 | Noel McMackin Trial Testimony 3/6/95 |
| 27 | Ray Pozzie Trial Testimony 3/6/95 |
| 28 | Judy Reese Trial Testimony 3/6/95 |
| 29 | June Calliver Trial Testimony 3/6/95 |
| 30 | Greer Evidentiary Hearing 7/13/15 |
| 31 | Judy Melinek Deposition 6/21/22 |
| 32 | Keith Hardin Deposition 3/27/19 |
| 33 | Clark Evidentiary Hearing 7/13/15 |
| 34 | Trial Transcript(Opening Excerpt) |
| 35 | Bill Adams Deposition 1/6/2020 |
| 36 | Report re: Handy Interviews |
| 37 | James Clark Deposition 1/21/22 |
| 38 | Gene Sherrard Deposition 9/15/21 |
| 39 | Mark Handy Deposition 9/21/20 |
| 40 | Rachel Loftin Report, 4/13/2022 |
| 41 | Keith Hardin Declaration |
| 42 | Kathleen Lowney Expert Report |
| 43 | Jeffrey Clark Deposition 3/26/19 |
| 44 | Mark Handy Trial Testimony 3/1/1995 |
| 45 | Jeff Clark Declaration |
| 46 | John Ryan Deposition 8/23/22 |
| 47 | Handy Report 4/9/1992 (LMPD 411-412) |
| 48 | Thurman Report (Thurman 49-50) |
| 49 | Crystal Barnes Testimony |
| 50 | Bart Adams Deposition 1/27/20 |
| 51 | Amy (Remsburg) Hatfield Deposition |
| 52 | KSP Examination Request 4/6/92 |
| 53 | Newspaper Articles |
| 54 | Death Certificate |
| 55 | Polygraph Pre-Test Interview |
| 56 | Clifford Capps Trial Transcript 3/3/1995 |
| 57 | Clifford Capps Trial Transcript 3/7/1995 |
| 58 | Closing Arguments |
| 59 | Clifford Capps Sworn Statement 12/2/1992 |
| 60 | Cliff Wise Deposition 7/11/2019 |
| 61 | Kevin Justis Deposition 5/28/2019 |
| 62 | Capps Letter to Justis 11/17/1992 |
| 63 | Harvey Palefsky Affidavit |
| 64 | Harvey Palefsky Deposition 6/24/2019 |
| 65 | Natalie Frei Affidavit |
| 66 | KY Decision affirming conviction 8/29/96 |
| 67 | Trial Stipulation 3/2/1995 |
| 68 | Motion to Dismiss Indictments 2/8/18 |
| 69 | John Heck Deposition 7/1/2021 |

| Exhibit No. | Description |
|---|---|
| 70 | Margaret Haun Tr. 3/3/1995 |
| 71 | Verdict 3/7/1995 |
| 72 | Hardin Evidentiary Hearing |
| 73 | New Trial Order |
| 74 | Order Dismissing Charges |
| 75 | Handy Evidentiary Hearing |
| 76 | Kenton Smith Deposition 2/12/2020 |
| 77 | Bart Adams Declaration |
| 78 | Wallace Rogers Declaration |
| 79 | Kevin Justis Statement 3/10/1995 |
| 80 | Witness List |
| 81 | Greer Grand Jury Testimony |
| 82 | Clark Indictment |
| 83 | Fisher Report |
| 84 | 2/28/1995 Transcript |
| 85 | Clifford Capps Deposition 7/10/2019 |
| 86 | Letter to Mark Handy from Ronald Holmes |
| 87 | Embry Deposition |
| 88 | Memorandum Letter |
| 89 | MCSD 9/7/2018 RFP Resp |
| 90 | Training Record |