IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| **JEFFREY DEWAYNE CLARK and GARR KEITH HARDIN,** | ) ) ) | |
| | ) | HON. GREG N. STIVERS |
| **Plaintiffs,** | ) ) | |
| | ) | HON. COLIN H. LINDSAY |
| v. | ) ) | |
| **LOUISVILLE JEFFERSON COUNTY METRO GOVT, et al.,** | ) ) ) | Case No. 17-CV-419-GNS-CHL |
| **Defendants.** | | |

## ORDER

Upon Motion of Plaintiffs, by counsel, and this Court being fully advised;

**IT IS HEREBY ORDERED,** that for the reasons stated in Plaintiffs' Motion for Leave to File Sur-Reply to Meade County Defendants' Motion for Summary Judgment, Plaintiffs' motion is hereby **GRANTED.** The clerk is directed to file in the record Plaintiffs' sur-reply as attached to their motion.

IT IS SO ORDERED this _____ day of _____ 2023

_____
HON. GREG N. STIVERS