IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

*Electronically Filed*

| | | |
|---|---|---|
| JEFFREY DEWAYNE CLARK and GARR KEITH HARDIN,<br><br>    Plaintiffs,<br><br>v.<br><br>LOUISVILLE JEFFERSON METRO GOVT, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 3:17-CV-419-GNS-CHL |

## JOINT STATUS REPORT

Comes now, Plaintiffs Jeffery Clark and Keith Hardin, jointly with Defendants Louisville Metro, file this Joint Status Report. In support, Plaintiffs and the Louisville Defendants state as follows:

1. On June 26, 2023, Plaintiffs and the Louisville Defendants filed a motion asking this Court to hold the case in abeyance as to the Louisville Defendants only. Dckt. 364.

2. In support of that motion, the undersigned represented that Plaintiffs and Louisville Defendants were engaged in settlement discussions and desired to hold the case in abeyance for a period of 90-days while the parties evaluate the prospects of settlement.

3. On July 7, 2023, the Court granted the motion and requested that the Parties submit a Joint Status Report by September 1, 2023. Dckt. 366.

4. On September 1, 2023, the Parties filed another Status Report seeking an additional two days to provide a substantive status to the Court. Dckt. 368.

5. The Parties efforts are nearly compete.

6. Because of this, the Parties seek an additional few business days, until September 8, 2023, to provide a more detailed status report to the Court.

Respectfully submitted,

| | |
|---|---|
| */s/ Elliot Slosar* <br> Arthur Loevy <br> Jon Loevy <br> Michael Kanovitz <br> Elliot Slosar <br> Amy Robinson Staples <br> Margaret E. Campbell <br> LOEVY & LOEVY <br> 311 N. Aberdeen St., 3rd Floor <br> Chicago, IL 60607 <br><br> *Attorneys for Plaintiff Jeffrey Clark* | /s/ *Nick Brustin*  (with permission) <br> Nick Brustin, Esq. <br> Katie McCarthy, Esq. <br> Neufeld, Scheck & Brustin, LLP <br> 99 Hudson Street, 8th Floor <br> New York, NY 10013 <br> nick@nsbcivilrights.com <br> katie@nsbcivilrights.com <br><br> *Counsel for Plaintiff,* <br> *Garr Keith Hardin* |