IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| JEFFREY DEWAYNE CLARK and GARR KEITH HARDIN,<br><br>    Plaintiffs,<br><br>v.<br><br>LOUISVILLE JEFFERSON METRO GOVT, et al.,<br><br>    Defendants. | Case No. 3:17-CV-419-GNS-CHL |

**AGREED ORDER OF VOLUNTARY DISMISSAL**

Plaintiffs Jeffrey Dewayne Clark and Garr Keith Hardin, have agreed to voluntarily dismiss their claims against Defendants Mark Handy, Jim Woosley, James W. Griffiths and any and all previously named and/or unknown employees of the Louisville Metro Police Department with prejudice.

IT IS HEREBY ORDERED AND ADJUDGED that the Plaintiffs' claims against the Defendants Mark Handy, Jim Woosley, James W. Griffiths, and any and all previously named and/or unknown employees of the Louisville Metro Police Department are hereby DISMISSED with prejudice, with no payment of settlement sums, nor promises to pay settlement moneys on behalf of the aforementioned individuals.  Each party is the bear their own costs.  This dismissal shall not impact or otherwise apply to the Plaintiffs' claims against Louisville Jefferson County Metro Government, which will be dismissed by separate pleading.

This is a final and appealable Order with no just cause for delay.

HAVING SEEN AND AGREED TO:

*/s/ Elliot Slosar* (with permission)
Arthur Loevy
Jon Loevy
Michael Kanovitz
Elliot Slosar
Amy Robinson Staples
Margaret E. Campbell
LOEVY & LOEVY
311 N. Aberdeen St., 3rd Floor
Chicago, IL 60607

*Counsel for Plaintiff Jeffrey Clark*

/s/ *Nick Brustin* (with permission)
Barry Scheck
Nick Brustin
Anna Benvenutti Hoffmann
Emma Freudenberger
Katie McCarthy
Owanaemi Briggs
Sophia Villarreal
Neufeld, Scheck & Brustin, LLP
99 Hudson Street, 8th Floor
New York, NY 10013

/s/ *Larry Simon* (with permission)
Larry D. Simon
Attorney at Law
American Life Building, Suite 200
471 West Main Street
Louisville, KY 40202

*Counsel for Plaintiff Garr Keith Hardin*

/s/ *William H. Brammell, Jr.*
Kent Wicker
William H. Brammell, Jr
Wicker / Brammell PLLC
323 West Main Street, 11th Floor
Louisville, KY 40202

*Counsel for Mark Handy*

/s/ *Joseph Klausing* (with permission)
Joseph C. Klausing
Caroline Bruenderman
O'BRYAN, BROWN, & TONER
Brown & Williamson Building
401 South Fourth Street, Suite 2200
Louisville, Kentucky 40202

*Counsel for Jim Woosley*

*/s/ Lee Sitlinger* (with permission)
Lee E. Sitlinger, Esq.
Abigail T. Fletcher, Esq.
**SITLINGER LAW**
320 Whittington Pkwy., Suite 304
Louisville, KY 40222

*Counsel for Defendant James Griffiths, City of Louisville, Louisville Jefferson County Metro Government*