IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| JEFFREY DEWAYNE CLARK and GARR KEITH HARDIN, | ) ) ) | |
| Plaintiffs, | ) ) ) | Case No. 3:17-CV-419-GNS-CHL |
| v. | ) ) | |
| LOUISVILLE JEFFERSON METRO GOVT, et al., | ) ) ) | |
| Defendants. | ) | |

### AGREED ORDER OF DISMISSAL

Plaintiffs Jeffrey Dewayne Clark and Garr Keith Hardin, have agreed to dismiss their claims against Defendants Louisville-Jefferson County Metro Government, and the City of Louisville, including their heirs, agents, members, assigns, representatives, employees, and successors, including, but not limited to, any named or unnamed Defendants in the Lawsuit; and unknown and unnamed agents, officers and employees of the Louisville Metro Police Department pursuant to terms agreed upon by the parties.

IT IS HEREBY ORDERED AND ADJUDGED that the Plaintiffs' claims against the Defendants Louisville-Jefferson County Metro Government, and the City of Louisville, and all unknown employees or the Louisville Metro Police Department are hereby DISMISSED with prejudice. Each party is the bear their own costs.

This is a final and appealable Order with no just cause for delay.

HAVING SEEN AND AGREED TO:

/s/ *Elliot Slosar* (with permission)  
Arthur Loevy  
Jon Loevy  
Michael Kanovitz  
Elliot Slosar  
Amy Robinson Staples  
Margaret E. Campbell  
LOEVY & LOEVY  
311 N. Aberdeen St., 3rd Floor  
Chicago, IL 60607  

*Counsel for Plaintiff Jeffrey Clark*

/s/ *Nick Brustin* (with permission)  
Barry Scheck  
Nick Brustin  
Anna Benvenutti Hoffmann  
Emma Freudenberger  
Katie McCarthy  
Owanaemi Briggs  
Sophia Villarreal  
Neufeld, Scheck & Brustin, LLP  
99 Hudson Street, 8th Floor  
New York, NY 10013  

/s/ *Larry Simon* (with permission)  
Larry D. Simon (Ky. Bar No. 64335)  
Attorney at Law  
American Life Building, Suite 200  
471 West Main Street  
Louisville, KY 40202  

*Counsel for Plaintiff,*  
*Garr Keith Hardin*

/s/ *Lee Sitlinger*  
Lee E. Sitlinger  
Abigail T. Fletcher  
**SITLINGER LAW**  
320 Whittington Pkwy., Suite 304  
Louisville, KY 40222  

*Counsel for Defendants,*  
*City of Louisville, Louisville Jefferson*  
*County Metro Government*