

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**GENE SNYDER COURTHOUSE**
**601 W. BROADWAY**
**LOUISVILLE, KENTUCKY 40202**
**(502) 625-3500**
**PHV@KYWD.USCOURTS.GOV**

## PRO HAC VICE ADMISSION RENEWAL FEE INVOICE

| Date | Invoice Number |
|---|---|
| 9/29/2023 | 3:17-cv-419-GNS.2023 |

**Bill To:**

**Owanaemi Briggs**
Neufeld Scheck & Brustin, LLP
99 Hudson Street, 8th Floor
New York, NY 10013
212-965-9081
Email: emi@nsbcivilrights.com

| *Pro Hac Vice* Admission Date | Due Date |
|---|---|
| September 27, 2022 | November 3, 2023 |

| Description | Qty | Price |
|---|---|---|
| Pro Hac Renewal Fee | 1 | $150.00 |

Payment should be sent, with a copy of this invoice, to:   US District Court
Attn: District Court Clerk's Office, Ste. 106
Gene Snyder Courthouse
601 W. Broadway
Louisville, Kentucky 40202