UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| JEFFREY DEWAYNE CLARK | ) |
| | ) |
| and | ) |
| | ) |
| GARR KEITH HARDIN | ) |
| | ) |
| Plaintiffs | ) |
| | ) Case No. 3:17-cv-00419-GNS-CHL |
| v. | ) |
| | ) |
| LOUISVILLE JEFFERSON | ) |
| COUNTY METRO GOVT, *et alia* | ) |
| | ) |
| Defendants | ) |

\*\*\* \*\*\* \*\*\* \*\*\*

## NOTICE OF INTERLOCUTORY APPEAL

Notice is hereby given that Defendant Robert Thurman appeals to the United States Court of Appeals for the Sixth Circuit from the portion of the Order entered into by this Court on January 4, 2024 (DN 390) denying Mr. Thurman's Motion for Summary Judgment on Plaintiff Keith Hardin's claims against him under *Brady v. Maryland*, 373 U.S. 83 (1963).

Respectfully submitted,

*/s/ Ed Monarch, Esq.*
Ed Monarch, Esq. (KBA #84898)
Peter J. Rosene, Esq. (KBA# 97756)
McBrayer PLLC
500 West Jefferson Street, Suite 2400
Louisville, Kentucky 40202
Phone: (502) 327-5400
emonarch@mcbrayerfirm.com
prosene@mcbrayerfirm.com

**Counsel for Defendant Robert Thurman**

# CERTIFICATE OF SERVICE

   I hereby certify that on January 19, 2024, the foregoing was electronically filed with the Clerk of the Court using CM/ECF which will send notice of electronic filing to the registered counsel.

                */s/ C. Edward Monarch, Esq.*
                **Counsel for Defendant Robert Thurman**

4866-1599-5036, v. 1