UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
CIVIL ACTION NO. 3:17-CV-00419-GNS

JEFFREY DEWAYNE CLARK and GARR KEITH HARDIN                  PLAINTIFFS

VS.              **PRETRIAL DISCLOSURES OF DEFENDANTS**
                 **JOE GREER, BILL ADAMS AND CLIFFORD WISE**

MEADE COUNTY, et al                                          DEFENDANTS

*******************************

Come Defendants JOE GREER, BILL ADAMS and CLIFFORD WISE, by counsel, and

pursuant to Fed. R. Civ. P. 26(a)(3) and L.R. 40.1(c) hereby make the following pretrial

disclosures:

**A.**      **Rule 26(a)(3)(A)(i) – Witnesses Defendants Expect to Present at Trial:**

Joseph Greer
c/o Lochmiller Bond
430 Commerce Drive
Elizabethtown, KY  42701
270-900-1248

William "Bill" Adams
c/o Lochmiller Bond
430 Commerce Drive
Elizabethtown, KY  42701
270-900-1248

Cliff Wise
c/o Lochmiller Bond
430 Commerce Drive
Elizabethtown, KY  42701
270-900-1248

Mary Warford
735 W. Whitney Avenue
Louisville, KY  40215
Phone Number Unknown – To be provided if determined

Michelle Rogers
1118 Forest View Drive
Louisville, KY  40219
502-650-4553
502-713-4069

Vicki Budd
7510 E. Pennington NE Street
Lanesville, IN  47136
502-291-6300

Bart Adams
3420 Glen View Avenue
Louisville, KY  40222
502-931-2220

Wallace Rogers
440 South 7th Street, Suite 300
Louisville, KY  40203
502-584-6375

Kenton Smith
514 Hillcrest Drive
Brandenburg, KY  40108
270-422-4004

Jon Heck
1601 Business Center Court
Louisville, KY  40299
522-458-1000

Mark Handy
c/o Bill Brammell
c/o Brian Butler, Attorney at Law
Phone Number Unknown – To be provided if determined

Clifford Capps
109 E. Highway 60, KIT #3
Irvington, KY  40146
270-980-2381
270-547-4302

Robert Ennis
2060 Anderson Lane
Shelbyville, KY  40065
502-548-5012

Kelly Jones
110 Ladbroke Grove Road
Louisville, KY  40245
502-269-0914

Kevin Justis
Deceased

Harvey Palefsky
335 S. 5th Street
Montrose, CO  81401
970-422-1594

Hope Greer
Deceased

Crystal Barnes Enix
430 Chestnut Street, Apt. 1
Mount Carmel, IL  62863
478-394-3328

Dr. George Nichols
6013 Brownsboro Park Blvd. #D
Louisville, KY  40207
502-899-9837

Hope Jaggers
Deceased

Michael Mattingly
254 Grand Oak Boulevard
Shepherdsville, KY  40165
270-980-1591

Robert Thurman
c/o Edward Monarch
McBrayer, PLLC
500 West Jefferson Street, Suite 2400
Louisville, KY  40202
502-888-1834

Amy Remsberg (a/k/a Amy Hatfield)
Tennessee
Phone Number Unknown – To be provided if determined

Jeremy Livers
5509 W. Nally Court
Fredericksburg, IN  47120
812-844-3879

Jody Cochran
6357 Old Vincennes Road
Floyds Knobs, IN  47119
Phone Number Unknown – To be provided if determined

Vincent Ray Pozzie
720 Holmes Street
Frankfort, KY  40601
502-667-0938

Ernie Embry
Deceased

Vicki Budd
7510 E. Pennington NE Street
Laneville, IN  47136
502-291-6300

Tommy Styles
261 Walter Boone Road
Rineyville, KY  40162
270-737-9586

Heather Livers Lawson
Deceased

James Woosley
4121 Browns Lane, Unit C21
Louisville, KY  40220
502-758-9929

Sheila Elder
108 John Paul Lane
Hardinsburg, KY  40143
270-788-3942
270-547-8532

Jean Fox
11818 Duane Point Circle, Apt. 101
Louisville, KY  40202
502-365-2735
502-377-5326

Jack Ryan
c/o Lochmiller Bond
430 Commerce Drive
Elizabethtown, KY  42701
270-900-1248

William "Bill" Mahan
Shelbyville, KY
Phone Number Unknown – To be provided if determined

Charles Edelen
4617 Saratoga Hill Road
Louisville, KY  40299
502-797-6048

James Clark
3905 Willow View Boulevard
Louisville, KY  40299
502-266-9914

Any designation by any other party to which Objection and/or Motion in Limine has not been made.

These Defendants hereby reserve their right to amend and/or supplement this Witness List, and further moves this Court to permit the introduction of any and all other witnesses which may be disclosed, discovered or produced for testimony herein at any time before or during trial.

**B.    Rule 26(a)(3)(A)(ii) – Witnesses Whose Testimony Defendants Expect to Present by Deposition:**

| WITNESS | DESIGNATED TESTIMONY |
|---|---|
| Joe Greer<br>(August 7, 2019) | P 11/6-9, 12<br>P 12/7-23<br>P 13/1-10<br>P 13/13 – P 15/10<br>P 15/24 – P 17/6<br>P 17/25 – P 18/3<br>P 21/23 – P 22/3<br>P 22 8/-24<br>P 23/3-5, 8-20<br>P 29/4-21<br>P 30/14-16<br>P 30/23 – P 31/6<br>P 31/13-24<br>P 32/3-6<br>P 32/20 – P 33/11 |

|  | |
|---|---|
|  | P 34/2-3, 6<br>P 34/6 – P 36/9<br>P 36/21 – 37/20<br>P 38/3-12<br>P 38/24-25<br>P 58/19 – P59/24<br>P 61/2-11<br>P 61/23 – P 62/6<br>P 68/12-23<br>P 109/5 – P 110/12<br>P 111/10-15<br>P 136/13-21<br>P 140/12-19<br>P 170/4 – P 171/25<br>P 196/22 – P 197/11<br>P 203/5 – P 204/11<br>P 249/2-5, 11-13<br>P 264/11 – P 265/1<br>P 266/21-24<br>P 267/3-4, 9-12, 16-24<br>P 268/4-11, 16-19<br>P 273/2-6 |
| Joe Greer<br>(November 4, 2019) | P 61/19-21<br>P 62/1, 6-17<br>P 62/20 – P 63/3<br>P 62/4-6, 17-19<br>P 98/15-25<br>P 99/2-9<br>P 100/3-6, 9-13<br>P 100/20 – P 101/3<br>P 155/8-25<br>P 159/9-17<br>P 177/13-16, 18-22<br>P 178/7-10, 12<br>P 178/15 – P 179/1<br>P 179/5-8<br>P 179/15-18<br>P 179/20 – P 180/19<br>P 180/22 – P 181/13<br>P 182/9 – P 183/24<br>P 185/3-12<br>P 185/20 – P 186/19<br>P 190/22 – P 193/1<br>P 193/19-25<br>P 194/2-11, 13-20<br>P 197/3-18 |

| | |
|---|---|
| | P 198/3 – P 199/2 |
| | P 199/4 – P 200/5 |
| | P 200/20 - P 201/7 |
| | P 201/20 – P 202/7 |
| | P 203/3 – P 204/22 |
| | P 206/2-16, 18-21, 23-25 |
| | P 207/17-23 |
| | P 208/12 - P 209/8 |
| | P 217/9-25 |
| | P 218/6-16 |
| | P 218/22-25 |
| | P 219/4-11 |
| | P 219/20 – P 220/10 |
| | P 221/2-23 |
| | P 222/5-23 |
| | P 223/7 – P 224/18 |
| | P 224/20 P 225/7 |
| | P 225/15-17 |
| | P 243/8-11 |
| Harvey Palefsky (June 24, 2019) | P 5/19-23 |
| | P 10/6-9 |
| | P 11/10-12 |
| | P 14/18 – P 15/10 |
| | P 15/19-22 |
| | P 16/5-8, 12-18 |
| | P 17/8-14 |
| | P 20/22-24 |
| | P 26/15-16 |
| | P 26/19 – P 27/1 |
| | P 27/11-16, 23-24 |
| | P 28/4-16, 19-20 |
| | P 29/5-7, 15-16 |
| | P 30/10-24 |
| | P 31/6-10 |
| | P 31/19 – P 32/10 |
| | P 32/19 – P 33/4 |
| | P 33/10-14 |
| | P 33/18 – P 34/2 |
| | P 34/7-12, 17-20 |
| | P 35/6-14 |
| | P 35/21 – P 36/11 |
| | P 36/15-20 |
| | P 36/24 – P 37/12 |
| | P 39/17 – P 40/4 |
| | P 40/14-20 |
| | P 41/14 – P 42/12 |

|  | P 50/6-15 |
|---|---|
|  | P 50/18 – P 51/18 |
|  | P 52/11-16 |
|  | P 53/22 – P 54/4 |
|  | P 54/11-14 |
|  | P 54/20 – P 55/3 |
|  | P 56/3-22 |
|  | P 71/1-3, 10-11, 13 |
|  | P 78/20-23 |
|  | P 78/25 - P 79/3 |
|  | P 79/21-23 |
|  | P 79/24 – P 80/12 |
|  | P 82/11 – P 83/12 |
|  | P 87/22 - P 88/9 |
|  | P 88/14/25 |
|  | P 89/2, 4-5 |
|  | P 90/12-18 |
|  | P 91/23-24 |
|  | P 92/1-4 |
|  | P 92/20 – P 93/1 |
|  | P 93/7-16, 18-22 |
|  | P 94/1-11 |
|  | P 94/14 – P 95/3 |
|  | P 95/17-22 |
|  | P 100/6-9 |
|  | P 102/17 – P 103/7 |
|  | P 103/11-13, 15 |
|  | P 105/9 – P 106/10 |
|  | P 107/15-19 |
|  | P 108/8-15 |
|  | P 125/6-12 |
|  | P 126/9-12 |
|  | P 127/2-16 |
|  | P 130/22-24 |
|  | P 131/7-24 |
|  | P 132/2-14 |
|  | P 133/16-24 |
|  | P 134/14-19 |
|  | P 135/1-23 |
| Amy Remsberg a/ka Amy Hatfield (January 31, 2020) | P 7/22-24 |
|  | P 8/9-18 |
|  | P 10/3 – P 11/24 |
|  | P 12/1-8 |
|  | P 12/13-19 |
|  | P 12/23 – P 13/1 |
|  | P 13-7 – P 15/24 |

|  | P 16/4-18 |
|--|--|
|  | P 16/21-25 |
|  | P 17/2-6 |
|  | P 17/11-12 |
|  | P 17/15 – P 18/1 |
|  | P 18/3 – P 20/18 |
|  | P 20/20-5 |
|  | P 21/7-19 |
|  | P 22/2 - P 23/6 |
|  | P 23/10-20 |
|  | P 24/3-4, 7 |
|  | P 24/9-10 |
|  | P 24/13 – P 25/1 |
|  | P 25/3-16 |
|  | P 25/19 – P 27/21 |
|  | P 27/24 – P 28/6 |
|  | P 28/10 – P 29/25 |
|  | P 30/25 – P 31/17 |
|  | P 31/21 – P 32/9 |
|  | P 32/20 – P 33/11 |
|  | P 33/23 – P 34/14 |
|  | P 34/22-25 |
|  | P 35/23 – P 36/6 |
|  | P 36/14-24 |
|  | P 37/16, 18-22 |
|  | P 38/17 – P 39/23, 25 |
|  | P 40/2 – P 41/11 |
|  | P 41/19 – P 42/5 |
|  | P 43-18 – P 44/23 |
|  | P 44/25 – P 45/1 |
|  | P 45/3 – P 46/21 |
|  | P 46/24-25 |
|  | P 47/3-6 |
|  | P 47/10 – P 48/2 |
|  | P 48/5-6 |
|  | P 48/8 – P 49/11 |
|  | P 49/14 – P 50/11 |
|  | P 52/3-15 |
|  | P 52/19 – P 53/5 |
|  | P 53/17 – P 56/11 |
|  | P 56/20 – P 58/3 |
|  | P 58/13-16, 18-23 |
|  | P 58/25 – P 58/3 |
|  | P 59/5-20, 22 |
|  | P 59/24 – P 60/23, 25 |
|  | P 61/2-8 |

| | |
|---|---|
| | P 62/3-7 |
| | P 63/3-16, 18-24 |
| | P 64/2 |
| | P 64/9-13 |
| | P 64/18 – P 65/4 |
| | P 65/7-19, 22-23 |
| | P 65/25 – P 68/6 |
| | P 68/15 – P 70/22 |
| | P 72/4-8 |
| | P 72/12 – P 73/1, 3 |
| | P 82/22 – P 83/3, 5 |
| | P 129/16- P 132/4 |
| | P 135/20 – P 136/7 |
| | P 147/1-9, 16-19 |
| | P 302/11 – P 304/3, 5-7 |
| | P 304/9 – P 305/6 |
| | P 308/10 – P 309/4 |
| | P 309/15 – P 310/12 |
| | P 312/24 – P 313/11 |
| | P 313/25 – P 314/7 |
| | P 314/20-24 |
| | P 380/8-25 |
| | P 381/20-24 |
| | P 382/1-2, 4-9 |
| | P 386/8-21 |
| | P 389/4-12 |
| | P 420/6-9, 12-15, 17, 19, 21-24 |
| Mark Handy (September 21, 2020) | P 8/12-14 |
| | P 17/1-18 |
| | P 19/12-15 |
| | P 32/6-8 |
| | P 85/3-5 |
| | P 85/11-13 |
| | P 86/6-23 |
| | P 87/21-25 |
| | P 93/7-11 |
| | P 97/22 – P 98/1 |
| | P 98/18-23 |
| | P 104/3-18 |
| | P 104/3-18 |
| | P 104/23 – P 105/6 |
| | P 106/16-17 |
| | P 107/7-14 |
| | P 109/5-15 |
| | P 112/16-20 |
| | P 123/15-24 |

| | |
|---|---|
| | P 127/11 – P 128/2 |
| | P 128/6-15 |
| | P 128/19 – P 129/1 |
| | P 129/21-23 |
| | P 129/25 |
| | P 130/25 – P 131/1-5 |
| | P 131/7 |
| | P 131/9 |
| | P 131/10-25 |
| | P 142/11 – P 143/2 |
| | P 175/21-25 |
| | P 197/17-21 |
| | P 210/16-25 |
| Clifford Capps (July 10, 2019) | P 9/22-24 |
| | P 15/23 – P 16/2 |
| | P 17/18-23 |
| | P 19/11-13 |
| | P 22/13-23 |
| | P 24/16-24 |
| | P 29/6-16 |
| | P 30/24 – P 31/7 |
| | P 35/12 – P 36/21 |
| | P 37/10-25 |
| | P 45/4-6 |
| | P 48/4-8 |
| Kevin Justis (May 28, 2019) | P 10/8-11 |
| | P 14/22-24 |
| | P 16/7-12 |
| | P 21/5-17 |
| | P 22/7-9, 12-14 |
| | P 22/24 – p 23/2 |
| | P 23/8-14 |
| | P 25/15-25 |
| | P 26/6 |
| | P 27/1-2, 8-13 |
| | P 28/13-16 |
| | P 28/21 – P 29/1 |
| | P 32/7-9, 11-12, 14, 17-18, 20-22 |
| | P 33/1-2 |
| | P 33/22 – P 34/2 |
| | P 34/18-20 |
| | P 35/17-19 |
| | P 36/17, 19-20 |
| | P 36/22-25 |
| | P 37/2-5 |
| | P 38/8, 10-12, 18-21 |

| | |
|---|---|
| | P 39/11-12, 14-16 |
| | P 40/3-4, 8-9 |
| | P 41/7-8, 10-11, 13-15, 17, 20-24 |
| | P 42/1-2 |
| | P 44/5-6, 8, 10-17 |
| | P 44/23 – P 45/3 |
| | P 45/10-15, 17 |
| | P 46/1-8 |
| | P 46/17-20 |
| | P 47-10-22 |
| | P 47/25 – P 48/3 |
| | P 48/5 – P 49/11 |
| | P 49/22-24 |
| | P 50/9-13 |
| | P 51/2-16, 20-22 |
| | P 52/1-5, 9-12 |
| | P 52/18 – P 53/22 |
| | P 54/2-17 |
| | P 54/19 – P 55/19 |
| | P 55/24 – P 56/18 |
| | P 57/3-13 |
| | P 59/4-22 |
| | P 59/25 – P 60/11 |
| | P 60/17 – P 61/11 |
| | P 63/16-20 |
| | P 69/2-4 |
| | P 71/11-13, 16-19, 21-23 |
| | P 72/1-3 |
| | P 72/15-25 |
| | P 73/13-15 |
| | P 74/24-25 |
| | P 75/2-4, 6-7, 19-22 |
| | P 76/4-5, 8-10, 16-18 |
| | P 76/20 – P 77/15, 20-24 |
| | P 78/3-21, 23-24 |
| | P 79/7-9, 11, 14-15, 17 |
| | P 79/20 – P 80/4 |
| | P 80/10-13 |
| | P 81/10-18, 22-24 |
| | P 82/3-11, 17-20, 22 |
| | P 83/8-21 |
| | P 84/3-11 |
| | P 86/2-14 |
| | P 103/18 – P 104/9 |
| | P 105/1-5 |
| | P 114/8 – P 115/5 |

| | |
|---|---|
| | P 115/13-24 |
| | P 116/2 – P 117/4 |
| | P 118/14-21 |
| | P 120/20 - P 121/2 |
| | P 121/22-25 |
| | P 123/10-23 |
| | P 124/1 – P 125-3 |
| | P 127/22 – P 128/4 |
| | P 128/20 – P 129/4 |
| | P 131/13-18 |
| | P 133/20-23 |
| | P 134/1-3, 5-8, 11-22 |
| | P 135/1-13 |
| | P 137/1 – P 138/12 |
| | P 138/23 - P 139/2 |
| | P 139/12 – P 140/3 |
| | P 140/14-16 |
| | P 144/13-25 |
| | P 146/14-22 |
| | P 147/9-16 |
| | P 153/8 – P 154/4 |
| | P 154/12-18 |
| | P 157/11-14 |
| | P 157/22 – P 158/3 |
| Jody Cochran (March 1, 2022) | P 37/11-16 |
| | P 37/22 – P 38/4 |
| | P 38/17 – P 39/22 |
| | P 39/25 – P 40/2 |
| | P 42/25 – P 43/7 |
| | P 43/9-15 |
| | P 49/10 – P 50/11 |
| | P 80/13-17 |
| | P 154/5 – P 155/24 |
| | P 156/1-9 |
| | P 156/11 – P 157/1 |
| | P 157/3-8, 13-19 |
| | P 158/10, 12, 18-23 |
| | P 158/25 – P 159/1-8 |
| | P 160/1-19 |
| | P 160/21 – P 161/5 |
| | P 161/9-13 |
| | P 162/11-14, 16-23 |
| | P 178/4-15, 17-18 |
| Ernie Embry (February 19, 2020) | P 11/6-24 |
| | P 12/8-19 |
| | P 16/21 – P 37/5 |

|  | P 18/22 – P 19/9<br>P 20/17-22<br>P 42/5-10<br>P 44/2-4<br>P 48/16-23<br>P 49/14 – P 50/7<br>P 52/5-14<br>P 57/14-21<br>P 57/25 – P 58/6<br>P 70/21 – P 71/17 |
|---|---|

Any designation by any other party to which Objection and/or Motion in Limine has not been made.

Anyone who becomes unavailable from date of filing through trial, but again subject to any Objection and/or Motion in Limine being made.

These Defendants hereby reserve their right to amend and/or supplement this Witness List.

Defendants reserve the right to present the following witnesses by deposition, if necessary:

**C.     Rule 26(a)(3)(A)(iii) – Documents or other Exhibits Defendants Expect to Introduce at trial:**

| EX # | Description | Stipulated | Plaintiff's Objection | Evid. |
|---|---|---|---|---|
| DX1 | Sheriff Greer's Murder Investigation File<br><br>(MSCO001066 – MSCO 1580) |  |  |  |
| DX2 | Photographs of Murder Scene<br><br>(MSCO000266 – MSCO000361)<br>(MSCO000366 – MSCO000375)<br>(MSCO000430 – MSCO000466)<br>(MSCO000475 – MSCO000477)<br>(MSCO000486 - MSCO000491)<br>(MSCO000495 – MSCO000499)<br>(MSCO000512)<br>(LMPD00720 – LMPD00752) |  |  |  |
| DX3 | Video of Crime Scene,<br><br>(Pl. Depo Ex. 41) |  |  |  |
| DX4 | Diagram of Murder Scene,<br><br>(MSCO001268, Pl's Ex. 82) |  |  |  |

| | | | | |
|---|---|---|---|---|
| DX5 | Office of the Chief Medical Examiner's Autopsy File of Rhonda Sue Warford<br><br>(ME000001 – ME000026, Def. Dep. Ex. 67)<br>(KYOSME0001 – KYOSME0061)<br>(MSCO000362-MSCO000365)<br>(MSCO000376-MSCO000399)<br>(MSCO000429)<br>(MSCO000466-MSCO000473) | | | |
| DX6 | Photographs of Items Obtained from Victim's Home<br><br>(MSCO000400)<br>(MSCO00483 – MSCO000485)<br>(MSCO000506 – MSCO000511)<br>(LMPD000813 – LMPD00821) | | | |
| DX7 | Photographs of Rhonda Warford<br><br>(MSCO 000899 – MSCO000901)<br>(LMPD00013) | | | |
| DX8 | Louisville Police Department Homicide Investigation File<br><br>(LMPD 00377 – LMPD00469) | | | |
| DX9 | Photographs of Keith Hardin<br><br>(MSCO000513)<br>(MSCO000876 – MSCO000887)<br>(LMPD00833 – LMPD0000838) | | | |
| DX10 | Photographs of Jeff Clark<br><br>(MSCO000514 – MSCO000515)<br>(MSCO000891 – MSCO000895)<br>(LMPD00785 – LMPD00794) | | | |
| DX11 | Photographs of Jeff Clark's Nova<br><br>(LMPD00795 – LMPD00811) | | | |
| DX12 | Photographs from Items Obtained during Search Warrants<br><br>(MSCO000401 – MSCO000428)<br>(MSCO000478 – MSCO000482)<br>(MSCO000500 – MSCO000505)<br>(MSCO000492-MSCO000494) | | | |

| | | | | |
|---|---|---|---|---|
| | (MSCO000516)<br>(LMPD00753 – LMPD 00784)<br>(LMPD00822 – LMDP00832)<br>(LMDP00839 – LMPD00850) | | | |
| DX13 | Missing Person's Report Rhonda Warford<br><br>(LMPD00009 – LMPD00010) | | | |
| DX14 | Missing Person's Flyer Rhonda Warford<br><br>(MCSO000042, Def. Depo. Ex. 116) | | | |
| DX15 | Dr. Ronald Holmes Letter to Sheriff Greer<br><br>(CLARK 002995, Pl. Depo. Ex. 78) | | | |
| DX16 | LPD ETU File<br><br>(ETU001 – ETU126) | | | |
| DX17 | Robert Thurman's Report of Forensic Laboratory Examination, April 30, 1992<br><br>(LMPD00168 – LMPD00171)<br>(LMPD00889 – LMPD00892) | | | |
| DX18 | Remsburg Domestic Violence Order against Jeff Clark<br><br>(Clark 001045, Def. Depo. Ex. 70) | | | |
| DX19 | Suspected Abuse of Randal Remsburg<br><br>(LMPD00073 – LMPD00074, Def. Depo. Ex. 71) | | | |
| DX20 | Recorded Statement Amy Remsburg, April 10, 1992<br><br>(LMPD00502 – LMPD00536, Def. Depo. Ex. 72)<br>(MSCO001310 – MSCO001344) | | | |
| DX21 | Rhonda Sue Warford's 1992 Calendar / Diary<br><br>(MSCO001491 – MSCO001530, Def. Depo. Ex. 114). | | | |

| | | | | |
|---|---|---|---|---|
| DX22 | Mary Warford Narrative of Activities from April 1, 1992 – April 5, 1992<br><br>(MSCO001070 – MSCO001081, Def. Depo. Ex. 112) | | | |
| DX23 | Handwritten Letters from Rhonda Warford<br><br>(CAO_10228 – CAO_010240, Def. Depo. Ex. 113) | | | |
| DX24 | Jeffrey Dewayne Clark Arrest Warrant,<br><br>(MSCO001411, Def. Depo. Ex. 60) | | | |
| DX25 | Garr Keith Hardin Arrest Warrant,<br><br>(MSCO001405, Def. Depo. Ex. 61) | | | |
| DX26 | Search Warrant 10774 Tarrytown Road, Louisville, KY<br><br>(LMPD00669 – LMPD00692) | | | |
| DX27 | Search Warrant 3510 Newburg Road, Bluegrass Mobile Home Park, Lot C-9, Louisville, KY<br><br>(LMPD00693 – LMPD00702) | | | |
| DX28 | Search Warrant 4519 Cod Drive Louisville, KY<br><br>(LMPD00703 – LMPD00709) | | | |
| DX29 | Recorded Statement William "Bill" Mahan, April 28, 1992 (transcribed and audio version)<br><br>(LMPD00564 – LMPD00668, Def. Depo Ex. 89) | | | |
| DX30 | Recorded Statement William "Bill" Mahan, January 14, 1994 (transcribed and audio version)<br><br>(Def. Depo. Ex. 89) | | | |
| DX31 | Jeff Clark Polygraph Results<br><br>(CAO_007277 – CA—007285) (LMPD00538 – LMPD00543) | | | |

| | | | | |
|---|---|---|---|---|
| DX32 | Special Grand Jury Testimony, May 7, 1992<br><br>(MCSO000181 – MCSO000196, Pl. Depo. Ex. 20) | | | |
| DX33 | Recorded Statement of Clifford Capps, December 2, 1992<br><br>(MSCO000949 – MSCO000965, Pl. Depo. Ex. 10). | | | |
| DX34 | Order for Discovery and Compliance Orders<br><br>(Def. Depo. Ex. 85) | | | |
| DX35 | Motion to Suppress Evidence, January 23, 1993<br><br>(Def. Depo. Ex. 13) | | | |
| DX36 | Order Requiring Commonwealth to Disclose Time of Death<br><br>(Def. Depo. Ex. 14) | | | |
| DX37 | Letter to Dr. Nichols from Kenton Smith regarding Time of Death, July 29, 1992<br><br>(Def. Depo. Ex. 77) | | | |
| DX38 | Commonwealth's Compliance with Court Ordered Dated July 23, 1992<br><br>(Def. Depo. Ex. 15) | | | |
| DX39 | Commonwealth's Compliance with Discovery, June 18, 1992<br><br>(Def. Depo. Ex. 16) | | | |
| DX40 | Order Setting for Trial, June 18, 1992<br><br>(Def. Depo. Ex. 17) | | | |
| DX41 | Commonwealth's Motion for New Trials, January 29, 1993<br><br>(Def. Depo. Ex. 18) | | | |
| DX42 | Order Regarding Separate Trials, | | | |

| | | | | |
|---|---|---|---|---|
| | (Def. Depo. Ex. 19) | | | |
| DX43 | Commonwealth's Motion Continuing Trial Date, February 23, 1993

(Def. Depo. Ex. 20) | | | |
| DX44 | Order Continuing Trial Date, March 4, 1993

(Def. Depo. Ex. 21) | | | |
| DX45 | Order for Appearance of Prisoner Kevin Justis, July 22, 1993

(Def. Depo. Ex. 22) | | | |
| DX46 | Order Remanding Trial

(Def. Depo. Ex. 23) | | | |
| DX47 | Order Setting Trial, October 7, 1993

(Def. Depo. Ex. 24) | | | |
| DX48 | Order for Appearance of Prisoner Kevin Justis, December 20, 1993

(Def. Depo. Ex. 25) | | | |
| DX49 | Order Continuing Trial Date, February 2, 1994

(Def. Depo Ex. 26) | | | |
| DX50 | Order Continuing Trial Date, May 2, 1994

(Def. Depo. Ex. 27) | | | |
| DX51 | Order for Appearance of Prisoner, Clifford Capps, July 27, 1994

(Def. Depo. Ex. 28) | | | |
| DX52 | Commonwealth's Motion to Try Case Together and Jury Allow Verdict for Hardin First, September 21, 1994

(Def. Depo. Ex. 29) | | | |
| DX53 | Clarks' Response to Commonwealth's Motion for New Trial, September 21, 1994 | | | |

| | | | | |
|---|---|---|---|---|
| | (Def. Depo. Ex. 30) | | | |
| DX54 | Order Regarding Amendment in Indictment, September 22, 1994<br><br>(Def. Depo. Ex. 31) | | | |
| DX55 | Order Consolidating Cases, October 6, 1994<br><br>(Def. Depo. Ex. 32) | | | |
| DX56 | Order Continuing Trial, October 6, 1994<br><br>(Def. Depo. Ex. 33) | | | |
| DX57 | Order Overruling Motion to Suppress, February 16, 1995<br><br>(Def. Depo. Ex. 34) | | | |
| DX58 | Motion in Limine to Exclude Satanic Worship, February 22, 1995<br><br>(Def. Depo Ex. 35) | | | |
| DX59 | Criminal Trial Transcript of *Commonwealth of Kentucky v. Garr Keith Hardin and Jeffrey Dewayne Clark*<br><br>*(TR Trx 00001 – TR Trx 01643)* | | | |
| DX60 | Book of Shadows<br><br>(Commonwealth Exhibit 20, Def. Depo. Ex. 138) | | | |
| DX61 | Celtic Frost<br><br>(Commonwealth Exhibit 123) | | | |
| DX62 | The Flower in My Eyes and Letters to Rhonda Warford<br><br>(Commonwealth Exhibit 137) | | | |
| DX63 | Initiation Letter<br><br>(Commonwealth Exhibit 1) | | | |
| DX64 | Satanic Bible<br><br>(Commonwealth Exhibit 120) | | | |

| | | | | |
|---|---|---|---|---|
| DX65 | Artist's Sketchbook<br><br>(Commonwealth Exhibit 121, Def. Depo. Ex. 139) | | | |
| DX66 | Clark Verdict Form, March 7, 1995<br><br>(Def. Depo. Ex. 36) | | | |
| DX67 | Deputy Clifford Wise Note<br><br>(Pl. Depo. Ex. 16) | | | |
| DX68 | Commonwealth's First Post-Trial Discovery, March 16, 1995<br><br>(Def. Depo. Ex. 38) | | | |
| DX69 | Supplemental Grounds in Support of Motion for New Trial, April 21, 1995<br><br>(Def. Depo. Ex. 39) | | | |
| DX70 | Commonwealth's Response to Defendants' Motion for New Trial, May 1, 1995<br><br>(Def. Depo. Ex. 40) | | | |
| DX71 | Supplement to Defendants' Reply to the Commonwealth's Response to Defendants' Motion for New Trial, May 16, 1995<br><br>(Def. Depo. Ex. 42) | | | |
| DX72 | Clifford Capps Letter to Kevin Justis,<br><br>(R. 856) | | | |
| DX73 | Harvey Palefsky Recorded Statement with Kevin Justis,<br><br>(Pl. Depo. Ex. 2) | | | |
| DX74 | Sheriff Greer Recorded Statement with Kevin Justis<br><br>(Pl. Depo. Ex. 4) | | | |
| DX75 | Deputy Clifford Wise Affidavit<br><br>(Pl. Depo. Ex. 15) | | | |
| DX76 | Kenton Smith Affidavit | | | |

| | | | | |
|---|---|---|---|---|
| | (Def. Depo. Ex. 3, Havey Palefsky Deposition) | | | |
| DX77 | Jean Fox Affidavit<br><br>(Def. Depo. Ex. 5, Havey Palefsky Deposition) | | | |
| DX78 | Shelia Elder Affidavit<br><br>(Def. Depo. Ex. 6, Havey Palefsky Deposition) | | | |
| DX79 | Note from Greer regarding Capps Letter<br><br>(Def. Depo. Ex. 7, Havey Palefsky Deposition) | | | |
| DX80 | Sheriff Joe Greer Affidavit<br><br>(Def. Depo. Ex. 8, Havey Palefsky Deposition) | | | |
| DX81 | Tommy Stiles Affidavit<br><br>(Pl. Depo. Ex. 43) | | | |
| DX82 | Clark's Motion to Vacate Sentence Pursuant to RCr 11.42,<br><br>(Def. Depo. Ex. 51) | | | |
| DX83 | Clark's Memorandum in Support of RCr 11.42 Motion to Vacate Sentence<br><br>(Def. Depo. Ex. 52) | | | |
| DX84 | Notes on Interview with Bart Adams<br><br>(Def. Depo. Ex. 57) | | | |
| DX85 | Hardin's Motion to Vacate Sentence Pursuant to RCr 11.42.<br><br>(Def. Depo. Ex. 100) | | | |
| DX86 | Office of Attorney General's Motion to Dismiss,<br><br>(Def. Depo. Ex. 103) | | | |
| DX87 | Order Dismissing without Prejudice, | | | |

| | | | | |
|---|---|---|---|---|
| | (Def. Depo. Ex. 104) | | | |
| DX88 | Postmortem Changes Chart<br><br>(Def. Depo. Ex. 127) | | | |
| DX89 | Certified Criminal Case File, Commonwealth of Kentucky v. Kevin Justis, Case No. 92-CR-12, Meade Circuit Court | | | |
| DX90 | Papercone Personnel Records Jeffrey Clark<br><br>(Def. Depo. Ex. 110) | | | |
| DX91 | Affidavit of Michael Mattingly<br><br>(Def. Depo. Ex. 111) | | | |
| DX92 | Jeffrey Clark's Parole Board Transcript, April 18, 2006 (transcription and audio)<br><br>(Def. Depo. Ex. 107, CAO_003727 – CAO_003733) | | | |
| DX93 | Keith Hardin Parole Board Transcript, April 18, 2006 (transcription and audio)<br><br>(CAO_003343 – CAO_003347) | | | |
| DX94 | Keith Hardin's Parole Board Transcript, February 25, 2014 (transcription and audio)<br><br>(CAO_003859 – CAO_003870) | | | |
| DX95 | CV of John "Jack" Ryan<br><br>(Pl. Depo. Ex. 174) | | | |
| DX96 | Google Map of Locations involved in homicide investigation | | | |
| DX97 | Timeline of Events | | | |
| DX98 | 1995 Trial Testimony Mark Handy (transcription and video)<br><br>(TR Trx 00262 – TR Trx 00354) | | | |

| | | | | |
|---|---|---|---|---|
| DX99 | 1995 Trial Testimony Hope Greer (transcription and video)<br><br>(TR Trx 00355 – TR Trx 00400) | | | |
| DX100 | 1995 Trial Testimony Hope Jaggers (transcription and video)<br><br>(TR Trx 00426– TR Trx 00461) | | | |
| DX101 | 1995 Trial Testimony Sheriff Joe Greer (transcription and video)<br><br>(TR Trx 00643– TR Trx 00732) | | | |
| DX102 | 1995 Trial Testimony Clifford Capps (transcription and video)<br><br>(TR Trx 00879 – TR Trx 00910)<br>(TR Trx 01090 – TR Trx 01104)<br>(TR Trx 01441 – TR Trx 01450) | | | |
| DX103 | 2015 Joe Greer Evidentiary Hearing Testimony (transcription and video)<br><br>(Clark 023879 – Clark 023916) | | | |
| DX104 | 2015 Mark Handy Evidentiary Hearing Testimony (transcription and video)<br><br>(Clark 024028 – Clark 024110) | | | |
| DX105 | 2015 Clifford Capps Evidentiary Hearing Testimony (transcription and video)<br><br>(Pl. Depo. Ex. 31) | | | |
| DX106 | 2015 Kevin Justis Evidentiary Hearing Testimony (transcription and video)<br><br>(Pl. Depo. Ex. 3) | | | |
| DX107 | 2015 Bart Adams Evidentiary Hearing Testimony (transcription and video) | | | |

| | | | | |
|---|---|---|---|---|
| DX108 | Interview of Clifford Capps by Attorney General Detective (transcription and audio)<br><br>(Pl. Depo. Ex. 28) | | | |
| DX109 | Plaintiff, Keith Hardin's Responses to Requests for Admission, Interrogatories, and Requests for Production of Documents | | | |
| DX110 | Plaintiff, Jeffrey Clark's Responses to Requests for Admission, Interrogatories, and Requests for Production of Documents | | | |
| DX111 | Video Deposition of Sheriff Joseph Greer, August 7, 2019<br>(Consistent with the Deposition Designations hereinabove) | | | |
| DX112 | Video Deposition of Sheriff Joseph Greer, November 4, 2019<br>(Consistent with the Deposition Designations hereinabove) | | | |
| DX113 | Video deposition of Mark Handy, September 21, 2020<br>(Consistent with the Deposition Designations hereinabove) | | | |
| DX114 | Video deposition of Mark Handy, September 14, 2021<br>(Consistent with the Deposition Designations hereinabove) | | | |
| DX115 | Video deposition of Kevin Justis, May 28, 2019<br>(Consistent with the Deposition Designations hereinabove) | | | |
| DX116 | Video deposition of Clifford Capps, July 10, 2019<br>(Consistent with the Deposition Designations hereinabove) | | | |
| DX117 | Video deposition of Jody Cochran, March 1, 2022<br>(Consistent with the Deposition Designations hereinabove) | | | |
| DX118 | Video deposition of Harvey Palefsy June 14, 2019<br>(Consistent with the Deposition Designations hereinabove) | | | |

| | | | | |
|---|---|---|---|---|
| DX119 | Video deposition of Amy Remsburg, January 31, 2020 (Consistent with the Deposition Designations hereinabove) | | | |
| DX120 | Interview of Amy Hatfield by Attorney General Detective (transcription and audio) | | | |
| DX121 | Affidavit of Jody Cohran attached to Clark's CR 11.42 Motion | | | |
| DX122 | Clark's Motion and Memorandum to Vacate Judgment of Conviction and Sentence Pursuant to CR 60.02 | | | |
| DX123 | Indictment for Wanton Endangerment, Terroristic Threatening, and Harassment against Jeffrey Clark, 92-CR-2953<br><br>(CLARK 000580 – CLARK 000581) | | | |
| DX124 | Letter to Kevin Justis regarding testimony at 1995 trial, December 7, 1994<br><br>(CLARK 008050 – CLARK 008051) | | | |
| DX125 | Keith Hardin Department of Corrections File<br><br>(Hardin000001 – Hardin000119) | | | |
| DX126 | Guilty Plea, Commonwealth of Kentucky vs. Clifford Capps, 92-CR-013 & 014<br><br>(Hardin000909 – Hardin000927) | | | |
| DX127 | Envelope for Capps' Letter<br><br>(MSCO000675) | | | |
| DX128 | Meade County Coroner's File Rhonda Sue Warford<br><br>(MSCO000003 – MSCO000180) | | | |
| | All exhibits listed by any other party to which Objection and/or Motion in Limine has not been made. | | | |

Any designation by any other party to which Objection and/or Motion in Limine has not been made.

These Defendants hereby reserve their right to amend and/or supplement this Exhibit List, and further moves this Court to permit the introduction of any and all other witnesses which may be disclosed, discovered or produced for testimony herein at any time before or during trial.

___/s/ Robert K. Bond_____

ROBERT K. BOND
*ANDREW T. GARVERICH*
LOCHMILLER BOND
514 N. MULBERRY STREET
P.O. BOX 826
ELIZABETHTOWN, KY  42702-0826
(270) 900-1248
rkbond@lbatty.com
agarverich@lbatty.com
ATTORNEYS FOR MEADE COUNTY DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2024, I electronically filed the foregoing with the Clerk of the Court and service was made on counsel of record by using the ECF document filing system of the Western District of Kentucky.

Anna Benvenutti Hoffmann
Barry C. Scheck
Emma K. Freudenberger
Mary K. McCarthy
Nick Brustin
Sophia Villarreal
Rhianna Beda Rey
Neufeld Scheck Brustin Hoffmann & Freudenberger, LLP
99 Hudson Street, 8th Floor
New York, NY  10013
anna@nsbhf.com
barry@nsbcivilrights.com
emma@nsbcivilrights.com
katie@nsbhf.com
nick@bsbhf.com
sophia@nsbhf.com
rhianna@nsbhf.com
Counsel for Plaintiff Hardin

Larry D. Simon
American Life Building, Suite 200
471 West Main Street
Louisville, KY  40202
larrysimonlawoffice@gmail.com
larrylawyerguy@aol.com
Counsel for Plaintiff Hardin

Elliot Slosar
Arthur Loevy
Michael Kanovitz
Amy Robinson-Staples
Margaret Campbell
Loevy & Loevy
311 N. Aberdeen Street, 3rd Floor
Chicago, IL   60607
elliot@loevy.com
arthur@loevy.com
mike@loevy.com
amy@loevy.com
campbell@loevy.com
Counsel for Plaintiff Clark

Ed Monarch
Pete Rosene
McBrayer, PLLC
500 West Jefferson Street, Suite 2400
Louisville, KY  40202
emonarch@mcbrayerfirm.com
prosene@mcbrayerfirm.com
Counsel for Defendant Thurman


___/s/ Robert K. Bond_____
ROBERT K. BOND