# Exhibit A

*Plaintiffs' Proposed Questionnaire*

**DRAFT JUROR QUESTIONNAIRE**

1. Name: _____
       First      Middle/Maiden      Last

2. Area, neighborhood, or community where you currently live (do not give your address) _____

3. Date and place of birth: _____

4. What is your current employment status? (*Please check all that apply*)

   ☐ Employed Full-time   ☐ Employed Part-time   ☐ Homemaker   ☐ Looking for work (for how long? _____)

   ☐ Student   ☐ Disabled   ☐ Retired   ☐ Self-employed   ☐ Unemployed (for how long? _____)

5. What is your current occupation? (If you are retired, unemployed, looking for work, or a homemaker, please describe the last job you held outside the home)

   Employer: _____

   Job title: _____ How long you have you held this position: _____

   Job duties/responsibilities: _____

6. List other jobs you have held in the past 5 years, including self-employment, beginning with the most recent. Please also briefly describe the job duties you had, including whether you were a supervisor.

| Employer | Approx. Dates of Employment | Jobs Held | Duties |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

7. What level of school did you reach?

   ☐ Less than high school   ☐ High school graduate   ☐ Some college   ☐ Trade school

   ☐ Associates Degree   ☐ College graduate   ☐ Post-grad/Masters   ☐ Ph.D./M.D./Ed.D./J.D.

   Degrees: _____ Major areas of study: _____

8. Who lives with you? (*Please check all that apply*):
   ☐ Spouse or Domestic Partner   ☐ Child or Children ages: _____   ☐ Roommate(s)   ☐ Live Alone   ☐ Other

9. What social, civic, professional, labor (including unions), religious, or other organizations do you participate in?

   _____

10. Are you a leader in any of these organizations? ☐ Yes   ☐ No

    If **YES**, please identify which organization(s): _____

11. Please name where you get your news, i.e., the name of the newspapers, magazines, websites or apps:
    _____

12. What topics do you enjoy reading about in newspapers, books, magazines, or online? _____
    _____

1

13. What sort of things do you do in your spare time? _____

14. Have you, a family member, or anyone close to you ever been employed by any of the following (*check all that apply*)?

| | | | | |
|---|---|---|---|---|
| Local, State, or Federal Government Agency | ☐ Self | ☐ Family member | ☐ Someone close | ☐ No |
| Meade County, the Kentucky State Police, or any other city/county agency (e.g., dept. of corrections, police dept., fire dept., sanitation dept) | ☐ Self | ☐ Family member | ☐ Someone close | ☐ No |
| Law Enforcement | ☐ Self | ☐ Family member | ☐ Someone close | ☐ No |

If **YES**, please identify the person and explain: _____

How many years of employment: _____ Name of employer: _____

15. Have you, a family member, or anyone close to you ever been a victim of a violent crime?
    ☐ Yes, I have  ☐ Yes, a family member has  ☐ Yes, someone close has  ☐ No
    If **YES**, please identify the person and explain: _____

16. Have you, a family member, or anyone close to you ever been a witness to a violent crime?
    ☐ Yes, I have  ☐ Yes, a family member has  ☐ Yes, someone close has  ☐ No
    If **YES**, please identify the person and explain: _____

17. Have you, a family member, or anyone close to you ever had an interaction with a law enforcement officer that would affect your ability to be fair and impartial in this case?
    ☐ Yes, I have  ☐ Yes, a family member has  ☐ Yes, someone close has  ☐ No
    If **YES**, please identify the person and explain: _____

18. Do you believe that a police officer is more likely to tell the truth simply because he or she is a police officer?
    ☐ Yes ☐ No.    If **YES**, please explain: _____

19. In general, do you think that media treatment of law enforcement officers or agencies is:
    ☐ Too critical  ☐ Not critical enough  ☐ Balanced  ☐ No opinion  ☐ Other
    Please explain: _____

20. Have you, a family member, or someone close to you ever been a party to a lawsuit?
    ☐ Yes    ☐ No
    If **YES,** please explain who was involved, their role in the lawsuit, and how the lawsuit or claim was resolved: _____
    _____

21. Did anything happen during the lawsuit or claim that might affect your ability to be fair and impartial in this case?
    ☐ Yes  ☐ No  ☐ Not applicable
    If **YES**, please explain: _____

22. Have you ever served on a jury?  ☐ Yes  ☐ No
    Please describe each case (do not reveal the nature of the verdict):

| Civil or Criminal | Type of Case (e.g. personal injury, homicide, etc.) | Did you reach a verdict, did the jury hang, or was the case settled? | Were you the jury foreperson? (Y/N) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

2

|  |  |  |  |
|--|--|--|--|
|  |  |  |  |

23. Do you feel that money damages awarded in lawsuits are (*check one*):
    ☐ Excessive       ☐ Often Too Large       ☐ About Right
    ☐ Occasionally Too Low  ☐ Often Too Low    ☐ Other (*specify*): _____

24. What are your thoughts and feelings about whether there should be limits set on the amount of money a jury may award a plaintiff?: _____
    _____

25. Do you feel that there are so many restrictions on the opinions people are allowed to have and express that it would be difficult to freely share your beliefs in the jury room?  ☐ Yes   ☐ No

    If **YES**, please describe: _____

26. Do you, a family member, or anyone close to you have experience, education, or training involving any of the following?

    | | | | | |
    |--|--|--|--|--|
    | Law | ☐ Self | ☐ Family member | ☐ Someone close | ☐ No |
    | Law Enforcement | ☐ Self | ☐ Family member | ☐ Someone close | ☐ No |
    | Criminal Justice | ☐ Self | ☐ Family member | ☐ Someone close | ☐ No |
    | Mental Health | ☐ Self | ☐ Family member | ☐ Someone close | ☐ No |

    If **YES**, please identify the person and explain: _____

    **[PLACEHOLDER (description of this case)]**

27. The Plaintiffs are Garr Keith Hardin and Jeffrey Clark. Do you know them or have you had any dealings with them?
    ☐ Yes   ☐ No

    If **YES**, please explain: _____

28. Have you heard or read anything about the 1995 criminal trial or release of Plaintiffs Garr Keith Hardin or Jeffrey Clark?

    If **YES**, please explain: _____

29. Have you read or heard anything about this lawsuit or the events leading up to it?
    ☐ Yes   ☐ No   ☐ Unsure

    If **YES**, please describe what you have read or heard: _____

30. Mr. Hardin is represented by attorneys Emma Freudenberger, Nick Brustin, Anna Benvenutti Hoffmann, Katie McCarthy, Sophia Villarreal, and Rhianna Rey from the firm Neufeld Scheck Brustin Hoffmann & Freudenberger, LLP as well as Larry Simon of the Law Office of Larry Simon. Do any of you know any of them or have you had any dealings with them or their firms?
    ☐ Yes   ☐ No

    If **YES**, please explain: _____

31. Mr. Clark is represented by attorneys Elliot Slosar, Amy Staples, Molly Campbell, and Jon Loevy from the firm Loevy & Loevy. Do any of you know any of them or have you had any dealings with them or their firm?
    ☐ Yes   ☐ No

    If **YES**, please explain: _____

32. The Meade County Defendants are Joseph Greer, Clifford Wise, and William (Bill) Adams. The Kentucky State Police Defendant is Robert Thurman. Do you know, or have you had, any dealings with them?
    ☐ Yes   ☐ No

    If **YES**, please explain: _____

33. The Meade County Defendants are represented Robert Keith Bond and Andrew Garverich from the firm Coleman Lochmiller & Bond. Robert Thurman is represented by Ed Monarch and Peter Rose from the firm McBrayer PLLC. Do you know any of them or have you had any dealings with them or their respective firms?
    ☐ Yes   ☐ No

    If **YES**, please explain: _____

34. Do you personally know or have you had any dealings with the following people? If yes, please circle the name and explain the nature of the relationship in the lines provided below?

**[PLACEHOLDER for final witness list (fact and expert witnesses)]**

    *Please describe the nature of the relationship:* _____

    _____

35. During this trial, there may be discussions of the practice of Modern Satanism and/or religious customs outside of mainstream Christianity. How would your thoughts, feelings, or beliefs impact your assessment of this evidence, if at all?

    ☐ Yes  ☐ No.  If **YES**, please explain: _____

36. Is there anything about the nature of the arguments summarized above or the parties involved that will make it difficult for you to consider the evidence, the arguments of the attorneys, and the Court's instructions on the law, with an open mind?  ☐ Yes  ☐ No

    If **YES**, please explain: _____

    _____

37. Is there any reason (e.g., religious or philosophical) you would you find it difficult to serve as fair and impartial juror in this case? ☐ Yes ☐ No ☐ Unsure. Please explain: _____

38. If a jury finds for the plaintiff, then it must determine what amount of damages should be awarded to compensate the plaintiff for any injury found. Do you have any moral, ethical, religious or other views that could impact your ability to award damages? ☐ Yes ☐ No

    If **YES**, please explain: _____

39. This trial is expected to last approximately 3 weeks beginning Tuesday, June 25, 2024. The trial should end around Tuesday, July 12, but may last a few days less or more. Do you have a <u>severe</u> hardship that would prevent you from serving as a juror in this case? Are there any arrangements that you can make to alleviate the hardship?
☐ Yes  ☐ No  ☐ Unsure

    If **YES** or **UNSURE**, please explain: _____

    _____

    _____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING INFORMATION IS TRUE AND CORRECT.
SIGNATURE: _____   DATE: _____