# IN THE UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| **JEFFREY DEWAYNE CLARK** and **GARR KEITH HARDIN,** | )<br>)<br>) HON. GREG N. STIVERS |
| **Plaintiffs,** | )<br>) HON. COLIN H. LINDSAY |
| v. | )<br>) Case No. 17-CV-419-GNS-CHL |
| **MEADE COUNTY, et al.,** | )<br>) |
| **Defendants.** | ) |

## [PROPOSED] ORDER

Upon Motion of the Plaintiffs, JEFFREY DEWAYNE CLARK and GARR KEITH HARDIN, by and through their attorneys, and this Court being sufficiently advised;

It is hereby ordered that the Plaintiffs' Motion for a Jury Questionnaire is **GRANTED**.

HEREBY ORDERED:

_____    _____