IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| JEFFREY DEWAYNE CLARK ) | |
| and ) | |
| GARR KEITH HARDIN ) | |
| Plaintiffs ) | |
| ) | Case No. 3:17-cv-00419-GNS-CHL |
| v. ) | |
| LOUISVILLE JEFFERSON ) | |
| COUNTY METRO GOVT, *et alia* ) | |
| Defendants ) | |

---

**DEFENDANT ROBERT THURMAN'S MOTION TO SUPPLEMENT MOTION TO SUBSTITUTE GEORGE NICHOLS, MD WITH EXPERT REPORT OF MEREDITH FRAME, MD**

---

Defendant Robert Thurman, by counsel, respectfully moves to supplement his Motion to Substitute George Nichols (Doc. 458) with the Federal Rule of Civil Procedure 26(a)(2) Report of Meredith Frame, MD. Dr. Frame's Report is attached as Exhibit 1. Dr. Frame is prepared to testify on the matters presented in her Report.

Respectfully submitted,

*/s/ Ed Monarch*
Ed Monarch
Peter J. Rosene
McBrayer PLLC
500 West Jefferson Street, Suite 2400
Louisville, Kentucky 40202
Phone: (502) 327-5400
emonarch@mcbrayerfirm.com
prosene@mcbrayerfirm.com
***Counsel for Defendant Robert Thurman***

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2025, the foregoing was electronically filed with the Clerk of the Court using CM/ECF which will send notice of electronic filing to the registered counsel.

*/s/ Ed Monarch*
***Counsel for Defendant Robert Thurman***

4920-8398-9092, v. 1