# EXHIBIT 1

Meredith Frame, M.D.
Meredith Frame, MD LLC
Mailing Address: 210 E. High St. #1831 Lexington, KY 40588

August 28, 2025

Ed Monarch, Esq.
McBrayer PLLC
500 West Jefferson St., Suite 2400
Louisville, KY 40202

Dear Mr. Monarch:

I have considered the following materials when forming my opinions In re: *Clark and Hardin v Louisville Jefferson Co Metro Government, et al.*:

1. Climatological data for Kentucky in March and April 1992
2. Weather charts from Weather Underground for Louisville International Airport
3. Meade County emergency dispatch center public service log
4. Summary of a police call to the medical examiner's office
5. Meade County Crime Scene Video dated April 5, 1992
6. Meade County crime scene photos
7. Coroner authorization/request for autopsy
8. Death certificate and coroner's report
9. Coroner's investigation report
10. Postmortem examination and toxicology report for Rhonda Sue Warford
11. Reports of Forensic Laboratory Examination for case 4-92-093 (Rhonda Warford)
12. Autopsy photos for Rhonda Sue Warford
13. Uniform offense report for case No. MC-04-92-093
14. Bill Adams trial testimony in Commonwealth v. Jeff Clark, Keith Hardin
15. DA Embry Trial Testimony in Commonwealth v. Jeff Clark, Keith Hardin
16. George Nichols, MD Trial Testimony in Commonwealth v. Jeff Clark, Keith Hardin
17. Judy Melinek, MD letter dated April 13, 2022 disclosing her opinions
18. William Rodriguez III, PhD expert disclosure

I am a forensic pathologist working as an independent consultant in criminal and civil matters. I am licensed to practice medicine in the state of Kentucky. My attached curriculum vitae summarizes my education, training, and experience. As a forensic pathologist, I am trained in identifying, documenting, and interpreting injuries and disease processes and determining cause of death.

Per my review of the available materials, Rhonda Sue Warford voluntarily left her home in Louisville, Kentucky on April 2, 1992, and she was found deceased due to multiple sharp force injuries in a field in rural Meade County, Kentucky on April 5, 1992. Climate data available during that time shows cool to temperate conditions during these dates, and Ms. Warford's body was found fully dressed, face-down in a shaded, wooded area approximately thirty (30) feet from an

undetermined quantity of her blood adjacent to her keys. The state of rigor mortis, livor mortis, corneal clouding, decomposition, and (the absence of) predation are described in her autopsy report and documented through photographs. Based upon all information subject to my review, it is my opinion that the date of Ms. Warford's death cannot be determined at any point in time from the time of her disappearance to the time her body was discovered. To the extent that Dr. Melinek relies upon a lack of significant corneal clouding, minimal decomposition, and a lack of predation to estimate Ms. Warford's date of death nearer to April 5, 1992, it is my opinion that this reliance is misplaced, as this information is not determinative of date of death. Similarly, livor mortis and rigor mortis are not determinative of a time of death. Every body is different in its manner and rate of decomposition, and environmental factors affect all aspects of decomposition.

There is no evidence at the crime scene or discernible from Ms. Warford's body to indicate that she was murdered in a different location and transported to the field in which her body was found. There were no fibers from cloth to indicate that her body had been wrapped and moved, and there was no such wrapping found at the crime scene. Ms. Warford lost blood in the field, at the location where her body was at rest, and she had blood retained in her body when she was located. Excepting only that she was placed in that position, not much information can be discerned from the position of her body, and her body's position does not assist in timing her date of death between the date she went missing and the date she was found.

Ms. Warford died at age 19 and was approximately 5'11 ½" tall; she weighed approximately 211 pounds. There is no evidence that her body was dragged; thus, it is reasonable to conclude that more than one person carried her body from the location where her blood was found to the woods adjacent to this field.

There is no evidence of injury from a sexual assault. Ms. Warford was not noted to have an assailant's tissue under her fingernails, nor semen in her mouth or vaginal canal, nor bruising or other injury. The absence of evidence of injury from a sexual assault does not definitively preclude voluntary or involuntary sexual interaction.

Ms. Warford's toxicology results demonstrate no evidence of substance use, abuse, or intoxication. The postmortem toxicology screen was comprehensive for substances in common usage at the time, and it is reliable evidence that she was not under the influence of substances at the time of her death.

There is no evidence of other significant injuries (aside from the sharp force injuries), including no evidence of contusions or abrasions to indicate that she had been bound pre-mortem, nor were any bindings found at the crime scene.

Ms. Warford had two small, incised wounds on her right index finger and left hand, which likely occurred during her murder, and could be potential defensive wounds. Excepting only these two wounds, there is no other evidence that Ms. Warford tried to defend herself from her assailant or assailants.

Ms. Warford died as the result of multiple sharp force injuries. Some stab wounds are consistent with a single-edged blade (sharp on one side); other stab wounds are indeterminate (cannot determine if sharp on one or two sides). It is possible that she was stabbed by more than one type of knife. The stab wounds into the left pleural cavity and lung, the incision of the neck involving the right external jugular vein, and the stab wound at the base of her skull between the cervical veterbrae would have been rapidly debilitating and promptly fatal. The stab wound between her cervical vertebrae, into the foramen magnum and brainstem, would have resulted in immediate incapacitation and death. Passive blood loss from her existing wounds could still have occurred, even after the injury to the brainstem.

These opinions are based on my experience and training and within a reasonable degree of medical probability. Additionally, they are based on the information provided to me at the time of this report and may change if additional information is offered for review.

My opinions may be supported by the following exhibits:

    Meade County emergency dispatch center public service log
    Summary of a police call to the medical examiner's office
    Meade County Crime Scene Video dated April 5, 1992
    Meade County crime scene photos
    Autopsy request form
    Death certificate and coroner's report
    Coroner's investigation report
    Postmortem examination and toxicology report for Rhonda Sue Warford
    Reports of Forensic Laboratory Examination for case 4-92-093 (Rhonda Warford)
    Autopsy photos for Rhonda Sue Warford
    Uniform offense report for case No. MC-04-92-093

A current copy of my curriculum vitae, which includes citations to all my publications within the last ten (10) years, is attached. My current fee schedule also is attached. Information regarding current billing will be available at deposition or trial.

A current list of all other cases in which I have testified as an expert at trial or by deposition is attached. This list is inclusive of at least the four (4) years prior to the date of this report.

Sincerely,

*Meredith Frame, MD*

Meredith Frame, MD

Enclosures

# Meredith H. Frame

Meredith Frame, MD LLC
Mailing address: 210 E. High St. #1831 Lexington, KY 40588

## EMPLOYMENT:

July 2013- **Medical Examiner**
October 2013    Office of the Chief Medical Examiner, Louisville, KY

November 2013- **Medical Examiner**
May 2024    Office of the State Medical Examiner, Frankfort, KY

January 2020- **Assistant Professor, Clinical Title Series**
June 2024    Dept. of Pathology and Laboratory Medicine
University of Kentucky, Lexington, KY

July 2024-current **Forensic Pathology Consultant**
Meredith Frame, MD LLC, Lexington, KY

## EDUCATION:

2000-2004    **Bachelor of Arts, Biology and Pre-Medicine**, *Summa Cum Laude*
May 2004 Augustana College, Rock Island, IL

2004-2008    **Doctor of Medicine**, May 2008
Southern Illinois University School of Medicine, Springfield, IL

2008- 2012    **Residency, Anatomic and Clinical Pathology**
Department of Pathology and Laboratory Medicine
University of Kentucky, Lexington, KY

2012- 2013    **Fellowship, Forensic Pathology**
Department of Pathology and Laboratory Medicine
Medical University of South Carolina, Charleston, SC

## LICENSURE:
03/2012- current    **Kentucky Board of Medical Licensure** #44972

## BOARD CERTIFICATION:
07/2009- current    **National Board of Medical Examiners**, Diplomate
08/2012-current    **American Board of Pathology**, Diplomate, Anatomic and Clinical Pathology
09/2013-current    **American Board of Pathology**, Diplomate, Forensic Pathology

## MEMBERSHIPS:
National Association of Medical Examiners, 03/2010-current
American Academy of Forensic Sciences, Member, Pathology/Biology Section, 03/2010-current
College of American Pathologists, Junior Member, 10/2008-06/2013
United States and Canadian Academy of Pathology, 06/2010-06/2013
American Society for Clinical Pathology, 10/2010-12/2014 and 1/2024-current

## HONORS AND AWARDS:
Augustana College Presidential Scholarship, 09/2000-05/2004

Outstanding First Year Student Award, Augustana College, 05/2001
Beta Beta Beta National Biological Honor Society, inducted in 01/2004
Phi Beta Kappa, inducted in 05/2004
Kathryn Terry Scholarship Award, Southern IL School of Medicine, 05/2007
Clerkship honors in Pediatrics and Family Medicine, Southern IL School of Medicine, 03/2007
Alpha Omega Alpha, inducted in 05/2008
Resident Teaching Award, University of Kentucky Department of Pathology and Laboratory Medicine, 05/2012
Teaching Award, Medical University of South Carolina, 05/2013
LC McCloud Award, Kentucky State Medical Examiner's Office, 04/2017

## PUBLICATIONS:

**Burge M**, Hunsaker JC, Davis GJ. Death of a toddler due to ingestion of sulfuric acid at a clandestine home methamphetamine laboratory. *Forensic Sci Med Pathol* (2009) 5:298-301.

**Burge M,** Ribes J. A pain in the arm. *Medscape Pathology* (2010). Available via www.medscape.com/viewarticle/725218.

Shields L, **Burge M**, Hunsaker JC. Sudden death due to polyarteritis nodosa. *Forensic Sci Med Pathol* (2011). Available via http://www.springerlink.com/content/m11752202g7t8224/fulltext.html.

**Frame M,** Schandl C. A Case Example of Asphyxia Due to Occupational Exposure to Airborne Chemicals and Review of Workplace Fatalities. *Journal of Forensic Sciences* (2015) 60; start page 521 (online publication available currently).

Znachko, CL, Windburn AP, **Frame, M**, and Maines S. Operationalizing the structural vulnerability profile within the medical examiner context. *Forensic Science International: Synergy* 6 (2023) 100334.

## POSTERS:

Frame S, **Burge M**, McGrath P, Wright H, Fjällskog M-L, Samayoa, L. Progesterone receptor (PR) status and tumor grade-key factors in predicting Oncotype DX results, March 2011 United States and Canadian Academy of Pathology Annual Meeting, San Antonio, TX.

**Burge M**, Frame S, McGrath P, Romond E, Fjallskog M-L, Ahlin C, Cibull M, Brill Y, Samayoa L. Patterns of Oncotype DX Recurrence Scores – Analysis Based on Levels of ER & PR Expression and Proliferation Markers, March 2012 United States and Canadian Academy of Pathology Annual Meeting, Vancouver, BC.

Frame S, **Burge M**, Miller N, Brill Y, Matnani R, McGrath P, Fjallskog M-L, Samayoa L. The University of Kentucky Model for Selecting Breast Cancer Patients for Oncotype DX Testing, March 2012 United States and Canadian Academy of Pathology Annual Meeting, Vancouver, BC.

**Frame M**, Schandl C. Workplace Fatalities - a Case Example of Asphyxia Due to Occupational Exposure to Airborne Chemicals, February 2013 American Academy of Forensic Sciences Annual Meeting, Washington, D.C.

Higdon S, Frost B, Song K, **Frame M**, O'Connor W, Davis GJ. Sudden Childhood Death Due to Acute Bronchospasm, February 2015 of Forensic Sciences Annual Meeting, Orlando, FL.

Frost B, Dukes G, **Frame M**, Davis GJ, O'Connor W. A Rare Cause of Sudden Cardiac Death in a Young Person, October 2015 National Association of Medical Examiners Annual Meeting, Charlotte, NC .

Crook S, Frost B, Dukes G, Davis GJ, **Frame M**. Fatal Acute Intoxication Due To Synthetic Cannabinoid AB-CHMINACA and Trends of Synthetic Cannabinoid Use In Relation to DEA Restriction, (Platform), October 2015 National Association of Medical Examiners Annual Meeting, Charlotte, NC.

Shah K, Higdon S, **Frame M**, Davis GJ. Posttraumatic Meningitis in the Setting of Accidental Fall in Two-Year-Old,  February, 2016 American Academy of Forensic Science Annual Meeting, Las Vegas, NV.

Crook SM, Balko G, and **Frame MH**.  Two Fatal Cases of Posterior Reversible Encephalopathy Syndrome,  February 2017 American Academy of Forensic Sciences Annual Meeting.  New Orleans, LA.

## **PRESENTATIONS:**

"Passenger Lymphocytes", University of Kentucky Clinical Pathology Monthly Conference, 08/2008

"Metastatic Squamous Cell Carcinoma", VA Internal Medicine-Pathology Interdepartmental Autopsy Conference, 04/2009

"A Case of Tension Pneumothorax", Southeastern Ohio Forensic Association, Cincinnati, 08/2009

"Necrotizing Fasciitis", University of Kentucky Clinical Pathology Monthly Conference, 05/2010

"Undiagnosed Congenital Heart Disease", University of Kentucky Interdepartmental Pediatric Cardiology Conference, 08/ 2010

"Occupational Injuries", Medical University of South Carolina Pathology Resident Didactic Conference, 04/2013

"Strangulation in Domestic Violence Cases", Kentucky Victim Assistance Conference, 04/2014

"Forensic Pathology Review", University of KY Pathology Resident Lecture, 02/2019

"What's this? Cardiac Unknowns", University of KY Pathology Resident Lecture, 01/2020

"What is Forensic Pathology?", University of Kentucky Phi Delta Epsilon Chapter Meeting, 10/2021

"Homicides from the Medical Examiner Perspective", Kentucky Department of Criminal Justice Training, 10/2022

"Death Investigation from the Perspective of the Forensic Pathologist", Kentucky Department of Criminal Justice Basic Investigators Training, 2023-current

## **LEADERSHIP AND TEACHING EXPERIENCE:**

**DOCJT Instructor (October 2022-current)**
- Teaching law enforcement at the Kentucky Dept. of Criminal Justice Training (beginning 10/2022)

**State Medical Examiner's Office and University of Kentucky College of Medicine (July 2013-May 2024)**
- Supervise and teach the pathology residents and medical students on the autopsy service
- Participate in public programs such as the Kentucky Safe Sleep Campaign
- Lecture at various local groups and high schools
- Mentor for Women in Medicine and Science Mentorship program (beginning 02/2021)

**Fellowship 2012-2013**
- Supervise and teach the pathology residents and medical students on the autopsy service

**Residency 2008-2012**
- Co-chief resident, 2011-2012
- Instructor for the second year medical student pathology course small group sessions, 08/2008 -

  06/2012
- Instructor of small group session for the Professional Educational Preparation Program (PEPP), 06/2010
- Group leader for Matchworks 2010 (a program for senior University of Kentucky medical students to assist in the process of residency choice, application, and the interview process), 04/2010

**Medical school 2004-2008**
- Student Ambassador, Southern Illinois University School of Medicine Office of Student Affairs, 10/2005-07/2006
- Family Medicine Interest Group, Co-chair and class representative (2005-2007), member (2004-2005)

**Undergraduate 2000-2004**
- Tutor and lab proctor, Augustana College Depts. of Biology and Chemistry
- Memorial Medical Center Meal Mates Program, Springfield, IL, (assisted the nursing staff at meal times with patients who had physical disabilities or dementia; also helped train new volunteers), 2002

# Meredith Frame, MD
# 2025 Fee Schedule
# Civil Matters

| **Hourly Fee** | **Billable activities** |
|---|---|
| $700.00/hour | For professional time, including but not limited to: <br>• Review of materials/slides, etc. <br>• Preparation of report, <br>• Discussion/consultation/conference time, <br>• Trial or hearing testimony, including travel and wait time, and <br>• Deposition travel and waiting time. |
| $700.00/hr 1st two hours <br> $1400.00/hr thereafter | • Discovery or evidentiary deposition testimony. |

**Remuneration should be made to:**
Meredith Frame, MD LLC
210 E. High St # 1831
Lexington, KY 40588

**Available upon request:**
Curriculum Vitae
W-9

Updated August 28, 2025

| Date Testified | Case info (ME # if my old ME case) | Court Number | Civil or Criminal | Trial testimony | Deposition testimony | |
|---|---|---|---|---|---|---|
| 2/  /2018 | MEC2016-267 | | criminal | X | | |
| 2/  /2018 | MEC2015-743, 744 | | criminal | x | | |
| 4/25/2018 | MEC16-474 | 6:17-CV-000184, E.D.Ky. | civil | | x | |
| 5 or 6/  /2018 | MEC2014-300 | | criminal | x | | |
| 6/26/2018 | MEC2014-335 | | criminal | | x | *depo before maternity leave |
| 11/28/2018 | MEC2016-519, 520 | | | | x | |
| 2/25/2019 | MEC17-320 | | civil | | x | |
| 3/26/2019 | MEC16-724 | 16CR1095 | criminal | X | | |

| Date | MEC # | Case # | Type | | | Notes |
|---|---|---|---|---|---|---|
| 9/11/2019 | MEC2018-0188 | 18CR0568 | criminal | x | | |
| 11/___/2019 | MEC17-542 | 17CR126 | criminal | X | | |
| 1/23/2020 | MEC19-113 | 19CR00066 | criminal | x | | |
| 2/7/2020 | MEC15-790 | | | | x | |
| 2/25/2020 | MEC18-382 | 19CR0979 | criminal | x | | |
| 10/29/2020 | MEC17-302 | | | | x | |
| 6/2/2021 | MEC19-453 | 19-CR-1632/1&2 | criminal | x | | zoom testimony |
| 6/3/2021 | MEC19-479 | 19CR00469 | criminal | x | | |
| 10/28/2021 | MEC2014-586 | 14-CR00216 and 00217 | criminal | x | | zoom testimony |

| Date | Case ID | Case No. | Type | | | |
|---|---|---|---|---|---|---|
| 11/3/2021 | MEC19-369 | 19CR1072 | criminal | x | | |
| 12/15/2021 | MEC17-244 | 17CR0015&17 | criminal | x | | |
| 2/23/2022 | MEC19-514 | 19-CR-00352 | criminal | x | | |
| 4/5/2022 | MEC19-105 | 19CR079 | criminal | x | | |
| 8/25/2022 | MEC17-575 | | | | x | |
| 9/27/2022 | MEC19-0559 | 20CR047 | criminal | x | | |
| 10/5/2022 | MEC17-237 | 17CR190-1 | criminal | x | | |
| 10/6/2022 | MEC21-359 | 7:22-CR-01-REW | criminal-federal | x | | |
| 11/21/2022 | MEC22-493 | | grand jury, criminal | zoom testimony | | |

| Date | Case | Docket | Type | Col5 | Col6 | Col7 |
|---|---|---|---|---|---|---|
| 12/9/2022 | MEC15-476 | 15CR-0109 | criminal | x | | |
| 4/13/2023 | MEC15-073 | 6:18-CR-33-GFVT | criminal, federal | x | | |
| 5/9/2023 | MEC17-341 | 17-CR-069 | criminal | x | | |
| 5/9/2023 | MEC22-399 | 20-CR-00024 | criminal | x | | |
| 5/30/2023 | MEC2019-397 | 20-CI-00109 | civil | | X | |
| 7/11/2023 | MEC2019-180 | | civil | | X | |
| 9/19/2023 | MEC2019-204 | 19-CR-061 | criminal | X | | |
| 9/26/2023 | MEC2023-0649 | | grand jury, criminal | | | |
| 11/8/2023 | MEC2016-0025 | | criminal | x | | |

| Date | Case Name | Case Number | Type | | | |
|---|---|---|---|---|---|---|
| 2/6/2024 | MEC2018-0357 | 18CR1084 | criminal | x | | |
| 3/13/2024 | MEC2021-363 | 21CR1295 | criminal | x | | |
| 4/9/2024 | MEC2021-0192 | 21CR129 | criminal | x | | |
| 4/11/2024 | MEC23-689 | 23CR-909 | criminal | x | | |
| 5/15/2024 | MEC20-0719 | 22-CR-050/20-CR-076 | criminal | x | | |
| 8/13/2024 | MEC22-0050 | 22-CR-06 | criminal | x | | |
| 8/21/2024 | | 23-CR-00066 | criminal | x | | |
| 8/23/2024 | estate of N Taylor vs New Prime et al | 22-Cl-00257 clark co, KY | civil, hired by defense | | X | |
| 9/5/2024 | Comm vs Madierez | 23-CR-01122, KY | criminal, hired by prosecution | X daubert hearing (via zoom) | | |

| Date | Case | Case No. | Type | Trial | Depo | Notes |
|---|---|---|---|---|---|---|
| 2/19/2025 | Smith v RMC et al | Missouri | civil, hired by defense | | x | |
| 5/12/2025 | Estate of Mays v Whitley co et al | 6:23-cv-00188-KKC | civil, my old ME case | | x | |
| 6/9/2025 | Comm of KY v Long | 24-CR-00002 | criminal, my old ME case | | x | Depo testimony due to being on vacation |
| 7/8/2025 | Estate of Baker v Madison Co , et al | 5:24-CV-00240-DCR | civil, my old ME case, called by plantiff | | x | |
| 7/10/2025 | Estate of Baker v city of Jackson, et al | 5:23-CV-259-DR | civil, hired by defense | | x | |
| 7/29/2025 | Comm of KY v Nutgrass | Lincoln co 24-CR-00081 | criminal, hired by defense | X | | |
| 8/5/2025 | Comm of KY v Sutton | Fayette co 22CR872 | criminal, hired by defense | X | | |

| Date of travel for testimony | Location of courthouse testimony | Court case number | Mileage from home office | Parking fee |
|---|---|---|---|---|
| 2/6/2024 | Lexington-Fayette county | 18CR1084 | 5 | 12 |
| 3/13/2024 | Lexington-Fayette county | 21CR1295 | 5 | 10 |
| 4/9/2024 | Barbourville Knox county | 21CR129 | 100 | 0 |
| 4/11/2024 | Covington- Kenton County | 23CR909 | 83 | 5 |
| 5/15/2024 | Manchester- Clay co | 22-CR-050 and 20-CR-076 (leslie co) | 92 | 0 |
| 8/13/2024 | Morehead-Rowan | 22CR06 | 60 | 0 |
| 8/21/2024 | Hazard-Perry Co | 23CR00066 | 110 | 0 |

Case 3:17-cv-00419-GNS-CHL   Document 462-1   Filed 08/29/25   Page 16 of 16 PageID #: 40198