IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| JEFFREY DEWAYNE CLARK | ) |
| and | ) |
| GARR KEITH HARDIN | ) |
| Plaintiffs | ) |
| | ) Case No. 3:17-cv-00419-GNS-CHL |
| v. | ) |
| LOUISVILLE JEFFERSON COUNTY METRO GOVT, *et alia* | ) |
| Defendants | ) |

**[PROPOSED] ORDER GRANTING DEFENDANT ROBERT THURMAN'S MOTION TO SUPPLEMENT MOTION TO SUBSTITUTE GEORGE NICHOLS, MD WITH EXPERT REPORT OF MEREDITH FRAME, MD**

This matter having come before the Court on Defendant Robert Thurman's Motion Supplement his Motion to Substitute George Nichols, MD with the Expert Report of Meredith Frame MD, and the Court being sufficiently advised;

IT IS HEREBY ORDERED that Defendant Thurman's Motion to Supplement his Motion to Substitute George Nichols, MD is GRANTED.

SO ORDERED this the _____ day of _____, 2025.

1

Tendered by:

*/s/ Ed Monarch*
Ed Monarch
Peter J. Rosene
McBrayer PLLC
500 West Jefferson Street, Suite 2400
Louisville, Kentucky 40202
Phone: (502) 327-5400
emonarch@mcbrayerfirm.com
prosene@mcbrayerfirm.com
***Counsel for Defendant Robert Thurman***

4932-7491-0308, v. 1