IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| JEFFREY DEWAYNE CLARK | ) |
| and | ) |
| GARR KEITH HARDIN | ) |
| Plaintiffs | ) |
| | ) Case No. 3:17-cv-00419-GNS-CHL |
| v. | ) |
| LOUISVILLE JEFFERSON COUNTY METRO GOVT, *et alia* | ) |
| Defendants | ) |

## NOTICE OF WITHDRAWAL

Pursuant to Local Rule 83.6(b), the Court and parties shall take notice that James Eugene McKiernan, III, formerly of McBrayer, PLLC, is withdrawn as counsel for Defendant Robert Thurman. In accordance with Rule 83.6(b), Mr. Thurman has been informed of the withdrawal and will continue to be represented by his other attorneys, Ed Monarch, Peter Rosene and Katy Harvey of McBrayer, PLLC.

Respectfully submitted,

*/s/ James Eugene McKiernan, III (signed with permission)*
James Eugene McKiernan, III

*Tendered by:*

Ed Monarch
Peter J. Rosene
Katy Harvey
McBrayer PLLC
500 West Jefferson Street, Suite 2400
Louisville, Kentucky 40202
Phone: (502) 327-5400
emonarch@mcbrayerfirm.com
prosene@mcbrayerfirm.com
kharvey@mcbrayerfirm.com
**Counsel for Defendant Robert Thurman**

## CERTIFICATE OF SERVICE

    I hereby certify that on October 3, 2025, the foregoing was electronically filed with the Clerk of the Court using CM/ECF which will send notice of electronic filing to the registered counsel.

                                               /s/ Ed Monarch
                                           **Counsel for Defendant Robert Thurman**

4901-5832-9952, v. 1