

# FILE NO. 3:17-cv-00419-JRW-CHL

# JEFFREY DEWAYNE CLARK &

# GARR KEITH HARDIN

# V

# LOUISVILLE JEFFERSON COUNTY

# METRO GOVERNMENT, ET AL.

# DEPONENT:
# ERNIE EMBRY

# DATE:
# FEBRUARY 19, 2020



schedule@kentuckianareporters.com
877.808.5856 | 502.589.2273

www.kentuckianareporters.com

1   A   Yes, it was CSX by that time.
2   Q   Okay.
3   A   And then -- so from '89 to '94 all I did was
4   dump trucks. I had a badge, but I wasn't using it and
5   then I went back and worked for the railroad in 1994 --
6   they called me. I interviewed and went right back to
7   work for them, and it was -- I've been with them ever
8   since till I retired. I didn't get laid off no more. I
9   worked '94 and '95 and along in there somewhere that's
10  when -- I'll just tell you the story -- Joe called and
11  said, "Ernie, look, you're going to have to start going
12  to school and it's a mandatory thing we're going to do,"
13  and so I decided to just turn my badge in because I was
14  full-time railroad, so that ended it.
15  **Q   So sometime in 1994 or 1995 is when you got**
16  **this call from Sheriff Greer saying that if you wanted**
17  **to continue on as a part-time deputy you were going to**
18  **have to get some --**
19  A   Everybody was going to have to go school on
20  it.
21  **Q   -- formal training. Okay. Prior to receiving**
22  **that call from Joe Greer in 1994 or 1995, is it fair to**
23  **say that you had no formal law enforcement training?**
24  A   No, I believe it was everybody was on -- there
25  wasn't no school that the done --

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA COURT REPORTERS

1   Q   No school?
2   A   -- at that time. You was on the job training.
3   Q   So any training that you received on the job
4   was from Joe Greer; is that correct?
5   A   Uh-huh.
6   Q   You never went to any type of academy?
7   A   No.
8   Q   When you say on-the-job training, what kind of
9   on-the-job training were you getting from Sheriff Greer,
10  when you were employed with the Meade County Sheriff's
11  Office?
12  A   Well, I can't say what it -- I mean, I don't
13  know. It was -- we'd ride with another deputy and
14  learn.
15  Q   So it was just learning at the --
16  A   I trained some of them later myself, so.
17  Q   Learning as you go?
18  A   Yeah.
19  Q   Were there -- well, we've been told that there
20  were no written policies in place in the late 1980s,
21  early 1990s at the Meade County Sheriff's office. Is
22  that your recollection as well? No written manual that
23  you were given when you joined the Meade County
24  Sheriff's Office?
25  A   No, I wouldn't know nothing about the '90s but

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case 3:17-cv-00419-GNS-CHL   Document 493-5   Filed 11/19/25   Page 4 of 4 PageID #: 48941
The Deposition of ERNIE EMBRY, taken on February 19, 2020
124

```
 1                    CERTIFICATE OF REPORTER
 2                        STATE OF INDIANA
 3
 4   I do hereby certify that the witness in the foregoing
 5   transcript was taken on the date, and at the time and
 6   place set out on the Title page hereof by me after first
 7   being duly sworn to testify the truth, the whole truth,
 8   and nothing but the truth; and that the said matter was
 9   recorded by me and then reduced to typewritten form
10   under my direction, and constitutes a true record of the
11   transcript as taken, all to the best of my skills and
12   ability. I certify that I am not a relative or employee
13   of either counsel, and that I am in no way interested
14   financially, directly or indirectly, in this action.
15
16
17
18
19
20
21
22   LACEE TOWNSEND,
23   COURT REPORTER / NOTARY
24   COMMISSION EXPIRES ON: 06/19/2024
25   SUBMITTED ON:   03/04/2020
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com