UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
CIVIL ACTION NO. 3:17-CV-00419-GNS

JEFFREY DEWAYNE CLARK and GARR KEITH HARDIN          PLAINTIFFS

VS.          **ORDER GRANTING MOTIONS IN LIMINE**

MEADE COUNTY, et al          DEFENDANTS

*****************************

Motions having been made and the Court being otherwise sufficiently advised;

IT BE AND HEREBY IS ORDERED that Defendants MEADE COUNTY, BILL ADAMS and CLIFFORD WISE's omnibus Motions in Limine be and are hereby GRANTED.

This _____ day of _____, 2025.

_____
GREG N. STIVERS, CHIEF JUDGE
UNITED STATES DISTRICT COURT