UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
CIVIL ACTION NO. 3:17-CV-00419-GNS

JEFFREY DEWAYNE CLARK and GARR KEITH HARDIN          PLAINTIFFS

VS.      **MEADE COUNTY'S MOTION IN LIMINE TO EXCLUDE ANY REFERENCE TO THE CRIMINAL HISTORY OF AMY REMSBURG**

MEADE COUNTY, et al          DEFENDANTS

*****************************

    Come Defendants MEADE COUNTY, BILL ADAMS and CLIFFORD WISE, by counsel, and hereby move in limine requesting this this Honorable Court to exclude any reference to Amy Remsburg's criminal history and child abuse allegations. A Memorandum of Law and proposed Order are tendered herewith in support of said Motion.

                                               /s/ Robert K. Bond
                                               ROBERT K. BOND
                                               ANDREW T. GARVERICH
                                               DANIEL J. DIGIALLONARDO
                                               LOCHMILLER BOND
                                               514 N. MULBERRY STREET
                                               P.O. BOX 826
                                               ELIZABETHTOWN, KY 42702-0826
                                               (270) 900-1248
                                               rkbond@lbatty.com
                                               agarverich@lbatty.com
                                               daniel@lbatty.com
                                               COUNSEL FOR MEADE COUNTY DEFENDANTS

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 19, 2025, I electronically filed the foregoing with the Clerk of the Court and service was made on counsel of record by using the ECF document filing system of the Western District of Kentucky.

Anna Benvenutti Hoffmann
Barry C. Scheck
Emma K. Freudenberger
Mary K. McCarthy
Nick Brustin

Sophia Villarreal
Rhianna Beda Rey
Neufeld Scheck Brustin Hoffmann & Freudenberger, LLP
99 Hudson Street, 8th Floor
New York, NY  10013
anna@nsbhf.com
barry@nsbcivilrights.com
emma@nsbcivilrights.com
katie@nsbhf.com
nick@bsbhf.com
sophia@nsbhf.com
rhianna@nsbhf.com
Counsel for Plaintiff Hardin

Larry D. Simon
American Life Building, Suite 200
471 West Main Street
Louisville, KY  40202
larrysimonlawoffice@gmail.com
larrylawyerguy@aol.com
Counsel for Plaintiff Hardin

Elliot Slosar
Arthur Loevy
Michael Kanovitz
Amy Robinson-Staples
Loevy & Loevy
311 N. Aberdeen Street, 3rd Floor
Chicago, IL   60607
elliot@loevy.com
arthur@loevy.com
mike@loevy.com
amy@loevy.com
campbell@loevy.com
Counsel for Plaintiff Clark

Ed Monarch
Pete Rosene
McBrayer, PLLC
500 West Jefferson Street, Suite 2400
Louisville, KY  40202
emonarch@mcbrayerfirm.com
prosene@mcbrayerfirm.com
Counsel for Defendant Thurman

           _/s/ Robert K. Bond_    
          ROBERT K. BOND