**COMMONWEALTH OF KENTUCKY**
**MEADE CIRCUIT COURT**
**46TH JUDICIAL DISTRICT**
**CASE NO. 98-CR- 60034**

APR 9  12 56 PM '98

THE COMMONWEALTH OF KENTUCKY

AGAINST

AMY PADGETT

**\*\*INDICTMENT\*\***

CHARGE: RAPE IN THE FIRST DEGREE (7 COUNTS)
IN VIOLATION OF KRS 510.040
UOR CODE: 11000

The Grand Jurors of the County of Meade, in the name and by the authority of the
Commonwealth of Kentucky, charge:

COUNT I: That on or about August, 1997, in Meade County, Kentucky, the Defendant, Amy
Padgett, unlawfully committed the offense of Rape in the First Degree, when she, engaged in
sexual intercourse with Randy Remsburg, a child less than 12 years of age, and against the
peace and dignity of the Commonwealth of Kentucky.

COUNT II: That on or about September, 1997, in Meade County, Kentucky, the Defendant,
Amy Padgett, unlawfully committed the offense of Rape in the First Degree, when she,
engaged in sexual intercourse with Randy Remsburg, a child less than 12 years of age, and
against the peace and dignity of the Commonwealth of Kentucky.

COUNT III: That on or about October, 1997, in Meade County, Kentucky, the Defendant,
Amy Padgett, unlawfully committed the offense of Rape in the First Degree, when she,
engaged in sexual intercourse with Randy Remsburg, a child less than 12 years of age, and
against the peace and dignity of the Commonwealth of Kentucky.

COUNT IV: That on or about November, 1997, in Meade County, Kentucky, the Defendant,
Amy Padgett, unlawfully committed the offense of Rape in the First Degree, when she,
engaged in sexual intercourse with Randy Remsburg, a child less than 12 years of age, and
against the peace and dignity of the Commonwealth of Kentucky.

COUNT V: That on or about December, 1997, in Meade County, Kentucky, the Defendant,
Amy Padgett, unlawfully committed the offense of Rape in the First Degree, when she,
engaged in sexual intercourse with Randy Remsburg, a child less than 12 years of age, and
against the peace and dignity of the Commonwealth of Kentucky.

COUNT VI: That on or about January, 1997, in Meade County, Kentucky, the Defendant,
Amy Padgett, unlawfully committed the offense of Rape in the First Degree, when she,

002

engaged in sexual intercourse with Randy Remsburg, a child less than 12 years of age, and against the peace and dignity of the Commonwealth of Kentucky.

COUNT VII: That on or about February, 1997, in Meade County, Kentucky, the Defendant, Amy Padgett, unlawfully committed the offense of Rape in the First Degree, when she, engaged in sexual intercourse with Randy Remsburg, a child less than 12 years of age, and against the peace and dignity of the Commonwealth of Kentucky.

WITNESS:                                    A TRUE BILL

_Hopsicker_

                                           FOREPERSON

                                           4 - 9          , 1998

   Received from the Foreman of the Grand Jury, in their presence, and filed in open Court.

                              ATTEST:

                              _Evelyn D. Medley CR_
                              CLERK, MEADE CIRCUIT COURT

BOND:  $_____
STAND ON BOND $_____
WARRANT ON INDICTMENT: _____
CRIMINAL SUMMONS: _____


_____
JUDGE, MEADE CIRCUIT COURT

3

003

COMMONWEALTH OF KENTUCKY
MEADE CIRCUIT COURT
CRIMINAL ACTION NO. 98-CR-00034

COMMONWEALTH OF KENTUCKY                          PLAINTIFF

vs.                                ORDER

AMY PADGETT                                        DEFENDANT

\* \* \* \* \* \*

Upon motion of the Commonwealth,  IT IS HEREBY ORDERED AND ADJUDGED

that the indictment in this case is hereby amended, to read as follows:

"The Grand Jurors of the County of Meade, in the name and by the
authority of the Commonwealth of Kentucky, charge:

COUNT I: That on or about August, 1996, in Meade County,
Kentucky, the Defendant, Amy Padgett, unlawfully committed the
offense of Rape in the First Degree, when she, engaged in sexual
intercourse with Randy Remsburg, a child less than 12 years of age,
and against the peace and dignity of the Commonwealth of
Kentucky.

COUNT II: That on or about September, 1996, in Meade County,
Kentucky, the Defendant, Amy Padgett, unlawfully committed the
offense of Rape in the First Degree, when she, engaged in sexual
intercourse with Randy Remsburg, a child less than 12 years of age,
and against the peace and dignity of the Commonwealth of
Kentucky.

COUNT III: That on or about October, 1996, in Meade County,
Kentucky, the Defendant, Amy Padgett, unlawfully committed the
offense of Rape in the First Degree, when she, engaged in sexual
intercourse with Randy Remsburg, a child less than 12 years of age,
and against the peace and dignity of the Commonwealth of
Kentucky.

COUNT IV: That on or about November, 1996, in Meade County,
Kentucky, the Defendant, Amy Padgett, unlawfully committed the
offense of Rape in the First Degree, when she, engaged in sexual
intercourse with Randy Remsburg, a child less than 12 years of age,
and against the peace and dignity of the Commonwealth of
Kentucky.

082

COUNT V: That on or about December, 1996, in Meade County, Kentucky, the Defendant, Amy Padgett, unlawfully committed the offense of Rape in the First Degree, when she, engaged in sexual intercourse with Randy Remsburg, a child less than 12 years of age, and against the peace and dignity of the Commonwealth of Kentucky.

COUNT VI: That on or about January, 1997, in Meade County, Kentucky, the Defendant, Amy Padgett, unlawfully committed the offense of Rape in the First Degree, when she, engaged in sexual intercourse with Randy Remsburg, a child less than 12 years of age, and against the peace and dignity of the Commonwealth of Kentucky.

COUNT VII: That on or about February, 1997, in Meade County, Kentucky, the Defendant, Amy Padgett, unlawfully committed the offense of Rape in the First Degree, when she, engaged in sexual intercourse with Randy Remsburg, a child less than 12 years of age, and against the peace and dignity of the Commonwealth of Kentucky."

ENTERED THIS THE _____ DAY OF _____, 1998.

_____
JUDGE, MEADE CIRCUIT COURT

TENDERED BY:

_____
Kenton R. Smith
Commonwealth Attorney

083

ENTERED

MAY 2 8 1999

EVELYN D. MEDLEY
MEADE CIRCUIT/DISTRICT COURT

COMMONWEALTH OF KENTUCKY
MEADE CIRCUIT COURT
DIVISION I
CRIMINAL ACTION NO. 98-CR-00034

COMMONWEALTH OF KENTUCKY                                      PLAINTIFF

vs.                        JUDGMENT AND SENTENCE ON
                                PLEA OF GUILTY

AMY PADGETT                   * * * * * * * * *              DEFENDANT

The Defendant at arraignment entered a plea of not guilty to the charges of seven (7) counts of Rape in the First Degree. These offenses were committed on or about August 1996, September 1996, October 1996, November 1996, December 1996, January 1997, and February 1997, when the Defendant was more than eighteen (18) years of age. The Defendant's date of birth is August 28, 1970.

On the 22nd day of April, 1999, having appeared in open court with her attorney, Hon. Susan M. Streible, and by agreement with the attorney for the Commonwealth, the charges of seven (7) counts of Rape in the First Degree were amended to seven (7) counts of Assault in the Second Degree. The Defendant then withdrew her plea of not guilty and entered a plea of GUILTY to the charge of seven (7) counts of Assault in the Second Degree.

Finding that the Defendant understands the nature of the charge against her including the possible penalties, that the Defendant knowingly and voluntarily waives her right to plead innocent, to be tried by a jury, to compel the attendance of witnesses in her behalf and to confront and cross examine witnesses, and finding further that the Defendant understands and voluntarily waives her right not to incriminate herself, and finding that the plea is voluntary, the Court accepts the plea.

On the 20th day of May, 1999, the Defendant appeared in open court with her attorney,

Hon. Susan M. Streible, and the Court inquired of the Defendant and her counsel whether they had any legal cause to show why judgment should not be pronounced, and afforded the Defendant and her counsel the opportunity to make statements in the Defendant's behalf and to present any information in mitigation of punishment, and the Court having informed the Defendant and her counsel of the factual contents and conclusions contained in the written report of the pre-sentence investigation prepared by the Division of Probation and Parole, the Defendant agrees with the factual contents of said report. Having given due consideration to the written report by the division of Probation and Parole, and to the nature and circumstances of the crime, and to the history, character and condition of the Defendant, the Court is of the opinion:

That the Defendant should be granted probation.

No sufficient cause having been shown why judgment should not be pronounced, it is ADJUDGED BY THE COURT that the Defendant is guilty of:

Seven (7) counts of Assault in the Second Degree and is sentenced to ten (10) years on each count, to run concurrent, one with the other, for a total of ten (10) years under the supervision of the Department of Corrections, to be probated according to the terms and conditions of the Order of Probation entered this day. This sentence shall run consecutive to any other sentence imposed by this Court or any other Court.

IT IS FURTHER ORDERED that the Defendant is hereby credited with time spent in custody prior to sentence, namely _0_ days as certified by the jailer of Meade County towards service of the maximum term of imprisonment.

Dated this the _20_ day of _May_, 1999.

_____
HON. SAM H. MONARCH
JUDGE, MEADE CIRCUIT COURT
DIVISION I

174

Judgment entered and notice of entry served on the Defendant by mailing a true and correct copy to the Defendant's counsel, Hon. Susan M. Streible, postage prepaid, on this 28th day of _____May_____, 1999.

_____Evelyn L Medley_____
CLERK
By:_____Vicky L Ruese_____

C:\sue's_docs\Meade County\Judgments\PADGETT.Amy.Assault 2nd.probated.div I.jdg.wpd