UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
CIVIL ACTION NO. 3:17-CV-00419-GNS

JEFFREY DEWAYNE CLARK and GARR KEITH HARDIN     PLAINTIFFS

VS.

**ORDER GRANTING MOTION IN LIMINE TO EXCLUDE ANY REFERENCE TO HATFIELD'S (fka REMSBURG) CRIMINAL HISTORY AND ALLEGATIONS OF CHILD ABUSE**

MEADE COUNTY, et al     DEFENDANTS

*****************************

Motion having been made and the Court being otherwise sufficiently advised;

IT BE AND HEREBY IS ORDERED that Plaintiff is precluded from introducing any testimony through any witness regarding any reference to Amy Hatfield's (fka Remsburg) criminal history and allegations of child abuse.

This _____ day of _____, 2025.

_____
GREG N. STIVERS, CHIEF JUDGE
UNITED STATES DISTRICT COURT