IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| **JEFFREY DEWAYNE CLARK,** | ) | |
| | ) | |
| **Plaintiff,** | ) | HON. GREG N. STIVERS |
| | ) | |
| v. | ) | HON. COLIN H. LINDSAY |
| | ) | |
| **MEADE COUNTY, et al.,** | ) | Case No. 17-CV-419-GNS-CHL |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

### PLAINTIFF'S MOTION TO REINSTATE PRETRIAL FILINGS

Now comes Plaintiff, JEFFREY CLARK, by and through his counsel, and respectfully moves this Court to reinstate various pretrial filings. In support Plaintiff states as follows:

1. The parties prepared this case for trial more than a year ago.

2. During that preparation, the parties made various pretrial filings, including motions *in limine* and objections to witness lists, exhibit lists, and designations.

3. While Plaintiff contemporaneously files additional motions *in limine*, he likewise seeks to reinstate the following Motions *in Limine* that were previously filed:

   1) PLAINTIFF'S MOTION *IN LIMINE* NO. 1 TO BAR POLICE OFFICERS FROM WEARING POLICE ATTIRE, BADGES, OR MEDALS DURING TRIAL (Dckt. 424 at 2)

   2) PLAINTIFF'S MOTION *IN LIMINE* NO. 2 TO EXCLUDE NON-PARTY WITNESSES FROM THE COURTROOM (Dckt. 424 at 3)

   3) PLAINTIFF'S MOTION *IN LIMINE* NO. 3 TO BAR DEFENDANTS' "GOOD CHARACTER" EVIDENCE (Dckt. 424 at 4)

   4) PLAINTIFF'S MOTION *IN LIMINE* NO. 4 TO BAR EVIDENCE OF DEFENDANTS' INABILITY TO PAY COMPENSATORY DAMAGES (Dckt. 424 at 6)

5) PLAINTIFF'S MOTION *IN LIMINE* NO. 5 TO BAR REFERENCE TO JURORS AS TAXPAYERS (Dckt. 424 at 8)

6) PLAINTIFF'S MOTIONS *IN LIMINE* NO. 6 TO BAR REFERENCES TO AN AWARD FOR PLAINTIFFS AS UNJUST ENRICHMENT OR HITTING THE LOTTERY (Dckt. 424 at 9)

7) PLAINTIFF'S MOTION *IN LIMINE* NO. 7 TO EXCLUDE EVIDENCE ABOUT PLAINTIFF'S EMPLOYMENT BACKGROUND (Dckt. 424 at 10)

8) PLAINTIFF'S MOTION *IN LIMINE* NO. 8 TO BAR THE POLICE REPORTS AS SUBSTANTIVE EVIDENCE (Dckt. 424 at 11)

9) PLAINTIFF'S MOTION IN LIMINE BARRING ALL REFERENCES TO ANY OF PLAINTIFF CLARK'S BAD ACTS (Dckt. No. 438)

10) PLAINTIFF'S MOTION IN LIMINE TO BAR SATANISM EVIDENCE AND ARGUMENT PERTAINING TO PLAINTIFF CLARK (Dckt. 437)

11) PLAINTIFF'S MOTION IN LIMINE TO BAR EVIDENCE AND ARGUMENT OF SATANISM (Dckt. 436)

12) PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE EVIDENCE AND ARGUMENT REGARDING THIRD-PARTY CAUSATION (Dckt. 432)

4. Plaintiff seeks to reinstate his previously filed objections to the Meade County Defendants' Exhibit List. (Dckt. 428-1).

5. Plaintiff also seeks to reinstate his previously filed objections to the Meade County Defendants' Designations. Dckt. No. 431. Plaintiff also files additional objections to the Meade County Defendants Designations.

6. Plaintiff also seeks to reinstate his previously filed objections to the Meade County Defendants' Witness List. Dckt. No. 430.

                    Respectfully submitted,

                    */s/Elliot Slosar*
                    Arthur Loevy
                    Jon Loevy
                    Michael Kanovitz
                    Elliot Slosar

Amy Robinson-Staples
LOEVY & LOEVY
311 N. Aberdeen St., 3rd Floor
Chicago, IL 60607

***Attorneys for Plaintiff Jeffrey Clark***

## CERTIFICATE OF SERVICE

    I, Elliot Slosar, hereby certify that on November 19, 2025, I filed the foregoing motion via the Court's CM/ECF System and thereby served a copy on all counsel of record.

/s/ Elliot Slosar