IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| **JEFFREY DEWAYNE CLARK,** | ) | |
| | ) | |
| **Plaintiff,** | ) | HON. GREG N. STIVERS |
| | ) | |
| v. | ) | HON. COLIN H. LINDSAY |
| | ) | |
| **MEADE COUNTY, et al.,** | ) | Case No. 17-CV-419-GNS-CHL |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## [PROPOSED] ORDER

Upon Motion of Plaintiff, by counsel, and this Court being fully advised;

**IT IS HEREBY ORDERED** that for the reasons stated in the Plaintiff's Motion to Reinstate Pretrial Filings, this Court hereby **GRANTS** the motion. The following pleadings by Plaintiff are hereby reinstated: Dkts. 424, 428-1, 430, 431, 432, 436, 437, 438.

HEREBY ORDERED:

_____     _____

Dated