COMMONWEALTH OF KENTUCKY
JUSTICE CABINET
LOUISVILLE, KENTUCKY  40202

OFFICE OF THE CHIEF MEDICAL EXAMINER

810 Barret Avenue                           Urban Government Center
Louisville, Kentucky 40204                         (502) 588-5587

FINAL DIAGNOSIS

WARFORD, RHONDA SUE  ME-92-260

1.    Multple stab and incisional wounds of the body:

    a.    incision of brain stem with acute subarachnoid
        hemorrhage
    b.    stab wounds (2) of left lung with left hemothorax
    c.    defensice injuries (2) of right hand

2.    Negative blood and urine toxicology.

OPINION:

        Death in this case is due to mulitple stab wounds
(E966.9).


_____
Paul Feafneyhough, M.D.


_____
George R. Nichols II, M.D.


DATE PERFORMED: April 5, 1992

DATE COMPLETED: April 24, 1992

COUNTY OF JURISDICTION: Meade



DEFENDANT'S
EXHIBIT

CASE
NO. 3:17-CV-419-GN

EXHIBIT
NO. 5

ME000001

6

POST MORTEM EXAMINATION

OF THE BODY OF

WARFORD, RHONDA SUE   ME-92-260

A post mortem examination of the body identified as Rhonda Sue Warford is performed at the Urban County Government Center on April 5, 1992 at 2:00 p.m. by Dr. George R. Nichols II and Paul Fearneyhough. Attendant is Brian Fitzgerald.

EXTERIOR OF THE BODY

The body is that of a well developed, obese, white female appearing approximately 30 years of age. The body is clad in a red zippered thin jacket which overlies a blue long sleeved shirt, red sweat pants and red panties. White canvas deck shoes with leather trim and laces are present on the feet.  A thin, silver metal bracelet is present on the right wrist.  Additional jewelry is not seen. Each earlobe is pierced singularly. Earrings are not present.  Examination of the garment demonstrates it to be tricolored, composed of a right sleeve and upper boddice composed of solid red with the carricature of a "Running Rebel" on the left breast surface.  The left sleeve is black and the lower portion of the boddice is white.  There are four stab wounds present in the left upper front of the garment, all near the left breast.  Four stab wounds are present in the navy blue long sleeved pocketed t-shirt corresponding to the defects seen in the overlying garment.  A white underwire bra is present. There is a cut through the medial border of the upper medial surface of the left cup.  Dried blood is caked about the face, concentrated heaviest overlying the right cheek.  A large amount of dry leaves, primarily oak are present on the exposed skin of the anterior abdomen.

The scalp hair is medium to light brown and worn in somewhat of a shag cut. The corneae are clear. The pupils are round measuring 4mm.  The irides are hazel. The sclerae and conjunctivae display no abnormality.  Bloody material is present within the nares.  The natural anterior dentition is present and in excellent repair. The superficial lymph nodes are not enlarged. The chest is symmetrical and displays no abnormal movability.  The breasts contain no palpable masses.  The pigmentation of the areola is pale. The rotund abdomen contains no discernible surgical scar. Striae are absent.  The pubic hair is of normal quantity and brown. The external genitalia are normal. There are no observable traumatic defects of the external or internal genitalia. The upper and lower extremities are free of boney abnormality. Lividity is fixed over the medial surfaces of the upper extremities, face and anterior chest.

1

WARFORD, RHONDA SUE   ME-92-260

A form of psoriasiform dermistitis with 1mm to 2mm
eschars arising in smaller plaques are present on the
anteriorsurface of the left forearm and the medial surface of the
left thigh.  Additional zones of similar cutaneous disorder are
not seen.

Examination of the dorsal surface of the body discloses
no injury to the lower trunk or dorsal extremities.

A vertically oriented, shallow stab wound 0.4" in
length is present adjacent to the medial surface of the right
scapula.

Located at a vertical height of 3" below the above
described stab wound is a second smaller stab wound, again
vertically oriented, measuring 0.25" maximally. This wound is
also 1" lateral to the above described wound.

Present at the base of the skull in the midline neck
are two deep stab wounds in which there is a thin rim of intact
skin. The lower and more to the right of the midline stab wound
is 0.75" in length. Its left lateral border is apparently
blunted. The smaller wound to the left of the midline is a 0.5"
stab wound.

Present in the left axilla, horizontally oriented, 1.5"
stab wound which has a smaller "V" appearance on its posterior
extent.

A shallow 0.25" horizontally oriented stab wound is
present in the occipital scalp, in the midline, 1.75" above the
upper of the two neck wounds as previously described.

EVIDENCE OF MEDICAL TREATMENT

None

TATOOS

A crude monochromatic tatoo of an inverted cross is
present immediately below the left clavicle.

INJURIES

A defensive incisional wound, 1" in length, is present
on the dorsum of the left hand adjacent to the left hypothenar
eminence.

A shallow incisional wound is present on the lateral
surface of the right index finger overlying the middle
interphalangeal joint.  This wound measures less than 0.4" in
length.

A deep incisional wound is present on the neck
extending from the midline below the course of the right mandible

2

WARFORD, RHONDA SUE   ME-92-260

for a distance of 4". The external jugular vein is incised however the right carotid sheath is not involved with injury.

A horizontally oriented 1.25" stab wound is present in the upper inner quadrant of the right breast.

A vertically oriented, 1.25" stab wound is present on the anterior surface of the left shoulder. Its inferior edge is blunted.

A 1.5" vertically oriented stab wound with an apparently blunted inferior margin is present on the upper anterior surface of the proximal third of the left arm.

A verticall oriented stab wound is present in the left anterior axillary fold. This is 1.25" in length. Its inferior extent is apparently blunted.

Present in the lateral extent of the left breast is a horizontally oriented, 1" stab wound with a "V" type appearance on its lateral extent.

Examination of the hand demonstrates the nails to be relatively short. They are intact. Chip injury and fracture of the nail is not identified.

Three linear, generally vertically oriented abrasions are present in the lateral inferior right chest. Two linear abrasions are present in the lower lateral left chest. They converge into a "V". They are 4" and 3" in length respectively.

In the left lower lateral abdominal quadrant is a 3" vertically oriented, linear abrasion.

INTERIOR OF THE BODY

A "Y" incision is carried through a midline panniculus measuring up to 3cm, and through thin, reddish musculature into an abdominal cavity lined with glistening serosa and containing no free fluid. Generally, the intra-abdominal viscera maintain their usual in situ relations. The vermiform appendix is present.

The left hemidiaphragm is bollotable. The stab wound traverses the left first and second ribs as well as the first intercostal space.

The mediastinum is shifted to the right. A 1.5 liter left hemothorax is identified. The stab wound enters into the upper lobe of the left lung. The second traverses into the lingular segment of the upper lobe of the left lung. The right pleural space is smooth and glistening and contains no identifiable injury. The second stab wound communicates with a wounding tract entering the left chest through the left third intercostal space. An additional smaller defect is present in the

3

ME000004

WARFORD, RHONDA SUE   ME-92-260

left fourth intercostal space laterally.

Examination of the wounds of the right shoulder and clavicular area of the right chest demonstrates them to be directed inwardly and somewhat downwardly.  This includes the wound of the right breast.  The wound of the right axilla was directed inwardly and upwardly toward the apex of the axilla.

HEAD

The scalp is reflected in the usual fashion. Scalp hemorrhage is not seen.  The intact calvarium is removed in the usual fashion.  Diffuse subarachnoid hemorrhage is present.

Examination of the base of the skull after removal of the dura demonstrates a sharp force injury defect of the foramen magnum associated with entry extending down and with subarachnoid hemorrhage.

Frontal sections of the brain and horizontal sections of the brain stem demonstrate normal markings of all structures.

NECK

Focal soft tissue hemorrhage is identified within the soft tissue of the right antero-lateral neck in association with a large incisional wound as previously described.  The external jugular vein is incised. The carotid sheaths are not traumatized. The upper airway is patent. Its epithelium surface is lined with smooth, pale tan epithelium.

EXAMINATION OF THE VISCERA

Examination of the organs of the neck, chest, abdomen and retroperitoneum fails to reveal additional traumatic or natural disease processes. A corpus luteum is present in the left ovary.

MICROSCOPIC

WARFORD, RHONDA SUE   ME-92-260

LUNGS:          Atelectasis

KIDNEY:         NDA

LIVER:          NDA

HEART:          NDA

ME000006

Fixed frontal-lansdexy

DICTATED BY _____ DNU / Flegmeyhour

DATE DICTATED _____ 4/5/98

TRANSCRIBED _____ 4/6/98

PROOF OF PATIENT _____

PROOF _____

MICRO _____

MICRO DICTATED _____

TOP _____

FINAL TYPE _____

SIGNATURE _____

OTHER _____

2 PM. BF

3Pm. Meade Co. Sheriff
Cav. Bill Adams

7.3 221

Pull cop. jacket over _____ sweat
shirt, Red sweat pants, red
panties, with canvas deck shoes.

Silver bracelet Ⓛ wrist.
whe. underwire bra.

BACK → 2 stabs to navy shirt

3 0 6 — √ .4" stab medial Ⓛ scapula,
8 5 √ 3" ↓ + 1" lat. 25" stab
(2) √ 2 stab wounds base Ⓡ skull
→ lower or to Ⓡ .75"
.25" horiz. scalp stab 1.1" above
5 smaller to Ⓛ medial 0.5"
√ Ⓛ axilla 1.5" V shaped _____

10 (?)
3 incis.
including 3 defensive

11 stabs
incision of neck
2 defen. wounds
of Ⓛ hand    5

Tattoo inverted cross below Ⓛ claw.

FRONT (is def) 1" wound Ⓛ breast
upper/inner anulnerce
(2) Mid wound lat. Ⓛ index 4/5 (4")

(3) Deep incis. neck down to
mandible (4") jugular only

(4) 1.05" stab, USOⓇ breast

(5) 1.25 vert. stab lat Ⓡ shoulder

(6) 1.5 vert. stab lat Ⓡ _____

NAILS dr.

3 lin. abras. both Mid Ⓛ chest,
4+3"
2 lin. abras. lows. both Ⓛ chest,
1 lin. abras. 8" ULⓁ

large _____
cuts to sever
brain stem.

Stab wound into 2nd & other & 1st intercostal
_____ hemothorax _____

ME000007 P/3

**JUSTICE CABINET**
**MEDICAL EXAMINER PROGRAM**
**1121 LOUISVILLE ROAD**
**FRANKFORT, KENTUCKY 40601**

**CORONERS AUTHORIZATION FOR POST-MORTEM EXAMINATION**

I hereby authorize the Kentucky Medical Examiner Program to perform a Post- Mortem Examination on this deceased body and to remove and retain such organs and tissues as may be necessary to determine the identification and/or the cause of death and/or the manner of death of this deceased person. This Authorization is pursuant to KRS. Chapter 72.

NAME OF DECEDENT: _Unknown White Female_

AGE: ___?___    SEX: _F_    RACE: _CAuc_

LOCATION WHERE DEATH OCCURRED: _Ky 823 1½ mi W of Ky 261 in Field_

DATE OF DEATH: _____    TIME OF DEATH: __?__ AM _____ PM _____

TYPE OF DEATH THAT IS SUSPECTED: _Homicide - Knife_

HISTORY: (WHAT HAPPENED) _Subject found in fence row Brush, Autopsy Sheet approx 153 Feet from Roadway, lying face down in leaves_

POLICE AGENCY: _MEADE CO_    INVESTIGATOR: _T Gibson_

If prescription drug related, state name of physicians and pharmacies on prescriptions:

Medication: _____    PHYSICIAN: _____

Medication: _____    PHYSICIAN: _____

Medication: _____    PHYSICIAN: _____

Signed: _William R. W____
Coroner or Deputy Coroner

_MEADE_
County

CORONER: Please keep pink copy and send white and yellow copy to Medical Examiner.
MEDICAL EXAMINER: Please keep yellow copy and send white copy with billing of autopsies.

Justice Cabinet

(Rev. 9-86)
ME000008

CABINET FOR HUMAN RESOURCES
Department for Health Services, Division of Laboratory Services
275 East Main Street, Frankfort, Kentucky 40621
Thomas E. Maxson, Dr.P.H., Director (502)564-4446

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Name:       WARFORD, RHONDA                      Medrec#:    72TM0535
Age:               Sex:          Race:
Occupation:


Submitter:    WILLIAM ADAMS                  Sub. County: MEADE
              MEADE COUNTY CORONER            Miscellaneous Information:
              633 BLAND ST.                   ME92-260
              BRANDENBURG                      ESTIMATED COMPLETION 10 DAYS
              KY              40108            TRANS. MGT. SER. - SEALED
                                              SEALED SECURITAINER
Copy 1:       GEORGE R NICHOLS, MD
Copy 2:

Remarks:
Collected:    05-APR-92          Received: 07-APR-92 0855     Clerk: MKW
Lab ID#:      72TM0535    -42341
Purpose:
Specimen:                                                     BLOOD
                     _____ L A B O R A T O R Y     R E P O R T _____

Flag   Test (Method)        Results ( *=New Result)     Normal Ranges    Units
=====  =============        = ==================        =============    =====
                            *** TOXICOLOGY ***

       BA     (GC & FPIA)   NEGATIVE*                   0-0.10 % WT/WT
       ACETAMINOPHEN(FPIA)  NONE DETECTED*                0-10 MG/L
       SALICYLATES  (FPIA)  NONE DETECTED*                0-10 MG/L


*Michael K. Ward*

CABINET FOR HUMAN RESOURCES
Department for Health Services, Division of Laboratory Services
275 East Main Street, Frankfort, Kentucky 40621
Thomas E. Maxson, Dr.P.H., Director (502)564-4446

*****************************************************************

Name:       WARFORD, RHONDA                    Medrec#:    72TM0535
Age:                    Sex:        Race:
Occupation:


Submitter:    WILLIAM ADAMS                  Sub. County: MEADE
              MEADE COUNTY CORONER           Miscellaneous Information:
              633 BLAND ST.                  ME92-260
              BRANDENBURG                    ESTIMATED COMPLETION 10 DAYS
              KY            40108            TRANS. MGT. SER. - SEALED
                                            SEALED SECURITAINER
Copy 1:      GEORGE R NICHOLS, MD
Copy 2:


Remarks:
Collected:   05-APR-92        Received: 07-APR-92 0854     Clerk: MKW
Lab ID#:     72TM0535    -42338
Purpose:
Specimen:                                                  URINE
_____ L A B O R A T O R Y    R E P O R T _____


Flag    Test (Method)       Results ( *=New Result)    Normal Ranges    Units
====    =============       =======================    =============    =====
                            *** TOXICOLOGY ***

    OPIATES      (FPIA)     NONE DETECTED*
    COCAINE MET. (FPIA)     NONE DETECTED*
    PCP          (FPIA)     NONE DETECTED*
    CANNABINOIDS (FPIA)     NONE DETECTED*
    BENZODIAZEPIN(FPIA)     NONE DETECTED*
    AMPHETAMINES (FPIA)     NONE DETECTED*
    ADDITIONAL RESULTS:     NO DRUGS DETECTED BY TLC.*


*Michael K. Ward*































ME00026

COMMONWEALTH OF KENTUCKY
JUSTICE CABINET
LOUISVILLE, KENTUCKY  40202

OFFICE OF THE CHIEF MEDICAL EXAMINER

810 Barret Avenue                          Urban Government Center
Louisville, Kentucky 40204                      (502) 588-5587

FINAL DIAGNOSIS

WARFORD, RHONDA SUE   ME-92-260


1.    Multple stab and incisional wounds of the body:

      a.    incision of brain stem with acute subarachnoid
            hemorrhage
      b.    stab wounds (2) of left lung with left hemothorax
      c.    defensice injuries (2) of right hand

2.    Negative blood and urine toxicology.


OPINION:

        Death in this case is due to mulitple stab wounds
(E966.9).


_____
Paul Fearneyhough, M.D.


_____
George R. Nichols II, M.D.


DATE PERFORMED: April 5, 1992

DATE COMPLETED: April 24, 1992

COUNTY OF JURISDICTION: Meade


6

KYOSME0001

POST MORTEM EXAMINATION

OF THE BODY OF

WARFORD, RHONDA SUE   ME-92-260

A post mortem examination of the body identified as Rhonda Sue Warford is performed at the Urban County Government Center on April 5, 1992 at 2:00 p.m. by Dr. George R. Nichols II and Paul Fearneyhough. Attendant is Brian Fitzgerald.

EXTERIOR OF THE BODY

The body is that of a well developed, obese, white female appearing approximately 30 years of age. The body is clad in a red zippered thin jacket which overlies a blue long sleeved shirt, red sweat pants and red panties. White canvas deck shoes with leather trim and laces are present on the feet. A thin, silver metal bracelet is present on the right wrist. Additional jewelry is not seen. Each earlobe is pierced singularly. Earrings are not present. Examination of the garment demonstrates it to be tricolored, composed of a right sleeve and upper boddice composed of solid red with the carricature of a "Running Rebel" on the left breast surface. The left sleeve is black and the lower portion of the boddice is white. There are four stab wounds present in the left upper front of the garment, all near the left breast. Four stab wounds are present in the navy blue long sleeved pocketed t-shirt corresponding to the defects seen in the overlying garment. A white underwire bra is present. There is a cut through the medial border of the upper medial surface of the left cup. Dried blood is caked about the face, concentrated heaviest overlying the right cheek. A large amount of dry leaves, primarily oak are present on the exposed skin of the anterior abdomen.

The scalp hair is medium to light brown and worn in somewhat of a shag cut. The corneae are clear. The pupils are round measuring 4mm. The irides are hazel. The sclerae and conjunctivae display no abnormality. Bloody material is present within the nares. The natural anterior dentition is present and in excellent repair. The superficial lymph nodes are not enlarged. The chest is symmetrical and displays no abnormal movability. The breasts contain no palpable masses. The pigmentation of the areola is pale. The rotund abdomen contains no discernible surgical scar. Striae are absent. The pubic hair is of normal quantity and brown. The external genitalia are normal. There are no observable traumatic defects of the external or internal genitalia. The upper and lower extremities are free of boney abnormality. Lividity is fixed over the medial surfaces of the upper extremities, face and anterior chest.

KYOSME0002

WARFORD, RHONDA SUE   ME-92-260

A form of psoriasiform dermistitis with 1mm to 2mm eschars arising in smaller plaques are present on the anteriorsurface of the left forearm and the medial surface of the left thigh.  Additional zones of similar cutaneous disorder are not seen.

Examination of the dorsal surface of the body discloses no injury to the lower trunk or dorsal extremities.

A vertically oriented, shallow stab wound 0.4" in length is present adjacent to the medial surface of the right scapula.

Located at a vertical height of 3" below the above described stab wound is a second smaller stab wound, again vertically oriented, measuring 0.25" maximally. This wound is also 1" lateral to the above described wound.

Present at the base of the skull in the midline neck are two deep stab wounds in which there is a thin rim of intact skin. The lower and more to the right of the midline stab wound is 0.75" in length. Its left lateral border is apparently blunted. The smaller wound to the left of the midline is a 0.5" stab wound.

Present in the left axilla, horizontally oriented, 1.5" stab wound which has a smaller "V" appearance on its posterior extent.

A shallow 0.25" horizontally oriented stab wound is present in the occipital scalp, in the midline, 1.75" above the upper of the two neck wounds as previously described.

EVIDENCE OF MEDICAL TREATMENT

None

TATOOS

A crude monochromatic tatoo of an inverted cross is present immediately below the left clavicle.

INJURIES

A defensive incisional wound, 1" in length, is present on the dorsum of the left hand adjacent to the left hypothenar eminence.

A shallow incisional wound is present on the lateral surface of the right index finger overlying the middle interphalangeal joint.  This wound measures less than 0.4" in length.

A deep incisional wound is present on the neck extending from the midline below the course of the right mandible

KYOSME0003

WARFORD, RHONDA SUE   ME-92-260

for a distance of 4". The external jugular vein is incised
however the right carotid sheath is not involved with injury.

A horizontally oriented 1.25" stab wound is present in
the upper inner quadrant of the right breast.

A vertically oriented, 1.25" stab wound is present on
the anterior surface of the left shoulder. Its inferior edge is
blunted.

A 1.5" vertically oriented stab wound with an
apparently blunted inferior margin is present on the upper
anterior surface of the proximal third of the left arm.

A verticall oriented stab wound is present in the left
anterior axillary fold. This is 1.25" in length. Its inferior
extent is apparently blunted.

Present in the lateral extent of the left breast is a
horizontally oriented, 1" stab wound with a "V" type appearance
on its lateral extent.

Examination of the hand demonstrates the nails to be
relatively short. They are intact. Chip injury and fracture of
the nail is not identified.

Three linear, generally vertically oriented abrasions
are present in the lateral inferior right chest. Two linear
abrasions are present in the lower lateral left chest. They
converge into a "V". They are 4" and 3" in length respectively.

In the left lower lateral abdominal quadrant is a 3"
vertically oriented, linear abrasion.

INTERIOR OF THE BODY

A "Y" incision is carried through a midline panniculus
measuring up to 3cm, and through thin, reddish musculature into
an abdominal cavity lined with glistening serosa and containing
no free fluid. Generally, the intra-abdominal viscera maintain
their usual in situ relations. The vermiform appendix is
present.

The left hemidiaphragm is bollotable. The stab wound
traverses the left first and second ribs as well as the first
intercostal space.

The mediastinum is shifted to the right. A 1.5 liter
left hemothorax is identified. The stab wound enters into the
upper lobe of the left lung. The second traverses into the
lingular segment of the upper lobe of the left lung. The right
pleural space is smooth and glistening and contains no
identifiable injury. The second stab wound communicates with a
wounding tract entering the left chest through the left third
intercostal space. An additional smaller defect is present in the

3

WARFORD, RHONDA SUE   ME-92-260

left fourth intercostal space laterally.

Examination of the wounds of the right shoulder and clavicular area of the right chest demonstrates them to be directed inwardly and somewhat downwardly.  This includes the wound of the right breast.  The wound of the right axilla was directed inwardly and upwardly toward the apex of the axilla.

HEAD

The scalp is reflected in the usual fashion. Scalp hemorrhage is not seen.  The intact calvarium is removed in the usual fashion.  Diffuse subarachnoid hemorrhage is present.

Examination of the base of the skull after removal of the dura demonstrates a sharp force injury defect of the foramen magnum associated with entry extending down and with subarachnoid hemorrhage.

Frontal sections of the brain and horizontal sections of the brain stem demonstrate normal markings of all structures.

NECK

Focal soft tissue hemorrhage is identified within the soft tissue of the right antero-lateral neck in association with a large incisional wound as previously described.  The external jugular vein is incised. The carotid sheaths are not traumatized. The upper airway is patent. Its epithelium surface is lined with smooth, pale tan epithelium.

EXAMINATION OF THE VISCERA

Examination of the organs of the neck, chest, abdomen and retroperitoneum fails to reveal additional traumatic or natural disease processes. A corpus luteum is present in the left ovary.

KYOSME0005

MICROSCOPIC

WARFORD, RHONDA SUE   ME-92-260


LUNGS:          Atelectasis

KIDNEY:         NDA

LIVER:          NDA

HEART:          NDA

KYOSME0006

CABINET FOR HUMAN RESOURCES
Department for Health Services, Division of Laboratory Services
275 East Main Street, Frankfort, Kentucky 40621
Thomas E. Maxson, Dr.P.H., Director (502)564-4446

************************************************************

Name:       WARFORD, RHONDA                    Medrec#:      72TM0505
Age:                     Sex:        Race:
Occupation:


Submitter:     WILLIAM ADAMS                   Sub. County: MEADE
               MEADE COUNTY CORONER            Miscellaneous Information:
               633 BLAND CT.                   ME92-260
               BRANDENBURG                     ESTIMATED COMPLETION 10 DAYS
               KY            40108             TRANS. MGT. SER. - SEALED
                                               SEALED SECURITAINER
Copy 1:    GEORGE R NICHOLS, MD
Copy 2:

Remarks:
Collected:     05-APR-92         Received: 07-APR-92 0854      Clerk: MKW
Lab ID#:       72TM0505    -42338
Purpose:
Specimen:                                                     URINE
_____ L A B O R A T O R Y   R E P O R T _____

Flag    Test (Method)         Results ( *=New Result)      Normal Ranges    Units
=====   =============         =======================      =============    =====
                              *** TOXICOLOGY ***

        OPIATES     (FPIA)    NONE DETECTED*
        COCAINE MET. (FPIA)   NONE DETECTED*
        PCP         (FPIA)    NONE DETECTED*
        CANNABINOIDS (FPIA)   NONE DETECTED*
        BENZODIAZEPIN(FPIA)   NONE DETECTED*
        AMPHETAMINES (FPIA)   NONE DETECTED*
        ADDITIONAL RESULTS:   NO DRUGS DETECTED BY TLC.*


*Michael K. Ward*

                                 Analyst:   MICHAEL K. WARD, FORENSIC SCI. SPEC
D/A:   17-APR-92/A 07-APR-92     Page: 1    Last Filed:    17-APR-92 21:21

KYOSME0007

JUSTICE CABINET
MEDICAL EXAMINER PROGRAM
1121 LOUISVILLE ROAD
FRANKFORT, KENTUCKY 40601

## CORONERS AUTHORIZATION FOR POST-MORTEM EXAMINATION

I hereby authorize the Kentucky Medical Examiner Program to perform a
Post- Mortem Examination on this deceased body and to remove and retain
such organs and tissues as may be necessary to determine the identification
and/or the cause of death and/or the manner of death of this deceased
person.   This Authorization is pursuant to KRS. Chapter 72.

NAME OF DECEDENT: _Unknown White Female_

AGE: _?_          SEX: _F_          RACE: _CAuc_

LOCATION WHERE DEATH OCCURRED: _Ky 823  1½ mi W of Ky 261_
_in Field_

DATE OF DEATH: _?_          TIME OF DEATH: _?_     AM ___ PM ___

TYPE OF DEATH THAT IS SUSPECTED: _Homicide - Knife_

HISTORY: (WHAT HAPPENED) _Subject found in Fence row heavily_
_posture Died of Exposure 153 Feet from Roadway_
_lying face down in leaves_

POLICE AGENCY: _Meade Co_          INVESTIGATOR: _T. Greer_

If prescription drug related, state name of physicians and pharmacies on
prescriptions:

Medication: _____ PHYSICIAN: _____

Medication: _____ PHYSICIAN: _____

Medication: _____ PHYSICIAN: _____

Signed: _____
Coroner or Deputy Coroner

_____
County

CORONER: Please keep pink copy and send white and yellow copy to Medical Examiner.
MEDICAL EXAMINER: Please keep yellow copy and send white copy with billing of autopsies.

Justice Cabinet                                              (Rev. 9-86)

KYOSME0008

CABINET FOR HUMAN RESOURCES
Department for Health Services, Division of Laboratory Services
275 East Main Street, Frankfort, Kentucky 40621
Thomas E. Maxson, Dr.P.H., Director (502)564-4446

*************************************************************

Name:          WARFORD, RHONDA                    Medrec#:      72TM0535
Age:                      Sex:          Race:
Occupation:

Submitter:     WILLIAM ADAMS                  Sub. County: MEADE
               MEADE COUNTY CORONER           Miscellaneous Information:
               630 OLAND ST.                  ME72-260
               BRANDENBURG                    ESTIMATED COMPLETION 10 DAYS
               KY              40108          TRANS. MGT. SER. - SEALED
                                              SEALED SECURITAINER
Copy 1:        GEORGE R NICHOLS, MD
Copy 2:

Remarks:
Collected:     05-APR-92        Received: 07-APR-92 0855    Clerk: MKW
Lab ID#:       72TM0535   -42341
Purpose:
Specimen:                                                   BLOOD
_____  L A B O R A T O R Y   R E P O R T  _____

Flag    Test (Method)       Results ( **New Result)      Normal Ranges    Units
=====   =============       ======================       =============    =====
                             *** TOXICOLOGY ***

     BA       (GC & FPIA)    NEGATIVE*                    0-0.10 % WT/WT
     ACETAMINOPHEN(FPIA)     NONE DETECTED*                    0-10 MG/L
     SALICYLATES  (FPIA)     NONE DETECTED*                    0-10 MG/L

*Michael K. Ward*

                              Analyst:  MICHAEL K. WARD, FORENSIC SCI. SPEC
D/A:  17-APR-72/A 07-APR-92   Page: 1        Last Filed:    17-APR-92 21:21

KYOSME0009





KYOSME0011



KYOSME0012



KYOSME0013





KYOSME0015



KYOSME0016



KYOSME0017



KYOSME0018



KYOSME0019



KYOSME0020





KYOSME0022



KYOSME0023



KYOSME0024



KYOSME0025

16 Kodachrome
to JCP-PL
10-28-99
RM

KYOSME0026

DOB =
4/92
Warford —
ME 92-260—

Marcus Jones
Dept Pub Advocacy
502-564-3948

Copies of photos =

15

**U of L**

| | |
|---|---|
| To | DW |
| Date | 3/21 | Time | 10:05am |

## While you were out:

| | |
|---|---|
| M | Kenton Smith |
| of | Atty Meade Co |
| Phone | (502) 422-4004 |

- [X] Telephoned
- [ ] Called to see you
- [ ] Wants to see you
- [X] Please call
- [ ] Will call again
- [ ] Returned call

Message: Re: Trial Monday
92-260

---

## MONEY RECEIPT

No. 95-260     4-4     19 92

Received of _Unidentified white female_

_RAPE KIT, clothing, bracelet_     Dollars

For _____ CID _____

$ _____

TOPS FORM 4161

---

## IMPORTANT MESSAGE

| FOR | TC | DATE | 1130pm | TIME | 3/9 | A.M. / P.M. |
|---|---|---|---|---|---|---|

M _Neal Wolfe_

OF _Ky Innocence Project_

PHONE [ ] FAX [X] MOBILE _859 - 609 - 3451_
    AREA CODE     NUMBER     EXTENSION

- [X] PHONED
- [ ] RETURNED YOUR CALL
- [X] PLEASE CALL
- [ ] WILL CALL AGAIN
- [ ] CAME TO SEE YOU

MESSAGE _Looking into an old murder_
_case - over 15 years ago_

*Fixed frontal brad Xy*

DICTATED BY _____ DRW / Fedgegrephology

DATE DICTATED _____ 4/5/9?

TRANSCRIBED _____ 4/6/9?

PROOF _____

PROOF _____

MICRO _____

MICRO _____

TOX _____

FINAL _____

SIGNATURE _____

OTHER _____

2 Pm. RP

Pm. Meade Co. Sheriff

Cor. Bill Adams

215 221

RP cap. jacket over bl. long sleeve
shirt, red sweat pants, red
panties, wh. canvas deck shoes,
silver bracelet ℗ wrist,
wh. underwire bra.

BACK → 2 stabs to navy shirt

6 — ✓ 4" stab medial ℗ scapula.

85 — ✓ 3" & + 1" lat. 18 .25" stab.

✓ 2 stab wounds base of skull
✓ shoulder to ℗ .75"
shoulder to ℗ midline .25"
.25" horiz. scalp, stab 1.75 above ___

30

2 ⑤ ✓ ℗ axilla 1.5" V shaped stab.

Tattoo inverted cross below ℗ claw.

10 Feb 03
3 incis.
including ℗ defensive

11 stabs
incision of neck
2 defi wounds
℗ hand ⑤

FRONT: ① def 1" horiz incised ℗ hand
hypothenar eminence.

② def incis wound lat. ℗ index ct s
(4")

③ Deep incis. neck below ℗
mandible (4") jug. vein only

✓ ④ 1.25" lw3 stab ℗℗ breast

✓ ⑤ 1.25 vert stab ant ℗ shoulders

✓ ⑥ 1.5 vert stab. ant. ℗ arm P/3

NAILS et.
3 lin. abrads. lats Aig ℗ chest.
4/3"
2 lin. abrads. lows. lat ℗ chest.
1 lin. abrad 3" LLQ

___ deep wound lat 2nd ribs 1st intercostal
___ hdr 4; hemothorax Lud

KYOSME0028



COMMONWEALTH OF KENTUCKY
DEPARTMENT OF PUBLIC ADVOCACY,
POST CONVICTION BRANCH

**JOHN MARCUS JONES**
*Assistant Public Advocate*

100 Fair Oaks, Suite 301          (502) 564-3948
Frankfort, KY 40601               (502) 564-3949 FAX

⇒ Meeting
8/31/99 -
Explained
terminology.
Gave him
copy of entire
chart including
front of folder.
Told him to
see Dr. Nichols re: expert opinions re
case, since it is GBN's case & he
has already testified. Suggested that
he get copies of slides & then
schedule appt c GBN. Photo lab said
$5.00/slide — 15 slides.

KYOSME0029

## WHITE CONWAY & ADAMS
**ATTORNEYS AT LAW**

2007 KENTUCKY HOME LIFE BUILDING
239 SOUTH FIFTH STREET
LOUISVILLE, KENTUCKY 40202
FAX (502) 587-8041

JOSEPH L. WHITE
STEPHANIE GEROMES COX

(502) 587-6981

F. THOMAS CONWAY, P.S.C
JAMES BARTON ADAMS
NICOLE H. PANG

(502) 583-4433

January 15, 1994

Dr. George Nichols
Medical Examiner
810 Barrett Avenue
Louisville, Kentucky  40204

RE:  Commonwealth v. Jeffrey Dewayne Clark
Meade County Circuit Court
No. 92 CR 043

Dear George:

Please find for your convenience, copies of weather reports, including temperature data, in the Meade County area for the period surrounding the death of Rhonda Sue Warford.  I have subpoenaed you to appear at the above trial and will have someone from the State Climatological Department at trial to verify the authenticity of the enclosed records.  I would appreciate if you would get in touch with me as soon as possible to discuss the effects that the ground temperature would have on your estimate of time of death.

Feel free to contact me at your convenience if you should have any questions.

Sincerely,

*call ed 1/24/94*

BART ADAMS

JBA:nhp
Enclosure

KYOSME0030



ISSN 0145-0433

# CLIMATOLOGICAL DATA

## KENTUCKY

### MARCH 1992

### VOLUME 87   NUMBER 3

## MONTHLY PRECIPITATION DEPARTURE FROM
## INDIVIDUAL STATION NORMALS (1951–1980)

M      INCOMPLETE DATA FOR THE MONTH

      EXACTLY NORMAL

○○○○  5,10,20...50% OR MORE BELOW NORMAL

●●●◐  10,20,40...100% OR MORE ABOVE NORMAL



CIRCLE DIAMETER IS PROPORTIONAL TO DEPARTURE ON A CONTINUOUS SCALE

"I CERTIFY THAT THIS IS AN OFFICIAL PUBLICATION OF THE NATIONAL OCEANIC AND ATMOSPHERIC
ADMINISTRATION (NOAA).   IT IS COMPILED USING INFORMATION FROM WEATHER OBSERVING SITES
SUPERVISED BY NOAA/NATIONAL WEATHER SERVICE AND RECEIVED AT THE NATIONAL CLIMATIC DATA
CENTER (NCDC), ASHEVILLE, NORTH CAROLINA 28801."

*Kenneth D. Hadeen*

DIRECTOR, NATIONAL CLIMATIC DATA CENTER

# noaa

| NATIONAL | NATIONAL | NATIONAL |
| OCEANIC AND | ENVIRONMENTAL SATELLITE, DATA | CLIMATIC DATA CENTER |
| ATMOSPHERIC ADMINISTRATION | AND INFORMATION SERVICE | ASHEVILLE NORTH CAROLINA |

KYOSME0031

# DAILY PRECIPITATION (INCHES)

DAY OF MONTH

| STATION | TOTAL |
|---|---|
| **KENTUCKY** 01 | |
| **WESTERN** | |
| BARDWELL 2 E | 4.76 |
| BEAVER DAM | 7.14 |
| BUFORD | 6.04 |
| CADIZ | 5.48 |
| CALHOUN LOCK 2 | |
| CANTON 2 SE | 5.41 |
| COBB | 4.58 |
| COLUMBUS | 5.86 |
| DAWSON SPRINGS | 6.63 |
| DUNDEE | |
| DYKE | 6.51 |
| CLIFTON 3 F | 5.30 |
| FRANKLIN 1 E | 5.09 |
| GILBERTSVILLE 4 N DAM | 4.36 |
| GOLDEN POND 8 M | 5.62 |
| HENDERSON 7 SSW | 6.88 |
| HENDERSON STATE POLICE | 5.86 |
| LOVELACEVILLE | 4.74 |
| MADISONVILLE | 6.72 |
| MADISONVILLE ST POLICE | 6.26 |
| MARION 1 NE | |
| MAYFIELD RADIO 1480 | 3.77 |
| MAYFIELD STATE POLICE | 4.79 |
| MURRAY | 5.17 |
| OWENSBORO 3 M | |
| PADUCAH WSO | 5.38 |
| PADUCAH SEWAGE PLANT | 4.44 |
| PARADISE STEAM PLANT | 5.94 |
| PRINCETON 1 SE | |
| PROVIDENCE | 5.53 |
| ROCHESTER FERRY | 5.24 |
| RUSSELLVILLE | |
| SEBREE 1 E | 7.42 |
| **CENTRAL** 02 | |
| **ABERDEEN** | 7.33 |
| ALBANY 4 N | 4.83 |
| BARDSTOWN 5 E | 5.00 |
| BARREN RIVER LAKE | 5.03 |
| BERNHEIM FOREST | 6.27 |
| BOSTON 4 SW | 4.98 |
| BOWLING GREEN | 6.75 |
| BOWLING GREEN ST POL | 5.53 |
| BOWLING GREEN FAA AP | 6.30 |
| BRADFORDSVILLE | 6.30 |
| BURKESVILLE 2 W | 5.04 |
| CANEYVILLE | 5.61 |
| CAVE CITY 4 E | 5.41 |
| COLUMBIA STATE POLICE | 7.55 |
| ELIZABETHTOWN KY PST 4 | 6.92 |
| ELIZABETHTOWN NP 2 | 6.17 |
| GLASGOW HWY | 6.34 |
| GLENDALE | 6.70 |
| GREENSBURG HIGHWAY 61 | 6.16 |
| HARDINSBURG 2 SE | 7.93 |
| HODGENVILLE LINCOLN NP | 6.57 |
| JAMESTOWN 3 N | 6.78 |
| LEITCHFIELD | 5.61 |
| LIBERTY | 5.72 |
| LOUISVILLE WSFO | 5.08 |

SEE REFERENCE NOTES FOLLOWING STATION INDEX

KYOSME0032

# DAILY PRECIPITATION (INCHES)

**KENTUCKY MARCH 1992**

DAY OF MONTH

| STATION | TOTAL |
|---|---|
| LOUISVILLE UPPER GAGE | M |
| MAMMOTH CAVE PARK | M |
| NOLIN RIVER LAKE | 6.42 |
| ROUGH RIVER DAM | M 6.42 |
| SCOTTSVILLE 1 SSW | 5.26 |
| SHEPHERDSVILLE | 7.32 |
| SUMMER SHADE | 5.09 |
| TOMPKINSVILLE 1 NW | 5.55 |
| WOODBURY | 6.63 |
| BLUE GRASS | |
| BEREA COLLEGE | 4.63 |
| BEREA | 3.55 |
| BLUE LICK SPRINGS | 5.37 |
| CARROLLTON LOCK 1 | 5.40 |
| COVINGTON WSO AIRPORT | 4.79 |
| CRAB ORCHARD 6 N | M |
| CRESTWOOD 8 E | M 5.53 |
| CYNTHIANA | 5.37 |
| DANVILLE | 4.11 |
| DIX DAM | 4.90 |
| DRY RIDGE KSP POST 6 | |
| EASTERN KENTUCKY UNIV | 4.55 |
| FALMOUTH | 4.52 |
| FARMERS 2 S | 4.06 |
| FLEMINGSBURG 2 N | 4.75 |
| FRANKFORT LOCK 4 | 4.18 |
| FRANKFORT STATE POLICE | 7.91 |
| GEORGETOWN WATER WORKS | M |
| HECKI LOCK 3 | 4.52 |
| HIGH BRIDGE LOCK 7 | 4.36 |
| KIENE 1 WSW | 3.94 |
| LAGRANGE STATE POLICE | M 2.39 |
| LANCASTER | 6.10 |
| LEXINGTON WSO AIRPORT | 5.02 |
| LOCKPORT LOCK 2 | |
| MAYSVILLE SEWAGE PLANT | M 4.46 |
| MOUNT STERLING 1 NW | M |
| PARIS | 4.89 |
| RICHMOND STATE POLICE | M |
| SHELBYVILLE 1 E | 4.29 |
| SPRINGFIELD | |
| STANFORD | 5.41 |
| WARSAW MARKLAND DAM | 4.97 |
| WILLIAMSTOWN 3 NW | 4.87 |
| EASTERN | |
| ASHLAND STATE POLICE | 4.41 |
| BARBOURVILLE | 3.70 |
| BAXTER | 3.22 |
| BIG CREEK | 4.66 |
| BLACKMONT | 3.08 |
| BUCKHORN LAKE | 4.43 |
| BURDINE 2 NE | 4.25 |
| CASH FORK 1 W | 5.07 |
| CLAY CITY WATER WORKS | 4.85 |
| CLOSPLINT 4 ESE | 5.11 |
| CUMBERLAND 2 | 4.18 |
| FEDSCREEK 1 SE | 4.23 |
| FISHTRAP LAKE | 4.23 |
| FOURMILE KY UTIL PARK | 3.89 |
| FRENCHBURG 2 W | 4.77 |
| GRAY HAWK | |
| GRAYSON 3 SW | 3.93 |
| GRAYSON LAKE | 3.71 |

SEE REFERENCE NOTES FOLLOWING STATION INDEX

KYOSME0033

# DAILY TEMPERATURES (°F)

**KENTUCKY — MARCH 1952**

## DAY OF MONTH

| STATION | OBS. TIME | MAX/MIN | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | AVERAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **KENTUCKY** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **WESTERN** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BARDWELL 2 E | 01 | MAX / MIN / OBS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BEAVER DAM | | MAX / MIN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GILBERTSVILLE KY DAM | | MAX / MIN / OBS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GOLDEN POND 0 N | | MAX / MIN / OBS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HENDERSON 7 SSW | | MAX / MIN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HOPKINSVILLE | | MAX / MIN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| LOVELACEVILLE | | MAX / MIN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MADISONVILLE | | MAX / MIN / OBS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MAYFIELD RADIO WNGO | | MAX / MIN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MURRAY | | MAX / MIN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OWENSBORO 3 W | | MAX / MIN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PADUCAH WSO | | MAX / MIN / OBS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PADUCAH SEWAGE PLANT | | MAX / MIN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PRINCETON 1 SE | | MAX / MIN / OBS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PROVIDENCE | | MAX / MIN / OBS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ROCHESTER FERRY | | MAX / MIN / OBS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RUSSELLVILLE | | MAX / MIN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **CENTRAL** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BARDSTOWN 5 E | 02 | MAX / MIN / OBS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BARREN RIVER LAKE | | MAX / MIN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BERNHEIM FOREST | | MAX / MIN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

SEE REFERENCE NOTES FOLLOWING STATION INDEX

B

KYOSME0034

DAILY TEMPERATURES (°F)

DAY OF MONTH

KENTUCKY
MARCH 1992

AVERAGE

STATION | MAX/MIN | TIME

BOWLING GREEN FAA AP
BRADFORDSVILLE
ELIZABETHTOWN WP 2
GLASGOW WKWY
GREENSBURG
HARDINSBURG 2 SE
HODGENVILLE-LINCOLN NP
JAMESTOWN 3 N
LEITCHFIELD 2 N
LOUISVILLE WSFO
MAMMOTH CAVE PARK
NOLIN RIVER LAKE
ROUGH RIVER DAM
SCOTTSVILLE 3 SSW
SUMMER SHADE
BLUE GRASS
BEREA COLLEGE
CARROLLTON LOCK 1
COVINGTON WSO AIRPORT
CRAB ORCHARD 6 N
CYNTHIANA

SEE REFERENCE NOTES FOLLOWING STATION INDEX

# DAILY SOIL TEMPERATURES

**KENTUCKY MARCH 1992**

STATION — DEPTH (IN) — TIME — DAY OF MONTH (1–31) — AVERAGE

Stations:

- KENTUCKY WESTERN — HENDERSON 7 SSW — 01
- MAYFIELD RADIO NNGO
- PRINCETON 1 SE — 02
- CENTRAL — BARDSTOWN 5 E
- GLASGOW NKAY — 03
- HARDINSBURG 2 SE
- BLUE GRASS — BEREA COLLEGE
- WILLIAMSTOWN 3 NW
- EASTERN — CUMBERLAND GAP PARK — 04
- GRAYSON 2 E
- QUICKSAND
- SOMERSET 2 N

Depths: 4 IN, 20 IN — TIME: MAX / MIN

---

SOIL TYPE

- PEMBROKE SILT LOAM
- BYTINGTON SILT LOAM
- DICKSON SILT LOAM
- STENDAL SILT LOAM
- SILTY CLAY LOAM / FILL LOAM
- STENDAL CLAY LOAM
- TRSIF SILT LOAM
- SADLER SILT LOAM

SOIL COVER

- CLIPPED FESCUE SOD
- CLIPPED PASTURE
- FESCUE PASTURE
- THICK STAND OF CLIPPED FESCUE
- BLUEGRASS WEEDS
- THIN CLIPPED FESCUE
- BLUEGRASS AND FESCUE SOD

SLOPE

- 0% TO S
- 0% TO N
- 0% TO W
- 8% TO S
- 0% TO S
- 0–2% TO S

UNITS: F

SEE REFERENCE NOTES FOLLOWING STATION INDEX

12

STATION NAME
- BARDSTOWN
- BEREA COLLEGE
- CUMBERLAND GAP PARK 2 SSW
- CUMBERLAND GAP PARK
- GLASGOW NKAY
- GRAYSON
- GREENVILLE
- HARDINSBURG 2 SE

KYOSME0036

# SNOWFALL AND SNOW ON GROUND (INCHES)

KENTUCKY
MARCH 1992

## DAY OF MONTH

| STATION | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **KENTUCKY** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **WESTERN** 01 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BARDWELL 2 E | SNOWFALL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | SN ON GND | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BUFORD | SNOWFALL | | | | | | | | | T | | T | T | | 1.0 | T | T | | | | | | | | | | | | | | | |
| | SN ON GND | | | | | | | | | T | | T | T | | T | T | | | | | | | | | | | | | | | | |
| CALHOUN LOCK 2 | SNOWFALL | | | | | | | | | | | T | | | 1.5 | | | | | | | | | | | | | | | | | |
| | SN ON GND | | | | | | | | | | | T | | T | - | T | | | | | | | | | | | | | | | | |
| CANTON 2 SE | SNOWFALL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | SN ON GND | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CUBB | SNOWFALL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | SN ON GND | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DAWSON SPRINGS | SNOWFALL | | | | | | | | | | | - | | T | T | T | | | | | | | | | | | | | | | | |
| | SN ON GND | | | | | | | | | | | .5 | | - | | - | | | | | | | | | | | | | | | | |
| DUNMOR | SNOWFALL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | SN ON GND | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HENDERSON 7 SSW | SNOWFALL | | | | | | | | | .3 | | T | .5 | - | 1.0 | | | T | | | | | | | | | | | | | | |
| | SN ON GND | | | | | | | | | T | | T | - | - | T | | | | | | | | | | | | | | | | | |
| LOVELACEVILLE | SNOWFALL | | | | | | | | | T | | | | | | | | | | | | | | | | | | | | | | |
| | SN ON GND | | | | | | | | | T | | | T | - | T | | | | | | | | | | | | | | | | | |
| MADISONVILLE | SNOWFALL | | | | | | | | | T | | T | T | - | T | T | | | | | | | | | | | | | | | | |
| | SN ON GND | | | | | | | | | T | | - | T | - | T | T | | | | | | | | | | | | | | | | |
| PADUCAH WSO | SNOWFALL | | | | | | | | | T | | T | T | | | | | | | | | | | | | | | | | | | |
| | SN ON GND | | | | | | | | | T | | T | T | - | T | T | | | | | | | | | | | | | | | | |
| | WTR EQUIV | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PADUCAH SEWAGE PLANT | SNOWFALL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | SN ON GND | | | | | | | | | | | | 1.0 | - | T | | | | | | | | | | | | | | | | | |
| PRINCETON 1 SE | SNOWFALL | | | | | | | | | .5 | | | | - | T | | | | | | | | | | | | | | | | | |
| | SN ON GND | | | | | | | | | | | | | - | T | | | | | | | | | | | | | | | | | |
| **CENTRAL** 02 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BARDSTOWN 5 E | SNOWFALL | | | | | | | | | 1.0 | | 1.0 | T | - | T | 1.0 | T | | T | | | | | | | | | | | | | |
| | SN ON GND | | | | | | | | | T | | T | T | - | T | T | | | | | | | | | | | | | | | | |
| BARREN RIVER LAKE | SNOWFALL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | SN ON GND | | | | | | | | | | | | T | T | T | | | | | | | | | | | | | | | | | |
| BERNHEIM FOREST | SNOWFALL | | | | | | | | | T | | T | T | - | T | T | | | | | | | | | | | | | | | | |
| | SN ON GND | | | | | | | | | | | T | T | - | T | | | | | | | | | | | | | | | | | |
| BOWLING GREEN | SNOWFALL | | | | | | | | | T | | 1.0 | T | T | 1.0 | | | | | | | | | | | | | | | | | |
| | SN ON GND | | | | | | T | | | T | | T | T | - | T | | | | | | | | | | | | | | | | | |
| BOWLING GREEN FAA AP | SNOWFALL | | | | | | | | | T | | .3 | T | .6 | 4 | | | | | | | | | | | | | | | | | |
| | SN ON GND | | | | | | | | | T | | 1 | T | 1 | .3 | .5 | T | | | | | | | | | | | | | | | |
| BRADFORDSVILLE | SNOWFALL | | | | | | | | | | | | | 6 | 3 | T | | | | | | | | | | | | | | | | | |
| | SN ON GND | | | | | | | | | T | | 1 | T | .5 | 2.8 | - | | | | | | | | | | | | | | | | |
| CANEYVILLE 1 W | SNOWFALL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | SN ON GND | | | | | | | | | | | .1 | - | - | .3 | - | | | | | | | | | | | | | | | | |
| JAMESTOWN 3 N | SNOWFALL | | | | | | | | | | | | | 2.0 | | | | | | | | | | | | | | | | | | |
| | SN ON GND | | | | | | T | | | T | | T | .2 | - | - | - | | | | | | | | | | | | | | | | |
| LOUISVILLE WSFO | SNOWFALL | | | | | | | | | .3 | | T | .2 | - | .4 | T | | | | | | | | | | | | | | | | |
| | SN ON GND | | | | | | | | | T | | T | - | - | .4 | 1 | | | I | | | | T | | | | | | | | | |
| | WTR EQUIV | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

SNOWFALL: INCLUDES SNOW AND ICE. VALUES FOR NWS STATIONS (-) INDEX NOTE1: ARE MID-MID MLS1I.
SNOW ON GROUND: INCLUDES SLEET ICE AND HAIL. VALUES FOR NWS STATIONS (-) INDEX NOTE1: ARE OBSERVED AT 0000 UTC (GMT).
WATER EQUIVALENT: GIVEN FOR NWS STATIONS (-) INDEX NOTE1. (T INDICATES TRACE.)
SEE REFERENCE NOTES FOLLOWING STATION INDEX.

14



KYOSME0038



# CLIMATOLOGICAL DATA
## KENTUCKY
### APRIL 1992
### VOLUME 87 NUMBER 4

ISSN 0145-0433

MONTHLY PRECIPITATION DEPARTURE FROM
INDIVIDUAL STATION NORMALS (1951–1980)

| | |
|---|---|
| M | INCOMPLETE DATA FOR THE MONTH |
| ° | EXACTLY NORMAL |
| ∘∘○◯ | 5,10,20...50% OR MORE BELOW NORMAL |
| •∘●◍ | 10,20,40...100% OR MORE ABOVE NORMAL |



CIRCLE DIAMETER IS PROPORTIONAL TO DEPARTURE ON A CONTINUOUS SCALE

"I CERTIFY THAT THIS IS AN OFFICIAL PUBLICATION OF THE NATIONAL OCEANIC AND ATMOSPHERIC
ADMINISTRATION (NOAA). IT IS COMPILED USING INFORMATION FROM WEATHER OBSERVING SITES
SUPERVISED BY NOAA/NATIONAL WEATHER SERVICE AND RECEIVED AT THE NATIONAL CLIMATIC DATA
CENTER (NCDC), ASHEVILLE, NORTH CAROLINA 28801."

*Kenneth D. Hadeen*

DIRECTOR, NATIONAL CLIMATIC DATA CENTER

# noaa

| NATIONAL | NATIONAL | NATIONAL |
|---|---|---|
| OCEANIC AND | ENVIRONMENTAL SATELLITE, DATA | CLIMATIC DATA CENTER |
| ATMOSPHERIC ADMINISTRATION | AND INFORMATION SERVICE | ASHEVILLE NORTH CAROLINA |

KYOSME0039

# DAILY PRECIPITATION (INCHES)

## KENTUCKY APRIL 1982

### DAY OF MONTH

| STATION | TOTAL |
|---|---|
| **KENTUCKY** | |
| **WESTERN** 01 | |
| BARDWELL 2 E | 2.47 |
| BEAVER DAM | 1.54 |
| BUFORD | 1.91 |
| CADIZ | 1.77 |
| CALHOUN LOCK 2 | .87 |
| CANTON 2 SE | 1.67 |
| COBB | 1.41 |
| COLUMBUS | 1.81 |
| DAWSON SPRINGS | 1.27 |
| DUNDEE | 1.99 |
| DUNMOR | 1.18 |
| ELKTON 5 E | 1.26 |
| FRANKLIN 1 E | 1.52 |
| GILBERTSVILLE KY DAM | 1.91 |
| GOLDEN POND 8 N | 2.07 |
| HENDERSON 7 SSW | 1.90 |
| HENDERSON STATE POLICE | 1.96 |
| HOPKINSVILLE | M |
| LOVELACEVILLE | 2.16 |
| MADISONVILLE 1 SE | 1.80 |
| MADISONVILLE ST POLICE | 2.36 |
| MARION 1 NE | 2.07 |
| MAYFIELD RADIO WKYQ | 1.93 |
| MAYFIELD STATE POLICE | 1.91 |
| MURRAY | 2.19 |
| PADUCAH WSO 3 H | 2.72 |
| PADUCAH SEWAGE PLANT | 2.07 |
| PARADISE STEAM PLANT | 1.91 |
| PRINCETON 1 SE | 1.57 |
| PROVIDENCE | 1.64 |
| ROCKPORT LOCK/DAM FERRY | 3.00 |
| RUSSELLVILLE | M |
| SEBREE 1 E | 1.27 |
| **CENTRAL** 02 | |
| ABERDEEN | 2.20 |
| ALBANY R N | 1.81 |
| BARDSTOWN 5 E | 1.72 |
| BARREN RIVER LAKE | 2.00 |
| BERNHEIM FOREST | 1.70 |
| BOSTON 4 SW | 1.59 |
| BOWLING GREEN | 1.09 |
| BOWLING GREEN SI PRL | 1.08 |
| BOWLING GREEN FAA AP | 1.20 |
| BRADFORDSVILLE | 1.91 |
| BURKESVILLE 2 H | M |
| CANEYVILLE 1 H | 1.27 |
| CAVE CITY 4 E | 1.56 |
| COLUMBIA STATE POLICE | 1.62 |
| ELIZABETHTOWN KSP PST 4 | 1.58 |
| ELIZABETHTOWN HP 2 | 1.74 |
| GLASGOW WKAY | 2.21 |
| GLENDALE | 1.72 |
| GREENSBURG | 1.77 |
| GREENSBURG HIGHWAY 61 | 1.76 |
| HARDINSBURG 2 SE | 1.74 |
| HODGENVILLE LINCOLN HP | 1.34 |
| JAMESTOWN 3 N | 1.51 |
| (LITCHFIELD 2 N) | M |
| LISBON | 2.12 |
| LOUISVILLE WSFO | M |

SEE REFERENCE NOTES FOLLOWING STATION INDEX

# DAILY PRECIPITATION (INCHES)

KENTUCKY
APRIL 1992

## DAY OF MONTH

| STATION | TOTAL | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LOUISVILLE CMPER GAGE | 2.12 | | | | .04 | | | | | | | | | | | | .41 | .05 | | | | | .03 | | | | | | | | | | |
| HARRISON CAVE PARK | T | | | | | | | | | | | | | | | | | | | | | | | | | | | | .17 | | .03 | |
| NOLIN RIVER LAKE | 1.40 | | .04 | | | .05 | | | | | | | | | | | 1.05 | | | | .08 | .32 | .03 | | | | .07 | | .11 | | | |
| ROUGH RIVER DAM | 1.47 | | .07 | | | | | .06 | | | | | | | .02 | | | | .53 | .06 | .30 | .26 | | | | | | .10 | | | .12 | |
| SCOTTSVILLE 3 SSW | 1.54 | .10 | | | | | | .10 | | | | | | | | | | .05 | .16 | | .36 | .40 | .05 | | | | | .17 | .18 | | .15 | |
| SHEPHERDSVILLE | 1.52 | | | | .07 | | | .10 | .02 | | | | | .22 | | | .47 | .67 | .93 | T | .03 | .75 | .20 | | | | .06 | .08 | .18 | | .19 | |
| SUMMER SHADE | 2.06 | | | | | | | .09 | .07 | | | | | | | | T | .23 | .52 | .39 | .30 | .26 | | | | | .03 | .05 | .16 | | .15 | |
| TOMPKINSVILLE 9 NW | 2.71 | .01 | | | | | | | | | | | | | | | | .24 | | T | .33 | | .26 | | | | .23 | .23 | | .02 | .25 | |
| MOROGRAM | 1.40 | | | | | | | | | | .21 | | | | | | .07 | | | | | | | | | | | | | | | | |
| BLUE GRASS | 1.48 | .08 | | | | | | | | | | | | | | | | | | | | .47 | | | | | | | | | | | |
| BEREA COLLEGE | M | | | | | | | | | | | | | | .05 | | | | | | | | | | | | | | | | | | |
| BEREA | .84 | M | | | | | | | | | | | | | | .12 | .13 | .24 | .05 | T | | .02 | | | | | | .23 | .44 | | | |
| BLUE LICK SPRINGS | 1.79 | .04 | | | | .27 | | | | | | | | | | | .13 | .05 | .45 | | .07 | .62 | .02 | | | .08 | .03 | .05 | .15 | | | |
| CAMPBELLSVILLE | .71 | .04 | .07 | | | | .01 | | | | | | .02 | | | | .45 | .15 | | | .13 | .62 | .25 | | | | .06 | .05 | .16 | | .12 | |
| COVINGTON WSO AIRPORT | 2.76 | .05 | | | | | | | | .71 | | | | | | .47 | | .01 | | .02 | .47 | .40 | | | .10 | | .03 | .30 | .47 | | .12 | |
| CORN ORCHARD 6 N | T | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CRESTWOOD M E | 3.30 | .06 | .41 | | | | | .20 | .18 | | | .12 | .26 | | | .19 | .95 | .02 | .03 | .02 | .21 | .59 | .20 | | | .02 | .01 | | .23 | | .12 | |
| CYNTHIANA | 2.71 | .06 | | | | | | .01 | | | .92 | | | | | .06 | .09 | .24 | .70 | .39 | .30 | .40 | .16 | | | | | | .44 | | .15 | |
| DANVILLE | T | .05 | | | | | | | | T | .15 | | | | | .05 | .06 | .45 | .02 | .20 | .25 | .05 | .18 | | | .05 | .04 | | .27 | | .19 | |
| DIX DAM | .71 | | .04 | | | | | | | | | | | | | | .68 | .01 | .21 | .20 | .22 | .16 | .31 | | | | | | .30 | | .19 | |
| DRY RIDGE ASP POST 6 | 2.50 | | .05 | | | | | | | | .15 | | | .03 | | .04 | .45 | .01 | .01 | | | | .06 | | | | | | .31 | | .19 | |
| EASTERN KENTUCKY UNIV | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FALMOUTH | 2.37 | .10 | | | | | | | | | | | .03 | | | | .83 | .03 | .80 | .02 | .24 | .47 | .05 | | | .03 | | | .40 | | | |
| FARMERS 2 S | 2.71 | .03 | | | | | | .10 | | .10 | | | .01 | | | | .41 | .05 | .70 | | .24 | .02 | .09 | | | | .21 | | .05 | | | |
| FLEMINGSBURG 2 M | 2.32 | .04 | | | | | | | | | | | | | | | .48 | .14 | .50 | | .04 | .44 | .05 | | | | | | .45 | | | |
| FRANKFORT LOCK 4 | 2.36 | .05 | | | | | .13 | | | .10 | .45 | | | | | | .68 | .03 | .21 | .12 | .17 | .41 | .12 | | .01 | | .03 | .04 | .31 | | .03 | |
| FRANKFORT STATE POLICE | 3.22 | | .10 | | .04 | | | | | | | | | | | | | .80 | | .02 | .30 | .05 | | | | .05 | | | | | | |
| GEORGETOWN WATER WORKS | 3.03 | .03 | | | | .04 | | | | | | | .03 | | | | .63 | .70 | .59 | .24 | .05 | .03 | | | | .02 | | .06 | | | |
| SHELBYVILLE L E | 0.61 | | .04 | | .12 | .08 | | | | | | | .05 | | .06 | | .04 | .04 | .01 | | .18 | .42 | .04 | | | | | | .13 | | | |
| HIGH BRIDGE LOCK 7 | 1.54 | | .07 | | .04 | | | | | | | | | | | | .09 | .30 | .44 | | .24 | .64 | .08 | | | | | | | | | |
| KEENE 1 WSW | 1.38 | .04 | | .03 | | | | | | | | | | | | | | | | | .24 | .22 | | | | | | | | | | |
| LAGRANGE STATE POLICE | M | 3.15 | | | | | | | | | | | | | | | | .21 | | .35 | .11 | .30 | .44 | | | | .44 | .12 | | | | |
| LANCASTER | .43 | .05 | | | | | .02 | | | .03 | | | | | | .15 | .07 | .07 | .38 | | .50 | .61 | .14 | .14 | | | | | | | .07 | |
| LEXINGTON WSO AIRPORT | 2.11 | .03 | | | | | | | | .10 | .41 | | | | | .16 | .48 | .04 | .30 | | .16 | .41 | .01 | | | | .05 | .04 | .43 | | .03 | |
| LOCKPORT LOCK 2 | 2.32 | .04 | | | .29 | | | | | | | | .20 | | | | .14 | .04 | .40 | | .17 | .39 | | .08 | | | | | .04 | | | |
| MAYSVILLE SEWAGE PLANT | 2.70 | .06 | | | | | .15 | | | .10 | .45 | | | | | .05 | .32 | .32 | .42 | .12 | | .41 | .31 | | | | .05 | .07 | .12 | | | |
| MOUNT STERLING 1 NW | .30 | .17 | | | .22 | | | .08 | .11 | | | .07 | | | .04 | | .21 | .22 | .45 | | .32 | .72 | .55 | | | .05 | .05 | .48 | .11 | .03 | | |
| PARIS | 2.85 | .05 | | | .12 | | | .09 | .12 | | | .11 | | | | | .99 | .45 | | | .18 | .49 | .90 | | | .02 | .02 | .15 | .10 | | | |
| RICHMOND STATE POLICE | 1.42 | | | .01 | | | | .05 | .05 | | | | | | | .06 | | | | | | .43 | .82 | | | | | | .30 | | | |
| SHELBYVILLE L E | 1.54 | .04 | | | | | | | .12 | | | | .02 | | | | .14 | | .17 | | .14 | .64 | .64 | .08 | | .13 | .01 | | | | | |
| SPRINGFIELD | 1.53 | | .05 | | .01 | | | | | | .41 | | | | | | .33 | .38 | | | .24 | .42 | | .01 | | .22 | .05 | | .06 | .01 | | |
| STANFORD | 1.41 | .01 | | | | .02 | | | | .01 | | .13 | | | .15 | .03 | .09 | | .63 | | .17 | | .14 | | | | .05 | .18 | .12 | | | |
| HARROW MARKLAND DAM | 3.08 | .01 | .11 | | .16 | .07 | | | .39 | .03 | .41 | .26 | .44 | | | .03 | | .11 | .77 | T | .44 | | | | | .05 | .02 | .07 | .44 | | .02 | |
| MILL LIMESTONE 3 NW | 4.02 | .07 | .12 | | | | | | | | | | | | .15 | .03 | .34 | | | | .24 | .42 | .01 | | | | | | .02 | | | |
| EASTERN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ASHLAND | 2.18 | .20 | | .10 | | .23 | | .68 | | .01 | | | | | .15 | .04 | | .63 | | | .41 | | .37 | | | | .03 | .08 | .03 | | .01 | |
| ASHLAND STATE POLICE | 2.46 | .04 | | | | .74 | | .39 | | | | | | | | | | .45 | | .05 | .08 | | .90 | | | | | .07 | .04 | | | |
| BARBOURVILLE | 2.33 | | .10 | | | .10 | | .08 | .11 | | | .07 | .42 | | | | .22 | .48 | .26 | | .06 | .17 | .22 | | | .16 | .02 | | .33 | | | |
| BAXTER | 2.23 | | .04 | | | .18 | | .09 | .12 | | | .13 | .10 | | .04 | | .45 | .77 | | | .05 | .10 | .80 | | | .16 | .12 | | .35 | | | |
| BIG CREEK | 2.20 | | .10 | | | | | | .05 | | | .05 | | | | | | .22 | | | .02 | .62 | .60 | | | .28 | .14 | | .30 | | | |
| BLACKEY 1 NW | M | | .15 | | | .05 | | .05 | .14 | | | .20 | .05 | | | | .38 | | | .05 | .04 | .44 | .94 | | | .01 | .15 | | .31 | .03 | | |
| BUCHANAN LAKE | 2.42 | | .05 | | .02 | .09 | | .04 | .12 | .01 | | .02 | | | | | | .15 | .35 | | .22 | .17 | | .02 | | | .05 | .03 | .36 | | | |
| BURDINE 2 NE | 3.60 | .09 | | | | | | | | | | | .09 | | | | .43 | .21 | .68 | | | .04 | 1.30 | | | | | .18 | .39 | | | |
| CARR FORK LAKE | 2.88 | .18 | | | | .12 | | | | | | | | | | .09 | .38 | .16 | .77 | | | .44 | .80 | | .16 | | | .15 | .38 | | | |
| FISH TRAP LAKE | 2.47 | .14 | | | .36 | | | | .14 | .03 | | | .04 | | | | | .38 | | | .15 | .07 | .60 | | | | | .07 | .45 | | | |
| FOURMILE KY UTIL PARK | 2.50 | .10 | | | | .06 | | | | | | | .04 | | | | | | | | .02 | .04 | .94 | | | | | | .39 | | | |
| CLOSPLINT 4 ESE | 2.80 | .22 | | .23 | | | | | .12 | | | .12 | | | | | | .31 | | | .15 | .27 | .18 | .01 | | | .01 | .17 | .22 | | | |
| CUMBERLAND 2 | 2.42 | .04 | | | | .40 | | | | | | | | | | .02 | | | | | .03 | .03 | .13 | | | | | | | | | |
| FIDELITY 1 SE | 1.92 | .23 | | | | | | | | | | | | | | .02 | | | | | | | | | | | | | .22 | | | |
| DALTON 1 NW | M | .04 | | .14 | | | | | | | | | | | | | | | | .01 | | | .14 | | | | | | .14 | | | |
| DALTON 1 NW | 1.47 | .14 | | | | | | | | | | | | | | | | | | | | | .13 | | | | | | | | | |

SEE REFERENCE NOTES FOLLOWING STATION INDEX

6

KYOSME0041

# DAILY TEMPERATURES (°F)

## DAY OF MONTH

KENTUCKY
APRIL 1992

SEE REFERENCE NOTES FOLLOWING STATION INDEX

B

| STATION | MAX/MIN | TIME |
|---|---|---|
| **KENTUCKY** | | |
| **WESTERN** | | |
| BARDWELL 2 E | MAX/MIN | 18 |
| BEAVER DAM | MAX/MIN | 18 |
| GILBERTSVILLE KY DAM | MAX/MIN/OBS | 17 |
| GOLDEN POND B N | MAX/MIN | 08 |
| HENDERSON 7 SSH | MAX/MIN | 18 |
| HOPKINSVILLE | MAX/MIN | 06 |
| LOVELACEVILLE | MAX/MIN | 17 |
| MADISONVILLE 1 SE | MAX/MIN | 17 |
| MAYFIELD RADIO WNGO | MAX/MIN | 17 |
| MURRAY | MAX/MIN | 18 |
| OWENSBORO 3 W | MAX/MIN | MID |
| PADUCAH WSO | MAX/MIN/OBS | 07 |
| PADUCAH SEWAGE PLANT | MAX/MIN | 17 |
| PRINCETON 1 SE | MAX/MIN/OBS | 17 |
| PROVIDENCE | MAX/MIN/OBS | 17 |
| ROCHESTER FERRY | MAX/MIN/OBS | 06 |
| RUSSELLVILLE | MAX/MIN/OBS | 07 |
| **CENTRAL** | | |
| BARDSTOWN 5 E | MAX/MIN/OBS | 18 |
| BARREN RIVER LAKE | MAX/MIN | 07 |
| BERNHEIM FOREST | MAX/MIN | 16 |

# DAILY TEMPERATURES (°F)

## DAY OF MONTH

| STATION | OB. TIME | MAX/MIN | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | AVERAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Station list (left margin):

- BOWLING GREEN FAA AP
- BRADFORDSVILLE
- ELIZABETHTOWN NP 2
- GLASGOW WKAY
- GREENSBURG
- HARDINSBURG 2 SE
- HODGENVILLE-LINCOLN NP
- JAMESTOWN 3 N
- LEITCHFIELD 2 N
- LOUISVILLE WSFO
- MAMMOTH CAVE PARK
- NOLIN RIVER LAKE
- ROUGH RIVER DAM
- SCOTTSVILLE 3 SSW
- SUMMER SHADE
- BLUE GRASS
- BEREA COLLEGE
- CARROLLTON LOCK 1
- COVINGTON WSO AIRPORT
- CRAB ORCHARD 6 N
- CYNTHIANA
- DANVILLE

SEE REFERENCE NOTES FOLLOWING STATION INDEX

9

KYOSME0043

# DAILY SOIL TEMPERATURES

KENTUCKY
APRIL 1982

## STATION

**KENTUCKY WESTERN**
01 — HENDERSON 7 SSW
MAYFIELD RADIO WNGO
PRINCETON 1 SE

**CENTRAL**
02 — BARDSTOWN 5 E
GLASGOW HWY
HARDINSBURG 2 SE

**BLUE GRASS**
03 — BEREA COLLEGE
WILLIAMSTOWN 3 NW

**EASTERN**
04 — CUMBERLAND GAP PARK
GRAYSON 2 E
QUICKSAND
SOMERSET 2 N

SEE REFERENCE NOTES FOLLOWING STATION INDEX

---

SOIL TYPE
PEMBROKE SILT LOAM
DICKSON SILT LOAM
STENDAL SILT LOAM
SILT LOAM FILL
SILT LOAM FILL
SILT LOAM FILL
TILSIT SILT LOAM
SADLER SILT LOAM

SOIL COVER
CLIPPED FESCUE SOD
CLIPPED BLUEGRASS SOD
THICK STAND OF CLIPPED FESCUE
BLUEGRASS SOD
FESCUE SOD
FESCUE AND FESCUE
BLUEGRASS AND FESCUE SOD

SLOPE
0%
0%
3%   TO S
0%   TO N
6%   E
0%
0-2% TO S

UNITS
F
F
F
F
F
F
F

STATION NAME
BARDSTOWN
BEREA COLLEGE
CAMPBELLSVILLE 2 SSW
CUMBERLAND GAP PARK
GRAYSON
GRAYSON 2 NW
GREENVILLE
HARDINSBURG

# SNOWFALL AND SNOW ON GROUND (INCHES)

**KENTUCKY APRIL 1992**

DAY OF MONTH

| STATION | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **KENTUCKY** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **WESTERN** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BUFORD | 01 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HENDERSON 7 SSW | SNOWFALL | T | T | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | SN ON GND | T | T | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PADUCAH WSO | SNOWFALL | T | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | SN ON GND | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | WTR EQUIV | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PRINCETON 1 SE | SNOWFALL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | SN ON GND | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **CENTRAL** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ALBANY 4 N | 02 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BARDSTOWN 5 E | SNOWFALL | T | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | SN ON GND | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BERNHEIM FOREST | SNOWFALL | T | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | SN ON GND | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BRADFORDSVILLE | SNOWFALL | T | T | | T | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | SN ON GND | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| LOUISVILLE WSFO | SNOWFALL | T | 7 | | T | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | SN ON GND | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | WTR EQUIV | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SCOTTSVILLE 3 SSW | SNOWFALL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | SN ON GND | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SUMMER SHADE | SNOWFALL | T | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | SN ON GND | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **BLUE GRASS** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BLUE LICK SPRINGS | 03 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| COVINGTON WSO AIRPORT | SNOWFALL | T | T | | 1.6 | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | SN ON GND | | 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | WTR EQUIV | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CRESTWOOD 8 E | SNOWFALL | T | 1.0 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | SN ON GND | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CYNTHIANA | SNOWFALL | T | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | SN ON GND | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EASTERN KENTUCKY UNIV | SNOWFALL | T | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | SN ON GND | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FRANKFORT LOCK 4 | SNOWFALL | T | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | SN ON GND | T | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| GEST LOCK 3 | SNOWFALL | T | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | SN ON GND | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HIGH BRIDGE LOCK 7 | SNOWFALL | | | .4 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | SN ON GND | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| KEENE 1 WSW | SNOWFALL | T | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | SN ON GND | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

SNOWFALL INCLUDES SNOW AND ICE. VALUES FOR NWS STATIONS (1 INDEX NOTE) ARE MID-MID (1151).
SNOW ON THE GROUND, MELTED SNOW, ICE AND HAIL VALUES FOR NWS STATIONS ARE OBSERVED AT 0800 UTC (GMT).
WATER EQUIVALENT GIVEN FOR NWS STATIONS (J INDEX NOTE) ONLY WHEN SNOW DEPTH IS 2 INCHES OR MORE.
SEE REFERENCE NOTES FOLLOWING STATION INDEX

- 5 -

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

*Sent 8-30-19*

# UNITED STATES DISTRICT COURT
### for the
Western District of Kentucky ▼

*8-13-19*
*Spoke to*
*Andrew will*
*let know*
*if they want*
*us to take*
*Kodachromes*
*to full here.*

JEFFREY DEWAYNE CLARK, et al

*Plaintiff*

v.

LOUISVILLE/JEFFERSON CO. METRO GOVT, et al.

*Defendant*

Civil Action No. 3:17-CV-419-DJH

)
)
)
)
)
)

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:     OFFICE OF THE CHIEF MEDICAL EXAMINER
BINGHAM BUILDING- 1ST FLOOR, 10511 LAGRANGE ROAD, LOUISVILLE, KY 40223

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Attached

| Place: COLEMAN LOCHMILLER AND BOND 2907 RING ROAD, ELIZABETHTOWN, KY 442701 | Date and Time: 08/19/2019 9:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: *8/5/19*

CLERK OF COURT

_____          OR          _____
      *Signature of Clerk or Deputy Clerk*                                    *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*  Meade Co.
_____, who issues or requests this subpoena, are:
Andrew Garverich, Coleman Lochmiller and Bond, 2907 Ring Road, Elizabethtown, KY 42701, agarverich@clblegla.com

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 3:17-CV-419-DJH

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

(1) *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
  (A) within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
  (B) within the state where the person resides, is employed, or regularly transacts business in person, if the person
    (i) is a party or a party's officer; or
    (ii) is commanded to attend a trial and would not incur substantial expense.

(2) *For Other Discovery.* A subpoena may command:
  (A) production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
  (B) inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

(1) *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

(2) *Command to Produce Materials or Permit Inspection.*
  (A) *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
  (B) *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
    (i) At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
    (ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

(3) *Quashing or Modifying a Subpoena.*
  (A) *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
    (i) fails to allow a reasonable time to comply;
    (ii) requires a person to comply beyond the geographical limits specified in Rule 45(c);
    (iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
    (iv) subjects a person to undue burden.
  (B) *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
    (i) disclosing a trade secret or other confidential research, development, or commercial information; or

    (ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
  (C) *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
    (i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
    (ii) ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

(1) *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
  (A) *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
  (B) *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
  (C) *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
  (D) *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

(2) *Claiming Privilege or Protection.*
  (A) *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
    (i) expressly make the claim; and
    (ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
  (B) *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

KYOSME0048

## SUBPOENA ATTACHMENT

A complete photo copy of any and all files, records and other information, including but not limited to any and all photographs and reports that the State Medical Examiner Office has in its possession concerning the death of Rhonda Sue Warford in April of 1992 and the subsequent autopsy that was performed by Dr. George Nichols. Also included in this request is a copy of the log book identifying each and every person that might have handled any physical evidence in relation to the autopsy. The file number created by the Medical Examiner's Office for this autopsy is ME-92-960.

KYOSME0049



— Commonwealth of Kentucky —

# Department of Public Advocacy

100 Fair Oaks Lane • Suite 302 • Frankfort, Kentucky 40601 • (502) 564-8006 • FAX (502) 564-7890

October 28, 1999

Attn: Dr. Tracy Corey Handy
Chief Medical Examiner
Office of the Chief Medical Examiner
810 Barret Ave.
Louisville, KY 40204
(502) 588-5587

Re:   Autopsy Photographs from ME-92-260

Dear Dr. Handy:

John Marcus Jones represents Department of Public Advocacy client Keith Hardin.
He formally requests copies of autopsy photographs taken for Rhonda Warford. The
autopsy took place on April 5, 1992 and approximately 15 photographs of the
procedure were taken. The cost for each photograph reprint is five dollars ($5.00)
for a total cost of seventy-five dollars ($75.00). A check for the amount written to
the Jefferson County Treasurer was mailed by the Department of Public Advocacy.
Please feel free to contact John Marcus Jones if you have any questions.

Sincerely,

*Marguerite N. Thomas*

Marguerite N. Thomas
Supervising Attorney

*John Marcus Jones*

John Marcus Jones
Assistant Public Advocate

Enclosure


EDUCATION PAYS

An Equal Opportunity Employer M/F/D



KYOSME0050

Our records show that the check was received by mail by Ms. Jayne T. Tolan in the Human Services Department. The check was mailed 9/7/99. It's voucher number is AD0142259. Please call me if there is any problem.

John Marcum Jr.

LAW OFFICE OF
# LARRY D. SIMON
239 South Fifth Street
The Seventeenth Floor
Louisville, Kentucky 40202-3248
larrysimonlawoffice@gmail.com

TELEPHONE
(502) 589-4566

FACSIMILE
(502) 585-3548

July 3, 2019

*7-24-19
Spoke to Mr. Simon
represents another
Party serving
Subpoena*

Records Supervisor
Office of the Chief Medical Examiner
Commonwealth of Kentucky
10511 LaGrange Road
Louisville, Kentucky 40223

RE:    Rhonda Sue Warford, deceased
       ME-92-260

Dear Sir/Madam:

Pursuant to the Kentucky Open Records Act, this is a request for the following information associated with this file:

(1)    Any pathology report or reports prepared as part of the post-mortem examination, including tissue slides and/or samples if any exist;

(2)    Any temperature data reports for the body of the deceased and the location in which the body was found;

(3)    Autopsy photos and video;

(4)    Crime scene video, if there is any associated with the file;

(5)    Toxicology report for the deceased;

(6)    Results of any examinations or testing of anything pertaining to the deceased after the postmortem examination was concluded, if such exists.

(7)    Copies of any log sheet(s) associated with the file.

For our purposes, it is important that any video or photographic images be of the highest resolution and quality possible. Therefore, we are willing to inspect and make arrangements for copying that category of records through my office.

Sincerely,

Larry D. Simon

/mas

# INVOICE

**Office of the State Medical Examiner**

Bingham Bldg-1st Floor 10511 laGrange Rd
Louisville, KY 40223
Phone 502-489-5209 | Fax 502-489-5213

INVOICE NO.     106
DATE     8/19/2019

TO

Garverich, Coleman, Lockmiller, Bond
ATTN: Andrew Garverich
2907 Ring Road
Elizabethtown, KY 42701
agarverich@klbbond.com

Payable To:

KENTUCKY STATE TREASURER

TERMS

Due on receipt

ME92-260 Warford, R

| UNIT/REGISTRO DESCRIPTION | TOTAL |
|---|---|
| Copy of report | $10.00 |
| | $450.00 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL DUE | $460.00 |

Office Use Only: Date Payment Received:          Check Number:

UPON RECEIPT OF PAYMENT WE WILL PROMPTLY MAIL THE REQUESTED ITEMS

Clark
Meacle Co

/ ATG

KYOSME0053

COLEMAN LOCH-MILLER & BOND
OPERATING ACCOUNT
P.O. BOX 1177
ELIZABETHTOWN, KY 42702-1177

054198

THE CECILIAN BANK
104 E MAIN
CECILIA, KY 42724
73-0463/0839

8/21/2019

PAY TO THE
ORDER OF     Kentucky State Treasurer

$ **460.00

Four Hundred Sixty and 00/100**                                      DOLLARS

Office of the State Medical Examiner
Bingham Bldg., 1st Floor
10511 LaGrange Road
Louisville, KY 40223

AUTHORIZED SIGNATURE

MEMO     Inv. No. 106; Clark v. Meade; Medical Examiner Rep                     MP

⑈054198⑈ ⑆083904631⑆ 3000990 2⑈

Security Features Included ⊡ Details on back.

KYOSME0054



COMMONWEALTH OF KENTUCKY

# DEPARTMENT OF PUBLIC ADVOCACY

KENTUCKY INNOCENCE PROJECT ● 100 Fair Oaks Lane, Suite 301 ● Frankfort, KY 40601
● 502-564-3948

December 19, 2008

*1-12-09*
*Spoke to Gordon*
*informed this would*
*have to pay for photos*
*if one taken.*

Mr. Dan Able
Executive Director
Medical Examiner's Office
Central Laboratory Facility
100 Sower Blvd., Ste 202
Frankfort, KY 40601

Dear Mr. Able:

As pursuant to KRS §61.872, I am writing to request public records. I am requesting the following records, including, but not limited to: the autopsy report, examiner's notes, inventory of tissue, blood, hair or any evidentiary samples collected, documentation of disposition or status of said samples, copies of all photographs taken **prior to** any incisions made by the examiner and any other reports or documentation generated as a result of the autopsy of RHONDA SUE WARFORD (identifying information listed below).

NAME: Rhonda Sue Warford
DATE OF POST MORTEM EXAMINATION: April 5, 1992
EXAMINATION NUMBER: ME-92-260
EXAMINER: Dr. George R. Nichols II

If you need to contact me, I can be reached at (502) 564-3948. Thank you in advance for your assistance with this matter.

Sincerely,

*Gordon Rah*

Gordon W. Rahn
Project Coordinator

CC: file

*1-15-09*
*4m*
*to inform 1 photo*
*& likely unhelpful*
*Call if has*
*Questions*

*1-5-09*
*Spoke to Gordon informed*
*would ask TSC to look @*
*slide & see if one*
*useful for R. Goss →*
*return call.*
*Said would have*
*someone look in*
*archives for photos*

*1-15-09 Spoke to Gordon said*
*don't want matter Closed*



COMMONWEALTH OF KENTUCKY

# DEPARTMENT OF PUBLIC ADVOCACY

100 Fair Oaks Lane • Suite 302 • Frankfort, Kentucky 40601 • (502) 564-8006 • FAX (502) 564-7890

October 25, 1999

Attn: Dr. Tracy Corey Handy
 Chief Medical Examiner
Office of the Chief Medical Examiner
810 Barret Ave.
Louisville, KY 40204
(502) 588-5587

Re:    Autopsy Photographs

Dear Dr. Handy:

I am writing to make sure that you received everything needed for me to get copies
of the autopsy photographs we reviewed with you. It has been some time since I had
contact with you, and I just wanted to make sure that you received everything you
requested. Some of the things that you requested were mailed from different
departments within DPA, so I want to be sure we have done everything properly. If
anything is missing, or you need some additional information, please feel free to
contact me. Thank you again, I look forward to hearing from you.

Sincerely,

John Marcus Jones
Assistant Public Advocate



**EDUCATION
PAYS** • • • • • • • • • • • • • • • •

An Equal Opportunity Employer M/F/D

KYOSME0056



COMMONWEALTH OF KENTUCKY
## OFFICE OF THE ATTORNEY GENERAL

JACK CONWAY
ATTORNEY GENERAL

1024 CAPITAL CENTER DRIVE
SUITE 200
FRANKFORT, KENTUCKY 40601

May 10, 2012

Attn: Mandy
Office of the Kentucky Medical Examiner
810 Barrett Avenue
Louisville, Kentucky 40204

*Faxed*
*S-15-12*

*In re:*    Rhonda Sue Warford, deceased
ME Report No. 92-260

Dear Sir or Madam:

     The Kentucky Attorney General's Office is presently litigating a post conviction relief motion, filed by two Kentucky prisoners, which is being considered by the Kentucky Supreme Court. We have determined that it would be useful to obtain a copy of the above specified Medical Examiner's report.

     Can you please fax a copy of the report to my attention at (502) 696-5533?

Yours very truly,

JACK CONWAY
ATTORNEY GENERAL

*Perry T. Ryan*

Perry T. Ryan
Assistant Attorney General

AN EQUAL OPPORTUNITY EMPLOYER M/F/D



## JUSTICE AND PUBLIC SAFETY CABINET

Steven L. Beshear
Governor

**Office of the Chief Medical Examiner**
Urban Government Center
810 Barret Avenue
Louisville, Kentucky 40204-1702
Phone (502) 852-5587    Fax (502) 852-1767
www.kentucky.gov

J. Michael Brown
Secretary

# FAX TRANSMITTAL

**TO:** Perry, Ryan

**FROM:** mandy

**RE:** Worford

**DATE:** 5-15-12

**NO. PAGES INCLUDING COVER:**

**COMMENTS:**

**IF THIS FAX IS NOT RECEIVED IN ITS ENTIRETY, PLEASE CALL CAROL OR RAMONA AT 852-5587**

KentuckyUnbridledSpirit.com



An Equal Opportunity Employer M/F/D

KYOSME0058

## Transmission Report

| Date/Time | 05-15-2012 | 10:41:41 a.m. | Transmit Header Text | PATHOLOGY |
| Local ID 1 | 502 852 1767 | | Local Name 1 | Pathology |

### This document : Confirmed
### (reduced sample and details below)
### Document size : 8.5"x11"



## JUSTICE AND PUBLIC SAFETY CABINET

Steven L. Beshear
Governor

Office of the Chief Medical Examiner
Urban Government Center
810 Barret Avenue
Louisville, Kentucky 40204-1702
Phone (502) 852-5587    Fax (502) 852-1767
www.kentucky.gov

J. Michael Brown
Secretary

## FAX TRANSMITTAL

To: Perry, Ryan

From: mandy

Re: Worford

Date: 5-15-12

No. Pages including cover:

Comments:

IF THIS FAX IS NOT RECEIVED IN ITS ENTIRETY, PLEASE CALL
CAROL OR RAMONA AT 852-5587

KentuckyUnbridledSpirit.com



An Equal Opportunity Employer M/F/D

Total Pages Scanned : 7          Total Pages Confirmed : 7

| No. | Job | Remote Station | Start Time | Duration | Pages | Line | Mode | Job Type | Results |
|-----|-----|----------------|------------|----------|-------|------|------|----------|---------|
| 001 | 589 | 915026965533,86219 | 10:38:52 a.m. 05-15-2012 | 00:02:07 | 7/7 | 1 | EC | HS | CP14400 |

Abbreviations:
HS: Host send
HR: Host receive
WS: Waiting send

PL: Polled local
PR: Polled remote
MS: Mailbox save

MP: Mailbox print
RP: Report
FF: Fax Forward

CP: Completed
FA: Fail
TU: Terminated by user

TS: Terminated by system
G3: Group 3
EC: Error Correct

KYOSME0059

92-260.

Lungs: atelectasis
Kidney
Liver
Heart:

FINAL
BPD
€9. Negative blood & urine toxicology

OPID
Death in this case IS due to multiple stab wounds.


EGleb. A.

KYOSME0060



**WESTERN
KENTUCKY
UNIVERSITY**

Kentucky Climate Center
Department of Geography
and Geology

Bowling Green, KY 42101
502-745-5983

5 February 1993

Bart Adams
621 W. Main St
Louisville KY 40202

Dear Mr. Adams,

Enclosed are applicable portions of the Climatological Data
for Kentucky for March and April 1992 which include data
from the Brandenburg area.

Sincerely

Glen Conner
State Climatologist for Kentucky

KYOSME0061



MSCO000362



MSCO000363



MSCO000364





MSCO000376



MSCO000377



MSCO000378



MSCO000379



MSCO000380



MSCO000381



MSCO000382



MSCO000383



MSCO000384



MSCO000385



MSCO000386



MSCO000387



MSCO000388



MSCO000389



MSCO000390





MSCO000392



MSCO000393



MSCO000394



MSCO000395



MSCO000396





MSCO000398







MSCO000466





MSCO000468



MSCO000469



MSCO000470



MSCO000471





MSCO000473