




MSCO000483



MSCO000484





MSCO000506





MSCO000508





MSCO000510



MSCO000511





LMPD00813





LMPD00814





LMPD00815

Case 3:17-cv-00419-GNS-CHL   Document 526-7   Filed 11/26/25   Page 14 of 19 PageID #: 66999





LMPD00816





LMPD00817












LMPD00820





LMPD00821