




MSCO000899





MSCO000900



MSCO000901



LMPD00013