

# City of Louisville
## DIVISION OF POLICE
633 W. Jefferson Street • Louisville, KY 40202-2786

JERRY E. ABRAMSON
MAYOR

THOMAS T. KUSTER
Director of Safety

DOUGLAS HAMILTON
Chief of Police

April 5, 1992

|          |                                          |
|----------|------------------------------------------|
| Re:      | Foreign Homicide Investigation           |
| Victim:  | Rhonda Sue Warford W/F/19                |
| Address: | 104  E. Whitney Avenue                    |
| Location:| 9 Miles Southwest of Brandenburg, KY, Off of Kentucky 823, 150 ft. Off of the Highway, at the Edge of a Field |
| Date:    | Sunday, April 5, 1992 (Date PAS Notified) |
| Time:    | 2015 Hours (Time PAS Notified)            |
| Date:    | April 5, 1992 (Date Victim Found)         |
| Time:    | 0730 Hours (Time Victim Found)            |
| File:    | 92070                                     |
| Subject: | Original Notification, Information from Meade County Dispatcher, Tim Livers, Meeting with Meade County Sheriff, Joe Greer and Meade County Coroner Bill Adams, Delivering Death Notification to Family, Supplementary Scene Investigation, and Collecting of Evidence |

Submitted by:  Detective James E. Clark



DEFENDANT'S
EXHIBIT

CASE
NO.3:17-cv-419-GNX

EXHIBIT
NO.   9

Major James W. Griffiths
Commander C.I.S.

An Equal Opportunity Employer

LMPD00337

Major James W. Griffiths
92070
Page 2


Sir:

    On Sunday, April 5, 1992 while in the PAS Office work-
ing on a unrelated matter, I received a telephone call  from
a  male  subject  who identified himself as Tim Livers.  Mr.
Livers went on to elaborate that he  was  a  dispatcher  for
Meade  County.  He went on to explain to me that the City of
Louisville had a missing person on one Rhonda  Sue  Warford.
He  went  on to explain that Ms. Warford's body was found in
their jurisdiction on today's date, in the early part of the
morning.

    At that point, Mr. Livers explained to me  that  Meade
County Sheriff Joe Greer and Meade County Coroner Bill Adams
was  currently  in Louisville, Kentucky.  He went on to ex-
plain to me that Sheriff Greer had requested  that  he  call
our  office  and  request  some assistance in delivering the
death message to the family.  He went on to  explain  to  me
that  the  family  lived at 104 E. Whitney Avenue and that a
positive identification of the body also needed to obtained.

    At that point, Mr. Livers explained to me that he would
contact Sheriff Greer and Coroner Adams and have one of them
contact our office.  I then explained to Mr. Livers that  we
would be glad to assist the Meade County Officials in anyway
possible.   At that point, I noted that Mr. Livers had con-
tacted our office at approximately 2015 Hours with his  ori-
ginal call.

    At approximately  2020 Hours, I received a call from a
male subject who identified himself as Coroner  Bill  Adams.
After  conferring  with Mr. Adams,  it was decided that I,
along with Detective Hope Greer of the PAS would meet  Sher-
iff Greer and Coroner Adams at the 3rd District.

    Consequently,  I,  along with Detective Greer proceeded
to the 3rd District and I noted that we arrived at  approxi-
mately 2050 Hours.

    We  were  met at this location by two W/M's who identi-
fied themselves as Sheriff Joe Greer and Coroner Bill Adams.
We then proceeded to the assembly room of the  3rd  District
where Sheriff Greer and Coroner Adams briefed us on this on-
going investigation.

    Sheriff  Greer went on to explain to us that on today's
date, around 0730 Hours, a male and a  female  went  out  on
Kentucky  Road  823 to look at some property.  Sheriff Greer
stated that the man had to use the restroom so  they  pulled
off the road.  He stated that the man saw what looked like a
mannequin  in  a field.  He stated that the man subsequently

LMPD00338

Major James W. Griffiths
92070
Page 3

went closer and determined this to be a corpse. Sheriff
Greer stated that it was at this point that the male subject
informed the authorities.

In response to questioning, Sheriff Greer explained to
us that the body appeared to be fresh. He stated the victim
was wearing red sweat pants, blue long sleeved shirt, and a
windbreaker. He stated that they found some tire tracks and
a set of keys at the scene. He went on to explain to us
that they found some blood that was covered by some leaves
which could possibly indicate that the victim was killed
where her body was found.

In response to questioning, Sheriff Greer states that
the body was autopsied in Louisville, KY. He stated that
Dr. Nichols performed this autopsy. He stated that Dr.
Nichols' preliminary exam indicated that the victim had been
stabbed eleven (11) times mostly in the chest area. He
stated that none of these wounds located in the front of the
victim's body was fatal. He stated that the fatal stab
wound to be the back of the neck which penetrated the brain
stem. He went on to explain to us that the victim had de-
fensive wounds and that fingernail scrapings were obtained.

In response to questioning, Sheriff Greer explained to
us that Dr. Nichols had stated that the stab wounds to the
chest were initiated from behind. He stated that this indi-
vidual appeared to be right handed and possibly used a hunt-
ing knife.

At that point, after conferring with Sheriff Greer, De-
tective Greer, and Coroner Adams, it was determined that we
would proceed to 104 E. Whitney to deliver the death message
to the family.

It is noted that we arrived at the afore mentioned lo-
cation at approximately 2124 Hours. I also noted that the
Missing Person Report stipulated that the victim's mother's
name was Mary A. Warford.

After knocking on the door and identifying ourselves we
were subsequently introduced to a W/F who stated that she
was Mary A. Warford. Ms. Warford was then taken to a back
bedroom. At that point, I explained to Ms. Warford that a
body had been found in Meade County and had been tenta-
tively identified as her daughter. We then requested that
some family member accompany the sheriff along with the
coroner to 810 Barret Avenue to make a positive identifica-
tion of the body. It is noted that Detective Greer accompa-
nied Sheriff Greer and Coroner Adams to 810 Barret Avenue.
I noted that Ms. Warford did not make the positive ID. Be-

LMPD00339

Major James W. Griffiths
92070
Page 4


cause Ms. Warford was extremely emotionally distraught, the
victim's sister, Michelle Rogers, and a cousin, Jackie
Armstrong, subsequently went and identified the body and a
positive ID was made.

It is noted that when these individuals proceeded with
Detective Greer to 810 Barret Avenue, the following supple-
mentary scene investigation was then conducted.

SCENE INVESTIGATION

Before the supplementary scene investigation was initi-
ated at approximately 2200 Hours, I notified the dispatcher
to have ETU meet me at this location to take pertinent pho-
tographs.   I noted that ETU Technicians Paul Smith, Teresa
Haun, and Jerry Dudgeon showed up a short time later.   A
copy of this ETU report will be obtained and placed in the
file as part of the permanent record.

104 E. Whitney is noted to be located on the South side
of Whitney Avenue.  The numerals 1 0 4, along with the al-
phabet letter "D", are noted to be located on the West side
of the door just above a black mail box.  As you enter the
door, and proceed South, you enter a hallway.  Proceeding
down this hallway, and on the North side of the hallway, is
a bedroom that has been identified as the victim's bedroom.
Evidence was collected from this bedroom and this room will
be described in detail.  The first wall described in this
room will be the North wall.  On the West end of this wall,
and just South of the North wall, is a bed.  This bed is
noted not to be made up and numerous sheets cover this bed.
Continuing East, and East of the bed, is a pair of women's
green shoes.  Just South of these shoes, and on the floor,
is a ashtray.  Continuing East of this ashtray, and on the
floor, is a blue tin container.  Just South of this con-
tainer, and on the floor, are two books.  Just East of this
book, and South of the North wall, is a wooden/brass stand.
On top of this stand are three framed pictures of a young
white male, a framed picture of a adult male, and a ceramic
jewelry box.   Located underneath this stand are numerous
books.  Located behind this stand, is a closet.   On this
closet are numerous wall mounts. Just East of this door, and
on the floor, is a chair.  Located on the back of this chair
is a pair of bluejeans.  Located on the wall, and above this
chair, is a framed picture of a young white male.  Located
on the floor, and just North of the chair previously men-
tioned, is a light colored trash receptacle.   Continuing
East, and East of the chair previously mentioned, is a red
shopping bag.  This will be the last item noted on the North
wall.

LMPD00340

Major James W. Griffiths
92070
Page 5


     The next wall described will be the East wall.  The
first item noted on the East wall, and attached to the wall,
is a large framed brass wall mount which has numerous photo-
graphs located within it.  Below this, and on the wall, is a
cloth wall mount in the shape of a heart.   Just South of
this wall mount, is a large mirror.  Continuing South, and
just South of this mirror, is a wooden wall mount that says
"I love you".   Continuing South, is a window that is noted
to be closed at this time.  A pair of white curtains cover
this window.   Below this window, and just West of the East
wall, is a wooden stand.   Below this stand, is a stuffed
teddy bear and a stuffed doll.  Located on this stand is a
grass flower holder with a yellow unknown flower in it.
Just South of the window previously mentioned, is a calen-
dar.  This will be the last item described on the East wall.

     The next wall described will be the South wall.   The
first item noted on the South wall is a closet.  After open-
ing this closet, numerous purses, shoes, shirts, and pants,
are noted within this closet.  These items all appear to be-
long to a female.  Located just West of this closet, is a
large blue wall mount that shows the outline of the city of
Boston.  Below this, and just North of the South wall, is a
Samsung color television set.  Located on top of this tele-
vision set is a framed picture of two W/F's, a glass desk
mount that says "I love you", a black remote control and a
ceramic teddy bear.  Located just West of this television
set, and on the wall, is a wall mount that says "Corona Ex-
tra Imported Beer from Mexico".  Just West of this, and on
the wall, is a wall mount in the shape of a winged horse.
Continuing West, is the door to this room.  This will be the
last item described on the South wall.

     The last wall described will be the West wall.   It is
noted that a portion of the bed previously mentioned, is lo-
cated just East of the West wall.  Located above this bed,
is framed picture of a outdoor scene.   These are the only
items noted at this time on the West wall.

     At that point, and after terminating the supplementary
scene investigation, I met with ETU Technician Paul Smith
and the following items were then collected: One book ti-
tled "Pet Cemetery", one book titled "The Scream", one pho-
tograph of a W/M that is in a framed holder in the shape of
a heart, one blue, metal, first aide container with the
wordings "Rhonda's Things" on it, one pamphlet, one photo-
graph with two W/M's and a W/F and a small child in it, one
blue folder, one yellow note pad with handwriting on it, one
white and brown purse, one small "Holy Bible", one white and
blue wallet, one miniature photo album, one binder full of
poems, and Meade notebook.  It should be noted that the blue

Major James W. Griffiths
92070
Page 6


metal container that is previously mentioned  contained  numerous  papers, an Official Kentucky Driver's Manual, a photograph of a W/M and a W/F, a pencil, a electrical  plug,  a photograph  of a W/M in a tuxedo, a photograph of two W/F's, and numerous hand-written notes.

I also noted that the white and brown purse  contained numerous  hand-written  notes, numerous personal papers, one "Bic" ink pen, three pennies, and numerous receipts.

The billfold was noted to contain a  license,  numerous personal  cards,  ticket  stubs, a small piece of paper that said Marie - 368-2356, and numerous photographs of children.

After collecting these items, and after conferring with other PAS Detectives I then proceeded back to the PAS Office to assist in the paperwork in the above styled case.

It is noted that ICN MC4-92-093 is the Meade County report number.   Physical Assault File #92070  was  opened  to cover this matter.

The investigation into the above styled case is continuing.

Respectfully submitted,

*James E. Clark*

Detective James E. Clark
Physical Assault Squad
Criminal Investigation Section

kk



# City of Louisville
### DIVISION OF POLICE
633 W. Jefferson Street • Louisville, KY 40202-2786

JERRY E. ABRAMSON
MAYOR

THOMAS T. KUSTER
Director of Safety

DOUGLAS HAMILTON
Chief of Police

April 5, 1992

```
         Re:   Foreign Homicide Investigation
      Victim:  Rhonda Sue Warford W/F/19
     Address:  104  E. Whitney Avenue
    Location:  9 Miles Southwest of Brandenburg,
               KY, Off of Kentucky 823, 150 ft.
               Off of the Highway, at the Edge
               of a Field
        Date:  Sunday, April 5, 1992
               (Date PAS Notified)
        Time:  2015 Hours (Time PAS Notified)
        Date:  April 5, 1992 (Date Victim Found)
        Time:  0730 Hours (Time Victim Found)

        File:  92070

     Subject:  Original Notification, Information
               from Meade County Dispatcher, Tim
               Livers, Meeting with Meade County
               Sheriff, Joe Greer and Meade County
               Coroner Bill Adams, Delivering
               Death Notification to Family,
               Supplementary Scene Investigation,
               and Collecting of Evidence

Submitted by:  Detective James E. Clark
```

Major James W. Griffiths
Commander C.I.S.

An Equal Opportunity Employer

LMPD00343

Major James W. Griffiths
92070
Page 2


Sir:

On Sunday, April 5, 1992 while in the PAS Office work-
ing on a unrelated matter, I received a telephone call from
a male subject who identified himself as Tim Livers. Mr.
Livers went on to elaborate that he was a dispatcher for
Meade County. He went on to explain to me that the City of
Louisville had a missing person on one Rhonda Sue Warford.
He went on to explain that Ms. Warford's body was found in
their jurisdiction on today's date, in the early part of the
morning.

At that point, Mr. Livers explained to me that Meade
County Sheriff Joe Greer and Meade County Coroner Bill Adams
was currently in Louisville, Kentucky. He went on to ex-
plain to me that Sheriff Greer had requested that he call
our office and request some assistance in delivering the
death message to the family. He went on to explain to me
that the family lived at 104 E. Whitney Avenue and that a
positive identification of the body also needed to obtained.

At that point, Mr. Livers explained to me that he would
contact Sheriff Greer and Coroner Adams and have one of them
contact our office. I then explained to Mr. Livers that we
would be glad to assist the Meade County Officials in anyway
possible. At that point, I noted that Mr. Livers had con-
tacted our office at approximately 2015 Hours with his ori-
ginal call.

At approximately 2020 Hours, I received a call from a
male subject who identified himself as Coroner Bill Adams.
After conferring with Mr. Adams, it was decided that I,
along with Detective Hope Greer of the PAS would meet Sher-
iff Greer and Coroner Adams at the 3rd District.

Consequently, I, along with Detective Greer proceeded
to the 3rd District and I noted that we arrived at approxi-
mately 2050 Hours.

We were met at this location by two W/M's who identi-
fied themselves as Sheriff Joe Greer and Coroner Bill Adams.
We then proceeded to the assembly room of the 3rd District
where Sheriff Greer and Coroner Adams briefed us on this on-
going investigation.

Sheriff Greer went on to explain to us that on today's
date, around 0730 Hours, a male and a female went out on
Kentucky Road 823 to look at some property. Sheriff Greer
stated that the man had to use the restroom so they pulled
off the road. He stated that the man saw what looked like a
mannequin in a field. He stated that the man subsequently

Major James W. Griffiths
92070
Page 3

went closer and determined this to be a corpse. Sheriff
Greer stated that it was at this point that the male subject
informed the authorities.

In response to questioning, Sheriff Greer explained to
us that the body appeared to be fresh. He stated the victim
was wearing red sweat pants, blue long sleeved shirt, and a
windbreaker. He stated that they found some tire tracks and
a set of keys at the scene. He went on to explain to us
that they found some blood that was covered by some leaves
which could possibly indicate that the victim was killed
where her body was found.

In response to questioning, Sheriff Greer states that
the body was autopsied in Louisville, KY. He stated that
Dr. Nichols performed this autopsy. He stated that Dr.
Nichols' preliminary exam indicated that the victim had been
stabbed eleven (11) times mostly in the chest area. He
stated that none of these wounds located in the front of the
victim's body was fatal. He stated that the fatal stab
wound to be the back of the neck which penetrated the brain
stem. He went on to explain to us that the victim had de-
fensive wounds and that fingernail scrapings were obtained.

In response to questioning, Sheriff Greer explained to
us that Dr. Nichols had stated that the stab wounds to the
chest were initiated from behind. He stated that this indi-
vidual appeared to be right handed and possibly used a hunt-
ing knife.

At that point, after conferring with Sheriff Greer, De-
tective Greer, and Coroner Adams, it was determined that we
would proceed to 104 E. Whitney to deliver the death message
to the family.

It is noted that we arrived at the afore mentioned lo-
cation at approximately 2124 Hours. I also noted that the
Missing Person Report stipulated that the victim's mother's
name was Mary A. Warford.

After knocking on the door and identifying ourselves we
were subsequently introduced to a W/F who stated that she
was Mary A. Warford. Ms. Warford was then taken to a back
bedroom. At that point, I explained to Ms. Warford that a
body had been found in Meade County and had been tenta-
tively identified as her daughter. We then requested that
some family member accompany the sheriff along with the
coroner to 810 Barret Avenue to make a positive identifica-
tion of the body. It is noted that Detective Greer accompa-
nied Sheriff Greer and Coroner Adams to 810 Barret Avenue.
I noted that Ms. Warford did not make the positive ID. Be-

Major James W. Griffiths
92070
Page 4


cause Ms. Warford was extremely emotionally distraught, the
victim's sister, Michelle Rogers, and a cousin, Jackie
Armstrong, subsequently went and identified the body and a
positive ID was made.

It is noted that when these individuals proceeded with
Detective Greer to 810 Barret Avenue, the following supple-
mentary scene investigation was then conducted.

SCENE INVESTIGATION

Before the supplementary scene investigation was initi-
ated at approximately 2200 Hours, I notified the dispatcher
to have ETU meet me at this location to take pertinent pho-
tographs. I noted that ETU Technicians Paul Smith, Teresa
Haun, and Jerry Dudgeon showed up a short time later. A
copy of this ETU report will be obtained and placed in the
file as part of the permanent record.

104 E. Whitney is noted to be located on the South side
of Whitney Avenue. The numerals 1 0 4, along with the al-
phabet letter "D", are noted to be located on the West side
of the door just above a black mail box. As you enter the
door, and proceed South, you enter a hallway. Proceeding
down this hallway, and on the North side of the hallway, is
a bedroom that has been identified as the victim's bedroom.
Evidence was collected from this bedroom and this room will
be described in detail. The first wall described in this
room will be the North wall. On the West end of this wall,
and just South of the North wall, is a bed. This bed is
noted not to be made up and numerous sheets cover this bed.
Continuing East, and East of the bed, is a pair of women's
green shoes. Just South of these shoes, and on the floor,
is a ashtray. Continuing East of this ashtray, and on the
floor, is a blue tin container. Just South of this con-
tainer, and on the floor, are two books. Just East of this
book, and South of the North wall, is a wooden/brass stand.
On top of this stand are three framed pictures of a young
white male, a framed picture of a adult male, and a ceramic
jewelry box. Located underneath this stand are numerous
books. Located behind this stand, is a closet. On this
closet are numerous wall mounts. Just East of this door, and
on the floor, is a chair. Located on the back of this chair
is a pair of bluejeans. Located on the wall, and above this
chair, is a framed picture of a young white male. Located
on the floor, and just North of the chair previously men-
tioned, is a light colored trash receptacle. Continuing
East, and East of the chair previously mentioned, is a red
shopping bag. This will be the last item noted on the North
wall.

LMPD00346

Major James W. Griffiths
92070
Page 5


    The next wall described will be the East wall. The
first item noted on the East wall, and attached to the wall,
is a large framed brass wall mount which has numerous photo-
graphs located within it. Below this, and on the wall, is a
cloth wall mount in the shape of a heart.   Just South of
this wall mount, is a large mirror. Continuing South, and
just South of this mirror, is a wooden wall mount that says
"I love you".   Continuing South, is a window that is noted
to be closed at this time. A pair of white curtains cover
this window.   Below this window, and just West of the East
wall, is a wooden stand.   Below this stand, is a stuffed
teddy bear and a stuffed doll.  Located on this stand is a
grass flower holder with a yellow unknown flower in it.
Just South of the window previously mentioned, is a calen-
dar. This will be the last item described on the East wall.

    The next wall described will be the South wall.   The
first item noted on the South wall is a closet. After open-
ing this closet, numerous purses, shoes, shirts, and pants,
are noted within this closet. These items all appear to be-
long to a female. Located just West of this closet, is a
large blue wall mount that shows the outline of the city of
Boston. Below this, and just North of the South wall, is a
Samsung color television set.  Located on top of this tele-
vision set is a framed picture of two W/F's, a glass desk
mount that says "I love you", a black remote control and a
ceramic teddy bear. Located just West of this television
set, and on the wall, is a wall mount that says "Corona Ex-
tra Imported Beer from Mexico". Just West of this, and on
the wall, is a wall mount in the shape of a winged horse.
Continuing West, is the door to this room.  This will be the
last item described on the South wall.

    The last wall described will be the West wall.   It is
noted that a portion of the bed previously mentioned, is lo-
cated just East of the West wall.  Located above this bed,
is framed picture of a outdoor scene.   These are the only
items noted at this time on the West wall.

    At that point, and after terminating the supplementary
scene investigation, I met with ETU Technician Paul Smith
and the following items were then collected:  One book ti-
tled "Pet Cemetery", one book titled "The Scream", one pho-
tograph of a W/M that is in a framed holder in the shape of
a heart, one blue, metal, first aide container with the
wordings "Rhonda's Things" on it, one pamphlet, one photo-
graph with two W/M's and a W/F and a small child in it, one
blue folder, one yellow note pad with handwriting on it, one
white and brown purse, one small "Holy Bible", one white and
blue wallet, one miniature photo album, one binder full of
poems, and Meade notebook. It should be noted that the blue

Major James W. Griffiths
92070
Page 6


metal container that is previously mentioned  contained  numerous  papers, an Official Kentucky Driver's Manual, a photograph of a W/M and a W/F, a pencil, a electrical  plug,  a photograph  of a W/M in a tuxedo, a photograph of two W/F's, and numerous hand-written notes.

     I also noted that the white and brown  purse  contained numerous  hand-written  notes, numerous personal papers, one "Bic" ink pen, three pennies, and numerous receipts.

     The billfold was noted to contain a  license,  numerous personal  cards,  ticket  stubs, a small piece of paper that said Marie - 368-2356, and numerous photographs of children.

     After collecting these items, and after conferring with other PAS Detectives I then proceeded back to the PAS Office to assist in the paperwork in the above styled case.

     It is noted that ICN MC4-92-093 is the Meade County report number.   Physical Assault File #92070 was  opened  to cover this matter.

     The investigation into the above styled case is continuing.

                         Respectfully submitted,

                         *James E. Clark*

                         Detective James E. Clark
                         Physical Assault Squad
                         Criminal Investigation Section

kk



# City of Louisville
## DIVISION OF POLICE
633 W. Jefferson Street • Louisville, KY 40202-2786

JERRY E. ABRAMSON
MAYOR

THOMAS T. KUSTER
Director of Safety

DOUGLAS HAMILTON
Chief of Police

April 10, 1992

|  |  |
|---|---|
| Re: | Foreign Homicide Investigation |
| Victim: | Rhonda Sue Warford, W/F/19 |
| Address: | 104 East Whitney Avenue |
| Location: | 9 Miles SW of Brandenburg, Ky. Off Ky. 823, 100 Feet Off of Highway at Edge of Field |
| Date: | Sunday, April 5, 1992 (Date PAS Notified) |
| Time: | 2015 Hours (Time PAS Notified) |
| Date: | Sunday, April 5, 1992 (Date Victim Found) |
| Time: | 0730 Hours (Time Victim Found) |
| File: | 92070 |
| Subject: | Follow-Up Investigation, Information From Alex Brower |
| Submitted by: | Detective James Clark |

Major James W. Griffiths
Commander C.I.S.

Sir:

LMPD00349

Major James W. Griffiths
April 10, 1992
Page 2


In continuation of the above captioned case, on this
date, at approximately 0212 hours, I arrived at 4211 South
3rd St.    It is noted that this address is the Kroger's
Stroe.

It is noted that the victim's mother in this case, Mary
Warford, had advised Meade County Sheriff Joe Greer, that
the victim had disappeared at approximately 0015 hours to
0030 hours.    It should also be noted that Mrs. Warford ad-
vised Sheriff Greer that when the victim was last seen, some
family members thought that the victim could possibly be
headed towards this Kroger's.

Consequently, I was attempting to ascertain if any of
the Kroger store employees could verify if the victim did
show up at this Kroger's.

After identifying myself to a store employee, Alex
Brower, I was told that there was no way that the victim
could had showed up on April 2, 1992, after midnight.    Mr.
Bower went on to explain to me that the store closes on
weekdays at the same time, this being midnight.    He went on
to explain that the store hours are Monday through Saturday,
0700-0000 hours. He stated that on Sunday, the store is
open from 0800-2200 hours.

At that point, I showed Mr. Brower a photograph of the
victim, Rhonda Warford.  Mr. Brower stated that    he does
recall seeing the victim visit the store periodically.  He
stated that he is unsure of the last time that he saw the
victim.    He stated that the victim is usually alone, but
that on one occasion he saw the victim in the company of an-
other W/F. He stated that this female appeared to be 16 or
17 years old.

At that point, Mr. Brower explained to me that he was
20 years old and that if we needed to talk to him again that
his phone number was 366-5134.  He stated that he lived at
107 Kingston Ave., Apt. 4.  He stated that the store phone
number is 368-3065.    Mr. Brower stated his SS# is
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.

After obtaining this information from Mr. Brower, I
then thanked him for his time and cooperation and exited the
building.

At that point, I then proceeded back to the PAS Office
to work on an unrelated matter.

LMPD00350

Major James W. Griffiths
April 10, 1992
Page 3


The investigation into this case is continuing.

Respectfully submitted,

*James E. Clark*

Detective James Clark
Physical Assault Squad
Criminal Investigation Section


sk/

LMPD00351



# City of Louisville
### DIVISION OF POLICE
633 W. Jefferson Street • Louisville, KY 40202-2786

JERRY E. ABRAMSON
MAYOR

THOMAS T. KUSTER
Director of Safety

DOUGLAS HAMILTON
Chief of Police

April 10, 1992

|                 |                                                              |
| --------------: | ------------------------------------------------------------ |
| Re:             | Foreign Homicide Investigation                               |
| Victim:         | Rhonda Sue Worford, W/F/19                                    |
| Address:        | 104 East Whitney Avenue                                      |
| Location:       | 9 Miles SW of Brandenburg, Ky. Off Ky. 823, 100 Feet Off of Highway at Edge of Field |
| Date:           | Sunday, April 5, 1992 (Date PAS Notified)                    |
| Time:           | 2015 Hours (Time PAS Notified)                               |
| Date:           | Sunday, April 5, 1992 (Date Victim Found)                    |
| Time:           | 0730 Hours (Time Victim Found)                               |
| File:           | 92070                                                        |
| Subject:        | Follow-Up Investigation, Information From Alex Brower        |
| Submitted by:   | Detective James Clark                                        |

Major James W. Griffiths
Commander C.I.S.

Sir:

An Equal Opportunity Employer

LMPD00352

Major James W. Griffiths
April 10, 1992
Page 2

In continuation of the above captioned case, on this date, at approximately 0212 hours, I arrived at 4211 South 3rd St. It is noted that this address is the Kroger's Stroe.

It is noted that the victim's mother in this case, Mary Warford, had advised Meade County Sheriff Joe Greer, that the victim had disappeared at approximately 0015 hours to 0030 hours. It should also be noted that Mrs. Warford advised Sheriff Greer that when the victim was last seen, some family members thought that the victim could possibly be headed towards this Kroger's.

Consequently, I was attempting to ascertain if any of the Kroger store employees could verify if the victim did show up at this Kroger's.

After identifying myself to a store employee, Alex Brower, I was told that there was no way that the victim could had showed up on April 2, 1992, after midnight. Mr. Bower went on to explain to me that the store closes on weekdays at the same time, this being midnight. He went on to explain that the store hours are Monday through Saturday, 0700-0000 hours. He stated that on Sunday, the store is open from 0800-2200 hours.

At that point, I showed Mr. Brower a photograph of the victim, Rhonda Warford. Mr. Brower stated that he does recall seeing the victim visit the store periodically. He stated that he is unsure of the last time that he saw the victim. He stated that the victim is usually alone, but that on one occasion he saw the victim in the company of another W/F. He stated that this female appeared to be 16 or 17 years old.

At that point, Mr. Brower explained to me that he was 20 years old and that if we needed to talk to him again that his phone number was 366-5134. He stated that he lived at 107 Kingston Ave., Apt. 4. He stated that the store phone number is 368-3065. Mr. Brower stated his SS# is 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.

After obtaining this information from Mr. Brower, I then thanked him for his time and cooperation and exited the building.

At that point, I then proceeded back to the PAS Office to work on an unrelated matter.

LMPD00353

Major James W. Griffiths
April 10, 1992
Page 3


          The investigation into this case is continuing.

                    Respectfully submitted,

                    *James E. Clark*

                    Detective James Clark
                    Physical Assault Squad
                    Criminal Investigation Section


sk/

INVEST. LET.

LMPD00355



# City of Louisville
## DIVISION OF POLICE
633 W. Jefferson Street • Louisville, KY 40202-2786

JERRY E. ABRAMSON
MAYOR

THOMAS T. KUSTER
Director of Safety

DOUGLAS HAMILTON
Chief of Police

April 27, 1992

|  |  |
|---|---|
| Re: | Foreign Homicide Investigation |
| Victim: | Rhonda Sue Worford, W/F/19 |
| Address: | 104 East Whitney Avenue |
| Location: | 9 Miles SW of Brandenburg, Ky. Off Ky. 823, 100 Feet Off of Highway at Edge of Field |
| Date: | Sunday, April 5, 1992 (Date PAS Notified) |
| Time: | 2015 Hours (Time PAS Notified) |
| Date: | Sunday, April 5, 1992 (Date Victim Found) |
| Time: | 0730 Hours (Time Victim Found) |
| File: | 92070 |
| Subject: | Interview With Hope Jaggers |
| Submitted by: | Detective James Clark |

Major James W. Griffiths
Commander C.I.S.

Sir:

In continuation of the above captioned case on this date, at approximately 1100 hours, I along with Det. C.

LMPD00356

Major James W. Griffiths
April 27, 1992
Page 2

Edelen and Det. J. Tarter of the PAS arrived at 5500 Minors
Lane. The ongoing investigation had determined that a W/F
by the name of Hope Jaggers lived at this address and that
she may have information that would be relevant to this
case.

Consequently, we were met at this location by a W/F who
identified herself as Hope Jaggers. The following interview
with her was being conducted.

INTERVIEW WITH HOPE M. JAGGERS, W/F/17

Ms. Jaggers states that her DOB is 10-01-74, her SS# is
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, and that her phone number is 969-2726.

In response to questioning, Ms. Jaggers states that she
considered herself on of Rhonda Worford's best friends. She
stated that they had been friends for approximately 1 year.
She went on to clarify that she has known Rhonda since
Rhonda has been dating Keith Hardin.

At that point, Ms. Jaggers stated that she told Rhonda
to stay away from Jeff and Keith both because they both were
"crazy." It should be noted that when asked to elaborate,
Ms. Jaggers just basically stated that both Keith and Jeff
"seemed crazy." In response to questioning, Ms. Jaggers
stated that she is unaware of any Satanic involvement by
Keith or Jeff.

At that point, Ms. Jaggers explained to me that she had
visited with Jeff Clark at his trailer park on 3 separate
occasions. She stated that she is unsure of the address but
it is on Newburg Rd. She stated that Jeff and Keith both
seemed to have a "thing" for knives. She stated that of the
two, Keith really had a passion for knives. She stated that
when she went to the trailer park on one occasion, she noted
that Keith kept a knife in the refrigerator and over the
front door of the trailer. She described these knives as
"large and big." She stated that she notes for a fact that
Keith keeps at 5 knives in that trailer.

At that point, she stated that she can recall that Jeff
had some type of animosity towards his ex-wife. When asked
to elaborate, she stated that Jeff said that he wanted to
kill his ex-wife. She stated that Jeff told her that if he
ever found his wife, he would kill her.

LMPD00357

Major James W. Griffiths
April 27, 1992
Page 3


When asked to continue, Ms. Jaggers states that on one occasion while she was at the trailer park, she heard Rhonda tell Keith that she thought she was pregnant. She stated that Keith got extremely upset and told Rhonda that if she was pregnant he would kill her. She states that after this argument took place, Rhonda told her that she thought Keith was serious.

When asked to continue, Ms. Jaggers states that she also recalls being at the trailer park on one occasion and Keith gave Rhonda a knife and told her to cut the tip of her fingers with the blade. She stated that she observed Rhonda do this and then take the blood and rub it against Jeff and Keith's hands. She states that once she observed this, she told Rhonda that she thought this was wrong. She stated a verbal argument followed between she and Rhonda. She stated that she was extremely upset that Rhonda had cut her fingers because Rhonda was intoxicated from drinking Vodka.

In response to questioning, Ms. Jaggers stated that she knew that Keith and Jeff both did drugs. She stated that Jeff would cut his arm and put 3 or 4 hits of acid in each arm. She stated that Keith did acid also but he did it "by mouth."

When asked to continue, Ms. Jaggers stated that on one occasion at the trailer park, Jeff told her (Hope Jaggers) if she ever needed anyone killed he had a person to do it. Ms. Jaggers stated that this individual is supposed to have worked at a garage somewhere on Taylor Blvd.

In response to questioning, Ms. Jaggers stated that she never saw anybody else visit the trailer while she was there.

At that point, Ms. Jaggers stated that she was not aware of any Satanic paraphernalia but she did observe that she saw statutes of devils on a shelf located inside the trailer. She stated that she also recalled seeing a statute of a snake.

In response to questioning, Ms. Jaggers stated that she last saw Rhonda Worford approximately 3 weeks before Ms. Worford was found deceased. She stated that Ms. Worford stated that she was going down to her ex-boyfriend's house named Jamie. Ms. Jaggers went on to explain to me that she did not know Jamie's address but that he lived somewhere in Portland.

LMPD00358

Major James W. Griffiths
April 27, 1992
Page 4

    I then asked Ms. Jaggers if the victim stated that she
was "going down there," what Ms. Jaggers thought thee victim
was referring to. She stated that Rhonda probably would be
going to meet Jamie or Keith in the Kroger parking located
down the street from Rhonda's. She stated on occasion she
and Rhonda would go to the parking lot and meet up with
Jamie and they would proceed to Portland. She stated that
if Rhonda was leaving the house in the early part of the
morning, she would probably be going to see Keith.

    I then asked Ms. Jaggers if Rhonda changed her clothes
to meet somebody who Ms. Jaggers thought Rhonda would be go-
ing to see. Again, I noted that Ms. Jaggers stated that it
would probably be Keith.

    In response to questioning, Ms. Jaggers stated that
Rhonda told her that she was no longer having sex with ex-
boyfriend Jamie. She stated that Rhonda said that Keith and
her were still sexually active. Ms. Jaggers wnet on to
adamantly explain to me that Rhonda Worford was no longer
involved with Jamie. She stated to me that the only time
that Rhonda got with Jamie was when Rhonda was going to get
drunk.

    In response to questioning, Ms. Jaggers stated that
"Rhonda never goes anywhere without her jewelry."

    In response to questioning, Ms. Jaggers stated that
when she initially heard that Rhonda Worford was dead, she
perceived that Keith Hardin had done it. When asked to ex-
plain, she stated, "I just know those 2 guys are real
weird." She went on to explain to me that she was referring
to Keith Hardin and Jeff Clark.

    At that point, Ms. Jaggers stated that she also re-
called that while she was at the trailer, Keith and Jeff
listened to "real weird music." She stated that she would
describe it as a heavy metal.

    At that point, I then asked Ms. Jaggers if she had any
other information that would be pertinent to this case. She
replied, "no." I then thanked her for her time and cooper-
ation and terminated the interview.

    At the conclusion of this interview, I along with Det.
J. Tarter and Det. C. Edelen proceeded back to the PAS Of-
fice to on unrelated matters.

Major James W. Griffiths
April 27, 1992
Page 5


The investigation in this case is continuing.

Respectfully submitted,

*James E. Clark*

Detective James Clark
Physical Assault Squad
Criminal Investigation Section


sk/a

JmP

LMPD00360



# City of Louisville
### DIVISION OF POLICE
633 W. Jefferson Street • Louisville, KY 40202-2786

JERRY E. ABRAMSON
MAYOR

THOMAS T. KUSTER
Director of Safety

DOUGLAS HAMILTON
Chief of Police

April 27, 1992

Re: Foreign Homicide Investigation
Victim: Rhonda Sue Worford, W/F/19
Address: 104 East Whitney Avenue
Location: 9 Miles SW of Brandenburg, Ky.
Off Ky. 823, 100 Feet Off of
Highway at Edge of Field
Date: Sunday, April 5, 1992 (Date PAS
Notified)
Time: 2015 Hours (Time PAS Notified)
Date: Sunday, April 5, 1992 (Date
Victim Found)
Time: 0730 Hours (Time Victim Found)

File: 92070

Subject: Interview With Hope Jaggers

Submitted by: Detective James Clark

Major James W. Griffiths
Commander C.I.S.

Sir:

In continuation of the above captioned case on this
date, at approximately 1100 hours, I along with Det. C.

Major James W. Griffiths
April 27, 1992
Page 2


Edelen and Det. J. Tarter of the PAS arrived at 5500 Minors
Lane. The ongoing investigation had determined that a W/F
by the name of Hope Jaggers lived at this address and that
she may have information that would be relevant to this
case.

Consequently, we were met at this location by a W/F who
identified herself as Hope Jaggers. The following interview
with her was being conducted.

INTERVIEW WITH HOPE M. JAGGERS, W/F/17

Ms. Jaggers states that her DOB is 10-01-74, her SS# is
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, and that her phone number is 969-2726.

In response to questioning, Ms. Jaggers states that she
considered herself on of Rhonda Worford's best friends. She
stated that they had been friends for approximately 1 year.
She went on to clarify that she has known Rhonda since
Rhonda has been dating Keith Hardin.

At that point, Ms. Jaggers stated that she told Rhonda
to stay away from Jeff and Keith both because they both were
"crazy." It should be noted that when asked to elaborate,
Ms. Jaggers just basically stated that both Keith and Jeff
"seemed crazy." In response to questioning, Ms. Jaggers
stated that she is unaware of any Satanic involvement by
Keith or Jeff.

At that point, Ms. Jaggers explained to me that she had
visited with Jeff Clark at his trailer park on 3 separate
occasions. She stated that she is unsure of the address but
it is on Newburg Rd. She stated that Jeff and Keith both
seemed to have a "thing" for knives. She stated that of the
two, Keith really had a passion for knives. She stated that
when she went to the trailer park on one occasion, she noted
that Keith kept a knife in the refrigerator and over the
front door of the trailer. She described these knives as
"large and big." She stated that she notes for a fact that
Keith keeps at 5 knives in that trailer.

At that point, she stated that she can recall that Jeff
had some type of animosity towards his ex-wife. When asked
to elaborate, she stated that Jeff said that he wanted to
kill his ex-wife. She stated that Jeff told her that if he
ever found his wife, he would kill her.

LMPD00362

Major James W. Griffiths
April 27, 1992
Page 3


When asked to continue, Ms. Jaggers states that on one
occasion while she was at the trailer park, she heard Rhonda
tell Keith that she thought she was pregnant. She stated
that Keith got extremely upset and told Rhonda that if she
was pregnant he would kill her. She states that after this
argument took place, Rhonda told her that she thought Keith
was serious.

When asked to continue, Ms. Jaggers states that she
also recalls being at the trailer park on one occasion and
Keith gave Rhonda a knife and told her to cut the tip of her
fingers with the blade. She stated that she observed Rhonda
do this and then take the blood and rub it against Jeff and
Keith's hands. She states that once she observed this, she
told Rhonda that she thought this was wrong. She stated a
verbal argument followed between she and Rhonda. She stated
that she was extremely upset that Rhonda had cut her fingers
because Rhonda was intoxicated from drinking Vodka.

In response to questioning, Ms. Jaggers stated that she
knew that Keith and Jeff both did drugs. She stated that
Jeff would cut his arm and put 3 or 4 hits of acid in each
arm. She stated that Keith did acid also but he did it "by
mouth."

When asked to continue, Ms. Jaggers stated that on one
occasion at the trailer park, Jeff told her (Hope Jaggers)
if she ever needed anyone killed he had a person to do it.
Ms. Jaggers stated that this individual is supposed to have
worked at a garage somewhere on Taylor Blvd.

In response to questioning, Ms. Jaggers stated that she
never saw anybody else visit the trailer while she was
there.

At that point, Ms. Jaggers stated that she was not
aware of any Satanic paraphernalia but she did observe that
she saw statutes of devils on a shelf located inside the
trailer. She stated that she also recalled seeing a statute
of a snake.

In response to questioning, Ms. Jaggers stated that she
last saw Rhonda Worford approximately 3 weeks before Ms.
Worford was found deceased. She stated that Ms. Worford
stated that she was going down to her ex-boyfriend's house
named Jamie. Ms. Jaggers went on to explain to me that she
did not know Jamie's address but that he lived somewhere in
Portland.

Major James W. Griffiths
April 27, 1992
Page 4

I then asked Ms. Jaggers if the victim stated that she
was "going down there," what Ms. Jaggers thought thee victim
was referring to. She stated that Rhonda probably would be
going to meet Jamie or Keith in the Kroger parking located
down the street from Rhonda's. She stated on occasion she
and Rhonda would go to the parking lot and meet up with
Jamie and they would proceed to Portland. She stated that
if Rhonda was leaving the house in the early part of the
morning, she would probably be going to see Keith.

I then asked Ms. Jaggers if Rhonda changed her clothes
to meet somebody who Ms. Jaggers thought Rhonda would be go-
ing to see. Again, I noted that Ms. Jaggers stated that it
would probably be Keith.

In response to questioning, Ms. Jaggers stated that
Rhonda told her that she was no longer having sex with ex-
boyfriend Jamie. She stated that Rhonda said that Keith and
her were still sexually active. Ms. Jaggers wnet on to
adamantly explain to me that Rhonda Worford was no longer
involved with Jamie. She stated to me that the only time
that Rhonda got with Jamie was when Rhonda was going to get
drunk.

In response to questioning, Ms. Jaggers stated that
"Rhonda never goes anywhere without her jewelry."

In response to questioning, Ms. Jaggers stated that
when she initially heard that Rhonda Worford was dead, she
perceived that Keith Hardin had done it. When asked to ex-
plain, she stated, "I just know those 2 guys are real
weird." She went on to explain to me that she was referring
to Keith Hardin and Jeff Clark.

At that point, Ms. Jaggers stated that she also re-
called that while she was at the trailer, Keith and Jeff
listened to "real weird music." She stated that she would
describe it as a heavy metal.

At that point, I then asked Ms. Jaggers if she had any
other information that would be pertinent to this case. She
replied, "no." I then thanked her for her time and cooper-
ation and terminated the interview.

At the conclusion of this interview, I along with Det.
J. Tarter and Det. C. Edelen proceeded back to the PAS Of-
fice to on unrelated matters.

LMPD00364

Major James W. Griffiths
April 27, 1992
Page 5


        The investigation in this case is continuing.

                        Respectfully submitted,

                        *James E. Clark*

                        Detective James Clark
                        Physical Assault Squad
                        Criminal Investigation Section


sk/a

LMPD00365



# City of Louisville
## DIVISION OF POLICE
633 W. Jefferson Street • Louisville, KY 40202-2786

JERRY E. ABRAMSON
MAYOR

THOMAS T. KUSTER
Director of Safety

DOUGLAS HAMILTON
Chief of Police

April 28, 1992

|  |  |
|---|---|
| Re: | Foreign Homicide Investigation |
| Victim: | Rhonda Sue Warford, W/F19 |
| Address: | 104 East Whitney Avenue |
| Location: | 9 Miles Southwest of Brandenburg, Kentucky, Off of Kentucky 823, 150' Off Highway at Edge of Field |
| Date: | Sunday, April 5, 1992 (Time PAS Notified) |
| Time: | 2015 Hours (Time PAS Notified) |
| Date: | Sunday, April 5, 1992 (Date Victim Found) |
| Time: | 0730 Hours (Time Victim Found) |
| File: | 92070 |
| Subject: | Follow-Up Investigation, Information from Miss Vicki Budd, Interview with William Mahan, and Taped Statement from William Mahan |

Submitted by:  Detective James E. Clark

Major James W. Griffiths
Commander C.I.S.

Major James W. Griffiths
April 28, 1992, File 92070
Page 2


Sir:

     In continuation of the above-captioned case, on this
date, I arrived at 7743 National Turnpike in order to get an
interview with a male subject by the name of William Mahan.
The ongoing investigation had determined that Mr. Mahan may
have some information that would be relevant to the above-
styled case.

     Once arriving at this location, I was met by a W/F who
identified herself as Vicki Budd.  Ms. Budd stated that she
was the personnel supervisor.  She stated that her work
phone number is 366-0395 and that she works the hours of
0830 to 1730 hours.

     In response to questioning, Ms. Budd verified that Bill
Mahan worked at 7743 National Turnpike, this being the
Papercone Corporation.

     In response to questioning, Ms. Budd stated that
Jeffrey Clark was no longer employed by Papercone and that
he had to be terminated.  When asked to continue, she stated
that Jeffrey Clark had cut off a cat's head and brought it
to the work place.  She stated that she thinks she heard
from other workers that the cat's head was cut off as part
of a satanic ritual.

     In response to questioning, Ms. Budd stated that she
had to attend an unemployment hearing in regards to the ter-
mination of Jeffrey Clark.  She stated that at this hearing
Jeffrey Clark said it was not a cat's head, but a guinea
pig.

     In response to questioning, Ms. Budd stated that
Jeffrey Clark did not like her.  She stated that on one oc-
casion Jeffrey Clark made threats toward her.  She stated
that Jeffrey kept asking her where she lived at.  She stated
that on one occasion he stated that he was going to strangle
Ms. Budd.

     In response to questioning, Ms. Budd stated that none
of these threats were ever directed toward her in her pres-
ence.  She stated that she heard about these threats from
other workers.

     In response to questioning, Ms. Budd stated that she is
not sure, but she thinks that Jeffrey Clark was fired the
first week of March, 1992.  She went on to explain to me

Major James W. Griffiths
April 28, 1992, File 92070
Page 3


that everybody called William Mahan "Bill" and that Jeffrey
was known to "hang out with Bill."

When asked to explain what Jeffrey Clark's job duties
were, Ms. Budd stated that he loaded and unloaded stock.
She stated that he subsequently moved on to the printing
press and then worked a 140 press. She stated that the 140
press is one of the highest-paying jobs at the plant.

At that point, she explained to me that Mr. Mahan was
scheduled to come to work at 1530 hours and that I had to
talk to him on the outside. She explained to me that he
drove a red Trans Am. She stated that two other employees,
by the name of Shawn Mattingly and Mike Mattingly, may have
information in regards to the cat's head.

Determining that Ms. Budd had no other information that
would be relevant to the above-styled case, I then thanked
her for the information and exited the building.

While outside the building, at approximately 1435
hours, I stopped a W/M who identified himself as Shawn
Mattingly. I then asked Shawn if Bill Mahan was scheduled
to work on today's date. He stated that Bill Mahan was al-
ready at work. After obtaining this information, I then
proceeded back into the building and met with Ms. Budd
again. She stated that she was unaware that Bill Mahan had
come in early. She then stated that she would go get Mr.
Mahan and ask him to come to a conference room for an inter-
view.

A short time later, I was introduced to a W/M who iden-
tified himself as William C. Mahan. The following interview
was then conducted.

INTERVIEW WITH WILLIAM C. MAHAN, W/M/24

Mr. Mahan gives a DOB of 10/7/67, a SSN of 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,
a home phone number of (812) 283-4208, and a home address of
2395 Wellington Green Drive. He stated that this is in
Clarksville, Indiana. Mr. Mahan then advised me that his
work number is 366-0395.

In response to questioning, Mr. Mahan stated that
Jeffrey Clark was terminated because he brought a cat's head
to work. He stated that this did not surprise him because
Jeffrey was "capable of anything." When asked to continue,
he stated that he recalled this cat's head was brought in

Major James W. Griffiths
April 28, 1992, File 92070
Page 4

around Christmas time. He stated that Jeffrey told him it was a Christmas present for him.

In response to questioning, Mr. Mahan stated that Jeffrey Clark was one of his subordinates. He stated that Jeffrey had a tendency to try to intimidate his co-workers.

At that point, Mr. Mahan stated that he now recalls that the cat's head was black and white. He stated that Jeffrey started laughing and grabbed the cat's head and held it by both ears and held it up for him and Shawn Mattingly and Mike Mattingly to see.

In response to questioning, Mr. Mahan states that Jeffrey Clark always brought a knife to work. He stated that Jeffrey was always talking about doing a drive-by shooting. He stated that he recalls that Jeffrey seemed to want to know how it felt to have to kill a person. When asked to clarify, Mr. Mahan states that on one occasion he remembers Jeffrey Clark telling him that the best way to kill someone was by cutting their throat.

In response to questioning, Mr. Mahan stated that Jeffrey seemed to get into verbal arguments with his co-workers. He stated that he thinks the other co-workers were intimidated by Jeffrey also.

In response to questioning, he stated that he has interacted with Jeffrey Clark off-duty on a few occasions. He stated that Jeffrey once took him to Jeff's trailer park which is located on Newburg Road. He stated that a W/M subject by the name of Keith Hardin was at the trailer also.

At that point, and after determining that a taped statement should be obtained from Mr. Mahan, I then requested that he accompany me to the PAS Office to get a statement. It is noted that Mr. Mahan agreed to this and we subsequently ended up at the PAS Office at approximately 1545 hours.

I noted that the taped statement started at approximately 1605 hours and was conducted in the Robbery Interview Room. The statement was taken on Tape #2555 and will be placed in the file as part of the permanent record. The statement ended at approximately 1634 hours and is self-explanatory.

LMPD00369



# City of Louisville

## DIVISION OF POLICE

633 W. Jefferson Street • Louisville, KY 40202-2786

JERRY E. ABRAMSON
MAYOR

THOMAS T. KUSTER
Director of Safety

DOUGLAS HAMILTON
Chief of Police

April 28, 1992

|  |  |
|---|---|
| Re: | Foreign Homicide Investigation |
| Victim: | Rhonda Sue Warford, W/F19 |
| Address: | 104 East Whitney Avenue |
| Location: | 9 Miles Southwest of Brandenburg, Kentucky, Off of Kentucky 823, 150' Off Highway at Edge of Field |
| Date: | Sunday, April 5, 1992 (Time PAS Notified) |
| Time: | 2015 Hours (Time PAS Notified) |
| Date: | Sunday, April 5, 1992 (Date Victim Found) |
| Time: | 0730 Hours (Time Victim Found) |
| File: | 92070 |
| Subject: | Follow-Up Investigation, Information from Miss Vicki Budd, Interview with William Mahan, and Taped Statement from William Mahan |

Submitted by:  Detective James E. Clark

Major James W. Griffiths
Commander C.I.S.

An Equal Opportunity Employer

LMPD00370

Major James W. Griffiths
April 28, 1992, File 92070
Page 2


Sir:

In continuation of the above-captioned case, on this
date, I arrived at 7743 National Turnpike in order to get an
interview with a male subject by the name of William Mahan.
The ongoing investigation had determined that Mr. Mahan may
have some information that would be relevant to the above-
styled case.

Once arriving at this location, I was met by a W/F who
identified herself as Vicki Budd. Ms. Budd stated that she
was the personnel supervisor. She stated that her work
phone number is 366-0395 and that she works the hours of
0830 to 1730 hours.

In response to questioning, Ms. Budd verified that Bill
Mahan worked at 7743 National Turnpike, this being the
Papercone Corporation.

In response to questioning, Ms. Budd stated that
Jeffrey Clark was no longer employed by Papercone and that
he had to be terminated. When asked to continue, she stated
that Jeffrey Clark had cut off a cat's head and brought it
to the work place. She stated that she thinks she heard
from other workers that the cat's head was cut off as part
of a satanic ritual.

In response to questioning, Ms. Budd stated that she
had to attend an unemployment hearing in regards to the ter-
mination of Jeffrey Clark. She stated that at this hearing
Jeffrey Clark said it was not a cat's head, but a guinea
pig.

In response to questioning, Ms. Budd stated that
Jeffrey Clark did not like her. She stated that on one oc-
casion Jeffrey Clark made threats toward her. She stated
that Jeffrey kept asking her where she lived at. She stated
that on one occasion he stated that he was going to strangle
Ms. Budd.

In response to questioning, Ms. Budd stated that none
of these threats were ever directed toward her in her pres-
ence. She stated that she heard about these threats from
other workers.

In response to questioning, Ms. Budd stated that she is
not sure, but she thinks that Jeffrey Clark was fired the
first week of March, 1992. She went on to explain to me

LMPD00371

Major James W. Griffiths
April 28, 1992, File 92070
Page 3


that everybody called William Mahan "Bill" and that Jeffrey
was known to "hang out with Bill."

When asked to explain what Jeffrey Clark's job duties
were, Ms. Budd stated that he loaded and unloaded stock.
She stated that he subsequently moved on to the printing
press and then worked a 140 press. She stated that the 140
press is one of the highest-paying jobs at the plant.

At that point, she explained to me that Mr. Mahan was
scheduled to come to work at 1530 hours and that I had to
talk to him on the outside. She explained to me that he
drove a red Trans Am. She stated that two other employees,
by the name of Shawn Mattingly and Mike Mattingly, may have
information in regards to the cat's head.

Determining that Ms. Budd had no other information that
would be relevant to the above-styled case, I then thanked
her for the information and exited the building.

While outside the building, at approximately 1435
hours, I stopped a W/M who identified himself as Shawn
Mattingly.   I then asked Shawn if Bill Mahan was scheduled
to work on today's date. He stated that Bill Mahan was al-
ready at work.  After obtaining this information, I then
proceeded back into the building and met with Ms. Budd
again.  She stated that she was unaware that Bill Mahan had
come in early. She then stated that she would go get Mr.
Mahan and ask him to come to a conference room for an inter-
view.

A short time later, I was introduced to a W/M who iden-
tified himself as William C. Mahan. The following interview
was then conducted.

INTERVIEW WITH WILLIAM C. MAHAN, W/M/24

Mr. Mahan gives a DOB of 10/7/67, a SSN of 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,
a home phone number of (812) 283-4208, and a home address of
2395 Wellington Green Drive.  He stated that this is in
Clarksville, Indiana. Mr. Mahan then advised me that his
work number is 366-0395.

In response to questioning, Mr. Mahan stated that
Jeffrey Clark was terminated because he brought a cat's head
to work. He stated that this did not surprise him because
Jeffrey was "capable of anything." When asked to continue,
he stated that he recalled this cat's head was brought in

Major James W. Griffiths
April 28, 1992, File 92070
Page 4

around Christmas time. He stated that Jeffrey told him it
was a Christmas present for him.

In response to questioning, Mr. Mahan stated that
Jeffrey Clark was one of his subordinates. He stated that
Jeffrey had a tendency to try to intimidate his co-workers.

At that point, Mr. Mahan stated that he now recalls
that the cat's head was black and white. He stated that
Jeffrey started laughing and grabbed the cat's head and held
it by both ears and held it up for him and Shawn Mattingly
and Mike Mattingly to see.

In response to questioning, Mr. Mahan states that
Jeffrey Clark always brought a knife to work. He stated
that Jeffrey was always talking about doing a drive-by
shooting. He stated that he recalls that Jeffrey seemed to
want to know how it felt to have to kill a person. When
asked to clarify, Mr. Mahan states that on one occasion he
remembers Jeffrey Clark telling him that the best way to
kill someone was by cutting their throat.

In response to questioning, Mr. Mahan stated that
Jeffrey seemed to get into verbal arguments with his co-
workers. He stated that he thinks the other co-workers were
intimidated by Jeffrey also.

In response to questioning, he stated that he has
interacted with Jeffrey Clark off-duty on a few occasions.
He stated that Jeffrey once took him to Jeff's trailer park
which is located on Newburg Road. He stated that a W/M sub-
ject by the name of Keith Hardin was at the trailer also.

At that point, and after determining that a taped
statement should be obtained from Mr. Mahan, I then re-
quested that he accompany me to the PAS Office to get a
statement. It is noted that Mr. Mahan agreed to this and we
subsequently ended up at the PAS Office at approximately
1545 hours.

I noted that the taped statement started at approxi-
mately 1605 hours and was conducted in the Robbery Interview
Room. The statement was taken on Tape #2555 and will be
placed in the file as part of the permanent record. The
statement ended at approximately 1634 hours and is self-
explanatory.

LMPD00373

Major James W. Griffiths
April 28, 1992, File 92070
Page 5

After obtaining this taped statement from Mr. Mahan, I then transported him to his work place located at 7743 National Turnpike. I then thanked Mr. Mahan for the interview and the taped statement and cleared the location.

At that point, I then proceeded back to the PAS Office to work on an unrelated matter.

The investigation into the above-styled case is continuing.

Respectfully submitted,

*James E. Clark*

Detective James E. Clark
Physical Assault Squad
Criminal Investigation Section

jb

LMPD00374



# City of Louisville
## DIVISION OF POLICE
633 W. Jefferson Street • Louisville, KY 40202-2786

JERRY E. ABRAMSON
MAYOR

THOMAS T. KUSTER
Director of Safety

DOUGLAS HAMILTON
Chief of Police

April 29, 1992

```
       Re:  Foreign Homicide Investigation
    Victim:  Rhonda Sue Warford, W/F19
   Address:  104 East Whitney Avenue
  Location:  9 Miles Southwest of Brandenburg,
             Kentucky, Off of Kentucky 823,
             150' Off Highway at Edge of Field
      Date:  Sunday, April 5, 1992
             (Time PAS Notified)
      Time:  2015 Hours (Time PAS Notified)
      Date:  Sunday, April 5, 1992
             (Date Victim Found)
      Time:  0730 Hours (Time Victim Found)

      File:  92070

   Subject:  Telephone Conversation with
             Shawn Mattingly

Submitted by:  Detective James E. Clark
```

Major James W. Griffiths
Commander C.I.S.

Sir:

Major James W. Griffiths
April 29, 1992, File 92070a
Page 2

     In continuation of the above-captioned case, on this
date, at approximately 0900 hours, while in the PAS Office
working on an unrelated matter, I received a phone call from
a male subject who identified himself as Shawn Mattingly.
Mr. Mattingly went on to explain to me that he was a former
co-worker to Jeffrey Clark. He then explained to me that he
had talked to Bill Mahan and that he felt he had some infor-
mation that needed to be passed on to the Police Department.

     When asked to continue, Mr. Mattingly stated that he
knew for a fact that Jeffrey Clark always carried around a
double-edged knife. He stated that Jeffrey told him it was
a sacrificial knife.

     In response to questioning, Mr. Mattingly stated that
he was aware that Jeffrey Clark brought a cat's head to
work. He stated that Jeffrey told him that he had lured the
cat with bologna. He stated that Jeffrey said that after he
killed the cat, he kept the cat's head in the freezer for
two or three days.

     In response to questioning, he stated that he and other
co-workers felt like Jeffrey was "crazy." When asked to
elaborate, he stated that Jeffrey would always talk about
trying to murder his ex-girlfriend. He stated that this ex-
girlfriend's name was Amy. Shawn stated that Jeffrey also
talked about killing an ex-wife by the name of T. J.

     At that point, I asked Mr. Mattingly if he was in the
room when the cat's head was opened. He stated that he was
not, but came in the room a short time later. He stated
that he was told that the cat's head was initially in some
Christmas wrappings. He stated that he thinks that his
brother, Mike Mattingly, was in the room when the Christmas
wrappings were unwrapped.

     At that point, Shawn gave me the following personal in-
formation. He stated that his birth date was 8/25/70, and
that he is 21 years old. He stated that his home phone num-
ber is 964-4168 and that he resides at 9128 Lantana Drive,
Louisville, Kentucky. He then stated that his SSN is
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.

     At that point, Mr. Mattingly stated that he did not
have any other information that would be relevant to the
above matter. I then thanked him for the information and
terminated the telephone conversation.

LMPD00376

Major James W. Griffiths
April 29, 1992, File 92070a
Page 3


    At that point, I then proceeded to work on an unrelated matter.

    The investigation into the above-styled case is continuing.

                Respectfully submitted,

                James E. Clark

                Detective James E. Clark
                Physical Assault Squad
                Criminal Investigation Section


jb/a



# City of Louisville

## DIVISION OF POLICE

633 W. Jefferson Street • Louisville, KY 40202-2786

JERRY E. ABRAMSON
MAYOR

THOMAS T. KUSTER
Director of Safety

DOUGLAS HAMILTON
Chief of Police

April 29, 1992

|  |  |
|---|---|
| Re: | Foreign Homicide Investigation |
| Victim: | Rhonda Sue Warford, W/F19 |
| Address: | 104 East Whitney Avenue |
| Location: | 9 Miles Southwest of Brandenburg, Kentucky, Off of Kentucky 823, 150' Off Highway at Edge of Field |
| Date: | Sunday, April 5, 1992 (Time PAS Notified) |
| Time: | 2015 Hours (Time PAS Notified) |
| Date: | Sunday, April 5, 1992 (Date Victim Found) |
| Time: | 0730 Hours (Time Victim Found) |
| File: | 92070 |
| Subject: | Telephone Conversation with Shawn Mattingly |

Submitted by:   Detective James E. Clark

Major James W. Griffiths
Commander C.I.S.

Sir:

Major James W. Griffiths
April 29, 1992, File 92070a
Page 2


In continuation of the above-captioned case, on this date, at approximately 0900 hours, while in the PAS Office working on an unrelated matter, I received a phone call from a male subject who identified himself as Shawn Mattingly. Mr. Mattingly went on to explain to me that he was a former co-worker to Jeffrey Clark. He then explained to me that he had talked to Bill Mahan and that he felt he had some information that needed to be passed on to the Police Department.

When asked to continue, Mr. Mattingly stated that he knew for a fact that Jeffrey Clark always carried around a double-edged knife. He stated that Jeffrey told him it was a sacrificial knife.

In response to questioning, Mr. Mattingly stated that he was aware that Jeffrey Clark brought a cat's head to work. He stated that Jeffrey told him that he had lured the cat with bologna. He stated that Jeffrey said that after he killed the cat, he kept the cat's head in the freezer for two or three days.

In response to questioning, he stated that he and other co-workers felt like Jeffrey was "crazy." When asked to elaborate, he stated that Jeffrey would always talk about trying to murder his ex-girlfriend. He stated that this ex-girlfriend's name was Amy. Shawn stated that Jeffrey also talked about killing an ex-wife by the name of T. J.

At that point, I asked Mr. Mattingly if he was in the room when the cat's head was opened. He stated that he was not, but came in the room a short time later. He stated that he was told that the cat's head was initially in some Christmas wrappings. He stated that he thinks that his brother, Mike Mattingly, was in the room when the Christmas wrappings were unwrapped.

At that point, Shawn gave me the following personal information. He stated that his birth date was 8/25/70, and that he is 21 years old. He stated that his home phone number is 964-4168 and that he resides at 9128 Lantana Drive, Louisville, Kentucky. He then stated that his SSN is 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.

At that point, Mr. Mattingly stated that he did not have any other information that would be relevant to the above matter. I then thanked him for the information and terminated the telephone conversation.

LMPD00379

Major James W. Griffiths
April 29, 1992, File 92070a
Page 3


    At that point, I then proceeded to work on an unrelated
matter.

    The investigation into the above-styled case is contin-
uing.

                        Respectfully submitted,

                        James E. Clark

                        Detective James E. Clark
                        Physical Assault Squad
                        Criminal Investigation Section


jb/a

LMPD00380

DET. HANDY



# City of Louisville
### DIVISION OF POLICE
633 W. Jefferson Street • Louisville, KY 40202-2786

JERRY E. ABRAMSON
MAYOR

THOMAS T. KUSTER
Director of Safety

DOUGLAS HAMILTON
Chief of Police

May 5, 1992

|  |  |
|---|---|
| Re: | Foreign Homicide Investigation |
| Victim: | Rhonda Sue Warford W/F/19 |
| Address: | 104  E. Whitney Avenue |
| Location: | 9 Miles Southwest of Brandenburg, KY, Off of Kentucky 823, 150 ft. Off of the Highway, at the Edge of a Field |
| Date: | Sunday, April 5, 1992 (Date PAS Notified) |
| Time: | 2015 Hours (Time PAS Notified) |
| Date: | April 5, 1992 (Date Victim Found) |
| Time: | 0730 Hours (Time Victim Found) |
| File: | 92070 |
| Subject: | Arrest and Interview Jeffrey Clark |

Submitted by:  Detective Mark Handy

Major James W. Griffiths
Commander C.I.S.

Sir:

Major James W. Griffiths
92070
Page 2


On Tuesday morning, May 5, 1992, I was advised that PAS personnel would be assisting the Meade County Sheriff's Office with the arrests of Keith Hardin and Jeffrey Clark as well as search warrants at their homes.

It was noted that PAS Detectives met with Sheriff Greer and his staff in a parking lot on the southeast corner of Valley Station Road and Dixie Highway at approximately 0730 hours.

It was decided that Sheriff Greer and I would attempt to locate and arrest Jeffrey Clark. It was determined that Jeffrey Clark was not at his home on Cod Drive.

I then contacted Third District Car-324 and requested that they check an alternate address of 4217 Taylor Boulevard for the vehicle of Jeffrey Clark. I was advised by Car-324 a short time later that the automobile we were looking for was present and I then advised Car-324 of a description of Jeffrey Clark and that we had an arrest warrant for him and were en route to that location.

Prior to our arrival at 4217 Taylor Boulevard, I was advised that Car-324 had Jeffrey Clark in custody.

Upon arrival at 4217 Taylor Boulevard, I observed Jeffrey Clark in the rear seat of a marked Louisville Police Department Unit and advised him that he was under arrest for the murder of Rhonda Warford.

I then requested that Car-324, which consisted of Officer M. Kordis, Code 2816, and Officer J. Isaacs, Code 2444, transport Mr. Clark to the basement of LPD Headquarters, which they did arriving in the basement area of LPD at approximately 0840 hours. I, along with Sheriff Greer, then escorted Mr. Clark to the PAS Office where Mr. Clark was read his Constitutional Rights per Miranda utilizing LPD Form 0006.

Jeffrey Clark advised me, along with Sheriff Greer, that he has not seen the victim, Rhonda Warford, since December, 1991, and that the victim, Rhonda Warford, has not been in his car since December, 1991. Jeffrey Clark further advised me that when Rhonda Warford was in his car the last time she sat in the rear seat behind the passenger. Jeffrey Clark had no explanation on how the victim's fingerprints got inside his automobile and that he further had no idea how the victim's hair got into his automobile. Jeffrey

LMPD00383

Major James W. Griffiths
92070
Page 3


Clark further advised that so far everything he has done for
the Police has been voluntary.

Jeffrey Clark further advised that he is not into
Satanic worship, that he never has been, and that he does
not know why anyone would say that he had been.

Upon conclusion of the interview with Jeffrey Clark,
the appropriate paperwork was prepared charging him with
Murder and he was transported out of the PAS Office by the
Meade County Sheriff's Department.

The investigation concerning the above captioned case
is still continuing.

Respectfully submitted,

*Mark Handy*

Detective Mark Handy
Physical Assault Squad
Criminal Investigation Section


mjm/c

J.W.



# City of Louisville
### DIVISION OF POLICE
633 W. Jefferson Street • Louisville, KY 40202-2786

JERRY E. ABRAMSON
MAYOR

THOMAS T. KUSTER
Director of Safety

DOUGLAS HAMILTON
Chief of Police

April 8, 1992

Re: Foreign Homicide Investigation
Victim: Rhonda Sue Warford W/F/19
Address: 104 E. Whitney Avenue
Location: 9 Miles Southwest of Brandenburg
Ky, KY-823, 150 Ft. Off
Highway at Edge of Field
Date: Sunday, April 4, 1992
(Date PAS Notified)
Time: 2015 Hours (Time PAS Notified)
Date: Sunday, April 5, 1992
(Date Victim Found)
Time: 0730 Hours (Time Victim Found)

File: 92070

Subject: Consent to Search Auto,
Re-interview Jeff Clark W/M/21,
ETU Processing of Vehicle

Submitted by: Detective Mark Handy

Major James W. Griffiths
Commander C.I.S.

Sir:

An Equal Opportunity Employer

LMPD00385

Major James W. Griffiths
92070
Page 2

On Wednesday, April 8, 1992 after arriving in the PAS Office for my normal tour-of-duty, I met with Sheriff Joe Greer of the Meade County Sheriff's Department as well as Bill Adams from Meade County. The three of us went to 4519 Cod Drive and located a Jeffery Clark a witness in the above captioned case and I explained to Mr. Clark that we wished to search his 1974 Nova. I explained to Mr. Clark that he had the right to refuse us permission to search his vehicle as well as speak to us. Mr. Clark advised me that he understood that and that it was okay with him if we searched his vehicle.

A Louisville Police Department wrecker was then dispatched to 4519 Cod Drive and the car was taken to the Louisville Police Department Headquarters basement area where ETU Technicians Margaret Haun and Tina Bennett conducted a search and processing of the vehicle. Letters from them on this will be forthcoming and incorporated into the case file.

Mr. Clark was also transported to the PAS Office and re-interviewed in connection with the above captioned case. This was done by myself, along with Sheriff Joe Greer and Bill Adams of Meade County.

<u>RE-INTERVIEW OF JEFF CLARK W/M/21</u>

Jeff Clark admitted to me that he had previously lied about owning a knife, that he owned several. Jeff Clark denied any involvement in devil worshiping and explained to me that it is sick and that he does not know if Keith is into it or not but he definitely is not. Mr. Clark further advised me that Keith Hardin told him one time previously before that the victim thought she was pregnant and that he definitely was not going to have a child. Jeff Clark further advised me that he did not have any problems with the victim and does not know of anyone who want to hurt her. Jeff further explained to me that he was with Keith Hardin on Wednesday, April 1st into the morning of Thursday, April 2nd and that they left the trailer together at approximately 1 AM and went home. Mr. Clark further advised that he was not drunk although they both were drinking beer. Mr. Clark further advised me that the victim Rhonda Warford has not been in his automobile since December of 1991 and that he has not been in Meade County since July of 1991.

It was determined that Jeff Clark had no additional information at this time concerning the above captioned case,

Major James W. Griffiths
92070
Page 3


he was thanked for his assistance and cooperation and the
interview with him was concluded.

        The investigation concerning the above captioned case
is still continuing.

                              Respectfully submitted,

                              *Det. Mark Handy*

                              Detective Mark Handy
                              Physical Assault Squad
                              Criminal Investigation Section

kk/c

J.W.

LMPD00387



# City of Louisville

### DIVISION OF POLICE

633 W. Jefferson Street • Louisville, KY 40202-2786

JERRY E. ABRAMSON
MAYOR

THOMAS T. KUSTER
Director of Safety

DOUGLAS HAMILTON
Chief of Police

April 9, 1992

```
         Re:  Foreign Homicide Investigation
     Victim:  Rhonda Sue Warford W/F/19
    Address:  104  E. Whitney Avenue
   Location:  9 Miles Southwest of Brandenburg,
              KY, Off of Kentucky 823, 150 ft.
              Off of the Highway, at the Edge
              of a Field
       Date:  Sunday, April 5, 1992
              (Date PAS Notified)
       Time:  2015 Hours (Time PAS Notified)
       Date:  April 5, 1992 (Date Victim Found)
       Time:  0730 Hours (Time Victim Found)

       File:  92070

    Subject:  Interview Mary Warford,
              Information from Crystal Barnes,
              Re-interview Keith Hardin
```

Submitted by:  Detective Mark Handy

Major James W. Griffiths
Commander C.I.S.

Sir:

In  continuation of the above captioned case, on Thurs-
day, April 9, 1992, while present in the PAS Office  for  my

LMPD00388

Major James W. Griffiths
92070
Page 2

normal tour of duty, I met with Sheriff Joe Greer of the
Meade County Sheriff's Department and advised Sheriff Greer
that I had an appointment at noon to speak with the family
of the above captioned victim.

Sheriff Greer, along with Detective Gary Mason, accom-
panied me to the victim's house at 104 East Whitney Avenue.
We then had a meeting with the victim's family and I spoke
with the victim's mother, Mary Warford.

INTERVIEW MARY WARFORD

Mary Warford advised me that the victim was talking to
her boyfriend, Keith Hardin, at approximately 1500 hours and
that the victim went to the store at approximately 1900
hours and was on her way home and someone was following her
back and wanted to marry her. Mary Warford further advised
that at approximately 2045 hours that the victim called her
cousin, Crystal, at 368-0655, and wanted Crystal to go shop-
ping. Mary Warford advised that the victim appeared to be
in a good mood and that Mary went to bed at approximately
midnight and that the victim, Rhonda, took the phone in her
room at that point. Mary Warford further advised that
Rhonda came into her room at approximately 0030 hours and
got the door key and when Mary asked where she was going
Rhonda replied to her "Down here" and Rhonda then left and
was not seen again.

Mary Warford advised that at approximately 0400 to 0500
hours that she checked Rhonda's room and that she was not
there. Mary advised that when Rhonda last left she was
wearing her hair in a ponytail and that there was an elastic
band in her hair that was black with different colors. Mary
Warford advised that Rhonda did not take anything except the
key to the house.

Mary Warford advised that Rhonda would not go and meet
someone that she did not know, but further advised that she
does not know if Rhonda may have received a phone call or
made a phone call.

I determined that Mary Warford had no additional infor-
mation at this time.

I then talked to a Crystal Barnes, who described her-
self as a friend of Rhonda's.

INFORMATION FROM CRYSTAL BARNES

Crystal explained to me that Rhonda was only into devil
worship to make Keith happy and that the reason that Rhonda

Major James W. Griffiths
92070
Page 3


put the upside down cross on her chest was to make Keith
happy.    Crystal advised me that Rhonda told her, that Keith
Hardin told her, that if she ever left him or he ever caught
her cheating on him that he would kill her.

It was determined that Crystal Barnes had no additional
information concerning the above captioned case at this time
and she was thanked for her cooperation.

Upon conclusion of the above interviews I, along with
Detective Mason and Sheriff Greer, departed that location
and returned to the PAS Office.

After arrival in the PAS Office, I contacted Keith
Hardin and advised him that we wished to re-interview him
concerning the above captioned case.

I, along with Sheriff Greer, proceeded to Tarrytown
Road and met with and brought Keith Hardin back to the PAS
Office.

Upon arrival in the PAS Office, I explained to Keith
that he did not have to speak with us concerning any know-
ledge about the above captioned investigation and Keith ad-
vised us that he understood his rights and wished to speak
with us concerning this case.

RE-INTERVIEW KEITH HARDIN

I then asked Keith about the information that I had re-
ceived from Crystal Barnes and Keith acknowledged that he
had previously told Rhonda that if she ever cheated on him
or left him that he would kill her, but that he had told all
his girlfriends that and none of them were dead.

I then asked Keith about owning a knife and Keith again
denied owning a knife and advised me that he did not own a
knife and that he did not know if Jeffrey Clark owned a
knife either.

Keith Hardin further advised me that he only got as
close as the expressway to Rhonda's house on Thursday morn-
ing, April 2, 1992; that he did not see Rhonda that evening
or morning and that he does not know what happened to
Rhonda.

Keith Hardin further advised that he had no knowledge
of what happened to Rhonda Warford and that he also had no
involvement in what happened to Rhonda Warford.

Major James W. Griffiths
92070
Page 4


    Keith Hardin was subsequently transported home by Sher-
iff Joe Greer.

    The   investigation   concerning the above captioned case
is continuing.

                            Respectfully submitted,

                            Det. Mark Handy

                            Detective Mark Handy
                            Physical Assault Squad
                            Criminal Investigation Section


mjm




J.W.

LMPD00391



# City of Louisville

### DIVISION OF POLICE

633 W. Jefferson Street • Louisville, KY 40202-2786

JERRY E. ABRAMSON
MAYOR

THOMAS T. KUSTER
Director of Safety

DOUGLAS HAMILTON
Chief of Police

April 14, 1992

```
       Re:  Foreign Homicide Investigation
    Victim:  Rhonda Sue Warford W/F/19
   Address:  104  E. Whitney Avenue
  Location:  9 Miles Southwest of Brandenburg,
             KY, Off of Kentucky 823, 150 ft.
             Off of the Highway, at the Edge
             of a Field
      Date:  Sunday, April 5, 1992
             (Date PAS Notified)
      Time:  2015 Hours (Time PAS Notified)
      Date:  April 5, 1992 (Date Victim Found)
      Time:  0730 Hours (Time Victim Found)

      File:  92070

   Subject:  Interview Tonya Greer, W/F/16,
             Interview Timmy Tabb, W/M/26
```

Submitted by:  Detective Mark Handy

Major James W. Griffiths
Commander C.I.S.

Sir:

   On  Tuesday, April 14, 1992, after reporting to the PAS
Office for  my  normal  tour  of  duty,  I  was  advised  of
follow-up interviews which needed to be conducted concerning

Major James W. Griffiths
92070
Page 2

the above captioned case.  I also noted the arrival of Sher-
iff  Joe  Greer  of  the  Meade County Sheriff's Department as
well as Bill Adams from Meade County.

At approximately 1600 hours I,  along  with  Detective
Hope  Greer of the PAS Office, proceeded to 300 Lansing Ave-
nue and located a Tonya Jean Greer as well as a James Tyrell
and transported them back to the PAS  Office  to  be  inter-
viewed concerning the above captioned case.

Upon  arrival, it was determined that Sheriff Greer and
myself would interview Tonya Greer and Detective  Greer  and
Bill  Adams would interview James Tyrell. A letter from De-
tective Greer on this will be forthcoming.

INTERVIEW TONYA GREER

After arrival in the PAS Office, I was advised by Tonya
Greer that her middle name is Jean and that she has a  birth
date  of  11-14-75.  Ms. Greer was interviewed in the office
along with Sheriff Greer.

Tonya Greer advised me that the last time she  saw  the
victim,  Rhonda  Warford, was on February 14, 1992, and that
she saw her over at her house on Whitney.   Tonya Greer  ad-
vised  me  that  the  only person that she knows of that the
victim was dating was Keith Hardin and that  Rhonda  previ-
ously  had  dated  her brother, James, and that Rhonda began
going out with Keith Hardin after she and  James  had  broke
up.

Tonya  Greer advised me that while at Jeff's trailer on
Newburg Road that she overheard  Keith  Hardin  tell  Rhonda
Warford  that if she ever left him or cheated on him that he
would kill her.  Tonya advised me that she then heard Rhonda
reply "Oh no, you won't."

Tonya Greer advised me that  while  at  Jeff's  trailer
sometime in November of 1991 she was told by Jeff Clark that
he  wanted  to  kill her and Jeff Clark pointed a gun at her
head and told her that he also wanted to kill his ex-wife.

Tonya Greer advised me that she never saw Keith  Hardin
or Jeff Clark with a knife.

Tonya  Greer  advised  me  that  she  was told by Keith
Hardin that he worshipped the devil.  Tonya also advised  me
that  she  was  told by both Keith Hardin and Jeff Clark that
an upside down cross means that you worship the devil.

Major James W. Griffiths
92070
Page 3


Tonya advised me that Rhonda Warford showed her an inverted cross that Keith put on her because she wanted to be like Keith.

Tonya advised that sometime in November of 1991 she was asked by Jeff Clark if he could put an upside down cross with a razor on her arm.

Tonya advised me that Keith Hardin and Jeff Clark would usually drink whiskey and beer every day that she saw them and that Rhonda would usually drink with them unless they were drinking beer and that Rhonda would not drink then, because Rhonda did not like beer.

Tonya advised me that she never gave anyone Rhonda's phone number and that she does know a W/M by the name of Tim who had been calling Rhonda prior to her missing.

Tonya advised me that Rhonda had put Tonya on the phone to talk to Tim because Rhonda did not want to meet him because Rhonda had a boyfriend. Tonya advised me that as far as she knows that Rhonda has never met Tim and that Tim does not know where Rhonda lives.

Tonya advised me that she has met Tim out at Tim's apartment on Preston Highway and that if Rhonda said "I'm going down here" that it would usually mean Kroger's.

Tonya advised me that she has never seen Tim drive a car and that as far as she knows Tim does not own a car.

Tonya advised me that she knows for a fact that Jeff Clark and Keith Hardin are both into devil worship and that Tim has a possible address of 1208 Preston, Apartment #5.

Tonya also advised me that she had Tim's phone number at her home.

After we were through interviewing her and the interview with James Tyrell was done, Tonya and James were transported back home by me, along with Detective John Tarter of the PAS.

I then proceeded back to the PAS Office and contacted Tim through the number that Tonya had given me, 964-1250.

I then went to 1208 Quest Drive which is in the Wingate Apartments at Preston and Gilmore, Apartment #5, located and conducted an interview there with a Timothy Tabb, W/M/26.

INTERVIEW TIMOTHY TABB, W/M/26

LMPD00394

Major James W. Griffiths
92070
Page 4


    Timmy Tabb gives a birth date of 07-21-65.    His   home
address   is   1208   Quest   Drive, Louisville, Kentucky 40213,
with the phone number there of 964-1250.

    Timmy Tabb advised me that he got Rhonda on  the  phone
by  a wrong number and that he has never met Rhonda Warford.
Timmy Tabb advised me that he met Tonya through  Rhonda  and
that  Tonya came out to his apartment and that he never knew
where Rhonda lived.

    Timmy Tabb advised me that he was told by  Rhonda  that
she had a boyfriend but he was never told by Rhonda what her
boyfriend's name was.

    Timmy  Tabb advised me that Rhonda never spoke with him
about her personal life and the only conversations  he  ever
had with her was over the telephone.

    It was determined that Timmy Tabb had no additional in-
formation  concerning  the  above  captioned case and he was
thanked for his assistance and cooperation and the interview
with him was concluded.

    Upon conclusion of the interview with Timmy Tabb, I de-
parted that location and proceeded back to the PAS Office.

    The investigation concerning the above  captioned  case
is continuing.

                  Respectfully submitted,

                  *Det. Mark Handy*

                  Detective Mark Handy
                  Physical Assault Squad
                  Criminal Investigation Section

mjm/a

LMPD00395



# City of Louisville

### DIVISION OF POLICE

633 W. Jefferson Street • Louisville, KY 40202-2786

JERRY E. ABRAMSON
MAYOR

THOMAS T. KUSTER
Director of Safety

DOUGLAS HAMILTON
Chief of Police

April 30, 1992

```
       Re:   Foreign Homicide Investigation
    Victim:  Rhonda Sue Warford W/F/19
   Address:  104  E. Whitney Avenue
  Location:  9 Miles Southwest of Brandenburg,
             KY, Off of Kentucky 823, 150 ft.
             Off of the Highway, at the Edge
             of a Field
      Date:  Sunday, April 5, 1992
             (Date PAS Notified)
      Time:  2015 Hours (Time PAS Notified)
      Date:  April 5, 1992 (Date Victim Found)
      Time:  0730 Hours (Time Victim Found)

      File:  92070


   Subject:  Information from Mary Warford,
             Information from Tammy Rogers


Submitted by:  Detective Mark Handy
```

Major James W. Griffiths
Commander C.I.S.

Major James W. Griffiths
92070
Page 2


Sir:

In continuation of the above captioned case, on Thursday evening I contacted a Mary Warford at 367-8438 and Mary Warford related the following information to me.


INFORMATION FROM MARY WARFORD

Mary Warford advised me that Keith Hardin was last at her home on March 27 and 28, 1992. Mary Warford further advised that she does not remember what Rhonda was wearing those two days. Mary Warford further advised me that the jacket Rhonda was wearing was purchased in the fall of 1991. Mary Warford further advised that the red sweat pants Rhonda was wearing were hers and that she owned them since December 1990. Mary Warford further advised that Rhonda would usually wear the red sweats around the house.

Mary Warford further advised me that on April 1, 1992, the red sweat pants were clean and folded up in Rhonda's drawer.

It was determined that Mary Warford had no additional information at this time. She was thanked for her information and the interview with her was concluded.

Upon conclusion of the interview with Mary Warford, I received a phone call from the Tammy Rogers, the sister of the victim in this case.


INFORMATION FROM TAMMY ROGERS

Tammy Rogers advised me that she took Rhonda out to get Keith on Friday night, 3-27-92, and that Rhonda was wearing a white oversize sleeve shirt, white stretch pants, and tennis shoes. Tammy advised me that she went and got Keith at his mother and dad's and took him to her mother and Rhonda's house.


It was determined that Tammy Rogers had no additional information concerning the above captioned case at this time. She was thanked for her information and the interview with her was concluded.

Major James W. Griffiths
92070
Page 3


        The investigation into the above captioned case is con-
tinuing.

                        Respectfully submitted,

                        *Mark Handy*

                        Detective Mark Handy
                        Physical Assault Squad
                        Criminal Investigation Section


mjm/b

JW.

LMPD00398



# City of Louisville

## DIVISION OF POLICE

633 W. Jefferson Street • Louisville, KY 40202-2786

JERRY E. ABRAMSON
MAYOR

THOMAS T. KUSTER
Director of Safety

DOUGLAS HAMILTON
Chief of Police

April 6, 1992

```
        Re:  Foreign Homicide Investigation
     Victim:  Rhonda Sue Warford W/F/19
    Address:  104 E. Whitney Avenue
   Location:  9 Miles Southwest of Brandenburg
              Kentucky, KY-823, 150 Ft. Off
              Highway at Edge of Field
       Date:  Sunday, April 5, 1992
              (Date PAS Notified)
       Time:  2015 Hours (Time PAS Notified)
       Date:  Sunday, April 5, 1992
              (Date Victim Found)
       Time:  0730 Hours (Time Victim Found)

       File:  92070

    Subject:  Information from Sheriff Greer,
              and Interview with Jeffery Clark
              W/M/21

Submitted by:  Detective Mark Handy
```

Major James W. Griffiths
Commander C.I.S.

Sir:

Major James W. Griffiths
92070
Page 2


On Monday, April 6, 1992 after reporting to the PAS Of-
fice for my normal tour-of-duty, I was advised that our of-
fice would be assisting Sheriff Joe Greer of the Meade
County Sheriff's Office with the above captioned case. Af-
ter being given a brief overview of the case it was deter-
mined that PAS Detectives would assist the Meade County
Sheriff's Department in this investigation.

At approximately 1300 Hours I along with Sheriff Greer
and Bill Adams proceeded to 4519 Cod Drive to locate and
interview a Jeffery Clark W/M/21 in reference to this case.
Upon arrival I spoke briefly with an older W/F who identi-
fied herself as Jeffery Clark's grandmother and was advised
by her that Jeffery was not home but that she would have him
call when he arrived at home.

At approximately 1330 Hours I was advised that Jeffery
Clark was at home waiting for us to return. At approxi-
mately 1345 Hours Jeffery Clark was picked up at 4519 Cod
Drive and transported to the PAS Office where an interview
was conducted with him in the Lt's portion of the PAS Office
at approximately 1415 Hours. It was noted that Sheriff
Greer and Bill Adams were present during this interview.

INTERVIEW JEFFERY D. CLARK W/M/21

Jeffery Clark is observed to be a W/M who gives a DOB
of June 3, 1970, a SS# of 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, a home address of
4519 Cod Drive with a phone number there of 933-0554, he
gives an alternate address of 3510 Newburg Road Lot C9 where
there is no phone. Mr. Clark advised me that he is cur-
rently unemployed.

In response to questions Mr. Clark related the follow-
ing information. Mr. Clark advised me that he has known
Keith Hardin since approximately the 8th Grade. Mr. Clark
described Keith Hardin as a close friend that he would see
almost daily. Mr. Clark advised me that the last time he
saw the victim, Rhonda Warford was in December 1991 at his
trailer on Newburg Road. Mr. Clark further advised that he
dated Rhonda's sister, Michelle Rogers and the last time he
saw Michelle Rogers was in November of 1991. Mr. Clark ad-
vised me that the last time he was at his trailer was Wed-
nesday evening, Thursday morning April 1st and April 2nd,
1992. Mr. Clark advised me that he was at the trailer with
Keith Hardin until approximately 0100 Hours drinking beer
and looking for his pet snake which was missing. Mr. Clark
advised that he and Keith Hardin left the trailer at approx-

LMPD00400

Major James W. Griffiths
92070
Page 3


imately 0100 Hours, that he then took Keith home and then
went home on Cod Drive. Mr. Clark further advised me that
he was at home all day Thursday the 2nd of April and that
sometime early Thursday evening he went to Keith Hardin's
house and Keith did not want to go anywhere so he then went
to Jimmy McMackin's apartment on Deering Road and then went
home at approximately 2230 Hours Thursday night. Mr. Clark
further advised that he was home on Cod Drive until Friday
afternoon and on Friday afternoon at approximately 1400
Hours he went to the Department for Human Services on Fern
Valley Road. Mr. Clark further advised that after leaving
the Department for Human Services that he then went over to
Keith Hardin's house and was told by Keith Hardin that he
had not heard anything from Rhonda. Mr. Clark further ad-
vised that he then went home and stayed home all Friday
night. Mr. Clark advised that on Saturday morning he went
to a flea market with his stepfather a Danny Cochran and
that he got home Saturday at approximately 1400 Hours and
then went out to Jimmy McMackins house in Shepherdsville and
that he came home at approximately 1930 to 2000 Hours and
that he then got cleaned up and went back out to Jimmy's in
Shepherdsville off East-44 and was at Jimmy's until approxi-
mately 0300 Hours Sunday morning and that he then went home.
Mr. Clark advised that he was there with a Jimmy, Jimmy's
wife, an Eddie Thrasher and Eddie's girlfriend Kelly and
that he did not see Keith at all on Saturday or Sunday and
that he went over to Keith's on Sunday and was told that
Rhonda had been found.

    Mr. Clark advised me that he does not have a knife and
has never seen Keith with a knife. Mr. Clark further ad-
vised met that he is not into devil worship and does not
know if Keith Hardin is. Mr. Clark advised me that he has
not had any problems with Rhonda Warford in the past other
than her bringing two guys to the trailer that he did not
know. Mr. Clark further advised that he has not been to
Meade County in a long time and that Rhonda has not been in
his automobile since December of 1991. (I then asked Mr.
Clark if he would voluntarily agree to take a polygraph ex-  } Polygraph
amination concerning the information that he had given me as
well as consent to us collecting suspect samples from him.
Mr. Clark advised me that he would voluntarily give suspect
samples as well as consent to a polygraph examination.)

    I then contacted Dr. Tracy Corey of the State Medical
Examiner's Office and Dr. Cory agreed to collect the samples
from Mr. Clark. I then made arrangements for Mr. Clark to

LMPD00401

Major James W. Griffiths
92070
Page 4

be polygraphed by the Polygraph Examiner  of  the  Jefferson
County Police Department.

It  was determined that Mr. Clark had no additional in-
formation at this time concerning the above captioned  case,
he  was  thanked  for his assistance and cooperation and the
interview with him was concluded.

The  investigation concerning the above  captioned  case
is still continuing.

Respectfully submitted,

Det. Mark Handy

Detective Mark Handy
Physical Assault Squad
Criminal Investigation Section

kk/a

J.W.



# City of Louisville

### DIVISION OF POLICE

633 W. Jefferson Street • Louisville, KY 40202-2786

JERRY E. ABRAMSON
MAYOR

THOMAS T. KUSTER
Director of Safety

DOUGLAS HAMILTON
Chief of Police

April 7, 1992

|  |  |
|---|---|
| Re: | Foreign Homicide Investigation |
| Victim: | Rhonda Sue Warford B/F/19 |
| Address: | 104 E. Whitney Avenue |
| Location: | 9 Miles Southwest of Brandenburg KY, KY-823, 150 Ft. Off Highway  at Edge of Field |
| Date: | Sunday, April 5, 1992 (Date PAS Notified) |
| Time: | 2015 Hours (Time PAS Notified) |
| Date: | Sunday, April 5, 1992 (Date Victim Found) |
| Time: | 0730 Hours (Time Victim Found) |
| File: | 92070 |
| Subject: | Interview with Jimmy McMackin W/M/21, Interview Keith Hardin W/M/22, Suspect Sample Kit, Suspect Sample Kit to Property Room |
| Submitted by: | Detective Mark Handy |

Major James W. Griffiths
Commander C.I.S.

Major James W. Griffiths
92070
Page 2


Sir:

On Tuesday, April 7, 1992 after reporting to the PAS Office for my normal tour-of-duty, I was advised of follow-up interviews which needed to be conducted concerning the above captioned case.

At approximately 1300 Hours I along with Detective Sergeant James Woosley of the PAS proceeded to 10404 Greentree Lane Apt. #3 located and conducted an interview with James McMackin.

<u>INTERVIEW JAMES MCMACKIN</u>

Mr. McMackin is observed to be a W/M and gives is home address as 10404 Greentree Lane Apt. 3, his DOB as 7/28/70, with a home phone number of 933-9143.

In response to questions Mr. McMackin advised me that he has known Jeffery Clark for approximately three years and last saw the victim, Rhonda Warford approximately two months ago and that she met Keith Hardin through Jeff Clark. Mr. McMackin further advised that he has not seen the victim, Rhonda or Keith Hardin for approximately two months. Mr. McMackin advised me that last week he saw Jeff Clark on Monday, Tuesday and Thursday, that Mr. Clark came to the apartment. Mr. McMackin advised that this past Saturday at approximately 1400 to 1500 Hours that Jeff Clark came to his house in Shepherdsville and was there the whole time with Jimmy and the other people that were present were a Eddie Thrasher and his girlfriend, Kelly and other family members. Mr. McMackin advised that Jeff Clark never spoke about Rhonda and that Jeff was alone and that each time that he saw Jeff that Jeff was driving his Nova. It was determined that Jimmy McMackin had no additional information concerning the above captioned case at this time, he was thanked for his assistance and cooperation and the interview with him was concluded.

Upon conclusion of the interview with James McMackin, Sgt. Woosley and I departed that location and proceeded to 10774 Tarrytown Road in an attempt to locate a witness, Keith Hardin, in the above captioned case.

At approximately 1340 Hours I along with Sgt. Woosley arrived at 10774 Tarrytown Road and was met at the front door by an older W/F who advised us that Keith was at home and she then stated "is he going to be arrested and does he

LMPD00404

Major James W. Griffiths
92070
Page 3

need an attorney". Sgt. Woosley at this point advised this
W/F that Keith could call anyone he wished. I then re-
quested that Keith Hardin accompany us downtown for an
interview and Keith agreed, as we were leaving this older
W/F stated "please do not take him out of here in
handcuffs".

While in route to the PAS Office I asked Keith Hardin
if he was in fact into Satanism as I had previously been
told and Keith admitted to me that he was not engaging in
Satanic Worship anymore but that he had previously for ap-
proximately six years, that he had stopped approximately one
month ago. I asked Keith Hardin if in the course of his
Satanic Worship if he had killed any cats or other small an-
imals and he acknowledged to me that he had killed small an-
imals. I then asked Mr. Hardin why he had stopped the devil
worshiping and he advised me that he got tired of looking at
animals and began to want to do human sacrifices.

Keith Hardin advised me that he has been dating Rhonda
Warford for approximately five months and they were getting
along fine. Keith Hardin further advised me that he and
Rhonda had one incident of violence between them and that it
was minor and he does not recall the reason. Keith Hardin
further advised me that he last saw Rhonda Warford on March
27th and March 28, 1992 when he stayed at her house on
Whitney. Keith Hardin further advised that he spoke with
Rhonda every day and last spoke to her on the telephone at
approximately 1500 Hours on Wednesday, April 1, 1992 and
that the victim told him that she would call him back.

At approximately 1420 Hours we arrived in the PAS Of-
fice and the interview with Keith Hardin continued. Mr.
Hardin advised me that on Wednesday evening, April 1, 1992
that he was with Jeff Clark at Jeff's trailer on Newburg
Road. Mr. Hardin advised me that they were drinking beer
and looking for Jeff's snake which was lost. Mr. Hardin
further advised that they also went to the Bashford Manor
Mall and then Jeff took him home arriving there at approxi-
mately 0300 to 0330 Hours. Keith further advised that he
was pretty drunk and that is all he really remembers.

When asked about the upside down cross on Rhonda's
chest Keith advised that he did that indicating that he
placed the cross on her chest approximately three months
ago. Keith advised me that he knew that there was a problem
between Rhonda and Jeff Clark but that he is not sure what
the problem was. Keith further advised that after Thursday

Major James W. Griffiths
92070
Page 4

morning the only place he went was to his sister's house and
other than that he stayed at home.  Keith Hardin further ad-
vised that he did not have a knife and that he did not  ever
know  of Jeff Clark to have a knife either.  Mr. Hardin fur-
ther advised that he has known  Jeff  Clark  since  approxi-
mately  the  9th  Grade  and that they are close friends and
have lived together previously.  I then asked  Keith  if  he
knew  of  anyone who would want to hurt Rhonda and Keith ad-
vised me that Rhonda has an old boyfriend  named  James  and
another  person by the name of Tim who has been calling her.
It was also noted that during the  interview  the  following
information  was  received  from Keith Hardin.  Keith Hardin
advised me that his DOB is 8/13/69, his SS# is  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,
he  has  a  home  phone  number of 937-0852 with a address of
10774 Tarrytown Road.

     I then requested that Keith Hardin  voluntarily  submit
to  us collecting suspect samples as well as a polygraph ex-
amination and Mr. Hardin advised me that he would  voluntar-
ily submit to both.  I then contacted Dr. Tracy Corey of the
Medical  Examiner's  Office  and was advised by her that she
would do the collection of the suspect samples but  that  we
would  have to meet her at the Medical Examiner's Office.  I
then departed the PAS Office with Keith  Hardin  and  trans-
ported him to the Medical Examiner's and Dr. Corey conducted
the  collection  of  suspect samples.   I then brought Keith
Hardin and the kit back to the PAS Office placing the kit in
the Property Room under Evidence  Tag#  289119  at  approxi-
mately  1600 Hours.  I then brought Keith Hardin back to the
PAS Office and he was administered a  polygraph  examination
by  Detective  Kelly  Jones of the Louisville Police Depart-
ment.

     The investigation concerning the above  captioned  case
is continuing.

                         Respectfully submitted,

                         Det. Mark Handy

                         Detective Mark Handy
                         Physical Assault Squad
                         Criminal Investigation Section

kk/b

J.W.



# City of Louisville
## DIVISION OF POLICE
633 W. Jefferson Street • Louisville, KY 40202-2786

JERRY E. ABRAMSON
MAYOR

THOMAS T. KUSTER
Director of Safety

DOUGLAS HAMILTON
Chief of Police

April 7, 1992

|  |  |
|---|---|
| Re: | Foreign Homicide Investigation |
| Victim: | Rhonda Sue Warford B/F/19 |
| Address: | 104 E. Whitney Avenue |
| Location: | 9 Miles Southwest of Brandenburg KY, KY-823, 150 Ft. Off Highway  at Edge of Field |
| Date: | Sunday, April 5, 1992 (Date PAS Notified) |
| Time: | 2015 Hours (Time PAS Notified) |
| Date: | Sunday, April 5, 1992 (Date Victim Found) |
| Time: | 0730 Hours (Time Victim Found) |
| File: | 92070 |
| Subject: | Interview with Jimmy McMackin W/M/21, Interview Keith Hardin W/M/22, Suspect Sample Kit, Suspect Sample Kit to Property Room |
| Submitted by: | Detective Mark Handy |

Major James W. Griffiths
Commander C.I.S.

Major James W. Griffiths
92070
Page 2


Sir:

On Tuesday, April 7, 1992 after reporting to the PAS
Office for my normal tour-of-duty, I was advised of
follow-up interviews which needed to be conducted concerning
the above captioned case.

At approximately 1300 Hours I along with Detective
Sergeant James Woosley of the PAS proceeded to 10404
Greentree Lane Apt. #3 located and conducted an interview
with James McMackin.

INTERVIEW JAMES MCMACKIN

Mr. McMackin is observed to be a W/M and gives is home
address as 10404 Greentree Lane Apt. 3, his DOB as 7/28/70,
with a home phone number of 933-9143.

In response to questions Mr. McMackin advised me that
he has known Jeffery Clark for approximately three years and
last saw the victim, Rhonda Warford approximately two months
ago and that she met Keith Hardin through Jeff Clark. Mr.
McMackin further advised that he has not seen the victim,
Rhonda or Keith Hardin for approximately two months. Mr.
McMackin advised me that last week he saw Jeff Clark on Mon-
day, Tuesday and Thursday, that Mr. Clark came to the
apartment. Mr. McMackin advised that this past Saturday at
approximately 1400 to 1500 Hours that Jeff Clark came to his
house in Shepherdsville and was there the whole time with
Jimmy and the other people that were present were a Eddie
Thrasher and his girlfriend, Kelly and other family members.
Mr. McMackin advised that Jeff Clark never spoke about
Rhonda and that Jeff was alone and that each time that he
saw Jeff that Jeff was driving his Nova. It was determined
that Jimmy McMackin had no additional information concerning
the above captioned case at this time, he was thanked for
his assistance and cooperation and the interview with him
was concluded.

Upon conclusion of the interview with James McMackin,
Sgt. Woosley and I departed that location and proceeded to
10774 Tarrytown Road in an attempt to locate a witness,
Keith Hardin, in the above captioned case.

At approximately 1340 Hours I along with Sgt. Woosley
arrived at 10774 Tarrytown Road and was met at the front
door by an older W/F who advised us that Keith was at home
and she then stated "is he going to be arrested and does he

Major James W. Griffiths
92070
Page 3


need an attorney". Sgt. Woosley at this point advised this
W/F that Keith could call anyone he wished.    I then re-
quested that Keith Hardin accompany us downtown for an
interview and Keith agreed, as we were leaving this older
W/F stated "please do not take him out of here in
handcuffs".

While in route to the PAS Office I asked Keith Hardin
if he was in fact into Satanism as I had previously been
told and Keith admitted to me that he was not engaging in
Satanic Worship anymore but that he had previously for ap-
proximately six years, that he had stopped approximately one
month ago. I asked Keith Hardin if in the course of his
Satanic Worship if he had killed any cats or other small an-
imals and he acknowledged to me that he had killed small an-
imals. I then asked Mr. Hardin why he had stopped the devil
worshiping and he advised me that he got tired of looking at
animals and began to want to do human sacrifices.

Keith Hardin advised me that he has been dating Rhonda
Warford for approximately five months and they were getting
along fine.   Keith Hardin further advised me that he and
Rhonda had one incident of violence between them and that it
was minor and he does not recall the reason.   Keith Hardin
further advised me that he last saw Rhonda Warford on March
27th and March 28, 1992 when he stayed at her house on
Whitney.   Keith Hardin further advised that he spoke with
Rhonda every day and last spoke to her on the telephone at
approximately 1500 Hours on Wednesday, April 1, 1992 and
that the victim told him that she would call him back.

At approximately 1420 Hours we arrived in the PAS Of-
fice and the interview with Keith Hardin continued.   Mr.
Hardin advised me that on Wednesday evening, April 1, 1992
that he was with Jeff Clark at Jeff's trailer on Newburg
Road. Mr. Hardin advised me that they were drinking beer
and looking for Jeff's snake which was lost. Mr. Hardin
further advised that they also went to the Bashford Manor
Mall and then Jeff took him home arriving there at approxi-
mately 0300 to 0330 Hours. Keith further advised that he
was pretty drunk and that is all he really remembers.

When asked about the upside down cross on Rhonda's
chest Keith advised that he did that indicating that he
placed the cross on her chest approximately three months
ago. Keith advised me that he knew that there was a problem
between Rhonda and Jeff Clark but that he is not sure what
the problem was. Keith further advised that after Thursday

LMPD00409

Major James W. Griffiths
92070
Page 4

morning the only place he went was to his sister's house and
other than that he stayed at home. Keith Hardin further ad-
vised that he did not have a knife and that he did not ever
know of Jeff Clark to have a knife either. Mr. Hardin fur-
ther advised that he has known Jeff Clark since approxi-
mately the 9th Grade and that they are close friends and
have lived together previously. I then asked Keith if he
knew of anyone who would want to hurt Rhonda and Keith ad-
vised me that Rhonda has an old boyfriend named James and
another person by the name of Tim who has been calling her.
It was also noted that during the interview the following
information was received from Keith Hardin. Keith Hardin
advised me that his DOB is 8/13/69, his SS# is 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,
he has a home phone number of 937-0852 with a address of
10774 Tarrytown Road.

I then requested that Keith Hardin voluntarily submit
to us collecting suspect samples as well as a polygraph ex-
amination and Mr. Hardin advised me that he would voluntar-
ily submit to both. I then contacted Dr. Tracy Corey of the
Medical Examiner's Office and was advised by her that she
would do the collection of the suspect samples but that we
would have to meet her at the Medical Examiner's Office. I
then departed the PAS Office with Keith Hardin and trans-
ported him to the Medical Examiner's and Dr. Corey conducted
the collection of suspect samples. I then brought Keith
Hardin and the kit back to the PAS Office placing the kit in
the Property Room under Evidence Tag# 289119 at approxi-
mately 1600 Hours. I then brought Keith Hardin back to the
PAS Office and he was administered a polygraph examination
by Detective Kelly Jones of the Louisville Police Depart-
ment.

The investigation concerning the above captioned case
is continuing.

Respectfully submitted,

Det. Mark Handy

Detective Mark Handy
Physical Assault Squad
Criminal Investigation Section

kk/b

LMPD00410



# City of Louisville
## DIVISION OF POLICE
633 W. Jefferson Street • Louisville, KY 40202-2786

JERRY E. ABRAMSON
MAYOR

THOMAS T. KUSTER
Director of Safety

DOUGLAS HAMILTON
Chief of Police

April 9, 1992

|  |  |
|---:|:---|
| Re: | Foreign Homicide Investigation |
| Victim: | Rhonda Sue Warford W/F/19 |
| Address: | 104  E. Whitney Avenue |
| Location: | 9 Miles Southwest of Brandenburg, KY, Off of Kentucky 823, 150 ft. Off of the Highway, at the Edge of a Field |
| Date: | Sunday, April 5, 1992 (Date PAS Notified) |
| Time: | 2015 Hours (Time PAS Notified) |
| Date: | April 5, 1992 (Date Victim Found) |
| Time: | 0730 Hours (Time Victim Found) |
| File: | 92070 |
| Subject: | Interview Mary Warford, Information from Crystal Barnes, Re-interview Keith Hardin |

Submitted by:  Detective Mark Handy

Major James W. Griffiths
Commander C.I.S.

Sir:

    In  continuation of the above captioned case, on Thurs-
day, April 9, 1992, while present in the PAS Office  for  my

LMPD00411

Major James W. Griffiths
92070
Page 2

normal tour of duty, I met with Sheriff Joe Greer of the
Meade County Sheriff's Department and advised Sheriff Greer
that I had an appointment at noon to speak with the family
of the above captioned victim.

Sheriff Greer, along with Detective Gary Mason, accom-
panied me to the victim's house at 104 East Whitney Avenue.
We then had a meeting with the victim's family and I spoke
with the victim's mother, Mary Warford.

INTERVIEW MARY WARFORD

Mary Warford advised me that the victim was talking to
her boyfriend, Keith Hardin, at approximately 1500 hours and
that the victim went to the store at approximately 1900
hours and was on her way home and someone was following her
back and wanted to marry her. Mary Warford further advised
that at approximately 2045 hours that the victim called her
cousin, Crystal, at 368-0655, and wanted Crystal to go shop-
ping. Mary Warford advised that the victim appeared to be
in a good mood and that Mary went to bed at approximately
midnight and that the victim, Rhonda, took the phone in her
room at that point. Mary Warford further advised that
Rhonda came into her room at approximately 0030 hours and
got the door key and when Mary asked where she was going
Rhonda replied to her "Down here" and Rhonda then left and
was not seen again.

Mary Warford advised that at approximately 0400 to 0500
hours that she checked Rhonda's room and that she was not
there. Mary advised that when Rhonda last left she was
wearing her hair in a ponytail and that there was an elastic
band in her hair that was black with different colors. Mary
Warford advised that Rhonda did not take anything except the
key to the house.

Mary Warford advised that Rhonda would not go and meet
someone that she did not know, but further advised that she
does not know if Rhonda may have received a phone call or
made a phone call.

I determined that Mary Warford had no additional infor-
mation at this time.

I then talked to a Crystal Barnes, who described her-
self as a friend of Rhonda's.

INFORMATION FROM CRYSTAL BARNES

Crystal explained to me that Rhonda was only into devil
worship to make Keith happy and that the reason that Rhonda

Major James W. Griffiths
92070
Page 3

put the upside down cross on her chest was to make Keith
happy.   Crystal advised me that Rhonda told her, that Keith
Hardin told her, that if she ever left him or he ever  caught
her cheating on him that he would kill her.

It was determined that Crystal Barnes had no additional
information concerning the above captioned case at this time
and she was thanked for her cooperation.

Upon  conclusion  of the above interviews I, along with
Detective Mason and Sheriff Greer,  departed  that  location
and returned to the PAS Office.

After  arrival  in  the  PAS  Office, I contacted Keith
Hardin and advised him that we wished  to  re-interview  him
concerning the above captioned case.

I,  along  with  Sheriff  Greer, proceeded to Tarrytown
Road and met with and brought Keith Hardin back to  the  PAS
Office.

Upon  arrival  in  the PAS Office, I explained to Keith
that he did not have to speak with us concerning  any  know-
ledge  about the above captioned investigation and Keith ad-
vised us that he understood his rights and wished  to  speak
with us concerning this case.

RE-INTERVIEW KEITH HARDIN

I then asked Keith about the information that I had re-
ceived  from  Crystal  Barnes and Keith acknowledged that he
had previously told Rhonda that if she ever cheated  on  him
or left him that he would kill her, but that he had told all
his girlfriends that and none of them were dead.

I then asked Keith about owning a knife and Keith again
denied  owning  a knife and advised me that he did not own a
knife and that he did not know  if  Jeffrey  Clark  owned  a
knife either.

Keith  Hardin  further  advised  me that he only got as
close as the expressway to Rhonda's house on Thursday  morn-
ing,  April 2, 1992; that he did not see Rhonda that evening
or morning and that  he  does  not  know  what  happened  to
Rhonda.

Keith  Hardin  further advised that he had no knowledge
of what happened to Rhonda Warford and that he also  had  no
involvement in what happened to Rhonda Warford.

LMPD00413

Major James W. Griffiths
92070
Page 4


    Keith Hardin was subsequently transported home by Sheriff Joe Greer.

    The investigation concerning the above captioned case is continuing.

                    Respectfully submitted,

                    Detective Mark Handy
                    Physical Assault Squad
                    Criminal Investigation Section


mjm

J.W.

LMPD00414



# City of Louisville

## DIVISION OF POLICE

633 W. Jefferson Street • Louisville, KY 40202-2786

JERRY E. ABRAMSON
MAYOR

THOMAS T. KUSTER
Director of Safety

DOUGLAS HAMILTON
Chief of Police

April 9, 1992

```
         Re:  Foreign Homicide Investigation
      Victim:  Rhonda Sue Warford W/F/19
     Address:  104  E. Whitney Avenue
    Location:  9 Miles Southwest of Brandenburg,
              KY, Off of Kentucky 823, 150 ft.
              Off of the Highway, at the Edge
              of a Field
        Date:  Sunday, April 5, 1992
              (Date PAS Notified)
        Time:  2015 Hours (Time PAS Notified)
        Date:  April 5, 1992 (Date Victim Found)
        Time:  0730 Hours (Time Victim Found)

        File:  92070

     Subject:  Interview Mary Warford,
              Information from Crystal Barnes,
              Re-interview Keith Hardin
```

Submitted by:  Detective Mark Handy

Major James W. Griffiths
Commander C.I.S.

Sir:

    In  continuation of the above captioned case, on Thurs-
day, April 9, 1992, while present in the PAS Office  for  my

LMPD00415

Major James W. Griffiths
92070
Page 2

normal tour of duty, I met with Sheriff Joe Greer of the
Meade County Sheriff's Department and advised Sheriff Greer
that I had an appointment at noon to speak with the family
of the above captioned victim.

Sheriff Greer, along with Detective Gary Mason, accom-
panied me to the victim's house at 104 East Whitney Avenue.
We then had a meeting with the victim's family and I spoke
with the victim's mother, Mary Warford.

INTERVIEW MARY WARFORD

Mary Warford advised me that the victim was talking to
her boyfriend, Keith Hardin, at approximately 1500 hours and
that the victim went to the store at approximately 1900
hours and was on her way home and someone was following her
back and wanted to marry her. Mary Warford further advised
that at approximately 2045 hours that the victim called her
cousin, Crystal, at 368-0655, and wanted Crystal to go shop-
ping. Mary Warford advised that the victim appeared to be
in a good mood and that Mary went to bed at approximately
midnight and that the victim, Rhonda, took the phone in her
room at that point. Mary Warford further advised that
Rhonda came into her room at approximately 0030 hours and
got the door key and when Mary asked where she was going
Rhonda replied to her "Down here" and Rhonda then left and
was not seen again.

Mary Warford advised that at approximately 0400 to 0500
hours that she checked Rhonda's room and that she was not
there. Mary advised that when Rhonda last left she was
wearing her hair in a ponytail and that there was an elastic
band in her hair that was black with different colors. Mary
Warford advised that Rhonda did not take anything except the
key to the house.

Mary Warford advised that Rhonda would not go and meet
someone that she did not know, but further advised that she
does not know if Rhonda may have received a phone call or
made a phone call.

I determined that Mary Warford had no additional infor-
mation at this time.

I then talked to a Crystal Barnes, who described her-
self as a friend of Rhonda's.

INFORMATION FROM CRYSTAL BARNES

Crystal explained to me that Rhonda was only into devil
worship to make Keith happy and that the reason that Rhonda

Major James W. Griffiths
92070
Page 3


put the upside down cross on her chest was to make Keith
happy.    Crystal advised me that Rhonda told her,that Keith
Hardin told her,that if she ever left him or he ever caught
her cheating on him that he would kill her.

It was determined that Crystal Barnes had no additional
information concerning the above captioned case at this time
and she was thanked for her cooperation.

Upon conclusion of the above interviews I, along with
Detective Mason and Sheriff Greer, departed that location
and returned to the PAS Office.

After arrival in the PAS Office, I contacted Keith
Hardin and advised him that we wished to re-interview him
concerning the above captioned case.

I, along with Sheriff Greer, proceeded to Tarrytown
Road and met with and brought Keith Hardin back to the PAS
Office.

Upon arrival in the PAS Office, I explained to Keith
that he did not have to speak with us concerning any know-
ledge about the above captioned investigation and Keith ad-
vised us that he understood his rights and wished to speak
with us concerning this case.

RE-INTERVIEW KEITH HARDIN

I then asked Keith about the information that I had re-
ceived from Crystal Barnes and Keith acknowledged that he
had previously told Rhonda that if she ever cheated on him
or left him that he would kill her, but that he had told all
his girlfriends that and none of them were dead.

I then asked Keith about owning a knife and Keith again
denied owning a knife and advised me that he did not own a
knife and that he did not know if Jeffrey Clark owned a
knife either.

Keith Hardin further advised me that he only got as
close as the expressway to Rhonda's house on Thursday morn-
ing, April 2, 1992; that he did not see Rhonda that evening
or morning and that he does not know what happened to
Rhonda.

Keith Hardin further advised that he had no knowledge
of what happened to Rhonda Warford and that he also had no
involvement in what happened to Rhonda Warford.

LMPD00417

Major James W. Griffiths
92070
Page 4


    Keith Hardin was subsequently transported home by Sheriff Joe Greer.

    The  investigation  concerning the above captioned case is continuing.

                               Respectfully submitted,

                               Detective Mark Handy
                               Physical Assault Squad
                               Criminal Investigation Section


mjm



# City of Louisville
## DIVISION OF POLICE
633 W. Jefferson Street • Louisville, KY 40202-2786

JERRY E. ABRAMSON
MAYOR

THOMAS T. KUSTER
Director of Safety

DOUGLAS HAMILTON
Chief of Police

May 5, 1992

|  |  |
|---|---|
| Re: | Foreign Homicide Investigation |
| Victim: | Rhonda Sue Warford W/F/19 |
| Address: | 104 E. Whitney Avenue |
| Location: | 9 Miles Southwest of Brandenburg, KY, Off of Kentucky 823, 150 ft. Off of the Highway, at the Edge of a Field |
| Date: | Sunday, April 5, 1992 (Date PAS Notified) |
| Time: | 2015 Hours (Time PAS Notified) |
| Date: | April 5, 1992 (Date Victim Found) |
| Time: | 0730 Hours (Time Victim Found) |
| File: | 92070 |
| Subject: | Arrest and Interview Jeffrey Clark |
| Submitted by: | Detective Mark Handy |

Major James W. Griffiths
Commander C.I.S.

Sir:

Major James W. Griffiths
92070
Page 2

On Tuesday morning, May 5, 1992, I was advised that PAS
personnel would be assisting the Meade County Sheriff's Of-
fice with the arrests of Keith Hardin and Jeffrey Clark as
well as search warrants at their homes.

It was noted that PAS Detectives met with Sheriff Greer
and his staff in a parking lot on the southeast corner of
Valley Station Road and Dixie Highway at approximately 0730
hours.

It was decided that Sheriff Greer and I would attempt
to locate and arrest Jeffrey Clark. It was determined that
Jeffrey Clark was not at his home on Cod Drive.

I then contacted Third District Car-324 and requested
that they check an alternate address of 4217 Taylor Boule-
vard for the vehicle of Jeffrey Clark. I was advised by
Car-324 a short time later that the automobile we were look-
ing for was present and I then advised Car-324 of a de-
scription of Jeffrey Clark and that we had an arrest warrant
for him and were en route to that location.

Prior to our arrival at 4217 Taylor Boulevard, I was
advised that Car-324 had Jeffrey Clark in custody.

Upon arrival at 4217 Taylor Boulevard, I observed
Jeffrey Clark in the rear seat of a marked Louisville Police
Department Unit and advised him that he was under arrest for
the murder of Rhonda Warford.

I then requested that Car-324, which consisted of Offi-
cer M. Kordis, Code 2816, and Officer J. Isaacs, Code 2444,
transport Mr. Clark to the basement of LPD Headquarters,
which they did arriving in the basement area of LPD at ap-
proximately 0840 hours. I, along with Sheriff Greer, then
escorted Mr. Clark to the PAS Office where Mr. Clark was
read his Constitutional Rights per Miranda utilizing LPD
Form 0006.

Jeffrey Clark advised me, along with Sheriff Greer,
that he has not seen the victim, Rhonda Warford, since De-
cember, 1991, and that the victim, Rhonda Warford, has not
been in his car since December, 1991. Jeffrey Clark further
advised me that when Rhonda Warford was in his car the last
time she sat in the rear seat behind the passenger. Jeffrey
Clark had no explanation on how the victim's fingerprints
got inside his automobile and that he further had no idea
how the victim's hair got into his automobile. Jeffrey

LMPD00420

Major James W. Griffiths
92070
Page 3


Clark further advised that so far everything he has done for
the Police has been voluntary.

Jeffrey Clark further advised that he is not into
Satanic worship, that he never has been, and that he does
not know why anyone would say that he had been.

Upon conclusion of the interview with Jeffrey Clark,
the appropriate paperwork was prepared charging him with
Murder and he was transported out of the PAS Office by the
Meade County Sheriff's Department.

The investigation concerning the above captioned case
is still continuing.

Respectfully submitted,

Mark Handy

Detective Mark Handy
Physical Assault Squad
Criminal Investigation Section


mjm/c

J.W.



# City of Louisville
## DIVISION OF POLICE
633 W. Jefferson Street • Louisville, KY 40202-2786

JERRY E. ABRAMSON
MAYOR

THOMAS T. KUSTER
Director of Safety

DOUGLAS HAMILTON
Chief of Police

April 30, 1992

```
         Re:   Foreign Homicide Investigation
      Victim:  Rhonda Sue Warford W/F/19
     Address:  104  E. Whitney Avenue
    Location:  9 Miles Southwest of Brandenburg,
               KY, Off of Kentucky 823, 150 ft.
               Off of the Highway, at the Edge
               of a Field
        Date:  Sunday, April 5, 1992
               (Date PAS Notified)
        Time:  2015 Hours (Time PAS Notified)
        Date:  April 5, 1992 (Date Victim Found)
        Time:  0730 Hours (Time Victim Found)

        File:  92070


     Subject:  Information from Mary Warford,
               Information from Tammy Rogers


Submitted by:  Detective Mark Handy
```

Major James W. Griffiths
Commander C.I.S.

An Equal Opportunity Employer

LMPD00422

Major James W. Griffiths
92070
Page 2


Sir:

In continuation of the above captioned case, on Thursday evening I contacted a Mary Warford at 367-8438 and Mary Warford related the following information to me.


INFORMATION FROM MARY WARFORD

Mary Warford advised me that Keith Hardin was last at her home on March 27 and 28, 1992. Mary Warford further advised that she does not remember what Rhonda was wearing those two days. Mary Warford further advised me that the jacket Rhonda was wearing was purchased in the fall of 1991. Mary Warford further advised that the red sweat pants Rhonda was wearing were hers and that she owned them since December 1990. Mary Warford further advised that Rhonda would usually wear the red sweats around the house.

Mary Warford further advised me that on April 1, 1992, the red sweat pants were clean and folded up in Rhonda's drawer.

It was determined that Mary Warford had no additional information at this time. She was thanked for her information and the interview with her was concluded.

Upon conclusion of the interview with Mary Warford, I received a phone call from the Tammy Rogers, the sister of the victim in this case.


INFORMATION FROM TAMMY ROGERS

Tammy Rogers advised me that she took Rhonda out to get Keith on Friday night, 3-27-92, and that Rhonda was wearing a white oversize sleeve shirt, white stretch pants, and tennis shoes. Tammy advised me that she went and got Keith at his mother and dad's and took him to her mother and Rhonda's house.


It was determined that Tammy Rogers had no additional information concerning the above captioned case at this time. She was thanked for her information and the interview with her was concluded.

LMPD00423

Major James W. Griffiths
92070
Page 3


        The investigation into the above captioned case is con-
tinuing.

                        Respectfully submitted,

                        *Mark Handy*

                        Detective Mark Handy
                        Physical Assault Squad
                        Criminal Investigation Section


mjm/b

JW.

LMPD00424



# City of Louisville

### DIVISION OF POLICE

633 W. Jefferson Street • Louisville, KY 40202-2786

JERRY E. ABRAMSON
MAYOR

THOMAS T. KUSTER
Director of Safety

DOUGLAS HAMILTON
Chief of Police

April 6, 1992

```
          Re:  Foreign Homicide Investigation
       Victim:  Rhonda Sue Warford W/F/19
      Address:  104 E. Whitney Avenue
     Location:  9 Miles Southwest of Brandenburg
               Kentucky, KY-823, 150 Ft. Off
               Highway at Edge of Field
         Date:  Sunday, April 5, 1992
               (Date PAS Notified)
         Time:  2015 Hours (Time PAS Notified)
         Date:  Sunday, April 5, 1992
               (Date Victim Found)
         Time:  0730 Hours (Time Victim Found)

         File:  92070

      Subject:  Information from Sheriff Greer,
               and Interview with Jeffery Clark
               W/M/21

  Submitted by:  Detective Mark Handy
```

Major James W. Griffiths
Commander C.I.S.

Sir:

LMPD00425

Major James W. Griffiths
92070
Page 2


On Monday, April 6, 1992 after reporting to the PAS Of-
fice for my normal tour-of-duty, I was advised that our of-
fice would be assisting Sheriff Joe Greer of the Meade
County Sheriff's Office with the above captioned case. Af-
ter being given a brief overview of the case it was deter-
mined that PAS Detectives would assist the Meade County
Sheriff's Department in this investigation.

At approximately 1300 Hours I along with Sheriff Greer
and Bill Adams proceeded to 4519 Cod Drive to locate and
interview a Jeffery Clark W/M/21 in reference to this case.
Upon arrival I spoke briefly with an older W/F who identi-
fied herself as Jeffery Clark's grandmother and was advised
by her that Jeffery was not home but that she would have him
call when he arrived at home.

At approximately 1330 Hours I was advised that Jeffery
Clark was at home waiting for us to return. At approxi-
mately 1345 Hours Jeffery Clark was picked up at 4519 Cod
Drive and transported to the PAS Office where an interview
was conducted with him in the Lt's portion of the PAS Office
at approximately 1415 Hours. It was noted that Sheriff
Greer and Bill Adams were present during this interview.

INTERVIEW JEFFERY D. CLARK W/M/21

Jeffery Clark is observed to be a W/M who gives a DOB
of June 3, 1970, a SS# of 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, a home address of
4519 Cod Drive with a phone number there of 933-0554, he
gives an alternate address of 3510 Newburg Road Lot C9 where
there is no phone. Mr. Clark advised me that he is cur-
rently unemployed.

In response to questions Mr. Clark related the follow-
ing information. Mr. Clark advised me that he has known
Keith Hardin since approximately the 8th Grade. Mr. Clark
described Keith Hardin as a close friend that he would see
almost daily. Mr. Clark advised me that the last time he
saw the victim, Rhonda Warford was in December 1991 at his
trailer on Newburg Road. Mr. Clark further advised that he
dated Rhonda's sister, Michelle Rogers and the last time he
saw Michelle Rogers was in November of 1991. Mr. Clark ad-
vised me that the last time he was at his trailer was Wed-
nesday evening, Thursday morning April 1st and April 2nd,
1992. Mr. Clark advised me that he was at the trailer with
Keith Hardin until approximately 0100 Hours drinking beer
and looking for his pet snake which was missing. Mr. Clark
advised that he and Keith Hardin left the trailer at approx-

Major James W. Griffiths
92070
Page 3

imately 0100 Hours, that he then took Keith home and then
went home on Cod Drive. Mr. Clark further advised me that
he was at home all day Thursday the 2nd of April and that
sometime early Thursday evening he went to Keith Hardin's
house and Keith did not want to go anywhere so he then went
to Jimmy McMackin's apartment on Deering Road and then went
home at approximately 2230 Hours Thursday night. Mr. Clark
further advised that he was home on Cod Drive until Friday
afternoon and on Friday afternoon at approximately 1400
Hours he went to the Department for Human Services on Fern
Valley Road. Mr. Clark further advised that after leaving
the Department for Human Services that he then went over to
Keith Hardin's house and was told by Keith Hardin that he
had not heard anything from Rhonda. Mr. Clark further ad-
vised that he then went home and stayed home all Friday
night. Mr. Clark advised that on Saturday morning he went
to a flea market with his stepfather a Danny Cochran and
that he got home Saturday at approximately 1400 Hours and
then went out to Jimmy McMackins house in Shepherdsville and
that he came home at approximately 1930 to 2000 Hours and
that he then got cleaned up and went back out to Jimmy's in
Shepherdsville off East-44 and was at Jimmy's until approxi-
mately 0300 Hours Sunday morning and that he then went home.
Mr. Clark advised that he was there with a Jimmy, Jimmy's
wife, an Eddie Thrasher and Eddie's girlfriend Kelly and
that he did not see Keith at all on Saturday or Sunday and
that he went over to Keith's on Sunday and was told that
Rhonda had been found.

Mr. Clark advised me that he does not have a knife and
has never seen Keith with a knife. Mr. Clark further ad-
vised met that he is not into devil worship and does not
know if Keith Hardin is. Mr. Clark advised me that he has
not had any problems with Rhonda Warford in the past other
than her bringing two guys to the trailer that he did not
know. Mr. Clark further advised that he has not been to
Meade County in a long time and that Rhonda has not been in
his automobile since December of 1991. I then asked Mr.
Clark if he would voluntarily agree to take a polygraph ex-
amination concerning the information that he had given me as
well as consent to us collecting suspect samples from him.
Mr. Clark advised me that he would voluntarily give suspect
samples as well as consent to a polygraph examination.

I then contacted Dr. Tracy Corey of the State Medical
Examiner's Office and Dr. Cory agreed to collect the samples
from Mr. Clark. I then made arrangements for Mr. Clark to

Major James W. Griffiths
92070
Page 4


be polygraphed by the Polygraph Examiner  of  the  Jefferson
County Police Department.

    It  was determined that Mr. Clark had no additional in-
formation at this time concerning the above captioned  case,
he  was  thanked  for his assistance and cooperation and the
interview with him was concluded.

    The  investigation concerning the above  captioned  case
is still continuing.

                    Respectfully submitted,

                    *Det. Mark Handy*

                    Detective Mark Handy
                    Physical Assault Squad
                    Criminal Investigation Section

kk/a

LMPD00428



# City of Louisville

### DIVISION OF POLICE

633 W. Jefferson Street • Louisville, KY 40202-2786

JERRY E. ABRAMSON
MAYOR

THOMAS T. KUSTER
Director of Safety

DOUGLAS HAMILTON
Chief of Police

April 6, 1992

|                |                                                                                      |
|---------------:|--------------------------------------------------------------------------------------|
| Re:            | Foreign Homicide Investigation                                                       |
| Victim:        | Rhonda Sue Warford W/F/19                                                             |
| Address:       | 104 E. Whitney Avenue                                                                |
| Location:      | 9 Miles Southwest of Brandenburg Kentucky, KY-823, 150 Ft. Off Highway at Edge of Field |
| Date:          | Sunday, April 5, 1992 (Date PAS Notified)                                            |
| Time:          | 2015 Hours (Time PAS Notified)                                                       |
| Date:          | Sunday, April 5, 1992 (Date Victim Found)                                            |
| Time:          | 0730 Hours (Time Victim Found)                                                       |
| File:          | 92070                                                                                 |
| Subject:       | Information from Sheriff Greer, and Interview with Jeffery Clark W/M/21               |
| Submitted by:  | Detective Mark Handy                                                                 |

Major James W. Griffiths
Commander C.I.S.

Sir:

Major James W. Griffiths
92070
Page 2

On Monday, April 6, 1992 after reporting to the PAS Office for my normal tour-of-duty, I was advised that our office would be assisting Sheriff Joe Greer of the Meade County Sheriff's Office with the above captioned case. After being given a brief overview of the case it was determined that PAS Detectives would assist the Meade County Sheriff's Department in this investigation.

At approximately 1300 Hours I along with Sheriff Greer and Bill Adams proceeded to 4519 Cod Drive to locate and interview a Jeffery Clark W/M/21 in reference to this case. Upon arrival I spoke briefly with an older W/F who identified herself as Jeffery Clark's grandmother and was advised by her that Jeffery was not home but that she would have him call when he arrived at home.

At approximately 1330 Hours I was advised that Jeffery Clark was at home waiting for us to return. At approximately 1345 Hours Jeffery Clark was picked up at 4519 Cod Drive and transported to the PAS Office where an interview was conducted with him in the Lt's portion of the PAS Office at approximately 1415 Hours. It was noted that Sheriff Greer and Bill Adams were present during this interview.

<u>INTERVIEW JEFFERY D. CLARK W/M/21</u>

Jeffery Clark is observed to be a W/M who gives a DOB of June 3, 1970, a SS# of 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, a home address of 4519 Cod Drive with a phone number there of 933-0554, he gives an alternate address of 3510 Newburg Road Lot C9 where there is no phone. Mr. Clark advised me that he is currently unemployed.

In response to questions Mr. Clark related the following information. Mr. Clark advised me that he has known Keith Hardin since approximately the 8th Grade. Mr. Clark described Keith Hardin as a close friend that he would see almost daily. Mr. Clark advised me that the last time he saw the victim, Rhonda Warford was in December 1991 at his trailer on Newburg Road. Mr. Clark further advised that he dated Rhonda's sister, Michelle Rogers and the last time he saw Michelle Rogers was in November of 1991. Mr. Clark advised me that the last time he was at his trailer was Wednesday evening, Thursday morning April 1st and April 2nd, 1992. Mr. Clark advised me that he was at the trailer with Keith Hardin until approximately 0100 Hours drinking beer and looking for his pet snake which was missing. Mr. Clark advised that he and Keith Hardin left the trailer at approx-

Major James W. Griffiths
92070
Page 3

imately 0100 Hours, that he then took Keith home and then
went home on Cod Drive. Mr. Clark further advised me that
he was at home all day Thursday the 2nd of April and that
sometime early Thursday evening he went to Keith Hardin's
house and Keith did not want to go anywhere so he then went
to Jimmy McMackin's apartment on Deering Road and then went
home at approximately 2230 Hours Thursday night. Mr. Clark
further advised that he was home on Cod Drive until Friday
afternoon and on Friday afternoon at approximately 1400
Hours he went to the Department for Human Services on Fern
Valley Road. Mr. Clark further advised that after leaving
the Department for Human Services that he then went over to
Keith Hardin's house and was told by Keith Hardin that he
had not heard anything from Rhonda. Mr. Clark further ad-
vised that he then went home and stayed home all Friday
night. Mr. Clark advised that on Saturday morning he went
to a flea market with his stepfather a Danny Cochran and
that he got home Saturday at approximately 1400 Hours and
then went out to Jimmy McMackins house in Shepherdsville and
that he came home at approximately 1930 to 2000 Hours and
that he then got cleaned up and went back out to Jimmy's in
Shepherdsville off East-44 and was at Jimmy's until approxi-
mately 0300 Hours Sunday morning and that he then went home.
Mr. Clark advised that he was there with a Jimmy, Jimmy's
wife, an Eddie Thrasher and Eddie's girlfriend Kelly and
that he did not see Keith at all on Saturday or Sunday and
that he went over to Keith's on Sunday and was told that
Rhonda had been found.

Mr. Clark advised me that he does not have a knife and
has never seen Keith with a knife. Mr. Clark further ad-
vised met that he is not into devil worship and does not
know if Keith Hardin is. Mr. Clark advised me that he has
not had any problems with Rhonda Warford in the past other
than her bringing two guys to the trailer that he did not
know. Mr. Clark further advised that he has not been to
Meade County in a long time and that Rhonda has not been in
his automobile since December of 1991. I then asked Mr.
Clark if he would voluntarily agree to take a polygraph ex-
amination concerning the information that he had given me as
well as consent to us collecting suspect samples from him.
Mr. Clark advised me that he would voluntarily give suspect
samples as well as consent to a polygraph examination.

I then contacted Dr. Tracy Corey of the State Medical
Examiner's Office and Dr. Cory agreed to collect the samples
from Mr. Clark. I then made arrangements for Mr. Clark to

Major James W. Griffiths
92070
Page 4

be polygraphed by the Polygraph Examiner  of  the  Jefferson
County Police Department.

    It  was determined that Mr. Clark had no additional in-
formation at this time concerning the above captioned  case,
he  was  thanked  for his assistance and cooperation and the
interview with him was concluded.

    The  investigation concerning the above  captioned  case
is still continuing.

                        Respectfully submitted,

                        *Det. Mark Handy*

                        Detective Mark Handy
                        Physical Assault Squad
                        Criminal Investigation Section

kk/a

J.W.

LMPD00432



# City of Louisville
## DIVISION OF POLICE
633 W. Jefferson Street • Louisville, KY 40202-2786

JERRY E. ABRAMSON
MAYOR

THOMAS T. KUSTER
Director of Safety

DOUGLAS HAMILTON
Chief of Police

April 8, 1992

```
          Re:  Foreign Homicide Investigation
       Victim:  Rhonda Sue Warford W/F/19
      Address:  104 E. Whitney Avenue
     Location:  9 Miles Southwest of Brandenburg
                Ky, KY-823, 150 Ft. Off
                Highway at Edge of Field
         Date:  Sunday, April 4, 1992
                (Date PAS Notified)
         Time:  2015 Hours (Time PAS Notified)
         Date:  Sunday, April 5, 1992
                (Date Victim Found)
         Time:  0730 Hours (Time Victim Found)

         File:  92070

      Subject:  Consent to Search Auto,
                Re-interview Jeff Clark W/M/21,
                ETU Processing of Vehicle

Submitted by:   Detective Mark Handy
```

Major James W. Griffiths
Commander C.I.S.

Sir:

LMPD00433

Major James W. Griffiths
92070
Page 2

On Wednesday, April 8, 1992 after arriving in the PAS Office for my normal tour-of-duty, I met with Sheriff Joe Greer of the Meade County Sheriff's Department as well as Bill Adams from Meade County. The three of us went to 4519 Cod Drive and located a Jeffery Clark a witness in the above captioned case and I explained to Mr. Clark that we wished to search his 1974 Nova. I explained to Mr. Clark that he had the right to refuse us permission to search his vehicle as well as speak to us. Mr. Clark advised me that he understood that and that it was okay with him if we searched his vehicle.

A Louisville Police Department wrecker was then dispatched to 4519 Cod Drive and the car was taken to the Louisville Police Department Headquarters basement area where ETU Technicians Margaret Haun and Tina Bennett conducted a search and processing of the vehicle. Letters from them on this will be forthcoming and incorporated into the case file.

Mr. Clark was also transported to the PAS Office and re-interviewed in connection with the above captioned case. This was done by myself, along with Sheriff Joe Greer and Bill Adams of Meade County.

RE-INTERVIEW OF JEFF CLARK W/M/21

Jeff Clark admitted to me that he had previously lied about owning a knife, that he owned several. Jeff Clark denied any involvement in devil worshiping and explained to me that it is sick and that he does not know if Keith is into it or not but he definitely is not. Mr. Clark further advised me that Keith Hardin told him one time previously before that the victim thought she was pregnant and that he definitely was not going to have a child. Jeff Clark further advised me that he did not have any problems with the victim and does not know of anyone who want to hurt her. Jeff further explained to me that he was with Keith Hardin on Wednesday, April 1st into the morning of Thursday, April 2nd and that they left the trailer together at approximately 1 AM and went home. Mr. Clark further advised that he was not drunk although they both were drinking beer. Mr. Clark further advised me that the victim Rhonda Warford has not been in his automobile since December of 1991 and that he has not been in Meade County since July of 1991.

It was determined that Jeff Clark had no additional information at this time concerning the above captioned case,

LMPD00434

Major James W. Griffiths
92070
Page 3


he was thanked for his assistance and cooperation and the
interview with him was concluded.

    The investigation concerning the above captioned case
is still continuing.

                        Respectfully submitted,

                        *Det. Mark Handy*

                        Detective Mark Handy
                        Physical Assault Squad
                        Criminal Investigation Section

kk/c

J.W.

LMPD00435



# City of Louisville

### DIVISION OF POLICE

633 W. Jefferson Street • Louisville, KY 40202-2786

JERRY E. ABRAMSON
MAYOR

THOMAS T. KUSTER
Director of Safety

DOUGLAS HAMILTON
Chief of Police

April 8, 1992

|  |  |
|---|---|
| Re: | Foreign Homicide Investigation |
| Victim: | Rhonda Sue Warford W/F/19 |
| Address: | 104 E. Whitney Avenue |
| Location: | 9 Miles Southwest of Brandenburg Ky, KY-823, 150 Ft. Off Highway at Edge of Field |
| Date: | Sunday, April 4, 1992 (Date PAS Notified) |
| Time: | 2015 Hours (Time PAS Notified) |
| Date: | Sunday, April 5, 1992 (Date Victim Found) |
| Time: | 0730 Hours (Time Victim Found) |
| File: | 92070 |
| Subject: | Consent to Search Auto, Re-interview Jeff Clark W/M/21, ETU Processing of Vehicle |
| Submitted by: | Detective Mark Handy |

Major James W. Griffiths
Commander C.I.S.

Sir:

Major James W. Griffiths
92070
Page 2


On Wednesday, April 8, 1992 after arriving in the PAS Office for my normal tour-of-duty, I met with Sheriff Joe Greer of the Meade County Sheriff's Department as well as Bill Adams from Meade County. The three of us went to 4519 Cod Drive and located a Jeffery Clark a witness in the above captioned case and I explained to Mr. Clark that we wished to search his 1974 Nova. I explained to Mr. Clark that he had the right to refuse us permission to search his vehicle as well as speak to us. Mr. Clark advised me that he understood that and that it was okay with him if we searched his vehicle.

A Louisville Police Department wrecker was then dispatched to 4519 Cod Drive and the car was taken to the Louisville Police Department Headquarters basement area where ETU Technicians Margaret Haun and Tina Bennett conducted a search and processing of the vehicle. Letters from them on this will be forthcoming and incorporated into the case file.

Mr. Clark was also transported to the PAS Office and re-interviewed in connection with the above captioned case. This was done by myself, along with Sheriff Joe Greer and Bill Adams of Meade County.

RE-INTERVIEW OF JEFF CLARK W/M/21

Jeff Clark admitted to me that he had previously lied about owning a knife, that he owned several. Jeff Clark denied any involvement in devil worshiping and explained to me that it is sick and that he does not know if Keith is into it or not but he definitely is not. Mr. Clark further advised me that Keith Hardin told him one time previously before that the victim thought she was pregnant and that he definitely was not going to have a child. Jeff Clark further advised me that he did not have any problems with the victim and does not know of anyone who want to hurt her. Jeff further explained to me that he was with Keith Hardin on Wednesday, April 1st into the morning of Thursday, April 2nd and that they left the trailer together at approximately 1 AM and went home. Mr. Clark further advised that he was not drunk although they both were drinking beer. Mr. Clark further advised me that the victim Rhonda Warford has not been in his automobile since December of 1991 and that he has not been in Meade County since July of 1991.

It was determined that Jeff Clark had no additional information at this time concerning the above captioned case,

LMPD00437

Major James W. Griffiths
92070
Page 3


he was thanked for his assistance and  cooperation  and  the
interview with him was concluded.

     The   investigation   concerning  the  above  captioned  case
is still continuing.

                          Respectfully submitted,

                          Det. Mark Handy

                          Detective Mark Handy
                          Physical Assault Squad
                          Criminal Investigation Section

kk/c

J.W.



# City of Louisville

### DIVISION OF POLICE

633 W. Jefferson Street • Louisville, KY 40202-2786

JERRY E. ABRAMSON
MAYOR

THOMAS T. KUSTER
Director of Safety

DOUGLAS HAMILTON
Chief of Police

April 14, 1992

```
        Re:    Foreign Homicide Investigation
     Victim:   Rhonda Sue Warford W/F/19
    Address:   104  E. Whitney Avenue
   Location:   9 Miles Southwest of Brandenburg,
               KY, Off of Kentucky 823, 150 ft.
               Off of the Highway, at the Edge
               of a Field
       Date:   Sunday, April 5, 1992
               (Date PAS Notified)
       Time:   2015 Hours (Time PAS Notified)
       Date:   April 5, 1992 (Date Victim Found)
       Time:   0730 Hours (Time Victim Found)

       File:   92070

    Subject:   Interview Tonya Greer, W/F/16,
               Interview Timmy Tabb, W/M/26
```

Submitted by:  Detective Mark Handy

Major James W. Griffiths
Commander C.I.S.

Sir:

On  Tuesday, April 14, 1992, after reporting to the PAS
Office for  my  normal  tour  of  duty,  I  was  advised  of
follow-up interviews which needed to be conducted concerning

Major James W. Griffiths
92070
Page 2

the above captioned case.  I also noted the arrival of Sher-
iff  Joe  Greer  of the Meade County Sheriff's Department as
well as Bill Adams from Meade County.

At approximately 1600 hours  I,  along  with  Detective
Hope  Greer  of the PAS Office, proceeded to 300 Lansing Ave-
nue and located a Tonya Jean Greer as well as a James Tyrell
and transported them back to the PAS  Office  to  be  inter-
viewed concerning the above captioned case.

Upon  arrival, it was determined that Sheriff Greer and
myself would interview Tonya Greer and Detective  Greer  and
Bill  Adams would interview James Tyrell.  A letter from De-
tective Greer on this will be forthcoming.

INTERVIEW TONYA GREER

After arrival in the PAS Office, I was advised by Tonya
Greer that her middle name is Jean and that she has a  birth
date  of 11-14-75.  Ms. Greer was interviewed in the office
along with Sheriff Greer.

Tonya Greer advised me that the last time she  saw  the
victim, Rhonda Warford, was on February 14, 1992, and that
she saw her over at her house on Whitney.  Tonya Greer  ad-
vised  me  that  the  only person that she knows of that the
victim was dating was Keith Hardin and  that  Rhonda  previ-
ously  had  dated  her brother, James, and that Rhonda began
going out with Keith Hardin after she and  James  had  broke
up.

Tonya  Greer advised me that while at Jeff's trailer on
Newburg Road that she overheard  Keith  Hardin  tell  Rhonda
Warford  that if she ever left him or cheated on him that he
would kill her.  Tonya advised me that she then heard Rhonda
reply "Oh no, you won't."

Tonya Greer advised me that  while  at  Jeff's  trailer
sometime in November of 1991 she was told by Jeff Clark that
he  wanted  to  kill her and Jeff Clark pointed a gun at her
head and told her that he also wanted to kill his ex-wife.

Tonya Greer advised me that she never saw Keith  Hardin
or Jeff Clark with a knife.

Tonya  Greer  advised  me  that  she  was told by Keith
Hardin that he worshipped the devil.  Tonya also advised  me
that  she  was told by both Keith Hardin and Jeff Clark that
an upside down cross means that you worship the devil.

LMPD00440

Major James W. Griffiths
92070
Page 3


Tonya advised me that Rhonda Warford showed her an in-
verted cross that Keith put on her because she wanted to be
like Keith.

Tonya advised that sometime in November of 1991 she was
asked by Jeff Clark if he could put an upside down cross
with a razor on her arm.

Tonya advised me that Keith Hardin and Jeff Clark would
usually drink whiskey and beer every day that she saw them
and that Rhonda would usually drink with them unless they
were drinking beer and that Rhonda would not drink then, be-
cause Rhonda did not like beer.

Tonya advised me that she never gave anyone Rhonda's
phone number and that she does know a W/M by the name of Tim
who had been calling Rhonda prior to her missing.

Tonya advised me that Rhonda had put Tonya on the phone
to talk to Tim because Rhonda did not want to meet him be-
cause Rhonda had a boyfriend. Tonya advised me that as far
as she knows that Rhonda has never met Tim and that Tim does
not know where Rhonda lives.

Tonya advised me that she has met Tim out at Tim's
apartment on Preston Highway and that if Rhonda said "I'm
going down here" that it would usually mean Kroger's.

Tonya advised me that she has never seen Tim drive a
car and that as far as she knows Tim does not own a car.

Tonya advised me that she knows for a fact that Jeff
Clark and Keith Hardin are both into devil worship and that
Tim has a possible address of 1208 Preston, Apartment #5.

Tonya also advised me that she had Tim's phone number
at her home.

After we were through interviewing her and the inter-
view with James Tyrell was done, Tonya and James were trans-
ported back home by me, along with Detective John Tarter of
the PAS.

I then proceeded back to the PAS Office and contacted
Tim through the number that Tonya had given me, 964-1250.

I then went to 1208 Quest Drive which is in the Wingate
Apartments at Preston and Gilmore, Apartment #5, located and
conducted an interview there with a Timothy Tabb, W/M/26.

INTERVIEW TIMOTHY TABB, W/M/26

Major James W. Griffiths
92070
Page 4

Timmy Tabb gives a birth date of 07-21-65.   His  home
address  is  1208  Quest  Drive, Louisville, Kentucky 40213,
with the phone number there of 964-1250.

Timmy Tabb advised me that he got Rhonda on  the  phone
by  a wrong number and that he has never met Rhonda Warford.
Timmy Tabb advised me that he met Tonya through  Rhonda  and
that  Tonya came out to his apartment and that he never knew
where Rhonda lived.

Timmy Tabb advised me that he was told by  Rhonda  that
she had a boyfriend but he was never told by Rhonda what her
boyfriend's name was.

Timmy  Tabb advised me that Rhonda never spoke with him
about her personal life and the only conversations  he  ever
had with her was over the telephone.

It was determined that Timmy Tabb had no additional in-
formation  concerning  the  above  captioned case and he was
thanked for his assistance and cooperation and the interview
with him was concluded.

Upon conclusion of the interview with Timmy Tabb, I de-
parted that location and proceeded back to the PAS Office.

The investigation concerning the above  captioned  case
is continuing.

Respectfully submitted,

Det. Mark Handy

Detective Mark Handy
Physical Assault Squad
Criminal Investigation Section

mjm/a



# City of Louisville
## DIVISION OF POLICE
633 W. Jefferson Street • Louisville, KY 40202-2786

JERRY E. ABRAMSON
MAYOR

THOMAS T. KUSTER
Director of Safety

DOUGLAS HAMILTON
Chief of Police

April 14, 1992

|          |                                           |
|----------|-------------------------------------------|
| Re:      | Foreign Homicide Investigation            |
| Victim:  | Rhonda Sue Warford W/F/19                  |
| Address: | 104  E. Whitney Avenue                     |
| Location:| 9 Miles Southwest of Brandenburg, KY, Off of Kentucky 823, 150 ft. Off of the Highway, at the Edge of a Field |
| Date:    | Sunday, April 5, 1992 (Date PAS Notified) |
| Time:    | 2015 Hours (Time PAS Notified)            |
| Date:    | April 5, 1992 (Date Victim Found)         |
| Time:    | 0730 Hours (Time Victim Found)            |
| File:    | 92070                                      |
| Subject: | Interview Tonya Greer, W/F/16, Interview Timmy Tabb, W/M/26 |

Submitted by:  Detective Mark Handy

Major James W. Griffiths
Commander C.I.S.

Sir:

On  Tuesday, April 14, 1992, after reporting to the PAS
Office for  my  normal  tour  of  duty,  I  was  advised  of
follow-up interviews which needed to be conducted concerning

An Equal Opportunity Employer

LMPD00443

Major James W. Griffiths
92070
Page 2

the above captioned case. I also noted the arrival of Sher-
iff Joe Greer of the Meade County Sheriff's Department as
well as Bill Adams from Meade County.

At approximately 1600 hours I, along with Detective
Hope Greer of the PAS Office, proceeded to 300 Lansing Ave-
nue and located a Tonya Jean Greer as well as a James Tyrell
and transported them back to the PAS Office to be inter-
viewed concerning the above captioned case.

Upon arrival, it was determined that Sheriff Greer and
myself would interview Tonya Greer and Detective Greer and
Bill Adams would interview James Tyrell. A letter from De-
tective Greer on this will be forthcoming.

INTERVIEW TONYA GREER

After arrival in the PAS Office, I was advised by Tonya
Greer that her middle name is Jean and that she has a birth
date of 11-14-75. Ms. Greer was interviewed in the office
along with Sheriff Greer.

Tonya Greer advised me that the last time she saw the
victim, Rhonda Warford, was on February 14, 1992, and that
she saw her over at her house on Whitney. Tonya Greer ad-
vised me that the only person that she knows of that the
victim was dating was Keith Hardin and that Rhonda previ-
ously had dated her brother, James, and that Rhonda began
going out with Keith Hardin after she and James had broke
up.

Tonya Greer advised me that while at Jeff's trailer on
Newburg Road that she overheard Keith Hardin tell Rhonda
Warford that if she ever left him or cheated on him that he
would kill her. Tonya advised me that she then heard Rhonda
reply "Oh no, you won't."

Tonya Greer advised me that while at Jeff's trailer
sometime in November of 1991 she was told by Jeff Clark that
he wanted to kill her and Jeff Clark pointed a gun at her
head and told her that he also wanted to kill his ex-wife.

Tonya Greer advised me that she never saw Keith Hardin
or Jeff Clark with a knife.

Tonya Greer advised me that she was told by Keith
Hardin that he worshipped the devil. Tonya also advised me
that she was told by both Keith Hardin and Jeff Clark that
an upside down cross means that you worship the devil.

LMPD00444

Major James W. Griffiths
92070
Page 3


Tonya advised me that Rhonda Warford showed her an inverted cross that Keith put on her because she wanted to be like Keith.

Tonya advised that sometime in November of 1991 she was asked by Jeff Clark if he could put an upside down cross with a razor on her arm.

Tonya advised me that Keith Hardin and Jeff Clark would usually drink whiskey and beer every day that she saw them and that Rhonda would usually drink with them unless they were drinking beer and that Rhonda would not drink then,because Rhonda did not like beer.

Tonya advised me that she never gave anyone Rhonda's phone number and that she does know a W/M by the name of Tim who had been calling Rhonda prior to her missing.

Tonya advised me that Rhonda had put Tonya on the phone to talk to Tim because Rhonda did not want to meet him because Rhonda had a boyfriend. Tonya advised me that as far as she knows that Rhonda has never met Tim and that Tim does not know where Rhonda lives.

Tonya advised me that she has met Tim out at Tim's apartment on Preston Highway and that if Rhonda said "I'm going down here" that it would usually mean Kroger's.

Tonya advised me that she has never seen Tim drive a car and that as far as she knows Tim does not own a car.

Tonya advised me that she knows for a fact that Jeff Clark and Keith Hardin are both into devil worship and that Tim has a possible address of 1208 Preston, Apartment #5.

Tonya also advised me that she had Tim's phone number at her home.

After we were through interviewing her and the interview with James Tyrell was done, Tonya and James were transported back home by me, along with Detective John Tarter of the PAS.

I then proceeded back to the PAS Office and contacted Tim through the number that Tonya had given me, 964-1250.

I then went to 1208 Quest Drive which is in the Wingate Apartments at Preston and Gilmore, Apartment #5, located and conducted an interview there with a Timothy Tabb, W/M/26.

INTERVIEW TIMOTHY TABB, W/M/26

LMPD00445

Major James W. Griffiths
92070
Page 4


        Timmy Tabb gives a birth date of 07-21-65.    His   home
address   is   1208   Quest   Drive,   Louisville,   Kentucky   40213,
with the phone number there of 964-1250.

        Timmy Tabb advised me that he got Rhonda on  the  phone
by  a wrong number and that he has never met Rhonda Warford.
Timmy Tabb advised me that he met Tonya through  Rhonda  and
that   Tonya came out to his apartment and that he never knew
where Rhonda lived.

        Timmy Tabb advised me that he was told by  Rhonda  that
she had a boyfriend but he was never told by Rhonda what her
boyfriend's name was.

        Timmy  Tabb advised me that Rhonda never spoke with him
about her personal life and the only conversations  he  ever
had with her was over the telephone.

        It was determined that Timmy Tabb had no additional in-
formation  concerning  the  above  captioned case and he was
thanked for his assistance and cooperation and the interview
with him was concluded.

        Upon conclusion of the interview with Timmy Tabb, I de-
parted that location and proceeded back to the PAS Office.

        The investigation concerning the above  captioned  case
is continuing.

                        Respectfully submitted,

                        Det. Mark Handy

                        Detective Mark Handy
                        Physical Assault Squad
                        Criminal Investigation Section


mjm/a


J.w

DET. GREER

LMPD00447



# City of Louisville
## DIVISION OF POLICE
633 W. Jefferson Street • Louisville, KY 40202-2786

JERRY E. ABRAMSON
MAYOR

THOMAS T. KUSTER
Director of Safety

DOUGLAS HAMILTON
Chief of Police

April 5, 1992

|  |  |
|---|---|
| Re: | Foreign Homicide Investigation |
| Victim: | Rhonda Sue Warford, W/F/19 |
| Address: | 104 E. Whitney Avenue |
| Location: | 9 Miles SW of Brandenburg KY, off KY 823, 150' From Highway, at Edge of Field |
| Date: | Sunday, April 5, 1992 (Date PAS Notified) |
| Time: | 2015 Hours (Time PAS Notified) |
| Date: | Sunday, April 5, 1991 (Date Victim Found) |
| Time: | 0730 Hours (Time Victim Found) |
| File: | 92070 |
| Subject: | Initial Notification, Information Received from Meade County Sheriff Joe Greer and Coroner Bill Adams, Assisting with Notification of Family, Interview with Mary Warford (Victims' Mother), Positive I.D. of Victim by Family Members, Transporting Family Members Back to Residence, and Opening Case File. |

Submitted by:  Detective Hope Greer

LMPD00448

Major James W. Griffiths
April 5, 1992
Page 2


Major James W. Griffiths
Commander C.I.S.

Sir:

    This will be a supplement to the original investigation
which is being conducted by the Meade County Sheriff's De-
partment.

    On Sunday evening, April 5, 1992, at approximately 2015
Hours, I was in the company of Detective James Clark of the
Physical Assault Squad when he was notified by the Meade
County Sheriff's Department Dispatcher, Tim Livers, of an
investigation their department was conducting on a body they
had recovered earlier in the day. The victim had been mur-
dered and was suspected to be one of the persons on whom we
had a Missing Persons Report. Dispatcher Livers asked De-
tective Clark about a Missing Persons Report on a Rhonda
Warford. We then pulled that Missing Persons Report from
the Missing Persons Log and learned that a Missing Persons
Report had indeed been filed on a Rhonda Sue Warford on
April 2, 1992, by her mother, Mary Warford. We learned that
the Sheriff and Meade County Coroner Bill Adams were en
route to Louisville to meet with Rhonda Warford's family in
an attempt to obtain positive identification.

    A short time later, Detective Clark spoke with Meade
County Coroner Bill Adams and arrangements were made for us
to meet with Coroner Adams and Sheriff Greer at the 3rd Dis-
trict Police Station on Taylor Boulevard.

    At approximately 2045 Hours, Detective Clark and I met
Sheriff Joe Greer and Coroner Bill Adams at the 3rd Police
District and we provided them with a copy of our Missing
Persons Report on Rhonda Sue Warford. We also received the
following information from them. Sheriff Joe Greer stated
that at approximately 0730 Hours this morning, Sunday, April
5, 1992, the mother and father-in-law of one of his deputies
were driving out in a rural area where they had gone to look
at some property which was for sale. The gentlemen needed
to relieve himself and he subsequently pulled into a field
located off of KY 823. There, they saw what they believed
to be a mannequin, but, upon closer observation, observed
that it was the body of a W/F. They then went back home
where they called their son-in-law, who is a deputy and he
then contacted Sheriff Greer and other necessary personnel
to meet them at the location where the body was at that
time.

LMPD00449

Major James W. Griffiths
April 5, 1992
Page 3

Sheriff Greer advised that the body was relatively fresh when they found it and it was that of a W/F. He stated that they located keys in the field, approximately 50' away from the body. In addition, in an area covered with leaves, they located a pool of blood beneath these leaves, and this spot is possibly where the murder had occurred.

Sheriff Greer advised that the victim was dressed in a pair of red sweat pants, a blue long-sleeved shirt, a multi-colored wind breaker, white bra and pink panties.

Coroner Adams advised that the body was brought from that location to Louisville in order that the Autopsy could be performed by the State Medical Examiner, Dr. George Nichols.

Sheriff Greer informed us that the W/F suffered from eleven (11) stab wounds in the front chest area, as well as her throat being partially cut. Sheriff Greer provided that Dr. Nichols informed him these stab wounds were not fatal, but another stab wound, located at the back of the neck, had lacerated the brain stem and was the fatal wound.

Sheriff Greer described this female as being approximately 210-220 pounds and 5'11" tall, with hazel eyes and long brown hair.

Coroner Adams added that there was an inverted tattoo over the left breast which appeared to be an inverted cross. He further added that the knife used for the stabbing was estimated to be approximately 5-1/2 to 6" in length and 1-1/4 to 1-1/2" wide. In addition, Dr. Nichols believed the stab wounds to the chest to have been made from behind by a right handed person.

Sheriff Greer stated that after the Autopsy was complete and they did not have an identification on the victim, they then contacted the news media in Louisville to disseminate the information about the unidentified W/F in an attempt to learn her identity. Sheriff Greer advised that once the information was released by the news media, they immediately received the name of Rhonda Warford as a possible physical match to their unidentified W/F body and had since determined, in talking with her boyfriend, Keith Hardin, and others, that their victim did indeed match the description of Rhonda Warford.

LMPD00450

Major James W. Griffiths
April 5, 1992
Page 4

They requested that we accompany them to 104 E. Whitney
Avenue  to talk with Rhonda Warford's family and to attempt,
with the assistance of the  family,  to  obtain  a  positive
identification.

Leaving the 3rd District Sub-Station, I, along with De-
tective  James  Clark,  Meade  County Sheriff Joe Greer, and
Meade County Coroner Bill Adams, proceeded to 104 E. Whitney
where we arrived at approximately 2120 Hours.

We identified ourselves to the people at that  location
and  were  subsequently introduced to a W/F who stated she is
Rhonda Warford's mother, Mary Warford. We then  accompanied
Mrs.  Warford to a back bedroom, which was identified as be-
ing  Rhonda's  bedroom,  and  it was explained to her that a
body had been found in Meade County and had been tentatively
identified as her daughter. Mrs. Warford was informed  that
it would be necessary for some family member to accompany us
to  the  Urban Government Center on Barret Avenue, where the
body is now located.

It was determined that an  older  sister  of  Rhonda's,
Michelle  Rogers, W/F/21, and a cousin by the name of Jackie
Armstrong, W/F/24, would go with myself, Sheriff Greer,  and
Coroner  Bill Adams to Pathology in an attempt to positively
identify the body, while Detective James Clark  remained  at
the home and collect any evidence from Rhonda Warford's room
which  might  be helpful in the investigation. It should be
noted at this time, that Detective James Clark had contacted
members of the Louisville Police Department  ETU  staff  and
had requested that they respond to this location.

Before leaving to go to the Medical Examiner's Officer,
we  talked  with  Mary Warford and received some information
from her at this time.

INTERVIEW, MARY WARFORD (VICTIMS' MOTHER)

Mary Warford is a W/F with a DOB of 05-13-50 and a  So-
cial  Security  number of 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. Ms. Warford lives at
104 E.  Whitney and her home telephone number at  that  lo-
cation is 367-8438.

It  should be noted that while Ms. Warford attempted to
be cooperative with us in every way possible, and while  she
afforded  us  as much information as she could at this time,
Ms. Warford was extremely distraught upon learning that  the

LMPD00451

Major James W. Griffiths
April 5, 1992
Page 5

unidentified W/F body found by the Meade County Sheriff's
Department might be Rhonda Sue. Due to her emotional state,
she provided information in bits and pieces, however, a
formal interview was not conducted at this time.

Mrs. Warford explained that on Wednesday night, April
1, 1992, at around 7:00 p.m. in the evening, Rhonda had
walked down to the Kroger's Grocery Store, located not far
from their home, and upon returning home, Rhonda told her
mother about a man following her and shouting to her that he
wanted to marry her. Ms. Warford went on to explain that
shortly after midnight, which would actually have been
Thursday morning, April 2, 1992, Rhonda came into her room
and got Mrs. Warford's house key. Ms. Warford stated that
at this time she asked Rhonda where she was going and
Rhonda's exact words were "I'm going down there". Mrs.
Warford stated that this was the last time she either saw or
heard from Rhonda and later on that day, Thursday, April 2,
1992, she filed a Missing Persons Report on Rhonda.

When asked about any tattoo's Rhonda may have had, Mrs.
Warford replied that she had learned from Rhonda's sisters
that Rhonda had some type of a tattoo, which she believed
was a cross and this tattoo had been put above Rhonda's
breast by her boyfriend, Keith Hardin. Mrs. Warford stated
that she did not know about this tattoo on Rhonda before
Rhonda's disappearance, but had learned this information
from Rhonda's sisters, in particular, Michelle, who told
Mrs. Warford that this was a satanic type tattoo which Keith
had put on Rhonda with a hot needle.

Mrs. Warford went on to say that she had learned from
Michelle that Keith Hardin and a friend of his by the name
of Jeff Clark were into Satanic Worship and Rhonda may have
become involved in this to some extent since beginning to
date Keith.

Mrs. Warford advised that Keith drives what she be-
lieves is a gray Monte Carlo and she stated that Keith's
home phone number is 937-0852. She went on to say that Jeff
Clark has a tan truck and she was able to locate an address
for Jeff Clark of 4519 Cod, with a telephone number of
933-0554.

I noted at this time, that Michelle Rogers, Rhonda's
sister, came back to our location and while we continued to
talk with Mrs. Warford, Michelle volunteered that she seemed
to remember something about Jeff Clark possibly having a

LMPD00452

Major James W. Griffiths
April 5, 1992
Page 6

previous Murder conviction.    In   response   to   questioning,
Michelle  further  stated  that  she  knows  Jeff  has  a  big  hunt-
ing knife.

As Michelle and her cousin Jackie were now ready to  go
with  us  to  the  Medical Examiner's Office, we departed the
Warford residence and went to 810 Barret Avenue.    Michelle
advises  that  she  was  to  be  met  at  that  location  by  her
boyfriend, George Machado, who is a law enforcement  officer
with the Oxford Properties Police.

Once Mr. Machado arrived, he accompanied Sheriff Greer,
Coroner Bill Adams, Jackie Armstrong, and Michelle Rogers to
the 7th Floor of the building, to the Medical Examiner's Of-
fice so that they might view the body.

Positive identification was made by the following indi-
viduals.

| Michelle Rogers | George Machado | Jackie Armstrong |
|---|---|---|
| W/F/21 | Spanish/M/26 | W/F/24 |
| 4519 Hazelwood, #18 | 4519 Hazelwood, #18 | 6407 Venango |
| 367-7536 | 367-7536 | 933-9849 |
| DOB 01-05-71 | DOB 02-05-66 | DOB 10-05-67 |
| SS# 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 | SS# 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 | SS# 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 |

After  positive  identification  had  been  made,  Sheriff
Greer then drove me, along with Coroner Bill  Adams,  Jackie
Armstrong,  and  Michelle  Rogers,  back  to  104 E. Whitney.
While en route back to the Warford residence,  Michelle  in-
formed us that Jeff Clark also has a Chevy Nova, besides the
tan truck she told us about.  She also stated how stupid she
and  her  sisters  had been at times because they had gotten
into cars with men they did not know very well and never re-
ally considered that anything could happen to them.

Upon our arrival at the Warford residence,  the  family
was  notified  that  positive identification of the body had
been made and the unidentified W/F found in Meade County was
indeed Rhonda Sue Warford.  Coroner Bill Adams discussed ar-
rangements for the body with the family at this time.

Detective James Clark and I discussed the investigation
to this time with Meade County Sheriff Joe Greer and it  was
determined  that  the  Louisville Homicide Unit would open a

LMPD00453

Major James W. Griffiths
April 5, 1992
Page 7


Foreign Homicide Investigation into this case in an effort
to coordinate the efforts on this investigation.

Detective Clark and I cleared from the Warford resi-
dence at approximately 2340 Hours and returned back to the
Physical Assault Office where Case #92070 was opened at this
time.

The investigation into the above captioned case is con-
tinuing.

Respectfully submitted,

Detective Hope Greer
Physical Assault Squad
Criminal Investigation Section


SMM



# City of Louisville
## DIVISION OF POLICE
633 W. Jefferson Street • Louisville, KY 40202-2786

JERRY E. ABRAMSON
MAYOR

THOMAS T. KUSTER
Director of Safety

DOUGLAS HAMILTON
Chief of Police

April 6, 1992

<pre>
         Re:  Foreign Homicide Investigation
     Victim:  Rhonda Sue Warford, W/F/19
    Address:  104 East Whitney Avenue
   Location:  9 Miles Southwest of Brandenburg,
              Kentucky, Off Kentucky 823, 150'
              Off Highway at the Edge of a Field
       Date:  Sunday, April 5, 1992
              (Date PAS Notified)
       Time:  2015 Hours (Time PAS Notified)
       Date:  Sunday, April 5, 1992
              (Date Victim found)
       Time:  0730 Hours (Time Victim Found)

       File:  92070

    Subject:  Brief Interview with Jeffery D. Clark,
              W/M/21, and Stand-Up Photographs of
              Jeffery D. Clark

Submitted by:  Detective Hope Greer
</pre>

Major James W. Griffiths
Commander C.I.S.

Sir:

Major James W. Griffiths
April 6, 1992, File 92070
Page 2


On Monday afternoon, upon reporting for my regular tour
of duty, I learned from Detective Mark Handy that he had
conducted an interview with Jeff Clark this day and Jeff
Clark had volunteered for suspect samples and had also agreed
to a polygraph examination.  Detective Handy informed me
that Jeff Clark was now at the JCP Headquarters taking that
polygraph examination and that he probably would be coming
back to our office with Sheriff Greer and Coroner Adams.

Detective Handy briefed me on the information he had
received from Mr. Clark and informed me that Jeff Clark had
told him that on Wednesday evening into Thursday morning,
April 1st and 2nd, Jeff was at a trailer on Newburg Road
with Keith Hardin until sometime in the morning and they
were drinking and looking for a pet snake.  Detective Handy
stated that Mr. Clark had additionally provided information
concerning his whereabouts over the past few days and that
information would need to be followed-up on to verify his
alibi.

Detective Handy stated that Mr. Clark told him that he
does not have any knives and had never seen Keith Hardin
with any knives and he further told Detective Handy that he
was not into devil worship and did not know whether Keith
Hardin was into devil worship or not.

Detective Handy then concluded his tour of duty after
briefing me on his conversation with Mr. Clark.

At approximately 1800 hours, I received a call from a
W/F who identified herself as Jeff Clark's mother, Juelene
Cochran.  Ms. Cochran wanted to know the whereabouts of her
son and I informed her that to my knowledge, he was now at
the County Police Headquarters with Sheriff Greer.  Ms.
Cochran requested that I attempt to contact Jeff and have
him call her at her home at telephone #933-0554.  I informed
Ms. Cochran that I would attempt to locate Jeff Clark and
pass this number to him.

I attempted to locate Mr. Clark at the Jefferson County
Police Headquarters but was unable to do so and at approximately
1825 hours, Ms. Cochran called back asking whether Jeff had
gotten her message.  I informed Ms. Cochran I had been unable
to locate him but that I had been informed by Detective Handy
that Jeff would be coming back to our office and as soon as
he returned I would give him her telephone number.

LMPD00456

Major James W. Griffiths
April 6, 1992, File 92070
Page 3


At approximately 1845 hours, Sheriff Greer and Coroner Adams returned to our office along with a W/M subject who was identified to me as Jeff Clark.

I spoke with Sheriff Greer, who informed me that it was the opinion of the polygraph examiner that Jeff Clark was not telling the truth concerning his knowledge of this incident. I then identified myself to and talked with Jeff Clark, asking him whether he would be willing to discuss this case further and he agreed to do so.

I informed Mr. Clark of his Constitutional Rights per the Miranda Decision and asked him if he understood them and he told me that he did understand them and had been provided with these Rights at an earlier time.

I then asked Mr. Clark if he was aware that in the opinion of the polygraph examiner he had not passed the polygraph exam and was being deceitful. Mr. Clark stated to me that he was aware that he had failed the polygraph.

I asked Mr. Clark if he could offer any explanation as to why he may have failed the polygraph examination and he did not provide me with an answer. I again asked Mr. Clark if he could think of any reason he may not have been able to pass the polygraph examination and he stated to me that the only thing he could think of was that he did feel guilty about Rhonda's death.

I asked Mr. Clark why he felt guilty about Rhonda's death and he stated to me that back in December, she had brought some people to the trailer and was creating a disturbance and he had run her off. He stated that he had not seen her since that time and that he guessed he felt guilty about having run her off since she had now been murdered.

I asked Mr. Clark if he knew where Rhonda's body had been found and he told me that he did not know where it had been found. I then asked Mr. Clark if he was familiar with Meade County and he stated to me that he was not.

I was aware, from having talked with Sheriff Greer, that Mr. Clark had dated a girl who lived in Meade County and who had, in fact, taken a warrant on him at one time and I asked Mr. Clark about this at this time, telling him that I knew he had dated someone who lived in the Meade County area and I again asked him if he was familiar with that area.

LMPD00457

Major James W. Griffiths
April 6, 1992, File 92070
Page 4

Mr. Clark stated to me that he had only been to see
his girlfriend, Amy, on one occasion, and that he probably
could not even find her house now if he had to.  I asked Mr.
Clark if he knew anyone else in Meade County or had had any
occasion to be there other than when he went to see his
girlfriend, Amy, and he stated to me that he did not know
anyone else in Meade County or have any relatives there,
nor had he been there on any other occasions.

I asked Mr. Clark if he would talk to me about his
involvement in any satanic worship or rituals and he told
me that he was not involved in that kind of thing and knew
very little about it.  I then asked Mr. Clark if Keith had
ever talked to him about any satanic rituals or worship and
he shook his head to answer no.

I noted that during my entire conversation with Mr.
Clark he would not look at me and I asked him at this time
why he would not look at me when he talked with me and he
then glanced up at me and glanced back down.

I asked Mr. Clark if he was aware of the seriousness
of the investigation and he said that he understood that it
was very serious.  I asked him if he was aware that we would
check out all parts of his alibi which he had given to
Detective Handy, and he informed me that he understood that
it would be necessary for us to check out what he had told us.

I then asked Jeff Clark if, understanding that we were
continuing the investigation, he wished to change anything
that he had told us at this point in time and he stated that
he didn't really know what to say and did not wish to change
anything he had said up to this point.

I asked Mr. Clark if he owned or had access to any
knives of any type and he stated that he did not own a knife
and did not carry a knife.

I asked Mr. Clark if he had anything to do with the
death of Rhonda Sue Warford or if he knew anything about the
death of Rhonda Sue Warford and he shook his head to answer
no.  I then asked him if he knew whether Keith Hardin or
anyone else he knew had anything to do with the death of
Rhonda Sue Warford and he stated "No," to me.

I asked Jeff Clark if he was jealous of the relationship
between Rhonda Sue Warford and his friend, Keith Hardin, and
Jeff informed me that he was not at all jealous of them.  I

Major James W. Griffiths
April 6, 1992, File 92070
Page 5

stated to him that Rhonda's family seemed to feel that Rhonda
and Keith's relationship caused Jeff and Keith to break up
and that I understood they had only recently gotten back
together as friends.  Jeff stated to me that he did not know
what they were talking about, but that he never had a problem
with Rhonda and she was a nice girl and that he and Keith
had not had a falling-out.

I asked Mr. Clark if there was anything else he would
like to say about this incident at all and he stated to me
"I couldn't do that to somebody."  I asked Mr. Clark what
he meant by "do that" and he stated "I couldn't kill nobody
and do what was done to her."  I asked Mr. Clark what he
thought had been done to her and he did not answer me at
this point.

I asked Mr. Clark if he had anything at all that he
wanted to say about this incident or anything at all he
wanted to change about what he had said to us so far and he
indicated that he had nothing else to say.

I informed Mr. Clark that his mother had called and
was concerned about him and he acknowledged this information
but did not request to use the phone at this time.

I concluded my interview with Mr. Clark and returned
to the Detective's section of the PAS where I requested
Detective Jenny Assef to contact ETU to determine whether
they would be able to come to our office for stand-up
photographs of Mr. Clark.

At approximately 1859 hours, ETU Technician Jerry Dudgeon
came to our office and took stand-up photographs of Mr. Clark,
after which Mr. Clark left our office.

The investigation in this case is continuing.

Respectfully submitted,

Det. Hope Greer

Detective Hope Greer
Physical Assault Squad
Criminal Investigation Section


jb/c



# City of Louisville
## DIVISION OF POLICE
633 W. Jefferson Street • Louisville, KY 40202-2786

JERRY E. ABRAMSON
MAYOR

THOMAS T. KUSTER
Director of Safety

DOUGLAS HAMILTON
Chief of Police

April 16, 1992

| | |
|---:|:---|
| Re: | Foreign Homicide Investigation |
| Victim: | Rhonda Sue Warford, W/F/19 |
| Address: | 104 East Whitney Avenue |
| Location: | 9 Miles SW of Brandenburg, Ky. Off Ky. 823, 100 Feet Off of Highway at Edge of Field |
| Date: | Sunday, April 5, 1992 (Date PAS Notified) |
| Time: | 2015 Hours (Time PAS Notified) |
| Date: | Sunday, April 5, 1992 (Date Victim Found) |
| Time: | 0730 Hours (Time Victim Found) |
| File: | 92070 |
| Subject: | Information Received from Crimestoppers and Follow-Up on that Information |
| Submitted by: | Detective Hope Greer |

Major James W. Griffiths
Commander C.I.S.

Sir:

Major James W. Griffiths
April 16, 1992
Page 2


On Thursday morning, April 16, 1992, at approximately 0905 hours, I received a telephone call from Det.   William Greer of the Crimestoppers Unit who informed me he had spoken to Mrs. Worford, the victim's mother, and she told him that Tonya said we should talk to a guy by the name of Tim Gary or Geary. Det. Wm. Greer stated that the only additional information Mrs. Worford had in regards to this Tim was that he is in jail now because his girlfriend had recently had him locked up for something. Mrs. Worford advised that Tonya had described him as having a ponytail and being short and stocky.

After receiving this information from Crimestoppers, I then went to the computer where I eventually located several arrests on a subject which most closely matched the information I was given.

These arrests were for a Timothy Lee Geary with a photo number of 277514 and a DOB of 01-18-65, and a SS# of 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.   The latest arrest in our computer was for April 11, 1992, with the charges being Criminal Mischief 1st and Terroristic Threatening.  The narrative advised that arrest warrants had been taken by two victims alleging that Mr. Geary had damaged their house causing over $1,000 worth of damage by breaking windows and doors and he had also threatened to kill one of the victims.

I made copies of this arrest record as well as the other arrests Mr. Geary had in our computer.

I remembered that on the previous day of Wednesday, April 15, 1992 Det. Jenny Assef had taken information from Mrs. Worford indicating that around Christmas time Rhonda had dated a guy by the name of Tim and that Keith Hardin had threatened to kill him. Ms. Worford had indicated at that time that Tonya knew who this Tim was and apparently Ms. Worford had talked to Tonya and learned that this individual's name was Tim Gary or Geary, and that is why she had passed this information on to us.

A copy of Timothy Geary's arrest record was made part of the case file and the information was passed on to Det. Clark for future follow-up.

LMPD00461

Major James W. Griffiths
April 16, 1992
Page 3


The investigation in this case is continuing.

Respectfully submitted,

Detective Hope Greer
Physical Assault Squad
Criminal Investigation Section


sk/c

LMPD00462



# City of Louisville
## DIVISION OF POLICE
633 W. Jefferson Street • Louisville, KY 40202-2786

JERRY E. ABRAMSON
MAYOR

THOMAS T. KUSTER
Director of Safety

DOUGLAS HAMILTON
Chief of Police

April 14, 1992


              Re:  Foreign Homicide Investigation
           Victim:  Rhonda Sue Warford W/F/19
          Address:  104 E. Whitney Avenue
         Location:  9 Miles SW of Brandenburg
                    KY, Off of KY-823, 150'
                    Off of the Highway, at the
                    Edge of a Field
             Date:  Sunday, April 5, 1992
                    (Date PAS Notified)
             Time:  2015 Hours (Time PAS Notified)
             Date:  April 5, 1992 (Date Victim Found)
             Time:  0730 Hours (Time Victim Found)

             File:  92070

          Subject:  Interview with James B. Tyrell, Jr.
                    W/M/21

    Submitted by:  Detective Hope Greer



Major James W. Griffiths
Commander C.I.S.

    Sir:

LMPD00463

Major James W. Griffiths
92070
Page 2

In continuation of the above investigation, on Monday,
April 13, 1992, arrangements had been made to interview
Tonya Greer and James Tyrell in regards to any information
they might have concerning the above captioned investi-
gation.

It should be noted that James Tyrell is an ex-boyfriend
of the victim and Tonya Greer is James' sister.

By telephone, I spoke with Ms. Vickie Greer and obtained
permission from her for us to interview Tonya as Tonya is a
juvenile.   Ms. Greer also made arrangements for her son
James to be contacted and informed me that we could speak
with both James and Tonya at her home at 300 Lansing Avenue
on the next afternoon, that being Tuesday, April 14, 1992 at
around 4 o'clock PM.

On Tuesday afternoon, April 14, 1992, it should be noted
that Sheriff Joe Greer of the Meade County Sheriff's Depart-
ment as well as Meade County Coroner, Bill Adams came to the
PAS Office.  When Detective Mark Handy reported for duty, it
was determined that Detective Handy and I would proceed to
300 Lansing Avenue to locate Tonya Greer and James Tyrell
and attempt to bring them back to our office to be inter-
viewed.

At approximately 1600 Hours, I along with Detective
Handy went to 300 Lansing Avenue where we identified our-
selves to Roy and Vickie Greer and also to James Tyrell and
Tonya Greer.  We requested that Tonya and James come to our
office for the interview and they, as well as their parents
agreed to this.

James and Tonya were then transported to our office
where Detective Handy and Sheriff Joe Greer conducted an
interview with Tonya Greer while myself and Coroner Bill
Adams conducted an interview with James Tyrell.  It should[
be noted that our interview was conducted in CIS Captain's
Office and the interview with James Tyrell began at approxi-
mately 1635 Hours.

INTERVIEW WITH JAMES B. TYRELL JR. W/M/21

James advised that his DOB is 10/17/70 and his SS# is
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.  He informed me that he is now living at 1915
Duncan Street with his grandmother, Martha Martin and his
telephone number there is 585-3465.   James stated that
Vickie Greer is his mother and Roy Greer is his stepfather

LMPD00464

Major James W. Griffiths
92070
Page 3

and they live at 300 Lansing Avenue, where we picked him  up
today and their telephone number there is 368-3786.

Before  beginning questioning with James Tyrell I orally
informed him of his Constitutional Rights  Per Miranda  and
asked him if he had any questions at all about talking to us
about Rhonda Warford. I reiterated to him that I wanted him
to  understand  his Constitutional Rights should he say any-
thing incriminating to himself and James informed me that he
had absolutely nothing to  hide  concerning  Rhonda  and  he
would  be truthful with me and be very happy to cooperate as
he would like to see the person responsible for  her  death
arrested.

I  asked  James  how he met Rhonda and he stated that he
was out riding one day when he pulled up  in  front  of  his
house  on  Lansing  and Rhonda was talking to his sister, He
stated that as he recalled, Rhonda left and then his friend,
Charlie, ran and told Rhonda that James  like  her.   James
stated that he believed this was in the summer of 1990.

James  stated  that  from  this meeting, he began seeing
Rhonda and saw her for about seven months.

James stated that he, his brother Rob, and a  friend  by
the  name  of  Bobby  had  a  house over on Oakdale and that
Rhonda stayed over at that house with him alot. He went  on
state that he later moved in with Rhonda and stayed with her
at her parents home over on Whitney for about six weeks.

James  stated  that  after he and Rhonda had been seeing
each other for about six months they got  engaged  but  that
Rhonda  was  extremely jealous and would get mad at him very
easily.James went on to state that she didn't just  get  mad
at  him  very  easily but got mad about almost anything very
easily. He went on to say that although her  jealousy  and
her temper were the reason he could no longer stay with her,
that she had been very good to him during this time and that
for  his  birthday  she  had  baked  him  a big cake and for
Christmas she had bought him a coat.

I asked James what Rhonda's personal habits were as  far
as  drugs  or  drinking and he stated that when she was with
him she did like to drink whiskey and would  drink  a  pint
while  he  was  drinking a pint.  I asked him what type of
whiskey Rhonda liked to drink and he stated that if  he  re-
membered correctly she usually liked Kessler or Wild Turkey.
James  went  on  to  say  that while he was with Rhonda, she

Major James W. Griffiths
92070
Page 4

would not let anyone mess with him and would always take up for him.  He went on to say that he was drinking alot at this time and that one night he drank so much that Rhonda became very concerned for him and called the paramedics for him.

I asked James if he felt that Rhonda kept alot of things from her family and he stated that Rhonda loved her family very much, especially her nephew Jeremy, and she was very good about letting someone in the family know where she was at at all times.

I asked James if knew whether Rhonda might go out late in the evening and walk around and he stated that he knew that she would sometimes walk over to the park located around First and Florence.  He went on to say that all three sisters including Rhonda would get in the car with people they did not know and that Rhonda told him about one time when they went home with some guy and while he was in the shower, they had robbed him.

James stated that he felt very badly Rhonda had been murdered and he again stated that her jealousy and her anger were there biggest problems and he simply could not take it anymore.

He went on to say that in February of last year she called him and told him that she was pregnant and he told her to go have a blood test and if the baby was his that he would take responsibility for it.  He stated that he did not hear anything after that.

James stated that Rhonda and his sister, Tonya, became friends after Rhonda and James had broken up and that it had been over a year since he actually saw her.  He went on to state that he has been living with his grandmother on Duncan for about a year.

I asked James where he worked and he stated that he does odd jobs for a guy by the name of Lonnie Williams and a Ms. Ramsey.

I asked him if he might be able to provide me with anymore information about Rhonda's habits and he stated that I might want to talk to Rhonda's friend, Brook, who now lives in Tennessee, as Brook and Rhonda were very good friends.

LMPD00466

Major James W. Griffiths
92070
Page 5

only thing he knew about Keith Hardin was what his sister
Tonya had told him and Tonya had stated that she and Rhonda
went out to Jeff and Keith's trailer and Jeff put a gun to
Tonya's head and said he was going to kill her and Keith had
also said that once he got out of trouble he was going to
kill Rhonda.

James stated that Tonya had also told him that they had
alot of knives and that they were devil worshipers. James
stated that he believed he remembered Tonya telling him that
they had a snake at the trailer which they fed rats to and
that they would stab the rats in the head and that one time
Keith had told Rhonda "that could be you next".

I asked James if he could account for his whereabouts
during the weekend of April 5, 1992 and James stated that he
believed he was at a friends house by the name of Jimbo
Adcock, who lives about four houses down from his grand-
mother. I asked James if he had a telephone number for
Jimbo Adcock and he provided me with the telephone number of
585-1998. He stated that he believed he stayed at Jimbo's
also on Saturday also which would have been April 3, 1992 and
that on that Saturday night they went to a bar on 21st
Street called B & Eb's where they drank some beer and he and
Jim then went to a bar called Lucky's.

I asked James if he could remember what he was doing on
the nights prior to Friday and Saturday and he stated that
on Thursday nights he bowls at the Parkmoor Bowling Alley so
that's where he would have been on Thursday night.

I asked James if he ever had any run-in with Rhonda af-
ter they broke up and he stated that he had been going with
a girl by the name of Sherry Leffler since he and Rhonda
broke up. I asked James if he had ever hit or smacked
Rhonda around as I understood they had had some very violent
confrontations and James stated that he did not actually
ever hit Rhonda but she would become some irate and furious
over the least little thing that there were times when he
had to hold her to keep her from either hurting him or her-
self.

I then asked James if he had anything to do with or knew
anything about the death of Rhonda Warford and he informed
me that he did not have anything to do with her death.I
asked James if he owned a knife and he informed me that he
did not.

LMPD00467

Major James W. Griffiths
92070
Page 6


I then asked James if he knew of anyone else who may have had something to do with Rhonda's death or if he had any knowledge at all concerning this investigation and he stated that he did not.

I asked James if he had any relatives in the Meade County area or had ever been down in that area and he stated that to his recollection he had not and he did not know of any relatives in that area.

I thanked James for his cooperation and concluded the interview with him at approximately 1800 Hours at which time I conferred with Detective Handy who had been conducting the interview with Tonya Greer and we determined that there were no additional questions we needed to ask these individuals at this time.

Detective Handy informed me that he would see that Tonya and James were returned home and I concluded my tour-of-duty at this time.

The investigation in this case is continuing.

Respectfully submitted,

*Det. Hope Greer*

Detective Hope Greer
Physical Assault Squad
Criminal Investigation Section

kk/e



# City of Louisville
## DIVISION OF POLICE
633 W. Jefferson Street • Louisville, KY 40202-2786

JERRY E. ABRAMSON
MAYOR

THOMAS T. KUSTER
Director of Safety

DOUGLAS HAMILTON
Chief of Police

April 7, 1992

                    Re:    Foreign Homicide Investigation
                 Victim:    Rhonda Sue Warford, W/F/19
                Address:    104 East Whitney Avenue
               Location:    9 Miles Southwest of Brandenburg,
                            Kentucky, Off Kentucky 823, 150'
                            Off Highway at the Edge of a Field
                   Date:    Sunday, April 5, 1992
                            (Date PAS Notified)
                   Time:    2015 Hours (Time PAS Notified)
                   Date:    Sunday, April 5, 1992
                            (Date Victim found)
                   Time:    0730 Hours (Time Victim Found)

                   File:    92070

                Subject:    Interview with Keith Hardin, W/M/22


           Submitted by:    Detective Hope Greer



Major James W. Griffiths
Commander C.I.S.

Sir:

    On Tuesday afternoon, April 7, 1992, upon reporting for
my regular tour of duty, I learned from Detective Mark Handy

Major James W. Griffiths
April 7, 1992, File 92070
Page 2


that he had conducted an interview during this day with
Keith Hardin and that Keith was at this time being given a
polygraph examination by Detective Kelly Jones.

Detective Handy briefed me on the information he had
received from Keith Hardin, informing me that Keith's infor-
mation concerning Wednesday evening, April 1, 1992, was bas-
ically the same as that given by Jeff Clark and that Keith
stated he and Jeff were at Jeff's trailer on Newburg Road
where they were drinking beer and looking for Jeff's snake,
which was lost. Detective Handy stated that Keith told him
that Jeff took Keith home in the early morning hours of
Thursday, April 2, 1992, and that they arrived at Keith's
home around 3:00 or 3:30 a.m. Detective Handy explained to
me that according to Jeff Clark, they had left the trailer
on Newburg Road at around 1:00 a.m. on Thursday morning and
that this left 2-to-2-1/2 hours unaccounted for at this
time.


Detective Handy stated that Keith informed him that
there did seem to be a problem between Rhonda and Jeff Clark
but that Keith denied knowing what had caused the problem.
According to Detective Handy, Keith Hardin told him that he
did not have a knife and did not know of Jeff Clark having
any knives.

I asked Detective Handy when Mr. Hardin had last seen
Rhonda and he stated that he told Detective Handy he had
last seen Rhonda on March 27th and 28th, when he stayed at
her house over on Whitney.

Detective Handy stated that the polygraph examination
had just begun but that Keith was aware that we wished to
speak to him in greater detail once the examination was com-
plete.

At approximately 1845 hours, I was notified by Detec-
tive Kelly Jones that he had completed the polygraph exam-
ination of Keith Hardin and it was his opinion that Keith
Hardin was not being truthful concerning his knowledge about
this incident.

Keith Hardin was shown back to the PAS Office where I
identified myself to him and then requested whether he would
be willing to speak with me at greater length concerning
this incident and he agreed to do so.

Major James W. Griffiths
April 7, 1992, File 92070
Page 3

I spoke with Keith Hardin in the Commanding Officers'
section of the PAS and before asking him any questions at
all, I provided him with his Constitutional Rights per the
Miranda Decision and asked him if he understood those Rights
and he stated that he did indeed understand them.

I informed Keith that he had not passed the polygraph
examination and he stated that he was aware of this. I
asked Keith if there was any reason he may not have passed
the polygraph examination and he did not immediately answer
but seemed to be thinking for sometime and then answered to
me that he did not know whether this would have any affect
on the polygraph exam, but that he had visions and that one
of the visions he had was of Rhonda being killed and that he
thought that possibly having this vision may have caused him
to fail the polygraph exam.

I asked him what he saw in this vision and he stated
that he could see Rhonda, dressed in red and screaming, in a
field. I asked Keith Hardin if he felt he knew the differ-
ence between reality and daydreaming or reality and dreams,
and he told me that he did know what reality was and that
these things he saw concerning Rhonda were just "visions."
He stated that he had had these visions in the past when he
was a child and that these visions always came true. I
asked Keith when he had had this vision and he stated that
it was sometime after Rhonda had come up missing. I then
asked Mr. Hardin if he could explain in greater detail what
he saw in this vision and he told me that this vision was
not very clear to him and he couldn't see anymore than he
had already told me.

I asked Keith Hardin if he knew of anyone who might
want to hurt Rhonda and he said that he really did not, al-
though he knew that Rhonda used to date a guy by the name of
James who used to beat her up all the time. He told me that
I should probably talk to her friend, Crystal, as Crystal
might be able to give me better information about something
like that.

Mr. Hardin then told me that a girl by the name of
Tonya is James' little sister and Rhonda had told him that
Tonya had been giving out Rhonda's phone number to guys to
get those guys to call and harass Rhonda since Rhonda and
James had broken up. He stated that one of those guys was
named Tim and that according to Rhonda, Tim would call
Rhonda on the telephone and say things to her like he was
on his way over but that he would never show up. Keith
stated that he tried to convince Rhonda to get Tim to show

LMPD00471

Major James W. Griffiths
April 7, 1992, File 92070
Page 4

up  someplace and told Rhonda that he would be waiting there
with her and would put an end to that.

I asked Keith what some of the other  guys  that  would
call Rhonda would say, and he said that Rhonda told him they
would  tell her they had whiskey and wanted to get her drunk
with them and that they wanted to come over and see her.   I
asked  Keith  if Rhonda had ever mentioned any of these guys
ever actually bothering her or doing anything to her and  he
stated that as far as he knew, they just called and harassed
her  on  the phone and Rhonda believed Tonya had put them up
to it.

I asked Keith if Rhonda drank alcoholic  beverages  and
he  stated  that  Rhonda did not drink very much and that he
never saw her do drugs.

I asked Keith if he owned or had possession of a  knife
of  any  kind and he stated to me that he did own one knife.
I asked Keith Hardin if his friend Jeff Clark had any knives
and he stated that Jeff had a whole bunch of knives as  Jeff
and  his stepfather collected knives at flea markets.  Keith
stated that Jeff kept his knives in a big box underneath his
bed.

I asked Keith Hardin if he had any  idea  where  Rhonda
Sue  might  have  been  going when she left the house in the
early morning hours of  Thursday,  April  2,  1992,  and  he
stated  that  he had no idea where she might have been going
that time of morning as he had warned her  many  times  that
she should not go out by herself.  I told Keith that accord-
ing to Rhonda's family she would not have gone out to meet a
stranger  at  that  time but it would have been him that she
was going to meet or another very good friend.  Keith stated
that Rhonda did not come to meet him, although he had talked
to her on the phone earlier in the day, but  that  they  had
not made any arrangements to meet later.

I  asked  Keith when he had last seen Rhonda and he in-
formed me that it was on the previous Saturday at  her  home
on Whitney.

I then asked Keith Hardin if he was familiar with Meade
County  or  had any relatives or friends in Meade County and
he stated that he was not familiar with that area.  I asked
him  if  he  knew  whether Jeff Clark was familiar with that
area and he stated that he did not know.

LMPD00472

Major James W. Griffiths
April 7, 1992, File 92070
Page 5


I then asked Keith Hardin if he had anything at all to
do with Rhonda Sue Warford's death and he stated that he re-
ally didn't know what else to say to me, that he had told me
everything he could. I told him that he had not answered my
question and he then told me that he did not know what else
he could say to me.

I asked Keith Hardin if he realized what a serious sit-
uation this was and he informed me that he did understand
how serious it was and he also understood that we were just
doing our job and that he was trying to cooperate in every
way possible.

I asked Keith Hardin if he had anything else to tell me
of any type that may help us concerning this investigation
or if he wished to change anything he had said to either me
or Detective Handy, and he stated to me that he had told us
everything that he could and had no further information.

I concluded the interview with Keith Hardin at this
time and contacted ETU and requested that they come to our
office to take stand-up photographs of Keith Hardin. At ap-
proximately 1940 hours, ETU Technicians Jerry Dudgeon and
Margaret Haun came to our office and took stand-up photo-
graphs of Keith Hardin, after which Mr. Hardin left the PAS
Office.

I later contacted Sheriff Joe Greer of the Meade County
Sheriff's Department and informed him that an interview had
been conducted with Keith Hardin and Keith Hardin had, as
well, submitted to suspect samples and a polygraph examina-
tion.

The investigation in this case is continuing.

Respectfully submitted,

Detective Hope Greer
Physical Assault Squad
Criminal Investigation Section


jb/d

LMPD00473