







MSCO000876

HARDIN, KEITH GARR JR
SSN: ███████
DOB: ███████
MC-04-92-093

HARDIN, KEITH GARR JR
SSN: ███████
DOB: ███████
MC-04-92-093

MSCO000877




HARDIN, KEITH GARR JR
SSN:
DOB:
MC-04-92-093

MSCO000879




MSCO000880





MSCO000881



HARDIN, KEITH GARR JR
SSN:
DOB:
MC-04-92-093



HARDIN, KEITH GARR JR.
SSN
DOB:
MC-04-92-093

MSCO000882





MSCO000883



HARDIN, KEITH GARR JR
SSN:
DOB:
MC-04-92-093

MSCO000884








MSCO000886





Det. J. Clark
PAU
ETU#0402292
Tech. Haun

Kieth HArdin







LMPD00835





LMPD00836

Garr Hardin
wm   8·13·69
317158


FRACTION

LMPD00837

```
_____ ID#_____
   LAST           FIRST        MIDDLE
ALIAS_____RACE_____SEX____
ALIAS_____SOC#_____
ALIAS_____FBI#_____
DOB_____POB_____SID#_____

NCIC___ ___ ___ ___ ___ ___ ___ ___ ___ ___  10-1____PP____

HENRY
FPC  ──────────────────────────────────
```

LMPD00838