





MSCO000515





MSCO000891

CLARK JEFFREY DEWAYNE
SSN: ███████████
DOB: ███████████
MC-04-92-093

CLARK, JEFFREY DEWAYNE
SSN: ███████████
DOB: ███████████
MC-04-92-093

MSCO000892





MSCO000893

CLARK, JEFFREY DEWAYNE
  SSN: ███████
  DOB: ███████
MC-04-92-093

CLARK, JEFFREY
              DEWAYNE
  SSN: ███████
  DOB: ███████
MC-04-92-093

MSCO000894





MSCO000895



Det. J. Clark
PAU
ETU#0402292
TEch. Dudgeon


JEFF CLARK

LMPD00785





LMPD00786





LMPD00787





LMPD00788





LMPD00789





LMPD00790





LMPD00791





LMPD00792





LMPD00793





LMPD00794