

Det. J. Clark
PAU
ETU#0402292
TECH  Haun

CIARK'S
CAR

**DEFENDANT'S EXHIBIT**

CASE NO. 3:17-CV-419-GNS

EXHIBIT NO. 11





LMPD00796





LMPD00797





LMPD00798





LMPD00799





LMPD00800





LMPD00801





LMPD00802





LMPD00803





LMPD00804





LMPD00805





LMPD00806





LMPD00807





LMPD00808





LMPD00809





LMPD00810





LMPD00811