

MSCO000401









MSCO000404





MSCO000406



MSCO000407



MSCO000408



MSCO000409



MSCO000410



MSCO000411



MSCO000412



MSCO000413



MSCO000414



Dear Keith,

I wish we could have had a chance to talk before I had to leave. I just want to say that I love you more than you all know. I think that everything will be all right so try to remember I won't... Remember to "DON'T TALK TO ANYONE". I need to talk with you. Call me collect. My ph. # is 0-813-525-2633. When the operator comes on just tell her you want to make a collect call.

Love, Keith

MSCO000415



I hope you can live with whats happened and go on with your life. Just remember Rhonda and how much you cared for each other and most of all remember the good times. Try not to dwell on her death. I love you and take care of you because we only have one Keith and we need him.

Love you always,
Rose



MSCO000417



MSCO000418



MSCO000419



MSCO000420



MSCO000421



MSCO000422



the body. Rub your finger alongside your nose. D_
feel an oily substance? This oil is produced by
glands in the skin. Can you guess why we need th_
on our skin? ■

Look at a magnified drawing of the skin on th_
page. As you can see, the skin is more than just a la_
on the outside of the body. The skin gets rid of w_
and salts by way of sweat. It also helps the body _
trol its temperature. As sweat evaporates from _
skin, it cools the body. Can you explain why you _
a lot when you are exercising?

Because the skin is an important part of _
waste removing system, care of the skin is impo_
for good health. If your skin is not properly care_
the pores may become clogged. Such clogging _
prevent the pores from getting rid of wastes. Wh_
you think could happen if the oil glands become _
up with dirt? It is a good habit to bathe yourself _
warm water and soap every day.

134

MSCO000423



MSCO000424



MSCO000425



MSCO000426



MSCO000428



MSCO000478



MSCO000479



MSCO000480



MSCO000481





MSCO000492



MSCO000493



MSCO000494



MSCO000500



MSCO000501



MSCO000502



MSCO000503



MSCO000504



MSCO000505



MSCO000516

Det. J. Clark
PAU
ETU#0402292
Tech. Jewell

HARDIN'S HOME

LMPD00753





LMPD00754





LMPD00755





LMPD00756





LMPD00757





LMPD00758





LMPD00759





LMPD00760





LMPD00761





LMPD00762





LMPD00763





LMPD00764





LMPD00765





LMPD00766





LMPD00767





LMPD00768





LMPD00769





LMPD00770





LMPD00771





LMPD00772





LMPD00773





LMPD00774





LMPD00775





LMPD00776





LMPD00777









LMPD00779



LMPD00780





LMPD00781









LMPD00783





Det. J. Clark
PAU
ETU#0502292
Tech. Jewell

TRAILER

LMPD00822





LMPD00823





LMPD00824









LMPD00826





LMPD00827





LMPD00828





LMPD00829





LMPD00830





LMPD00831





LMPD00832



Det. J. Clark
PAU
ETU#0402252
Tech. Jewell
CLARK'S HOME

LMPD00839





LMPD00840





LMPD00841





LMPD00842





LMPD00843





LMPD00844





LMPD00845









LMPD00847









LMPD00849



LMPD00850