# KENTUCKY MISSING PERSONS REPORT 

☐ JUVENILE    ☒ ADULT    ☐ UNIDENTIFIED

**AGENCY:** Louisville Police Dept    **CASE NO.:** 92010992    **ORI:**

**DATE MISSING (or body found):** 04/02/92    **TIME MISSING:** 12:30 a.m.    **DATE REPORTED:** 04/02/92

**NAME:** LAST: WARFORD    FIRST: RHONDA    MIDDLE: SUE

**ALIASES/Nicknames:** NO    **PHOTO ATTACHED:** YES ☒ NO ☐    **IF NO WHERE STORED:**

**ADDRESS (or Location Body Found):** 104 E. WHITNEY AVENUE

**RACE:** ☒ White ☐ Black ☐ Indian ☐ Asian ☐ Hispanic    **SEX:** ☐ M ☒ F    **HAIR COLOR:** ☐ Black ☒ Brown ☐ Blond ☐ Gray ☐ White ☐ Red ☐ Bald

**HAIR Length:** ☐ Above ear ☐ Covers ear ☐ Collar ☐ Shoulder ☒ Below Shoulder    **FACIAL Hair:** ☐ None ☐ Unshaven ☐ Beard ☐ Goatee ☐ Mustache ☐ Sideburns    **BUILD:** ☐ Thin ☐ Medium ☒ Heavy ☐ Muscular

**EYE Color:** ☐ Black ☒ Brown ☐ Blue ☐ Gray ☐ Maroon ☐ Unknown ☐ Green ☐ Hazel    **HEIGHT:** 5-11    **WEIGHT:** 220    **DOB:** MO / DA / YR    **AGE:** 19

**COMPLEXION:** ☐ Fair/Light ☒ Medium ☐ Dark ☐ Ruddy ☐ Black ☐ Other    **TEETH:** STRAIGHT ☐ Protruding ☐ Chipped ☐ Gaps ☐ Decayed ☐ Gold Capped ☐ Straight

**SCARS OR BIRTHMARKS:** ONE INCH SCAR ON TOP OF RIGHT HAND.

**TATTOOS OR DEFORMITIES:** NONE

**ARTIFICIAL PARTS:** ☐ Eyeglasses ☐ Contacts ☐ Dentures ☐ Hearing Aid ☐ Prosthesis (Artificial Parts) N/A

**CLOTHING last seen wearing:** White sketch pants, red/white & black windbreaker with U.N.L.V. down right arm, white

**ADDITIONAL Clothing Taken:** KEDS tennis shoes.

**JEWELRY:** NONE

**SOCIAL SECURITY NO.:**    **OPERATORS LICENSE NO.:**    **FINGERPRINT CLASSIFICATION:**

**DATE & TIME Last Seen:** 04/02/92 12:30 a.m.    **LOCATION LAST SEEN:** 104 E. WHITNEY AVE.

**PROBABLE DESTINATION (Name & Location):** (UNKNOWN)

**IN COMPANY WITH:** Mother states MALE subject on foot in area of 3RD & Fairmont followed her up street around 7PM shouting at her "I want to marry you." on 3.1.92.

**DENTAL RECORDS AVAILABLE:** ☒ Yes ☐ No    **Where Stored:**

**DOCTOR/HOSPITAL RECORDS AVAILABLE:** ☒ Yes ☐ No    **Where Stored:**

**MEDICATION REQUIRED:** ☐ Yes ☐ No    (Reason & Type)

**MILITARY SERVICE:** ☐ Yes ☐ No    Branch & Serial No.

**VEHICLE INVOLVED:** ☐ Yes ☐ No    Make    Model    Color

**VEHICLE REGISTRATION PLATE** State    No.    Other Id Charact

DEFENDANT'S EXHIBIT
CASE NO. 3:17-cv-419-GNS
EXHIBIT NO. 13

PD00009

| NEXT OF KIN: | Name: MARY WARFORD | Relationship: MOTHER |
| --- | --- | --- |
| | Address: 104 E. WHITNEY AVE. | Phone: Work: N/A  Home: 367-8438 |

HOBBIES, Interest, Associations:

TYPE PLACES/HANG-OUTS Frequented:

OTHER COMMENTS: Mother has been in contact with her boyfriend, who states he has not seen her since March 28th. (Keith Hardin) 937-0852
10774 Tarry Town Rd.

## JUVENILES ONLY

PRESENT OR LAST SCHOOL ATTENDED: NAME: IROQUOIS HIGH SCHOOL  COUNTY: JEFFERSON  DISTRICT: 

PREVIOUS SCHOOLS ATTENDED: (DROPPED OUT 2 YEARS AGO)

BIRTH INFORMATION AS APPEARS ON BIRTH RECORD:
MOTHER'S MAIDEN NAME: BARNES  FIRST: MARY  MIDDLE: ALICE  LAST: WARFORD

CHILD'S COUNTY OF BIRTH: JEFFERSON  STATE: KENTUCKY

LIN 920940 7411326
NIC M556325056

### AUTHORIZATION FOR RELEASE OF INFORMATION

I certify under penalty of law that I am the parent or legal guardian of the child described in this report and that my right to the custody of said child has not been terminated or limited by the order or decree of any court of law. I hereby authorize the Kentucky State Police, or any officer or employee thereof, or officer or employee of any other criminal justice agency, to disseminate the information contained in this report, including photographs, to any person or organization engaged directly or indirectly in any effort to assist in the location of missing children.

I certify that the information contained in this report is true and correct to the best of my knowledge. BWS

This 2ND day of APRIL, 19 92    DATE 040392

Signature X Mary A. Warford    Relationship X Mother
Address X 104 E. Whitney Ave.    Phone No. Work / Home X 367-8438
Officer's Name Lynnette Kerry    Badge No. 2693
Agency Louisville Police Dept.

Note: 1. Attach Current Photograph
2. Attach Child I-Dent (if available)
3. Send Completed Form and Attachments to:

Kentucky State Police
Missing Child Information Center
1240 Airport Road
Frankfort, Kentucky 40601

KSP 261 (Rev. 5/86)
Printed With State Funds

LMPD00010