# \* MISSING \*



NAME: Rhonda Sue Warford
AGE: 19
DOB:
SCARS: Scar on top of RIGHT hand
MISC: Brown hair, Hazel eyes, 5'11", 210 lbs., pierced ears

Last seen wearing red, white + black jacket, white pants and white tennis shoes.

"Please" If you have any information contact MARY WARFORD 367-8438 ANYTIME!



DEFENDANT'S EXHIBIT
CASE NO. 3:17-CV-419-GNS
EXHIBIT NO. 14

MCSO000042