SEP- 8-94 THU 13:21    RIVER CITY                                      P.04

School of Justice Administration        College of Urban and Public Affairs
                                        University of Louisville
                                        Louisville, Kentucky 40292
                                        (502) 588-6567

# UNIVERSITY of LOUISVILLE

April 8, 1992

Sheriff Joseph E. Greer
Court House
Brandenburg, KY 40108

Dear Sheriff Greer:

    Thank you for the opportunity to view the case of Rhonda Warford, a young women recently murdered. I found this case to be particularly interesting, and I would like to offer the following as my general impressions of that case.

    First of all, I think this is not a true Satanic and ritualistic crimes. There are several reasons for this impression, and I believe one to be the position of the body when found. For example, one of the suspects in this case has remarked to you that he has been in Satanism for the last six years. If one has been in this "religion" for the past six years or even a shorter time, he would know the correct manner in which to position a body once "sacrificed." As it stated in the Satanic Bible, available at most book stores, the body is to be placed from a north to south position, with the head being in the southern most point. One of the officers remarked that the body was found in a east-west position. Also, the manner of death is also not in congruence with the manner in which an offering would be made. For example, there would be a cut to the left side of the victim, preferably in the neck area and they would not leave blood inside the body of the victim herself. There is no indication that there was any conscious effort made to do this type of cutting. The one tattoo made above the left breast of the victim allegedly by the boyfriend, Keith, is more an indication to me that this is a sign of a passive woman letting her male friend do something to her to which she consented. There is also no physical evidence found at the scene which would indicate any type of Satanic influences. There may be, however, some collateral evidence found by talking with relatives and friends which may give some indication that the victim as well as the suspected offender(s) was involved. I would also be concerned with collateral evidence found in the suspect's possession (in his home, car, etc.) which would indicate some Satanic involvement, such as a Book of Shadows, Satanic Bible, the Necronomicon, etc. The Book of Shadows would also be considered important since it would give the reader an example of his mindset not only now but in the past as well.

    In looking at the pictures and the video, I would suggest that the person(s) you are looking for is a single male, a geographically stable type of person, probably in some type of menial job, had at least in the not too far distant past a close relationship with the victim, and someone who was a dabbler in the occult. I would think he either lives with his family or alone but I would more inclined to think he lives with someone because I believe th



DEFENDANT'S EXHIBIT
CASE NO. 3:17CV-419-GNS
EXHIBIT NO. 15

CLARK 002994

persons are involved in this case considering the manner in which she was carried to the disposal site. The focus of the attack lends me to believe that the person knows the victim because the attack to her is from behind her. Also, I would suggest another indication is the manner in which she was carried 30-50 yards from the attack to the final disposal site, with her face toward the ground. Knowing that she was a fairly large woman, over 5'10" and over 200 lbs, it would very difficult for one person to carry her from the kill site to the dump site alone. This is also verified by the position of the body when found. It appears one person carried her by the feet. I would also think that the person who killed her was the one of the two persons who was closer to her on a relationship level. I would think also from a physical standpoint, the killer(s) would perhaps be smaller than the victim

I hope this rambling helps you in your investigation of this case. I know you are making great headways in this investigation, and would only suggest that you take into consideration in your search warrant of this person's house, apartment, etc., some of the paraphrenia of Satanism. I don't think this young woman was killed because of her involvement in it, but I do think it will give you an understanding of the type of person you are dealing with in your interviewing of him.

If I can be of further aid, please contact me at your convenience.

Sincerely,

Ronald M. Holmes
Professor