KENTUCKY STATE POLICE
JEFFERSON REGIONAL FORENSIC LABORATORY
3600 CHAMBERLAIN LANE, SUITE 410
LOUISVILLE, KENTUCKY 40241
(502) 426-8240

D. J. Clark, Physical Assault Unit
LABORATORY NO. 92-2-2366
CASE NO. MC-4-92093

Clark, Jeffrey D.        (S)
Hardin Jr., Garr K.      (S)
Warford, Rhonda S.       (V)
92-2-1424
92-2-2094

ERB
07/17/92

## REPORT OF FORENSIC LABORATORY EXAMINATION

SUBMITTED BY: Civ. Tech. Bennett, LDP-ETU Section                    CO: 056

RECEIVED:  DATE: 6-12-92    TIME: 9:00 a.m.  VIA: Civ. Tech. Farrow

RETURNED TO: Held for pick up       DATE:         VIA:

### MATERIAL SUBMITTED:

    Exhibit 14A:  Fiber standards from Exhibit 14 (92-2-1424).
    Exhibit 15A:  Fiber standards from Exhibit 15 (92-2-1424).
    Exhibit 16A:  Fiber standards from Exhibit 16 (92-2-1424).
    Exhibit 54A:  Questioned fibers recovered from Exhibit 54 (92-2-2094).
    Exhibit 55A:  Questioned fibers recovered from Exhibit 55 (92-2-2094).
    Exhibit 70A:  Questioned fibers recovered from Exhibit 70 (92-2-2094).

### EXAMINATION REQUESTED:

    Fiber comparison.

### RESULTS OF EXAMINATION:

    No fibers like Exhibits 14A, 15A, or 16A were found in Exhibits 54A,
    55A, or 70A.

    DISPOSITION OF EVIDENCE:

    Fibers:  Retained on file at laboratory.

DATE COMPLETED: 07-15-92
dm

SIGNATUR                                                     KSP 35 6-86
Luanne H

**DEFENDANT'S EXHIBIT**

CASE NO. 3:17-CV-419-GNS

EXHIBIT NO. 16

ETU001

**LOUISVILLE DIVISION OF POLICE**

EVIDENCE TECHNICIAN UNIT

**Evidence Routing Report**

| 1. DATE AND TIME OF REPORT: 07-08-92  1330 | 2. E.T.U. #: 0402292 |
|---|---|
| 3. COMPLAINANT'S NAME: Clark, Jeffery | 4. LOCATION OF OFFENSE: 104 Whitney |
| 5. DATE OF OFFENSE: 04-05-92 | 6. OFFENSE: Murder |

On _07-08-92_ at approximately _1330_ hours, the below listed evidence/exhibits were **(PLACED IN)** ~~**(REMOVED FROM)**~~ the Louisville Division of Police Property Room under the below listed Property Tag Numbers by **Tech.** _J. Fowler_ of the Evidence Technician Unit. This evidence/exhibit was transported from _KSP Central Lab_ to _LPD Property Room_ by **Tech.** _J. Fowler_ of the Evidence Technician Unit.

**The following is a list of these exhibits:**

EXHIBIT(S) # _____74_____     Under Tag #: _289744_

EXHIBIT(S) # _____     Under Tag #: _____

EXHIBIT(S) # _____     Under Tag #: _____

EXHIBIT(S) # _____     Under Tag #: _____

EXHIBIT(S) # _____     Under Tag #: _____

EXHIBIT(S) # _____     Under Tag #: _____

EXHIBIT(S) # _____     Under Tag #: _____

_____
**TECHNICIAN SIGNATURE**

KENTUCKY STATE POLICE
FORENSIC LABORATORIES SECTION

RECORD OF EVIDENCE RELEASE

| | | |
|---|---|---|
| Submitted by: | Civ. Tech. E.R. Bennett | Laboratory No.: 92-0-5022 |
| Agency: | Louisville Police Dept., ETU | Case No.: 0402292 |
| Delivered By: | Certified Mail | Date Received: 6-5-92 |
| Examiner: | Barbara P. Wheeler | Released by: _____ |
| Re: Victim/Suspect | Warford, Rhonda S. | |
| | Clark, Jeffery D. | |
| | Hardin Jr., Gare K. | |
| | 92-0-3210 | |

_____

This is to certify that the undersigned has received the evidence in the
above case.

Receiving Officer: _____

Department: _____

Date: _____        Time: _____

_____

REMARKS:

KSP 318
6-86

ETU003

**LOUISVILLE DIVISION OF POLICE**

EVIDENCE TECHNICIAN UNIT

**Evidence Routing Report**

| 1. DATE AND TIME OF REPORT:<br>6-17-92    1012 | 2. E.T.U. #:<br>040229L |
|---|---|
| 3. COMPLAINANT'S NAME:<br>RHONDA SUE WARFORD   W-F-19 | 4. LOCATION OF OFFENSE:<br>9 miles S/W of BRANDENBURG KY #823 |
| 5. DATE OF OFFENSE:<br>4-5-92 | 6. OFFENSE:<br>HOMICIDE INVES |

On  6-17-92   at approximately  1012   hours, the below
listed evidence/exhibits were **(PLACED IN)** (REMOVED FROM) the
Louisville Division of Police Property Room under the below
listed Property Tag Numbers by **Tech.** M Rague
of the Evidence Technician Unit.  This evidence/exhibit was
transported from  KSP LAB  Louisville              to
LPD PROP Room      by **Tech.** M. Rague
of the Evidence Technician Unit.

**The following is a list of these exhibits:**

EXHIBIT(S) # 45A, 48B, 50 51 52 53 54 55 57   Under Tag #: 289741

EXHIBIT(S) # 58, 59, 48 C, 48 D, 48 E   Under Tag #: 289741

EXHIBIT(S) # 46, 47, 48A, 49A, 60, 61, 62A, 64   Under Tag #: 289744

EXHIBIT(S) # 65, 66, 67, 68, 69, 70, 71, 72, 74A, 74   Under Tag #: 289744

EXHIBIT(S) # 75, 76, 77, 78, 79, 80, 81, 82, 83 84   Under Tag #: 289744

EXHIBIT(S) # 85 86, 87, 88, 89, 90 91, 92, 93, 94, 95 96, 97   Under Tag #: " "

EXHIBIT(S) # 98, 99, 100, 101, 102   Under Tag #: " "

_Maurice J Rague_
**TECHNICIAN SIGNATURE**

KENTUCKY STATE POLIC
FORENSIC LABORATORIES SECTION

RECORD OF EVIDENCE RELEASE

| | | |
|---|---|---|
| Invest. Officer: | Civ. Tech. Bennett | Laboratory No.: 92-2-2094 |
| Agency: | LPD-ETU Section | Case No.: 0402292 |
| Delivered by: | Civ. Tech. Farrow | Date Received: 5-22-92 |
| Examiner: | Robert D. Thurman | Released by: _R. Thurman_ |
| Re: Victim/Suspect | Clark, Jeffrey | |
| | Hardin Jr., Garr K. | |
| | Warford, Rhonda S. | |

---

This is to certify that the undersigned has received the evidence in the
above case.

Receiving Officer: _Maurice J Ragan_

Department: _L.P.D  E.T.4_

Date: _6-17-92_        Time: _0916_

---

Remarks:

2 boxes

2 jumbo bpb's

KSP 318
6-86

ETU005

KENTUCKY STATE POLICE
CENTRAL FORENSIC LABORATORY
1250 LOUISVILLE ROAD
FRANKFORT, KENTUCKY 40601
(502) 564-5230

LABORATORY NO. 92-0-3210
CASE NO. MC-4-92-093

Warford, Rhonda S.        (V)
Clark, Jeffery D.          (S)
Hardin Jr., Gare K.       (S)
92-0-5022

## REPORT OF FORENSIC LABORATORY EXAMINATION

---

SUBMITTED BY: Joseph E. Greer, Meade Co. Sheriff's Dept.                    CO: 082

RECEIVED:   DATE: 4-8-92    TIME: 11:20 a.m. VIA: Sgt. Joseph Wood

RETURNED TO: Joseph E. Greer        DATE:        VIA: Certified Mail

---

MATERIAL SUBMITTED:

   See Attachment


EXAMINATION REQUESTED:

   See Attachment


RESULTS OF EXAMINATION:

   See Attachment


---

DATE COMPLETED: 06-11-92
lt

SIGNATURE OF EXAMINER        KSP 35 6-86
Barbara P. Wheeler

KENTUCKY STATE POLICE
CENTRAL FORENSIC LABORATORY
1250 LOUISVILLE ROAD
FRANKFORT, KENTUCKY 40601
(502) 564-5230

LABORATORY NO. 92-0-5022
CASE NO. 0402292

Warford, Rhonda S.      (V)
Clark, Jeffery D.       (S)
Hardin Jr., Gare K.     (S)
92-0-3210

## REPORT OF FORENSIC LABORATORY EXAMINATION

---

SUBMITTED BY: Civ. Tech. E.R. Bennett, Louisville Police Dept., ETU        CO: 056

RECEIVED:   DATE: 6-5-92      TIME: 10:00 a.m.  VIA: Certified Mail

RETURNED TO: Held in Lab          DATE:          VIA:

---

MATERIAL SUBMITTED:

   See Attachment


EXAMINATION REQUESTED:

   See Attachment


RESULTS OF EXAMINATION:

   See Attachment


---

DATE COMPLETED: 06-11-92
lt

_Barbara P. Wheeler_
SIGNATURE OF EXAMINER          KSP 35 6-86
Barbara P. Wheeler

ETU007

LAB NO.   92-0-3210/92-0022
CASE NO.  MC-4-92-093
RE:  Warford, Rhonda S.    (V)
     Clark, Jeffery D.     (S)
     Hardin Jr., Gare K.   (S)

92-0-3210    REC'D: DATE: 04/08/92    TIME: 11:20 a.m.    VIA: Sgt. Joseph Wood

92-0-5022    REC'D: DATE: 06/05/92    TIME: 10:00 a.m.    VIA: Certified Mail


MATERIAL SUBMITTED:

92-0-3210:

Exhibit 12:  Soil sample from crime scene.

Exhibit 13:  Soil sample from suspected vehicle.


92-0-5022:

Exhibit 74:  One backpack.


EXAMINATION REQUESTED:

Soil comparison.


RESULTS OF EXAMINATION:

Soil in Exhibit 13 was different than soil in Exhibit 12.

Soil on Exhibit 74 was insufficient for analysis.


Barbara P. Wheeler
Barbara P. Wheeler

KENTUCKY STATE POLICE
JEFFERSON REGIONAL FORENSIC LABORATORY
3600 CHAMBERLAIN LANE, SUITE 410
LOUISVILLE, KENTUCKY 40241
(502) 426-8240

LABORATORY NO. 92-2-2094
CASE NO. 0402292

Clark, Jeffrey D.        (S)
Hardin Jr., Garr K.      (S)
Warford, Rhonda S.       (V)
92-2-1424   92-2-1558
92-2-1490   92-2-1800
92-2-1498

## REPORT OF FORENSIC LABORATORY EXAMINATION

SUBMITTED BY: Civ. Tech. Bennett, LPD-ETU Section                    CO: 056

RECEIVED:   DATE: 5-22-92    TIME:  1:35 p.m.  VIA: Civ. Tech. Farrow

RETURNED TO: Held for pick up        DATE:          VIA:

MATERIAL SUBMITTED:

    SEE ATTACHMENT

EXAMINATION REQUESTED:

    Serological analysis, hair comparisons and fiber comparisons.
    Compare to Laboratory Report Number 92-2-1424, 92-2-1490 and
    92-2-1498.  Refer also to Laboratory Report Number 92-2-1558 and
    92-2-1800.

RESULTS OF EXAMINATION:

    SEE ATTACHMENT

DATE COMPLETED: 06-12-92
drk

SIGNATURE OF EXAMINER              KSP 35 6-86
Robert D. Thurman

ETU009

Page 2 of 6

LABORATORY NO.    92-2-2094
CASE NO.        0402292

Clark, Jeffrey D.        (S)
Hardin Jr., Garr K.        (S)
Warford, Rhonda S.        (V)
92-2-1424            92-2-1558
92-2-1490            92-2-1800
92-2-1498

MATERIAL SUBMITTED:

Exhibit 45A:  Black pouch with pentagrams and white crosses.

Exhibit  46:  Knife with a gray metal handle.

Exhibit  47:  Double blade "BULL" brand knife with a black handle.

Exhibit 48A:  Statue of Liberty Centennial model pocket knife.

Exhibit 48B:  Brown wooden nunchakus.

Exhibit 48C:  Metal rod nunchakus.

Exhibit 48D:  Two (2) live federal .410 shells.

Exhibit 48E:  One (1) live R-P .38 S&W round.

Exhibit 49A:  Pocket knife with brown handle.

Exhibit  50:  Light blue "Reed St. James" brand faded jeans.

Exhibit  51:  "Rustler" brand blue jeans.

Exhibit  52:  "Levi's" brand blue jeans.

Exhibit  53:  Light blue "LEE" brand faded jeans.

Exhibit  54:  Gray t-shirt.

Exhibit  55:  Blue ski mask.

Exhibit  57:  Brown pair of "Laredo" brand western boots.

Exhibit  58:  "Levi's" brand denim jacket.

Exhibit  59:  "Zero Zone" brand green coveralls.

Robert D. Thurman

ETU010

Page 3 of 6                                    LABORATORY NO.    92-2-2094
                                               CASE NO.      0402292


                                               Clark, Jeffrey D.        (S)
                                               Hardin Jr., Garr K.       (S)
                                               Warford, Rhonda S.       (V)
                                               92-2-1424        92-2-1558
                                               92-2-1490        92-2-1800
                                               92-2-1498


MATERIAL SUBMITTED (continued):


Exhibit 60:  Lock blade pocket knife with a brown handle.

Exhibit 61:  Knife with a dragon head handle.

Exhibit 62A:  Possible human hair.

Exhibit 64:  "OLD TIMER" brand knife in a brown leather sheath.

Exhibit 65:  Hunting knife with a compass in the handle.

Exhibit 66:  Military type knife.

Exhibit 67:  Lock blade knife with a brown handle.

Exhibit 68:  Triple blade "BUCK" brand knife with a broken blade.

Exhibit 69:  Single blade knife with one side of white handle missing.

Exhibit 70:  Triple blade knife with a beige pearl handle.

Exhibit 71:  Four point death star.

Exhibit 72:  Two black leather sheaths.

Exhibit 74:  Camouflage-backpack.

Exhibit 74A:  Knife with black handle in black leather sheath.

Exhibit 75:  Black pair of deer skin gloves.

Exhibit 76:  Silver colored chalice wrapped in black cloth.

Exhibit 77:  Broken glass chalice wrapped in white cloths.


                                        _Robert D. Thurman_
                                        _____
                                            Robert D. Thurman

Page 4 of 6

LABORATORY NO.      92-2-2094
CASE NO.        0402292


Clark, Jeffrey D.          (S)
Hardin Jr., Garr K.        (S)
Warford, Rhonda S.         (V)
92-2-1424          92-2-1558
92-2-1490          92-2-1800
92-2-1498


## MATERIAL SUBMITTED (continued):

Exhibit  78:  Brown pair of suede leather gloves.

Exhibit  79:  Butterfly knife with a brass handle.

Exhibit  80:  Knife with a black handle in a black pouch.

Exhibit  81:  Machete.

Exhibit  82:  Green sleeping bag.

Exhibit  83:  Hunting knife in a black leather sheath.

Exhibit  84:  Knife in a black cloth sheath.

Exhibit  85:  Camouflage knife in a green sheath.

Exhibit  86:  Double blade knife in a black sheath.

Exhibit  87:  Knife with a brown handle in a brown leather sheath.

Exhibit  88:  Knife in a black cloth sheath.

Exhibit  89:  Knife with stag handle.

Exhibit  90:  Knife with a brown handle.

Exhibit  91:  Lock blade knife and black handled knife in a black sheath.

Exhibit  92:  Double blade knife with a white handle.

Exhibit  93:  Double blade knife with a stag handle.

Exhibit  94:  Knuckle knife in a black sheath.

_Robert D. Thurman_
_____
Robert D. Thurman

Page 5 of 6                                   LABORATORY NO.      92-2-2094
                                              CASE NO.      0402292


                                              Clark, Jeffrey D.        (S)
                                              Hardin Jr., Garr K.       (S)
                                              Warford, Rhonda S.        (V)
                                              92-2-1424        92-2-1558
                                              92-2-1490        92-2-1800
                                              92-2-1498


## MATERIAL SUBMITTED (continued):

Exhibit  95:  Knife with a black handle in a black cloth sheath.

Exhibit  96:  Knife with a stag handle.

Exhibit  97:  Knife with a brown handle.

Exhibit  98:  Dagger type knife in a black cloth sheath.

Exhibit  99:  Knife with a wooden handle in a brown sheath.

Exhibit 100:  Knife with a brown handle.

Exhibit 101:  Knife with a gray handle in a black sheath.

Exhibit 102:  Red pouch containing one opaque and two green stones.


## RESULTS OF EXAMINATION:

Chemical tests indicated the presence of blood on Exhibit 75 in an amount too
limited for further analysis.

Chemical tests indicated the presence of blood on the cloth in Exhibit 77;
however, due to the age and condition of the blood further characterization
was unsuccessful.

No blood was found on any of the other submitted exhibits.

Two (2) Caucasian head hairs found on Exhibit 55 were similar in color and
microscopic characteristics to Jeffrey Clark's head hair standard and may
have common origin.


                                        Robert D. Thurman
                                        _____
                                             Robert D. Thurman

Page 6 of 6                              LABORATORY NO.    92-2-2094
                                         CASE NO.    0402292


                                         Clark, Jeffrey D.          (S)
                                         Hardin Jr., Garr K.        (S)
                                         Warford, Rhonda S.         (V)
                                         92-2-1424          92-2-1558
                                         92-2-1490          92-2-1800
                                         92-2-1498


RESULTS OF EXAMINATION (continued):

Caucasian head hairs found in Exhibits 62A and 76 were dissimilar to all hair
standards submitted.

Hair fragments and opaque hairs found on Exhibits 55 and 77 were too limited in
characteristics for comparison purposes.

One (1) body hair was found on Exhibit 70.

No hairs were found on any of the other submitted exhibits.

Fibers found on Exhibits 54, 55 and 70, along with fiber standards from Exhibits
14, 15 and 16 of Laboratory Report Number 92-2-1424, were given to Luanne Haag
on 6-12-92 for fiber comparisons.

No fibers were found on any of the other submitted exhibits.


DISPOSITION OF EVIDENCE:

Hairs:  Retained on file at the laboratory.




                                         _Robert D. Thurman_
                                         Robert D. Thurman




                                                            ETU014

## LOUISVILLE DIVISION OF POLICE

### EVIDENCE TECHNICIAN UNIT

#### Evidence Routing Report

| 1. DATE AND TIME OF REPORT: | 2. E.T.U. #: |
|---|---|
| 6-5-92    0950 | 0402292 |
| 3. COMPLAINANT'S NAME: | 4. LOCATION OF OFFENSE: |
| Rhonda S. Warford | 9 mile S Southwest of Brandenburg |
| 5. DATE OF OFFENSE: | 6. OFFENSE: OFF HWY. 823 |
| 4-5-92 | MURDER |

On __6-5-92__ at approximately __0950__ hours, the below
listed evidence/exhibits were ~~(PLACED IN)~~ ((REMOVED FROM)) the
Louisville Division of Police Property Room under the below
listed Property Tag Numbers by **Tech.** __J. Farrow__
of the Evidence Technician Unit. This evidence/exhibit was
transported from __Property Room__ to
__KSP LAB - Louisville__ by **Tech.** __L. C. Tinnell__
of the Evidence Technician Unit.

**The following is a list of these exhibits:**

EXHIBIT(S) # __82__                          Under Tag #: __289744__

EXHIBIT(S) # _____             Under Tag #: _____

EXHIBIT(S) # _____             Under Tag #: _____

EXHIBIT(S) # _____             Under Tag #: _____

EXHIBIT(S) # _____             Under Tag #: _____

EXHIBIT(S) # _____             Under Tag #: _____

EXHIBIT(S) # _____             Under Tag #: _____

__Lois Craig Tinnell__
**TECHNICIAN SIGNATURE**

### LOUISVILLE DIVISION OF POLICE

EVIDENCE TECHNICIAN UNIT

**Evidence Routing Report**

| 1. DATE AND TIME OF REPORT: 5-22-92 | 2. E.T.U. #: 0 402292 |
|---|---|
| 3. COMPLAINANT'S NAME: Rhonda S. Warford | 4. LOCATION OF OFFENSE: 9 miles Southwest of Brandenburg |
| 5. DATE OF OFFENSE: 4-5-92 | 6. OFFENSE: OFF HWY. 823 MURDER |

On ___5-22-92___ at approximately ___0950___ hours, the below
listed evidence/exhibits were ~~(PLACED IN)~~ (REMOVED FROM) the
Louisville Division of Police Property Room under the below
listed Property Tag Numbers by **Tech.** ___J. Farrow___
of the Evidence Technician Unit. This evidence/exhibit was
transported from ___LPD Property Room___ to
___KSP LAB - Lou.___ by **Tech.** ___J. Farrow___
of the Evidence Technician Unit.

**The following is a list of these exhibits:**

EXHIBIT(S) # 45A, 48B, 50, 51, 52, 53, 54, 55, 57 Under Tag #: 289741

EXHIBIT(S) # 46, 47, 48A, 49A, 60, 61, 62A, 64 Under Tag #: 289744

EXHIBIT(S) # 65, 66, 67, 68, 69, 70, 71, 72, 74, 74A Under Tag #: 289744

EXHIBIT(S) # 58, 59     DID NOT USE 9+1 Under Tag #: 289741

EXHIBIT(S) # 75, 76, 77, 78, 79, 80, 81, 82, 83, 84 Under Tag #: 289744

EXHIBIT(S) # 85, 86, 87, 88, 89, 90, 91, 92, 93 Under Tag #: 289744

EXHIBIT(S) # 94, 95, 96, 97, 98, 99, 100, 101, 102 Under Tag #: 289744

___Janet Farrow___
**TECHNICIAN SIGNATURE**

KENTUCKY STATE POLICE
CRIME LABORATORY

Request for Examination

LPD:ETU#0402292

Case No. MC-4-92093

Laboratory No. 92-2-1424
92-2-1498
92-2-1490
92-2-1558

TO: **Crime Laboratory**
ATTN: Robert Thurman, Serology    ATTN: Trace Evidence, Frankfort
FROM: Civ. Tech. Etienne R. Bennett

DEPARTMENT: LPD-ETU

OFFENSE: Homicide Inv.
DATE: 4-5-92
COUNTY Jefferson
VICTIM: Rhonda S. Warford
SUSPECT OR ACCUSED: 1) Jeffrey D. Clark    2) Garr K. Hardin Jr.
INVESTIGATING OFFICER:1) Det. J. Clark    2) Sheriff J. Greer
DEPARTMENT: LPD-PAU             Meade Co. Sheriff's Office
EXHIBITS:    LPD:ETU#0402292

| Exh #45A- Black pillow with a pentagram and white cross | Tag #289741 |
| Exh #46- Knife with a gray metal handle | Tag #289744 |
| Exh #47- Two blade "Bull" brand pocket knife with a black handle | " " |
| Exh #48A- Pocket knife, Statue of Liberty Centennial model | " " |
| Exh #48B- Two sets of nunchakus, two live Federal .410 shells and | Tag #289741 |
| and one live R&P .38 S&W round | |
| Exh #49A- Pocket knife with a brown handle | Tag #289744 |
| Exh #50- Light blue faded jeans, Reed St. James brand | Tag #289741 |
| Exh #51- Rustler brand jeans | " " |
| Exh #52- Levi brand jeans | " "  cont. page |
| Exh #53- Lee brand light blue faded jeans | " "  2 |

CASE HISTORY:
The victim was found near a wooded area in Meade Co., Kentucky and was
apparently stabbed to death.

EXAMINATION REQUESTED: TO SEROLOGY: Examine Exh's #45A, 46, 47, 48A, 48B, 49A, 50-55,
57-61, 62A, 64-72, 74-102 (LPD:ETU#0402292) for the presence of blood, hair, fibers, skin,
etc.; if any is located, compare to the fiber standards removed from Exh's #1, 3, 7 and 13
(LPD:ETU#0402292); the blood standards contained within Exh's #3, 5, 19, and 21 (MC-4-92093);
and the hair standards contained within Exh's #5, 6, 19 and 21 (MC-4-92093). TO TRACE EVIDENCE:
Examine Exh #74 (LPD:ETU#0402292) for the presence of soil and if any is located, compare to
exh's #12    (MC-4-92093).    --- Continued on page 3

5/22/92                    Sgt. D. Allen                    Civ. Tech. Etienne R. Bennett
Date                    Reviewed by                    Officer Making Request

Attach additional pages if needed.

keb

Page 2
KY State Police Crime Lab Request

ETU#  0402292
VICTIM  Rhonda S. Warford
OFFENSE  Homicide Inv.

EXHIBITS:

| | | |
|---|---|---|
| Exh #54- Gray short-sleeved t-shirt | Tag #289741 | |
| Exh #55- Blue ski mask | " | " |
| Exh #57- Laredo brand brown Western boots | " | " |
| Exh #58- Levi brand denim jacket | " | " |
| Exh #59- Zero Zone brand brown coveralls | " | " |
| Exh #60- One lock blade pocket knife with a brown handle | Tag #289744 | |
| Exh #61- One knife with a horse head handle | " | " |
| Exh #62A- Possible human hair | " | " |
| Exh #64- One "Old Timer" knife with a brown leather sheath | " | " |
| Exh #65- One hunting type knife with a compass in the handle | " | " |
| Exh #66- One military type knife | " | " |
| Exh #67- One brown handled lock blade knife | " | " |
| Exh #68- One three blade Buck knife with one broken blade | " | " |
| Exh #69- One single blade knife with a white handle missing from one side | " | " |
| Exh #70- One three blade knife with a white pearl handle | " | " |
| Exh #71- One four point death star | " | " |
| Exh #72- Two black leather sheaths | " | " |
| Exh #74- One backpack | " | " |
| Exh #74A- Knife with black handle and a black leather sheath | " | " |
| Exh #75- Black leather gloves | " | " |
| Exh #76- Silver colored chalice with a black cloth | " | " |
| Exh #77- Broken glass chalice with a white cloth | " | " |
| Exh #78- Brown suede leather gloves | " | " |
| Exh #79- One butterfly knife wth a brass handle | " | " |
| Exh #80- One knife with a black plastic handle | " | " |
| Exh #81- One machete | " | " |
| Exh #82- One sleeping bag | " | " |
| Exh #83- One hunting knife with a black leather sheath | " | " |
| Exh #84- One knife with a black cloth sheath | " | " |
| Exh #85- One camouflage military type knife with a green sheath | " | " |
| Exh #86- One two blade knife with a black leather sheath | " | " |
| Exh #87- One brown handled knife with a brown leather sheath | " | " |
| Exh #88- One knife with a black cloth sheath | " | " |
| Exh #89- One knife with stag handles | " | " |
| Exh #90- One brown handled knife | " | " |
| Exh #91- One black leather sheath, a lock blade knife and a black handled knife containing keb | " | " |
| Exh #92- One white handled knife | " | " |
| Exh #93- One knife with a stag handle | " | " |
| Exh #94- One knuckle knife with a black leather sheath | " | " |
| Exh #95- One black handled knife with a black cloth sheath | " | " |
| Exh #96- One knife with a stag handle | " | " |
| Exh #97- One knife with a brown handle | " | " |
| Exh #98- One dagger type knife with a black cloth sheath | " | " |
| Exh #99- One wooden handled knife with a brown sheath | " | " |
| Exh #100- One brown handled knife | " | " |
| Exh #101- One knife with a black nylon sheath | " | " |
| Exh #102- One small red cloth bag containing one opaque and two green colored stones | " | " |

Sgt. D. Allen                                    Civ. Tech. Etienne R. Bennett

keb

ETU018

Page 3
KY State Police Crime Lab Request

ETU#  0402292
VICTIM  Rhonda S. Warford
OFFENSE  Homicide Inv.

EXHIBITS:

| | |
|---|---|
| Exh #1- Fibers removed from the trace lift of the driver's side front seat and backrest. | Fiber Standards Currently at the KSP Lab, Louisville |
| Exh #3- Fibers removed from the trace lift of the driver's side rear seat and backrest. | " |
| Exh #7- Fibers removed from the trace lift of the passenger side rear seat and backrest. | " |
| Exh #13- Fibers removed from one black seat cover | " |

MC-4-92093

| | |
|---|---|
| Exh #3:  Victim blood sample | Previously Submitted to the KSP Lab, Louis-ville |
| Exh #5: Sexual Assault Evidence Collection Kit performed on the victim. | |
| Exh #6: Head hair sample from the victim | " |
| Exh #12: Soil sample from the entrance area of the crime scene | Previously submitted to KSP Lab-Frankfort, KY |
| Exh #19: Sexual Assault Evidence Collection Kit performed on Jeffrey D. Clark | Previously Submitted to the KSP Lab, Louis-ville |
| Exh #21: Sexual Assault Evidence Collection Kit performed on Garr K. Hardin, Jr. | " |

EXAMINATION REQUESTED (continued from page 1)

(Exh's #1, 3, 7, and 13 [LPD:ETU #0402292] were previously submitted under KSP Laboratory #92-2-1558; exh's #3, 5, and 6 [MC-4-92093] were previously submitted under KSP Laboratory #92-2-1424; exh #19 [MC-4-92-093] was previously submitted under KSP Laboratory #92-2-1490; exh #21 [MC-4-92093] was previously submitted under KSP Laboratory #92-2-1498).

Sgt. D. Allen                    Civ. Tech. Etienne R. Bennett

keb

*Page 1*

## KENTUCKY STATE POLICE
## CRIME LABORATORY

### Request for Examination

LPD: ETU # 0402292

Case No. MC-4-92093

Laboratory No. 92-2-1424
92-2-1498
92-2-1490
92-2-1558

TO:  Crime Laboratory
Attn.: Robert Thurman, Serology     Attn.: Trace Evidence

FROM: Civ. Tech. Etienne R. Bennett

DEPARTMENT: Louisville Police Department
Evidence Technician Unit

OFFENSE: Homicide Investigation
DATE: 04/05/92
COUNTY Meade
VICTIM: Rhonda Sue Warford
SUSPECT OR ACCUSED: 1) Jeffrey D. Clark    2) Garr K. Hardin, Jr.
INVESTIGATING OFFICER: 1) Det. J. Clark     2) Sheriff J. Greer
DEPARTMENT: 1) LPD: Physical Assault Unit   2) Meade Co. Sheriff's Office
EXHIBITS:

LPD: ETU # 0402292

Exhibit # 45A: Black pillow with a pentagram and white cross
--- Tag Number 289741
Exhibit # 46: Knife with a gray metal handle
Exhibit # 47: Two blade "Bull" brand pocket knife with a black handle
Exhibit # 48A: Pocket knife, Statue of Liberty Centinnial Model
--- Tag Number 289744

Exhibit # 48B: Two [2] sets of nunchakus, two [2] live Federal .410 shells and one [1] live
R C P .38 S&W round
--- Tag Number 289741
[continued]

CASE HISTORY:
The victim was found near a wooded area in Meade County, Kentucky and was apparently
stabbed to death.

To Serology:

EXAMINATION REQUESTED:
Examine exhibits # 45A, 46, 47, 48A, 48B, 49A, 50-55, 57-61, 62A, 64-72,
74-102 [LPD: ETU # 0402292] for the presence of blood, hair, fibers, skin, etc.; if
any is located, compare to the fiber standards removed from exhibits # 1, 3, 7 and
13 [LPD: ETU # 0402292]; the blood standards contained within exhibits # 3, 5, 19
and 21 [MC-4-92093]; and the hair standards contained within exhibits # 5, 6,
19 and 21 [MC-4-92093].   (continued on page 4)

| 05/21/92 | | Civ. Tech. Etienne R. Bennett |
| Date | Reviewed by | Officer Making Request |

Attach additional pages if needed.

ETU # 0402292
MC - 4 - 92093

Exhibits [continued]

LPD: ETU # 0402292 [continued]

Exhibit # 49A: Pocket Knife with a brown handle
--- Tag Number 289744

Exhibit # 50: Light blue faded jeans, Reed St. James brand
Exhibit # 51: Rustler brand jeans
Exhibit # 52: Levi brand jeans
Exhibit # 53: Lee brand light blue faded jeans
Exhibit # 54: Gray short-sleeved t-shirt
Exhibit # 55: Blue ski mask
Exhibit # 57: Laredo brand brown Western boots
Exhibit # 58: Levi brand denim jacket
Exhibit # 59: Zero Zone brand brown coveralls

--- Tag Number 289741
Exhibit # 60: One lock blade pocket knife with a brown handle
Exhibit # 61: One knife with a horse head handle
Exhibit # 62A: Possible human hair
Exhibit # 64: One "Old Timer" knife with a brown leather sheath
Exhibit # 65: One hunting type knife with a compass in the handle
Exhibit # 66: One military type knife
Exhibit # 67: One brown handled lock blade knife
Exhibit # 68: One [1] three blade Buck knife with one broken blade
Exhibit # 69: One [1] single blade knife with a white handle missing from one side
Exhibit # 70: One [1] three blade knife with a white pearl handle
Exhibit # 71: One [1] four point death star
Exhibit # 72: Two [2] black leather sheaths
Exhibit # 74: One [1] backpack
Exhibit # 74A: Knife with black handle and a black leather sheath
Exhibit # 75: Black leather gloves
Exhibit # 76: Silver colored chalice with a black cloth
Exhibit # 77: Broken glass chalice with a white cloth

--- Tag Number 28ETU0021 [cont]

KENTUCKY STATE POLICE
CRIME LABORATORY

Request for Examination

Case No. _____

Laboratory No. _____

TO:  Crime Laboratory

FROM:

DEPARTMENT:


OFFENSE:
DATE:
COUNTY
VICTIM:
SUSPECT OR ACCUSED:
INVESTIGATING OFFICER:
DEPARTMENT:
EXHIBITS:


CASE HISTORY:


EXAMINATION REQUESTED:


_____     _____     _____
     Date                 Reviewed by              Officer Making Request


Attach additional pages if needed.

ETU022

LPD: ETU # 0402292
MC - 4 - 92093

Exhibits [continued]

LPD: ETU # 0402292 [continued]

Exhibit # 78: Brown suede leather gloves
Exhibit # 79: One [1] butterfly knife with a brass handle
Exhibit # 80: One [1] knife with a black plastic handle
Exhibit # 81: One [1] machete
Exhibit # 82: One [1] sleeping bag
Exhibit # 83: One [1] hunting knife with a black leather sheath
Exhibit # 84: One [1] knife with a black cloth sheath
Exhibit # 85: One [1] camouflage military type knife with a green sheath
Exhibit # 86: One [1] two blade knife with a black leather sheath
Exhibit # 87: One [1] brown handled knife with a brown leather sheath
Exhibit # 88: One [1] knife with a black cloth sheath
Exhibit # 89: One [1] knife with stag handles
Exhibit # 90: One [1] brown handled knife
Exhibit # 91: One [1] black leather sheath containing a lock blade knife and a black handled knife
Exhibit # 92: One [1] white handled knife
Exhibit # 93: One [1] knife with a stag handle
Exhibit # 94: One [1] knuckle knife with a black leather sheath
Exhibit # 95: One [1] black handled knife with a black cloth sheath
Exhibit # 96: One [1] knife with a stag handle
Exhibit # 97: One [1] knife with a brown handle
Exhibit # 98: One [1] dagger type knife with a black cloth sheath
Exhibit # 99: One [1] wooden handled knife with a brown sheath
Exhibit # 100: One [1] brown handled knife
Exhibit # 101: One [1] knife with a black nylon sheath
Exhibit # 102: One [1] small red cloth bag containing one [1] opaque and two [2] green colored stones.

--- Tag Number 289744

Exhibit # 1: Fibers removed from the trace lift of the driver's side front seat and backrest
Exhibit # 3: Fibers removed from the trace lift of the driver's side rear seat and backrest
Exhibit # 7: Fibers removed from the trace lift of the passenger side rear seat and backrest
Exhibit # 13: Fibers removed from one [1] black seat cover

--- Fiber Standards Currently at the KSP Lab, Louisville

KENTUCKY STATE POLICE
CRIME LABORATORY

Request for Examination

Case No. _____

Laboratory No. _____

TO:   Crime Laboratory

FROM:

DEPARTMENT:

OFFENSE:
DATE:
COUNTY
VICTIM:
SUSPECT OR ACCUSED:
INVESTIGATING OFFICER:
DEPARTMENT:
EXHIBITS:

CASE HISTORY:

EXAMINATION REQUESTED:

_____      _____        _____
   Date              Reviewed by                 Officer Making Request

Attach additional pages if needed.

LPD: ETU # 0402292
MC-4-92093

Exhibits [continued]

MC-4-92093

Exhibit # 3: Victim blood sample

Exhibit # 5: Sexual Assault Evidence Collection Kit performed on the victim

Exhibit # 6: Head hair sample from the victim
      --- Previously submitted to the KSP Lab, Louisville

Exhibit # 12: Soil sample from the entrance area of the crime scene

      --- Previously submitted to KSP LAB · FRANKFORT

Exhibit # 19: Sexual Assault Evidence Collection Kit performed on Jeffrey D. Clark

Exhibit # 21: Sexual Assault Evidence Collection Kit performed on Garr K. Hardin, Jr.
      --- Previously submitted to the KSP Lab, Louisville


Examination Requested [continued]

To Trace Evidence: Examine Exhibit # 74 [LPD: ETU # 0402292] for the presence of soil, and if any is located, compare to exhibits # 12 [MC-4-92093].

9: [Exhibits # 1, 3, 7, 13 (LPD: ETU # 0402292) were previously submitted under KSP Laboratory # 92-2-1558; exhibits # 3, 5, and 6 (MC-4-92093) were previously submitted under KSP Laboratory # 92-2-1424; exhibit # 19 (MC-4-92093) was previously submitted under KSP Laboratory # 92-2-1490; exhibit # 21 (MC-4-92093) was previously submitted under KSP Laboratory # 92-2-1498].

KENTUCKY STATE POLICE
CRIME LABORATORY

Request for Examination

Case No. _____

Laboratory No. _____

TO:   Crime Laboratory

FROM:

DEPARTMENT:


OFFENSE:
DATE:
COUNTY
VICTIM:
SUSPECT OR ACCUSED:
INVESTIGATING OFFICER:
DEPARTMENT: _____
EXHIBITS:




CASE HISTORY: _____



EXAMINATION REQUESTED: _____



_____

_____         _____         _____
   Date              Reviewed by         Officer Making Request


Attach additional pages if needed.

ETU026

LOUISVILLE DIVISION OF POLICE
EVIDENCE TECHNICIAN UNIT

LPD #0126-89

## SUPPLEMENTARY EVIDENCE REPORT

| ETU #: | OFFENSE: | LOCATION | DATE OF OFFENSE |
|---|---|---|---|
| 0402292 | Homicide Inv. | 9 miles southwest of Brandenburg off KY Hwy 823 | 4-5-92 |

| VICTIMS NAME: | RACE/SEX/AGE | | | ADDRESS: |
|---|---|---|---|---|
| Rhonda Sue Warford | W | F | 19 | 104 E. Whitney Ave. |

| DATE & TIME OF SUPP. REPORT: | | SUSPECT/ARRESTED: | RACE/SEX/AGE | | |
|---|---|---|---|---|---|
| 5-21-92 | 0200 | 1) Jeffrey Dewayne Clark | W | M | 21 |
| | | 2) Garr Keith Hardin, Jr. | W | M | 22 |

TO: PAU                                    ATTENTION:      Det. J. Clark
    Meade Co Sheriff's Office                            Sheriff Joe Greer
    KSP Lab

On 5-21-92 at approx. 0200 hrs., the following administrative error was noted on the Supplementary Evidence Report dated 5-5-92:

"Exh #92- White handle two black knife...." The correction will read: "Exh #92- White handle two blade knife...."

REVIEWED BY
CMDG. OFFICER:  Sgt. D. Allen        TECHNICIAN:  Bennett        UNIT:  987

keb

ETU027

ETU028

ISVILLE DIVISION OF POLICE
EVIDENCE TECHNICIAN UNIT

LPD #0126-89

## SUPPLEMENTARY EVIDENCE REPORT

| ETU # | OFFENSE: | LOCATION | DATE OF OFFENSE |
|---|---|---|---|
| 0402242 | Homicide Investigation | 4 miles southwest of Brandenburg off KY Hwy. 823 | 04/05/92 |

| VICTIMS NAME: | RACE/SEX/AGE | ADDRESS: |
|---|---|---|
| Rhonda Sue Warford | W  F  19 | 104 East Whitney Ave. |

| DATE & TIME OF SUPP. REPORT: | SUSPECT/ARRESTED: | RACE/SEX/AGE |
|---|---|---|
| 05/21/92      0200 | 1) Jeffrey Dewayne Clark | W  M  21 |
|  | 2) Garr Keith Hardin, Jr. | W  M  22 |

TO:

Physical Assault Unit
Meade Co. Sheriff's Office)
KSP Lab

ATTENTION:

Det. J. Clark
Sheriff J. Greer

---

On 05/21/92 at approximately 0200 hours, the following administrative error was noted on the Supplementary Evidence Report dated 05/05/92:

"Exhibit #92: White handle two black knife...." The correction will read: "Exhibit #92: White handle two blade knife...."

REVIEWED BY
CMDG. OFFICER: _____Sgt. D. Allen_____  TECHNICIAN: _____Bennett_____  UNIT: __987__

ETU029

ETU030

Det. & Clark, Physical Assault Unit

KENTUCKY STATE POLICE
JEFFERSON REGIONAL FORENSIC LABORATORY
3600 CHAMBERLAIN LANE, SUITE 410
LOUISVILLE, KENTUCKY 40241
(502) 426-8240

LABORATORY NO. 92-2-1800
CASE NO. MC-4-92-093

Hardin, Keith            (S)
Clark, Jeffrey           (S)
Warford, Rhonda Sue      (V)
92-2-1424
92-2-1490
92-2-1498
92-2-1558

## REPORT OF FORENSIC LABORATORY EXAMINATION

---

SUBMITTED BY: Sheriff Greer, Meade County Sheriff Dept.            CO: 082

RECEIVED:   DATE: 5-4-92     TIME:  7:40 a.m.  VIA: Sheriff Greer

RETURNED TO: Held for pick up      DATE:           VIA:

---

### MATERIAL SUBMITTED:

Exhibit 23:  One (1) silver chain bracelet worn by Rhonda Warford.

### EXAMINATION REQUESTED:

Serological analysis.  Refer to Laboratory Report Number 92-2-1424 for
Exhibits 1 through 18.  Refer to Laboratory Report Number 92-2-1490 for
Exhibits 19B through 19G.  Refer to Laboratory Report Number 92-2-1498
for Exhibits 21B through 22.  Refer to Laboratory Report Number
92-2-1558 for Exhibits A1 through A39 for exhibits concerning the auto-
mobile.

### RESULTS OF EXAMINATION:

Human blood found on Exhibit 23 contained the genetic marker PGM 2-1+.

Rhonda Warford's blood standard (Laboratory Report No. 92-2-1424)
contained the genetic marker PGM 2-1+.

Jeffrey Clark's blood standard (Laboratory Report No. 92-2-1490)
contained the genetic marker PGM 1+.

Garr Hardin's blood standard (Laboratory Report No. 92-2-1498)
contained the genetic marker PGM 1+.

The genetic marker found in Exhibit 23 is consistent with that found in
Rhonda Warford's standard and may have common origin.

---

DATE COMPLETED: 5-5-92
dm

SIGNATURE OF EXAMINER            KSP 35 6-86
Robert D. Thurman

ETU031

ETU032

## LOUISVILLE DIVISION OF POLICE

### EVIDENCE TECHNICIAN UNIT

### Evidence Routing Report

| 1. DATE AND TIME OF REPORT:<br>05/06/92    1345 | 2. E.T.U. #:<br>0402292 |
|---|---|
| 3. COMPLAINANT'S NAME:<br>Rhonda Sue Warford | 4. LOCATION OF OFFENSE:<br>9 miles Southwest of Brandenburg off KY. Hwy. 823 |
| 5. DATE OF OFFENSE:<br>04/05/92 | 6. OFFENSE:<br>Murder Investigation |

On  05/06/92  at approximately  1345  hours, the below
listed evidence/exhibits were **(PLACED IN)** ~~(REMOVED FROM)~~ the
Louisville Division of Police Property Room under the below
listed Property Tag Numbers by **Tech.**  Etienne R. Bennett
of the Evidence Technician Unit.  This evidence/exhibit was
transported from  the KSP Lab, 3600 Chamberlain Lane  to
 LPD Property Room  by **Tech.**  Etienne R. Bennett
of the Evidence Technician Unit.

**The following is a list of these exhibits:**

EXHIBIT(S) #  1, 2, 3, 4, 5, 6, 7, 8, 9, 10  Under Tag #: 289157

EXHIBIT(S) #  11, 12, 13, 14, 20, 21, 23, 28,  Under Tag #: _____

EXHIBIT(S) #  36, 37, 38, 39  Under Tag #: _____

EXHIBIT(S) # _____  Under Tag #: _____

EXHIBIT(S) # _____  Under Tag #: _____

EXHIBIT(S) # _____  Under Tag #: _____

EXHIBIT(S) # _____  Under Tag #: _____

Etienne R. Bennett
**TECHNICIAN SIGNATURE**

ETU034

KENTUCKY STATE POLICE
FORENSIC LABORATORIES SECTION

RECORD OF EVIDENCE RELEASE

Invest. Officer:     Civ. Tech. Bennett          Laboratory No.:  92-2-1558

Agency:              LDP-ETU Section             Case No.:  MC-4-92093

Delivered by:        Civ. Tech. Parrish          Date Received:  4-14-92

Examiner:            Robert D. Thurman           Released by:  _R. Thurman_

Re: Victim/Suspect   **Clark, Jeffrey D.**
                     **Hardin Jr., Garr K.**
                     **Warford, Rhonda Sue**

---

This is to certify that the undersigned has received the evidence in the
above case.

Receiving Officer:  _Etienne of Bennett_

Department:  _LPD: ETU_

Date:  _05/06/92_                    Time:  _1035_

---

Remarks:

1 jumbo bpb
1 flat bpb
4 manilla envelope

KSP 318
6-86

ETU035

ETU036

Det. J. Clark, Physical Assault Unit

KENTUCKY STATE POLICE
JEFFERSON REGIONAL FORENSIC LABORATORY
3600 CHAMBERLAIN LANE, SUITE 410
LOUISVILLE, KENTUCKY 40241
(502) 426-8240

LABORATORY NO. 92-2-1498
CASE NO. MC-4-92-093

Clark, Jeffrey D.          (S)
Hardin, Garr K.            (S)
Warford, Rhonda Sue        (V)
92-2-1424
92-2-1490
92-2-1558

## REPORT OF FORENSIC LABORATORY EXAMINATION

SUBMITTED BY: Sheriff Greer, Meade County Sheriff Dept.          CO: 082

RECEIVED:    DATE: 4-9-92      TIME: 10:52 a.m.  VIA: Captain Livers

RETURNED TO: Held for pick up      DATE:          VIA:

MATERIAL SUBMITTED:

SEE ATTACHMENT

EXAMINATION REQUESTED:

Serological analysis and hair comparisons.  Refer to Laboratory
Report Number 92-2-1424 for Exhibits 1 through 18.
Refer to Laboratory Report Number 92-2-1490 for Exhibits 19B through
19G.
Refer to Laboratory Report Number 92-2-1558 for Exhibits A1 through
A39 for exhibits concerning the automobile.

RESULTS OF EXAMINATION:

SEE ATTACHMENT

DATE COMPLETED: 04-30-92
dm

SIGNATURE OF EXAMINER          KSP 35 6-86
Robert D. Thurman

ETU037

Page 2 of 2

LABORATORY NO. 92-2-1498
CASE NO. MC-4-92-093

Clark, Jeffrey D.                     (S)
Hardin, Garr K.                       (S)
→ Wa Watford, Rhonda Sue              (V)
92-2-1424
92-2-1490
92-2-1558

MATERIAL SUBMITTED:

Exhibit 21:   Sexual Assault Evidence Collection Kit from Garr K. Hardin:
              Exhibit 21B:  Pubic hair standards.
              Exhibit 21C:  Head hair standards.
              Exhibit 21D:  Four (4) saliva swabs.
              Exhibit 21E:  Blood standard.
              Exhibit 21G:  Two (2) control swabs.

Exhibit 22:   One (1) pair of white low top tennis shoes belonging to Jeffrey Clark.

RESULTS OF EXAMINATION:

Exhibits 21D and 21E show that Garr Hardin is a blood group O non-secretor and has
the genetic markers PGM 1+ and EAP BA.

DISPOSITION OF EVIDENCE:

A portion of Exhibit 21E is being returned in dried form.
Hairs:  Retained on file at the laboratory.

Robert D. Thurman

KENTUCKY STATE POLICE
JEFFERSON REGIONAL FORENSIC LABORATORY
3600 CHAMBERLAIN LANE, SUITE 410
LOUISVILLE, KENTUCKY 40241
(502) 426-8240

LABORATORY NO. 92-2-1558
CASE NO. MC-4-92-093

Clark, Jeffrey D.         (S)
Hardin Jr., Garr K.       (S)
Warford, Rhonda Sue       (V)
92-2-1424
92-2-1490
92-2-1498

## REPORT OF FORENSIC LABORATORY EXAMINATION

SUBMITTED BY: Civ. Tech. Bennett, LDP-ETU Section                    CO: 082

RECEIVED:  DATE: 4-14-92    TIME: 9:45 a.m. VIA: Civ. Tech. Parrish

RETURNED TO: Held for pick up       DATE:          VIA:

MATERIAL SUBMITTED:


SEE ATTACHMENT


EXAMINATION REQUESTED:


Serological analysis and hair and fiber comparisons. Refer to
Laboratory Report Number 92-2-1424 for Exhibits 1 through 18.
Refer to Laboratory Report Number 92-2-1490 for Exhibits 19B
through 19G.
Refer to Laboratory Report Number 92-2-1498 for Exhibits 21B
through 22.


RESULTS OF EXAMINATION:


SEE ATTACHMENT


DATE COMPLETED: 04-30-92
dm

SIGNATURE OF EXAMINER                    KSP 35 6-86
Robert D. Thurman

ETU039

Page 2 of 4                          LABORATORY NO. 92-2-1558
                                     CASE NO. MC-4-92-093


                                     Clark, Jeffrey D.              (S)
                                     Hardin Jr., Garr K.            (S)
                                     Warford, Rhonda Sue            (V)
                                     92-2-1424
                                     92-2-1490
                                     92-2-1498


## MATERIAL SUBMITTED:

Exhibit  A1:  Trace lift from the driver's side front seat and backrest.

Exhibit  A2:  Trace lift from the driver's side front floorboard.

Exhibit  A3:  Trace lift from the driver's side rear seat and backrest.

Exhibit  A4:  Trace lift from the driver's side rear floorboard.

Exhibit  A5:  Trace lift from the passenger side front seat and backrest.

Exhibit  A6:  Trace lift from the passenger side front floorboard.

Exhibit  A7:  Trace lift from the passenger side rear seat and backrest.

Exhibit  A8:  Trace lift from the passenger side rear floorboard.

Exhibit  A9:  Trace lift from the driver's side trunk area.

Exhibit A10:  Trace lift from the passenger side trunk area.

Exhibit A11:  One (1) "Firenze" brand light gray hooded sweat jacket.

Exhibit A12:  One (1) blue jean jacket.

Exhibit A13:  One (1) black seat cover.

Exhibit A14:  One (1) light green bath towel.

Exhibit A20:  One (1) blue child's sock.

Exhibit A21:  One (1) black handled knife with a broken blade.


*Robert D. Thurman*
_____
           Robert D. Thurman


ETU040

Page 3 of 4

LABORATORY NO. 92-2-1558
CASE NO. MC-4-92-093

Clark, Jeffrey D.          (S)
Hardin Jr., Garr K.        (S)
Warford, Rhonda Sue        (V)
92-2-1424
92-2-1490
92-2-1498

Exhibit A23:  One (1) dark brown knife sheath.

Exhibit A28:  One (1) brown pouch.

Exhibit A36:  One (1) piece of beige carpeting.

Exhibit A37:  One (1) piece of beige carpeting.

Exhibit A38:  Control gauze.

Exhibit A39:  Gauze with an unknown substance.

RESULTS OF EXAMINATION:

One (1) Caucasian pubic hair found in Exhibit A6 had characteristics that were
similar to both Exhibit 5B and Exhibit 21B and may have originated from either
individual.

Caucasian head hairs found in Exhibits A3, A4, A8, and A13 were similar in color
and microscopic characteristics to Exhibit 5C and may have common origin.

Caucasian head hairs found in Exhibits A1, A2, A3, A7, A8, A11, and A12 were
similar in color and microscopic characteristics to Exhibit 19C and may have common
origin.

Several Caucasian head and pubic hairs found in Exhibits A1, A2, A4, A5, A6, A8,
A9, A11, A13 and A14 were dissimilar to all the standards submitted.

Several body hairs and animal hairs were found in Exhibits A2, A4, A5, A8, A12,
A14, and A20.

No hairs were found in Exhibits A10, A21, A23, A28, A36, and A37.

_Robert D. Thurman_
Robert D. Thurman

ETU041

Page 4 of 4                              LABORATORY NO. 92-2-1558
                                         CASE NO. MC-4-92-093


                                         Clark, Jeffrey D.         (S)
                                         Hardin Jr., Garr K.        (S)
                                         WArford, Rhonda Sue        (V)
                                         92-2-1424
                                         92-2-1490
                                         92-2-1498


No blood was found on Exhibits A11, A12, A13, A14, A20, A21, A23, A28, A36, A37 and
A39.

Exhibit A38 was returned unexamined.

Fibers collected from Exhibits A1, A3, A7, and A13 along with fiber standards from
Exhibits 14, 15, and 16 (Laboratory Report Number 92-2-1424) were given to
Luanne Haag on 4-29-92 for fiber comparisons.


DISPOSITION OF EVIDENCE:


Hairs:  Retained on file at the laboratory.




                                         Robert D. Thurman


ETU042

Det. J. Clark, Physical Assault Unit

KENTUCKY STATE POLICE
JEFFERSON REGIONAL FORENSIC LABORATORY
3600 CHAMBERLAIN LANE, SUITE 410
LOUISVILLE, KENTUCKY 40241
(502) 426-8240

LABORATORY NO. 92-2-1490
CASE NO. MC-4-92-093

ERB
05/04/92

Clark, Jeffrey          (S)
Warford, Rhonda S.       (V)
92-2-1424
92-2-1498
92-2-1558

## REPORT OF FORENSIC LABORATORY EXAMINATION

---

SUBMITTED BY: Sheriff Greer, Meade County Sheriff Dept.                    CO: 082

RECEIVED:   DATE: 4-8-92     TIME: 10:20 a.m.   VIA: Sergeant Wood

RETURNED TO: Held for pick up      DATE:        VIA:

---

MATERIAL SUBMITTED:

  SEE ATTACHMENT

EXAMINATION REQUESTED:

  Serological analysis and hair comparisons.  Refer to Laboratory Report
  Number 92-2-1424 for Exhibits 1 through 18.
  Refer to Laboratory Report Number 92-2-1498 for Exhibits 21B through
  22.
  Refer to Laboratory Report Number 92-2-1558 for Exhibits A1 through
  A39 for exhibits concerning the automobile.

RESULTS OF EXAMINATION:

  SEE ATTACHMENT

---

DATE COMPLETED: 04-30-92
dm

SIGNATURE OF EXAMINER                     KSP 35 6-86
Robert D. Thurman

ETU043

Page 2 of 2
LABORATORY NO. 92-2-1490
CASE NO. MC-4-92-093

Clark, Jeffrey        (S)
Warford, Rhonda S.     (V)
92-2-1424
92-2-1498
92-2-1558

MATERIAL SUBMITTED:

Exhibit 19:  Sexual Assault Evidence Collection Kit from Jeffrey D. Clark:
             Exhibit 19B:  Pubic hair standards.
             Exhibit 19C:  Head hair standards.
             Exhibit 19D:  Four (4) saliva swabs.
             Exhibit 19E:  Blood standard.
             Exhibit 19G:  Two (2) control swabs.

RESULTS OF EXAMINATION:

Exhibits 19D and 19E show that Jeffrey Clark is a blood group A non-secretor
and has the genetic marker PGM 1+.

DISPOSITION OF EVIDENCE:

A portion of Exhibit 19E is being returned in dried form.
Hairs:  Retained on file at the laboratory.

_____
        Robert D. Thurman

ETU044

### Louisville Division of Police Property Control Receipt

289741

DEFT./SUSP. Name (L,F,MI.) __WARFORD, RHONDA S.__ Address __104 E. WHITNEY AVE__
VIC./OWNER Name (L,F,MI.) _____ Address _____
FINDER    Name (L,F,MI.) _____ Address _____
Offense(s) __MURDER__ Property seized at __10774 TARRYTOWNE RD__ CCN# _____ ETU/SQWK# __0402292__
Deposited by __JEWELL__ *Jewell* Code # __4126__ Disposal Off. __KN CLARK__ Code # __2166__ Clerk __EMR__
(Signatures indicate agreement as to description, count, or weight of property)

92 MAY 5  P 6: 24

Release notice _____    Stolen notice _____ Date/Time property received _____

| DESCRIPTION OF PROPERTY | | DESCRIPTION OF PROPERTY | |
|---|---|---|---|
| EXH#45:BROWN BAG,E45B:DEVIL'S,DEMONS & WITCHCRAFT BOOK | | EXH#45A:BLK PILLOW,E45C:KNIK ROCK | |
| EXH#56: NOTEBOOK | | E48B:2 PR NUNCHAKU STICKS,2 SHOTGUN SHELLS,KNXXH 1 LV RD (38) | |
| EXH#48: SOFT SIDED BOX | | EXH#57:BOOT,E58:JACKET,E59:COVERALLS | |
| EXH#50,51,52,53:PANTS,E54:SHIRT,E55:SKI MASK | | EXH#49:GLASS TOP DISPLAY CASE W/ KNIVES *MISC PERSONAL Property* | |

Ok to RELEASE item(s) _____    Ok to DISPOSE item(s) _____
RELEASE TO: _____
Authority of: _____ Date/Time _____    Authority of: _____ Date/Time _____
Clerk _____    Clerk _____

---

EVIDENCE

### Louisville Division of Police Property Control Receipt

1 OF PAGE 1    289744

DEFT./SUSP. Name (L,F,MI.) _____ Address _____
VIC./OWNER Name (L,F,MI.) __WARFORD, RHONDA S./VIC__ Address __104 E. WHITNEY__
FINDER    Name (L,F,MI.) _____ Address _____
Offense(s) __MURDER__ Property seized at __4519 COD AVE__ CCN# _____ ETU/SQWK# __0402292__
Deposited by __JEWELL__ *Jewell* Code # __4126__ Disposal Off. __CLARK__ Code # __2166__ Clerk __EMR__
(Signatures indicate agreement as to description, count, or weight of property)

92 MAY 5  P 9: 48

Release notice _____    Stolen notice _____ Date/Time property received _____

| DESCRIPTION OF PROPERTY | | DESCRIPTION OF PROPERTY | |
|---|---|---|---|
| EXH#59B: $1.00 BILL | | E#46,47,48A,49A,60:KNIVES | |
| E#61,64,65,66,67,68,69,70:KNIVES E71:DEALT STAR,E75:GLOVES | | EXH#74A,79 XXXXXXXXXXXXXX 80,83-101 (KNIVES) *5 7-92 EN* | |
| EXH#82: SLEEPING BAG | | EXH#74:BACK PACK,E76,77:CHA-LISES,E78:GLOVES | |
| E63:CATALOGS,E72:2 KNIVESHOLDERS E73:2 PHONE BOOKS | | EXH#81: MACHETE | |

Ok to RELEASE item(s) _____    Ok to DISPOSE item(s) _____
RELEASE TO: _____
Authority of: _____ Date/Time _____    Authority of: _____ Date/Time _____
Clerk _____    Clerk _____

## Louisville Division of Police Property Control Receipt

PAGE 2    #289744

USP. Name (L,F,MI.)_____ Address_____

./OWNER Name (L,F,MI.) WARFORD, RHONDA S. /VICQ    Address  104 E. WHITNEY AVE

FINDER    Name (L,F,MI.)_____ Address_____

Offense(s)  MURDER    Property seized at  4519 COD AVBE    CCN#_____  ETU/SQWK# 0402292

Deposited by JEWELL  _Jewell_  Code # 4126  Disposal Off. CLARK  Code # 2166  Clerk  EMR-_EMd_

(Signatures indicate agreement as to description, count, or weight of property)

Release notice_____ Stolen notice_____ Date/Time property received_____

| DESCRIPTION OF PROPERTY | | DESCRIPTION OF PROPERTY | |
|---|---|---|---|
| EXH#102:RED POUCH W/3 STONES | | EXH#59A: CAN SMOKELESS TOBACCO | |
| EXH#62A: HAIR | | EXH#62:AMMO BELT W/19 LV RDS | |
| | | | |
| | | | |
| | | | |
| | | | |

Ok to RELEASE item(s)_____ Ok to DISPOSE item(s)_____

RELEASE TO:_____

Authority of:_____ Date/Time_____ Authority of:_____ Date/Time_____

Clerk _____ Clerk _____

LOUISVILLE DIVISION OF POLICE          LPD #0126-89
EVIDENCE TECHNICIAN UNIT

SUPPLEMENTARY EVIDENCE REPORT

| ETU # | OFFENSE: | LOCATION | DATE OF OFFENSE |
|---|---|---|---|
| 0402292 | Murder | 9 miles southwest of Brandenburg off Hwy. 823 | 4-5-92 |

| VICTIMS NAME: | RACE/SEX/AGE | ADDRESS: |
|---|---|---|
| Rhonda Sue Warford | W    F    19 | 104 E. Whitney Ave. |

| DATE & TIME OF SUPP. REPORT: | SUSPECT/ARRESTED: | RACE/SEX/AGE |
|---|---|---|
| 5-5-92        0810 | 1) Jeffrey Dewayne Clark | W    M    21 |
|  | 2) Garr Keith Hardin, Jr. | W    M    22 |

TO:    PAU                                    ATTENTION:        Det. J. Clark
       Meade CO. Sheriff's Office                              Sheriff J. Greer
       KSP Lab

On the above date and time, received a run from Channel 3 by radio to 10774 Tarrytowne Dr. On arrival was met by Sgt. J. Pierce who requested the following be performed:

Exposed three (3) rolls 35mm film on photos of the scene.   JDJ

Collected:

 Exh #45- A brown paper sack, with printed logo of "Melton Food Marts" from the trunk of a 1975 maroon/silver Chevrolet Monte Carlo, KY Lic. #XAP405, VIN #1H57H5D490150. Said vehicle was parked in the driveway at 10774 Tarrytowne Dr.   PVS

An inventory of the said paper sack revealed the following contents:

 Exh #45A- Black pillow with pentagram and white cross, approx. 12½"x12½".   PVS

 Exh #45B- A book entitled "Picture Book of Devils, Demons, and Witchcraft".   PVS

 Exh #45C- An irregularly shaped flat rock, approx. 9"x11", with pentagram.   PVS

At 0930 hrs., this same date, Sgt. Pierce requested ETU respond to 4519 Cod Dr. where we were met by Det. C. Edelen who requested the following be performed:

Exposed one (1) roll 35mm film on photos of the scene.   PVS

Collected:

 Exh #46- A knife with gray metal handle, 16" overall, collected from a shelf on the west wall of a storage shed, located on the northeast corner of the property.   PVS

 Exh #47- A 2 blade "Bull" brand pocket knife with black handle, 9" overall, found in a cardboard box on the floor of the garage just north of the residence.   PVS

 Exh #48- A soft sided box approx. 18½"x7 3/4"x6" and found stacked on other miscellaneous boxes on the garage floor, 40" west of the east wall and 69" north of the southside garage door.   PVS

The above described box contained misc. personal property, plus the following:

 Exh #48A- A statue of Liberty Centennial Model pocket knife, #763937.   PVS

 Exh #48B- Two sets of homemade nunchakus, two live Federal .410 shells, and one live R&P .38 S&W round. PVS

 Exh #49- A glass top hinged display case, approx. 21"x15½"x3½", found under Exh #48.   PVS

REVIEWED BY
MDG. OFFICER: _Sgt. D. Allen_          TECHNICIAN: P. Smith/D. Jewell          UNIT:  982/982A

ETU047

Page 2

Supplementary Evidence Report
VICTIM   Rhonda S. Warford
OFFENSE  Murder
ETU#     0402292
DATE     4-5-92

Above case contained misc. personal property, plus the following:

Exh #49A- Brown handled pocket knife, approx. 7¼" overall, bearing the words, "Stainless Pakistan".  PVS

Collected from the living room floor at this same address the following:

Exh #50- Light blue faded jeans, "Reed St. James" brand, no size.  JDJ

Exh #51- "Rustler" brand jeans, size 29x39.  JDJ

Exh #52- "Levi" brand jeans, no size.  JDJ

Exh #53- "Lee" brand light blue faded jeans, no size.  JDJ

Exh #54- Gray short sleeved t-shirt, "Screen Stars Best" brand, size L.  JDJ

Exh #55- Blue ski mask, no brand.  JDJ

Exh #56- A spiral type note book, brand name "The Notetaker", approx. 8"x10½", containing misc. handwritten notes.  JDJ

Collected from back porch at this same address the following:

Exh #57- "Laredo" brand brown western boots, size 7½D.  JDJ

Exh #58- "Levi" brand denim jacket, no size.  JDJ

Exh #59- "Zero Zone" brand brown coveralls, size medium.  JDJ

Exh #59A- Removed from Exhibit 59; a tin of "Kodiak" brand smokeless tobacco.  PVS

Exh #59B- Also removed from Exh #59, one $1 bill.  PVS

Exh #60- A lock blade pocket knife with brown handle, words on blade, "Stainless Pakistan", 9" overall, found on table located in the northeast corner of the abovementioned porch.  JDJ

At 1007 hrs., this same date, Lt. E. Sherrard requested ETU respond to 3510 Newburg Rd., Lot C-9. On arrival, Lt. Sherrard requested the following be performed:

Exposed one (1) roll 35mm film on photos of the scene.  JDJ

Collected:

Exh #61- Knife with horsehead handle, 13½" overall, found on top of the headboard for the bed, in the trailers south bedroom.  JDJ

Collected from an open space by the lighting fixture over the bathroom sink:

Exh #62- Brown leather ammunition belt containing 19 live rounds of .22 ammunition.  JDJ

Exh #62A- Possible human hair found on the above belt.  JDJ

Exh #63- Three catalogs featuring occult items and a photocopy of an occult scene.  JDJ

Exh #64- An "Old Timer" knife, 7" overall, with brown leather sheath, collected from on top of a stereo unit on the east wall of the living room. JDJ.

Collected from the cabinet over the refrigerator in the kitchen:

Exh #65- Hunting type knife with compass in the handle, 11½" overall, marking on blade "Taiwan".  JDJ

Sgt. D. Allen                    Smith/Jewell              982/982A

keb

Page 3

Supplementary Evidence Report
VICTIM   Rhonda S. Warford
OFFENSE  Murder
ETU#     0402292
DATE     4-5-92

Exh #66- Military type knife, 12" overall, marking on blade, "US Camillus".  JDJ

Exh #67- Brown handle lock blade knife, 7" overall, marking on blade "Stainless Pakistan". JDJ

Exh #68- Three blade "Buck" knife, one blade broken.  JDJ

Exh #69- Single blade knife with white handle missing from one side, marking on blade "Colonial".  JDJ

Exh #70- Three blade knife with white pearl handle.  JDJ

Exh #71- Four point death star.  JDJ

Exh #72- Two black leather sheaths.  JDJ

Exh #73- Two Louisville phone books, yellow pages and white pages, found on a coffee table next to the sofa in the living room.  JDJ

At 1405 hrs., this same date, Det. J. Assef came to the ETU Office and requested the following be performed:

Collected from Det. Assef:

Exh #74- Camouflage colored back pack. JDJ

Exh #74A- Removed from Exh 74, knife with double edge blade and black handle, 9½" overall with black leather sheath. JDJ

Exh #75- Black leather sap gloves, "Damascus Corp." brand, size 10.  JDJ

Exh #76- Silver colored chalice with black cloth.  JDJ

Exh #77- Broken glass chalice with white cloth.  JDJ

Exh #78- Brown suede leather gloves, size medium. JDJ

Exh #79- Butterfly knife with brass handle, 9" overall marking on blade "Stainless Pakistan". JDJ

Exh #80- Knife with black plastic handle, 9" overall, marking on blade, "Parker 3IMAI".  JDJ

Exh #81- Machete, black handle, 31" overall.  JDJ

Exh #82- Olive drab, single person, zip up sleeping bag, Model "M-1949".  JDJ

Exh #83- Hunting knife, black and silver handle, 9" overall, marking on blade "Western Bolder, Cola" with black leather sheath.  JDJ

Exh #84- Black handle with snake, double edge knife, 5 3/4" overall, marking on blade "United", with black cloth sheath.  JDJ

Exh #85- Camouflage military type survival knife with compass in handle, 11½" overall with green sheath. JDJ

Exh #86- Two blade "Super Sport" knife, marking on blade, "Valor", with black leather sheath. JDJ

Exh #87- Brown handle hunting knife, 8 3/4" overall, marking on blade "Sharp", with brown leather sheath. JDJ

Exh #88- Knife contained in two machined tubular pieces of metal with black cloth sheath. JDJ

Sgt. D. Allen                    Smith/Jewell              982/982A

keb

Page 4

Supplementary Evidence Report
VICTIM   Rhonda S. Warford
OFFENSE   Murder
ETU#     0402292
DATE     4-5-92

Exh #89- Knife with stag handles and multi-purpose blades. Markings on blade "Colonial". JDJ

Exh #90- Brown handle double edge knife, 9¼" overall, marking on blade "Stainless Pakistan". JDJ

Exh #91- Black leather sheath containing one single blade lock blade knife, 5¼" overall, marking on blade "Poor Man", and one black handle with compass survival type knife, 11½" overall, marking on blade "Stainless Taiwan".  JDJ

Exh #92- White handle two blade knife with the word "Winchester" on the handle.   JDJ

Exh #93- Two blade knife with stag handle, brand name "Sabre".   JDJ

Exh #94- Knuckle knife, 3½" blade, with black leather sheath.   JDJ

Exh #95- Knife with black handle, 8 3/4" overall, marking on blade "Samurai", with black cloth sheath.   JDJ

Exh #96- Lock blade knife, stag handle, 7¼" overall, marking on handle "Stainless Pakistan". JDJ

Exh #97- Lock blade knife, brown handle, 7¼" overall.   JDJ

Exh #98- Dagger type knife, black handle with spider, 6" overall, marking on blade "United", with black cloth sheath.   JDJ

Exh #99- Wooden handle hunting type knife, 3 3/4" overall, with brown sheath.   JDJ

Exh #100- Brown handle lock blade knife, 7¼" overall, marking on blade, "Stainless Pakistan" JDJ

Exh #101- Double edge knife, 6½" overall, marking on blade "River Boat Tickler, Frost Cutlery", with black nylon sheath.   JDJ

Exposed four (4) rolls 35mm film on Exh's #74 through 101.   JDJ

At 1555 hrs., this same date. Det. J. Tarter came to the ETU Office and requested the following be performed:

Collected from Det. Tarter:

Exh #102- Small red cloth bag containing one opaque and two green colored stones.   JDJ

The following Exhibits were placed in the LPD Property Room under Evidence Receipt# 289741: 45, 45a, 45b, 45c, 48, 48b, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, and 59. The balance of the Exhibits on this Supplement were place in the LPD Property Room under Evidence Receipt #289744, and are as follows: 46, 47, 48a, 49a, 59a, 59b, 60, 61, 62, 62a, 63, 64, 65, 66, 67, 68, 69, 70, 71, 72, 73, 74, 74a, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85, 86, 87, 88, 89, 90, 91, 92, 93, 94, 95, 96, 97, 98, 99, 100, 101, and 102. JDJ

Sgt. D. Allen                    Smith/Jewell                    982/982A

keb

ISVILLE DIVISION OF POLIC                    LPD #0126-89
EVIDENCE TECHNICIAN UNIT

## SUPPLEMENTARY EVIDENCE REPORT

| ETU # | OFFENSE: | LOCATION | DATE OF OFFENSE |
|---|---|---|---|
| 0402292 | Murder | 7 miles southwest of 7823 Brandenburg off Hwy | 4/5/92 |

| VICTIMS NAME: | RACE/SEX/AGE | ADDRESS: |
|---|---|---|
| Rhonda Sue Warford | W/F/19 | 104 E. Whitney Dr. |

| DATE & TIME OF SUPP. REPORT: | SUSPECT/ARRESTED: | RACE/SEX/AGE |
|---|---|---|
| 5/5/92    0810 | #1. Jeffrey Dewayne Clark    W  M  21 | |
|  | #2. Garr Keith Hardin, Jr.  W  M  22 | |

TO: PAU
     Meade Co. Sheriff's Office
     KSP Lab

ATTENTION: Det. J Clark
              Sheriff J. Greer

On the above date and time, received a run
from Channel 3 by radio to 10774 Tarrytowne Drive.
On arrival were met by Sgt. J. Pierce who
requested the following be performed:

   Exposed:

   3 rolls 35 mm film on photos of the scene. JAJ.

   Collected:

Exh #45 - A brown paper sack with ~~most~~ printed logo
of "Melton Food Marts" from the trunk of a
1975 Maroon/Silver Chevrolet Monte Carlo, Ky Lic #
XAP 405, VIN # 1H57H5D490150. Said vehicle
was parked in the driveway at 10774 Tarrytowne
Dr. PVS ↗ New paragraph. An inventory of the said paper sack
revealed the following contents:
Exh #45a - Black pillow with fentongfoam ~~and~~ and
white cross, approx 12½" X 12½". PVS

REVIEWED BY
CMDG. OFFICER:_____    TECHNICIAN (over)_____    UNIT: 982/962H
                                   P. smith / O. Jewell

ETU051

Exh#45 b. – A book entitled "Picture Book of Devils, Demons, and Witchcraft", PVS

Exh#45c – An irregularly shaped flat rock, approx 9" x 11", with pentagram. PVS

At 0930 hrs, this same date, Sgt. Pierce requested ETU respond to 4519 cad Dr. where we were met by Det. C. Edelen who requested the following be performed:

Exposed:

1 roll 35 mm film on photos of the scene. PVS

Collected:

Exh #46 – A knife with gray metal handle, 16" overall, collected from a shelf on the west wall of a storage shed, located on the northeast corner of the property. PVS

Exh #47 – A 2 blade "Bull" brand pocket knife with black handle, 9" overall, found ~~at~~ ⊘ in a cardboard ~~box~~ on the floor of the garage just north of the residence. PVS.

Exh #48 – A soft sided box, approx 18½" x 7¾" x 6" and found stacked on other misc boxes on the garage floor, 40" west of the east wall and 69" north of the southside garage door. PVS.

The above described box contained misc personal property, plus the following:

Exh 48a – A Statue of Liberty Centennial Model pocket knife. # 76393?. PVS

(Cont)

ETU052

Exh #48b- 2 sets of homemade nunchakus, 2 live Federal .410 shells, and 1 live R+P 38 S+W round. PVS

Exh #49- A glass top hinged display case, approx 21"X15¼"X 3½", found under Exh #48. PVS.

Above case contained misc personal property, plus the following:

Exh #49a- Brown handled pocket knife, approx 7¼" overall, bearing the words, "Stainless Pakistan", PVS

Collected from the living room floor at this same address, the following:

Exh #50- Light blue faded jeans, "Reed St. James" brand, no size. JDJ.

Exh #51- "Rustler" brand jeans, size 29X39, JDJ.

Exh #52- "Levi" brand jeans, no size, JDJ

Exh #53- "Lee" brand light blue faded jeans, no size. JDJ.

Exh #54- Gray short sleeved T-shirt, "Screen Stars Best" brand, size L. JDJ.

Exh #55- Blue ski mask, no brand. JDJ

Exh #56- A spiral type note book, brand name "The Notetaker", approx 8" x 10½", containing misc handwritten notes, JDJ.

Collected from back porch at this same address, the following:

Exh #57- "Laredo" brand brown western boots size 7½ D. JDJ.

(over)

Exh #58 - "Levi" brand, blue jean jacket, no size. JDJ.

Exh #59 - "Zero Zone" brand brown coveralls, size
medium. JDJ.

Exh #59a - Removed from the above; a tin of "Kodiak"
brand smokeless tobacco, and one #1 bill. PUS.

Exh #59b - Also Removed from Exh #59, one #1 bill, PUS

At 1007 hrs, this same date, Lt. E. Sherrard
requested ETU respond to 3510 Newburg Rd,
Lot 3 C-9. On arrival, Lt. Sherrard requested
the following be performed:

Exposed:
   1 roll 35 mm film on photos of the scene. JDJ.

collected:

Exh #60 - Knife with horse head handle, found on top
of the head board.

Exh #60 - A lock blade pocket knife with brown
handle, words on blade, "stainless Pakistan", 9" overall,
found a table located in the northeast corner
of the above mentioned porch. JDJ.

At 1007 hrs, this same date, Lt. E. Sherrard
requested ETU respond to 3510 Newburg Rd,
Lot C-9. On arrival, Lt. Sherrard requested
the following be performed:
   Exposed:
      1 roll 35 mm film on photos of the scene. JDJ.

(cont)

ETU054

Collected:

Exh# 61 → Knife with horsehead handle, 13½" overall,
found on top of the head board for the bed, in
the trailers' south bedroom. JAJ.

~~Exh# 62~~

Collected from an open space by the lighting
fixture over the bathroom sink:

Exh#62- Brown leather ammunition belt containing
19 live rounds of .22 ammunition. JAJ

Exh#62a→ Possible human hair found on the
above belt. JAJ.

Exh #63- 3 catalogs featuring occult items and a
photocopy of an occult scene. JAJ.

Exh#64→ collected from on top of a stereo unit
on east wall of the living room, an "Old Timer"
knife, 7" overall, with brown leather sheath. JAJ

Collected from the cabinet over the refrigerator
in the kitchen:

Exh#65- Hunting type knife with compass in the
handle, 11½" overall, marking on blade "Taiwan" JAJ.

Exh#66- Military type knife, 12" overall, marking
on blade, "US Camillus". JAJ.

Exh#67- Brown handle lock blade knife, 7" overall,
marking on blade "Stainless Pakistan". JAJ.

Exh#68- 3 blade "Buck" knife, one blade broken. JA

Exh#69- single blade knife with white handle missing
from one side, marking on blade "Colonial", JAJ.

Exh#70- 3 blade knife with white pearl handle. JAJ.

over

ETU055

Page 56

Exh #71- 4 point death star, JAJ.

Exh #72- 2 black leather sheaths. JDD.

Exh #73- ~~tot~~ Two Louisville phone books, yellow pages and white pages, found on a coffee table next to the sofa in the living room. JDJ.

At 1405 hrs, this same date, Det. J. Assef came to the ETU Office and requested the following be performed:

Collected from Det. Assef:

~~Exposed~~

Exh #74- camouflage colored back pack. JAJ. ~~on living~~

Exh #74a- Removed from above, knife with double edge blade and black handle, 9½" over, with black leather sheath. JDJ.

Exh #75- Black leather sap gloves, "Damascus Corp." brand, size 10. JAJ.

Exh #76- Silver ~~color~~ colored chalisa with black cloth, JDJ.

Exh #77- Broken glass chalice with white cloth. JDJ.

Exh #78- Brown suede leather gloves, size medium. JDJ.

Exh #79- Butterfly knife with brass handle, 9" overall, marking on blade "Stainless Pakistan." JDJ.

Exh #80- Knife with black plastic handle, 9" overall, marking on blade, "Parker 3 IMAI." JAJ.

Exh #81- Machete, black handle, 31" overall, JAJ.

Exh #82- Olive drab, single person, zip-up sleeping bag, Model "M-1949", JAJ.

Cont.

Exh #83 - Hunting knife, black and silver handle, 9" overall, marking on blade "Western, Boulder, Colo" ~~with~~ with ~~sheer~~ black leather sheath. JDJ.

Exh #84 - Black handle with snake, double edge knife, 5¾" overall, marking on blade ~~the~~ "United", with black cloth sheath. JDJ.

Exh #85 - camouflage military type survival knife with compass in handle, 11½" overall, with green sheath. JDJ.

Exh #86 - 2 blade "Super sport" knife, marking on blade, "Valor", with black leather sheath. JDJ.

Exh #87 - Brown handle hunting knife, 8¾" overall, marking on blade "sharp", with brown leather sheath. JDJ

Exh #88 - Knife contained in machined tubular pieces of metal, with black cloth sheath. JDJ

Exh #89 - Knife with stag handles and multi-purpose blades. Marking on blade "Colonial", JDJ.

Exh #90 - Brown handle double edge knife, 9¼" overall, marking on blade "stainless Pakistan", JDJ.

Exh #91 - Black leather sheath containing 1 single blade lock blade knife, 5¾" overall, marking on blade "Poorman", and 1 black handle with compass survival type knife, 11½" overall, marking on blade "stainless Taiwan". JDJ.

Exh #92 - White handle 2 blade knife with the word "Winchester" on the handle. JDJ.

Exh #93 - 2 blade knife with stag handle, brand name "Sabre". JDJ.

(over)

ETU057

Exh #94- Knuck e knife, 3½" blade, with black

   leather sheath. JDJ.

Exh# 95- Knife with black handle, 8¾" overall,

marking on blade "Samurai," with black cloth

sheath. JDJ.

Exh#96- Lock blade knife, stag handle, 7¼" overall,

marking on handle "Stainless Pakistan". JDJ.

Exh#97- Lock blade knife, brown handle, 7¼" overall, JDJ.

Exh#98- Dagger type knife, black handle with

spider, 6" overall, marking on blade "United", with

black cloth sheath. JDJ.

Exh#99- Wooden handle hunting type knife, 3¾"

with brown sheath. JDJ.

Exh#100- Brown handle lock blade knife, 7¼" overall,

marking on blade, "Stainless Pakistan", JDJ.

Exh#101- Double edge knife, 6½" overall, marking

on blade " River Boat Tickler, Frost cutlery", with

black nylon sheath. JDJ.

Exposed 4 rolls 35 mm film on Exhs #74 through #101. JDJ.

   At 1555 hrs, this same date, Det. J. Tuter came

to the ETU Office and requested the following

be performed:

   Collected from Det. Tuter:

   Exh#102- Small red cloth bag containing 1 opaque

and 2 green colored stones, JDJ.

All Exhibits in this supplement, Exhibits #45 through

102, placed in LPD Property Room under the following

Property Receipt #'s 289741, ~~289746~~ and 289744. JDJ.

Page # 9

Exh# 64- An "Old Timer" knife, 7" overall, with brown leather
sheath, collected from on top of a stereo unit
on the east wall of the living room. JDI.


The following Exhibits were placed in
the LPD Property Room under Property Receipt #
289741: 45, 45a, 45b, 45c, 48, 48b, 49, 50, 51, 52, 53
54, 55, 56, 57, 58, and 59. The balance of the
Exhibits on this supplement were placed in the
LPD Property Room under Property Receipt #
289744, and are as follows: 46, 47, 48a, 49a,
59a, 59b, 60, 61, 62, 62a, 63, 64, 65, 66, 67, 68, 69, 70,
71, 72, 73, 74, 74a, 75, 76, 77, 78, 79, 80, 81, 82, 83,
84, 85, 86, 87, 88, 89, 90, 91, 92, 93, 94, 95, 96, 97
98, 99, 100, 101, and 102.  JDI

ETU059

L  ISVILLE DIVISION OF POLICE                    LPD #0126-89
EVIDENCE TECHNICIAN UNIT

SUPPLEMENTARY EVIDENCE REPORT

ETU #              OFFENSE:              LOCATION              DATE OF OFFENSE

VICTIMS NAME:              RACE/SEX/AGE         ADDRESS:

DATE & TIME OF SUPP. REPORT:        SUSPECT/ARRESTED:         RACE/SEX/AGE

TO:                                   ATTENTION:

REVIEWED BY
CMDG. OFFICER:_____TECHNICIAN:_____UNIT:_____

ETU060

ETU 0402292  Det J. Clark
PAU

## LOUISVILLE POLICE DEPARTMENT PHOTO LABORATORY

DATE PHOTOS TAKEN: 5-5-92

PHOTOS OF: Search Warrant

10774 Tarrytown Rd

SPECIFY POINTS OF INTEREST IN PHOTOS TAKEN SO THAT
LAB TECHNICIANS MAY KNOW WHAT PHOTOS YOU ARE
MOST INTERESTED IN: print

PHOTOS TAKEN BY: D. Jewell

NUMBER OF PRINTS REQUIRED FROM EACH NEG. 1

RETURN PRINTS TO: DIST. OR (BUREAU) ETU

3 Rolls 35 mm film



ETUC

0402292                                          Det J Clark
                                                   PAU

## LOUISVILLE POLICE DEPARTMENT PHOTO LABORATORY

DATE PHOTOS TAKEN: 5-5-92

PHOTOS OF: Search Warrant

___ 3510 Newburg #C-9 ___

SPECIFY POINTS OF INTEREST IN PHOTOS TAKEN SO THAT
LAB TECHNICIANS MAY KNOW WHAT PHOTOS YOU ARE
MOST INTERESTED IN: print

PHOTOS TAKEN BY: D. Jewell

NUMBER OF PRINTS REQUIRED FROM EACH NEG. 1

RETURN PRINTS TO: DIST. OR BUREAU: EJU

1 Roll 35 mm film

0402292  ●  ● Det J. Clark
PAY

## LOUISVILLE POLICE DEPARTMENT PHOTO LABORATORY

DATE PHOTOS TAKEN: 5-5-93

PHOTOS OF: Evidence from 10774

Tarry Town Rd

SPECIFY POINTS OF INTEREST IN PHOTOS TAKEN SO THAT
LAB TECHNICIANS MAY KNOW WHAT PHOTOS YOU ARE
MOST INTERESTED IN:

PHOTOS TAKEN BY: D. Jewell

NUMBER OF PRINTS REQUIRED FROM EACH NEG. 1

RETURN PRINTS TO: DIST. OR BUREAU: ETb

4 rolls 35 mm film.

0402292                                    Det J. Clark
                                                PAy

LOUISVILLE POLICE DEPARTMENT PHOTO LABORATORY

DATE PHOTOS TAKEN: 5-5-92

PHOTOS OF: Search Warrant

__ 4519 Cod Drive

SPECIFY POINTS OF INTEREST IN PHOTOS TAKEN SO THAT
LAB TECHNICIANS MAY KNOW WHAT PHOTOS YOU ARE
MOST INTERESTED IN: print

PHOTOS TAKEN BY: D. Jewell

NUMBER OF PRINTS REQUIRED FROM EACH NEG. 1

RETURN PRINTS TO: DIST. OR BUREAU: ETy

1 Roll 35 mm Film

Def. Clark, Physical Assault Unit

KENTUCKY STATE POLICE
JEFFERSON REGIONAL FORENSIC LABORATORY
3600 CHAMBERLAIN LANE, SUITE 410
LOUISVILLE, KENTUCKY 40241
(502) 426-8240

LABORATORY NO. 92-2-1424
CASE NO. MC-4-92-093

Clark, Jeffrey D.        (S)
Hardin, Garr K.          (S)
Warford, Rhonda Sue      (V)
92-2-1490
92-2-1498
92-2-1558

## REPORT OF FORENSIC LABORATORY EXAMINATION

---

SUBMITTED BY: Sheriff Greer, Meade County Sheriff Dept.                CO: 082

RECEIVED:   DATE: 4-6-92    TIME: 10:45 a.m.  VIA: Sheriff Greer

RETURNED TO: Held for pick up      DATE:        VIA:

---

MATERIAL SUBMITTED:


   SEE ATTACHMENT


EXAMINATION REQUESTED:

   Serological analysis and hair comparisons.  Refer to Laboratory Report
   Number 92-2-1490 for Exhibits 19B through 19G.
   Refer to Laboratory Report Number 92-2-1498 for Exhibits 21B through
   22.
   Refer to Laboratory Report Number 92-2-1558 for Exhibits A1 through
   A39 for exhibits concerning the automobile.


RESULTS OF EXAMINATION:


   SEE ATTACHMENT


---

DATE COMPLETED: 04-30-92
dm

SIGNATURE OF EXAMINER                KSP 35 6-86
Robert D. Thurman

ETU066

Page 2 of 4

LABORTORY NO. 92-2-1424
CASE NO. MC-4-92-093


Clark, Jeffrey D.       (S)
Hardin, Garr K.         (S)
Warford, Rhonda Sue     (V)
92-2-1490
92-2-1498
92-2-1558


MATERIAL SUBMITTED:

Exhibit  1:  Bloody leaves from face of Rhonda Warford.

Exhibit  2:  Bloody leaves found by keys.

Exhibit  3:  Blood sample from Rhonda Warford.

Exhibit  5:  Sexual Assault Evidence Collection Kit from Rhonda Warford:
             Exhibit 5A:  Pubic hair combings.
             Exhibit 5B:  Pubic hair standards.
             Exhibit 5C:  Head hair standards.
             Exhibit 5D:  Four (4) saliva swabs.
             Exhibit 5E:  Blood standard.
             Exhibit 5F:  Four (4) vaginal swabs.
             Exhibit 5G:  Two (2) control swabs.
             Exhibit 5H:  Vaginal smear.
             Exhibit 5I:  One (1) pair of red panties.

Exhibit  6:  Head hair standards from Rhonda Warford.

Exhibit  7:  Hair and fingernail scrapings from right hand of Rhonda Warford.

Exhibit  8:  Hair and fingernail scrapings from left hand of Rhonda Warford.

Exhibit  9:  Hair taken from right hand of Rhonda Warford.

Exhibit 10:  Bag used to cover left hand at crime scene.

Exhibit 11:  Bag used to cover right hand at crime scene.

Exhibit 14:  One (1) white, red, and black jacket worn by Rhonda Warford.

Exhibit 15:  One (1) blue shirt worn by Rhonda Warford.


Robert D. Thurman

ETU067

Page 3 of 4

LABORATORY NO. 92-2-1424
CASE NO. MC-4-92-093


Clark, Jeffrey D.          (S)
Hardin, Garr K.            (S)
Warford, Rhonda Sue        (V)
92-2-1490
92-2-1498
92-2-1558


Exhibit 16:  One (1) pair of red sweatpants worn by Rhonda Warford.

Exhibit 17:  One (1) white bra worn by Rhonda Warford.

Exhibit 18:  One (1) pair of white canvas shoes worn by Rhonda Warford.


RESULTS OF EXAMINATION:


Exhibits 5D and 5E show that Rhonda Warford is a blood group A secretor.

No semen was found on Exhibits 5D, 5F, 5H, and 5I.

Human blood found on the following exhibits was characterized as follows:

|  | PGM | EAP |
|---|---|---|
| Exhibit 1 | 2-1+ | BA |
| Exhibit 2 | 2-1+ | BA |
| Exhibit 5E (Rhonda Warford standard) | 2-1+ | BA |
| Exhibit 11 | 2-1+ | BA |

Jeffrey Clark's blood standard (Laboratory Report Number 92-2-1490) contained the genetic marker PGM 1+..

Garr Hardin's blood standard (Laboratory Report Number 92-2-1498) contained the genetic markers PGM 1+ and EAP BA.
Genetic markers found in Exhibits 1, 2, and 11 are consistent with those found in Exhibit 5E and may have common origin.


_Robert D. Thurman_
Robert D. Thurman

Page 4 of 4                          LABORATORY NO. 92-2-1424
                                     CASE NO. MC-4-92-093


                                     Clark, Jeffrey D.          (S)
                                     Hardin, Garr K.            (S)
                                     Warford, Rhonda Sue        (V)
                                     92-2-1490
                                     92-2-1498
                                     92-2-1558


Chemical tests indicated the presence of blood on Exhibits 7 and 8 in a quantity
too limited for further analysis.

No blood was found on Exhibits 10 and 18.

Two (2) Caucasian pubic hairs found in Exhibit 5A are similar in color and
microscopic characteristics to Exhibit 5B and may have common origin.

Caucasian head hairs found in Exhibits 7, 8, 14, and 15 and one (1) Caucasian
head hair found in Exhibit 9 are similar in color and microscopic characteristics
to Exhibit 5C and may have common origin.

One (1) Caucasian head hair found on Exhibit 16 was similar in color and microscopic
characteristics to Exhibit 21C and may have common origin.

Several Caucasian head hairs found in Exhibits 9 and 16 were dissimilar to all hair
standards submitted.

No hairs were found on Exhibit 17.

One (1) animal hair was found in Exhibit 5I.

Exhibit 6 is being returned unexamined.


DISPOSITION OF EVIDENCE:


A portion of Exhibits 3 and 5E is being returned in dried form.
Hairs:  Retained on file at the laboratory.


                                     _Robert D. Thurman_
                                     ─────────────────────────
                                          Robert D. Thurman


ETU069

DA/
5/04/92
M.A.H.
5/4/92

Det. J. Clark
(P.A.U.)

METRO DEPARTMENT OF CORRECTIONS
IDENTIFICATION BUREAU
HALL OF JUSTICE
600 W. JEFFERSON STREET
LOUISVILLE, KENTUCKY  40202

REQUEST FOR LATENT FINGERPRINT EXAMINATION

E.T.U. / C.C.U. NO.                          I.D. BUREAU NO.                **CLEARED**

0402292                                        121011

VICTIM
~~COMPLAINANT~~                    ADDRESS

RHONDA SUE WARFORD              104 E. WHITNEY AVE.

OFFENSE & LOCATION                DATE OF OFFENSE        TELETYPE NO.
         9 MILES SOUTHWEST                              FOREIGN-MC 4-99-093
         OF BRANDENBURG
HOMICIDE INV.    OFF KY HWY 823        4-5-92            MEADE CO.

| ~~SUSPECTS~~ VICTIM ELIMINATION | L.P.D.# JCPD # METRO I.D. # | SEX | RACE | AGE | IDENTIFIED YES  NO |
|---|---|---|---|---|---|
| 1. RHONDA SUE WARFORD | | F | W | 19 | (X) (__) |
| 2. | | | | | (__) (__) |
| 3. | | | | | (__) (__) |
| 4.   ( VICTIMS PRINTS ARE IN MEADE CO. CONTACT JOE GREER | | | | | (__) (__) |
| 5.      OF THE MEADE CO SHERIFF'S OFFICE | | | | | (__) (__) |
| 6. | | | | | (__) (__) |
| 7. | | | | | (__) (__) |

10-1 FILE SEARCHED                         YES ( )     NO ( )

IDENTIFICATION MADE                        YES ( )     NO ( )

REQUESTING OFFICER                         DATE            UNIT NO.

PERSONS TO BE SUBPOENED FOR COURT

I.D. EXAMINER  5-2-92          E.T.U./C.C.U SPECIALIST
            John Robertaccio   EVID. TECH. MARGARET HAUN   4/22/92  1130 HRS.
ANALYSIS REVIEWED BY                      DATE            TIME

SUPERVISOR                    DATE   5-4-92      TIME  0730
         SGT. ERNEST JONES

                                                          LPD 0127

ETU070

METRO DEPARTMENT OF CORRECTIONS
IDENTIFICATION BUREAU
HALL OF JUSTICE
600 W. JEFFERSON STREET
LOUISVILLE, KENTUCKY 40202

REQUEST FOR LATENT FINGERPRINT EXAMINATION

E.T.U. / C.C.U. NO.      I.D. BUREAU NO.

0402292

VICTIM
~~COMPLAINANT~~                ADDRESS

RHONDA SUE WARFORD            104 E. WHITNEY AVE.

OFFENSE & LOCATION           DATE OF OFFENSE          TELETYPE NO.
              9 MILES SOUTHWEST                    FOREIGN - MC 4-99-093
              OF BRANDENBURG                         MEADE CO.
HOMICIDE INV.   OFF KY HWY 823      4-5-92

| ~~SUSPECTS~~ VICTIM ELIMINATION | L.P.D.# JCPD # METRO I.D. # | SEX | RACE | AGE | IDENTIFIED YES NO |
|---|---|---|---|---|---|
| 1. RHONDA SUE WARFORD | _____ | F | W | 19 | (__) (__) |
| 2. _____ | _____ | ___ | ___ | ___ | (__) (__) |
| 3. _____ | _____ | ___ | ___ | ___ | (__) (__) |
| 4. _____ | _____ | ___ | ___ | ___ | (__) (__) |
| 5. _____ | _____ | ___ | ___ | ___ | (__) (__) |
| 6. _____ | _____ | ___ | ___ | ___ | (__) (__) |
| 7. _____ | _____ | ___ | ___ | ___ | (__) (__) |

10-1 FILE SEARCHED                    YES ( )    NO ( )

IDENTIFICATION MADE                   YES ( )    NO ( )

REQUESTING OFFICER            DATE        UNIT NO.

PERSONS TO BE SUBPOENED FOR COURT

I.D. EXAMINER           E.T.U./C.C.U SPECIALIST
                  EVID. TECH. MARGARET HAVN    4/22/92 1130 HRS.
ANALYSIS REVIEWED BY                 DATE        TIME

SUPERVISOR _____ DATE _____ TIME _____

LPD 0127

ETU071

ETU #0402292     **L\_\_ISVILLE DIVISION OF POLICE**

**№ 65127**    **PROPERTY RECEIPT FOR EVIDENCE**

DESCRIPTION   One (1) set of victim identification prints (Rhonda Sue
Warford)

RECEIVED FROM:   Rhonda Sue Warford W/F/19     DATE \_\_\_\_\_

ADDRESS   104 E. Whitney Avenue     PHONE \_\_\_\_\_

RECEIVED BY OFFICER   Sheriff Joe Greer, Meade Co. Sheriff's Office   UNIT NO. \_\_\_\_\_
    Delivered to ID Lab by Etienne Bennett, 987 (LPD:ETU)

RECEIVED IN LABORATORY BY \_\_\_\_\_ DATE 5-1-82 TIME 0916

LAB. WORK REQUESTED \_\_\_\_\_

\_\_\_\_\_ **LAB. NO.** \_\_\_\_\_

RELEASED BY LAB. TO \_\_\_\_\_ DATE \_\_\_\_ TIME \_\_\_\_

RETURNED TO OWNER: DATE \_\_\_\_ TIME \_\_\_\_ SIGNATURE \_\_\_\_\_

INSTRUCTIONS: ORIGINAL COPY STAYS WITH ITEM UNTIL RETURNED TO OWNER
          SECOND COPY IS LABORATORY COPY
          THIRD COPY IS GIVEN TO OWNER AT TIME OF CONFISCATION

ETU072

LOUISVILLE DIVISION OF POLICE                    LPD #0126-89
EVIDENCE TECHNICIAN UNIT

SUPPLEMENTARY EVIDENCE REPORT

| ETU # | OFFENSE: | LOCATION | DATE OF OFFENSE |
|---|---|---|---|
| 0402292 | Homicide Inv. | 9 miles SW of Brandenburg off KY Hwy. 823 | 4-5-92 |

| VICTIMS NAME: | RACE/SEX/AGE | ADDRESS: |
|---|---|---|
| Rhonda Sue Warford | W  F  19 | 104 E. Whitney Ave. |

| DATE & TIME OF SUPP. REPORT: | SUSPECT/ARRESTED: | RACE/SEX/AGE |
|---|---|---|
| 5-1-92      0903 | 1) Jeffrey Dewayne Clark | W  M  21 |
| | 2) Garr Keith Hardin Jr. | W  M  22 |

TO:                                        ATTENTION:
    PAU                                        Det. J. Clark
    Meade Co. Sheriff's Office                 Sheriff Joe Greer
    ID Lab                                     Off. J. Robertaccio

On 5-1-92 at approx. 0903 hrs., ETU proceeded to the Metro ID Lab, 600 W. Jefferson St. Upon
arrival was met by Sgt. E. Jones and the following was received by him:

One (1) set of victim identification prints (Rhonda Sue Warford).

REVIEWED BY
CMDG. OFFICER: _____Sgt. D. Allen_____  TECHNICIAN: __Bennett__        UNIT: ___987___
keb

ETU073

ISVILLE DIVISION OF POLICE
EVIDENCE TECHNICIAN UNIT

LPD #0126-89

## SUPPLEMENTARY EVIDENCE REPORT

| ETU # | OFFENSE: | | LOCATION | DATE OF OFFENSE |
|---|---|---|---|---|
| 0402292 | Homicide/ Investigation | | 9 miles SW of Brandenburg off KY. Hwy. 823 | 04/05/92 |

| VICTIMS NAME: | | RACE/SEX/AGE | ADDRESS: |
|---|---|---|---|
| Rhonda Sue Warford | | W  F  19 | 104 E. Whitney Ave. |

| DATE & TIME OF SUPP. REPORT: | SUSPECT/ARRESTED: | RACE/SEX/AGE |
|---|---|---|
| 05/01/92    0903 hours | 1) Jeffrey DeWayne Clark | W  M  21 |
| | 2) Garr Keith Hardin Jr. | W  M  22 |

TO:
Physical Assault Unit
Meade Co. Sheriff's Office)
ID Lab

ATTENTION:
Det. J. Clark
Sheriff Joe Green
Off. J. Robertaccio

On 05/01/92 at approximately 0903 hours, ETU proceeded to the Metro ID Lab, 600 West Jefferson Street. Upon arrival was met by Sgt. E. Jones, and the following was received by him:

One (1) set of victim identification prints [Rhonda Sue Warford].

REVIEWED BY
CMDG. OFFICER: Sgt. D. Allen          TECHNICIAN: Bennett          UNIT: 987

ETU#0402292

## Nº 65089
### LOUISVILLE DIVISION OF POLICE
### PROPERTY RECEIPT FOR EVIDENCE

DESCRIPTION __LP's #1-2_____

_____

RECEIVED FROM: __Rhonda Sue Warford_____ DATE __4-8-92__

ADDRESS __9 miles southwest of Brandenburg off KY Hwy. 823__ PHONE_____

RECEIVED BY OFFICER __Bennett/Haun_____ UNIT NO. __987/985A__

RECEIVED IN LABORATORY BY_____ _Kox_ __04-16-92__ __0745__
DATE   TIME

LAB. WORK REQUESTED_____

_____ LAB. NO._____

RELEASED BY LAB. TO_____ DATE_____ TIME_____

RETURNED TO OWNER: DATE_____ TIME_____ SIGNATURE_____

INSTRUCTIONS: ORIGINAL COPY STAYS WITH ITEM UNTIL RETURNED TO OWNER
SECOND COPY IS LABORATORY COPY
THIRD COPY IS GIVEN TO OWNER AT TIME OF CONFISCATION

*Det. J. Clark*
*P.A.U.*

BM
4/20/92
M.A.H.
M.A.H.
4/21/92

METRO DEPARTMENT OF CORRECTIONS
IDENTIFICATION BUREAU
HALL OF JUSTICE
600 WEST JEFFERSON STREET
LOUISVILLE, KENTUCKY 40202

LATENT FINGERPRINT ANALYSIS REPORT

| TO: | DATE & TIME OF REPORT |
|---|---|
| LPD ETU | 4/8/92    1600 |

| COMPLAINANT'S NAME | COMPLAINANT'S ADDRESS |
|---|---|
| Rhonda Warford | 104 E Whitney Ave |

| OFFENSE & LOCATION | ETU/CCU NUMBER | I.D. BUREAU NO. | TELETYPE NO. |
|---|---|---|---|
| Homicide Inv  Brandenburg Ky | 0402292 | 121011 | |

| RECEIVED IN I.D. BUREAU BY: | ASSIGNED TO I.D. EXAMINER |
|---|---|
| H Cox | J Robertaccio |

THE FOLLOWING EVIDENCE HAS BEEN RECEIVED IN THE IDENTIFICATION BUREAU & EXAMINED AND FOUND TO BE:
LATENT LIFT(S) NUMBERED:

| | IDENTIFIABLE | NOT IDENTIFIABLE | FINGERPRINT | PALMPRINT | IMPRESSION |
|---|---|---|---|---|---|
| NO. 1 | ( ) | (X) | ( ) | ( ) | (X) |
| NO. 2 | (X) | ( ) | (X) | ( ) | ( ) |
| NO. 3 | ( ) | ( ) | ( ) | ( ) | ( ) |
| NO. 4 | ( ) | ( ) | ( ) | ( ) | ( ) |
| NO. 5 | ( ) | ( ) | ( ) | ( ) | ( ) |
| NO. 6 | ( ) | ( ) | ( ) | ( ) | ( ) |
| NO. 7 | ( ) | ( ) | ( ) | ( ) | ( ) |
| NO. 8 | ( ) | ( ) | ( ) | ( ) | ( ) |
| NO. 9 | ( ) | ( ) | ( ) | ( ) | ( ) |
| NO. 10 | ( ) | ( ) | ( ) | ( ) | ( ) |

IDENTIFIABLE LATENTS SEARCHED THROUGH 10-1 FILE                    YES  ( )        NO  ( )

IDENTIFICATION MADE

SUSPECTS COMPARED TO ABOVE LATENTS:                                          IDENTIFIED:

| NAME | L.P.D. NO. | SEX | RACE | AGE | YES ( ) | NO (X) |
|---|---|---|---|---|---|---|
| Clark, Jeffrey D | 344083 | M | W | 21 | | |
| NAME | L.P.D. NO. | SEX | RACE | AGE | YES ( ) | NO (X) |
| Hardin, Garr R | 317158 | M | W | 22 | | |
| NAME | L.P.D. NO. | SEX | RACE | AGE | YES ( ) | NO ( ) |
| | | | | | | |
| NAME | L.P.D. NO. | SEX | RACE | AGE | YES ( ) | NO ( ) |

| REPORT SUBMITTED BY: | | | | | |
|---|---|---|---|---|---|
| I.D. EXAMINER | John Robertaccio | DATE | 4/17/92 | TIME | 1555 |
| ANALYSIS REVIEWED BY SUPERVISOR | E. Donna Ayers Willoughby | DATE | 4-17-92 | TIME | 1745 |

ETU076

## LOUISVILLE DIVISION OF POLICE

### EVIDENCE TECHNICIAN UNIT

**Evidence Routing Report**

| 1. DATE AND TIME OF REPORT: | 2. E.T.U. #: |
|---|---|
| 04-14-92 - 0900 | 0403292 |
| 3. COMPLAINANT'S NAME: | 4. LOCATION OF OFFENSE: |
| Rhonda Sue Warford | 9 miles southwest of Brandenburg off Hwy 823 |
| 5. DATE OF OFFENSE: | 6. OFFENSE: |
| 04-05-92 | Murder |

On  04-14-92  at approximately  0900  hours, the below
listed evidence/exhibits were **(PLACED IN)** **(REMOVED FROM)** the
Louisville Division of Police Property Room under the below
listed Property Tag Numbers by **Tech.** D Jewell
of the Evidence Technician Unit. This evidence/exhibit was
transported from  L.P.D Property Room  to
 KSP Lab  by **Tech.** D.Jewell + J Parrish
of the Evidence Technician Unit.

**The following is a list of these exhibits:**

EXHIBIT(S) #  1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14  Under Tag #: 289157

EXHIBIT(S) #  20, 21, 23, 28, 36, 37, 38, 39  Under Tag #: 289157

EXHIBIT(S) # _____ Under Tag #: _____

EXHIBIT(S) # _____ Under Tag #: _____

EXHIBIT(S) # _____ Under Tag #: _____

EXHIBIT(S) # _____ Under Tag #: _____

EXHIBIT(S) # _____ Under Tag #: _____

**TECHNICIAN SIGNATURE**

KENTUCKY STATE POLICE
CRIME LABORATORY

Request for Examination

LPD:ETU #0402292
Case No. MC-4-92093

Laboratory No. _____

TO: **Crime Laboratory**
ATTN: Robert Thurman, Serology

FROM: Civ. Tech. Etienne R. Bennett

DEPARTMENT: LPD-ETU

OFFENSE: Homicide Inv.
DATE: 4-5-92
COUNTY Meade
VICTIM: Rhonda Sue Warford
SUSPECT OR ACCUSED: 1) Jeffrey D. Clark    2) Garr K. Hardin, Jr.
INVESTIGATING OFFICER: 1) Det. J. Clark    2) Sheriff J. Greer
DEPARTMENT: 1) LPD-PAU    2) Meade Co. Sheriff's Office
EXHIBITS: ___LPD:ETU#0402292_____

Exh# 1- Trace lift from the driver's side front seat and backrest.        Tag #289157
Exh #2- Trace lift from the driver's side front floorboard.               "      "
Exh #3- Trace lift from the driver's side rear seat and backrest.         "      "
Exh #4- Trace lift from the driver's side rear floorboard.                "      "
Exh #5- Trace lift from the passenger side front seat and backrest.       "      "
Exh #6- Trace lift from the passenger side front floorboard.              "      "
Exh #7- Trace lift from the passenger side rear seat and backrest.        "      "
Exh #8- Trace lift from the passenger side rear floorboard.               "      "
Exh #9- Trace lift from the driver's side trunk area.                     "      "
Exh #10- Trace lift from the passenger side trunk area.                   "      "

CASE HISTORY: The victim was found near a wooded area in Meade County, Kentucky and was
apparently stabbed to death.

EXAMINATION REQUESTED: Examine Exh's #1-11, 12-14, 20-21, 23, 28 and 36-37 (LPD:ETU#
0402292( for foreign matter/trace evidence (hair, blood semen, fiber, skin, etc.) and compare
to Exh's #1-3, 5-11, 14-19, and 21-22 (MC-4-92093). Using Exh #38 (LPD:ETU#0402292) as a
control, determine the identity if possible of Exh #39 (LPD:ETU#0402292); if blood, determine
the ABO and compare to Exh #3 (MC4-92093).MC4-92093 Exh's #1-3, 5-11, 14-19 and 21-22 are
presently at the KSP Lab, Louisville and were submitted by the Meade Co. Sheriff's Dept.

04/13/92          _Sgt. D. Allen_              _Etienne R. Bennett_
/Date             Sgt. D. Allen                Civ. Tech. Etienne R. Bennett
                  Reviewed by                  **Officer Making Request**

keb               Attach additional pages if needed.

Page 2

KY State Police Crime Lab Request

ETU# 0402292
DATE  4-5-92
VICTIM    Rhonda Sue Warford
OFFENSE  Homicide Inv.
EXHIBITS:

| | |
|---|---|
| Exh #11- One Firenze brand light gray hooded sweat jacket. | Tag #289157 |
| Exh #12- One long-sleeve blue denim type jacket. | Tag #289157 |
| Exh #13- One black seat cover containing suspected hairs and fibers. | "      " |
| Exh #14- One light green towel. | "      " |
| Exh #20- One small blue sock. | "      " |
| Exh #21- One knife with a broken blade which contains suspected hair. | "      " |
| Exh #23- One brownish color sheath. | "      " |
| Exh #28- One empty tan purse. | "      " |
| Exh #36- One sample of carpeting. | "      " |
| Exh #37- One sample of carpeting. | "      " |
| Exh #38- Control gauze. | "      " |
| Exh #39 - Gauze with an unknown substance | "      " |

MC4-92093

| | |
|---|---|
| Exh #1- Bloody leaves from the victim's face. | Currently at KSP Lab |
| Exh #2- Bloody leaves. | "      "      "      " |
| Exh #3- Victim blood sample. | "      "      "      " |
| Exh #5- Sexual Assault Evidence Collection Kit performed on the victim. | "      "      "      " |
| Exh #6- Head hair sample from the victim. | "      "      "      " |
| Exh #7- Hair and nail scrapings from the victim's right hand. | "      "      "      " |
| Exh #8- Hair and nail scrapings from the victim's left hand. | "      "      "      " |
| Exh #9- Hair found on victim's right hand. | "      "      "      " |
| Exh #10- Bag used to bag the victim's left hand. | "      "      "      " |
| Exh #11- Bag used to bag the victim's right hand. | "      "      "      " |
| Exh #14- Victim's red, white and black jacket. | "      "      "      " |
| Exh #15- Victim's blue shirt. | "      "      "      " |
| Exh #16- Victim's red sweat pants. | "      "      "      " |
| Exh #17- Victim's white bra. | "      "      "      " |
| Exh #18- Victim's white shoes. | "      "      "      " |
| Exh #19- Sexual Assault Evidence Collection Kit performed on Jeffrey D. Clark. | "      "      "      " |
| Exh #21- Sexual Assault Evidence Collection Kit performed on Garr K. Hardin, Jr. | "      "      "      " |
| Exh #22- Dirty white running shoes belonging to Jeffrey D. Clark. | "      "      "      " |

Sgt. D. Allen

Civ. Tech. Etienne R. Bennett

keb

ETU079

KENTUCKY STATE POLICE
CRIME LABORATORY

Request for Examination

LPD: ETU 0402292

Case No. HC-4-92093

Laboratory No. _____

Attn.: Robert Thurman, Serology

TO:  Crime Laboratory

FROM: Civ. Tech. Etienne R. Bennett

DEPARTMENT: Louisville Police Department
Evidence Technician Unit

OFFENSE: Homicide Investigation
DATE: 04/05/92
COUNTY Meade
VICTIM: Rhonda Sue Warford
SUSPECT OR ACCUSED: 1) Jeffrey Dewayne Clark   2) Garr Keith Hardin, Jr.
INVESTIGATING OFFICER: 1) Det. J. Clark   2) Sheriff J. Greer
DEPARTMENT: 1) LPD: Physical Assault Unit   2) Meade Co. Sheriff's Office
EXHIBITS:

LPD: ETU # 0402292

Exhibit #1 : Trace lift from the driver's side front seat and backrest
Exhibit #2 : Trace lift from the driver's side front floorboard
Exhibit #3 : Trace lift from the driver's side rear seat and backrest
Exhibit #4 : Trace lift from the driver's side rear floorboard
Exhibit #5 : Trace lift from the passenger side front seat and backrest
Exhibit #6 : Trace lift from the passenger side front floorboard

---- Property Room Tag # 289157 continued

CASE HISTORY:

The victim was found near a wooded area in Meade County, Kentucky and was apparently stabbed to death.

EXAMINATION REQUESTED: Examine exhibits #1-10, #12-14, #20-21, #23, #28 and #36-37 [LPD: ETU # 0402292] for foreign matter/trace evidence [hair, blood, semen, fiber, skin, etc.] and compare to exhibits #1-3, #5-11, #14-19, and #21-22 [HC 4-92093]. Using exhibit #38 [LPD: ETU #0402292] as a control, determine the identity - if possible - of exhibit #39 [LPD: ETU #0402292]; if blood, determine the ABO and compare to exhibit #3 [HC 4-92093].

[continued below]

04/11/93
Date

_____
Reviewed by

Civ. Tech. Etienne R. Bennett
Officer Making Request

Attach additional pages if needed.

*** HC 4-92093 exhibit #'s #1-3, #5-11, #14-19 and #21 and #22 are presently at the KSP Lab, Louisville and were submitted by the Meade County Sheriff's Department.

KSP 26   5/81

ETU080

LPD: ETU # 0402292
MC 4-92093

Exhibits [continued]

Exhibit # 7: Trace lift from the passenger side rear seat and backrest
Exhibit # 8: Trace lift from the passenger side rear floorboard
Exhibit # 9: Trace lift from the driver's side trunk area
Exhibit # 10: Trace lift from the passenger side trunk area
~~Exhibit # 11: One [1] Firenzo brad light gray sheet seat jacket~~  EX #11 is being sent to lab
Sgt DA 4/13/92
Exhibit # 12: One [1] long-sleeve blue denim type jacket
Exhibit # 13: One [1] black seat cover containing suspected hairs and fibers
Exhibit # 14: One [1] light green towel
~~Exhibit # 17: Two [2] sweepings~~  ?
Exhibit # 20: One [1] small blue sock
Exhibit # 21: One [1] knife with a broken blade which contains suspected hair
~~Exhibit # 22: One [1] pair of trim fumble scissors~~
Exhibit # 23: One [1] brownish color sheath
~~Exhibit # 27: Three [6] sweepings~~  ?
~~Exhibit # 25: One [1] green rubble thong~~  ?
~~Exhibit # 27: One [1] green rubber thong~~  ?
Exhibit # 28: One [1] empty tan purse
~~Exhibit # 30: Five [5] thing type sweep"~~
Exhibit # 36: One [1] sample of carpeting
Exhibit # 37: One [1] sample of carpeting
Exhibit # 38: control gauze
Exhibit # 39: Gauze with an unknown substance

--- Property Room tag Number 289157

MC 4-92093

Exhibit # 1: Bloody leaves from the victim's face
Exhibit # 2: Bloody leaves
Exhibit # 3: Victim blood sample
Exhibit # 5: Sexual Assault Evidence collection kit performed on the victim
Exhibit # 6: Head hair sample from the victim
Exhibit # 7: Hair and nail scrapings from the victim's right hand
Exhibit # 8: Hair and nail scrapings from the victim's left hand

--- Currently at the KSP Lab, Louisville
Submitted by Meade County Sheriff
[continued Dept.

ETU081

**LOUISVILLE DIVISION OF POLICE**
EVIDENCE TECHNICIAN UNIT
**ORIGINAL REPORT**

ETU #: _____ SQWK. #: _____ LOCATION: _____ DATE: _____

OFFENSE: _____ TIME REC'D: _____ ARRIVAL TIME: _____ CLEARED SCENE: _____

RACE/SEX/AGE

VICTIM: _____ ADDRESS: _____

RACE/SEX/AGE

SUSPECT(S): _____ ARRESTED: _____

ADDRESS: _____ ADDRESS: _____

TO: ATTENTION:

_____

REVIEWED BY
**COMMANDING OFFICER:** _____ TECHNICIAN: _____

DATE: _____ DATE: _____ UNIT: _____

LPD: ETU # 0402292
MC 4 - 92093

<u>Exhibits</u> [continued]

Exhibit # 9: Hair found on victim's right hand
Exhibit # 10: Bag used to bag the victim's left hand
Exhibit # 11: Bag used to bag the victim's right hand
Exhibit # 14: Victim's red, white and black jacket
Exhibit # 15: Victim's blue shirt
Exhibit # 16: Victim's red sweat pants
Exhibit # 17: Victim's white bra
Exhibit # 18: Victim's white shoes
Exhibit # 19: Sexual Assault Evidence Collection Kit performed on Jeffrey Dewayne Clark
Exhibit # 21: Sexual Assault Evidence Collection Kit performed on Garr Keith Hardin, Jr.
Exhibit # 22: Dirty white running shoes belonging to Jeffrey Dewayne Clark

--- Currently at the KSP Lab, Louisville
Submitted by Meade county Sheriff's Dept.

ETU083

**LOUISVILLE DIVISION OF POLICE**
EVIDENCE TECHNICIAN UNIT
**ORIGINAL REPORT**

ETU #: _____  SQWK. #: _____  LOCATION: _____  DATE: _____

OFFENSE: _____  TIME REC'D: _____  ARRIVAL TIME: _____  CLEARED SCENE: _____

RACE/SEX/AGE

VICTIM: _____  ADDRESS: _____

RACE/SEX/AGE

SUSPECT(S): _____  ARRESTED: _____

ADDRESS: _____  ADDRESS: _____

TO:                                    ATTENTION:

REVIEWED BY
**COMMANDING OFFICER:** _____  **TECHNICIAN:** _____

DATE: _____  DATE: _____  UNIT: _____

LPD #0135-91

ETU084

SHERIFF JOE GREER
MEADE COUNTY COURT-
HOUSE
BRANDENBURG, KY.
40108

ETU085



**City of Louisville**
Division of Police

04/11/92 Saturday

From the desk of _Tina Bennett_
In ref. to ETU # 0402292

Sgt. Allen:

I got with not only Sheriff Greer — who was nice enough to fax me a copy of their lab requests — but I also talked to Jim Clark twice today. Once we were able to get everything somewhat organized [Jim didn't know we had collected anything to go to the lab], he said that as our PAU & ETU have handled about 20 times more on this particular case than Meade Co. has [and they are under staffed and not as well equipped], he and Sheriff Greer have agreed that this will be Jim's case, and Jim will make all decisions regarding what we will currently submit. I have written my lab requests according to what he and I discussed, and it's ready to go. I even went ahead and split a package of evidence; I had packaged several exhibits as I thought they wouldn't go to the lab, but since Jim wishes two of them to go, I took advantage of the relative quiet today & did the split so whoever goes to the lab won't have to.

OVER ———→

I also have given Karen Meade Co.'s address and their fax number, so if we have access to an outgoing fax, we can send them what paperwork we have.

I was informed by Sheriff Greer that Robert Thurman at the lab is handling the case, but someone may want to call him Monday morning to let him know it's coming. I've also attached a note to him to ask him to send both me and Sheriff Greer all lab analysis.

ETU087

File under ETU #0402292
Jim Clark in PAU already
has a copy, as does the
KSP Lab.

ETU088

APR-11-92 SAT 14:41 BRANDENBURG    502 422 4684    P.01



OFFICE 502-422-4937
EMERGENCY 502-422-4911

# Meade County Sheriff's Department
## *Joseph E. Greer, Sheriff*

COURT HOUSE: BRANDENBURG, KENTUCKY 40108

### FAX COVER SHEET

DATE: 4-11-92

TO: Louisville Police Dept
ATTN TINA

FAX NO: ETU 588-3404

FROM: Joseph E. Greer

TELEPHONE: (502) 422-4911

FAX NO: (502) 422-4684

NO. OF PAGES (INCLUDING COVER): 7

NOTES: THANKS TINA

If you have any questions or problems, please contact the above
number for assistance. Transmission is from a Sharp FO-220 Fax
Machine.

ETU089

## KENTUCKY STATE POLICE
## CRIME LABORATORY

### Request for Examination

Case No. *MC-4-92-093*

Laboratory No. _____

TO: Crime Laboratory

FROM: Joseph E. Green, Sheriff

DEPARTMENT: Meade Co. Sheriff Dept
Court House
Brandenburg, Ky 40108

rec'd.
4-6-92
@
10:45 Am
Sheriff Green → KSP

OFFENSE: murder
DATE: 4-5-92
COUNTY Meade
VICTIM: Rhonda Sue Warford
SUSPECT OR ACCUSED: Unknown
INVESTIGATING OFFICER: Joseph E. Green
DEPARTMENT: Meade Co. Sheriff Dept
EXHIBITS:

See attached List.

CASE HISTORY:
Victim Found Near Wooded Area
in Meade Co. Had been Apparently stabed
To Death

EXAMINATION REQUESTED:

4/6/92
Date

_____
Reviewed by

_____
Officer Making Request

Attach additional pages if needed.

4-2-92
0930

EP 1  Bloody Leaves from face of victim
  2  Bloody Leaves by Keys
  3  Blood sample from Victim
  4  Key Rings - Latent Prints - returned to officer to ~~Central Lab~~   AFIS
  5  Rape Kit
  6  Victim Hair sample from Head
  7  Hair & nail scrapings from ~~R.F.~~ Hand
  8  Hair & nail scrapings from Left Hand
  9  Hair found on right hand
  10  ~~Bag~~ used to bag left Hand
  11  Bag used to bag Right Hand
  12  Soil Sample from entrance scene     } Trace   returned to officer to Central Lab
  13  Soil from possible suspect vehicle
  14  Victim Red, White & ~~Black~~ Jacket
  15  Victims Blue Shirt
  16  Victims Red Sweat Pant
  17  White Bra (Victims)
  ~~18  Victim's White Canvas Shoes~~
  18  Victims White Canvas Shoes

ETU091

KENTUCKY STATE POLICE
CRIME LABORATORY

Request for Examination

Case No. *MC-4-92-093*

Laboratory No. _____

TO: Crime Laboratory

FROM: Joseph E. Green, Sheriff

DEPARTMENT: Meade Co. Sheriff Dept
Court House
Brandenburg, Ky 40108

DATE REC'D 4-8-92 TIME 1335
SGT. Joseph
Wood
MEADE CO. S.O.

OFFENSE: Murder
DATE: 4-4-92 - 4-5-92
COUNTY: Meade
VICTIM: Rhonda Sue Warford
SUSPECT OR ACCUSED: None
INVESTIGATING OFFICER: Joseph E. Green
DEPARTMENT: Meade Co. S.O.

EXHIBITS: Ex #4, Key rings w/ Keys and other Items
Attached.

CASE HISTORY: Victim Found Murdered Near Wooded
Area Edge of Field in Meade Co.

EXAMINATION REQUESTED: See if Any latent Points can be
lifted off Exhibit.

4/8/92
Date

_____
Reviewed by

_____
Officer Making Request

Attach additional pages if needed.

*we turn*
*Sgt Joseph Wood*
*on 4-8-92 at*
*11:20 am*
*BRW*
*WBM*

KENTUCKY STATE POLICE
CRIME LABORATORY

Request for Examination

Case No. *MC-4-92-093*

Laboratory No. _____

TO:  Crime Laboratory

FROM: *Joseph E Greer*

DEPARTMENT: *MEADE County Sheriff Dept*


OFFENSE: *murder*
DATE: *04-05-92*
COUNTY *MEADE*
VICTIM: *Rhonda s Warford*
SUSPECT OR ACCUSED: *NoNe*
INVESTICATING OFFICER: *Joseph E Greer*
DEPARTMENT: *MEADE County Sheriff Dept*
EXHIBITS: *#4   Key rings with several items*

*BRW)  #12  soil From Entrance area of crime scene*
*BRW)  #13  soil From possible suspect vehicle*
*WBM  #20  mold of a tire*


CASE HISTORY: *Victim Found Near wooded Area iN mEADE couNty*
*which Appeared to be stAbbed to Death*


EXAMINATION REQUESTED: *ExH.24 #4   see if Any LoteNt prints coN*
*be Lifted*
*exhibit #12}*
*#13}  Determine if one iN the same*
*Exhibit 20   Determine ANything possible*


*04-08-92* _____   _____
Date                Reviewed by              *Joseph E Greer*
                                             Officer Making Request


Attach additional pages if needed.

KENTUCKY STATE POLICE
CRIME LABORATORY

Request for Examination

Case No. *MC-4-92-093*

Laboratory No. _____

TO: Crime Laboratory

FROM: Joseph E. Greer

DEPARTMENT: MEADE County Sheriff Dept

*rec'd,*
*4-8-92*
*@*
*10:20 Am*
*Sgt. Joseph Wood → RPJ*

OFFENSE: murder
DATE: 04-05-92
COUNTY MEADE
VICTIM: RHonda S. warford
SUSPECT OR ACCUSED: Jeffrey D. Clark
INVESTIGATING OFFICER: Joseph E. Greer
DEPARTMENT: MEADE County Sheriff Dept

EXHIBITS: #19 Sexuall Assault Evidence Collection Kit
Taking From suspect, Named Above

CASE HISTORY: Victim Found Near wooded Area in MEADE County
which appeared to be stabbed to Death.

EXAMINATION REQUESTED:
Compare with Anything that was Submitted to you on-4-6-92
with the same Case Number Listed Above

04-08-92
Date

Reviewed by _____

Joseph E. Greer
Officer Making Request

Attach additional pages if needed.

KENTUCKY STATE POLICE
CRIME LABORATORY

Request for Examination

Case No. *MC-4-92-093*

Laboratory No. _____

TO:  Crime Laboratory

FROM:  Joseph E. Green, Sheriff

DEPARTMENT:  Meade Co. Sheriff Dept
Court House
Brandenburg, Ky 40108

recd.
4-9-92
@
10:52am
Capt. Livers → P.S.T

OFFENSE:  Murder
DATE:  4-5-92
COUNTY  meade
VICTIM:  Rhonda Sue Warford
SUSPECT OR ACCUSED: Jeffrey D. Clark + Garr K. Hardin
INVESTIGATING OFFICER: Joseph E. Green
DEPARTMENT:  Meade Co. Sheriff Dept

EXHIBITS:  Ex #21 Suspect Sample Kit (Hardin)
Ex #22 Dirty White Running Shoes (Clarks)

CASE HISTORY:  Victim Found murdered Near Wooded
Area, Edge of Field in Meade Co.

EXAMINATION REQUESTED:  Compare with Anything That was
Committed To you Previously in This case

4/9/92
Date

_____
Reviewed by

_____
Officer Making Request

Attach additional pages if needed.

**Louisville Division of Police Property Control Receipt**

289173

DEPT./SUSP. Name (L,F,MI.)_____  Address_____

VIC./OWNER Name (L,F,MI.) WARFORD, RHONDA S._____  Address 104 E. WHITNEY_____

FINDER    Name (L,F,MI.)_____  Address_____

Offense(s) HOMICIDE INV Property seized at LPD_____  CCN#_____ ETU/SQWK # 0402292

Deposited by E. BENNETT _E. Bennett_____ Code # 4208 ____ Disposal Off. J. CLARK Code # 2166 Clerk B. MEEKER_____

(Signatures indicate agreement as to description, count, or weight of property)    32 APR 9 P 8: 51

Release notice_____  Stolen notice_____  Date/Time property received_____

| DESCRIPTION OF PROPERTY | | DESCRIPTION OF PROPERTY | |
|---|---|---|---|
| E41: POP BTL; E42A: BTL; E42: PAPER BAG | | E43&44: 2-POP BTLS; E1?: PAPER BAG | |
| OS | | OS | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Ok to RELEASE item(s)_____  Ok to DISPOSE item(s)_____

RELEASE TO:_____

Authority of:_____ Date/Time_____  Authority of:_____ Date/Time_____

Clerk _____  Clerk _____

ETU096

LOUISVILLE DIVISION OF POLICE                     LPD #0126-89
EVIDENCE TECHNICIAN UNIT

SUPPLEMENTARY EVIDENCE REPORT

| ETU #: | OFFENSE: | LOCATION | DATE OF OFFENSE |
|---|---|---|---|
| 0402292 | Homicide Investigation | 9 miles southwest of Brandenburg off KY Hwy 823 | 4-5-92 |

| VICTIMS NAME: | RACE/SEX/AGE | ADDRESS: |
|---|---|---|
| Rhonda Sue Warford | W  F  19 | 104 E. Whitney Ave. |

| DATE & TIME OF SUPP. REPORT: | SUSPECT/ARRESTED: | RACE/SEX/AGE |
|---|---|---|
| 4-9-92     1625 | 1) Jeffrey Dewayne Clark | W    M    21 |
|  | 2) Garr Keith Hardin, Jr. | W    M    22 |

TO:    PAU                                    ATTENTION:          Det. J. Clark
       Meade Co. Sheriff's Office                                Sheriff Joe Greer

On 4-9-92 at approx. 1625 hrs., the following was performed in the ETU Office:

Chemically processed (exposed to super glue fumes) for latent prints–with negative results:

 Exh #41- One (1) glass soft drink bottle, sixteen fluid ounce size, Coca Cola Classic brand.

 Exh #42A- One (1) glass bottle, with the Budweiser brand label.

 Exh #43- One (1) green glass soft drink bottle with a Mountain Dew label.

 Exh #44- One (1) clear glass twenty fluid ounce size soft drink bottle with a torn label for Coca-Cola or Coke.

On the above date at approx. 1840 hrs., the following was performed in the ETU Office;

Chemically processed (exposed to iodine fumes) the following for latent prints–with negative results:

 Exh #19- One (1) brown paper bag.

 Exh #42- One (1) brown paper bag.

On the above date at approx. 1915 hrs., the following was performed in the ETU Office:

Chemically processed (ninhydrin) the abovementioned Exh's #19 and 42–with negative results.

On the above date at approx. 1959 hrs., the following was performed in the ETU Office:

Chemically processed (silver nitrate) the abovementioned Exh's #19 and 42–with negative results.

Exh's #19, 41, 42, 42A, 43 and 44 placed in the LPD Property Room under tag #289173.

REVIEWED BY
CMDG. OFFICER:  Sgt. D. Allen          TECHNICIAN:  Bennett          UNIT: 987

keb                                                                    ETU097

LOUISVILLE DIVISION OF POLICE
EVIDENCE TECHNICIAN UNIT

LPD #0126-89

## SUPPLEMENTARY EVIDENCE REPORT

| ETU # | OFFENSE: | LOCATION | DATE OF OFFENSE |
|---|---|---|---|
| 0402292 | Homicide Investigation | 9 miles Southwest of Brandenburg off KY. Hwy. 828 | 04/05/92 |

| VICTIMS NAME: | RACE/SEX/AGE | ADDRESS: |
|---|---|---|
| Rhonda Sue Warford | W  F  19 | 104 East Whitney Avenue |

| DATE & TIME OF SUPP. REPORT: | SUSPECT/ARRESTED: | RACE/SEX/AGE |
|---|---|---|
| 04/09/92   1625 hours | 1) Jeffrey Dewayne Clark | W  M  21 |
| | 2) Garr Keith Hardin, Jr. | W  M  22 |

TO:  Physical Assault Unit
Meade Co. Sheriff's Office

ATTENTION:
Det. J. Clark
Sheriff Joe Greer

On 04/09/92 at approximately 1625 hours, the following was performed in the ETU office:

Chemically processed [exposed to super glue fumes] for latent prints — with negative results.

Exhibit # 41: One [1] glass soft drink bottle, sixteen fluid ounce size, Coca Cola Classic brand.

Exhibit # 42A: One [1] glass bottle, with the Budweiser brand label.

Exhibit # 43: One [1] green glass soft drink bottle with a Mountain Dew label.

Exhibit # 44: One [1] clear glass twenty fluid ounce size soft drink bottle with a torn label for Coca-Cola or Coke.

On the above date at approximately 1840 hours, the following was performed in the ETU office:

Chemically processed [exposed to iodine fumes] the following for latent prints — with negative results.

Exhibit #19: One [1] brown paper bag

Exhibit #42: One [1] brown paper bag

On the above date at approximately 1915 hours, the following ~~chemical~~ was performed in the ETU office:

Chemically processed [ninhydrin] the abovementioned exhibits # 19 and #42 — with negative results.

On the above date at approximately 1959 hours, the following was performed in the ETU office:

Chemically processed [silver nitrate] the abovementioned exhibits #19 and #42 — with negative results.

OVER ⟶

REVIEWED BY
CMDG. OFFICER: _Sgt. D. Allen_    TECHNICIAN: _Bennett_    UNIT: _987_

ETU098

Exhibits #19, #41, #42, #42A, #43 and #44 placed in the LPD Property Room under tag number 289173.

ETU099

EVIDENCE                    Louisville Division Police Property Control Receipt                289157

PAGE 1 OF 2

DEPT./SUSP. Name (L,F,MI.)_____  Address_____

VIC./OWNER Name (L,F,MI.)  WARFORD, KIM  RHONDA S./VICTIM  Address  104 E. WHITNEY AVE.

FINDER  Name (L,F,MI.)_____  Address_____

Offense(s)  HOMI.INV.  Property seized at  BSMT. LPD. HDQTS.  CCN#_____  ETU/SQWK# 0402292

Deposited by  E. BENNETT  E. Bennett  Code #  4208  Disposal Off.  CLARK  Code # 2166 Clerk  LESLIE

(Signatures indicate agreement as to description, count, or weight of property)

013S HTS,                        92 APR 9  A12: 36

Release notice_____  Stolen notice_____  Date/Time property received_____

| DESCRIPTION OF PROPERTY | | DESCRIPTION OF PROPERTY | |
|---|---|---|---|
| EXH.#1- #10  TRACE LIFTS | | EXH.#15-COMPACT DISC XXXXXXXX | |
| | | EXH.#11A-SET OF KEYS | |
| | | EXH.#31-ONE LIVE ROUND    OS | |
| EXH.#17-TWO (2) SCREWDRIVERS | | EXH.#18-PLASTIC CUP | |
| | | EXH.#40-ALUMINUM CAN | |
| OS | | OS | |
| EXH.#20-BLUE SOCK | | EXH.#28-PURSE | |
| EXH.#32-SUNGLASSES | | EXH.#34-MEMO BOOK | |
| EXH.#33-CIGARETTE LIGHTER   OS | | EXH.#35-EARRING        OS | |
| EXH.#21-KNIFE W/BROKEN HX BLADE | | EXH.#22-SCISSORS | |
| EXH.#23-SHEATH | | EXH.#30-NINJA TYPE "STARS" | |
| OS | | OS | |

Ok to RELEASE item(s)_____  Ok to DISPOSE item(s)_____

RELEASE TO:_____

Authority of:_____  Date/Time_____  Authority of:_____  Date/Time_____

Clerk_____                        Clerk_____

---

LOUISVILLE DIVISION POLICE  -  -  -  -  -  EVIDENCE PROCESSING REQUEST FOR VEHICLES

PRINT OR TYPE THE FOLLOWING INFORMATION AND ATTACH TO VEHICLE TO BE PROCESSED

E.T.U. CASE NUMBER  0402292

INCIDENT CONTROL NUMBER  N/A

OFFENSE HEADING OR TITLE:  Murder

OFFENSE LOCATION:  Meade Co.

DATE OF OFFENSE:  04/05/92      TIME OF OFFENSE (MILITARY)  0730

OFFENSE DESCRIPTION: BE AS DESCRIPTIVE AS POSSIBLE TO AID THE EVIDENCE TECHNICIANS IN THEIR SEARCH.

Victim Stabbed to Death by Unknown Assailant.  Victim Stabbed to Death by

| | VICTIM OR SUBJECT (V) (S) | LAST NAME | FIRST NAME | INIT | RACE | SEX | MONTH | DAY | YEAR | AGE |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | V | Clark | Jeff | | W | M | | | | |
| 2 | S | Hardin | Keith | | W | M | | | | |
| 3 | S | Clark | Rhonda | | W | F | | | 19 | 33 21 |

SUPPORTIVE OFFENSE DATA:

REQUESTING OFFICERS EXPRESSED PROCESSING

LATENT PRINTS [✓]    PHOTOGRAPHS [✓]    OTHER (EXPLAIN) [✓]

OTHER PROCESSING:  Blood, Hair, Fibers, etc.

PARTICULAR AREA OF VEHICLE TO BE PROCESSED:  ENTIRE VEHICLE

REQUESTING OFFICER:  Det. Mark Handy    CODE NUMBER  2170    UNIT NUMBER  974

APPROVING COMMANDING OFFICER:    CODE NUMBER

REVIEWED BY E.T.U. COMMANDING OFFICER:  J.W. Allen    CODE NUMBER  2110    DATE & TIME REVIEWED  4/13/92

PRINT OR TYPE INFORMATION AND ATTACH TO VEHICLE    UNIT NUMBER

LPD # 0128 REV 7/79

ETU100

Louisville Division of Police Property Control Receipt

EVIDENCE

#289157  PAGE 2 OF 2

DEFT./SUSP. Name (L,F,MI.)_____ Address_____

VIC./OWNER Name (L,F,MI.)___WARFORD, RHONDA X S./VICTIM___ Address___104 E. WHITNEY AVE___

FINDER    Name (L,F,MI.)_____ Address_____

Offense(s) HOMICIDE INV. Property seized at  BSMT. LPD. HDQTS.___CCN#_____ ETU/SQWK# 0402292

Deposited by___E. BENNETT___Code # 4208___Disposal Off. CLARK___Code # 2166_Clerk LESLIE

(Signatures indicate agreement as to description, count, or weight of property)

Release notice_____ Stolen notice_____ Date/Time property received_____

| DESCRIPTION OF PROPERTY | | DESCRIPTION OF PROPERTY | |
|---|---|---|---|
| EXH.#24-THREE (3) SCREWDRIVERS | | EXH.#25-RUBBER GLOVE | |
| | | EXH.#27-RUBBER GLOVE | |
| | | OS | |
| EXH.#26-EMPTY CIGARETTE PACK | | EXH.#36-CARPET SAMPLE | |
| EXH.#29-EMPTY CIGARETTE PACK | | EXH.#37-CARPET SAMPLE | |
| OS | | OS | |
| EXH.#38-CONTROL GAUZE | | EXH.#11-GRAY SWEATJACKET | |
| EXH.#39-GAUZE W/UNK. SUBSTANCE | | EXH.#12-BLUE DENIM JACKET | |
| COOLER | | | |
| EXH.#13-SEAT COVER | | EXH.#16-VIDEO TAPE | |
| EXH.#14-TOWEL | | | |
| | | OS | |

Ok to RELEASE item(s)_____ Ok to DISPOSE item(s)_____

RELEASE TO:_____

Authority of:_____Date/Time_____ Authority of:_____Date/Time_____

                    Clerk                                    Clerk

ETU101

E.T.U. #
0402292

DET. J. CLARK
P.A.V.

## LOUISVILLE POLICE DEPARTMENT PHOTO LABORATORY

DATE PHOTOS TAKEN: _4-8-92_

PHOTOS OF: _____

_____ CHEVROLET NOVA, _____

_____ KY. LIC.# YVR-572 _____

SPECIFY POINTS OF INTEREST IN PHOTOS TAKEN SO THAT LAB TECHNICIANS MAY KNOW WHAT PHOTOS YOU ARE MOST INTERESTED IN: _____

_____ PRINT _____

PHOTOS TAKEN BY: _M. HAUN_

NUMBER OF PRINTS REQUIRED FROM EACH NEG. _1_

RETURN PRINTS TO: DIST. OR BUREAU: _E.T.U._

2 ROLLS 35mm FILM

ETU102

LOUISVILLE DIVISION OF POLICE
EVIDENCE TECHNICIAN UNIT

LPD #0126-89

SUPPLEMENTARY EVIDENCE REPORT

| ETU # | OFFENSE: | LOCATION | DATE OF OFFENSE |
|---|---|---|---|
| 0402292 | Homicide Inv. | 9 miles southwest of Brandenburg off KY Hwy. 823 | 4-5-92 |

| VICTIMS NAME: | RACE/SEX/AGE | ADDRESS: |
|---|---|---|
| Rhonda Sue Warford | W   F   19 | 104 E. Whitney Ave. |

| DATE & TIME OF SUPP. REPORT: | SUSPECT/ARRESTED: | RACE/SEX/AGE |
|---|---|---|
| 4-8-92      1600 | 1) Jeffrey Dewayne Clark | W   M   21 |
| | 2) Garr Keith Hardin Jr. | W   M   22 |

TO:    PAU                                    ATTENTION:    Det. J. Clark
       Meade Co. Sheriff's Office                          Sheriff Joe Greer
       KSP Lab
       ID Lab

On 4-8-92 at approx. 1600 hrs., Det. M. Handy of the PAU came to the ETU Office and requested that the following be performed in the basement of LPD Headquarters:

Exposed two (2) rolls of 35mm color film on photographs of 1974 primered blue two door Chev. Nova, KY/Jeff. Co. Lic. #YVR-572, decal #F806710, exp. 6/92, VIN #1X27H4L124299, mileage shown on odometer: 18794.6, and its contents.        MAH

Collected from the abovementioned vehicle:

Exh #1- Trace lift from the driver's side front seat and back rest.  ERB

Exh #2- Trace lift from the driver's side front floorboard.  ERB

Exh #3- Trace lift from the driver's side rear seat and back rest.  ERB

Exh #4- Trace lift from the driver's side rear floorboard.  ERB

Exh #5- Trace lift from the passenger side front seat and back rest.  ERB

Exh #6- Trace lift from the passenger side front floorboard.  ERB

Exh #7- Trace lift from the passenger side rear seat and back rest.  ERB

Exh #8- Trace lift from the passenger side rear floorboard.  ERB

Exh #9- Trace lift from the driver's side trunk area.  ERB

Exh #10- Trace lift from the passenger side trunk area.  ERB

Exh #11- One (1) Firenze brand light gray hooded sweat jacket with a zippered front, size Large; was located in the front passenger side seat.  ERB

Exh #11A- One (1) set of keys; removed from the left front pocket of Exh #11.  ERB

Exh #12- One (1) long sleeve blue denim type jacket; no size or brand located; the exhibit was located on the rear driver's side seat.  ERB

Exh #13- One (1) black seat cover containing suspected hairs and fibers; was located on the floorboard area between the rear passenger side and the driver's side rear seats.  ERB

Exh #14- One (1) light green towel; was located on the front passenger side floorboard.  ERB

Exh #15- One (1) compact disc inside a plastic case and was entitled Metallica... And Justice For All; was located on the floorboard area between the front passenger side and the driver's side front seats.  ERB

REVIEWED BY
CMDG. OFFICER: _Sgt. D. Allen_    TECHNICIAN: _Bennett/Haun_    UNIT: 987/985A

keb

ETU103

Page 2

ETU#  0402292
DATE  4-8-92
OFFENSE  Homicide Inv.
VICTIM  Rhonda Sue Warford

Supplementary Evidence Report

Exh #16- One (1) Focal brand VHS 120 HQ video tape with a white label containing the hand-
writing "Jimmy's Wedding"; was located in the same floorboard area as Exh #15.  ERB
&
Tina's

Exh #17- Two (2) screwdrivers: one with a brown handle, the second a Stanley brand with a
black and yellow handle. ERB

Exh #18- One (1) red plastic cup.  ERB

Exh #19- One (1) brown paper bag.  ERB

Note: Exh's #17-19 were located on the front passenger side floorboard.

Exh #20- One (1) small blue sock; was located on the rear driver's side floorboard.  MAH

Exh #21- One (1) knife with a black and silver handle and a broken blade which contains
suspected hair; the blade is engraved with the word BUCK; the Exh is approx. 7" in overall
length and has a remaining blade length of approx. 3"; was located on the rear driver's side
floorboard.  ERB

Exh #22- One (1) pair of India Primble scissors; was located on the console area between the
driver and passenger side front seats.  ERB

Exh #23- One (1) brownish color sheath; was located on the rear driver's side floorboard. ERB

Exh #24- Three (3) screwdrivers: a Matco brand with a red handle, one with a yellow handle,
and the third with a black and yellow handle; were located on the rear driver's side floorboard.
ERB

Exh #25- One (1) green rubber glove; was located on the rear passenger side floorboard.  ERB

Exh #26- One (1) empty flip top Marlboro cigarette package; red, white, gold and black in
color; was located on the rear passenger side floorboard.  ERB

Exh #27- One (1) green rubber glove; was located on the rear driver's side floorboard.  ERB

Exh #28- One (1) empty tan purse; was located on the rear driver's side floorboard.  ERB

Exh #29- One (1) empty flip top Marlboro cigarette package; red, white, gold and black in
color; was located underneath the driver's front seat.  ERB

Exh #30- Five (5) Ninja-type "Stars", each of which have several points with sharp edges; were
located in the glove compartment.  MAH

Exh #31- One (1) live round, brand R M (second letter, if any, is unclear); was located in the
glove compartment.  MAH

Exh #32- One (1) pair of Cool-Ray sunglasses; was located under the front driver's seat.  MAH

Exh #33- One (1) cigarette lighter, green in color; was located on the rear driver's side
floorboard.  MAH

Exh #34- One (1) Mead brand 3x5 in. memo book; was located on the rear driver's side floor
board.  ERB

Exh #35- One (1) silver pierced style earring in the shape of a knife with a skull and cross
bones attached to it; was located under the front passenger seat.  MAH

Sgt. D. Allen                                          E. Bryant   4/15/92

Page 3

ETU#  0402292
DATE  4-8-92
OFFENSE  Homicide Inv.
VICTIM  Rhonda Sue Warford

Supplementary Evidence Report

Examined the interior of the abovementioned vehicle with the Omniprint 1000 Alternate
Light Source for the presence of blood and/or semen, and collected the following:

Exh #36– One sample of the carpeting which was located on the driver's side of the
trunk; observed a stain of unknown origin.  MAH

Exh #37– One sample of the carpeting which was located on the passenger side of the
trunk; observed a stain of unknown origin.  MAH

Exh #38– Control gauze.  ERB

Exh #39– Gauze with an unknown substance; the substance was observed on a section of
wire which was located on the passenger side of the trunk.  ERB

Collected from the abovementioned vehicle:

Exh #40– One empty green, red and white aluminum soft drink can, Mountain Dew brand,
twelve fluid oz. size; was located on the rear passenger side floorboard.  ERB

Exh # 41– One glass soft drink bottle, sixteen fluid oz. size, Coca Cola Classic brand;
bottle was approx. three-quarters full of liquid (the contents were emptied out in
the ETU Office); was located on the rear passenger side floorboard.  ERB

Exh #42– One brown paper bag; was located on the rear passenger side floorboard.  ERB

Exh #42A– One glass bottle, one quart size, with the red, blue and white Budweiser brand
label; its' top has the price tag marked DairyMart and 189¢; the bottle was approx. one-
third full of liquid (the contents were emptied out in the ETU Office); the exhibit was
removed from Exh #42.  ERB

Exh #43– One twenty fluid oz. size green glass soft drink bottle with a red, yellow, white
and green Moutain Dew label; the bottle was approx. one-fourth full of liquid (the contents
were emptied out in the ETU Office); was located on the front floorboard just to the right
of the driver's side front seat.  ERB

Exh #44– One clear glass twenty fluid oz. size soft drink bottle, with a torn black, red,
white and blue label for Coca-Cola or Coke; the bottle was approx. one-third full of liquid
(the contents were emptied out in the ETU Office); was located under the front passenger
side seat.    ERB 4/10/92

On the above date at approx. 2030 hrs., the abovementioned vehicle was processed for
latent prints and lifted.

LP #1 from the exterior left rear passenger window.  MAH

LP #2 from the interior right rear passenger window.  MAH

On the above date at approx. 2030 hrs., the following was performed in the ETU Office:

Chemically processed (exposed to super glue fumes) Exh's #18, 32, 33 and 40 for latent
prints–with negative results.  ERB

On the above date at approx. 2100 hrs., the following was performed in the ETU Office:

Processed for latent prints Exh's #15, 16, 26 and 29–with negative results.  ERB

On the above date at approx. 2125 hrs., the following was performed in the ETU Office:

Examined for the presence of blood and/or semen Exh's #11, 12, 13, 14, 17, 20, 21, 22, 23,
24, 25, 27, 28 and 30 with the Omniprint 1000 Alternate Light Source.  ERB

Page 4

ETU#  0402292
DATE  4-8-92
OFFENSE  Homicide Inv.
VICTIM  Rhonda Sue Warford

Supplementary Evidence Report

Observed:

 Unknown substances on Exh's #11 and 14.  ERB

Exh's #19 and 41 thru 44 were retained in the ETU Office for future processing.  ERB

Exh's #1-18 and 20-40 were placed in the LPD Property Room under tag #289157. ERB

LOUISVILLE DIVISION OF POLICE
EVIDENCE TECHNICIAN UNIT

LPD #0126-89

SUPPLEMENTARY EVIDENCE REPORT

| ETU # | OFFENSE: | LOCATION | | DATE OF OFFENSE |
|---|---|---|---|---|
| 0402292 | Homicide Investigation | 9 miles Southwest of Brandenburg off Ky. Hwy. 823 | | 04/05/92 |

| VICTIMS NAME: | | RACE/SEX/AGE | ADDRESS: |
|---|---|---|---|
| Rhonda Sue Warford | | W  F  19 | 104 East Whitney Avenue |

| DATE & TIME OF SUPP. REPORT: | SUSPECT/ARRESTED: | RACE/SEX/AGE |
|---|---|---|
| 04/08/92     1600 hrs. | 1) Jeffrey Dewayne Clark | W  M  21 |
| | 2) Garr Keith Hardin, Jr. | W  M  22 |

TO:
Physical Assault Unit
Meade Co. Sheriff's Office
KSP Lab
ID Lab

ATTENTION:
Det. J. Clark
Sheriff Joe Greer

On 04/08/92 at approximately 1600 hours, Det. M. Handy of the Physical Assault Unit came to the ETU office and requested that the following be performed in the basement of LPD Headquarters:

Exposed  two [2] rolls  of 35mm color film on photographs of 1974 primered blue two door Chevrolet Nova, Kentucky/ Jefferson County license number YVR-572, decal # F806710, exp. 6/92, VIN: 1X27H4L124249, mileage shown on odometer: 18794.6, and its contents.     MAH

Collected from the aforementioned vehicle:

Exhibit #1:  Trace lift from the driver's side front seat and backrest.          ERB

Exhibit #2:  Trace lift from the driver's side front floorboard.          ERB

Exhibit #3:  Trace lift from the driver's side rear seat and backrest.     ERB

Exhibit #4:  Trace lift from the driver's side rear floorboard.     ERB

Exhibit #5:  Trace lift from the passenger side front seat and backrest.     ERB

Exhibit #6:  Trace lift from the passenger side front floorboard.     ERB

Exhibit #7:  Trace lift from the passenger side rear seat and backrest.     ERB

Exhibit #8:  Trace lift from the passenger side rear floorboard.     ERB

Exhibit #9:  Trace lift from the driver's side trunk area.     ERB

Exhibit #10:  Trace lift from the passenger side trunk area.          ERB

Exhibit #11:  One [1] Firenze brand light gray hooded sweat jacket with a zippered front, size Large; was located in the front passenger side seat.     ERB

Exhibit #11A:  One [1] set of keys; removed from the left front pocket of Exhibit #11.     ERB

Exhibit #12:  One [1] long-sleeve blue denim type jacket; no size or brand located;
OVER ———➤

REVIEWED BY
CMDG. OFFICER:___Sgt. D. Allen___     TECHNICIAN:__Bennett. Haun__     UNIT:_987.985A_

the exhibit was located on the rear driver's side seat.    ERB

Exhibit #13: One [1] black seat cover containing suspected hairs and fibers; was located on the floorboard area between the rear passenger side and the driver's side rear seats.    ERB

Exhibit #14: One [1] light green towel; was located on the front passenger side floorboard.    ERB

Exhibit #15: One [1] compact disc inside a plastic case, and was entitled Metallica... And Justice For All. Was located on the floorboard area between the front passenger side and the driver's side front seats.    ERB

Exhibit #16: One [1] Focal brand VHS 120 HQ video tape with a white label containing the handwriting "Jimmy's Wedding" & Tina's; was located in the same floorboard area as exhibit #15.    ERB

Exhibit #17: Two [2] screwdrivers: one with a brown handle, the second a Stanley brand with a black and yellow handle.    ERB    MAH

Exhibit #18: One [1] red plastic cup.    ERB

Exhibit #19: One [1] brown paper bag.    ERB

Note: Exhibits #17-#19 were located on the front passenger side floorboard.

Exhibit #20: One [1] small blue sock; was located on the rear driver's side floorboard.    MAH

Exhibit #21: One [1] knife with a black and silver handle and a broken blade which contains suspected hair; the blade is engraved with the word BUCK; the exhibit is approximately 7" in overall length and has a remaining blade length of approximately 3"; was located on the rear driver's side floorboard.    ERB

Exhibit #22: One [1] pair of India Primble scissors; was located on the console area between the driver and passenger side front seats.    ERB

Exhibit #23: One [1] brownish color sheath; was located on the rear driver's side floorboard.    ERB

Exhibit #24: Three [3] screwdrivers; a Matco brand with a red handle, one with a yellow handle, and the third with a black and yellow handle; were located on the rear driver's side floorboard.    ERB

Exhibit #25: One [1] green rubber glove; was located on the rear passenger side floorboard.    ERB

Exhibit #26: One [1] empty flip top Marlboro cigarette package; red, white, gold and black in color; was located on the rear passenger side floorboard.

Karen:

Can you type exh. #16 where it
says "Jimmy's Wedding"
                @
              Tina's

the way it's written.

Thanks.

LOUISVILLE DIVISION OF POLICE          LPD #0126-89
EVIDENCE TECHNICIAN UNIT

SUPPLEMENTARY EVIDENCE REPORT

| ETU # 0402292 | OFFENSE: | LOCATION | DATE OF OFFENSE |
|---|---|---|---|

| VICTIMS NAME: | RACE/SEX/AGE | ADDRESS: |
|---|---|---|

| DATE & TIME OF SUPP. REPORT: | SUSPECT/ARRESTED: | RACE/SEX/AGE |
|---|---|---|

TO:                                    ATTENTION:

[continued]

Exhibit # 27: One [1] green rubber glove; was located on the rear driver's side floor-board.    ERB

Exhibit # 28: One [1] empty tan purse; was located on the rear driver's side floor-board.    ERB

Exhibit # 29: One [1] empty flip top Marlboro cigarette package; red, white, gold and black in color. Was located underneath the driver's front seat.    ERB

Exhibit # 30: Five [5] Ninja-type "stars", each of which have several points with sharp edges; were located in the glove compartment.    MAH

Exhibit # 31: One [1] live round, brand R  m [second letter, if any, is unclear]; was located in the glove compartment.    MAH

Exhibit # 32: One [1] pair of Cool-Ray sunglasses; was located under the front driver's seat.    MAH

Exhibit # 33: One [1] cigarette lighter, green in color; was located on the rear driver's side floorboard.    MAH

Exhibit # 34: One [1] Mead brand 3x5 in. memo book; was located on the rear driver's side floorboard.    ERB

Exhibit # 35: One [1] silver pierced style earring in the shape of a knife with a skull and crossbones attached to it; was located under the front passenger seat.    MAH

Examined the interior of the abovementioned vehicle with the Omniprint 1000 Alternate Light source, and collected the following: [for the presence of blood and/or semen.]

OVER ⟶

| REVIEWED BY | | |
|---|---|---|
| CMDG. OFFICER: | TECHNICIAN: | UNIT: |

ETU110

4

Exhibit #36: One [1] sample of the carpeting which was so located on the driver's side of the trunk; observed a stain of unknown origin.   MAH

Exhibit # 37: One [1] sample of the carpeting which was located on the passenger side of the trunk; observed a stain of unknown origin.   MAH

Exhibit # 38: Control gauze.   ERB

Exhibit # 39: Gauze with an observed unknown substance; the substance was observed on so a section of wire which was located on the passenger side of the trunk.   ERB

Collected from the abovementioned vehicle:

Exhibit # 40: One [1] empty green, red and white so aluminum soft drink can, Mountain Dew brand, twelve fluid ounce size; was located on the rear passenger side floor-board.   ERB

Exhibit # 41: One [1] glass soft drink bottle, sixteen fluid ounce size, bottle Coca Cola Classic brand; bottle was approximately three-quarters full of liquid [the contents were emptied out in the ETU office]; was located on the rear passenger side floorboard.   ERB

Exhibit # 42: One [1] brown paper bag; was located on the rear passenger side floorboard.   ERB

Exhibit # 42A: One [1] glass bottle, one quart size, with the red, blue and white Budweiser brand label; its top has the price tag marked Dairy Mart and 189¢. the bottle was approximately one-third full of liquid [the contents were emptied out in the ETU office]; the exhibit was located removed from exhibit # 42.   ERB

Exhibit # 43: One [1] twenty fluid ounce size green glass soft drink bottle with a red, yellow, white and green Mountain Dew label; the bottle was approximately one-fourth full of liquid [the contents were emptied out in the ETU office]; was located on the front floorboard just to the right of the driver's side front seat.   ERB

Exhibit # 44: One [1] clear glass twenty fluid ounce size soft drink bottle, with a torn black, red, white and blue label for Coca-Cola or Coke; the bottle was [approximately] one-third full of liquid [the contents were emptied out in the ETU office]; was located under the front passenger side seat.   ERB

LOUISVILLE DIVISION OF POLICE
EVIDENCE TECHNICIAN UNIT

LPD #0126-89

SUPPLEMENTARY EVIDENCE REPORT

| ETU # | OFFENSE: | | LOCATION | DATE OF OFFENSE |
|-------|----------|--|----------|-----------------|
| 0402292 | | | | |

| VICTIMS NAME: | | RACE/SEX/AGE | ADDRESS: | |
|---|---|---|---|---|

| DATE & TIME OF SUPP. REPORT: | SUSPECT/ARRESTED: | RACE/SEX/AGE |
|---|---|---|

TO:                                         ATTENTION:

On the above date at approximately 2030 hours, the abovementioned vehicle was processed for latent prints and lifted:

LP #1 from the exterior left rear passenger window.          MAH
LP #2 from the interior right rear passenger window.         MAH

On the above date at approximately 2030 hours, the following was performed in the ETU office:

Chemically processed [Exposed to super glue fumes] exhibits #18, #32, #33 and #40 for latent prints — with negative results.          ERB

On the above date at approximately 2100 hours, the following was performed in the ETU office:
Processed for latent prints exhibits #15, #16, #26 and #29 — with negative results.          ERB

On the above date at approximately 2125 hours, the following was performed in the ETU office:
Examined exhibits #11, #12, #13, #14, #17, #20, #21, #22, #23, #24, #25, #27, #28, and #30 with the Omniprint 1000 Alternate Light Source, for the presence of blood and/or semen.          ERB

Observed:
Unknown substances on exhibits #11 and #14.          ERB

Exhibits #19 and #41 thru #44 were retained in the ETU office for future processing.          ERB

Exhibits #1 — 18 and #20 — 40 were placed in the LPD Property Room under tag number 289157.          ERB

| REVIEWED BY | | | |
|---|---|---|---|
| CMDG. OFFICER: | TECHNICIAN: | UNIT: |

## VEHICLE SEARCH DIAGRAM

1. Trace lift
2. Trace lift
3. Trace lift
4. "
5. "
6. "
7. "
8. "
9. "
10. "
11. Sweat jacket #11A Keys [removed from pocket # ] exh# 11
12. Denim jacket
13. Seat cover
14. Towel
15. compact disc
16. Video tape
17. 2 screwdrivers
18. Plastic cup
19. Paper bag
20. Sock
21. Knife
22. Scissors
23. Sheath
24. 3 screwdrivers
25. Rubber glove
26. Cigarette package
27. Rubber glove
28. Purse

VIN NO. 1X27H4L124299
MAKE Chevrolet
MODEL Nova
YEAR 1974
COLOR Blue [primered]
LICENSE NO. Ky. Jeff Co. YVR-572
MILEAGE 18794.6 [shown on odometer]

LEFT    RIGHT

HOOD

DASH    GLOVE COMPARTMENT

FLOOR    15  16    14  17    6  18    19    2

SEAT    22    1    11    5

BACKREST    1    5

FLOOR    23  28  18    25    21  27  4  20    8  26    24

SEAT    3  12    7

BACKREST    3    7

DECK

TRUNK    9    10

LIC. NO.

NAME (V) Rhonda Sue Warford
DATE 04/08/92
ETU NO. 0402292
TECHNICIAN Bennett · Haun

LPD #0125-91B

ETU113

VEHICLE SEARCH DIAGRAM

[continued]

| | |
|---|---|
| 29 1. | Cigarette package [under the seat] |
| 30 2. | Ninja stars |
| 31 3. | Live round |
| 32 4. | Sunglasses [under the seat] |
| 33 5. | Cigarette lighter |
| 34 6. | Memo book |
| 35 7. | Earring [under the seat] |
| 36 8. | Carpet sample |
| 37 9. | Carpet sample |
| 38 10. | Control gauze [not shown] |
| 39 11. | Gauze w/ an unknown substance |
| 40 12. | Aluminum can |
| 41 13. | Soft drink bottle |
| 42 14. | Paper bag |
| 42A 15. | Glass bottle [inside exh. # 42A] |
| 43 16. | Soft drink bottle |
| 44 17. | Soft drink bottle [under the seat] |
| 18. | |
| 19. | |
| 20. | |
| 21. | |
| 22. | |
| 23. | |
| 24. | |
| 25. | |
| 26. | |
| 27. | |
| 28. | |

LEFT    RIGHT

HOOD

DASH    30
31 GLOVE
COMPARTMENT

FLOOR
43

29    SEAT    35
32            44

BACKREST

33    FLOOR    40    42 [42A]
34            41

SEAT

BACKREST

DECK

39

36    37

TRUNK

LIC. NO.

VIN NO. ___1 X 27 H 4 L 124299___

MAKE ___Chevrolet___

MODEL ___Nova___

YEAR ___1974___

COLOR ___Blue [primered]___

LICENSE NO. ___KY/ Jeff Co. YVR-572___

MILEAGE ___18794.6 [shown on odometer]___

NAME ___(W) Rhonda Sue Warford___

DATE ___04/08/92___

ETU NO. ___0402292___

TECHNICIAN ___Bennett • Haun___

LPD #0125-91B

ETU114

EVIDENCE TECHNICIAN UNIT

LATENT PRINT VEHICLE SEARCH DIAGRAM

| E.T.U. #  | OFFENSE | DATE AND TIME |
|-----------|---------|---------------|
| 0402292   | Homicide Investigation | 04/08/92 |



LP #2 (int.)
M.A.H.



LP #1 M.A.H.



VIN NO.  1X27H4L124299

MAKE  Chevrolet

MODEL  Nova

YEAR  1974

COLOR  Blue [primered]

LICENSE NO.  Ky. / Jeff. Co.  YVR-572

MILEAGE  18794.6 [shown on odometer]

TECHNICIAN  Bennett · Haun

UNIT  987 · 985A

LPD #0125-91A

ETU115

```
AUTO                       LOUISVILLE POLICE DEPARTMENT                    04/09/92
                    AUTO REGISTRATION SCAN SELECTION MATCHES         PAGE : 00001

OLICENSE    VEH ID NUMBER      ISSUE    EXPIRE    SSN NUMB   YR MAKE ST CLR MODEL
  YVR572   1X27H4L124299      08/21/91 92/09/12 418086054 74-CHEV 2D BLU NOVA
  CLARK JEFFREY D                     4519 COD DR., LOUISVILLE KY 40272




        ENTER "PRT" TO SEND THESE RESULTS TO A PRINTER,    1 MATCHES DISPLAYED
P/1    ENTER PAGING COMMAND,  PRESS ENTER FOR NEXT PAGE, OR CLEAR TO CANCEL
```

ETU116

LPD 0007

CONSENT TO SEARCH

I, _JEFF Clark_____, knowing that I have a constitional

right to refuse a search of my premises located at _____N/A_____

_____

or, automobile described as follows, _1974 NOVA____Ky YVR-527_

_____ hereby authorize _Det. Mark Handy_
                                                          (NAME)

_____ of ___Louisville Police_____
     (NAME)              (POLICE DEPARTMENT or SHERIFF'S OFFICE)
who are conducting an investigation concerning _Homicide_

_____ to make a complete search of these premises, or

automobile, and to take therefrom any evidence pertaining to this investigation.

_Det. Mark Handy_                        X _Jeff Clark_
                                              (SIGNED)

_____
     (WITNESSES)



ETU117

E.T.U.#
0402292

DET. J. CLARK
P.A.U.

## LOUISVILLE POLICE DEPARTMENT PHOTO LABORATORY

DATE PHOTOS TAKEN: _4-7-92_____

PHOTOS OF: _STANDUPS :_____

_____ KEITH HARDIN JR. W/M/23

_____

_____

_____

_____

_____

SPECIFY POINTS OF INTEREST IN PHOTOS TAKEN SO THAT
LAB TECHNICIANS MAY KNOW WHAT PHOTOS YOU ARE
MOST INTERESTED IN: _____

_____ PRINT _____

_____

_____

_____

_____

PHOTOS TAKEN BY: _M. HAUN_____

NUMBER OF PRINTS REQUIRED FROM EACH NEG. _1_____

RETURN PRINTS TO: DIST. OR BUREAU: _E.T.U._____

1 ROLL 35mm FILM

ETU118

LOUISVILLE DIVISION OF POLICE                    LPD #0126-89
EVIDENCE TECHNICIAN UNIT

## SUPPLEMENTARY EVIDENCE REPORT

| ETU #: | OFFENSE: | LOCATION | DATE OF OFFENSE |
|---|---|---|---|
| 0402292 | Homicide Investigation | 9 Miles southwest of Brandenburg off KY Hwy 823 | 4-5-92 |

| VICTIMS NAME: | RACE/SEX/AGE | ADDRESS: |
|---|---|---|
| Rhonda Sue Warford | W    F    19 | 104 E. Whitney Ave. |

| DATE & TIME OF SUPP. REPORT: | SUSPECT/ARRESTED: | RACE/SEX/AGE |
|---|---|---|
| 4-7-92      1924 | 1) Jeffrey Dewayne Clark | W    M    21 |
|  | 2) Garr Keith Hardin Jr. | W    M    22 |

| TO: | PAU | ATTENTION: | Det. J. Clark |
|---|---|---|---|
|  | Meade County Sheriff's Department |  | Sheriff Joe Greer |

On 4-7-92 at approx. 1924 hrs., received a telephone call from Det. H. Greer, Physical Assault Unit, requesting ETU respond to the PAU Office. Upon arrival was met by Det. H. Greer and Det. C. Edelen who requested the following:

Exposed one (1) roll of 35mm film of above #2 Suspect (Garr Keith Hardin, Jr., W/M/22).   MAH

REVIEWED BY
CMDG. OFFICER:  _Sgt. D. Allen_          TECHNICIAN: _G. Dudgeon/M. Haun_      UNIT: 985/985A
keb

L UISVILLE DIVISION OF POLICE
EVIDENCE TECHNICIAN UNIT

LPD #0126-89

SUPPLEMENTARY EVIDENCE REPORT

| ETU # | OFFENSE: | LOCATION 9 MILES SOUTHWEST OF BRANDENBURG OFF KY. HIGHWAY 823 | DATE OF OFFENSE |
|---|---|---|---|
| 0402292 | HOMICIDE INVESTIGATION | | 04-05-92 |
| VICTIMS NAME: | RACE/SEX/AGE | ADDRESS: | |
| RHONDA SUE WARFORD | W-F-19 | 104 EAST WHITNEY AVE. | |
| DATE & TIME OF SUPP. REPORT: | SUSPECT/ARRESTED: #1 - JEFFREY DEWAYNE CLARK #2 - GARR KEITH HARDIN, JR. | RACE/SEX/AGE W-M-21 W-M-22 | |
| 04-07-92   1924 | | | |

TO: PHYSICAL ASSAULT UNIT          ATTENTION: DET. J. CLARK
    MEADE COUNTY SHERIFF'S DEPARTMENT          SHERIFF JOE GREER

ON 04-07-92 AT APPROXIMATELY 1924 HOURS, RECE
A TELEPHONE CALL FROM DET. H. GREER, PHYSICAL ASSAULT UNIT,
REQUESTING E.T.U. RESPOND TO THE PHYSICAL ASSAULT UNIT
OFFICE. UPON ARRIVAL WAS MET BY DET. H. GREER AND DET.
C. EDELEN WHO REQUESTED THE FOLLOWING:

EXPOSED:

ONE ROLL OF 35 MM FILM OF ABOVE #2 SUSPECT (GARR
KEITH HARDIN, JR., W-M-22) M.A.H.

REVIEWED BY
CMDG. OFFICER: SGT. D. ALLEN    TECHNICIAN: G. DUDGEON/M. HAUN UNIT: 985/985A

ETU120

LOUISVILLE DIVISION OF POLICE
EVIDENCE TECHNICIAN UNIT

LPD #0126-89

SUPPLEMENTARY EVIDENCE REPORT

| ETU #: | OFFENSE: | LOCATION | DATE OF OFFENSE |
|---|---|---|---|
| 0402292 | Homicide Investigation | 9 Miles southwest of Brandenburg off KY Hwy 823 | 4-5-92 |

| VICTIM'S NAME: | RACE/SEX/AGE | | | ADDRESS: |
|---|---|---|---|---|
| Rhonda Sue Warford | W | F | 19 | 104 W. Whitney Ave. |

| DATE & TIME OF SUPP. REPORT: | SUSPECT/ARRESTED: | RACE/SEX/AGE |
|---|---|---|
| 4-6-92     1859 | Jeffrey Dewayne Clark | W   M   21 |

TO:

ATTENTION:

PAU
Meade County Sheriff's Department

Det. J. Clark
Sheriff Joe Greer

On 4-6-92 at approx. 1859 hrs., received a telephone call from Det. J. Assef, Physical Assault Unit, requesting ETU respond to the Physical Assault Unit Office. Upon arrival was met by Det. H. Greer and Meade County Sheriff Joe Greer who requested the following:

Exposed one (1) roll of 35mm film of the above suspect (Jeffrey Dewayne Clark, W/M/21).     GRD

REVIEWED BY
CMDG. OFFICER: _Sgt. D. Allen_     TECHNICIAN: _G. Dudgeon_     UNIT:     985

keb

ETU121

JISVILLE DIVISION OF POLICE
EVIDENCE TECHNICIAN UNIT

LPD #0126-89

SUPPLEMENTARY EVIDENCE REPORT

| ETU # | OFFENSE: | LOCATION | DATE OF OFFENSE |
|---|---|---|---|
| 0702292 | HOMICIDE INVESTIGATION | 9 MILES SOUTHWEST OF BRANDENBURG OFF KY. HIGHWAY 823 | 04-05-92 |

| VICTIMS NAME: | RACE/SEX/AGE | ADDRESS: |
|---|---|---|
| RHONDA SUE WARFORD | W - F - 19 | 104 EAST WHITNEY AVE. |

| DATE & TIME OF SUPP. REPORT: | SUSPECT/ARRESTED: | RACE/SEX/AGE |
|---|---|---|
| 04-06-92   1859 | JEFFREY DEWAYNE CLARK | W-M-21 |

TO: PHYSICAL ASSAULT UNIT          ATTENTION: DET. J. CLARK
    MEADE COUNTY SHERIFF'S DEPARTMENT          SHERIFF JOE GREER

ON 04-06-92 AT APPROXIMATELY 1859 HOURS, RECEIVED A
TELEPHONE CALL FROM DET. J. ASSEF, PHYSICAL ASSAULT UNIT,
REQUESTING E.T.U. RESPOND TO THE PHYSICAL ASSAULT UNIT
OFFICE. UPON ARRIVAL WAS MET BY DET. H. GREER AND
MEADE COUNTY SHERIFF JOE GREER WHO REQUESTED THE
FOLLOWING:

EXPOSED:
ONE ROLL OF 35 MM FILM OF THE ABOVE SUSPECT
(JEFFREY DEWAYNE CLARK, W-M-21). G.R.D.

REVIEWED BY
CMDG. OFFICER: SGT. D. ALLEN    TECHNICIAN: G. DUDGEON    UNIT: 985

**LOUISVILLE DIVISION OF POLICE**
EVIDENCE TECHNICIAN UNIT
**ORIGINAL REPORT**

Foreign-MC 4-99-093

ETU #: 0402292    SQWK. #: Meade Co.    **LOCATION:** 9 Miles Southwest of    **DATE:** 4-5-92

Sheriff's Department    Brandenburg of KY Hwy. 823

**OFFENSE:** Homicide Inv.    **TIME REC'D:** 2159    **ARRIVAL TIME:** 2218    **CLEARED SCENE:** 2308

RACE/SEX/AGE

VICTIM: Rhonda Sue Warford W/F/19    **ADDRESS:** 104 E. Whitney Ave.

RACE/SEX/AGE

SUSPECT(S): _____    **ARRESTED:** _____

**ADDRESS:** _____    **ADDRESS:** _____

TO: PAU
Meade Co. Sheriff's Department    **ATTENTION:**    Det. J. Clark
Sheriff Joe Greer

On 4-5-92 at approx. 2159 hrs., Det. J. Tarter came to the ETU Office and requested that ETU respond to 104 E. Whitney Ave. Upon arrival was met by Det. J. Clark, Det. J. Tarter, PAU, and Sheriff Joe Greer, Meade County Sheriff's Department, who requested the following:

Exposed two (2) rolls of 35mm film of the front exterior and interior bedroom on northeast side of residence at 104 E. Whitney Ave. and assorted items of evidence. PVS

REVIEWED BY
COMMANDING OFFICER: Sgt. D. Allen    **TECHNICIAN:** G. Dudgeon/P. Smith/M. Haun

DATE: 04/08/92    **DATE:** 4-5-92    **UNIT:** 985/982/985A

keb

LPD #0135-91

LPD #0135-89

LOUISVILLE DIVISION OF POLICE
EVIDENCE TECHNICIAN UNIT

FOREIGN- MC 4-99-093
ORIGINAL REPORT

ETU # _0402292_   SQWK. # _MEADE COUNTY_ LOCATION _9 MILES SOUTHWEST_ DATE: _04-05-92_
_SHERIFF'S DEPARTMENT_   _OF BRANDENBURG OF KY. HIGHWAY 823_

OFFENSE _HOMICIDE_   TIME RECEIVED _2159_ ARRIVAL TIME _2218_ CLEARED SCENE _2308_
_INVESTIGATION_   RACE/SEX/AGE

VICTIM: _RHONDA SUE WARFORD_ ADDRESS: _104 EAST WHITNEY AVE._
_W-F-19_   RACE/SEX/AGE

SUSPECT(S):_____ ARRESTED:_____

ADDRESS_____ ADDRESS:_____
TO: _PHYSICAL ASSAULT UNIT_   _DET. J. CLARK_
_MEADE COUNTY SHERIFF'S_ ATTENTION: _DEPARTMENT SHERIFF JOE GREER_

ON 04-05-92 AT APPROXIMATELY 2159 HOURS, DET. J. TARTER
CAME TO THE E.T.U. OFFICE AND REQUESTED THAT E.T.U.
RESPOND TO 104 EAST WHITNEY AVE. UPON ARRIVAL WAS MET
BY DET. J. CLARK, DET. J. TARTER, PHYSICAL ASSAULT UNIT,
AND SHERIFF JOE GREER, MEADE COUNTY SHERIFF'S DEPARTMENT
WHO REQUESTED THE FOLLOWING:

EXPOSED:                               FRONT EXTERIOR AND INTERIOR
TWO (2) ROLLS OF 35 MM FILM OF THE BEDROOM ON
                                    AT 104 EAST WHITNEY AVE.
NORTHEAST SIDE OF RESIDENCE AND ASSORTED ITEMS
OF EVIDENCE. P.V.S.

REVIEWED BY
COMMANDING OFFICER: _SGT. D. ALLEN_   TECHNICIAN: _G. DUDGEON / P. SMITH / M. HAUN_

DATE:_____   DATE: _04-05-92_   UNIT: _985/982/985A_

ETU124

E.T.U. #
040 7292

PHYSICAL ASSAULT UNIT
DET. J. CLARK

## LOUISVILLE POLICE DEPARTMENT PHOTO LABORATORY

DATE PHOTOS TAKEN: 04-06-92

PHOTOS OF: STAND-UP OF:

JEFFREY DEWAYNE CLARK

W-M-21

SPECIFY POINTS OF INTEREST IN PHOTOS TAKEN SO THAT LAB TECHNICIANS MAY KNOW WHAT PHOTOS YOU ARE MOST INTERESTED IN:

PRINT

PHOTOS TAKEN BY: G. DUDGEON

NUMBER OF PRINTS REQUIRED FROM EACH NEG. 1

RETURN PRINTS TO: DIST. OR BUREAU: E.T.U.

ONE ROLL OF 35 MM FILM

ETU125

ETU# 0402292

PAU

Det. J. Clark

## LOUISVILLE POLICE DEPARTMENT PHOTO LABORATORY

DATE PHOTOS TAKEN: _4/3/92_

PHOTOS OF: _Murder Inv_

_104 E. Whitney Av._

SPECIFY POINTS OF INTEREST IN PHOTOS TAKEN SO THAT LAB TECHNICIANS MAY KNOW WHAT PHOTOS YOU ARE MOST INTERESTED IN: _Print_

PHOTOS TAKEN BY: _P. Smith_

NUMBER OF PRINTS REQUIRED FROM EACH NEG. _1_

RETURN PRINTS TO: DIST. OR BUREAU: _ETU_

2 Rolls 35 mm Film

ETU126