```
KENTUCKY STATE POLICE                              LABORATORY NO. 92-2-1424
JEFFERSON REGIONAL FORENSIC LABORATORY             CASE NO. MC-4-92-093
3600 CHAMBERLAIN LANE, SUITE 410
LOUISVILLE, KENTUCKY 40241
(502) 426-8240                                     Clark, Jeffrey D.    (S)
                                                   Hardin, Garr K.     (S)
                                                   Warford, Rhonda Sue (V)
                                                   92-2-1490
                                                   92-2-1498
                                                   92-2-1558
```

## REPORT OF FORENSIC LABORATORY EXAMINATION

SUBMITTED BY: Sheriff Greer, Meade County Sheriff Dept.                CO: 082

RECEIVED:   DATE: 4-6-92     TIME: 10:45 a.m.   VIA: Sheriff Greer

RETURNED TO: Held for pick up      DATE:         VIA:

**MATERIAL SUBMITTED:**

SEE ATTACHMENT

**EXAMINATION REQUESTED:**

Serological analysis and hair comparisons. Refer to Laboratory Report Number 92-2-1490 for Exhibits 19B through 19G.
Refer to Laboratory Report Number 92-2-1498 for Exhibits 21B through 22.
Refer to Laboratory Report Number 92-2-1558 for Exhibits A1 through A39 for exhibits concerning the automobile.

**RESULTS OF EXAMINATION:**

SEE ATTACHMENT

DATE COMPLETED: 04-30-92
dm

SIGNATURE OF EXAMINER
Robert D. Thurman

DEFENDANT'S EXHIBIT
CASE NO. 3:17-cv-419-GNS
EXHIBIT NO. 17

LMPD00168

LABORTORY NO. 92-2-1424
CASE NO. MC-4-92-093

Clark, Jeffrey D.      (S)
Hardin, Garr K.        (S)
Warford, Rhonda Sue    (V)
92-2-1490
92-2-1498
92-2-1558

MATERIAL SUBMITTED:

Exhibit 1: Bloody leaves from face of Rhonda Warford.

Exhibit 2: Bloody leaves found by keys.

Exhibit 3: Blood sample from Rhonda Warford.

Exhibit 5: Sexual Assault Evidence Collection Kit from Rhonda Warford:
    Exhibit 5A: Pubic hair combings.
    Exhibit 5B: Pubic hair standards.
    Exhibit 5C: Head hair standards.
    Exhibit 5D: Four (4) saliva swabs.
    Exhibit 5E: Blood standard.
    Exhibit 5F: Four (4) vaginal swabs.
    Exhibit 5G: Two (2) control swabs.
    Exhibit 5H: Vaginal smear.
    Exhibit 5I: One (1) pair of red panties.

Exhibit 6: Head hair standards from Rhonda Warford.

Exhibit 7: Hair and fingernail scrapings from right hand of Rhonda Warford.

Exhibit 8: Hair and fingernail scrapings from left hand of Rhonda Warford.

Exhibit 9: Hair taken from right hand of Rhonda Warford.

Exhibit 10: Bag used to cover left hand at crime scene.

Exhibit 11: Bag used to cover right hand at crime scene.

Exhibit 14: One (1) white, red, and black jacket worn by Rhonda Warford.

Exhibit 15: One (1) blue shirt worn by Rhonda Warford.

*Robert D. Thurman*

LMPD00169

LABORATORY NO. 92-2-1424
CASE NO. MC-4-92-093

Clark, Jeffrey D. (S)
Hardin, Garr K. (S)
Warford, Rhonda Sue (V)
92-2-1490
92-2-1498
92-2-1558

Exhibit 16: One (1) pair of red sweatpants worn by Rhonda Warford.

Exhibit 17: One (1) white bra worn by Rhonda Warford.

Exhibit 18: One (1) pair of white canvas shoes worn by Rhonda Warford.

RESULTS OF EXAMINATION:

Exhibits 5D and 5E show that Rhonda Warford is a blood group A secretor.

No semen was found on Exhibits 5D, 5F, 5H, and 5I.

Human blood found on the following exhibits was characterized as follows:

| | PGM | EAP |
|---|---|---|
| Exhibit 1 | 2-1+ | BA |
| Exhibit 2 | 2-1+ | BA |
| Exhibit 5E (Rhonda Warford standard) | 2-1+ | BA |
| Exhibit 11 | 2-1+ | BA |

Jeffrey Clark's blood standard (Laboratory Report Number 92-2-1490) contained the genetic marker PGM 1+..

Garr Hardin's blood standard (Laboratory Report Number 92-2-1498) contained the genetic markers PGM 1+ and EAP BA.
Genetic markers found in Exhibits 1, 2, and 11 are consistent with those found in Exhibit 5E and may have common origin.

Robert D. Thurman

LABORATORY NO. 92-2-1424
CASE NO. MC-4-92-093

| | |
|---|---|
| Clark, Jeffrey D. | (S) |
| Hardin, Garr K. | (S) |
| Warford, Rhonda Sue | (V) |

92-2-1490
92-2-1498
92-2-1558

Chemical tests indicated the presence of blood on Exhibits 7 and 8 in a quantity too limited for further analysis.

No blood was found on Exhibits 10 and 18.

Two (2) Caucasian pubic hairs found in Exhibit 5A are similar in color and microscopic characteristics to Exhibit 5B and may have common origin.

Caucasian head hairs found in Exhibits 7, 8, 14, and 15 and one (1) Caucasian head hair found in Exhibit 9 are similar in color and microscopic characteristics to Exhibit 5C and may have common origin.

One (1) Caucasian head hair found on Exhibit 16 was similar in color and microscopic characteristics to Exhibit 21C and may have common origin.

Several Caucasian head hairs found in Exhibits 9 and 16 were dissimilar to all hair standards submitted.

No hairs were found on Exhibit 17.

One (1) animal hair was found in Exhibit 5I.

Exhibit 6 is being returned unexamined.

DISPOSITION OF EVIDENCE:

A portion of Exhibits 3 and 5E is being returned in dried form.
Hairs: Retained on file at the laboratory.

Robert D. Thurman