| | | |
|---|---|---|
| AOC-275.6<br>Rev. 6-91<br>Commonwealth of Kentucky<br>Court of Justice<br>KRS 403 | **Commonwealth of Kentucky**<br>Motion and Order to Amend Prior<br>Domestic Violence Order | Case No. 91_____<br>Court _FC # 5_<br>County _____ |

_Amy_ _____ _Remsberg_          PETITIONER
First   Middle   Last

V.

_Jeffrey_ _D_ _Clark_          RESPONDENT
First   Middle   Last

3510 Newburg Rd
Lot #9
(Directions for rural areas)    40218

Date of Birth _____
Social Security No. _____

CAUTION:
☐ Weapon involved
☐ Believed to be armed

## Motion

Comes the Petitioner/Respondent (Circle one) and moves the court to amend its previous order dated _____ in the following manner: _I would like to return home with other orders standing._

_9-9-91_
Date

_Amy Remsberg_
Signature of Petitioner/Respondent

_____
Signature of Attorney (if any)

Copies to:
- Court File
- Party Seeking Amendment
- Party Answering Motion

Ensure shaded areas are completed and legible.

**CLERK'S USE**
Hearing Date _9-23_
Hearing Time _1:00_
Hearing Location _Hall 2nd Bl___

DEFENDANT'S EXHIBIT
CASE NO. 3:17-CV-419-SNS
EXHIBIT NO. 18

ARK 001045