DSS-115
R.7.87

**COMMONWEALTH OF KENTUCKY**
**CABINET FOR HUMAN RESOURCES**
**DEPARTMENT FOR SOCIAL SERVICES**

**CONFIDENTIAL**
**SUSPECTED ABUSE/NEGLECT, DEPENDENCY OR EXPLOITATION REPORTING FORM**

TYPE REPORT: [X] Child  [ ] Adult  [ ] Spouse   County of Report _Jefferson_   Time Report Received _1340_

Report Date _4-1-91_   Incident Date(s) _7-10-91_

1. Name(s)   8-9-88   Age  Sex  Nature of Report
   a. _Eensburg, Randal_   2  M

   CHILD:
   1. Physical Injury
   2. Sexual Abuse
   3. Mental Injury
   4. Neglect
   5. Dependency

   ADULT:
   6. Adult Abuse
   7. Spouse Abuse
   8. Self-Neglect
   9. Caretaker Neglect
   10. Exploitation

2. Current Address _2205 Quinn Ct._ _40216_ _Jeff_ _448-0377_
   Street/Rural Route  City/Zip  County  Telephone #

3. Directions ___

4. Parent(s)/Guardian/Caretaker _Amy Bensburg_   Relationship _Mom_

5. Other Known Household Members _Heather 5-22-91_

6. Describe nature/extent/causes of abuse/neglect/dependency, or exploitation. List witnesses and/or collateral contacts, previous incidents or reports. Describe behavior of adult victim and of alleged perpetrator (dangerous?)

   _Amy stated that on 7-1-91 she and b/f came in_
   _and b/f picked up her son Randal w/ms from the_
   _room. Amy went in soon as they entered the man_
   _came out_ _would_ _as well as the child._ _he has_

7. Alleged Perpetrator, if different from 4 above: DOB _6-3-70_ SS# _____ 68-6054
   Name _Cupping Clark_   Relationship _paramour_
   Address _3514 Cardbury Rd Lot C 7 Jeff 40212_   _none_
   Street/Rural Route  City/Zip  County  Telephone #
   _works Pepsi center (natural Ice pepsi)_

8. Person Taking Report _Sgt. L.G. _____   Title _CACU_

9. Worker Assigned to Investigate ___   County ___   Telephone # ___

   by Family Services Office Supervisor ___

10. ATTENTION: LAW ENFORCEMENT  [ ] Certification of Receipt of Report on Form JC-3 or by Other Law Enforcement Means.
    Kentucky Revised Statutes, Chapter 620.030 and/or 209.030(2), dealing with suspected child physical or sexual abuse and suspected adult abuse, neglect, exploitation, or spouse abuse requires the Department for Services to notify the appropriate law enforcement agency.

    INTERVENTION REQUESTED [ ]   [ ] At your discretion

    Sent to ___, County Attorney

11. Person Making Report _Amy Bensburg_   Title/Relationship _Mom_
    Address _2205 Quinn Ct._ _40216_ _Jeff_ _4-1-91_
    Street/Rural Route  City/Zip  County  Telephone #

DEFENDANT'S EXHIBIT
CASE NO. 3:17-CV-419-GNS
EXHIBIT NO. 19

LMPD00073

DSS 115 (Pg. 2)

(CON'T) they got to their home on Newbury Rd Jeff paddled her Ch but did not leave any marks. On 7-10-91 Jeff picked up a [switch] and [wounded/whipped] [child] at leaving 7 or 8 bruises on the child's right back and buttocks. When the child would not stop crying he struck a blanket into the child's mouth. When the ch began to choke she bit his finger. Jeff smacked the ch on the right side of the face causing a blood spot to appear on the Ch's right [eye]. Child was taken to Dr on 7-12-91.

12. Present Location of Children: 2205 [Gunn] Ct   Phone:
13. Where Incident Took Place: 3510 Newbury Rd C-7
14. Parent Out of Home:
    Address:                                          Phone:
    Employed:                                         Phone:
15. Employment of In-Home Parent:
16. School Attending:
17. Person(s) Who Witnessed Incident or Have First Hand Information Regarding the Care the Children Receive:
    * Name:                              Relationship:
      Address:                           Phone:
    * Name:                              Relationship:
      Address:                           Phone:
18. History of Abuse/Neglect to Child(ren)/Siblings:
                                                      DSS #
                                                      DSS Active: ___ Yes ___ No
19. Social Worker's Perception of Report:

20. Time Completed: