SHERIFF JOE GREER:    It is April 10, 1992. The time is five minutes after 2 p.m. in the afternoon. The place of this interview is the Meade County Sheriff's Department.

Present during this interview is myself Joseph E. Greer, Sheriff of Meade County; William Adams, Coroner of Meade County and Amy Remsburg, Social Security number is        The date of birth is        Her address is 3905 Jarboe Sinks Road, Rhodelia, Kentucky 40161. Telephone number is 496-4607.

Amy you've consented to this interview haven't you?

AMY REMSBURG:    Yes sir.

SHERIFF JOE GREER:    This interview being in reference to a Jeffrey Clark who I believe you are familiar with, is this correct?

AMY REMSBURG:    Yes ir.

SHERIFF JOE GREER:    Okay. Amy, I'll start by asking you a few questions. Do you know Jeffrey Clark?

AMY REMSBURG:    Yes sir.

SHERIFF JOE GREER:    When is the first time you ever met him?

AMY REMSBURG:    August 15th of 1990.

SHERIFF JOE GREER:    Ah, where were you at when you met him then?

AMY REMSBURG:    I was at my house.

DEFENDANT'S EXHIBIT

CASE NO. 3:17-cv-419-GNS

EXHIBIT NO. 20

LMPD00502

SHERIFF JOE GREER:    Whereabouts?

AMY REMSBURG:    It's at 7511 Cane Run Road, Lot 202.

SHERIFF JOE GREER:    Okay, you were living in Louisville at the time that you met him?

AMY REMSBURG:    Yes sir.

SHERIFF JOE GREER:    I think ultimately you started dating him, is this correct?

AMY REMSBURG:    Yes sir.

SHERIFF JOE GREER:    And I believe that ya'll become boyfriend/girlfriend.

AMY REMSBURG:    Yes sir.

SHERIFF JOE GREER:    Ah, and probably at one time had the intention of getting married, is this correct?

AMY REMSBURG:    Yes sir.

SHERIFF JOE GREER:    Okay, and when was this now?

AMY REMSBURG:    It was ah, met him August the 15th of 1990.

SHERIFF JOE GREER:    1990. Ah, what took place then? Did ya'll move in to some place or did you move in...

AMY REMSBURG:    I already had a house. I had a trailer of my own. I was going through the divorce and ah, you know, we become close and everything, and ah, he scared me at

2.

AMY REMSBURG:        times the way he'd do certain things, but I thought well, it's just me.

SHERIFF JOE GREER:   Okay.

AMY REMSBURG:        So, I said okay when he wanted to move in in October, and he did.

SHERIFF JOE GREER:   Okay, and that was in October 1990.

AMY REMSBURG:        Yes sir.

SHERIFF JOE GREER:   Out on Cane Run Road.

AMY REMSBURG:        Yes sir.

SHERIFF JOE GREER:   Okay, ah, did ya'll ultimately move somewhere else or...

AMY REMSBURG:        No, it was probably April of '91 that my ex-husband got the house, and so I had to move, and at that time I moved in with my grandmother and he moved in with his mom and dad.

SHERIFF JOE GREER:   Okay, now where did your grandmother live?

AMY REMSBURG:        She lives at 2205 Glen Court, Louisville, Kentucky.

SHERIFF JOE GREER:   In Louisville?

AMY REMSBURG:        Uh huh.

SHERIFF JOE GREER:   So you moved in with her.

AMY REMSBURG:        Yes sir.

3.

LMPD00504

SHERIFF JOE GREER:    And ah, he moved back in on Cod Street or Cod Avenue...

AMY REMSBURG:    Cod Drive.

SHERIFF JOE GREER:    Cod Drive in Valley Station back with his parents.

AMY REMSBURG:    Un huh.

SHERIFF JOE GREER:    During this period, let's say 'til you moved out of the home that your ex-husband got in the divorce...

AMY REMSBURG:    Un huh.

SHERIFF JOE GREER:    I would say, probably right?

AMY REMSBURG:    Right.

SHERIFF JOE GREER:    Ah, what kind of a relationship did ya'll have?  Was it a good relationship?  Stormy?

AMY REMSBURG:    It was stormy.  Very stormy.  Ah, like I said, there was times that I could trust him and there was times that he scared me.  Like when one of his friends was coming to see him every night but was gettin there an hour and hour and a half early and he wanted to know what was going on.  What was I doing with this man.  And hadn't been doing nothing, but yet he makes me go in the bedroom and is talking to Randy and Randy told him nothing.  He come in there and he was mad and he choked me until I couldn't breathe.

SHERIFF JOE GREER:    Now you said Randy.

4.

AMY REMSBURG:          Randy.  I don't remember Randy's last name.  I'm thinking Combs?

SHERIFF JOE GREER:     But it was a friend of

AMY REMSBURG:          Of Jeff's.

SHERIFF JOE GREER:     of Jeff's.

AMY REMSBURG:          Right.

SHERIFF JOE GREER:     Ah, this was while you were living in the home, is this correct?

AMY REMSBURG:          Right. At my house.

SHERIFF JOE GREER:     Ah, did you ever get any inkling or know anything about maybe him being in some type of satanic...

AMY REMSBURG:          Yes.  Yes.  Now he told me that him and Keith Hardin had, when they were younger, was into this satanic stuff.  I mean he just, to talk about murder to him it was a thrill.  It was a challenge to kill somebody.

SHERIFF JOE GREER:     Now this was in 1990.

AMY REMSBURG:          Yes sir.

SHERIFF JOE GREER:     And part of '91?

AMY REMSBURG:          Right.

SHERIFF JOE GREER:     (inaudible) while you were living at your home.

AMY REMSBURG:          Right.  He'd...

LMPD00506

SHERIFF JOE GREER:     Did Keith ever come over to the house.

AMY REMSBURG:          No.  I never met Keith.  He wouldn't let me meet Keith.
                       He didn't want me to know Keith.

SHERIFF JOE GREER:     Did he, did you know in fact though that he was meeting
                       Keith at other places?

AMY REMSBURG:          He had talked about seeing Keith here or seeing Keith
                       there, but I never got to meet him.  You know.  I
                       couldn't picture the guy if I'd seen him, you know.

SHERIFF JOE GREER:     Ah, while you were with him in your home did you know
                       him to have any type of weapons or...

AMY REMSBURG:          Yes sir.  He had ah, one, two, three, four knives that
                       I can remember.  Then he had ah, 357.  He had a shotgun.
                       He had a .22.  He had a, it's a magnum - ah, big gun -
                       police gun.  You know ah, what are they.  I don't know
                       what a...

SHERIFF JOE GREER:     Big one.

AMY REMSBURG:          It was ah, yeh.  It was a pistol, but it was one of the
                       big ones, and the knives that he had, one is I'm wanting
                       to say, is a survivor knife.  It's got the compass
                       on the top.  It's about this long; has jagged edges on
                       one side, smooth edge on the other.  Then he had a
                       butterfly knife, and then there's a black one - I mean
                       it was sharp.  It was about this long...

6.

LMPD00507

SHERIFF JOE GREER:     Okay.  You're saying about that long.  What do you
                       estimate the inches to be on that one?

AMY REMSBURG:          Oh...

SHERIFF JOE GREER:     Six inch blade.  Five inch blade?

AMY REMSBURG:          The blade was probably five to six inches and then the
                       handle was maybe two to three inches?     You know what
                       I'm saying?

SHERIFF JOE GREER:     (inaudible)

AMY REMSBURG:          It was.  And it's got two little silver things that
                       come out on it, like, you know...

SHERIFF JOE GREER:     Stoppers.

AMY REMSBURG:          Right.  That's what they are.  I knew they were.  It's
                       got things on it and then ah, it had a black case with
                       it and the survivor knife had a case and then ah, one
                       I'm wanting to say, is like a hunting knife like you
                       would skin a deer with.  It's got the wooden handle...

SHERIFF JOE GREER:     The regular old wooden handle?

AMY REMSBURG:          Right...

SHERIFF JOE GREER:     The type that you see down at Battletown or Payneville..

AMY REMSBURG:          Right.  Yeh.

7.

LMPD00508

SHERIFF JOE GREER:  That ah, survival knife.  Did that have the rough edges on it?

AMY REMSBURG:  Uh huh.

SHERIFF JOE GREER:  But the other one, the black handled one with that razor sharp blade, as you call it - about six inch blade - that was a plain...

AMY REMSBURG:  It was a plain one and it was a long.  It was a slender long slender - you know, big at the top and got slender. I do, you know, remember that.  He carried it in the car Now I know that between his car seats at all times he ha a knife and that was the one that he carried between the seats.

SHERIFF JOE GREER:  Was that?

AMY REMSBURG:  And...

SHERIFF JOE GREER:  Okay, go ahead.

AMY REMSBURG:  And the glove compartment he always had the 357 in there

SHERIFF JOE GREER:  Was that up until late '91?

AMY REMSBURG:  Oh yeh.

SHERIFF JOE GREER:  He always had a knife?

AMY REMSBURG:  Yes.  Ah...

SHERIFF JOE GREER:  Even when he moved out of the house?

8.

LMPD00509

AMY REMSBURG:   Even when we moved out of my house, you know, in with my grandmother and his mom, he still had  the knife and gun with him at all times.

SHERIFF JOE GREER:   Well, let me throw you a hypothetical...

AMY REMSBURG:   Okay.

SHERIFF JOE GREER:   If ah, four days ago I seen his car and it didn't have a knife or a weapon of some type in it...

AMY REMSBURG:   (Interruping Joe Geer) I would be very surprised.

SHERIFF JOE GREER:   (inaudible) *IT would be unusual?*

AMY REMSBURG:   Yes sir.  He constantly.  We even got pulled over in Jefferson County for speeding and he was taking the 357 to his dad's to sell, trade or something, and he had it in a diaper bag and the cop saw it, reached in and pulled it out and ran a check on it.  You know, the serial number, whatever, made sure it was a, I guess a clean gun, you know?

SHERIFF JOE GREER:   (inaudible) clear.  Not stolen.

AMY REMSBURG:   Right. Okay, and ah, so, I mean at that time, you know, it was even loaded.  The officer unloaded it.  It was constantly loaded.  He unloaded it and told Jeff if he was going to have that gun, it went in the glove compartment with the shells in there and locked.  That he could not have it in the diaper bag or anywhere else on the car or in the trunk, so.

9.

LMPD00510

SHERIFF JOE GREER: Okay. Before I turned the tape on awhile ago, ah, we were talking just, you know, briefly to see what you might know or might could help us. You mentioned something about an incident took place at Iroquois.

AMY REMSBURG: Him and his wife at that time, which was Teresa - I don't know her last name except for Clark, ah, they were in Iroquois Park and there was some more girls, I don't remember their names, that were playing Frisbee. Well, a black guy caught their Frisbee and took it away from them and was playing with them, teasing them or whatever. And they asked for it back and he wouldn't give it back and Jeff intervened and told him to give it back and he wouldn't so he stabbed the black guy. And, the only way I knew about that was Bill told me that he saw it and he was there and that's exactly what happened, and that the guy did have to go to the hospital.

SHERIFF JOE GREER: Now who's Bill?

AMY REMSBURG: Bill Mayhan. That is a guy that he works with out at Papercone.

SHERIFF JOE GREER: Papercone. Is that a company?

AMY REMSBURG: Yes sir. It's at National Turnpike. I don't know the street number.

10.

LMPD00511

SHERIFF JOE GREER:   Papercone at National Turnpike.   Bill McComb?

AMY REMSBURG:   No.  His name is Bill Mayhan.

SHERIFF JOE GREER:   Bill Mayhan.  Okay.  Bill Mayhan.

AMY REMSBURG:   Yeh.  They work for Papercone.

SHERIFF JOE GREER:   Do you know when this might have been?  Was it prior to you meeting him was this correct?

AMY REMSBURG:   Right.  It was.  I would have to say either June to August of '89, or June to August of '90.  Somewhere in that time span.

SHERIFF JOE GREER:   Now.  Ya'll moved out of the house.

AMY REMSBURG:   Uh huh.

SHERIFF JOE GREER:   Moved in with your grandmother.

AMY REMSBURG:   I did.  Yes.

SHERIFF JOE GREER:   You did.  And he moved back home.

AMY REMSBURG:   Uh huh.

SHERIFF JOE GREER:   Did ya'll ultimately get back together

AMY REMSBURG:   Yes sir.

SHERIFF JOE GREER:   at a location?

AMY REMSBURG:   Yes, and I believe it was the first part of May we moved in down at my mom and dad's.  He was staying down there with me and he got to where, I was trying to miscarriage

11.

LMPD00512

AMY REMSBURG:        and everything.  And...

SHERIFF JOE GREER:   Okay.  You were pregnant

AMY REMSBURG:        Yes sir, I was pregnant.

SHERIFF JOE GREER:   this time by his child, is this correct?

AMY REMSBURG:        Yes.  Yes sir.

SHERIFF JOE GREER:   Now you said, moved down to your mom and dad's.  Is
                     that down on what we call Dead Horse Holler Road

AMY REMSBURG:        Yes sir.

SHERIFF JOE GREER:   376 - back out of Payneville.

AMY REMSBURG:        I always refer to it as Dead Horse Holler Road.  Even
                     when I speak to Jeff or anyone else

SHERIFF JOE GREER:   That is the road that you turn at...

AMY REMSBURG:        Right.

SHERIFF JOE GREER:   Hardesty Grocery and go down towards Dead Horse Holler.

AMY REMSBURG:        Yes sir.

SHERIFF JOE GREER:   Now was your mom and dad, were they in Ohio at the time
                     or were they living there?

AMY REMSBURG:        No.  My mom was staying down there with me because I was
                     having so much trouble.  And he got to being so hateful

12.

LMPD00513

AMY REMSBURG:    and everything towards me that mom made him move out because of the stress and strain I was under was causing me to have the baby early, so.

SHERIFF JOE GREER:    Okay. Now, Amy. Can you tell me the time - the approximate time that you moved down at your (inaudible)

AMY REMSBURG:    The end of April of '91 or the first part of May, because I know May 5th was the first day I tried to have the baby early and I was at my mom and dad's, so I'm saying like either the end of April or the beginning of May.

SHERIFF JOE GREER:    How long did ah, Clark, Jeff Clark live down there at that house.

AMY REMSBURG:    Jeff lived down there for maybe, I'm thinking, four week a month, something like that. Not very long because of the stress and strain I was under.

SHERIFF JOE GREER:    Okay. While Jeff was living down there with you and with your mom was home, was Joe gone?

AMY REMSBURG:    Yes. My dad was in Ohio working.

SHERIFF JOE GREER:    He was in Ohio.

AMY REMSBURG:    Right.

SHERIFF JOE GREER:    Did he work in Louisville at that time?

AMY REMSBURG:    Yes sir. He would drive back and forth.

SHERIFF JOE GREER:    From. He would drive back and forth from the house

13.

LMPD00514

AMY REMSBURG:       To Louisville.

SHERIFF JOE GREER:  back to Louisville.

AMY REMSBURG:       Every day.

SHERIFF JOE GREER:  And where was he working at then?

AMY REMSBURG:       Ah, Papercone.

SHERIFF JOE GREER:  Papercone.

AMY REMSBURG:       Un huh.  Now he also worked for Automotive Specialist -
                    that's out there off of, I'm thinking, New Cut.  There's
                    New Cut and then National Turnpike's on over a little
                    bit and he would work with Carrie.  I don't remember
                    Carrie's last name.  But he was working for Carrie's
                    dad, Dexter, working on cars and then he would go to
                    work at Papercone.  He'd get home anywhere from 12:30
                    to 1 o'clock every night, you know, and then...

SHERIFF JOE GREER:  That's the time Jeff got home, 12:30 or 1 o'clock?

AMY REMSBURG:       Right.  One o'clock.  Right.

SHERIFF JOE GREER:  What was Jeff's route, if you know, when he left ah...

AMY REMSBURG:       Most of the time...

SHERIFF JOE GREER:  your house...

AMY REMSBURG:       Uh huh.

SHERIFF JOE GREER:  for Louisville.

14.

LMPD00515

AMY REMSBURG:    Most of the time when he left from my house it was 376
to 144, from 144 to 79, from 79 back over to 144, and
then I'm not for sure what the name of that road is, but
that big golf ball sits upon, you know...I can't think o
it...

SHERIFF JOE GREER:    Right near 448?

AMY REMSBURG:    Yeh. 448 and then from 448 to 1638, 1638 up to Dixie
Highway. Usually he turned off at Dixie Highway on to
Gene Snyder Freeway, from the Freeway he would either
go Stone Street or New Cut. It'd depend on if he was
going Stone Street he was going to his mom and dad's
out that a way and over to work and if he went to ah, Ne
Cut he was automatically going to Carrie's and going to
work from there.

SHERIFF JOE GREER:    Okay. You say he lived down here - he was here for abou
four months 'til your mom got tired of what was going on

AMY REMSBURG:    Four weeks.

SHERIFF JOE GREER:    Four weeks, and told him to leave.

AMY REMSBURG:    Uh huh. Right.

SHERIFF JOE GREER:    While he was down here on weekends or weeknights, days
off or anything like that, did he ever go out on his own

AMY REMSBURG:    Yeh, there were times that he left on his own without me
Yes.

SHERIFF JOE GREER:    Where would he go to that you know of?

15.

LMPD00516

AMY REMSBURG:     That I know of.  I know that one time ah, he was mad at
                  me because I didn't want to go with him because he had
                  threatened me and everything and so he went down my mom
                  and dad's up to that Dead Horse Holler Road.  That road
                  right there at the end of mom and dad's.  He went up
                  there and he either went straight or he turned up by
                  next to Gene Sutton, going that way.  Now I don't know
                  where he went from there.

SHERIFF JOE GREER:  Do you ever know of him going to Dead Horse Holler Tavern
                  while you all were living there?

AMY REMSBURG:     He would go up there and turn around, I guess.  I don't
                  know, it just.  He would make quick turns up there, or
                  go up there and come right back.

SHERIFF JOE GREER:  Do you feel that he knew the area down here where ya'll
                  were living.

AMY REMSBURG:     He knows it pretty well.  Not excellent, but probably
                  you know, good enough that if he wanted to get somewhere
                  he could get there.  I mean that's...

SHERIFF JOE GREER:  He should know where Dead Horse Holler Tavern is...

AMY REMSBURG:     Yes sir.  Yes sir.  I, he's been there with me.  I mean
                  we didn't go in and drink,   but  like I said, to turn
                  around and everything, yes sir, he knows exactly where
                  it's at.  I made a point to show it to him because he
                  didn't believe there's a such place and I did.  I made
                  it a point to show that to him.

                          16.

LMPD00517

SHERIFF JOE GREER:  That's the scenic...

AMY REMSBURG:  Yeh, that's the scenic (Joe Greer and Amy talking together was inaudible).

AMY REMSBURG:  The Corner.  Everybody thinks the Corner is so big and I even took him there and showed him where that was because, you know, he wanted to know.  Sure, I'll show you where they're at,  you know.

SHERIFF JOE GREER:  Anybody that goes down there has to get showed the Dead Horse Holler~~Road~~. _TAVERN_

AMY REMSBURG:  Right.

SHERIFF JOE GREER:  I mean, we both know that.

AMY REMSBURG:  And I lived there - it's a big thing.

SHERIFF JOE GREER:  You're aware, Amy, that a young lady (~~inaudible piece~~ _was found_ _murdered not_ ~~of interference of tape~~) too far from your mom and dad's house.  Do you think he would know this road?

AMY REMSBURG:  Yes sir.  We've been out it.  Like I said, we've been out that specific road twice that I can remember, was on that road twice.  But I mean, as far as going out Dead Horse Holler Road, that one we've been out a millio and one times and you know, we'd turn to go toward Raymond or we'd go the other way.  And I mean, you know.

SHERIFF JOE GREER:  Out by Gene Sutton's.

AMY REMSBURG:  Yeh.

17.

SHERIFF JOE GREER:     Or turn to go to Logsdon's, come out there at Logsdons on 823?

AMY REMSBURG:          Right.  Now, he's been there, like I said, several times.

SHERIFF JOE GREER:     What happened Amy, down here that ah...

AMY REMSBURG:          *He got to where* (tape skipped -- inaudible) where he was just, I mean he would come in at nights from work and if he had talked to somebody that knew me previously, Well, did you sleep with this one, or did you do this or you do that, and I mean I was under a stress and it was like, "No, Jeff, I didn't." Well, so and so says you are, and I just couldn't handle, I mean, the stress and everything. He was always hateful and so I had to get out. And then, after the baby was born I thought, okay, he'll calm down, the baby's here, he'll become a father and take to it and everything, and gee, the middle of June, the end of June when I moved in at his house which is on Newburg Road, 3510...

SHERIFF JOE GREER:     Okay, let me interrupt you there.

AMY REMSBURG:          Okay.

SHERIFF JOE GREER:     He left here.  He stayed about four weeks.  He left at what, about the first of June?

AMY REMSBURG:          Un huh.

18.

LMPD00519

SHERIFF JOE GREER:    Where did he go then when he left?

AMY REMSBURG:         He stayed with his mom and dad.

SHERIFF JOE GREER:    Okay.  And then you had the child.

AMY REMSBURG:         Uh huh.

SHERIFF JOE GREER:    You wanted to try to make a go of it,

AMY REMSBURG:         Right.

SHERIFF JOE GREER:    So ya'll made contact with each other again?

AMY REMSBURG:         Right.

SHERIFF JOE GREER:    And is that when he rented the trailer?

AMY REMSBURG:         He bought the trailer.

SHERIFF JOE GREER:    He bought the trailer out off Newburg

AMY REMSBURG:         Yeh.  It's 3510 Newburg Road, Lot C9.

SHERIFF JOE GREER:    and then ya'll moved into there.

AMY REMSBURG:         Right.

SHERIFF JOE GREER:    That was around the first of June '91?

AMY REMSBURG:         Right.

SHERIFF JOE GREER:    Okay.  How long did that last?

AMY REMSBURG:         Oh.  Not very long, 'cause after we moved in there, he
                      just was constantly on my little boy.  I mean he was
                      abusive to Randy and I turned him in to Child Protection

19.

MY REMSBURG:    Agency, and talked with Barbara Bangino and Tracy Hord,
up there, those two people.  They took Randy's state-
ment; they took mine.  And then, I guess it was about
July the 10th or the 11th, my mom come to see me, and he
told me my parents weren't welcome there.  My dad was
with him - or with her, and so I tried to get Randy out
of the house 'cause I knew that Jeff was abusive and I
just more or less told Randy he was going and he went.
You know, he was fine and he went with them.  That night
Jeff come home; he was upset at me because Randy wasn't
there.  He wanted to know why my parents were there and
ah, wanted to know why I didn't make Randy stay.  And I
just told him, well, that Randy wanted to go and I felt
that Randy would be better off staying there for awhile.
And he said "Okay."  And he got to talking.  He was hate-
ful.  He went out to the car and brought in his gun.  I
believe it was the 357.  He brought it in.  He said.  He
sat down in the chair that was to the right of me and
he said, "You know, this is my only real friend right
here."  And I just looked at him and said, "Whatever."
you know, and he said, "No, whatever your butt."  And he
come over there and got in my face and he said, "Open
your mouth!"  And all I could to was say, "No, Jeff."
Shook my head no.  He said, "Open it!"  He cocked it
back and he told me to open it and at that point and
time I was scared enough, I opened my mouth.  He asked
me questions.  He said, "Bitch, you want to die don't
you!?  You want to die!"  I shook my head no 'cause I

20.

LMPD00521

AMY REMSBURG:     couldn't talk 'cause the gun was in my mouth and he asked me, he says ah, "Do you ever want to see Randy alive again?" I shook my head yes. He said, "Do you want Heather to stay alive?" I shook my head yes, and he looked at me and said, "My God. I'm going to bed." He slowly moved the gun out and he went to bed. He took the gun to bed with him. He turned around and looked at me and said, "Are you coming to bed?" Well, I didn't want to say no and take a chance of being dead anyways, I said, "I'll be there in a little bit, I want to get Heather to sleep first." He said okay, so I layed down on the couch. He went to bed. He was out like a light. He sleeps like a log. So, I slept on the couch with one eye open, it seemed like, all night long and the next day he got up and he asked me, he said, "You going to be here when I get home tonight?" I wasn't about to say no and not be there or him stay home all day to watch me or something, so I told him I said, "Yeh, I'll be here." He said, "Everything okay?" I said, "Oh yeh, everything's fine." As soon as he left I went next door, because we didn't have a phone, I went next door and I called my grandmother to come and get me (Barbara Shaw). She come and got me. We packed clothes, we packed dishes, we packed whatever we could get in the car to take with me to get out because I couldn't live there, and I mean, I just couldn't handle that - him putting a gun to my head - it just tore me up, so I left.

21.

LMPD00522

SHERIFF JOE GREER:    That was when, July?

AMY REMSBURG:    Yes sir.  About...

SHERIFF JOE GREER:    Where did you move?

AMY RESMBURG:    I stayed with my grandma Shaw for awhile.

SHERIFF JOE GREER:    (Inaudible) moved in with your Grand mother...

AMY REMSBURG:    Right, and he was still constantly calling me, doing this, doing that, and so in order to get out from near him at all,    I went to Ohio and stayed with my mom and dad for a little while then I come back in August when they could come down and I took my warrant out for him, and he was like, "Well, why did you wait so long to do it?"  "Well, I mean I couldn't go and do it right away 'cause you was right there at my feet everytime I turned around."  He said, "Oh, well, what-ever."

SHERIFF JOE GREER:    Okay, when was the last time that you seen Jeff Clark?

AMY REMSBURG:    The last time I can remember seeing him, I mean being close to me, would have been in September.  As far as seeing him in a car parked in a driveway would have been around October or November of '91.

SHERIFF JOE GREER:    Where was that?

AMY REMSBURG:    That was at my sister Annette's house.

22.

LMPD00523

SHERIFF JOE GREER:    Annette's house.

AMY REMSBURG:    Annette Hardesty.

SHERIFF JOE GREER:    Now during all this time though, you had never seen
Keith Hardin.

AMY REMSBURG:    No sir.

SHERIFF JOE GREER:    But he had talked about Keith.

AMY REMSBURG:    Right.  He had talked about Keith several times.  Well
there's a road that's in Louisville that's something to
do with satanic people out it or something, and he
talked about how him and Keith would always go out there
and do weird stuff.  I mean weird stuff.

SHERIFF JOE GREER:    Was this in Valley Station?

AMY REMSBURG:    Yes sir.  Yes sir, you would turn like you was going
toward Kosmosdale before you get to Kosmosdale you would
turn down that road and then there was that big, it's a
gravel road, you've got to go up a hill then it curves
around and everything.  I don't know the name of it.

SHERIFF JOE GREER:    You've never been up there had you?

AMY REMSBURG:    Yeh.  I'd been up there one time.  He showed me.

SHERIFF JOE GREER:    Is that the place where they've got the carvings on the
trees(?), satanic inverted crosses, satanic signs?

23.

LMPD00524

AMY RESMBURG:        Yes sir.  Like the devil thing, the "X" or the circle
                    with the knives through it.

SHERIFF JOE GREER:   While Jeff and you were together, let's say at the
                    trailer.  Let's go there first.  Did he ever talk to
                    you about him and Keith or him and anybody else,
                    (~~inaudible~~ ~~n' someone~~).

AMY REMSBURG:        Yes.  He told me that a cat and a dog at one time they
                    killed it to do something for satanic stuff.  I mean,
                    like I said, he told me that if he could kill somebody
                    it would be a challange.   That would be a challange
                    to him.  And I said, "Jeff, why would it be a challange.
                    "Just to see if I could get away with it, just to see if
                    I could really do it."

SHERIFF JOE GREER:   Did he ah, did he ever explain to you ah, how, what...

AMY REMSBURG:        He told me several times how he could kill a person or
                    what he could do to a person and things like

SHERIFF JOE GREER:   With a knife?  Did he ever tell you?

AMY REMSBURG:        Ah.

SHERIFF JOE GREER:   Maybe  how or the best place to..

AMY REMSBURG:        Oh yeh, he'd tell you right away where the best place
                    to get um.  That's like if he was going to kill somebody
                    with a gun, he wouldn't go for the head, he would go
                    through the arms and with a knife he would go here, and
                    there was  other places, I'm not...

                              24.

LMPD00525

SHERIFF JOE GREER:   Did he ever mention ah, the brain stem?  Through the neck?

AMY REMSBURG:   Right.  Yeh.  But, I don't know how he put it though. It wasn't "Well, you know, I'll just stab 'um here," or whatever, it was like, well you know there's all kinds of places, he would push on my neck and show me tender spots in my neck that would, you know, he'd say that you could get a person there, like, there's one right here, that he said, right behind your ear that would really do somebody in, and then as far as like to break your arm or something, he would show you how he could do it and everything.  He'd push just as hard as he could, but not do it, but he would show you that he could do it.  And I mean, he'd grab you in certain places, like at pressure points, he knew, I don't know how he knows them, but he knows where all your pressure points are.  He has talked about needles. He could take needles and do acupunctures or something to somebody and show you all their tender spots.

SHERIFF JOE GREER:   Did he ever mention to you that ah, maybe, ah, he wanted to tattoo...(tape slipped - inaudible) you...

AMY REMSBURG:   Yeh, he always wanted ah, I can't, the circle with like a star in it or something...

SHERIFF JOE GREER:   I'll tell you what I'll do.  I'll just show you a pictur

AMY REMSBURG:   Okay.

25.

LMPD00526

SHERIFF JOE GREER:    And ah, then you can see if ah,

AMY REMSBURG:    This one right here.  It's like I said, the circle with the star in it.  Okay, now, he did...

SHERIFF JOE GREER:    What's that one called, is that a writing there?

AMY REMSBURG:    Oh, okay, that one.  Now he thought that one was neat.  Ah, he AC/DC, Ozzie and Kizz, he's got.  He thinks that's...That knife is just like the one that he has.  That black knife is just like that one.  Like I said, it was fat and then it got slender and it had the little points on the side of it or whatever.  Now that's a knife just like that little black one.  It's not little, but I mean, it's got a carrying case to it too.

SHERIFF JOE GREER:    It's called a Sword of Power.  It's aggressive force used in satanic rituals.

AMY REMSBURG:    Oh, I didn't know what it was.  All I know is he had one

SHERIFF JOE GREER:    Did he ever mention anything to you about ah, him and (tape skipped - inaudible)

AMY REMSBURG:    No, not that I know of.  I don't remember him saying that, but I do remember, he's got a scar on his right arm.  It's about from here to there.

SHERIFF JOE GREER:    About four inches?

AMY REMSBURG:    Yeh.  About four inches or five.  And I asked him one time whenever I first started going out with him, I said, "How'd you get that?"  He says, "You don't want to know."  I said, "Yeh, I do.  How'd you get that?"

26.

LMPD00527

AMY REMSBURG:    He looked at me and he said, ah, "A nigger stabbed me."
I said, " Do what?" He said, "Yeh, when I lived in
Alabama." He said a black guy stabbed him and that he
killed him. That's exactly his words, that he killed
him, and I'm like, "Whoa, wait a minute Jeff." At that
point and time, that was in September of '90, yeh, of
'90, and I kept thinking, whoa, wait a minute, what am
I getting into. You know, I want a criminal background
on this dude. So, I went to Officer Hayden in Louis-
ville and I was trying to figure out, you know, if he
had a criminal background. They couldn't tell me, you
know what I'm saying. They can't let me know if he's
got one or not, even if I'm dating him, that's not my
business. And so Officer Hayden said, well that he
couldn't tell me. I said, okay, you know, I tried.
So, I mean, I kept going on with him and everything and
that's the only thing that ever really scared me to know
about his past was that you know, yeh, he had been in
satanic, he had used cocaine, he had used dope. Ah,
let's see, he used that LSD one time, I think he said,
and he said it went for a trip and he never would use
it again. Ah, but I don't know, it was just.

SHERIFF JOE GREER:    What ah, Amy, what kind of vehicles did he have when...

AMY REMSBURG:    When I was with him at one time he had a Pontiac Formula
it was a newer one - '88, '89, somewhere around in there
He wrecked it one night so he decided he wasn't going to
pay for it no more, so he let them repo it. Then he had

LMPD00528

AMY REMSBURG:    a white car.  It was a Camero or a Z28, something like that, with a blue in it.

SHERIFF JOE GREER:    If I show you a car do you think you could recognize it?

AMY REMSBURG:    Well yeh, 'cause I've drove both of them cars.

Oh, yes!  I know that car exactly.  That's his Nova - Chevy Nova that he has - yes, yes sir.

SHERIFF JOE GREER:    What color was that car when you ah

AMY REMSBURG:    Ah, when I knew it?

SHERIFF JOE GREER:    Blue?

AMY REMSBURG:    Yeh.  It was a blue.  It was.

SHERIFF JOE GREER:    And this is the car that he always kept a knife down in ah...

AMY REMSBURG: :    In between the seats.  Well, all of his cars, his truck he has a Chevy S-10 that he's redoing, ah, and he's got this car and then he had the white Camero and he had a al like I said, the black one, but he let it get repoed and then the blue one, or the white one, the Camero was in my name.  It was mine, but when I left he took it.  He kep it, so I don't know what he done with it.  Then his dad more or less bought this one for him, helped him buy it.

SHERIFF JOE GREER:    Is that basically about the color of it when you knew it had that primer and that white on it?

AMY REMSBURG:    Yes.  Yep.

LMPD00529

SHERIFF JOE GREER:    What blue was on it at that time, do you know?

AMY REMSBURG:    It was ah, it's not a real light blue, but not a real dark blue, a medium.

SHERIFF JOE GREER:    Had he painted that white over it?

AMY REMSBURG:    Yeh.  He painted the white over it himself.

SHERIFF JOE GREER:    Okay.  But you could still see the blue tint coming through on it?

AMY REMSBURG:    Right, right.  Un huh.

SHERIFF JOE GREER:    Okay.

AMY REMSBURG:    Yeh, that color blue.  But I mean it was.  He was going to redo it you know.  He had talked about he was going to redo it, so, I guess he's going to redo it, huh.

BILL ADAMS:    You and I were talking earlier.  Last night when I interrupted you at your house and talked with you for a few minutes.  You made the statement that in his trailer (Amy Remsburg intrupping Mr. Adams) he used to hide stuff.

AMY REMSBURG:    Right. Uh huh.

BILL ADAMS:    Can you describe where those places are?

AMY REMSBURG:    Yeh.  Ah.  In his living room unless he's redone the panelling or anything.  There's a little shelf, there's doors down there, but to the left of it there's a loose piece of panelling that I seen him put things down in

29.

LMPD00530

AMY REMSBURG:    there before. He put pot down there. Okay. Then in the hallway there's a loose piece. It's near the furnace. I don't know exactly what piece, but I do know there are pieces that are loose. And then in his bathroom, if you're standing towards the mirror looking at the mirror in front of the sink, to your right there was places he could hide things.

SHERIFF JOE GREER:    Okay, one other thing, brought that up when you mentioned hiding in the trailer, ah, was he into snakes?

AMY REMSBURG:    Yes sir. Yes. He never. I never would let him have a snake. To me that was god awful. I just could not stand a snake around me. After he - after I left, he got a snake. He had a - I done forgot now what kind of snake it was - a boa constrictor maybe?

SHERIFF JOE GREER:    A big un.

AMY REMSBURG:    A big un! I mean.

SHERIFF JOE GREER:    It got big enough probably to eat a pig.

AMY REMSBURG:    Right. I mean a big snake! And, I mean, I didn't want nothing to do with that snake. Nothing at all. You keep that snake to yourself. He said it died. Now I don't know. That's just what he said. 'Cause he kept tying to get me to come back and I said, "No, you've got a snake, I don't want you back buddy." I wouldn't you know, no. And he said (inaudible), it Died ,.

SHERIFF JOE GREER:    You say Amy, from when it started out it wasn't bad with him.

30.

LMPD00531

AMY REMSBURG:        Right.

SHERIFF JOE GREER:   But it progressively got worse.

AMY REMSBURG:        Right.  Yes.

SHERIFF JOE GREER:   Has he got a violent temper?

AMY REMSBURG:        Yes.  Yes sir.  I mean there were times that, like
                     New Years eve of '91.  I mean, we was at a party over
                     at Lori and her husband's.  I don't know their last
                     name, and ah, I mean, Randy - that friend that I was
                     telling you about he accused me of having an affair
                     with - was there and he got to talking about my little
                     boy real bad.  You know, saying bad things about him
                     and that made me cry.  Jeff smacked me for no reason
                     he smacked me.  I stormed out the door and he come
                     after me and he said, "Well let's just go, let's just
                     go.  I'm driving."  And he had been drinking and I said
                     no and I had the keys.  Well, he took a beer bottle and
                     busted out the car window.  My window to my Dodge Omni.
                     And so, at that time, Lori's husband come out there to
                     get him.  He got Lori's husband down on the car with
                     that broken beer bottle in his hand and everybody just
                     stood back and kept saying, "No, Jeff, no."  And he, he
                     dropped it, he, you know, let him up.  I can't think of
                     his name.  He let the boy up.  He said, "Come on let's
                     go!"  And I knew if I didn't go and I called the cops
                     when he come back none of us would be alive.  I knew
                     that for a fact 'cause he had threatened me so many

                                     31.

AMY REMSBURG:    times, "I'll kill you, I'll kill you. No problem. I'll
kill you!" And so, when he told me to go that he was
okay, that nobody else would bother me, that, you know,
he wouldn't bother me, that I'd be fine. When he told
me that I thought okay. So I got in the car and left
with him. I went back over to my trailer and I layed
down on the couch because I was sick and he took that
knife, that picture – the knife I showed you. He took
it and layed it down beside me on the couch. He said,
"Now if Randy or any of them come," he says, "I'll
stab 'um." And on the stove he had a big pan of water
boiling. Well when Randy and them got there I told
them I told them, I said, "Go on and go, I'm fine right
now," I said, "Go on and go." Well, they were deter-
mined they was going to get me out of the house. Jeff
took that big pan of water and threw at them. Well, he
didn't hit none of them 'cause they ran. Well, as I
was shutting the door, Randy come back in. He kicked
it and he hit me. Well when he hit me I drew back and
punched him. I know he was trying to help me, but I
mean, he hit me with the door and he was coming in my
house, so to keep Jeff from hurting 'um, I thought well
I'll punch him, he'll go away. Well, I hit him and he
left. You know. Then we went to Jeff's mom and I had
told Jeff's mom that he had put the gun to my head once
before, before July, and I mean I didn't think anything
of it. That was in January and I didn't think much of
it 'cause I thought, okay, it was my fault. I pestered
him too much, I caused it. But in July when I didn't

LMPD00533

AMY REMSBURG:        do anything I knew that was wrong.

SHERIFF JOE GREER:    I was getting out of hand.

AMY REMSBURG:        Right.  It was too much for me.

SHERIFF JOE GREER:    How much, while ya'll were together.  How many times
                     or..

                     (tape slipped - inaudible)
AMY REMSBURG:        The whole time we was together it was very seldom.  He
                     didn't even really want anybody to know that he was
                     associating with him still, because if his mom and dad
                     knew that he was associating with him he'd be in trouble
                     because they don't want him around him.  They don't like
                     Keith - for some reason, I don't know why - they just
                     don't like Keith at all.  And, when I mentioned Keith's
                     name in front of them one time, boy! Jeff flew up at me
                     like a bomb.  "You don't mention his name.  You don't
                     tell 'um who I talk about!" "Well, I was just mentioning
                     a conversation we had, you know, and if they knew Keith.'
                     "Yeh, they know Keith.  You just stay out of it."

SHERIFF JOE GREER:    They don't like him, in other words.

AMY REMSBURG:        No they don't like him.  Jody and Danny neither one like
                     him.

SHERIFF JOE GREER:    Ah.  You probably don't know, but I need to ask you any-
                     way.  Do you know Rhonda Sue Worford?

AMY REMSBURG:        No ah, I don't know her.

LMPD00534

BILL ADAMS:        Okay.  Can I ask a question?  Last night I asked you
                   about some friends of his and you mentioned Michelle.

AMY REMSBURG:      A Michelle.  Yes.  And (Bill Adams interrupted).

BILL ADAMS:        And you described her to me.

AMY REMSBURG:      Uh huh.

BILL ADAMS:        Can you describe Michelle to me again.

AMY REMSBURG:      Michelle is a kinda.  She's not real short but she's not
                   real tall.  She's a long blonde.  She's ah, she's a nice
                   looking girl.  You know what I'm saying?  And she's, she
                   good natured and everything and Jeff was mean to her.

BILL ADAMS:        Did Jeff ever date her that you know of?

AMY REMSBURG:      He dated her, yes.  He dated her and one night that he
                   had called me and she was there, I mean, you know, he
                   was still bothering me in October and November of '91,
                   and she was with him and ah, I said, "What'd she say?"
                   And he said, "It's none of your business." and he smacke
                   her.  Well, at that time she got up and went outside and
                   Bill Mayhan (Jeff's friend) was there, and so Bill come
                   back in and said Michelle asked me to take her home, so
                   I'm taking her home.  And Jeff hung up on me, so I don't
                   know what happened after that.

                   And there was a girl named Stacy that I had met once.
                   She drove a white Camero, I believe it was.  She was

                                    34.

LMPD00535

AMY REMSBURG:          kinda tall, slender girl, brown hair, long.

SHERIFF JOE GREER:     Was that Jeff's friend too?

AMY REMSBURG:          Uh huh.  That was a friend of Jeff's.

SHERIFF JOE GREER:     This will conclude the interview.  The time is ten
                       minutes until three in the afternoon.  (tape slipped)
                       in the Meade County Sheriff's Department.  Present
                       at the ending of the interview are the same persons
                       present at the beginning.  And Amy, during this
                       interview that tape has not been turned off has it?

AMY REMSBURG:          No sir.

35.

LMPD00536