

RHoNdA's DIARY

**DEFENDANT'S EXHIBIT**

CASE NO. 3:17-CV-419-GNS

EXHIBIT NO. 21

32K-75W
7½ X 10½

MSCO001491



MSCO001492



Two Year Planning Calendar

## The Twenty-Third Psalm

The LORD is my shepherd,
I shall not be in want.
He makes me lie down in green pastures,
he leads me beside quiet waters,
he restores my soul.
He guides me in paths of righteousness
for his name's sake.
Even though I walk
through the valley of the shadow of death,
I will fear no evil,
for you are with me;
your rod and your staff,
they comfort me.
You prepare a table before me
in the presence of my enemies.
You anoint my head with oil;
my cup overflows.
Surely goodness and love will follow me
all the days of my life,
and I will dwell in the house of the LORD
forever.

NIV

*"This is the day the LORD has made, let us rejoice and be glad in it!"*
*Psalm 118:24*

MSCO001493

## Personal Information

Name *Rhonda Sue Warford*

Address *104 East Whitney Ave.*

City/State *Louisville, Ky.*     Zip *40214*

Telephone *367-8438*

In case of emergency please notify:

| | | |
|---|---|---|
| Business Address | Name | Blood Group |
| | Address | Allergies |
| City | City | Make of Auto |
| State     Zip | State     Zip | License # |
| Telephone | Telephone | Plate # |
| Social Security # ▇▇▇▇▇ | | Registration |
| Physician | | Insurance Agent |
| Dentist | | Policy # *911* |

Every effort is made to provide totally accurate information, no responsibility is taken for inaccuracies and omissions.

# 1990

|  | S M T W T F S | S M T W T F S | S M T W T F S | S M T W T F S |
|---|---|---|---|---|
| | **JANUARY** | **APRIL** | **JULY** | **OCTOBER** |
| | **FEBRUARY** | **MAY** | **AUGUST** | **NOVEMBER** |
| | **MARCH** | **JUNE** | **SEPTEMBER** | **DECEMBER** |

# 1991

S M T W T F S    S M T W T F S    S M T W T F S    S M T W T F S

**JANUARY**
①②③④⑤
6 7 8 9 10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30 31

**APRIL**
1 2 3 4 5 6
7 8 9 10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30

**JULY**
1 2 3 4 5 6
7 8 9 10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30 31

**OCTOBER**
1 2 3 4 5
6 7 8 9 10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30 31

**FEBRUARY**
1 2
3 4 5 6 7 8 9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28

**MAY**
1 2 3 4
5 6 7 8 9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30 31

**AUGUST**
1 2 3
4 5 6 7 8 9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30 31

**NOVEMBER**
1 2
3 4 5 6 7 8 9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28 29 30

**MARCH**
1 2
3 4 5 6 7 8 9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28 29 30
31

**JUNE**
1
2 3 4 5 6 7 8
9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29
30

**SEPTEMBER**
1 2 3 4 5 6 7
8 9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30

**DECEMBER**
1 2 3 4 5 6 7
8 9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30 31

# 1992

S M T W T F S    S M T W T F S    S M T W T F S    S M T W T F S

**JANUARY**
1 2 3 4
5 6 7 8 9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30 31

**APRIL**
1 2 3 4
5 6 7 8 9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30

**JULY**
1 2 3 4
5 6 7 8 9 10 11
12 13 14 15 16 17 18
19 20 21 22 23 24 25
26 27 28 29 30 31

**OCTOBER**
1 2 3
4 5 6 7 8 9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30 31

**FEBRUARY**
1
2 3 4 5 6 7 8
9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29

**MAY**
1 2
3 4 5 6 7 8 9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28 29 30
31

**AUGUST**
1
2 3 4 5 6 7 8
9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29
30 31

**NOVEMBER**
1 2 3 4 5 6 7
8 9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30

**MARCH**
1 2 3 4 5 6 7
8 9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30 31

**JUNE**
1 2 3 4 5 6
7 8 9 10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30

**SEPTEMBER**
1 2 3 4 5
6 7 8 9 10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30

**DECEMBER**
1 2 3 4 5
6 7 8 9 10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30 31

MSCO001495

## Special Days & Holidays

| | 1990 | 1991 | 1992 | | 1990 | 1991 | 1992 |
|---|---|---|---|---|---|---|---|
| New Year's Day (USA) (CDN) | Jan 1 | Jan 1 | Jan 1 | Canada Day (CDN) | Jul 1 | Jul 1 | Jul 1 |
| Martin Luther King Jr. Day (USA) | Jan 15 | Jan 21 | Jan 20 | Independence Day (USA) | Jul 4 | Jul 4 | Jul 4 |
| Lincoln's Birthday (USA) | Feb 12 | Feb 12 | Feb 12 | Labor Day (USA) | Sep 3 | Sep 2 | Sep 7 |
| St. Valentine's Day | Feb 14 | Feb 14 | Feb 14 | Rosh Hashana | Sep 20 | Sep 9 | Sep 28 |
| Presidents' Day (USA) | Feb 19 | Feb 18 | Feb 17 | Yom Kippur | Sep 29 | Sep 18 | Oct 7 |
| Washington's Birthday (USA) | Feb 22 | Feb 22 | Feb 22 | Columbus Day (USA) | Oct 8 | Oct 14 | Oct 12 |
| Ash Wednesday | Feb 28 | Feb 13 | Mar 4 | Thanksgiving Day (CDN) | Oct 8 | Oct 14 | Oct 12 |
| St. Patrick's Day | Mar 17 | Mar 17 | Mar 17 | Daylight Saving Time Ends (USA) (CDN) | Oct 28 | Oct 27 | Oct 25 |
| Daylight Savings Time Begins (USA) (CDN) | Apr 1 | Apr 7 | Apr 5 | Halloween | Oct 31 | Oct 31 | Oct 31 |
| Palm Sunday | Apr 8 | Mar 24 | Apr 12 | Election Day (USA) | Nov 6 | Nov 5 | Nov 3 |
| Passover | Apr 10 | Mar 30 | Apr 18 | Veterans' Day (USA) | Nov 11 | Nov 11 | Nov 11 |
| Good Friday | Apr 13 | Mar 29 | Apr 17 | Thanksgiving Day (USA) | Nov 22 | Nov 28 | Nov 26 |
| Easter Sunday | Apr 15 | Mar 31 | Apr 19 | Hanukkah | Dec 12 | Dec 2 | Dec 20 |
| Mother's Day | May 13 | May 12 | May 10 | Christmas Day | Dec 25 | Dec 25 | Dec 25 |
| Victoria Day (CDN) | May 21 | May 20 | May 18 | Boxing Day (CDN) | Dec 26 | Dec 26 | Dec 26 |
| Memorial Day (USA) | May 28 | May 27 | May 25 | | | | |
| Flag Day (USA) | Jun 14 | Jun 14 | Jun 14 | | | | |
| Father's Day | Jun 17 | Jun 16 | Jun 21 | | | | |

## Important Dates To Remember

| Name | Occasion | Date |
|---|---|---|
| | | |

## Gift Guide

| For Him | For Her |
|---|---|
| Suit | Dress |
| Shirt | Blouse |
| Sweater | Sweater |
| Belt | Belt |
| Shoe | Shoe |
| Hat | Hat |
| Glove | Glove |
| Socks | Hosiery |
| Shorts | Slip |
| Undershirt | Bra |
| Pajamas | Nightgown |
| Fav. Colors | Fav. Colors |





## January 1991

Birthstone: Garnet
Flower: Carnation

MSCO001497



*It's not important who you are but Whose you are!*

"But as for me and my house, we will serve the Lord."
Joshua 24:15 (b) KJV

MSCO001498



## March 1991

Birthstone: (M) Bloodstone (F) Aquamarine
Flower: Jonquil

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|--------|--------|---------|-----------|----------|--------|----------|

NOTES:

Today, well lived, makes tomorrow a vision of hope.

"Surely there is a future, and your hope will not be cut off."     Proverbs 23:18 NASB



# April 1991

Birthstone: Diamond
Flower: Sweet Pea

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|

Daylight Saving Time Begins

**NOTES:** April 1st, Ruby's birthday!
Started my period April 4th
Started school April 9th
Started my period April 26-
April 9th Jr. got married 3:30
April 30th me + Sonny started
going out. 5:11AM el m falling in love.

michelle + Jorge to look at a wedding dress

*Progress involves risks. You can't steal second and keep your foot on first.*   Frederick Wilcox

*"Where there is no vision, the people perish."*
Proverbs 29:18 (a) KJV

MSCO001500



MSCO001501



# June 1991

Birthstone: Pea
Flower: Rose

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|

An open mind is good, so is an open window; but
you put a screen on it to keep the bugs out.

"The mind of sinful man is death, but the mind
controlled by the Spirit is life and peace."

Romans 8:6 NIV

NOTES:

"78"



# July 1991

Birthstone: Ruby
Flower: Larkspur

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|

NOTES: July 10 me + James has been broke-up for 5 months
July 5 get paid.
July 18, Dads B-Day

Rhonda Sue Warford

*Patriotism consists of striving that our country shall be righteous as well as strong.*

*"Righteousness exalts a nation, but sin is a disgrace to any people."* Proverbs 14:34 NASB

July, 28 - Jody's Birth Day!

MSCO001503

# August 1991

Birthstone: M-Sardonyx, F-Peridot
Flower: Gladiola

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|--------|--------|---------|-----------|----------|--------|----------|
| | | | | **1** Left Jackie's house Jody is being a dick head | **2** Met Jody set at her house all nite and got stone. | **3** Stayed all nite with Jody at Jackie's |
| **4** Came home at 2:00 stayed over here all day | **5** Didn't do much. Jody been over today. I miss him so much. | **6** Went over watched the kids today. Sit at home all day | **7** watched the kids today. | **8** I forgot whatever went on TODAY. | **9** Met Jenn (somet. that mashed) I hate him & forgot what I went | **10** |
| **11** Came home. Jody came over and got mad and left ANDY | **12** I ♥ JODY | **13** | **14** Jody came by tonite he said he was being a li'l Dick | **15** Jody came over nite | **16** Stayed home all nite Jody called to Doc with me | **17** |
| **18** Life Sucks! | **19** watched Jody Wes and went to Video close 10-12 allnite | **20** Jody came and went to for the war dick head watched tv | **21** watched Wes from 3:25 til 6 Didn't do much at all. | **22** Got paid for lots queso | **23** Went to Cindy's house and stayed | **24** Went to the fair ain't it cool over I guess. |
| **25** Didn't do much at all today. But it was OK. | **26** | **27** | **28** | **29** | **30** party met Matt Started my period | **31** Party Matt came over |

NOTES: August 4: Started my period 4-10
August 18 - Chrissie's Baby Shower! Deb. Joyce & Sis
August - 22 - Get paid supose too
August - 26 School starts
August - 30 Started my period
August - 13; Keith B-Day. 22

*When God buries the hatchet, He doesn't leave the handle above the ground!*

*"As far as the east is from the west, so far has he removed our transgressions from us."*
Psalm 103:12 NIV

MSCO001504





# October 1991

Birthstone: Opal
Flower: Calendula

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| R | W | WORK 1 | WORK 2 8:30 3:45 | WORK 3 8:30 4:00 | OFF 4 Went out w/ Chrissie, Hopie, Tracy + ? OFF | Went out w/ Carla B, B-B |
| WORK 6 9:00- | WORK 7 8:30 | WORK 8 8:30 | WORK 9 8:30 | PAID WORK 10 8:30 | 11 | 12 |
| Didn't Work | Didn't Work | X | X | X | X | X |
| X 13 | X 14 | Ashley 15 W. Old | X 16 | JAMES 17 21 | Went out 18 Tracy + Shawn | 19 |
| | Columbus Day Thanksgiving Day (CDN) | W. Old | | Ashley | | |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 | | |
| Daylight Saving Time Ends | | | | Halloween | | |

NOTES: James B-Day-21

Oct. 17
Oct. 1 Hopies B-Day - 17
Oct. 4, 2:08 Jacked too James

Oct. 5 Jackies Birth Day

Oct. 18, Started my period

*The boss looks on me as a sort of consultant; he told
me when he wants my advice, he'll ask for it.*
Will Herbman

*"A man of understanding holdeth his peace."*
Proverbs 11:12 (b) KJV

MSCO001506



MSCO001507



# December 1991

Birthstone: Turquoise
Flower: Narcissus

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|

MSCO001508



MSCO001509



MSCO001510



MSCO001511



April 1992

Birthstone: Diamond
Flower: Sweet Pea

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|--------|--------|---------|-----------|----------|--------|----------|
| | | | 1 *NOTHING* | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 Daylight Saving Time Begins | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 Palm Sunday | 20 | 21 | 22 | 23 | 24 Good Friday | 25 1st Day of Passover |
| 26 Easter | 27 | 28 | 29 | 30 | | |

Handwritten: el ♥ Keith Rhonda Loves Keith

APRIL FOOLS DAY

NOTES:

*The sturdy oak is just an acorn that held its ground.*

*"The Lord is my light and my salvation; whom shall I fear? the Lord is the strength of my life; of whom shall I be afraid?"*     Psalm 27:1 KJV

MSCO001512



# May 1992

Birthstone: Emerald
Flower: Lily of the Valley

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 Mother's Day | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 Victoria Day (CDN) | 26 | 27 | 28 | 29 | 30 |
| 31 Memorial Day | | | | | | |

NOTES: May 13- mom's B-Day

*A man cannot touch his neighbor's heart with
anything less than his own.*

*"You shall love your neighbor as yourself."*
Matthew 19:19 (b) NASB



## June 1992

Birthstone: Pearl
Flower: Rose

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|--------|--------|---------|-----------|----------|--------|----------|
|  |  | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 (Flag Day) | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 (Father's Day) | 29 | 30 |  |  |  |  |

NOTES:

*Fewer marriages would skid, if more who said, "I do," "did"*

*"Can two walk together, except they be agreed?"*
Amos 3:3 KJV

# July 1992

Birthstone: Ruby
Flower: Larkspur

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 Canada Day | 9 | 10 Independence Day | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 | |

NOTES:

*Never let yesterday use up too much of today.*

*"Do not call to mind the former things, or ponder
things of the past. Behold, I will do something new."*
Isaiah 43:18-19 (a) NASB

MSCO001515



## August 1992

Birthstone: M-Sardonyx, F- Peridot
Flower: Gladiola

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|--------|--------|---------|-----------|----------|--------|----------|
|  |  |  |  |  |  | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 KEITH | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 |  |  |  |  |  |

NOTES: Aug. 13, Keith B. Day - 23

No one is insignificant in God's eyes.

"I have loved you with an everlasting love; therefore
I have drawn you with lovingkindness."
Jeremiah 31:3 NASB

MSCO001516

# September 1992

Birthstone: Sapphire
Flower: Aster

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|--------|--------|---------|-----------|----------|--------|----------|
|        |        | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | (10) | 11 | 12 |
| 13 Labor Day | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 Rosh Hashana | | | |

NOTES:

Sept. 4, Jammie's Birth Day - 24     Sept. 9, Andrew's B.D. - 1
Sept. 10, My Birth Day - 20           Lisa's Day
Sept. 16, Chrissie's Birthday - 18
Sept. 14, Ashley's Birth Day - 1

*Life is 10% how we make it, 90% how we take it*

*"To enjoy your work and to accept your lot in life —
that is indeed a gift from God. The person who does
that will not need to look back with sorrow on his
past, for God gives him joy."*
Ecclesiastes 5:19,20 TLB

MSCO001517

# October 1992

Birthstone: Opal
Flower: Calendula

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|--------|--------|---------|-----------|----------|--------|----------|
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 Yom Kippur | 15 | 16 | 17 |
| 18 Columbus Day / Thanksgiving Day (CDN | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 Daylight Saving Time Ends | 26 | 27 | 28 | 29 | 30 | 31 Halloween |

NOTES:

*Just when you think He's all you have, you will find He's all you need.*

*"But my God shall supply all your need according to his riches in glory by Christ Jesus."*
Philippians 4:19 KJV

MSCO001518



# November 1992

Birthstone: Topaz
Flower: Chrysanthemum

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | Election Day 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | Veterans' Day 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | | Thanksgiving | | | |

NOTES:

*Happiness depends on external things that "happen" to us. Joy is a deep quality that we choose and partake of in spite of circumstances.*

*"Be glad in the Lord and rejoice you righteous ones, and shout for joy all you who are upright in heart."*
Psalm 32:11 NASB

MSCO001519

# December 1992

Birthstone: Turquoise
Flower: Narcissus

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|--------|--------|---------|-----------|----------|--------|----------|
|        |        | 1       | 2         | 3        | 4      | 5        |
| 6      | 7      | 8       | 9         | 10       | 11     | 12       |
| 13     | 14     | 15      | 16        | 17       | 18     | 19       |
| 20     | 21     | 22      | 23        | 24       | 25     | 26       |
| Hanukkah 27 | 28 | 29   | 30        | 31 Christmas | Boxing Day (CDN) | |

NOTES:

*Let not our hearts be busy inns
That have no room for Thee;
But cradles of the living Christ
And His nativity.*

*"And she brought forth her firstborn son, and wrapped him
in swaddling clothes, and laid him in a manger; because
there was no room for them in the inn."*

*Luke 2:7 KJV*

## Where to Look in the Bible When You're .

**Addicted**....Matthew 11:28
    John 8:36
    Romans 12:1

**Aging**........Deuteronomy 33:25
    Isaiah 40:31
    Isaiah 46:4

**Angry**........Psalm 37:8
    Ecclesiastes 7:9
    James 1:19

**Anxious**.....Isaiah 26:3
    Luke 12:7
    I Peter 5:7

**Bitter**........Ephesians 4:31
    Colossians 3:13
    Hebrews 12:14 - 15

**Confused**...Psalm 46:10
    Isaiah 30:21
    James 3:16 - 17

**Depressed**..Psalm 27:13 - 14
    Psalm 42:5
    Isaiah 41:13

**Doubting**...Psalm 73:28
    Ephesians 6:16
    Hebrews 10:22

**Fearful**.......Isaiah 41:10
    Isaiah 43:1 - 3
    Matthew 14:27

**Guilty**........Psalm 103:12
    Romans 8:1
    I John 1:9

**Hurt**...........Psalm 55:22
    Isaiah 53:4
    Jeremiah 31:3

**Ill**...............Psalm 46:1
    Psalm 103:2 - 3
    Jeremiah 30:17

**Insecure**.....II Corinthians 4:17
    Romans 8:38 - 39
    Jude 24 - 25

**Lonely**.....Psalm 145:18
    Matthew 28:20b
    John 16:32b

**Suffering**......II Corinthians 6:10
    II Timothy 2:12
    I Peter 4:12 - 13

**Tempted**.......I Corinthians 10:13
    Hebrews 2:18
    II Peter 2:9

**Weak**...........I Corinthians 1:27
    II Corinthians 12:9
    Philippians 4:13

**Witnessing**...John 3:16
    Romans 3:23
    Romans 6:23
    Romans 5:8
    John 1:12
    Revelations 3:20

**Worried**........Psalm 115:12a
    Matthew 6:31-33
    Philippians 4:6

*"And my God will meet all your needs according to his glorious riches in Christ Jesus."*
*Philippians 4:19 NIV*

*(handwritten annotations:)*
Dates Paid
Feb. 20, 1992    $57.00
Feb. 27, 1992    $55.00
March. 5, 1992    $55.00
March. 12, 1992    $60.00
    $227.00

MSCO001521

## Prayer Requests

Michelle — Pray for Spanish eyes!
Chrissie — That to Have this baby soon! God help
Hopie

*"Ask and it will be given to you; seek and you will find; knock and the door will be opened to you."*   *Matthew 7:7 NIV*

MSCO001522

## Weights & Measures

**LENGTH**

| | | |
|---|---|---|
| 1 millimeter (mm) | | =0.0394 in |
| 1 centimeter (cm) | =10 mm | =0.3937 in |
| 1 meter (m) | =100 cm | =1.0936 yd |
| 1 kilometer (km) | =1000 m | =0.6214 mile |
| 1 inch (in) | | =25.4 mm |
| 1 foot (ft) | =12 in | =0.3048 m |
| 1 yard (yd) | =3 ft | =0.9144 m |
| 1 mile | =1760 yd | =1.6093 km |

**AREA**

| | | |
|---|---|---|
| 1 sq cm (cm²) | =100 mm² | =0.1550 in² |
| 1 sq meter (m²) | =10,000 cm² | =1.1960 yd² |
| 1 hectare (ha) | =10,000 m² | =2.4711 acres |
| 1 sq km (km²) | =100 ha | =0.3861 mile² |
| 1 sq inch (in²) | | =645.16 mm² |
| 1 sq yard (yd²) | =9ft² | =0.8361 m² |
| 1 acre | =4840 yd² | =4046.86 m² |
| 1 sq mile (mile²) | =640 acres | =2.59 km² |

**TEMPERATURE CONVERSION**

Celsius     -18   -10   0   10   20   30   40°

Fahrenheit   0°   20   32   40   50   60   70   80   90   100   110°

$$C=\frac{5}{9}(F-32) \qquad F=\frac{9}{5}C+32$$

**VOLUME (CAPACITY)**

| | | |
|---|---|---|
| 1 cu cm (cm³) | | =0.0610 in³ |
| 1 cu decimeter (dm³) | =1000 cm³ | =0.0353 ft³ |
| 1 cu meter (m³) | =1000 dm³ | =1.3080 yd³ |
| 1 liter (l) | =1 dm³ | =0.2642 US gal |
| 1 liter | | =0.2200 Imp gal |
| 1 hectoliter (hl) | =100 liter | =2.8378 US bu |
| 1 cu foot (ft³) | | =0.0283 m³ |
| 1 cu yard (yd³) | =27 ft³ | =0.7646 m³ |
| 1 US dry pint | =0.9689 Imp pt | =0.5506 l |
| 1 US bushel | =64 USA dry pints | =35.239 l |
| 1 US liquid pint | =0.8327 Imp pt | =0.4732 l |
| 1 US gallon | =8 US liquid pints | =3.7854 l |

**MASS (WEIGHT)**

| | | |
|---|---|---|
| 1 gram (g) | =1000 mg | =0.0353 oz |
| 1 kilogram (kg) | =1000 g | =2.2046 lb |
| 1 tonne (t) | =1000 kg | =1.1023 short tons |
| 1 tonne (t) | =1000 kg | =0.9842 long ton |
| 1 ounce (oz) | =437.5 grains | =28.350 g |
| 1 pound (lb) | =16 oz | =0.4536 kg |
| 1 short cwt | =100 lb | =45.359 kg |
| 1 long cwt | =112 lb | =50.802 kg |
| 1 short ton | =2000 lb | =0.9072 t |
| 1 long ton | =2240 lb | =1.0161 t |

## Bank Accounts & Credit Cards

Issued                          Account No.

### Credit Card Information

**American Express Company**
USA and Canada.....................1-800-227-2639
**Diners Club International**
USA.....................................1-800-525-9150
Canada................................1-800-387-2970
**Mastercard**
USA.....................................1-800-826-2181
Canada (Call collect)..............0-416-232-8020
**Visa Worldwide**
USA.....................................1-800-336-8472
Canada................................1-800-465-2422

## 15% Gratuity Table

| Check | Tip | Check | Tip | Check | Tip | Check | Tip | Check | Tip |
|---|---|---|---|---|---|---|---|---|---|
| $1.00 | .15 | 21.00 | 3.15 | 41.00 | 6.15 | 61.00 | 9.15 | 81.00 | 12.15 |
| 2.00 | .30 | 22.00 | 3.30 | 42.00 | 6.30 | 62.00 | 9.30 | 82.00 | 12.30 |
| 3.00 | .45 | 23.00 | 3.45 | 43.00 | 6.45 | 63.00 | 9.45 | 83.00 | 12.45 |
| 4.00 | .60 | 24.00 | 3.60 | 44.00 | 6.60 | 64.00 | 9.60 | 84.00 | 12.60 |
| 5.00 | .75 | 25.00 | 3.75 | 45.00 | 6.75 | 65.00 | 9.75 | 85.00 | 12.75 |
| 6.00 | .90 | 26.00 | 3.90 | 46.00 | 6.90 | 66.00 | 9.90 | 86.00 | 12.90 |
| 7.00 | 1.05 | 27.00 | 4.05 | 47.00 | 7.05 | 67.00 | 10.05 | 87.00 | 13.05 |
| 8.00 | 1.20 | 28.00 | 4.20 | 48.00 | 7.20 | 68.00 | 10.20 | 88.00 | 13.20 |
| 9.00 | 1.35 | 29.00 | 4.35 | 49.00 | 7.35 | 69.00 | 10.35 | 89.00 | 13.35 |
| 10.00 | 1.50 | 30.00 | 4.50 | 50.00 | 7.50 | 70.00 | 10.50 | 90.00 | 13.50 |
| 11.00 | 1.65 | 31.00 | 4.65 | 51.00 | 7.65 | 71.00 | 10.65 | 91.00 | 13.65 |
| 12.00 | 1.80 | 32.00 | 4.80 | 52.00 | 7.80 | 72.00 | 10.80 | 92.00 | 13.80 |
| 13.00 | 1.95 | 33.00 | 4.95 | 53.00 | 7.95 | 73.00 | 10.95 | 93.00 | 13.95 |
| 14.00 | 2.10 | 34.00 | 5.10 | 54.00 | 8.10 | 74.00 | 11.10 | 94.00 | 14.10 |
| 15.00 | 2.25 | 35.00 | 5.25 | 55.00 | 8.25 | 75.00 | 11.25 | 95.00 | 14.25 |
| 16.00 | 2.40 | 36.00 | 5.40 | 56.00 | 8.40 | 76.00 | 11.40 | 96.00 | 14.40 |
| 17.00 | 2.55 | 37.00 | 5.55 | 57.00 | 8.55 | 77.00 | 11.55 | 97.00 | 14.55 |
| 18.00 | 2.70 | 38.00 | 5.70 | 58.00 | 8.70 | 78.00 | 11.70 | 98.00 | 14.70 |
| 19.00 | 2.85 | 39.00 | 5.85 | 59.00 | 8.85 | 79.00 | 11.85 | 99.00 | 14.85 |
| 20.00 | 3.00 | 40.00 | 6.00 | 60.00 | 9.00 | 80.00 | 12.00 | 100.00 | 15.00 |

MSCO001523



**Address & Telephone**                                    – A – C –

361-9968

Jemmie Rogers 4519 Hazelwood – ~~361-9825~~

Grandma + Grandpa Martin – 385-3465

* ~~Joe~~

Brook Quire – 361-4360

Franny – 637-2150

Marie – 367-1749 (job)

Mom – 367-8438

Kristi – 368-1178 Kristi Spencer ;

Ann's – 448-9547

Kim – 637-7248

Daivu – 361-7326

~~Bradley + Donna~~

~~Kathy 933-7730~~

**Address & Telephone**                                    – D – F –

~~Bobb 941-7903~~

Sissy – ~~449-4458~~   933-6014

Carla – 363-5009

Diane Ratliff – ~~~~   363-4463

~~Ted – 363-3676~~

Jackie + Donald – 933-7429

Pep-Ril – ~~352-3520~~

~~Pat~~

Perry – 635-7848

Heather + Freddie – ~~363-3136~~   367-9382

~~Deanna~~

Nicky – 361-1368

~~Rhonda~~ – 367-2251 Jackie's work



**Address & Telephone**                                    G — I

Rick - 363-9746
Keith & Carlos - ~~~~~ 1-624-1616
Ruth - 366-1082          Zipc 40299
Lou Woodburn - 7223 Hopewell Rd. 267-5495
Beth - 449-4411
Sammy - 964-8639     244-6782  Beth
Denise - 456-4346
Mary & Jamie - 933-4419
Jody & Brenda - 937-8565
Theresa - 361-2838   disconnected
Sara & Billy - (work)
Teri   (285-0710)  - 282-1475
(Mary) Phone

**Address & Telephone**                                    J — L

Brad
Scott - 367-6736       367-6150
Jim   Half House - 589-5200
Marie - 368-2356
Hope   245-8477  (495-3637  new number)
Rhonda S. Wayford - 367-8438
Bella - 521 Central Ave. 637-4584
Lisa - 366-3302
Mom - 863-0595
Mom & Dad - 367-0724  - Mary's mom & dad
Mary's Work - 368-4389      ÷ 367-6150 ÷
Keith - 937-0852
JAMIE - 585-3465    419-244-3584
Jawanda

MSCO001525

**Address & Telephone**                                    M — O

**Address & Telephone**                                    P — R

MSCO001526



Address & Telephone                                        S — V

Address & Telephone        Rhonda S. Warford        W — Z
                           Rhonda S. Warford
Dec
Sat. 14, 1991
   10:52                                              Rhonda
                                                      Sue
Rhonda        G. Keith Hardin
Sue
Warford        Rhonda Warford

                    Rhonda S. Warford

       Rhonda S. Warford





MSCO001529



MSCO001530