DEFENDANT'S EXHIBIT
CASE NO. 3:17-CV-4196NS
EXHIBIT NO. 22

1/11

Wednesday April 1, 1992

This was a typical day for Rhonda. I didn't notice anything different about her. She woke up about 1:30 or 2:00 pm that day. At 3:00 pm she was talking to her cousin Crystal on the phone and she said hold on the phone was beeping and it might be Keith calling. And Rhonda clicked back over to Crystal and said it was Keith on the other end, and Rhonda told Crystal bye. That was the frist time Keith had called Rhonda since he last saw her on Saturday Mar. 28, 1992. I asked Keith what did they talk about and he said the usual things. Rhonda stayed in her room most of the afternoon till we had dinner then around 7:00 pm she went to the store for me as she always did and on the way back home she said a ugly and dirty man was following her up the street and he was saying

MSCO001070

to her will you marry me and have my children. She got back home around 7:30 pm and she went back into her room. At 10:40 pm she (Rhonda) came out of her room to the living room where I was watching TV and she said Mom Do you want to go shopping tomorrow and I said I didn't care and Rhonda said I am going to call Chrystal to see if she wanted to go with us and I said Rhonda its too late she is probably in bed. But Rhonda went ahead and called Crystal any way and asked her if she wanted to go with us shopping and Crysta told Rhonda that she had to take her baby to the clinic an couldn't go. Then Rhonda hung up the telephone and sat it back on the brass stand in the living room and she went back to her room. I stayed up until 12:00 AM and watc ed TV. Then I turned the TV off turned the light off and went to the kitchen to make my husbands

MSCO001071

lunch for work the next day. I went to bed around 12:15 or 12:20 AM. Rhonda came into my bed room and was getting the door keys out of my purse at about 12:30 AM I could hear her but I could'nt see her because there were no lights on in the house. I asked Rhonda where are you going and she said "Down here" and that's all she said to me. I believe that Keith told her to sneak out of the house after I went to bed. If she had'nt come in my bedroom for the door keys I would'nt have known that she had left after I went to bed. Rhonda always took the door keys with her so she could get back in the house without waking any one up. Well this time she didn't come back home or didn't call me and let me know where she was and immedialey I knew something was very wrong. Rhonda would always call me and let me know where she was and if she wasn't

coming back home. When I saw Rhonda the last time she was wearing white pants blue shirt and her UNLV red & white jacket, and white tennis shoes. I didn't know she had changed her clothes until she was found on Sunday April 5 1992.

When I got up April 2, 1992 about 10:30 AM I found the telephone on Rhonda's bed. Some one had to called her after I went to bed or the telephone wouldn't have been on her bed. I heard the telephone ringing that morning before I got up but I didn't answer it. When I did get up I got the telephone off Rhonda's bed and brought it to the living room. I pushed redail on the telephone and I got my neice Chrsytal whom was the last person Rhonda called the night before. Crystal told me she called that morning and so did my daughter Tammie so the call Rhonda got

MSCO001073

that night was blocked out by their calls. I called my two daughters Tammie & Michelle and told them that Rhonda didn't come home or hasn't called me. I started calling every number I could find in Rhonda's room. Keith Hardin was the frist person I called he said he hadn't seen or heard from her. And I ask him what did he do last night? And he said he was at the trailer with Jeff and another friend looking for a snake, dranked a few beers and washed some dishes. I asked what snake were you looking for the big snake or the little snake and he said the little snake. And I said what happened to the big snake and he said it died. I also ask Keith what time he was at the trailer and he said until 2 or 3 in the morning. I told him I thought you and Jeff were mad at each other and he said they were getting their friendship back together and I ask him how

MSCO001074

long have they been friends again and he said for about three weeks which would have been around Mar. 10, 1992. I said Did you tell Rhonda you was running around with Jeff again and he said yes. He didn't tell Rhonda because she would have gotten mad at him.

Fri Apr 3 We didn't know where Rhonda was so I went to the trailer on Newburg Rd on Friday night around 8:00 pm. We talked to neighbors but no one had seen her. One woman though that two girls lived at the trailer when Jeff lived. When I got back home Keith had called and I called him back and told him where we had been to the trailer looking for Rhonda. My daughter Michelle and neice Jackie also called Jeff that Friday night to see if he had seen or heard from Rhonda and he said he hadn't seen Rhonda since Dec. 91, which was a lie. Because in Jan. 92

MSCO001075

Keith was taking Rhonda with him to the trailer to spend the night and Jeff got mad and called Rhonda names and Keith moved out and back with his parents in Valley Station. Keith and Jeff were supposed to be mad at each other until Mar. 10, 1992. Keiths dad told a friend of the family that a white car had been picking Keith up the week of Mar. 31 thru April 2 1992.

MSCO001076

Rhonda, Michelle, Tonya met Jeff Clark frist then about one week Rhonda met Jeff's friend Keith Hardin which was around the frist week of Nov. 1991. Keith put the enverted crosses on Rhonda within the frist two weeks after meeting her. Because I was in the hospital 2 times in Nov. 91 the 7th and again the 14th of Nov. 91. That is when Michelle, Crystal & Kevin saw the symbol ⭐ on Rhonda's back after she took a shower it was made with hickey. Also Michele & Crystal saw the enverted cross on Rhonda's breast the left one. They ask her who put them on her and she said Keith put them on her and she made them to promise not to tell me. She said mom will kill me. Keith didn't come around as much in Dec. 91 as he did in Jan 92 and Feb. 92 he would come and see Rhonda every night in Jan & Feb. up until Mar. 10, 1992 then he said his

car would'nt run so he didn't come to see Rhonda after the 10th of March. Rhonda only saw Keith on the 18th & 19th of March and the 22nd & 23rd of March and the last time was March 27 and 28 1992. They would sometimes talk on the phone all night when Keith didn't come to see her but Keith said he didn't like to talk on the phone and Rhonda would call him but he wouldn't answer.

MSCO001078

Friday April 3-1992 Keith's mother said if I find out Keith Jr had anything to do with hurting Rhonda she said I will kill him myself. She also said that Jeff and Keith would be glad to take me to the trailer to see if Rhonda was in it if it would ease my mind. I said she's not there. Keith's mother was the one that called to see if we had heard anything about Rhonda or if Rhonda had come home. She said no matter what time it is to call her night or day if we heard anything. She said Keith Jr couldn't eat or sleep. AT night all he did was walked the floor. Also on Saturday April 4 Keith had his mother to put a ad in the Courier Journal saying that (Rhonda-We miss you and love you. Keith) Also on Saturday April 4, 1992 about 2:00PM or 2:30 pm Keith, his mother and sister came to my house. They stayed about 30 minutes. My daughter Michelle was at my home also

MSCO001079

that day with a friend of hers. This woman was a psychic and she took Keith into Rhonda's room and talked to him for about 15 minutes then I went in there and told them to come out, his mother said if you hadn't went and got Keith that she would have. We were all sitting in my living room and the psychic woman was still talking to Keith and she ask him if he would be willing to go for a ride with her on the expressway and he said yes but his mother spoke up and said no mam he's not going no where with you. The psychic woman also said something to Keith about being into devil-worshiping and his mother spoke up again and said (He's in it. but he's on his way out.) She even motioned on his way out with her hands. When they were getting ready to leave his mother said to me give Keith a hug bye and when I did hug him I felt what I

MSCO001080

thought to be a gun in the back of his clothes. I didn't say anything to him about it at that time. I did memtion it to his sister on the phone in June but she said Keith doesn't have a gun. I happen to know that he did have a gun because Rhonda talked about him having a gun. Also my son Jeffery saw the gun and all the knives Keith had at the trailer. He also saw the big knife under Keith's front car seat. He had santantic symbols made out of animal skins in his astrays in the back of his car.

MSCO001081