Keith,

Hi! Look I needed to get this off my mine. I never even think we would get this far. I hope you know what I'm saying. Keith all the times we spend together are all great and I enjoy every second of it. I dont know what kind of feelings you have for me, but the feelings I have for you are very, very strong and I don't ever want them to leave my heart. I care alot about you and I've come so close to you, but people don't stay together for ever and that can lead to some pretty bad things. This is what's wrong with me. I have only one bad feeling and that is that you are going to go and I don't know what will happen then; because I grown so close to you that I dont know





What I would do. Because like I said people don't stay together forever and I don't know what you want to do. I just hope this feeling is wrong. Keith I love you and everytime I say it I mean it.

I Love you,

Rhonda

Commonwealth's EXHIBIT

# 132



Commonwealth's EXHIBIT #133

2

Keith,

Hi! So how are you? I hope your not mad at me because if you are I wish you would tell me. because I don't like when you're mad at me it makes me ~~feel~~ feel ~~so~~ sad. Keith I really like you a hole lot and I don't want to lose you yet or maybe never. Ever when you get

mad at me you can say goodbye, but I will never say goodbye too you. Keith you are about the 3rd person I've cared about and I love you I don't know what it is but its good and I like it. I'm sorry if I ~~[illegible]~~ made you mad today. I didn't know things like that could get to you so easy so will you forgive me? I hope so

3

because I don't want to do any thing that will make you mad at me in any way or any thing. So Kith do you really love me or do you just say you do to make me feel good or what if you really love me you will prove that you do. I don't know how. but you do. Kith I hope that I never lose you. you are the

best guy that I ever seen and am not just saying that. you are so great I really don't know what to say. your just different from any other guy that I've been with and if you ever leave me I will never forget you; you will allways be in my heart. I love you always

Love,
Rhonda

Commonwealth's EXHIBIT #134


Commonwealth's EXHIBIT
# 131
Rhonda
Rhonda
Keith's 4-Ever

3-3-92
12:25 pm

Brooke,

Hey girl whats up? Oh not much here; I just called Nick to see if he's heard from you; and he told me that you and him broke up. So how are you? I'm ok. and me and Keith are still together. I almost lost him a few days ago! But we stuck beside each other and were doing fine, but I don't see him every day like I use to. Well look let me get back to you so I can feed my loving kids. Ok. Well enough about relationships. So when are you coming home or are you? If you do well get a apartment together, but my boyfriend will be with us. and you might get you a boyfriend who knows! We can do lots together. Like go out and do something; don't know what, but something. When are you going to write me back? Soon I hope I would like to know how my best friend is! So how is Corey and your mom + dad? Tell him I said Hi! So how is your job coming along? and did you take your G.E.D.? I hope the best of luck for you and come see me soon ok.

Rhonda
B/F/F

RHONDA WARFORD
104 E. WHITNEY
Lou, Ky. 40214
(502) 367-8439

Commonwealth's EXHIBIT

#127

Dear Keith,

I wish we could have had a chance to talk before I had to leave. I just want to say that I love you more than you'll ever know. I think that everything will be all right now so try not to worry. Remember – "DON'T TALK TO ANYONE". If you need to talk you can call me collect any-time & I mean it. My # is 0-813-525-2633. When the operator comes on just tell her you want to make a collect call from Keith.

I hope you can live with whats happened and go on with your life. Just remember Rhonda and how much you cared for each other and most of all remember the good times. Try not to dwell on her death. I love you and take care of you because we only have one Keith and we need him.

Love you always,
Rose




#135

Keith,

Look; I didn't mean to make you mad at me. You know that I love you alot and care for you. I didn't mean what I said about you not coming back to my house. If anything at all your the only person I need right know; and I'm not just saying it. It really hurt me when I said I loved you and then you just left; walking away from something is not good at all. I just hope everything is going to work out for us. If not; I really don't know what I would do. But it wouldn't be Childish or stupid. Keith you've been great to me and I turn around and acted silly. Keith please forgive me. When ever you touch me I like it, but if I touch you; you just get hot as fire sometimes and I don't understand. I'm going to ~~ask~~ asks you this: Do you really love me? If not please go ok. because

if I get hurt once more it is it and I mean that. I would do nothing to hurt you in anyway; because I love you to much. And I wouldn't do anything too hurt **our** child! If it's still there; after running after kids and cleaning and argue all the time. (well not all the time just half) With the guy I really love deep down in my heart!

Love Always & Forever

Rhonda

Please don't be mad at me!
If your not kiss me!
If so; just sit there
and look ok.!

[illegible]

Keith

[illegible]