AOC-315
6-85

☐ SUMMONS
☒ ARREST WARRANT

**COMMONWEALTH OF KENTUCKY**
_____MEADE_____ **DISTRICT COURT**

CASE NO. _____

COMMONWEALTH OF KENTUCKY VS.   JEFFREY DEWAYNE CLARK
4519 Cod Drive
Louisville, KY 40272

SSN ▓▓▓
d/o/b ▓▓▓

☒ **WARRANT OF ARREST/TO ALL PEACE OFFICERS IN THE COMMONWEALTH OF KENTUCKY**

You are hereby commanded to arrest the above-named defendant and bring him forthwith before the judge of the District Court, _____Meade_____ County, Kentucky (or, if he be absent or unable to act, before the nearest available magistrate to answer a complaint made by _Joseph E. Greer, Meade Co. Sheriff_ charging him with the offense of _Murder in violation of KRS 507.020_.

☐ **SUMMONS/TO THE ABOVE-NAMED DEFENDANT:**

You are hereby summoned to appear before the judge of the District Court of _____ County, Kentucky, on the _____ day of _____, 19___, at _____ M. at the following location _____

to answer to the charge of _____

in response to a complaint filed by _____

If you fail to appear at the stated time and place you will be subject to the contempt power of the court.

Issued at _Brandenburg_, _Meade_ County, Kentucky, this _4th_ day of _May_, 19_92_.

_[signature]_ D.C., Judge   _MEADE DISTRICT_ Court

**CRIMINAL COMPLAINT**

JEFFREY DEWAYNE CLARK
_(Name and address of defendant, if known)_

The affiant, _Sheriff Joseph E. Greer_ says that on the or about _2nd_ day _April_, 19_92_, in _Meade_ County, Kentucky, the above-named _Jeffrey Dewayne Clark_ unlawfully _committed the offense of Murder in violation of KRS 507.020 when the defendant, Jeffrey Dewayne Clark, intentionally caused the_ _Rhonda Sue Warford by stabbing her with a knife._

Name, address and telephone number of Affiant:
Signature of Affiant _[signature]_
MEADE COUNTY SHERIFF

Sworn to before me this _4_ of _May_
_[signature]_
(Title)
MEADE COUNTY ATTORNEY

DEFENDANT'S EXHIBIT
CASE NO. 3:17CV-419-GNS
EXHIBIT NO. 24

MSCO00411