AOC-315
6-85
☐ SUMMONS
☒ ARREST WARRANT

**COMMONWEALTH OF KENTUCKY**
MEADE DISTRICT COURT

CASE NO. _____

COMMONWEALTH OF KENTUCKY VS. GARR KEITH HARDIN, JR.
10774 Tarrytown Road
Louisville, KY 40272

SSN ▮▮▮
d/o/b ▮▮ 22

☒ **WARRANT OF ARREST/TO ALL PEACE OFFICERS IN THE COMMONWEALTH OF KENTUCKY**

You are hereby commanded to arrest the above-named defendant and bring him forthwith before the judge of the District Court, __Meade__ County, Kentucky (or, if he be absent or unable to act, before the nearest available magistrate to answer a complaint made by __Joseph E. Greer, Meade Co. Sheriff__ charging him with the offense of __Murder in violation of KRS 507.020__.

☐ **SUMMONS/TO THE ABOVE-NAMED DEFENDANT:**

You are hereby summoned to appear before the judge of the District Court of _____ County, Kentucky, on the _____ day of _____, 19___, at _____ M. at the following location _____

to answer to the charge of _____

in response to a complaint filed by _____

If you fail to appear at the stated time and place you will be subject to the contempt power of the court.

Issued at __Brandenburg__, __Meade__ County, Kentucky, this __4th__ day of __May__, 19__92__.

_J. R. Wath, D.C._, ~~Judge~~   __MEADE DISTRICT__ Court

**CRIMINAL COMPLAINT**

GARR KEITH HARDIN, JR.
*(Name and address of defendant, if known)*

The affiant, __Sheriff Joseph E. Greer__ says that on the or about __2nd__ day __April__, 19__92__, in __Meade__ County, Kentucky, the above-named __Garr Keith Hardin, Jr.__ unlawfully __committed the offense of Murder in violation of KRS 507.020 when the defendant, Garr Keith Hardin, Jr., intentionally caused t__[he death of] __Rhonda Sue Warford by stabbing her with a knife.__

Name, address and telephone number of Affiant:
Signature of Affiant: _[signature]_
MEADE COUNTY SHERIFF

Sworn to before me this __4__ of __May__
_[signature]_
(Title) MEADE COUNTY ATTORNEY

**DEFENDANT'S EXHIBIT**
CASE NO. 3:17-cv-419-GNS
EXHIBIT NO. 25

MSCO001405