Page 243

1    Linda Smith:  I will call Clifford Capps.

2    Judge:  Somebody getting him?

3    Male 2:  Yes sir.  I am.

4    Judge:  Okay.

5    [Off microphone conversation]

6    Judge:  Come up Mr. Capps please.

7    Male 2:  Step up in front of the Judge to be swore sir.

8    Clifford Capps:  Yes, yes.

9    Judge:  Mr. Capps is here to raise your right hand, right there

10   is fine.  Do you swear or affirm the testimony your about to

11   give is the truth, the whole truth and nothing but the truth?

12   Clifford Capps:  Yes sir.

13   Judge:  Okay.  Have a seat in this witness chair right here.

14   Make yourself comfortable.  I know you've been hanging around

15   all day.  You're probably tired.  I want you to speak up loud

16   enough we can all hear you.

17   Clifford Capps:  Yes sir.

18   Judge:  And it's being recorded.

19   Clifford Capps:  Yes sir.

20   Judge:  And we want to make a good record.  Let's start off by

21   you stating your name and spelling your last name for me.

22   Clifford Capps:  Clifford Capps, C-A-P-P-S.

23   Judge:  C-A-P-P-S?

24   Clifford Capps:  Yes sir.

25   Judge:  Two p's.

DEFENDANT'S
EXHIBIT

CASE
NO. 3:17-CV-419-GNS

EXHIBIT
NO. 105

1    Clifford Capps:  Yes sir.

2    Judge:  Okay.  You may question the witness.

3    Linda Smith:  Okay and you go by Clifford or [PH] Cliffie?

4    Clifford Capps:  Clifford.

5    Linda Smith:  Clifford.  Okay.  I'm going to try to cut right to

6    the chase.  Now, do you remember back in 1991, being in jail

7    with a Roy Melanson?

8    Clifford Capps:  Yes.

9    Male 1:  Your Honor, could I just make, I going to simplify

10   something, the reason I'm interrupting you.  Could I just have a

11   continuing objection on the record to his entire testimony?

12   Judge:  Yes.

13   Male 1:  Because this has already been explored.  It's nothing

14   new.  I don't think he has much relevant to offer that hasn't

15   already been explored by the appellate courts.  That way I won't

16   be interrupting you over and over.

17   Judge:  So noted.  Overruled.

18   Linda Smith:  Actually, Mr. Capps, is this the first time you've

19   ever been, had to testify about Mr. Melanson?  Have you ever

20   been on the stand before about him?

21   Clifford Capps:  I have never been on the stand about Mr.

22   Melanson.

23   Ms. Smith.  Okay.  And you--

24   Judge:  How do you spell that name?

25   Linda Smith:  M-E-L-A-N-S-O-N.

1  Judge:  [PH] Melasent.

2  Linda Smith: Roy Melanson.

3  Judge:  Okay.  Thank you.

4  Linda Smith:  And, explain to the Judge who Roy Melanson was or

5  is.

6  Clifford Capps:  He was another inmate that I was in jail with.

7  Judge:  Can you all hear him?

8  Male 1:  Barely.

9  Judge:  Speak up more.  We are going to need to be able to hear

10  you.

11  Clifford Capps:  He was another inmate that I was in jail with

12  back in 1991.

13  Linda Smith:  Right and where, what was he charged with here in

14  Kentucky?

15  Clifford Capps:  I don't remember his exact charges.

16  Linda Smith:  But he was here in Kentucky.

17  Clifford Capps:  He was.

18  Linda Smith:  In jail.

19  Clifford Capps:  Yes.

20  Linda Smith:  With you.

21  Clifford Capps:  Yes.

22  Ms.  Smith:  And my understanding is, that you, he confessed to

23  you a crime he had committed in 1974 in Colorado.  Is that

24  right?

25  Clifford Capps:  No.

1   Linda Smith:  No.  So why were you taken to Colorado to testify

2   against Mr. Melanson.

3   Clifford Capps:  The only thing Mr. Melanson said back then, me

4   and some investigators from Colorado came down and questioned us

5   about Mr. Melanson about a murder investigation.  The only thing

6   that Roy Melanson said is up there was he's been up there and

7   that up there was a good place to hide a body.  He did not

8   confess to a crime.

9   Linda Smith:  He did not confess to you?

10  Clifford Capps:  No.

11  Linda Smith:  And the people from Colorado came down and

12  interviewed you.

13  Clifford Capps:  They came and interviewed a few people.

14  Linda Smith:  Okay.  But they interviewed you?

15  Clifford Capps:  Yes.

16  Linda Smith:  And they had you brought to Colorado?

17  Clifford Capps:  Right.

18  Linda Smith:  Isn't that right?

19  Clifford Capps:  Correct.

20  Judge:  Which county jail were you in with him in Kentucky?

21  Clifford Capps:  Meade.

22  Judge:  You were here in Meade County?

23  Clifford Capps:  Meade County.

24  Judge:  Okay.  Go ahead.

25  Linda Smith:  And you were here in Meade County on what charge?

1    Clifford Capps:  I believe it was burglary.

2    Linda Smith:  Burglary.  Do you remember whether it was burglary

3    first or burglary third?

4    Clifford Capps:  I don't remember.

5    Linda Smith:  And you,

6    Clifford Capps:  Burglary first.

7    Linda Smith:  And you were convicted of both at that time, were

8    you not?  Would having a--

9    Clifford Capps:  No.

10   Linda Smith:  --looksee at your indictment refresh your

11   recollection?

12   Judge:  You don't remember what you were convicted of?

13   Clifford Capps:  I'm remembering that it was burglary.

14   Judge:  Okay.

15   Clifford Capps:  I just don't remember--

16   Judge:  That's what the question was.

17   Clifford Capps:  --one or three.  One or three.

18   Judge:  It shouldn't be too hard to answer.

19   Clifford Capps:  Yea.  I know it was burglary, but I don't know

20   if it was a one or a three.

21   Judge:  Okay.

22   Linda Smith:  Okay.

23   Clifford Capps:  Or a two or?

24   Linda Smith:  Well, and like I said you were convicted of both

25   were you not?

1    Clifford Capps:  Yes.

2    Linda Smith:  At separate times?

3    Clifford Capps:  Yes.

4    Linda Smith:  And burglary in the first degree, do you remember

5    what sentence you received?

6    Clifford Capps:  I believe it was seven years.

7    Linda Smith:  And do you remember whether or not the burglary in

8    the first degree was, you were convicted of burglary in the

9    first degree and you received seven years.  That is a class b

10   felony.  Is it not?

11   Clifford Capps:  I don't know the classes.

12   Linda Smith:  Okay.  Could you have received ten to 20 years on

13   that?

14   Clifford Capps:  Again, I don't know the classes.  I just took

15   the attorney worked it out and I got the plea deal.

16   Linda Smith:  Well, I think the Judge could probably take

17   judicial notice of the fact that burglary in the first charge is

18   a class b felony.  And, you received seven years on that?

19   Clifford Capps:  Yes.

20   Linda Smith:  And why did you receive seven years on that?  Had

21   you helped the prosecution in another case?

22   Clifford Capps:  No.

23   Linda Smith:  You had not testified about, against anyone else?

24   Clifford Capps:  No.  Huh-uh.

25   Linda Smith:  So the first time you testified against someone

1   was Mr. Melanson in Colorado?

2   Clifford Capps:  No.  I hadn't even.  No, I didn't even.  When

3   I.  In there and then I'd been [INDISCERNABLE] Mr. Melanson, but

4   it was after I'd got out on probation that they came and talked

5   to us about Mr. Melanson in Colorado and I--

6   Linda Smith:  Okay.

7   Clifford Capps:  --came back to jail after I violated my

8   probation.

9   Linda Smith:  So you had violated your--

10  Clifford Capps: Yes.

11  Linda Smith:  --probation.  You were back in jail?

12  Clifford Capps:  Yes.

13  Linda Smith:  And you, when you were back in jail they came and

14  got you?

15  Male 1:  Judge, I just,

16  Judge:  Hold on just a second.  You got an objection.

17  Male 1:  If she will stand to one side.

18  Judge:  Would you stand so the--

19  Male 1:  She stands in front of us.

20  Judge:  --so they can see your witness?

21  Linda Smith:  I beg your pardon.

22  Judge:  Thank you.

23  Linda Smith:  So, you were taken to Colorado to deal with Mr.

24  Melanson and you were scheduled to testify against him weren't

25  you?

1   Clifford Capps:  Yes.

2   Linda Smith:  And you received a benefit for that testimony in

3   terms of being convicted of the burglary in the second, in the

4   first degree and only getting seven years, is that right?

5   Clifford Capps:  No.

6   Linda Smith:  What benefit did you receive for that testimony?

7   Clifford Capps:  I didn't receive no benefit.

8   Linda Smith:  Okay.  So then, how then are you convicted of a

9   burglary in the first degree and only getting seven years?

10  Clifford Capps:  I don't know.  I didn't work out any.

11  Linda Smith:  How much time did you end up serving on that

12  burglary in the first degree?  Do you remember that?

13  Clifford Capps:  Seven years.

14  Linda Smith:  Nope.  That's

15  [16:11:43]

16  not what the records show.  Now the records don't show that at

17  all.  Actually, they show that you were then convicted of

18  custodial interference, isn't that right, in 1991?

19  Male 1:  Judge if she has certified copy of the judgment it

20  would show all of that.

21  Linda Smith:  I actually, I don't have certified.  I have what

22  was entered into evidence by the Commonwealth on a different

23  occasion.  He was convicted of receiving stolen property.  And I

24  can show this to, burglary in the first degree.

25  Judge:  Is this a Meade County conviction?

1    Linda Smith:  This is a Meade County conviction.

2    Judge:  We can probably get the actual record.

3    Linda Smith:  Yep.  I think the Judge is taking--

4    Judge:  What's the case number?

5    Linda Smith:  Ninety-one  CR-49.

6    Judge:  Would that still be here?

7    Female 1:  I think so.  Might be in the basement.

8    Judge:  Can you get somebody to retrieve it for us.

9    Female 1:  Yes.

10    Judge:  If we're going to have an argument over it.

11    Female 1:  You said 91-CR?

12    Linda Smith:  Yes ma'am.  I'll give you the judgment plead

13    guilty.

14    Female 1:  Okay.

15    [Off microphone conversation]

16    Linda Smith:  And there's a 92-CR-14.

17    Female 1:  [INDISCERNIBLE].  Okay.

18    Male 1:  I'm not having an argument over it.  I'm just saying it

19    could have been introduced by certified copy.

20    Judge:  Yea.

21    Linda Smith:  Yea, I should.  You're right.  It could have been.

22     I just thought he would know that exactly how much time he had

23    spent in jail.  You're testimony is here that you believe you

24    spent seven years in prison?

25    Clifford Capps:  I didn't spend seven years.  I was paroled.

Page 252

1   Linda Smith:  Oh, you were paroled.

2   Clifford Capps:  Yes.  I got probation one time.  And then each

3   time I've received parole twice.

4   Linda Smith:  Okay.  So I'm, maybe I wasn't clear.  How much

5   time did you serve in prison on all of those charges, the

6   burglary third, the custodial, the burg first?  How much time

7   did you end up spending in prison?  In jail?

8   Clifford Capps:  I, well let me think.  Seventeen, I, zero,

9   zero, seventeen, twelve; two and a half years federal.

10  Linda Smith:  How much?

11  Clifford Capps:  I'd say almost 2-1/2 years.

12  Linda Smith:  Two and a half years you believe?

13  Clifford Capps:  I believe it.

14  Linda Smith:  I have got about one year, ten months and five

15  days by what I figure.

16  Clifford Capps:  Do you 17 months come up the first time and

17  then 12 month deferment.

18  Linda Smith:  And you were paroled twice right?

19  Clifford Capps:  Right.

20  Linda Smith:  So when you were first paroled, what made you go

21  back?

22  Clifford Capps:  Um, a new charge.

23  Linda Smith:  Now wait a minute.  Wait, you were also, you were

24  given probation first.  So what happened when you were on

25  probation?

Page 253

1   Clifford Capps:  A new charge.

2   Linda Smith:  Okay.  And the new charge was the custodial

3   interference and the burglary, that whole business?

4   Clifford Capps:  No.  Receiving stolen property here in

5   Brandenburg.

6   Linda Smith:  Okay.  So you caught a new charge while you were

7   on probation for the burglary in the first degree?

8   Clifford Capps:  Right.

9   Linda Smith:  And then you went back to jail?

10  Clifford Capps:  Right.

11  Linda Smith:  How much time did you spend in jail then?

12  Clifford Capps:  Uh?

13  Male 3:  Your Honor, if--

14  Clifford Capps:  That I can't remember right off.

15  Male 3:  --the witness cannot remember.  He can say--

16  Linda Smith:  He didn't say that and I--

17  Male 3:  --he doesn't know--

18  Clifford Capps:  That I don't--

19  Linda Smith:  --don't think you need to be putting words in his

20  mouth

21  Male 3:  To just guess?

22  Clifford Capps:  That I don't

23  Male 3:  I don't know what the

24  Clifford Capps:  I'm not going to guestimate.  I'm not going to

25  lie and say I don't remember.

1    Judge:  You don't know?

2    Clifford Capps:  I don't know.

3    Judge:  Okay.

4    Linda Smith:  Okay.  So anyway then you violated probation by

5    catching another charge.  When then, when were you paroled?

6    Clifford Capps:  I know it's December, maybe '92.

7    Linda Smith:  So I have that you then were let out on parole

8    again and while you were on parole you caught a couple of

9    misdemeanors.  Does that sound about right?

10   Clifford Capps:  Yea.

11   Linda Smith:  DUI 1st et cetera.  But you remained on parole.

12   Clifford Capps:  Um-hum.

13   Linda Smith:  You didn't go back to prison?

14   Clifford Capps:  Right.

15   Linda Smith:  And it's your testimony is you haven't testified

16   against anybody other than, you didn't testify against Mr.

17   Melonson?

18   Clifford Capps:  Right.

19   Linda Smith:  You obviously testified against Jeff Clark, right?

20   Clifford Capps:  Right.

21   Linda Smith:  Anyone else?

22   Clifford Capps:  No.

23   Linda Smith:  You've never heard anybody else confess to you--

24   Clifford Capps:  No.

25   Linda Smith:  --other than Mr. Melonson and Mr. Clark?

Page 255

1    Clifford Capps:  Correct.

2    Linda Smith:  Now, do you know, a person by the name of Kevin

3    Justice?

4    Clifford Capps:  Yes I do.

5    Linda Smith:  Do you write him a letter on November 17 of 1992,

6    that you recall while you were in jail?

7    Clifford Capps:  Yea, I did.

8    Linda Smith:  Actually, while you were in prison.

9    Clifford Capps:  I say I did.  I don't remember the content of

10   it exactly.

11   Linda Smith:  May I approach, Your Honor.

12   Judge:  You may.

13   Linda Smith:  I am giving you what has previously been marked as

14   Defendants Exhibit 14.

15   Clifford Capps:  Okay.

16   Linda Smith:  You ever seen that document before?

17   Clifford Capps:  Yes.

18   Linda Smith:  Okay.  And you see on the second page.

19   Clifford Capps:  Yes.

20   Linda Smith:  I mean you know about this letter right?

21   Judge:  Has this been introduced as an exhibit?

22   Linda Smith:  Yes sir.

23   Judge:  What number is it?

24   Linda Smith:  Number 14 Judge.

25   Clifford Capps:  I do remember this.

Page 256

1    Linda Smith:  You do?

2    Clifford Capps:  I remember this.

3    Linda Smith:  Okay.  And, you know, Kevin Justice thought this

4    letter was your attempt to get him to, you know, to lie about

5    Keith Hardon in much the same way you were lying about Jeff

6    Clark on the stand.

7    Male 1:  Object to form.

8    Judge:  Leading.  Is that your objection too?

9    Male 1:  Leading and suggestive of perjury.

10   Judge:  I'm not sure there's any evidence out of this man if you

11   don't lead him.  But I don't know how to handle this so.

12   Linda Smith:  I'll rephrase.

13   Judge:  Are you on medication Mr. Capps?  Mr. Capps are you on

14   medication?

15   Clifford Capps:  Excuse me?

16   Judge:  Are you on medication?

17   Clifford Capps:  Just my seizure medication.

18   Judge:  Does it cause you to not be able to understand questions

19   and not be able to think to answer questions?

20   Clifford Capps:  The Ativan, kind of, slows me down some.

21   Judge:  You appear to be a little disconnected here to me today.

22   Clifford Capps:  But, just the Ativan does that generally some.

23   Judge:  Okay.  Well lets continue on, but--

24   Linda Smith:  Well, let me put it to you this way.  What did you

25   mean when you wrote to Kevin Justice, remember this, Keith

1    jokingly admitted to the murder.  They were driving a black

2    nova, Keith said Jeff wanted to dump the body down there to

3    scare his ex.

4    Clifford Capps:  What I mean is from when we were at Marion

5    Adjustment Center, said stuff is that Kevin Justice told me at

6    Marion Adjustment Center when we were both locked up.  This is

7    after we left Meade County Jail.  And, this is stuff Kevin

8    Justice told me at Marion Adjustment Center that Keith Hardon

9    had told me or Keith Hardon had told me at Marion Adjustment

10   Center because Kevin Justice was in the cell with Keith Hardon.

11   Linda Smith:  At Marion Adjustment Center?

12   Clifford Capps:  Right.

13   Linda Smith:  And this was before November of 1992?

14   Clifford Capps:  I don't remember November 92, this.

15   Linda Smith:  Mr. Capps?

16   Clifford Capps:  Yes.

17   Linda Smith:  You wrote hey bud, don't sweat.  We're going to

18   court over that murder.  My shock will be decided then.  Man if

19   I ever need you to do anything, please help me to convince them

20   with enough shit to let me out.

21   Clifford Capps:  Yup.

22   Linda Smith:  I also have to be in court on December 2nd.

23   Clifford Capps:  But there wasn't overshock.

24   Linda Smith:  Because you didn't get shock.

25   Clifford Capps:  It wasn't overshocked.

1    Linda Smith:  So you, why would you have written then.

2    Clifford Capps:  I thought it was, but it wasn't.

3    Linda Smith:  Okay.  But your then say, remember this, Keith

4    jokingly admitted to the murder.  So, you're saying this to

5    Kevin Justice?

6    Clifford Capps:  Um-hum.

7    Linda Smith:  About going to court against these two gentlemen.

8    Clifford Capps:  Yes.

9    Linda Smith:  Right?

10   Clifford Capps:  Yea.

11   Linda Smith:  And your saying, hey bud don't sweat.  We're going

12   to court

13   Clifford Capps:  Um-hum.

14   Linda Smith:  --over that murder.

15   Clifford Capps:  Yes ma'am.

16   Linda Smith:  My shock will be decided then.  Man if I ever

17   needed you to do anything, please help me to convince them with

18   enough shit to let me out.

19   Clifford Capps:  Um-hum.

20   Linda Smith:  I mean, sounds to me like you are trying to get

21   out of jail.  I mean, you didn't like it in jail, I'm assuming?

22   Male 1:  I'll object to that.  I mean that's her supposition

23   about what he's trying to--

24   Judge:  Sustained.

25   Linda Smith:  Well, let me ask you this.  Do you enjoy being in

1  jail?

2  Clifford Capps:  Nah, I mean, no, I don't like being in jail,

3  but it makes it, I'm, there's some--

4  [16:21:43]

5  Clifford Capps:  --things, you know, you can either know from

6  somebody saying or not saying um.

7  Judge:  Mr. Capps, Mr. Hardon told, did he make a confession to

8  you in jail.  I'm a little confused here.  All these letters.

9  Let's get to the point here.  Were you in the same jail as Mr.

10  Hardon?

11  Clifford Capps:  Yes I was.

12  Judge:  Did he make a confession to you?

13  Clifford Capps:  Mr. Hardon.  No I was never in the same cell as

14  Mr. Hardon.  Mr. Clark.

15  Judge:  Mr. Clark.

16  Clifford Capps:  Um-kay and.

17  Judge:  Is that what we're getting at here.  Let's--

18  Linda Smith:  Yes sir.

19  Judge:  --just get right down to this.

20  Clifford Capps:  From the best from what I can remember,

21  without, without, how do I put best words, perjure  lying or

22  perjuring to myself.

23  Judge:  Why would you say that?  I want to hear the truth.

24  Clifford Capps:  The truth.

25  Judge:  No body's asking you to perjure yourself.

Page 260

1    Clifford Capps:  Okay I like--

2    Judge:  They asked you to tell the truth.

3    Clifford Capps:  Okay.

4    Judge:  Tell me the truth.

5    Clifford Capps:  They say two occasions, the occasion that I

6    remember is him bending down on one knee and it scaring the shit

7    out of me.  Excuse my language.  But, of him with a look in his

8    eyes, we did it if they even knew.

9    Judge:  Mr. Clark said that?

10   Clifford Capps:  Yes.

11   Judge:  He said we did it and what?

12   Clifford Capps:  If they even knew.

13   Judge:  If they even knew?

14   Clifford Capps:  Yes.

15   Linda Smith:  And your testimony here is that you were in the

16   same cell as Mr. Clark.

17   Clifford Capps:  Yes.

18   Linda Smith:  And how long were you in the same cell as Mr.

19   Clark?

20   Clifford Capps:  From the day they brought him in until the day

21   I was shipped out.

22   Linda Smith:  How many days do you think that was?

23   Clifford Capps:  I would say, again a month and a half, two

24   months.

25   Linda Smith:  Okay.  So if the testimony at the trial was 14

1    days, would that surprise you?  The testimony from the jail,

2    from Sheriff Greer too.

3    Clifford Capps:  Said that I was in the cell 14 days.

4    Linda Smith:  Right.

5    Clifford Capps:  Yup.

6    Linda Smith:  With Jeff Clark.

7    Clifford Capps:  Maybe.

8    Linda Smith:  And that you were never in a cell actually.

9    Clifford Capps:  Maybe it was a two man cell?  Locked up in the

10   same cell.

11   Linda Smith:  Well keep guessing.  What do you think it was?

12   Clifford Capps:  There was four cells.  Two men to each cell.

13   Linda Smith:  Um-hum.  And who else was in the cell with you?

14   Clifford Capps:  There was an old man we called slick and a guy

15   named Jerry.

16   Linda Smith:  Mabry.

17   Clifford Capps:  Mabry.

18   Linda Smith:  Charles Peters?

19   Clifford Capps:  There you go.

20   Linda Smith:  Four man cell?

21   Clifford Capps:  Yup.

22   Linda Smith:  And you were never in the cell with Clark?

23   Clifford Capps:  Yes I was.

24   Linda Smith:  Now the testimony that was at trial was that you

25   guys were in the same pod but not in the same cell.

Page 262

1   Clifford Capps:  Same cell.

2   Linda Smith:  And you said that he confessed to you.

3   Clifford Capps:  Yep.

4   Linda Smith:  And that you didn't get anything for your

5   confession.

6   Clifford Capps:  Correct.

7   Linda Smith:  For your testimony, excuse me, at the trial.

8   Clifford Capps:  Correct.

9   Linda Smith:  But Mr. Smith had written a letter for you to the

10  parole board is that right?

11  Clifford Capps:  Correct.

12  Linda Smith:  And you received parole?

13  Clifford Capps:  Correct.

14  Linda Smith:  And you received parole again after that.

15  Clifford Capps:  Correct.

16  Linda Smith:  And you received an amount, a sentence of seven

17  years that you couldn't possibly have gotten under the rules

18  right?

19  Clifford Capps:  Right.  But I'd already been sentenced.  Before

20  he'd been there.

21  Linda Smith:  Do you know if that seven years ever, ever got

22  served or ever got sent to corrections?

23  Clifford Capps:  I served it out.

24  Linda Smith:  You served it out.

25  Clifford Capps:  On parole.

Page 263

1   Linda Smith:  How?

2   Clifford Capps:  On parole.

3   Linda Smith:  Okay.  You weren't in prison.

4   Clifford Capps:  Right.  After I got out on parole, I served it

5   out on parole.

6   Linda Smith:  Even after you'd committed other felonies on

7   parole and misdemeanors et cetera.

8   Clifford Capps:  I mean, after, yea, after I got out on parole I

9   got DUI.  Yes I served it out.

10   Linda Smith:  And you absconded to Utah at one point.  Isn't

11   that right?

12   Clifford Capps:  That was way back before, younger.  I mean,

13   that was younger.  This is talking about after 95 or 96.  And

14   then I got out on parole and like yea I caught a DUI.  But then

15   I served the rest of my time out on parole.

16   Linda Smith:  Well, but you testified, but you also gave a

17   statement.  When did you give your statement to Sheriff Greer if

18   you recall?

19   Clifford Capps:  Uh.

20   Linda Smith:  Was it the day after you heard Mr. Clark make this

21   scary confession to you?

22   Clifford Capps:  I don't remember exactly when I did.

23   Linda Smith:  You think it was two days after you heard this

24   scary confession?

25   Clifford Capps:  Um.  I'm not going to guess because I actually

1    don't remember.

2    Linda Smith:  I mean it, you wanted to make sure you told the

3    authorities very quickly.

4    Clifford Capps:  Right.

5    Linda Smith:  I mean, you knew this was a murder case right?

6    Clifford Capps:  Right.

7    Linda Smith:  And you knew it was a scary confession.  That's

8    what you said.  It scared the S out of you right?

9    Clifford Capps:  Yes.

10   Linda Smith:  So you must have said something to somebody three

11   days after this confession?

12   Clifford Capps:  Like I said, I'm--

13   Linda Smith:  If the testimony at the trial was that from May

14   19, 1992 until December 2nd, you never said anything to anyone

15   about this scary confession?  Would that surprise you?

16   Clifford Capps:  I'd say that's not accurate.

17   Linda Smith:  You'd say that wasn't accurate.

18   Clifford Capps:  Yes.

19   Linda Smith:  Okay.  So if we play the tape of the trial and

20   show you where you said that, would that convince you?

21   Clifford Capps:  Mm.

22   Linda Smith:  The video of you.

23   Clifford Capps:  No.  I want to say it is.  I know I talked to

24   Jeff before they shipped me.  They shipped me from here to

25   Frankfort before I went to Roederer Correctional Complex and I

Page 265

1   talked to Jeff Greer before then.

2   Linda Smith:  What are you saying?  Are you saying that you did

3   you told Sheriff Greer about this confession before that, before

4   you went to Roederer?

5   Clifford Capps:  Yes.

6   Linda Smith:  And you think that was how many days after it

7   happened?

8   Clifford Capps:  I'm not exactly sure.  But, I'm sure I did.

9   Linda Smith:  You're sure you did.

10  Clifford Capps:  Yes I am.

11  Linda Smith:  Does it sound right that you gave your confession

12  or you gave a statement to Sheriff Greer on December 2nd of '92?

13  Clifford Capps:  Yes.

14  Linda Smith:  Okay.  But, you weren't locked up with Jeff at

15  that point?

16  Clifford Capps:  No.

17  Linda Smith:  And you hadn't been locked up with Jeff since May

18  19th of 1992.

19  Clifford Capps:  Sounds right.

20  Linda Smith:  Right.  So you hadn't given your, the statement

21  about this confession to Sheriff Greer for months.  He had to

22  have to confessed to you and given you this scary confession

23  before May 19th of 1992 because you no longer shared a cell with

24  Jeff.

25  Male 4:  I'm not sure who's testifying here?

1    Judge:  I'm not either.  It's very unclear as to what this man's

2    this testimony's all about.

3    Linda Smith:  Judge.  I'll tell you what.  Can we set up the

4    tape so that I can impeach him, please?

5    Judge:  Yes.

6    Male 4:  I don't know what she's trying to show.

7    Linda Smith:  I'm trying to show that he claims that he got, he

8    heard this confession in 14 days that he was locked up with Jeff

9    Clark.  And he's claiming he gave this statement to Sheriff

10   Greer quickly, not months later, not from May to December.  That

11   he did it very quickly.  Because it mattered to him, right,

12   because it was important.

13   Clifford Capps:  Okay and I'm saying I did.

14   Male 4:  So you're saying prior inconsistent statement.

15   Clifford Capps:  Yea.  That's what I'm saying.

16   Linda Smith:  Yea.

17   Clifford Capps:  I'm saying I did.

18   Male 4:  Well if he made a prior inconsistent statement, let him

19   look at the statement--

20   Linda Smith:  I will.  But we need to set it up on the, I don't

21   have--

22   Male 4:  --to explain why he said something different today.

23   Linda Smith:  I will, but it will take me a minute to set it up

24   Judge.

25   Judge:  Set it up.

Page 267

1   [Off microphone conversation]

2   Judge:  Ok.  Let's take five minutes while we get set up.

3   [BREAK IN PROCEEDINGS]

4   [16:36:15]

5   Judge:  We're not posting this, right?

6   Male 1:  And then it's another cell

7   Judge:  Oh.

8   Male 1:  -- and then you're in the Kevin Justis --

9   [BREAK IN PROCEEDINGS]

10  [16:37:30]

11  Judge:  Now is everybody back in the courtroom?  I think they

12  are.  We get on the record.  We're on.

13  Linda Smith:  So now you've seen it, right.

14  Clifford Capps:  Um-hum.

15  Linda Smith:  So you were in the cell with him for 14 days; is

16  that right?  That's what you told Mr. Adams.

17  Clifford Capps:  Yes.

18  Linda Smith:  Under oath.

19  Clifford Capps:  Yes.

20  Linda Smith:  OK.  And so during that 14 days had to be the time

21  when you heard this scary confession, right?

22  Clifford Capps:  Right.

23  Linda Smith:  Because you haven't been in jail with Mr. Clark

24  since then have you?

25  Clifford Capps:  No.

1   Linda Smith:  And you didn't tell anyone about that scary

2   confession until when?

3   Clifford Capps:  It had to be during that time or right before I

4   left for Frankfurt.

5   Linda Smith:  OK, so if Sheriff Greer tomorrow says that it was

6   on December 2nd of 1992 that you gave him the statement---

7   Clifford Capps:  Um-hum.

8   Linda Smith:  ---would that surprise you?  Would that shock you?

9    Could that be true?

10  Judge:  Has he answered that question?

11  Linda Smith:  He hasn't.

12  Judge:  Answer the question, sir, if you know the answer.

13  Clifford Capps:  I don't know the answer.

14  Judge:  OK.  What dates---what were the 14 days he was in the

15  same cell with---

16  Linda Smith:  May the 5th through May 19th, Your Honor.

17  Judge:  Of what year?

18  Linda Smith:  1992.

19  Judge:  OK, and you're question to him was what about December

20  the 2nd?

21  Linda Smith:  Yeah, that's when he told Sheriff Greer that he

22  had heard this confession.

23  Judge:   OK.

24  Linda Smith:  So it took him awhile; from May to December.

25  Judge:  But he can't verify that.

Page 269

1    Linda Smith:  No.

2    Judge:  OK, go ahead.

3    Linda Smith:  So when you wrote this letter to Kevin Justis you

4    were figuring out how to do this, right?

5    Clifford Capps:  No.

6    Linda Smith:  Because it was written, at least, it purports to

7    be written on November 17th, of '92.

8    Clifford Capps:  No.

9    Linda Smith:  So this wasn't before you told Sheriff Greer?

10   Clifford Capps:  No, the letter was written November 17th, but

11   what I told Sheriff Greer was the truth.

12   Linda Smith:  So that was the truth.

13   Clifford Capps:  No, what our---about just confession?  Yes,

14   that was the truth.

15   Linda Smith:  OK.

16   Clifford Capps:  Because, like I said, there were certain

17   things, you know, like, as far as, when they came to arrest him

18   and everything like that.  There are certain things that you can

19   only know that, you know---

20   Linda Smith:  So you're saying because you knew when he was

21   arrested

22   Clifford Capps:  ---arrested and---

23   Linda Smith:  ---that was---that shows that you were telling the

24   truth?

25   Clifford Capps:  ---that does and so---so telling the truth,

1  but, you know, why do you say out of the blue, you know, yeah,

2  we did it if they only knew.

3  Linda Smith:  So your maintaining even though you wrote this

4  letter to your buddy asking him to help plot, right.

5  Clifford Capps:  Right, I didn't ask him to lie and, no, I did

6  not ask him to lie.

7  Linda Smith:  You didn't.

8  Clifford Capps:  No, I didn't ask him to lie.

9  Linda Smith:  So you're saying---you're telling---OK, so---

10 Clifford Capps:  OK, so---

11 Linda Smith:  ---if Kevin Justis---

12 Clifford Capps:  ---so you're trying to twist my words, but no,

13 I did not ask him to lie.

14 Linda Smith:  ---so Kevin Justis didn't understand from this

15 letter that he needed to say---that he jokingly admitted---

16 Mr. Simon:  I'll object to what Kevin Justis---

17 Linda Smith:  Well, Mr. Justis is here to testify.

18 Judge:  Let's back up just a second.  Has he admitted writing

19 this letter?

20 Linda Smith:  Yes.

21 Clifford Capps:  Yes.

22 Judge:  You admit writing this letter.  On November the 17th of

23 1992---

24 Clifford Capps:  Yes, sir.

25 Judge:  And you were in the cell with these, at least one of

Page 271

1    these defendants seven months before then or four

2    months---several months before then; is that right?

3    Linda Smith:  May---and May 5th through May 19th of 1992.

4    Judge:  But he says he told Sheriff Greer about the confession

5    when?

6    Linda Smith:  December, 1992.

7    Judge:  After this letter was written.

8    Linda Smith:  Yes, sir.

9    Judge:  When was the trial; in '93?

10   Linda Smith:  '95.

11   Judge:  '95, OK, go ahead.  Get a time on that.

12   Linda Smith:  Now do you know when Sheriff Greet got a hold of

13   this letter?

14   Clifford Capps:  No.

15   Linda Smith:  You have any knowledge of that?

16   Clifford Capps:  No.

17   Linda Smith:  Do you know when you went out to Colorado?

18   Clifford Capps:  I don't remember the exact year, no.

19   Linda Smith:  Do you know why they didn't ever put you on the

20   stand out there?

21   Clifford Capps:  Actually, no, I don't---that---they just said

22   we're taking you back to the hotel.  You're all flying back to

23   Kentucky.  They never did exactly tell us.  They took Kevin

24   Justis into the courtroom first.

25   Linda Smith:  OK, but you never took the stand.

Page 272

1   Clifford Capps:  No.

2   Linda Smith:  And they never said to you why they weren't

3   putting you on the stand.

4   Clifford Capps:  No, never did.

5   Linda Smith:  Despite the fact that you knew something about a

6   serial killer, right?

7   Clifford Capps:  Well, all I know is he said there was a good

8   place to hide a body and something I don't know why they took

9   Kevin out there exactly either.

10  Linda Smith:  Now Roy Melanson was a big deal [INDISCERNIBLE].

11  Clifford Capps:  According to the internet, yes.

12  Linda Smith:  How many people was he supposed to have killed?

13  Male 1:  Your Honor---

14  Linda Smith:  I'm just saying---

15  Clifford Capps:  No, ma'am, I don't know.

16  Linda Smith:  ---this is a big---this is a big deal wasn't it in

17  Colorado.

18  Judge:  Overruled.

19  Linda Smith:  I mean you're being flown out to Colorado to

20  testify against a serial killer, right?

21  Clifford Capps:  Well, according to the internet if you read

22  about it, yeah, because he's wanted in California, New Orleans,

23  wherever else he's---how many murders has he supposedly done

24  now.  They want him in California, New Orleans, wherever.  So I

25  don't know what that has to do with this trial and me.

1  Linda Smith:  Well, but---and you're saying that he sort of

2  confessed to you by saying that---

3  Clifford Capps:  No, I'm just saying he said it was a good place

4  to hide a body.  He didn't confess to me that he went out did

5  whatever this---I mean look at the HBO documentary they did on

6  him about it.

7  Judge:  OK, oh, we're getting---

8  Clifford Capps:  I mean---

9  Judge:  ---we're getting---we're getting fancyland folks.

10  Linda Smith:  It's all---it's all---

11  [OVERLAY]

12  Judge:  HBO, internet, none of it's admissible.  I don't want to

13  even hear it.

14  Clifford Capps:  ---yeah, you're telling this way out here.

15  Judge:  Now---now, what does he mean about a good place to hide

16  a body?

17  Linda Smith:  Roy Melanson was a serial killer, Your Honor, that

18  was being tried for murder---

19  Judge:  Are you all alleging that guy is the killer in this

20  case?

21  Linda Smith:  No, sir.

22  Clifford Capps:  No.

23  Judge:  Well, what's that got to do with this then---about where

24  there's a good place to hide a body.

25  Linda Smith:  Because those---the prosecutor or Roy Melanson in

1    Colorado is whose affidavit you have that's, I think, exhibit

2    number 15 or 16.

3    Judge:  Yeah, I have it.

4    Linda Smith:  And that prosecutor says that he wouldn't put this

5    man, this gentleman on the stand because of this letter and

6    because of his knowledge of his dishonesty.

7    Judge:  Well what he---what about the good place to hide a body?

8    Linda Smith:  That's Roy Melanson.

9    Judge:  What's that referring to?

10   Linda Smith:  That was---he---everybody confesses to this guy in

11   jail.  Roy Melanson is supposed to have told him certain things

12   while he was locked up with Clifford Capps.  And so they brought

13   him to Colorado.  They then figure out---find out about this

14   letter.

15   Judge:  Well, what about the good place to hide a body?  How

16   would this guy in Colorado who's never been to Meade County---

17   Linda Smith:  He had---he was locked up Meade County briefly,

18   Judge, with this gentleman.

19   Judge:  This "serial killer."

20   Linda Smith:  Yes, sir.

21   Judge:  And he knew where this body was found or---

22   Linda Smith:  Well, he's saying he heard him discuss it.

23   Judge:  OK.

24   Clifford Capps:  No, you're twisting my words.

25   Linda Smith:  Oh, OK, well, tell the [PH] court what it is.

Page 275

1    Clifford Capps:  OK, we were just talking [INDISCERNIBLE] that

2    it had been when I caught the, what do you call it, the, oh,

3    jumped bail in---

4    Linda Smith:  When absconded---

5    Clifford Capps:  ---absconded---absconded, yes, and went up

6    around through Colorado and Utah and all that, you know.  And I

7    was talking to him about it up there and he said---made a

8    comment that's a good place to hide a body up in there.  OK,

9    that's when he made that comment, OK, then months, year or so

10   later after I got out on probation, broke my probation, you

11   know, and then an investigator from Colorado came down, started

12   questioning about it---

13   Linda Smith:  That's when you decided to tell him about it?

14   Clifford Capps:  ---that's when they brought it up, OK.  So,

15   like I said, you're twisting my words.  There wasn't nothing

16   about, OK, well, you know, he said he hid this body.  He

17   admitted to killing---this gruesome murder or---and all this

18   good stuff, so, no, it wasn't anything like that that I said

19   that he did this gruesome murder or anything like that.

20   Linda Smith:  OK.

21   Clifford Capps:  They wanted to know if he'd ever mentioned

22   anything about, you know hiding a body or, I mean, anything like

23   that.  That's all I mentioned.

24   Linda Smith:  OK.

25   Clifford Capps:  You know, and as far as everybody confesses to

1   me in jail.  Well, if everybody confessed to me in jail would I

2   have gotten all these---all this time in jail and done

3   probation---

4   Linda Smith:  But you---you haven't served much of it.

5   Clifford Capps:  ---parole.

6   Linda Smith:  You got a lot of time in jail, but you haven't

7   served---not even two years.

8   Clifford Capps:  Would I have done---would I have done probation

9   and parole and everything like that because most people who get

10  everything confessed don't do that.

11  Linda Smith:  I see, OK.  So they brought you all the way to

12  Colorado just because you're saying that he said that to

13  you---just a good place to---OK.

14  Clifford Capps:  Just that.  That's the only statement I made.

15  Linda Smith:  So all my questions are on---

16  Judge:  Well, the---this case has nothing to do with a hidden

17  body.

18  Clifford Capps:  Right.

19  Judge:  Can anybody connect this up for me?

20  Linda Smith:  I'm sorry.

21  Judge:  I'm really confused.

22  Linda Smith:  OK.

23  Judge:  There's no allegation that this woman's---this victim's

24  body was ever hidden, right?

25  Linda Smith:  No.  He was in a cell with Roy Melanson who was an

1    alleged serial killer.

2    Judge:  I'm with you up to that point.

3    Linda Smith:  He was charged in the '90s with killing a woman in

4    the '70s, OK.

5    Judge:  In what state?

6    Linda Smith:  In Colorado.

7    Judge:  OK.

8    Linda Smith:  He is assigned counsel, two of which you have

9    affidavits from.  He was also being prosecuted by a prosecutor

10   in Colorado and his affidavit you have in front of you.

11   Judge:  Right.

12   Linda Smith:  They brought Mr. Justis and Mr. Capps to Colorado

13   to testify against Roy Melanson.

14   [16:47:30]

15   In the interim---

16   Judge:  Because from statements he had made in the Meade County

17   Jail.

18   Linda Smith:  ---Meade County Jail to Mr. Capps.

19   Judge:  OK.

20   Linda Smith:  So they bring both of these gentlemen out.  Kevin

21   Justis is the receiving person on this letter.  He tells these

22   two---these attorneys that I got this letter and was encouraged

23   to lie by Mr. Capps.  They then decide not to use Mr. Capps as a

24   witness and you have those affidavits in front of you that tell

25   you why.  And then they were---they were brought back to

1   Kentucky, Judge.

2   Judge:  Well, are you all going to talk to Mr. Capps about this

3   letter?  Why don't we get down to that?  Does he deny writing

4   the letter?  He doesn't?

5   Linda Smith:  No.

6   Judge:  He's admitted that.

7   Linda Smith:  He just admitted writing---

8   Judge:  He just denies that it says what you all say it says.

9   Linda Smith:  ---it says, right so---

10  Judge:  OK.

11  Linda Smith:  ---and Mr. Justis is also here to talk about the

12  letter.  The big hullabaloo, Judge, is that this letter was

13  given to Sheriff Greer, allegedly, by Kevin Justis, his mother,

14  and discussed by these attorneys from Colorado.  In 1995, fast

15  forward from '92 to '95 they never received this letter.  That's

16  what Bart Adams was talking about.

17  Judge:  Defense said they didn't receive this letter although

18  the sheriff allegedly had it.

19  Linda Smith:  That's correct.

20  Judge:  And the sheriff's going to testify Monday.

21  Linda Smith:  That's correct.

22  Judge:  You know what he's going to say?

23  Linda Smith:  I do not.

24  Judge:  OK.

25  Linda Smith:  But Kevin Justis is here.  I have no more

1    questions unless you---

2    Judge:  Cross examination.

3    Mr. Simon:  All right, thank you, Your Honor.

4    Judge:  You're welcome.

5    Mr. Simon:  Mr. Capps, did you testify truthfully in this trial?

6    Clifford Capps:  Yes, I did.

7    Mr. Simon:  Are you having trouble remembering things

8    from---between 20 and 22 years ago?  Some?

9    Clifford Capps:  Some, yes.

10   Mr. Simon:  And when Ms. Smith was asking you about all those

11   dates and so forth were you absolutely sure about all that or

12   were you guessing, estimating, what---what is---what were you

13   doing when she was asking you those questions?

14   Clifford Capps:  Some guessing, some estimating, some seeing

15   fairly accurate.  I mean that's---you know, I mean, like you

16   said, you go back 20, 22 years ago and before the strokes and

17   seizures I was fairly on it, but---and then the medicine ma

18   informed to you that messes with them.

19   Mr. Simon:  In your mind were you asking someone to lie at all?

20   Clifford Capps:  No.  No, I was not.

21   Mr. Simon:  Can you explain your answer?

22   Clifford Capps:  I thought I was doing the right thing.  If

23   something like that happened to somebody I know's kids or one of

24   my kids then I sure as heck would want that person caught and

25   brought to Justis.  I mean I would want them to pay for what

1    they did, if not to receive the same thing happen to them.

2    Mr. Simon:  Thank you, Mr. Capps.

3    Clifford Capps:  OK.

4    Judge:  Mr. Capps, this letter, can he have---let him have this

5    exhibit.  Where's exhibit 14?  Do you have it?  I need a bailiff

6    somewhere or somebody.  Hand him that exhibit.

7    Linda Smith:  The letter?

8    Judge:  Yes.

9    Linda Smith:  Yes, sir.

10   Judge:  I want to ask him some questions.  You all don't seem to

11   ask the questions I want to ask.

12   Linda Smith:  Well, please---

13   Judge:  You mind me asking him some questions?

14   Linda Smith:  Please.  I wish you would.

15   Judge:  OK, you have that in front of you?

16   Clifford Capps:  Yes, sir.

17   Judge:  Can you read?

18   Clifford Capps:  Yes, sir.

19   Judge:  OK, it says is it Kevin---

20   Clifford Capps:  Um-hum.

21   Judge:  ---that's who you addressed it to, right?

22   Clifford Capps:  Um-hum.

23   Judge:  It says don't sweat.  We're going to court over that

24   murder.  What murder were we talking about going to court over?

25   Clifford Capps:  Uh, Ronda [PH] Worford.

Page 281

1   Judge:  This one.

2   Clifford Capps:  Um-hum.

3   Judge:  OK, my shop will be decided then.  Now if I ever needed

4   you to do anything please help me to convince them with enough

5   shit to let me out.  What'd you mean by that?

6   Clifford Capps:  That he said he knew a lot of stuff from what

7   Keith Harden had told him.  That he knew more than I did.

8   Judge:  I also have to be in court December the 2nd.  What

9   was---what was that about?

10  Clifford Capps:  That he was supposed to be in court December

11  2nd as well.  And that was in Breckenridge County.

12  Judge:  OK.

13  Clifford Capps:  That we were supposed to be in court in

14  Breckenridge Court on December 2nd.

15  Judge:  So you wanted him to back up this alleged confession you

16  heard.

17  Clifford Capps:  To say what he---to see what---to say what he

18  knew from what Keith had told him.

19  Judge:  OK.

20  Clifford Capps:  Because I knew what---the little bit that I

21  knew from Jeff Clark.

22  Judge:  And then on the back, second page it says remember

23  this---

24  Clifford Capps:  Um-hum.

25  Judge:  ---Keith "jokingly" admitted to the murder.

Page 282

1    Clifford Capps:   Um-hum.

2    Judge:   They were doing---

3    Clifford Capps:   Driving.

4    Judge:   ---they were driving a black Nova.   Why did you put that

5    in there?

6    Clifford Capps:   Because---

7    Judge:   Were you refreshing his memory or telling him what to

8    say?

9    Clifford Capps:   ---no, because we'd both agreed from our

10   conversation that he said that and he told me the same thing

11   that he had said joking---that he had jokingly admitted to the

12   murder and that---he said that they were driving a black Nova,

13   which the black Nova was Keith's, that I do remember that it had

14   a starter problem.

15   Judge:   Well, why did you put that in though?   Why did you say

16   remember this?   Why did you think he may not remember that?

17   Clifford Capps:   I honestly don't know.

18   Judge:   You don't know.   You weren't trying to coach him into

19   what to say?

20   Clifford Capps:   No, sir.

21   Judge:   No?   Keith said Jeff wanted to dump---what's that say?

22   Clifford Capps:   Dump the body down there to scare his ass.

23   Judge:   Scare his ass.   So you just put that at the end of your

24   letter---you don't know why you put that in there.   Were you

25   afraid he wouldn't remember to say that?

Page 283

1   Clifford Capps:  No, but I remember Jeff had an ex down there

2   named Amy---I can't remember her last name, but as far as an ex

3   goes, you know how everybody says you have that crazy ex that he

4   said he had that crazy ex that lived down there.

5   Judge:  OK, then on the front page you got well, think about

6   what we're going to say and I'll see you December 2nd, OK.

7   Anymore questions?

8   Linda Smith:  No, Your Honor.

9   Judge:  Anybody have any more questions?

10  Mr. Simon:  Sir, he thought Harden had said stuff to Justis and

11  Clark had said stuff to him; is that right?

12  Judge:  And you're testifying---you've testified that you didn't

13  get any reduced time for your testimony about the confession; is

14  that what you're testifying about?

15  Clifford Capps:  Yes, sir.

16  Judge:  Well, we haven't been able to verify anything.

17  Linda Smith:  I'm sorry.

18  Judge:  We're looking for the records now.

19  Linda Smith:  Yes, sir.

20  Judge:  Maybe the records will help us.

21  Linda Smith:  Judge, there is testimony from one of the people

22  from the department of corrections in the trial that talks about

23  his time and what's gone on with that.

24  Mr. Simon:  What you hear---the only thing is she---maybe I

25  misinterpreted what she said, but I thought she was trying to

Page 284

1    say that he didn't serve as much time as he should have on the

2    seven-year sentence, but we heard nothing about parole

3    eligibility.  We all know in every trial we have to bring in a

4    probation officer to testify about those rules.  I don't know

5    what they were at the time.  I don't know whether there's been

6    any evidence about what they were at the time.  I mean I assume

7    that could have been found out through a offender records, but I

8    don't know the answer to that.

9    Judge:  Right.

10   Mr. Simon:  And, you know, Judge, oftentimes people have a

11   totally different idea in their head about what's happening as

12   far as their parole eligibility than what the truth is.

13   Judge:  But you're---you're testimony is that you've---you've

14   relayed this confession because you---that's the right thing to

15   do.

16   Clifford Capps:  Right; yes, sir.

17   Judge:  You didn't get promised anything because of it.

18   Clifford Capps:  No, sir.  When---I said I served my time up

19   until it was my parole eligibility time.  And I said the first

20   time I got jail I got a plea deal; I got probation.  I got in

21   trouble.  I got sent back to jail.  Then it came up time for my

22   parole time.  I got out and I broke my parole; got sent back for

23   12 months.  Came up for parole again and then I finished out on

24   parole.

25   Judge:  Any other questions?

Page 285

1    Linda Smith:  One more.

2    Judge:  OK.

3    Linda Smith:  And so you admit that Kenton Smith wrote a letter

4    for you to the parole board; don't you?

5    Clifford Capps:  Yes.

6    Linda Smith:  OK, so you're not denying that.

7    Clifford Capps:  No.

8    Linda Smith:  And that you were released on parole, violated,

9    right---

10   [16:57:30]

11   violated your parole did you not?

12   Clifford Capps:  Not after that I didn't, no.

13   Linda Smith:  Getting another DUI doesn't mean you violated

14   parole?

15   Clifford Capps:  I violated, but I didn't go back to jail.

16   Linda Smith:  Well, that's right.  That's what I'm saying.

17   Clifford Capps:  OK.

18   Linda Smith:  There we go.

19   Mr. Simon:  OK.  We all know that people often violate and

20   they're not sent back to jail by the parole board.  He said---if

21   he got a DUI I don't think that proves that he was given some

22   kind of preferential treatment because he wasn't sent back to

23   jail by the parole board.

24   Judge:  OK.

25   Mr. Simon:  Now, may we approach the bench, Your Honor?

1    Judge:  Yeah, you all want to approach.

2    Mr. Simon:  Kenton Smith says he did not write this guy a

3    letter.  Now I can bring him on to say that tomorrow.  But he

4    may think that he wrote him a letter, but Kenton Smith says he

5    didn't.

6    Judge:  That he didn't write the parole board a letter?

7    Linda Smith:  It's in the trans---

8    Mr. Simon:  That's what he says.

9    Judge:  Well, that's---

10   Linda Smith:  But, Judge, it's in the---it's in the transcript.

11   Mr. Simon:  What I understood he may not remember correctly.

12   This has all been a long time ago.

13   Judge:  Yeah, I know.

14   Linda Smith:  Where is it?

15   Judge:  You were just a baby when this happened weren't you?

16   Mr. Simon:  Just starting to practice law.

17   [OVERLAY]

18   Mr. Simon:  If he did he did.

19   Judge:  Do you have a copy of it?

20   Male 1:  Not this is a---not an exact transcript, it's---

21   Linda Smith:  But I can show you down further, Judge, and I'll

22   find it.  Kenton Smith says that he thinks he sent him a letter.

23   Judge:  OK.

24   Linda Smith:  Prosecutor Smith, you know, according to this

25   gentleman at the trial Smith did write a letter on his behalf to

1    the parole board.

2    Judge:  Um-hum.

3    Linda Smith:  And he absconded, he did---you know, he kept

4    violating---

5    Clifford Capps:  The absconding was way back before all this.

6    Judge:  Wouldn't a copy of this letter be either with the parole

7    board's records or Mr. Smith's files?

8    Linda Smith:  I would presume Mr. Smith had a---would have a

9    copy of it.

10    Judge:  I would think so.

11    Mr. Simon:  Well, we have no contest if he did.  It's just---

12    Judge:  Yeah.  I mean I assume that's ordinarily done by

13    prosecutors---is it?

14    Mr. Simon:  It could be.

15    Judge:  I don't know.

16    Mr. Simon:  Not ordinarily done?

17    Judge:  Is it ordinarily done, David?

18    Mr. Simon:  No, I don't.  I mean I don't think Kenton did

19    either.

20    Judge: OK.

21    Mr. Simon:  I mean he could have made an exception, but---

22    Judge:  Yeah, OK.

23    Female 1:  Judge, did you want these filed?

24    Judge:  These for files?

25    Mr. Simon:  You put yourself on the line for someone---

1    Judge:  Yeah.

2    Mr. Simon:  ---he asked if it was ordinarily done and I said I

3    don't think so.

4    Judge:  Here---here are the files.  You all want to take these

5    files and list aside what they say before this gentleman goes.

6    Those are the actual files.  So let's talk about each case and

7    how much time was he sentenced to and how much did he serve if

8    that indicates that.

9    Linda Smith:  OK.

10   [NO DIALOGUE]

11   Judge:  Does that show the date he pled guilty, Mr. Simon?

12   Mr. Simon:  Yes.

13   Judge:  What date was that?

14   Mr. Simon:  On 91CR040 we have a judgment and sentence on a plea

15   of guilty that is found and entered on 11/18/1991.

16   Judge:  '91.

17   Mr. Simon:  Yes.

18   Judge:  That's before any of this happened.

19   Mr. Simon:  Correct.

20   Judge:  OK, and what do you---what was he---

21   Linda Smith:  But he was released on probation from that seven

22   years, Judge.

23   Judge:  Did he get seven years on that?

24   Linda Smith:  He did and it was for burglary which makes no

25   sense.

1  Judge:  Is that what this record shows?

2  Mr. Simon:  Yes, I'm looking at the judgment and he got one year

3  for receiving stolen property over 100, seven years for burglary

4  in the first degree [INDISCERNIBLE] I don't see any

5  [INDISCERNIBLE].

6  Judge:  Is there---there's no shot probation order in that file?

7  Mr. Simon:  The last thing on top [INDISCERNIBLE].

8  Judge:  So he either served out or was paroled on that then.

9  What's the other file?  Is that a later case?

10  Mr. Simon:  There's a letter from corrections to Judge [PH]

11  Monarch about something being screwy on that sentence, but I

12  haven't had a chance to digest it and I apologize.

13  Judge:  OK.

14  Mr. Simon:  Now on the other case, 92CR014, there is the---now

15  this gets into a shock probation motion so let me---let me get

16  the dates lined up.

17  Male 1:  Body in a woods not too far---a few miles from the

18  house.

19  Mr. Simon:  Break down off a back road.

20  Male 3  Off a back road referring to Amy Rensworth, all right.

21  Mr. Simon:  There's a---

22  Male 1:  So he talks to you in June---

23  Mr. Simon:  ---coming off on a plea of guilty on a burglary

24  third degree.

25  Judge:  Hold it a second.  I can't---shut that off.  I can't---

1    Linda Smith:  Yes, sir.

2    Judge:  ---I can't talk and listen at the same time.  I'm going

3    to concentrate on this file right here.

4    Mr. Simon:  92CR014 there's a plea sheet offer by the

5    Commonwealth dated March 10th of 1992 that is purportedly signed

6    by defense lawyer, Commonwealth attorney and Mr. Capps for a

7    one-year sentence consecutive with any other charges to burglary

8    third degree.

9    Judge:  And that---what was that date?

10   Mr. Simon:  That date was March 10th of 1992.

11   Judge:  OK.

12   Mr. Simon:  Then subsequently on a document filed and entered on

13   April 14th of 1992 it looks like he received a one-year sentence

14   to serve.  It was a motion for shock probation that was filed on

15   October 30th, of 1992 by a lawyer, Mr. Michener on behalf of Mr.

16   Capps and there was an order that's entered on November 10th,

17   1992 denying the motion for shock probation.  That's in November

18   of 1992.

19   Judge:  November what?

20   Mr. Simon:  November 10th, 1992.  The order's signed November

21   5th.

22   Judge:  OK.

23   Mr. Simon:  But it's entered on November the 10th.

24   Judge:  Was there a later motion for shock filed or---

25   Mr. Simon:  I'm not seeing one.

Page 291

1    Judge:  ---OK.

2    Mr. Simon:  Let's see if there's another---there's some other

3    documents here I have yet to---

4    [NO DIALOGUE]

5    Judge:  Those files tell us anything we don't already know?

6    Mr. Simon:  No, the---looks like the last action in the '92

7    CR014 is just the motion for shock was denied what did we say

8    November of 1992.  There's a letter that I'm trying to determine

9    what it really means.

10   Linda Smith:  Well, the letter---Judge, OK.  What I know is that

11   he received seven years on the burglary first, OK.  Doesn't make

12   any sense, but that's what happened.  He was then probate,

13   right, he---

14   Judge:  Probate or paroled?

15   [17:07:30]

16   Linda Smith:  Probated.

17   Judge:  OK.

18   Linda Smith:  And then you absconded to---that's when you

19   absconded to Utah, right?

20   Clifford Capps:  Right.

21   Judge:  Judge Monarch probated him.

22   Clifford Capps:  That's right.

23   Judge:  On a seven-year---so he shocked him.

24   Clifford Capps:  [INDISCERNIBLE]

25   Judge:  Or was it probated from the bench?

Page 292

1    Clifford Capps:  Right from the bench.

2    Mr. Simon:  That would surprise me.

3    Judge:  Well, right from the bench.

4    Mr. Simon:  That would surprise me.

5    Judge:  Me, too.

6    Mr. Simon:  I guess you heard his little green apple speech

7    every time.

8    Judge:  Um-hum.

9    Male 1:  [INDISCERNIBLE] green apples.

10   Clifford Capps:  It wasn't Judge Monarch.

11   Mr. Simon:  Judge, the file contains a copy of Mr. Capps'

12   resident record card.

13   Judge:  OK.

14   Mr. Simon:  This might give us some more information.

15   Judge:  Yeah.

16   Mr. Simon:  This document is dated Mach 23rd of '95 so it would

17   apparently tell us what happened with him since he was sentenced

18   on these two circuit court cases.  So we know he got seven years

19   in November of 1991 on that burglary, receiving stolen property

20   and we know he got one year in November of 1992 for the burglary

21   third and his motion for shock was denied.  So his sentences on

22   these---OK, well, we don't have---apparently they're---he has a

23   two other---he has two other indictments from Meade County

24   besides the ones that are here.  He has a '91 CR056 that's a

25   custodian interference that he received looks like a one-year

1    sentence on in May 15th of 1992.  And he also had a separate

2    receiving stolen property charge in a '92 CR013 case that he

3    received in Meade County in February, excuse me, in April 14th,

4    of 1992.  The same day he was sentenced in this '92 CR014 case.

5    Now his parole board history on this document indicates that he

6    became eligible for parole in December of 1992 and apparently

7    received parole 12/10/1992.  He was violated on April 21st, 1994

8    and that was his violation.  His parole revocation hearing on

9    May 25th of 1994 showed that he was revoked and deferred for 12

10   months.

11   Female 1:  Your Honor, we know that Mr. Capps gave a statement

12   to Sheriff Greer on December 2nd, 1992 and as Mr. Simon said, he

13   was paroled eight days later on December 10th, 1992 and his

14   parole was revoked.  He was next scheduled to meet with the

15   parole board in May, 1995 just two months after he provided

16   testimony on behalf of the Commonwealth in Mr. Clark and Mr.

17   Harden's case.

18   Judge:  OK.

19   Mr. Simon:  I didn't understand what she said.

20   Female 1:  I can repeat it.

21   Judge:  Repeat it please.

22   Female 1:  We know that Mr. Capps gave a statement to Sheriff

23   Greer about this so-called confession on December 2nd, 1992.  He

24   was then paroled just eight days later on December 10th, 1992.

25   Judge:  He was paroled by the parole board.

Page 294

1    Female 1:  I'm not sure who else paroles people.

2    Judge:  But I had---here we go.

3    Female 1:  And then he was next---his parole was revoked.  He

4    was next scheduled to meet with the parole board in May, 1995

5    just two months after these boys were tried.

6    Mr. Simon:  Two months after?

7    Linda Smith:  Right.

8    Female 1:  May, 1995 is two months after their trial in March,

9    1995.

10   Judge:  Did he meet with the parole board at that time?

11   Linda Smith: He was paroled on June 19th, 1995.

12   Judge:  So he's paroled, OK.

13   Mr. Simon:  In my way of thinking the parole board would have

14   no---be no party to making any kind of promises to him about

15   testimony.  If he was paroled out by the parole board they

16   wouldn't be---

17   Judge:  Well, now that's correct if the parole---I don't know

18   what influence maybe a prosecutor would have with the parole

19   board.  I don't know.  But we don't have any evidence to prove

20   that yet.  OK, I'm getting a little bit better timeline on this

21   now.  The confession was supposed to have been made in what

22   month in 1992?

23   Linda Smith:  He was only in jail---

24   Judge:  Yeah, at the time.

25   Linda Smith:  ---at the same time---in Meade County jail from

Page 295

1   May 5th, 1992 to May 19th, 1992.

2   Judge:  OK, and this letter was written or dated November the

3   17th, 1992.

4   Linda Smith:  Right.

5   Judge:  And he was shock probated a few weeks after that.

6   Female 1:  And he spoke to Sheriff Greer on December 2nd, 1992

7   which is the date that he refers to in his letter to Kevin

8   Justis when he asks him to come up with enough s*** to speak on

9   December 2nd.

10  Judge:  OK.

11  Linda Smith:  Because he had gotten back in trouble.

12  Judge:  OK.

13  Mr. Simon:  Was he shock probated at one point?

14  Clifford Capps:  No.

15  Judge:  Was he ever shocked?

16  Clifford Capps:  No.

17  Linda Smith:  I don't---

18  Mr. Simon:  Not on these---not on these two indictments.

19  Judge:  But you were probated once.

20  Clifford Capps:  The very first time.

21  Judge:  The very first time.

22  Clifford Capps:  Very, very first time.

23  Judge:  That's for---was that before you were in the same cell

24  with---

25  Clifford Capps:  Yes, that was before, yes.

1    Judge:  OK, that clears that up a little bit.  All right;

2    anymore questions?

3    Linda Smith:  Just the---the very first  time you got in trouble

4    and were probated what was the charge?

5    Clifford Capps:  First degree burglary.

6    Linda Smith:  First degree burglary when you received the seven

7    years.

8    Clifford Capps:  Seven years, yes.

9    Judge:  But he was probated on that.

10   Linda Smith:  That's what he says and that's what I know to be

11   true.

12   Judge:  And that's very unusual.

13   Linda Smith:  It's not in the record.

14   Judge:  In this jurisdiction.

15   Linda Smith:  Yes, it is unusual; yes, sir.

16   Judge:  But anyway it apparently happened.

17   Linda Smith:  Right, and then---

18   Judge:  Because that all happened before he met these gentlemen.

19   Linda Smith:  ---that's right; that he absconded, went to Utah,

20   committed more crimes---

21   Judge:  OK.

22   Linda Smith:  ---was paroled, committed more crime, you know.

23   Judge:  OK.

24   Linda Smith:  Just kind of kept going.

25   Judge:  Anymore questions of this witness?

Page 297

1    Linda Smith:  No, Your Honor.

2    Mr. Simon:  No, sir.

3    Male 1:  I would like to ask just one clarifying question.

4    Judge:  Sure.

5    Male 1:  I think you answered this and I apologize for asking

6    again, but I just want to make sure I understood.  The reason

7    you wrote the letter to---

8    Mr. Simon:  Justis.

9    Male 1:  ---Justis---

10   Mr. Simon:  Kevin Justis.

11   Male 1:  ---was because he heard the confession too; is that

12   what you said?

13   Clifford Capps:  Is that he told me at [INDISCERNIBLE] Center

14   that he knew more about the murder than I did.  That Keith

15   Harden had told him more---

16   Male 1:  OK.

17   Clifford Capps:  ---than what---other than saying yeah they did

18   it if they even knew than what I'd heard from Jeff Clark.

19   Male 1:  All right, that's---

20   Clifford Capps:  Things that I've heard.

21   Judge:  And are you---you have testified that he didn't tell you

22   very much about the murder.  He just said we did it.

23   Clifford Capps:  Yes.

24   Judge:  Is that all he said?

25   Clifford Capps:  Yes.

1    Judge:  He didn't give any details?

2    Clifford Capps:  No, he didn't go into---

3    Judge:  He just said we did it.

4    Clifford Capps:  Yes.

5    Judge:  You didn't ask any more details?

6    Clifford Capps:  No.

7    Judge:  You weren't interested?

8    Clifford Capps:  No.

9    Judge:  Why?

10   Clifford Capps:  Honestly didn't want to know.

11   Judge:  OK.

12   Male 1:  Well, how did you know about the Nova?

13   Linda Smith:  Good question.

14   Clifford Capps:  He had told me that when---I believe it was

15   Sheriff Greer and other deputies had come up to arrest him at

16   his place of work that he had had a Nova and when he saw them to

17   come into to arrest him he went out to go out the back door to

18   leave and that his car wouldn't start.  That he was having

19   starter problems and that he had a Nova and it was having

20   starter problems and that---

21   Linda Smith:  And that's when Sheriff Greer was coming to get

22   him.

23   Clifford Capps:  ---yes.

24   Linda Smith:  He had starter problems---tried to escape, but had

25   starter problems.

1   Clifford Capps:  Yeah, go ahead.  He'd gone out the back of his

2   work place.  That he saw them coming in.

3   Linda Smith:  OK, that's interesting.

4   Judge:  So he did tell you more than we did it.

5   Clifford Capps:  No, that part but---

6   Judge:  Told you that.

7   Clifford Capps:  ---that, yes.

8   Judge:  What else?  What---have you forgotten anything?

9   Clifford Capps:  Not as far as anything else---I mean as far as

10  anything else---as far as actually---let's see---

11  Judge:  I'm talking about anything connected with this

12  situation.

13  Clifford Capps:  Thumbprint in the car, nothing that I can

14  remember.  There was---I think there was the thumbprint in the

15  car of hers.

16  Judge:  Well, the letter says that Keith said Jeff wanted to

17  dump the body down there to scare his ex.  Did he tell you that?

18  Clifford Capps:  Yes, but I'm trying to remember from what he

19  told me himself; not what Justis said.

20  Judge:  Hmm?

21  Clifford Capps:  I'm trying to think what Keith told me himself

22  and not what Justis said.

23  Judge:  OK.

24  Linda Smith:  Super.

25  Clifford Capps:  Back then.

1    Linda Smith:  So you were in a cell with Keith as well?

2    Clifford Capps:  No, I mean from what Jeff said, I'm sorry.  Did

3    I just say Keith?

4    Linda Smith:  Yes.

5    Clifford Capps:  OK, I apologize.  I mean---

6    Linda Smith:  And how long have you lived in the county?

7    [17:17:30]

8    Clifford Capps:  Twenty-eight years or see I don't live in

9    McKinney now so---

10   Linda Smith:  A lot of this information was in the newspaper

11   wasn't it?

12   Clifford Capps:  ---no.

13   Linda Smith:  I mean about the murder?  It didn't make the

14   newspaper?

15   Clifford Capps:  If it made the newspaper I was---I didn't read

16   it, sorry.

17   Linda Smith:  Oh.

18   Judge:  Now you've testified under oath today---

19   Clifford Capps:  Yes, sir.

20   Judge:  ---that---first you said he only said we did it.  Now

21   upon further questioning you're saying that he told you about

22   the car wouldn't start and so forth.  Where'd you get

23   that---where'd you get the information in this letter, second

24   page where it says he said Jeff---where you're saying remember

25   this.  See, that looks to me like you're trying to coach him

1    into say---what he's going to say.  So you say remember this

2    Keith jokingly admitted to the murder.  They were driving a

3    black Nova.  Keith said Jeff wanted to dump the body down there

4    to scare his ex.  Now did you hear that said?

5    Clifford Capps:  Yes, sir.

6    Judge:  You heard him say that.  So he did say more than we did

7    it.  What else did he say?

8    Mr. Simon:  Judge, I'm---maybe---I'm thinking he's saying he

9    heard Justis say that not---not the defendant.

10   Judge:  Well, that's what I'm trying to get the answer to.

11   Clifford Capps:  Right.

12   Judge:  Who said this?  Justis said this.

13   Clifford Capps:  Justis did.

14   Judge:  Well, why are you reminding Justis of what he said to

15   you?

16   Clifford Capps:  That's what I wrote down.  I didn't mean to

17   sound like it was coaching, but---

18   Judge:  Well, why would you say that?

19   Clifford Capps:  It's just what I wrote.  I mean---

20   Judge:  Because he's the one that told you this to start with,

21   right?  OK.  Any other questions?

22   Linda Smith:  No, Your Honor.

23   Mr. Simon:  No, sir.

24   Judge:  Can this one be excused?

25   Linda Smith:  Yes, please, Judge.  I would call Kevin Justis