Page 302

1  next.
2  Judge: All right, thank you for your testimony.
3  You're---you're excused.
4  Clifford Capps: OK, thank you.
5  Judge: Kevin Justis. Mr. Justis, come around in front of the
6  bench here, please. State your name, or raise your right hand.
7  Do you swear from the testimony you're about to give is the
8  truth, the whole truth, and nothing but the truth?
9  Kevin Justis: So help me God.
10 Judge: OK, now sit in this witness chair here and I want you
11 speak up loud so we can hear your testimony and you're under
12 oath and state your name and spell your last name please.
13 Kevin Justis: It's Kevin Lee Justis, J-U-S-T-I-S.
14 Judge: There's two S, OK. You may ask.
15 Linda Smith: Hi, Mr. Justis.
16 Kevin Justis: Yes, ma'am.
17 Linda Smith: My name's Linda Smith. I represent Jeff Clarke.
18 This is the first time I've met you.
19 Kevin Justis: Yes.
20 Linda Smith: Have you lived in Meade County very long, sir?
21 Kevin Justis: Pretty much my whole life.
22 Linda Smith: OK. And I'm going to guess you're over 30 years
23 old.
24 Kevin Justis: I'm 45, ma'am.
25 Linda Smith: OK, and you were at---in 1992, if you could, let


DEFENDANT'S EXHIBIT
CASE NO. 3:17-CV-419-GNS
EXHIBIT NO. 106

1  us know when you first heard about Jeff Clark or Keith Harden.
2  Kevin Justis:  I was---I was in jail, you know, and they had
3  came in.  As far as I remember they came in and I believe I was
4  locked up with Keith.  He was in my cell.  And, you know, it was
5  all over the news and everything like that.  And that's when I
6  first heard about it.
7  Linda Smith:  So it was on the TV.  Was it in the newspaper as
8  well?
9  Kevin Justis:  Yeah, oh, yeah.  Well, I mean, you know, it was a
10 big deal.
11 Linda Smith:  Big deal.
12 Kevin Justis:  Yeah.
13 Linda Smith:  Doesn't happen in Meade County every day.
14 Kevin Justis:  No, no.
15 Linda Smith:  So at that time did you know a person by the name
16 of Clifford Capps?
17 Kevin Justis:  Yes, ma'am.
18 Linda Smith:  Were you locked up with him?
19 Kevin Justis:  Yes.
20 Linda Smith:  Were you all in the same cell?
21 Kevin Justis:  Sometime.  I believe they had swapped us out by
22 then, I guess.
23 Linda Smith:  I see.
24 Kevin Justis:  Yes, we've been in the same cell.
25 Linda Smith:  And were you all friends?

1   Kevin Justis:  Yes.

2   Linda Smith:  Can you tell the court did you go to high school
3   with him?

4   Kevin Justis:  Well, I knew him in school.  Well, not that well,
5   but mostly after I got out of school and I ran around with him a
6   lot in town.

7   Linda Smith:  Would you have considered him a good friend?

8   Kevin Justis:  Yeah, we were best friends at one time, yes.

9   Linda Smith:  What changed all that?

10  Kevin Justis:  Well, I found out what he really was and he set
11  me up over the telephone, over some lies---over some receipt of
12  stolen property right there in the sheriff's office.  And I
13  brought him---he knew where the stuff was is what it was.  And
14  he asked me to bring it to him.  When I did they arrested me and
15  he did that over a cold check so then I knew what it was really
16  about.

17  Linda Smith:  So when you say you did that over a cold check was
18  that so he would get a more lenient sentence.

19  Kevin Justis:  So he would get out of jail, yeah.

20  Linda Smith:  OK.

21  Kevin Justis:  Would get out of trouble, period.

22  Linda Smith:  So do you know how many other people he kind of
23  did that away?

24  Kevin Justis:  No, I do not.

25  Linda Smith:  Do you know whether or not he ever testified

Page 305

1  against Jeff Clark and Keith Harden?
2  Kevin Justis: Yes.
3  Linda Smith: You do know that.
4  Kevin Justis: Yeah, I know he did.
5  Linda Smith: OK, and do you remember receiving a letter, if I
6  could approach, Judge.
7  Judge: You may.
8  Linda Smith: What's previously been marked as defense exhibit
9  14. I'm going to ask you if you've ever seen that document
10 before, Mr. Justis.
11 Kevin Justis: Yes, ma'am.
12 Linda Smith: Did you receive that in the mail?
13 Kevin Justis: Yes, I did.
14 Linda Smith: And where were you when you received that letter,
15 sir?
16 Kevin Justis: I believe I was at the Roederer Correctional
17 Complex.
18 Linda Smith: Was Clifford Capps with you?
19 Kevin Justis: No.
20 Linda Smith: He was in another prison at that time, yeah?
21 Kevin Justis: As far as I know, yes. I can't remember; he was
22 in a jail, I believe.
23 Linda Smith: And this was before you all had a falling out, I'm
24 assuming.
25 Kevin Justis: Yes.

1  Linda Smith: OK, and he wrote you that letter. When you
2  received that letter what did you---what did you take it to
3  mean. Read that first paragraph for me and let me know what you
4  think that means.
5  Kevin Justis: It says---says, hey, bud, don't sweat. We're
6  going to court over that murder. My shock will be decided then,
7  man. If I ever need you to do anything please, underlined, help
8  me to convince them with enough shit to let me out. I also have
9  to be court December 2nd.
10 Linda Smith: So from your memory were you also going to be in
11 court on that December 2nd?
12 Kevin Justis: I don't know.
13 Linda Smith: You don't know.
14 Kevin Justis: No.
15 Linda Smith: You don't have any memory, then.
16 Kevin Justis: No, I shouldn't have been.
17 Linda Smith: When you read that what did you take that to mean?
18 Kevin Justis: He was asking me to lie. He wanted me to cover
19 his butt to try to help him get out of jail.
20 Linda Smith: Now I'm going to ask you to turn to---because the
21 rest of that letter kind of talks about more personal things.
22 Judge: What murder are we talking about here?
23 Kevin Justis: Pardon?
24 Judge: What murder is she referring to in here?
25 Kevin Justis: The Ronda Worford murder.

1  Judge: OK.
2  Linda Smith: The rest of the letter goes on and just talks
3  about people you all know in common, right?
4  Kevin Justis: Right, yes, ma'am.
5  Linda Smith: Could you flip it to the second page, sir.
6  Kevin Justis: Sure.
7  Linda Smith: That last paragraph if you wouldn't mind to read
8  that let us know what you thought it meant when you received it.
9  Kevin Justis: OK, remember this; Keith jokingly admitted to the
10 murder. They were driving a black Nova. Keith said Jeff wanted
11 to---I can't quite make out his words anymore---days, oh, to
12 drop the body down there to scare his ex.
13 Linda Smith: So when you read that paragraph what did you take
14 that to mean, sir?
15 Kevin Justis: It was just all made up and that's what he wanted
16 me to say if they come and ask me.
17 Linda Smith: So had you ever heard Keith Harden say anything
18 like that?
19 Kevin Justis: No.
20 Linda Smith: Had you ever heard Jeff Clark say anything like
21 that?
22 Kevin Justis: No, ma'am, never.
23 Linda Smith: So then remember to say this was just, sort of, a
24 helpful hint?
25 Kevin Justis: Yeah, remember this, correct.

1  Linda Smith: So when you received that letter what did you do
2  after that, sir?
3  Kevin Justis: Some time went by and I sent the letter to my
4  mother and me and my mother and my father was talking at a visit
5  and I seen where Cliff Capps was going to be out and was going
6  to testify against them. And my dad asked me what I want to do
7  and I told him I want my mother to turn the letter in.
8  Linda Smith: And you felt that way because---
9  Kevin Justis: It was wrong. I mean to, you know, testify and
10 put two people away for the rest of their life just to get out
11 of jail and [INDISCERNIBLE] probation for a little simple thing.
12 Linda Smith: Now so you decided to have your mother give that
13 letter to whom, sir?
14 Kevin Justis: I'm not sure who she turned it into. I don't
15 remember. I think she brought it up---turned it in to one of
16 the bailiffs maybe.
17 Linda Smith: But she brought it to some authority.
18 Kevin Justis: Yeah, yeah, she turned it in.
19 Linda Smith: Now do you remember what time about that was; what
20 year, what time of year?
21 Kevin Justis: '94, '95, something like that.
22 Linda Smith: So before the trial.
23 Kevin Justis: Yeah, it was before the trial.
24 Linda Smith: OK, and I mean to your knowledge or maybe I
25 shouldn't say that. Do you know whether or not Jeff Clark ever

1  confessed to Clifford Capps?

2  Kevin Justis:  No.

3  Linda Smith:  Do you know whether or not Clifford Capps intended

4  to lie about that?

5  Kevin Justis:  Yes.

6  Linda Smith:  OK.

7  Kevin Justis:  That's the type of guy he is.

8  Judge:  I didn't understand---the question was do you know if he

9  confessed to Capps.  Was that answer you don't know or he didn't

10 confess to Capps?

11 Kevin Justis:  I do not know.

12 Judge:  You don't know if he did or not.

13 Kevin Justis:  No, not in his cell.

14 Judge:  Thank you.

15 Mr. Simon:  Your Honor, it's not admissible to ask a witness to

16 characterize another witness's testimony is a lie.

17 Judge:  Well, you can ask if he knows if he lied or not, though.

18  Or I didn't---I didn't ask you---were you talking me or her?

19 Mr. Simon:  She just asked if---

20 Judge:  I agree---you're exactly right.  I'll sustain that

21 objection.

22 [17:27:30]

23 But I think the point that I want you all to make or help me

24 decide did he know whether or not a confession had been made;

25 whether it's a lie or not I don't know.

Page 310

1  Linda Smith:  Right.

2  Judge:  He wouldn't know it either.  The question is you don't

3  know if he confessed or not.

4  Kevin Justis:  No, I do not.

5  Judge:  OK, but I do sustain your objection.

6  Mr. Simon:  Thank you.

7  Judge:  You're exactly right.

8  Linda Smith:  Now, Mr. Justis, was there a time when you and Mr.

9  Capps were involved or in---locked up in the same cell as a man

10 named Roy Melanson?

11 Kevin Justis:  Melanson, yes, ma'am.

12 Linda Smith:  Melanson; I beg your pardon.

13 Kevin Justis:  Yes, I remember him quite well, yeah.

14 Linda Smith:  Now can you tell the court why you remember Mr.

15 Melanson.

16 Kevin Justis:  Well, to begin with he was probably 6'8", 6'9",

17 300 pound, big man.  Very soft spoken.  He tried to help me out

18 a lot in jail.  He was---did a lot of jailhouse lawyer stuff and

19 just got to know him because we were locked up in a little bitty

20 cell back there and I believe the jailer was Benny Brunner back

21 then.  I'm not sure; maybe Lucy Smith and [INDISCERNIBLE] I mean

22 I liked the man, to be honest with you.

23 Linda Smith:  I see.  Now was---did there come a time when you

24 were transported to Colorado?  Can you tell the court about

25 going to Colorado, sir.

```
                                                              Page 311
 1   Kevin Justis:  Yeah, well, actually I was still in jail here and
 2   they had brought Cliff out first because we were all in the same
 3   cell and talked to him.  I can't remember everyone's name.  I
 4   know the lady's name was Kathy.  And then they come and got me
 5   out and brought me out here and was showing me a murder that
 6   happened in '72, '71, somewhere like that, where somebody was
 7   hiking and found this girl's body.  And supposedly Mr.
 8   Melanson---they---
 9   Linda Smith:  And this was in Colorado that they found this
10   body?
11   Kevin Justis:  ---yes, this was in Colorado, yes.  They people,
12   I guess, came all the way down from Colorado and said that he
13   had killed her and that he was a serial killer and a rapist and
14   that he had been in prison and he got [INDISCERNIBLE] brains
15   out.  Well, then I realized what, you know, I kind of was scared
16   Mr. Melanson after that, but they told me to go back to my cell
17   and discuss this with Cliff.  And Cliff started telling me what
18   all I should say to get us out of trouble and he almost---he
19   almost talked me into it, but I never did do it.  I didn't do
20   it.
21   Linda Smith:  So after that were you contacted to go and testify
22   about Mr.---
23   Kevin Justis:  Yeah, well, actually they come to---I believe it
24   was Larue County.  I can't remember the exact date and talked to
25   me and wanted to know if I would come down there and testify.  I
```

Page 312

1  thought this with the defense side.
2  Linda Smith:  I see.
3  Kevin Justis:  And I told them yeah.  I mean I would.  You know,
4  I was already getting ready---I'd be out of prison by the time
5  all this happened anyway and---because he never told me
6  anything.
7  Linda Smith:  So you were coming to counteract what Cliff was
8  saying; is that---
9  Kevin Justis:  Well, he was trying---yeah, I was going---he was
10 going down for the prosecution side to tell his lie and I was
11 going down to tell the truth that he never said anything to
12 either one of us.
13 Linda Smith:  Because you were in---you all were in the same
14 cell.
15 Kevin Justis:  Same cell---a little 15 by 20 back there and it
16 had two little---two cells, little 8 by 10; there's usually four
17 guys in there and then you had the little day room.  Yeah,
18 they're really small---really, really, really small.
19 Linda Smith:  So Cliff had told the prosecution what exactly?
20 Kevin Justis:  That Roy had told him that you could kill someone
21 out in Montana or Colorado.  It was big enough where you could
22 hide a body and they'd never find it; pretty much sums it up.
23 Linda Smith:  OK, and so he was coming out to testify to that
24 and you were going to say---
25 Kevin Justis:  That he didn't, but they wound up---the

1  prosecution tried to talk me into testifying against him, but
2  before it was all said and done they thought---the jury thought
3  that we had been rehearsed too much and we pretty much didn't
4  testify at all.  I didn't testify to anything.
5  Linda Smith:  So did that letter that you received, that you
6  have in your hand there---
7  Kevin Justis:  Yes.
8  Linda Smith:  ---defense exhibit 14, did that play any part in
9  the decision that was made by the prosecution in Colorado---
10 Mr. Simon:  I'll object to that.  I don't think she can---he can
11 testify to that.
12 Kevin Justis:  No, I wouldn't think so.
13 Linda Smith:  ---but you don't know.
14 Judge:  Sustained.
15 Linda Smith:  Did they have that letter to your knowledge?
16 Kevin Justis:  No, not the people in Colorado; no, not that I
17 know of, no.  I just remember the lady's name was Kathy and, you
18 know, it was a long time ago.  I mean they come to Larue County
19 and they talked to me.  They---they don't---I'd say, to be
20 honest with you, they'd had to have the letter or they wouldn't
21 even have known to come talk to me, but I just don't recall.
22 Linda Smith:  I understand.
23 Kevin Justis:  I don't want to sit here and I don't want to lie.
24 Linda Smith:  And it's been a couple 20 years, right.
25 Kevin Justis:  Yeah, over time, yeah.

1  Linda Smith:  But did you remain friends with Mr. Capps after
2  this?
3  Kevin Justis:  No, no, after Colorado I---no.
4  Linda Smith:  And were you ever called to the stand during the
5  trial of Mr. Clark or Mr. Harden?
6  Kevin Justis:  No, no, I was not, no.
7  Linda Smith:  Did that confuse you?
8  Kevin Justis:  Yes, it did.
9  Linda Smith:  So what did you think at that point?
10 Kevin Justis:  Sheriff [PH] Droger come and saw me about the
11 letter and took me to Breckenridge County---that I never could
12 understand, but that's where they took me to to talk to me about
13 the letter.  And talked to me about it and I told him, you know,
14 he asked me this and that about the letter and I told him I was
15 giving him the letter.  You know, he was lying and after we got
16 done and they made a copy of it, the letter, it was him and I
17 think it was Cliffy [PH] Wise, I believe.  They turned the tape
18 recorder off and they thanked me for giving them the letter
19 because they didn't want to put a known convict that was lying
20 up on the stand.
21 Linda Smith:  I see.
22 Kevin Justis:  And that was the end of it.  And they took me
23 back to wherever I went and that was it.
24 Linda Smith:  When did you find out that Clifford Capps had, in
25 fact, taken the stand?

Page 315

1  Kevin Justis:  I was watching TV and I seen where Cliff Capps,
2  and they showed his picture, was going to testify against some
3  guy there.
4  Linda Smith:  And what did that propel you---or if
5  anything---cause you to do?
6  Kevin Justis:  Tell my mother.  My mother was the only one
7  person I trusted with the letter.
8  Linda Smith:  And so didn't---how did it come about that the
9  defense became aware of this letter?  Did you cause that to
10 happen?
11 Kevin Justis:  Yeah, give a simple letter to my mother and have
12 my mother---yeah, sure did.  I believe she gave it to Mr. Adams,
13 maybe, Bart Adams.  I'm not for sure.  My mother's dead so I
14 can't ask her, but I'm pretty sure she gave it to Bart Adams or
15 got it to him.
16 Linda Smith:  Yes, sir.
17 Kevin Justis:  Yeah.
18 Linda Smith:  And have you ever been on the stand before to talk
19 about this letter or any---
20 Kevin Justis:  No.
21 Linda Smith:  ---of these goings on?
22 Kevin Justis:  Never.
23 Linda Smith:  So you were never---there was never a hearing
24 about anything.
25 Kevin Justis:  No, ma'am.

1   Linda Smith:  Those are all my questions, Your Honor.
2   Judge:  Did you---in Breckenridge County did you and the sheriff
3   and Cliffy Watts discuss this letter?
4   Kevin Justis:  Yes, sir.
5   Judge:  Why did you say then later you sent it to your mother?
6   Kevin Justis:  Because I gave that letter to Joe Greer and him
7   first.
8   Judge:  OK, and they made a copy---
9   Kevin Justis:  And that was the end of it, yeah.  They---
10  Judge:  ---did they make a copy?
11  Kevin Justis:  ---they made copies of it on a fax machine.
12  Judge:  And then you gave the original later to your mother.
13  Kevin Justis:  Yes, I did.
14  Judge:  During the trial.
15  Kevin Justis:  Yes, or right before the trial.
16  Judge:  Right before the trial.
17  Kevin Justis:  Yes, I did.
18  Judge:  But you're saying the sheriff of Meade County knew about
19  this letter and talked to you about it before the trial started.
20  Kevin Justis:  Yes, sir, absolutely.
21  Judge:  OK.  Did you ever hear either of these men make any
22  confession at all?
23  Kevin Justis:  No, sir.
24  Judge:  And you didn't tell Mr. Capps about the---driving a
25  black Nova or they wanted to dump the body down there to scare

1   his ex.

2   Kevin Justis:  No, I never talked to him.

3   Judge:  You didn't tell him that.

4   Kevin Justis:  No, I never talked to Mr. Capps about that at

5   all.  He just sent me the letter.

6   Judge:  OK.  You may cross.

7   Mr. Simon:  Mr. Justis---

8   Kevin Justis:  I'm kind of hard of hearing.

9   Mr. Simon:  ---all right, you said you were a convicted felon,

10  right?

11  Kevin Justis:  Sure, I am.

12  Mr. Simon:  OK, now when did---you said you were friends with

13  Clifford Capps for a while, right.

14  Kevin Justis:  Yeah, we were friends.

15  Mr. Simon:  OK, and when did that stop?  You mentioned something

16  about a set up and a cold check and---

17  Kevin Justis:  Well, it pretty much stopped when he set me up

18  over the phone, but---

19  Mr. Simon:  And when was this?

20  Kevin Justis:  ---well, we got locked back up, you know.  As far

21  from what I remember we got locked back up and we was in that

22  cell and they were going to put him back in a cell with me and I

23  had told Benny not to or---one of the jailers, can't remember

24  the name.  Or, you know, I was going to beat him up.  I'm going

25  to be honest with you, that's what I told them, you know, I'm

Page 318

1  23, 24 years old, stupid. And some time went by and he started
2  talking to me at church and told me that he would tell the truth
3  that when he set me up over the phone it was just a lie. That
4  we both knew about that---knew what that stuff was. That was
5  just receiving stolen property. So we become friends, I guess,
6  again because I thought he was going to come out and tell the
7  truth, but he never did so.
8  Mr. Simon: So you don't like Clifford Capps very much.
9  Kevin Justis: Excuse me; one more time.
10 Mr. Simon: You don't like Clifford Capps very much.
11 Kevin Justis: No, I do not.
12 Mr. Simon: Now were you ever incarcerated at the Marian
13 Adjustment Center?
14 Kevin Justis: Sure, yes.
15 Mr. Simon: All right. Now would it surprise you if I told you
16 Mr. Capps just testified that he thought you had information
17 about things that Mr. Clark or Mr. Harden had said about---
18 Kevin Justis: He thought that I had information, no, I have,
19 no. The only thing that I was ever told by Mr. Harden was that
20 he could not believe that they thought that he done that.
21 [01:00:00]
22 Mr. Simon: So on the second page of that exhibit in your hand
23 when it starts with the word remember---
24 Kevin Justis: Yeah.
25 Mr. Simon: ---why would he use the word remember if---

1  Kevin Justis:  He's just wanting me to remember what to say.
2  Mr. Simon:  ---I'm sorry.
3  Kevin Justis:  He's wanting me to remember what to say; what he
4  wants me to say.  That's what that's saying, remember this,
5  Keith jokingly admitted to the murder.  I don't remember none of
6  that because we never had any conversation.  He just wants me to
7  remember to say that.
8  Mr. Simon:  Did you---were you in custody with Mr. Clark?
9  Kevin Justis:  Pardon?
10 Mr. Simon:  Were you in custody with Mr. Clark in Meade County?
11 Kevin Justis:  No, I was locked up with Mr. Harden.  I was never
12 locked up with Mr. Clark from what I remember.  No, we was in
13 different cells.  Cliff was in one cell with Mr. Clark from what
14 I remember and I was in one cell with Mr. Harden.
15 Mr. Simon:  And when did you give this letter to your mother
16 again?
17 Kevin Justis:  I'd say around '94, '95, somewhere around in
18 there.
19 Mr. Simon:  Well, you said---I thought you said earlier before
20 the trial.
21 Kevin Justis:  It was before the trial.  I'm not sure.
22 Mr. Simon:  And you have no knowledge of when she gave it
23 to---you testified she gave it to---
24 Kevin Justis:  Not exact day or time, no, I do not.
25 Mr. Simon:  ---but before the trial.

1  Kevin Justis:  Yeah, I know I gave that letter to Joe Greer and
2  them before that trial.
3  Mr. Simon:  And you gave it to your mother before the trial.
4  Kevin Justis:  Yes, everything I got in jail that pertained to
5  be important to me I sent home to my mother.
6  Mr. Simon:  Well, when were you released from custody after the
7  trial.  You been in custody again since then?  What was---
8  Kevin Justis:  I don't remember.  I may have been out before and
9  then put back in.  I was in and out a lot.  I was in trouble a
10 lot.  You'd have to look that up and tell me because I honestly
11 don't know.  I mean I'm---I've been almost in every prison in
12 say Kentucky by then.
13 Mr. Simon:  I have nothing further.
14 Judge:  Any redirect?
15 Linda Smith:  I don't think so, Your Honor.  Thank you.
16 Judge:  May this witness be excused?
17 Linda Smith:  Yes, sir.
18 Judge:  You live here in Meade County?
19 Kevin Justis:  Yes, sir.
20 Judge:  OK, if you need to be called back Monday would you be
21 available to testify if we need to?
22 Kevin Justis:  Sure, absolutely.
23 Judge:  Do they know how to---do you all know how to get a hold
24 of him?
25 Linda Smith:  We know how to get a hold of him, yes, sir.

Page 321

1   Kevin Justis:  I just live right down the street.
2   Judge:  All right, you're excused.  Thank you very much for your
3   testimony.
4   Kevin Justis:  Thank you.
5   Judge:  You have any other witnesses that we need to do before
6   we call it a day?
7   Linda Smith:  I was going to call Mr. Clark, but it is quarter
8   to six and he's---he looks exhausted.  I'm rather tired myself,
9   but I---
10  Judge:  All right.
11  Linda Smith:  ---can keep going if you'd like.
12  Judge:  Well, I don't---I'm just trying to manage some time
13  here.  Can we finish Monday---
14  Linda Smith:  I think we can, Judge.
15  Judge:  ---if we stop now
16  Linda Smith:  We have fewer witnesses on Monday.
17  Judge:  OK, well, let's---let's adjourn for the evening and
18  we'll start back---would you all want to start, like, at 8:30
19  Monday, a little earlier to get a little extra time?  Would that
20  suit everybody?
21  Linda Smith:  Suits me fine.
22  Mr. Simon:  We got grand jury on Monday, too.
23  Judge:  You got grand jury Monday, too, yeah.  We do have grand
24  jurors.  I'll have to take a little bit of time out to take the
25  grand jury returns Monday which will probably take 30 minutes.