UNITED STATES DISTRICT COURT WESTERN DISTRICT OF KENTUCKY
CIVIL ACTION NO. 3:17-CV-00419-GNS

JEFFREY DEWAYNE CLARK and GARR KEITH HARDIN                  PLAINTIFFS

VS.

MEADE COUNTY, et al                                                                       DEFENDANTS

**PLAINTIFF'S RESPONSE TO DEFENDANTS BILL ADAMS, CLIFFORD WISE AND MEADE COUNTY'S OBJECTIONS TO PLAINTIFF'S WITNESS LIST**

*******************************

Now comes Plaintiff, Jeffrey Clark, by counsel, and pursuant to this Court's Order (DN 454) hereby make the following Responses to Defendants' Objections to Plaintiff's Witness List:

| EXPERT WITNESSES | | | |
|---|---|---|---|
| **WITNESS** | **SUBSTANCE OF TESTIMONY** | **DEFENSE OBJECTIONS** | **PLAINTIFF'S RESPONSE** |
| Dr. Judy Melinek | Forensic pathology expert. Will testify regarding the medical science relevant to determining time and manner of death post-mortem; and her opinions concerning the most likely time and manner of death in the Warford homicide as discussed in her R26 report. | Irrelevant, misleading and unfairly prejudicial as the Meade County Defendants did not have access to this information during the homicide investigation. FRE 401 & 403. Also see DN 492. | The Meade County Defendants have filed a MIL on this topic. Plaintiff replies upon his response to the MIL, but in general, Dr. Melinek's testimony is relevant to both liability and damages as it goes to Plaintiff's innocence. |

| Gloria J. Dimick | DNA analyst. She will testify regarding her testing of the hair evidence in this case; and her opinions concerning that testing as discussed in her R26 report | Irrelevant, misleading & unduly prejudicial. FRE 401 & 403. Also see DN 487. | Plaintiff incorporates the response above. |
|---|---|---|---|
| Julie A. Heinig, PhD | DNA analyst and serologist. She will testify regarding her testing of the blood evidence in this case; and her opinions concerning that testing as discussed in her R26 report. | Irrelevant, misleading & unduly prejudicial. FRE 401 & 403. Also see DN 487. | Plaintiff incorporates the response above. |
| LuAnn Thomas | Former Kentucky State Police serologist and supervisor of Defendant Robert Thurman. She may testify regarding opinions contained in her deposition testimony regarding microscopic air comparison training, policies, and practices at the Kentucky State Police laboratory in the 1990s, and her opinions of Thurman's methodology and practices when performing hair microscopy in this case. | Irrelevant to claims against Meade County, unduly prejudicial, and would lead to confusion of the jury. FRE 401 & 403. | Plaintiff incorporates the response above. |
| **MAY CALL LIST** | | | |
| **WITNESS** | **SUBSTANCE OF TESTIMONY** | **DEFENSE OBJECTIONS** | |
| James Whitley | Fact witness; may testify regarding his interactions with law enforcement and other witnesses including his potential involvement in the Warford homicide. | Irrelevant, misleading, and unduly prejudicial. FRE 401 & 403. Also see DN 486 | The Meade County Defendants have filed a Motion in Limine seeking to bar evidence implicating alternate suspects, Whitely included. Plaintiff relies upon his response to this MIL. In |

| | | | general, Mr. Whitley's testimony is relevant to both liability and damages as it goes to Plaintiff's innocence. |
|---|---|---|---|
| Robin Heitz | Plaintiff Hardin's family friend; may testify regarding his damages, including his life before, during, and after his wrongful incarceration. | Irrelevant, misleading, and unduly prejudicial. FRE 401 & 403. Potential for inadmissible testimony regarding settlement. FRE 408. | Ms. Heitz's testimony may be relevant to liability and damages at trial to the extent that Defendants argue Mr. Hardin committed the Warford homicide with Plaintiff Clark. |

Dated: November 26, 2025

Respectfully submitted,
s/ Elliot Slosar

Michael Kanovitz
Elliot Slosar*
Amy Robinson Staples**
Loevy &amp; Loevy
311 N. Aberdeen
3rd Floor
Chicago, IL 60607
(312) 243-5900
Fax (312) 243-5902

* pro hac vice

** 18 Village Plaza, PMB 181
Shelbyville, KY 40065
Local Address

## CERTIFICATE OF SERVICE

    I, Elliot Slosar, hereby certify that on November 26, 2025, I filed the foregoing, by CM/ECF electronic filing, which was served through the Court's electronic filing system.

/s/ Elliot Slosar