UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:17-CV-00419-GNS-CHL

JEFFREY DEWAYNE CLARK et al.                           PLAINTIFFS

v.

LOUISVILE-JEFFERSON COUNTY
METRO GOVERNMENT et al.                                DEFENDANTS

## ORDER

Both parties have filed their objections to the other's deposition designations and deposition counter designations (DN 502, 508). The Court being sufficiently advised, the Court's rulings on these objections are attached to this Order as Appendix 1 and Appendix 2.

**SO ORDERED**.

Greg N. Stivers, Judge
United States District Court
January 14, 2026

cc:     counsel of record

| Appendix 1: Defendants' Objections to Plaintiff's Deposition Designations | | | | |
|---|---|---|---|---|
| Deposition | Location | Objection(s) | Ruling | Notes |
| **Mark Handy (9/21/2020)** | 9:9-10:4 | Improper Questioning, irrelevant evidence, argumentative, misleading a jur. FRE 401 and 403 | Overruled | |
| | 10:15-11:2 | Improper Questioning, irrelevant evidence, argumentative, misleading a jur. FRE 401 and 404 | Overruled | |
| | 11:13-24 | Improper Questioning, irrelevant evidence, argumentative, misleading a jur. FRE 401 and 405 | Overruled | |
| | 18:25-19:12 | Improper counter-designation does not comply with rule of completeness, not subject matter of designation. FRCP 32(a)(6) | Overruled | |
| | 19:6-23 | Improper designation, and counter designation, as questioning in violation of Court's Order. (DN 107). | Overruled | |
| | 32:9-25 | Irrelevant evidence and unduly prejudicial. FRE 401 and 403. Improper designation, and counter designation, as questioning in violation of Court's Order. (DN 107). See DN 487. | Overruled* | *Strike attorney objection at 32:4 |
| | 33:1-5 | Irrelevant evidence and unduly prejudicial. FRE 401 and 403. See DN 418. | Overruled | |
| | 34:25-35:6 | Improper questioning, irrelevant evidence, argumentative, improper questioning, and misleading a jury. FRE 401 and 403. See DN 418. | Granted | |
| | 36:20-25 37:20-25 38:1-11 | Improper counter-designation, does not comply with rule of completeness. FRCP 32(a)(6). Not source of affirmative designation of Defendant. Improper questioning in violation of Court's Order (DN 107). | Overruled | |
| | 85:6-10 | Improper counter-designation, argumentative. FRE 403. | Overruled | |
| | 88:5-25 | Improper counter-designation, does not comply with rule of completeness. FRCP 32(a)(6). Not source of affirmative designation of Defendant. | Granted | |
| | 107:15-108:5 | Improper counter-designation, does not comply with rule of completeness. FRCP 32(a)(6). Not source of affirmative designation of Defendant. | Overruled | |
| | 110:3-112:11 | Improper counter-designation, does not comply with rule of completeness. FRCP 32(a)(6). Not source of affirmative designation of Defendant. | Overruled | |
| | 128:16-18 | Improper counter-designation, asked and answered. | Granted | |

| | | | |
|---|---|---|---|
| 130:1-24 | Improper questioning, argumentative. FRE 403. Improper counter designation. | Granted | |
| 133:14-134:25 | Improper counter-designation, does not comply with rule of completeness. FRCP 32(a)(6). Not source of affirmative designation of Defendant. | Overruled | |
| 158:15-20 | Improper questioning, argumentative. FRE 403. | Granted | |
| 198:5-25 | Improper counter-designation, does not comply with rule of completeness. FRCP 32(a)(6). Not source of affirmative designation of Defendant | Overruled | |
| 199:10-25 | Improper counter-designation, does not comply with rule of completeness. FRCP 32(a)(6). Not source of affirmative designation of Defendant | Granted | |
| 200:1-9 | Improper counter-designation, does not comply with rule of completeness. FRCP 32(a)(6). Not source of affirmative designation of Defendant | Overruled | |
| 201:8-12 | Improper counter-designation, does not comply with rule of completeness. FRCP 32(a)(6). Not source of affirmative designation of Defendant | Overruled | |
| 202:12-22 | Improper counter-designation, does not comply with rule of completeness. FRCP 32(a)(6). Not source of affirmative designation of Defendant | Overruled | |
| 213:20-214:7 | Asked and answered. FRE 403 and 611. | Granted | |
| 267:2-3 | Argumentative and harassing of witness. FRE 403 and 611. | Overruled | |
| 275:1-276:3 | Assumes facts not in evidence, improper hypothetical, leads to confusion of the jury. FRE 403. | Granted | |
| 276:11-277:6 | Irrelevant evidence and unfairly prejudicial. FRE 401 and 403. See DN 489. | Overruled | |
| 280:19-281:5 | Assumes facts not in evidence, improper hypothetical, irrelevant evidence, and leads to confusion of the jury. FRE 401 and 403 | Granted | |
| 283:12-284:7 | Irrelevant evidence and unfairly prejudicial. FRE 401 and 403. | Granted in part* | *Strike 283:25-284:7 |
| 294:13-24 | Argumentative and harassing of the witness. FRE 403 and 611 | Granted* | *Strike 294:8-294:24 |
| 295:15-17 | Argumentative, harassing, and improper commentary from counsel. FRE 403 and 611. | Granted | |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | Argumentative, harassing, mischaracterizes testimony, and improper commentary from counsel. FRE 403 and 611. | Overruled |  |
|  | 297:9-14 |  |  |  |
|  | 304:1-23 | Misleading the jury. FRE 403. See DN 486. | Granted |  |
|  | 305:17-306:19 | Misleading the jury. FRE 403. See DN 486. | Granted | Withdrawn |
|  | 307:15-308:3 | Misleading the jury. FRE 403. See DN 486. | Granted | Withdrawn |
| **Mark Handy (9/14/2021)** | All | Plaintiffs' have designated numerous/voluminous portions of Mark Handy's deposition regarding other cases associated with him. Meade County Defendants object to every designation in this deposition as not relevant, per FRE 401 and FRE 402, to the claims herein since they 4 address collateral matters of a non party. See DN 418 | Granted in part* | *Discussion of details of past cases is irrelevant and should be striken |
| **Kevin Justis (5/28/2019)** | 12:9-17 | Irrelevant evidence and unfairly prejudicial. FRE 401 and 403. | Granted |  |
|  | 17:10-21 | Irrelevant evidence. FRE 401. | Granted |  |
|  | 25:4-24 | Improper speculation, does not have personal knowledge. FRE 602. Improper testimony regarding witness's religious beliefs. | Granted in part* | *Strike reference to religious beliefs |
|  | 26:14-18 | Inadmissible hearsay. FRE 802. | Granted* | *Strike 26:8-18 |
|  | 31:11-13 | Improper speculation, does not have personal knowledge. FRE 602. | Overruled |  |
|  | 31:24-32:1 | Improper speculation, does not have personal knowledge. FRE 602. | Overruled |  |
|  | 34:25-35:12 | Improper speculation, does not have personal knowledge. FRE 602. | Overruled |  |
|  | 37:6-8 | Improper speculation, does not have personal knowledge. FRE 602. | Overruled |  |
|  | 38:18-21 | Improper speculation and leading of witness. FRE 602 and 611(c). Improper speculation, does not have personal knowledge. FRE 602. | Overruled |  |
|  | 38:24-39:6 | Improper speculation and leading of witness. FRE 602 and 611(c). Improper speculation, does not have personal knowledge. FRE 602. | Overruled |  |
|  | 39:14-16 | Improper speculation and leading of witness. FRE 602 and 611(c). Improper speculation, does not have personal knowledge. FRE 602. | Overruled |  |

| | | | |
|---|---|---|---|
| | Improper speculation and leading of witness. FRE 602 and 611(c). Improper speculation, does not have | | |
| 39:22-40:9 | personal knowledge. FRE 602. | Overruled | |
| 42:3-6 | Leading of witness. FRE 611(c). | Overruled | |
| 43:9-44:4 | Inadmissible hearsay. FRE 802. | Overruled | |
| 44:13-15 | Inadmissible hearsay. FRE 802. | Denied | |
| | Object to the mention of "polygraph" as this is unduly | | |
| 44:18-20 | prejudicial and misleading to a jury. FRE 403. | Granted | |
| | Object to the mention of "polygraph" as this is unduly | | |
| 45:19-20 | prejudicial and misleading to a jury. FRE 403. | Granted | |
| | Objection to authenticity of recorded statement Justis | | |
| 48:4-7, 49:1-21 | gave to Palefsky. See DN 422 | Granted in part* | *Strike 49:27 |
| 54:13-14 | | | *Strike 54:13-14 |
| | Improper speculation, does not have personal | | *Strike 60:10-11, mention of Greer's |
| 60:9-11 | knowledge. FRE 602. | Granted in part* | knowledge at 60:9 is admitted |
| | Improper speculation, unduly prejudicial, irrelevant | | |
| 61:1-2 | evidence. FRE 401, 403, and 602. | Granted* | *Strike all of 60:22-61:8 |
| | Inadmissible testimony regarding witness's religious beliefs. FRE 610. Improper speculation, does not have | | |
| 72:13-14 | personal knowledge. FRE 602. Asked and answered. | Granted | |
| | Improper speculation, does not have personal | | |
| 73:3-12, 16-23 | knowledge. FRE 602. | Overruled | |
| 75:23-76:1 | Leading of witness. FRE 611(c). | Overruled | |
| 77:13-18, 20-25 | Leading of witness. FRE 611(c). | Overruled | |
| 85:21-24 | Leading of witness. FRE 611(c). | Overruled | |
| 91:3-12 | Leading of witness. FRE 611(c). | Overruled | |
| | Improper counter-designation does not comply with rule of completeness. FRCP 32(a)(6). Witness is not | | |
| 115:6-12 | responding to question. | Granted | |
| | Inadmissible testimony from witness regarding taking a | | |
| 115:25-116:1 | polygraph. | Granted* | *Strike 115:23-116:1 |
| | Improper counter-designation does not comply with rule of completeness, not subject matter of designation. | | |
| 126:3-20 | FRCP 32(a)(6). | Granted in part* | *Strike 126:7-8, 17-22 |

| | | | |
|---|---|---|---|
| | 128:5-19 | Improper counter-designation does not comply with rule of completeness, not subject matter of designation. FRCP 32(a)(6). Inadmissible hearsay. FRE 802. | Overruled |
| | 140:4-13 | Improper speculation, does not have personal knowledge. FRE 602. | Overruled |
| **Ernie Embry (2/19/2020)** | 13:2-25 | Improper counter-designation does not comply with rule of completeness, not subject matter of designation. FRCP 32(a)(6). | Overruled |
| | 15:23-16:2 | Improper foundation, testimony no in relation to question. | Overruled |
| | 22:21-23:2, 23:6-7 | Irrelevant evidence, FRE 401. Not required in the Commonwealth of Kentucky in 1992. See KRS § 15.440, Effective Date June 19, 1976. | Overruled |
| | 23:19-24:4 | Speculation, not actively employed at time period, does not have personal knowledge. FRE 602. Inadmissible hearsay per FRE 802. | Overruled |
| | 25:2-7 | Irrelevant evidence, FRE 401. Not required in the Commonwealth of Kentucky in 1992. Speculation, not actively employed at time period, does not have personal knowledge. FRE 602. See KRS § 15.440, Effective Date June 19, 1976. | Overruled |
| | 27:2-5 | Inadmissible hearsay per FRE 802. | Overruled |
| | 35:23-36:2, 36:16-37:7 | Irrelevant evidence, FRE 401. Not required in the Commonwealth of Kentucky in 1992. Speculation, not actively employed at time period, does not have personal knowledge. FRE 602. See KRS § 15.440, Effective Date June 19, 1976 | Overruled |
| | 44:10-15 | Improper counter-designation does not comply with rule of completeness, not subject matter of designation. FRCP 32(a)(6). | Granted |
| | 51:18-20, 56:4-25, 59:7-25 | Improper counter-designation does not comply with rule of completeness. FRCP 32(a)(6). | Overruled |
| | 70:13-20 | Improper counter designation. Lack of foundation. | Overruled |
| | 71:18-72:23 | Improper counter-designation does not comply with rule of completeness. FRCP 32(a)(6) | Granted |
| | 73:24-74:5 | Asked and answered. FRE 403 and 611. | Overruled |

| | | | | |
|---|---|---|---|---|
| | 87:19-20 | Improper counter-designation does not comply with rule of completeness. FRCP 32(a)(6). Not the subject of an affirmative designation by Defendant. | Granted | |
| | 88:3-7 | Irrelevant evidence, FRE 401. Not required in the Commonwealth of Kentucky in 1992. Speculation, not actively employed at time period, does not have personal knowledge. FRE 602. See KRS § 15.440, Effective Date June 19, 1976 | Granted | |
| | 92:5-13 | Misstates former testimony of witness, irrelevant evidence as formal training not required in the Commonwealth of Kentucky in 1992. FRE 401. See KRS § 15.440, Effective Date June 19, 1976. | Overruled | |
| | 98:12-16, 109:22-111:25 | Improper foundation, does not have the personal knowledge to respond. FRE 602. Calls for speculation of a lay witness. FRE 701. | Overruled | |
| | 113:19-114:20 | Calls for speculation, assumes facts not introduced into evidence, does not have personal knowledge. FRE 602 and FRE 701. | Overruled | |
| **Harvey Palefsky (7/24/2019)** | 31:11-15 | Improper speculation, not based on personal knowledge, and improper expert opinion testimony. FRE 602 and 701. | Granted | |
| | 31:19-25, 32:1-22 | Improper question. Lack of personal knowledge. FRE 602, FRE 401, FRE 402. | Overruled | |
| | 32:11-18 | Hearsay response. FRE 801, FRE 802. | Granted | |
| | 33:20-34:6 | Irrelevant evidence FRE 401; Based on hearsay, lack of personal knowledge (34/3-6). FRE 602, FRE 802. | Overruled | |
| | 36:1-38:7 | Hearsay, irrelevant testimony, not based on personal knowledge. FRE 401, FRE 402, FRE 602, FRE 802. | Granted | |
| | 36:24-37:2 | Improper speculation, not based on personal knowledge, and improper expert opinion testimony. FRE 602 and 701. | Granted* | *Strike 36:24-37:12 |
| | 37:13-38:7 | Irrelevant evidence, improper speculation, not based on personal knowledge, improper expert opinion testimony, and hearsay. FRE 401, 602, 701 and 802. | Granted | |

| | | | |
|---|---|---|---|
| 38:15-39:5 | Leading question FRE 611(c). Irrelevant evidence FRE 401, 402 | Overruled | |
| 39:12-16 | Improper speculation, not based on personal knowledge. FRE 602. Improper opinion testimony FRE 701. | Granted* | *Strike 39:12-24 |
| 40:14-20 | Hearsay testimony. FRE 802, FRE 602. | Granted | |
| 41:3-13 | Hearsay testimony. FRE 802. Not within his personal knowledge. FRE 602. | Granted | |
| 41:19-42:2 | Hearsay testimony. FRE 802. Not within his personal knowledge, speculative. FRE 602. | Granted | |
| 51:11-12 | "asking him to lie in the Hardin and Clark case." Improper opinion testimony not based on personal knowledge. FRE 701, FRE 602. | Overruled | |
| 56:18-22 | Hearsay testimony, not within personal knowledge. FRE 802, FRE 602. | Granted* | *Strike 56:3-22 |
| 57:8-12 | Irrelevant evidence and misleading to a jury. FRE 401, FRE 403. See DN 419. | Granted | |
| 60:20-25 | Improper opinion testimony. FRE 701. Speculative, not based on personal knowledge. FRE 602. | Granted* | *Strike 60:20-61:18 |
| 62:4-63:2 | Irrelevant evidence. FRE 401, 402. Lack of personal knowledge. (Lines 17-24). FRE 602. | Granted | |
| 63:3-6. 63:14-64:15 | Irrelevant evidence. FRE 401, FRE 402. | Granted | |
| P 65/1-12 | Does not comply with rules of completeness. FRCP 32(a)(6). | Granted | |
| 65:7-66:1 | Irrelevant evidence. FRE 401, 402. Improper opinion evidence. FRE 401. Speculative. FRE 602. | Granted | |
| 66:6-12 | Irrelevant. FRE 401, FRE 402. | Granted | |
| 67:11-68:2 | Irrelevant. FRE 401, FRE 402, FRE 403. Unnecessary opinion evidence. FRE 701. | Granted in part* | *Strike 67:22-68:2 |
| 70:3-71:7 | Leading question/answer. FRE 611(c). Irrelevant FRE 401, FRE 402. | Granted | |
| 71:16-25, 72:1-12 | Improper counter-designation does not comply with rule of completeness. FRCP 32(a)(6). | *Granted in part | *Strike 71:10-72:2 |
| 79:5-6 | Improper counter-designation, as not fully complete, and misleading to jury. FRCP 32(a)(6) and FRE 403. | Overruled | |

| | | | |
|---|---|---|---|
| | 93:2-6 | Improper counter-designation does not comply with rule of completeness. FRCP 32(a)(6). | Overruled |
| | 95:5-16 | Improper counter-designation, does not comply with rule of completeness. FRCP 32(a)(6). Irrelevant. FRE 401. | Overruled |
| | 141:14-18 | Hearsay evidence. FRE 802, FRE 602. | Overruled |
| **Heather (Livers) Lawson (7/15/2021)** | 31:4-9 | Non-responsive to question. FRCP 32(a)(6). Improper counter designation as noncompliant with Rule of Completeness. | Granted |
| | 38:4-19 | Improper hearsay. FRE 802. | Granted |
| | 53:1-55:21 | Irrelevant evidence. FRE 401, FRE 402 | Granted |
| | 90:22-93:6 | Improper hearsay and improper character evidence on a collateral issue. FRE 404, FRE 608, FRE 609, FRE 802 | Granted |
| | 94:9-95:9 | Not relevant evidence at Lawson is not a Plaintiff in this case, unduly prejudicial, and misleading to a jury. FRE 401, FRE 403. | Overruled |
| **Dr. George Nichols (1/28/2020)** | 29:25-30:21, 31:2-12, 31:17-32:1, 45:13-46:11, 52:8-55:21, 64:6-65:13, 90:22-93:6, 94:9-96:8 | Improper counter-designation since same appears in the deposition designation. FRCP 32 (a)(6) | Overruled |
| | 28.22 | Remove objection. Improper to designate testimony that includes objection from counsel. FRE 403. | Granted |
| | 47:2-16 | Prefatory/instructional comments not needed for expert witness. Waste of time. FRE 403. | Overruled |
| | 48:14, 48:16-25, 50:2, 50:8-15 | Misunderstanding of witness. Dr. Nichols was not retained by the Meade County Defendants as an expert witness. In order for Dr. Nichols to review his testimony, autopsy photographs, and present for his deposition, he required a payment of a fee. There was no formal engagement or identification of Dr. Nichols as a retained expert. Instead, he was a fact witness and unretained expert identified by various parties through this litigation. Such testimony leads to misleading of jury and is unfairly prejudicial. FRE 403 | Granted* *Granted pending parties' ability to stipulate to Dr. Nichols's status |

| | | |
|---|---|---|
| 50:22-23 | Commentary of counsel, not presentation of question, not relevant evidence. FRE 401. | Overruled |
| 51:6-12, 51:19-25, 52:1-53:24, 54:12-55:9, 55:13-16, 55:19-22 | Misunderstanding of witness. Dr. Nichols was not retained by the Meade County Defendants as an expert witness. In order for Dr. Nichols to review his testimony, autopsy photographs, and present for his deposition, he required a payment of a fee. There was no formal engagement or identification of Dr. Nichols as a retained expert. Instead, he was a fact witness and unretained expert identified by various parties through this litigation. Such testimony leads to misleading of jury and is unfairly prejudicial. Cumulative questions lead to waste of time. Irrelevant evidence. Badgering of witness FRE 401& 403. | Overruled |
| 56:14-18 | Calls for speculation, outside of witness's personal knowledge. FRE 602. | Granted |
| 58:8-59:8 | Irrelevant and prejudicial information regarding Detective Handy, Detective Clark, and Kelly Jones who were not present at the autopsy. FRE 401 & 403. See DN 489. | Overruled |
| 62:2-63:4 | Irrelevant and prejudicial information regarding testing of animal blood and claims against Robert Thurman, which have previously been dismissed. See DN 493. | Overruled |
| 67:18-21 | Cumulative evidence, asked and answered. FRE 403. | Overruled |
| 68:9-19 | Improper questioning of witness, argumentative and badgering of witness. | Overruled |
| 69:23-73:19, 73:23-74:7 | Irrelevant evidence as to remaining claims against Meade County Defendants. FRE 401. See DN 492. | Granted in part*    *Strike 71:22-74:7 |
| 78:14-18 | Calls for speculation, does not have specific memory necessary to testify within his personal knowledge. FRE 602. | Overruled |
| 81:4-14 | Improper opinion, as is no terminology in the scientific community that recognizes a "best estimate". Prejudicial and misleading to a jury. FRE 403 & 702. | Overruled |
| 81:15-18 | Repetitious questioning, asked and answered. | Overruled |

| | | | |
|---|---|---|---|
| | Improper opinion, as is no terminology in the scientific community that recognizes a "best estimate". | | |
| 82:5-12 | Prejudicial and misleading to a jury. FRE 403 & 702. | Overruled | |
| 85:4-9 | Repetitious questioning, asked and answered. Badgering of witness. | Overruled | |
| 85:13-22 | Repetitious questioning, asked and answered. Badgering of witness. | Overruled | |
| 86:7-13 | Repetitious questioning, asked and answered. Badgering of witness. | Granted* | *Strike 86:4-13 |
| 86:19-24 | Repetitious questioning, asked and answered. Badgering of witness. | Overruled | |
| 94:3-13 | Repetitious questioning, asked and answered. Badgering of witness. | Overruled | |
| 94:18-25 | Repetitious questioning, asked and answered. Badgering of witness. | Overruled | |
| 95.1 | Repetitious questioning, asked and answered. Badgering of witness. | Overruled | |
| 95:4-10 | Repetitious questioning, asked and answered. Badgering of witness. | Overruled | |
| 98:9-12 | Compound question. | Overruled | |
| 101:8-102:23 | Assumes facts not in evidence, improper opinion, and not based upon personal knowledge. FRE 602 , 701-705. | Overruled | |
| 102:24-25 | Misstates earlier testimony. | Granted | |
| 106:16-107:11, 108:2-110:2, 111:17-112:6 | Improper opinion, assumes facts not in evidence, lack of personal knowledge, and misleading and confusing to jury. FRE 401, 403, 602, and 701-705. | Overruled | |
| 113:22-114:11 | Assumes facts not into evidence, lack of personal knowledge, and calls for speculation. FRE 602. | Overruled | |
| 119:16-20 | Repetitious questioning, asked and answered. | Overruled | |
| 121:9-16 | Calls for speculation. | Overruled | |
| 123:10-24, 124:11-23, 128:25 | Repetitious questioning, asked and answered. Badgering of witness. | Granted | |
| 130:14-16 | Improper question. | Granted | |

| | | |
|---|---|---|
| 131:19-23, 133:10-13, 135:19-25, 136:1-2, 136:19-24 | Lack of foundation, assumes facts not into evidence. Asked and answered. | Overruled |
| 137:12-18 | Outside of personal knowledge, calls for speculation, improper opinion. FRE 602, 701-705. | Overruled |
| 138:15-139:1 | Repetitious questioning, asked and answered. Badgering of witness. | Overruled |
| 139:14-15 | Improper question, vague. | Overruled |
| 139:14-15, 20-25 | Improper opinion, as is no terminology in the scientific community that recognizes a "best estimate". Prejudicial and misleading to a jury. FRE 403 & 702. | Overruled |
| 140:1-10 | Calls for speculation | Overruled |
| 140:24-141:2, 141:12-17, 142:22-24 | Repetitious questioning, asked and answered. Badgering of witness | Granted |
| 143:6-12 | Asked and answered. Misleading to a jury without introduction of previous testimony. | Granted |
| 144:6-17 | Repetitious questioning, asked and answered. Badgering of witness | Overruled |
| 145:23-146:2 | Improper opinion, as is no terminology in the scientific community that recognizes a "best estimate". Prejudicial and misleading to a jury. FRE 403 & 702. | Overruled |
| 146:3-22, 147:2-13 | Repetitious questioning, asked and answered. Badgering of witness | Granted |
| 147:14-23 | Improper opinion, as is no terminology in the scientific community that recognizes a "best estimate". Prejudicial and misleading to a jury. FRE 403 & 702. | Overruled |
| 150:9-13 | Misleading. FRE 403 | Overruled |
| 152:4-19, 153:5-10 | Improper opinion, as is no terminology in the scientific community that recognizes As most "reliable" or "best" estimate. Moreover, no evidence this information was shared with any Meade County representative Prejudicial and misleading to a jury. FRE 403 & 702. | Overruled |
| 153:11-19 | Repetitious questioning, asked and answered. Badgering of witness | Overruled |

|  |  |  |
|---|---|---|
|  | Misleading, and improper opinion, as is no terminology in the scientific community that recognizes As "best" estimate. Moreover, no evidence this information was shared with any Meade County representative |  |
| 153:20-154:4 | Prejudicial and misleading to a jury. FRE 403 & 702 | Overruled |
| 163:5-8 | Misstates earlier testimony. | Granted |
| 163:9-12 | Repetitious questioning, asked and answered. | Overruled |
| 164:1-7 | Calls for speculation. | Overruled |
| 164:16-22 | Repetitious questioning, asked and answered. | Overruled |
| 165:2-6 | Calls for speculation, not within personal knowledge. FRE 602. | Overruled |
| 165:10-24 | Misleading and misstates witness's earlier testimony. | Overruled |
| 165:25-167:19, 168:10-13 | Repetitious questioning, asked and answered, calls for speculation, improper hypotheticals not based upon evidence in record. | Overruled |
| 171:16-19, 173:4-9, 174:12-175:3 | Speculation, misleading, not within personal knowledge of witness, as asking about another mental impression/knowledge of alternative witness. FRE 403& 602. | Overruled |
|  | Misleading, and improper opinion, as is no terminology in the scientific community that recognizes As "best" estimate. Moreover, no evidence this information was shared with any Meade County representative |  |
| 176:12-19 | Prejudicial and misleading to a jury. FRE 403 & 702. | Overruled |
| 176:20-25, 177:1-6. 177:21-25, 178:6-25 | Inadmissible hearsay. FRE 802. | Overruled |
|  | Misleading, and improper opinion, as is no terminology in the scientific community that recognizes as "best" estimate. Moreover, no evidence this information was shared with any Meade County representative |  |
| 179:3-9, 179:24-25, 180:1-3 | Prejudicial and misleading to a jury. FRE 403 & 702. Inadmissible hearsay. FRE 802. | Overruled |

| | | |
|---|---|---|
| 182:12-16, 184:4-185:8, 187:22-188:3, 189:17-23 | Misleading, calls for speculation, not within personal knowledge. FRE 403 & 602. | Granted |
| 191:2-8. 191:19-192:19, 193:2-15 | Improper foundation, assumes facts not in evidence, misleading, calls for speculation, not within personal knowledge. FRE 403 & 602. | Overruled |
| 193:19-21 | No evidence this information was shared with any Meade County representative Prejudicial and misleading to a jury. FRE 403 & 702. | Overruled |
| 194:10-13 | Misleading, and improper opinion, as is no terminology in the scientific community that recognizes as "best" estimate. Moreover, no evidence this information was shared with any Meade County representative Prejudicial and misleading to a jury. FRE 403 & 702. | Overruled |
| 195:24-196:1 | Misleading, not properly authenticated as is not a certified copy of the death certificate per Rule 902(4). | Overruled |
| 196:5-8 | Improper foundation, assumes facts not in evidence, misleading, calls for speculation, not within personal knowledge. FRE 403 & 602. | Overruled |
| 196:5-8, 196:12-17, 196:18-197:5, 197:15-18, 197:21-25, 198:1-8, 198:23-25, 199:3-24, 200:1 | Improper opinion, calls for speculation. FRE 701-705. Assumes fact not in evidence, misleading, not within personal knowledge. FRE 403 & 602. | Granted in part*    *Strike 196:18-197:5, 199:6-202:8 |
| 200:2-201:3 | Improper foundation, assumes facts not in evidence, misleading, calls for speculation, not within personal knowledge. FRE 403& 602. Not properly authenticated as is not a certified copy of the death certificate per Rule 902(4). | Granted |
| 201:22-24 | Improper question, goes to credibility of witness that is in the purview of the jury. | Granted |
| 203:24-210:11 | | *Strike 203:24-210:11 |

| | | |
|---|---|---|
| 205:12-16, 206:4-9, 207:9-10, 208:12-209:1, 209:9-21 | Improper foundation, assumes facts not in evidence, misleading, calls for speculation, not within personal knowledge. FRE 403 & 602. Improper question, goes to credibility of witness that is in the purview of the jury | Granted |
| 210:4-11 | Improper opinion, outside of witness's personal knowledge, calls for speculation. FRE 403, 602, & 701-705. | Granted |
| 235:20-236:9 | Improper opinion, outside of witness's personal knowledge, calls for speculation, as witness was not at scene of murder nor had he reviewed the crime scene video prior to being questioned at his deposition. FRE 403, 602, & 701-705. | Granted |
| 236:10-18 | Asked and answered. | Granted |
| 237:16-238:10 | Improper opinion calls for speculation. FRE 701-705. | Granted |
| 238:19-239:1 | Misleading, unreasonable to ask witness this question after testifying for multiple hours without benefit of reviewing testimony. FRE 403. | Granted |
| 239:13-240:2 | Improper foundation. | Overruled |
| 244:16-20 | Improper foundation, assumes facts not in evidence, misleading, calls for speculation, not within personal knowledge. FRE 403 & 602. | Granted |
| 12:11-23, 13:3-11 | Irrelevant, prejudicial, and harassing of witness. FRE 401&403. | Granted |
| 19:12-19 | Repetitious questioning, asked and answered. | Granted |
| 19:20-20:10 | Repetitious questioning, asked and answered. Misleading, and improper opinion, as is no terminology in the scientific community that recognizes as "best" estimate. Moreover, no evidence this information was shared with any Meade County representative Prejudicial and misleading to a jury. FRE 403 & 702. | Granted |
| 21:13-18, 23:5-14 | Asked and answered | Granted |

**Dr. George Nichols (9/6/2022)**

| | | | |
|---|---|---|---|
| | 28:19-30:14 | Repetitious questioning, asked and answered. Misleading, and improper opinion, as is no terminology in the scientific community that recognizes as "most reliable" estimate. Moreover, no evidence this information was shared with any Meade County representative Prejudicial and misleading to a jury. FRE 403 & 702. | Granted |
| | 44:12-13 | Asked and answered | Granted |
| | 48:9-15 | Repetitious questioning, asked and answered. Misleading, and improper opinion, as is no terminology in the scientific community that recognizes as "most reliable" estimate. Moreover, no evidence this information was shared with any Meade Countyrepresentative. Prejudicial and misleading to a jury. FRE 403 & 702. | Overruled |
| **Dr. George Nichols (12/15/2022)** | 13:12-22, 14:4-15, 20:15-22, 25:16-19, 26:7-21 | Irrelevant testimony, that is unfairly prejudicial to the Meade County Defendants. Counsel for said Defendants did not draft the unretained expert disclosure referenced throughout the course of Dr. Nichols third deposition, and the party who drafted said disclosure has been dismissed from the case. Any testimony regarding said disclosure is prejudicial and is based upon inadmissible hearsay. FRE 403 & 802. | Granted |
| | 30:12-16 | Irrelevant and prejudicial testimony. FRE 401 & 403. | Granted |
| | 57:10-14, 60:17-23 | Improper foundation and misleading, as not definition provided for "medical certainty." | Overruled |
| **Joeseph Greer (8/7/2019)** | 17:14-15 | Improper counter designation. FRCP 32(a)(6). | Overruled |
| | 45:24-48:11, 51:7-18 | No basis in fact, contrary to testimony of Cliff Wise, speculation. FRE 602, FRE 701. | Granted |
| | 57:23-59:18 | Speculation, no personal knowledge and cannot testify regarding mental impressions of another. FRE 701, FRE 602. | Overruled |
| | 62:21-22 | Improper as a statement. FRE 401, FRE 403, FRE 602. | Granted |
| | 82:15-83:17 | No good faith factual basis, contrary to testimony in criminal case. | Overruled |

| | | | |
|---|---|---|---|
| 107:3-108:24 | Irrelevant. FRE 401. Lack of personal knowledge. FRE 602. | Overruled | |
| 131:11-19, 132:7-13 | Irrelevant, not the basis of any constitutional violation. FRE 401. | Granted | |
| 138:18-139:17 | Prejudicial and irrelevant as after the fact. FRE 401, FRE 402. | Granted in part* | *Strike 138:18-139:8 |
| 152:1-2 | Improper counter designation. FRCP 32(a)(6) | Granted | |
| 159:23-160:3 | Irrelevant. FRE 401, FRE 402. | Granted in part* | *Strike reference to polygraph |
| 191:16-192:1 | Not within the personal knowledge, speculative. FRE 602. | Granted | |
| 224:17-225:4, 225:11-12 | Speculative, not founded in personal knowledge. FRE 602. | Granted | |
| 234:19-20 | Improper commentary from counsel. FRE 611. | Granted | |
| 260:1-10 | Speculative, not based on personal knowledge. FRE 602. | Granted | |
| 278:17-25, 279:1-18 | Argumentative. Hearsay permissible before Grand Jury. FRE 403, FRE 611. | Granted in part* | *Strike any reference to the Grand Jury in accordance with the Court's Memorandum Opinion and Order at Docket Number 573 |
| 299:4-300:22, 301:12-304:17 | Irrelevant and prejudicial as after the fact. FRE 401, FRE 402. | Granted in part* | *Strike any reference to "rape" |
| **Joeseph Greer (11/4/2019)** 38:2-8 | Improper commentary, statement by counsel, argumentative and harassing. FRE 403, FRE 611. | Granted* | *Strike 37:24-38:8 |
| 42:2-25 | Argumentative, harassing and no facts in evidence. FRE 403, FRE 611, FRE 602. | Granted | |
| 57:20-58:2 | Argumentative and harassing. FRE 403, FRE 611. | Granted | |
| 69:14-24 | Irrelevant. FRE 401, FRE 403. Facts not within personal knowledge. FRE 602. | Granted | |
| 70:19-71:15 | Irrelevant. FRE 401, FRE 403 | Granted | |
| 72:16-73:21 | Hearsay. FRE 801. No personal knowledge. FRE 602. | Granted | |
| 75:2-76:9 | Improper speculation. FRE 602. | Granted | |
| 76:19-25 | Improper speculation and no personal knowledge. FRE 602. | Granted | |
| 77:10-25, 78:20-79:12 | Speculative, assumes facts not in evidence and no personal knowledge. FRE 602. | Granted | |
| 92:12-93:7 | Assumes facts not in evidence, misstates the evidence and argumentative. FRE 401, FRE 403. | Granted | |

| | | | |
|---|---|---|---|
| 95:6-96:13, 96:25-98:3 | Improper questioning, hearsay, no personal knowledge and no facts in evidence. FRE 403, FRE 602, FRE 611, FRE 801, FRE 802. | Granted | |
| 132:19-133:1 | Argumentative, improper questioning. FRE 403. | Overruled | |
| 134:21-24 | Hearsay. FRE 801, FRE 802. | Granted | |
| 137:6-139:5 | Hearsay, assumes facts in evidence. FRE 401, FRE 403. | Granted in part* | *Strike 138:18-139:5 |
| 139:17-146:23 | Speculative, argumentative, irrelevant, assumes facts not in evidence and is not the basis of any remaining constitutional claim. | Granted in part* | *Strike 143:20-144:7, 146:12-14, 146:17-23 |
| 148:12-21 | Hearsay. FRE 801, FRE 802. | Granted | |
| 156:20-157:2 | Argumentative and factually inaccurate. FRE 401, FRE 402, FRE 403. | Granted | |
| 171:15-174:4 | Speculation, argumentative. FRE 403, FRE 611. Reckless investigation claim dismissed. | Granted | |
| 232:14-233:13 | Speculative, no facts in evidence. FRE 403, FRE 611. | Granted | |
| 236:8-12 | No verbal response, speculative. FRE 401, FRE 402, FRE 403, FRE 611. | Overruled | |
| 239:15-18 | Argumentative. Asked and answered. FRE 401, FRE 403, FRE 601. | Granted | |

| Appendix 2: Plaintiff's Objections to Defendants' Deposition Designations | | | | |
|---|---|---|---|---|
| Deposition | Location | Objection(s) | Ruling | Notes |
| **Ernie Embry (2/19/2020)** | 11:6-24 | 402 (relevancy) | Granted | |
| | 12:8-9 | 402 (relevancy) | Overruled | |
| | 34:1-3 | Not witness testimony | Overruled | |
| | 42:5-10 | Not witness testimony, confusing | Granted | |
| | 44:2-4 | Vague, confusing | Overruled | |
| | 49:14-50:7 | hearsay | Overruled | |
| | 109:7-16 | 402 (relevancy) | Granted | |
| **Mark Handy (9/21/2020)** | 13:23-14:9 | 402 (relevance), 403 (unfair prejudice) | Overruled | |
| | 17:6-8 | 402 (relevance), 403 (unfair prejudice) | Overruled | |
| | 97:3-9 | 402 (relevance), 403 (unfair prejudice), omits answer | Granted | |
| | 112:16-20 | 402 (relevance), 403 (unfair prejudice),404 (character), 602 (personal knowledge), 701 (lay opinion testimony) | Overruled | |
| | 115:3-15 | 402 (relevance), 403 (unfair prejudice), 404 (character) | Overruled | |
| | 142:11-143:2 | 402 (relevance), 403 (unfair prejudice),404 (character) | Overruled | |
| | 148:1-5 | 402 (relevance), 403 (unfair prejudice), 602 (personal knowledge) | Overruled | |
| | 186:1-4 | 402 (relevance), 403 (unfair prejudice), 404 (character) | Overruled | |
| | 210:16-25 | 402 (relevance), 403 (unfair prejudice), 404 (character), hearsay | Overruled | |
| | 219:1-8 | 402 (relevance), 403 (unfair prejudice), 404 (character) | Overruled | |
| | 253:7-10, 13-16 | 402 (relevance), 403 (unfair prejudice) | Overruled | |
| **Mark Handy (9/14/2021)** | 214:1-25 | 402 (relevance), 403 (unfair prejudice), 602 (personal knowledge) | Overruled | |
| | 215:1-8 | 402 (relevance), 403 (unfair prejudice), 602 (personal knowledge) | Granted | |
| **Kevin Justis (5/28/2019)** | 18:10-19:14 | 401, 402, 403 | Granted | |
| | 25:15-17 | completeness, 401, 402, 403 | Overruled | |
| | 25:25-26:16 | completeness | Overruled | |
| | 40:3-9 | completeness (no objection if full question and answer read) | Granted in part* | *admitted if full question is read |
| | 39:20-41:10 | completeness (no objection if full question and answer read) | Overruled | |
| | 48:4-49:11 | hearsay, 401, 402 | Granted in part* | *Strike 48:4-49:7 |
| | 71:11-73:15 | 401, 402, 403, hearsay | Overruled | |
| | 78:1-15 | 401, 402, 403, hearsay | Overruled | |
| | 78:23-34 | No witness testimony | Overruled | |

|  | | | | |
|---|---|---|---|---|
|  | 79:7-17 | No witness testimony | Granted | |
|  | 127:22-128:3 | improper impeachment, 401, 402, 403 | Granted | |
|  | 131:13-18 | 401, 402, 403 | Overruled | |
|  | 139:12-140:3 | hearsay | Overruled | |
|  | 153:8-154:4 | 401, 402, 403, speculation, hearsay | Overruled | |
|  | 154:16-155:3 | 401, 402, 403, hearsay, completeness | Overruled | |
| **Harvey Palefsky (6/24/2019)** | 14:18-15:10 | not witness testimony; vague, confusing | Overruled | |
|  | 20:22-21:1 | completeness (no objection if complete answer given) | Overruled | |
|  | 26:19-27:2 | completeness (no objection if complete answer given) | Overruled | |
|  | 28:4-20 | hearsay | Granted | |
|  | 30:10-24 | hearsay | Granted* | *Strike 30:10-31:5 |
|  | 31:19-32:10 | hearsay | Granted* | *Neither party shall offer 31:19-32:18 |
|  | 32:19-33:33 | hearsay | Granted | |
|  | 35:6-14 | hearsay | Granted* | *Strike 35:6-20 |
|  | 36:1-37:12 | | | *Strike 36:1-37:12 |
|  | 39:25-40:4 | hearsay | Granted* | *Strike 39:25-40:20 |
|  | 42:5-13 | hearsay | Granted | |
|  | 53:22-54:7 | hearsay | Granted | |
|  | 56:3-22 | | | *Strike 56:3-22 |
|  | 61:22-25, 62:1-3 | 401, 402, 403 | Granted | |
|  | 65:1-12 | | | *Strike 65:1-12 |
|  | 66:6-8, 13-16 | 401, 402, 403, hearsay | Granted | |
|  | 78:20-79:3 | 401, 402, 403, hearsay, vague, confusing | Granted | |
|  | 79:21-80:12 | 401, 402, 403, hearsay, vague, confusing | Granted | |
|  | 87:22-89:4 | 401, 402, 403, vague, speculation | Granted | |
|  | 90:12-18 | 401, hearsay | Granted | |
|  | 93:7-22 | 401, 402, 403, relevance | Overruled | |
|  | 100:6-9 | hearsay | Granted | |
|  | 102:17-103:15 | 401, 402, 403, hearsay | Granted | |
|  | 105:9-106:10 | 401, 402, 403, hearsay | Overruled | |
|  | 133:16-24 | 401, 402, 403 | Overruled | |
|  | 141:24-25, 142:1 | lack of completeness, 401 | Overruled | |
| **Heather (Livers) Lawson (7/15/2021)** | 27:1-7 | 401, 402, 403, hearsay | Granted | |
|  | 38:4-25 | 401, 402, 403, hearsay | Granted | |
|  | 39:1-14 | 401, 402, 403, hearsay | Granted | |
|  | 48:16-20 | 401, 402, 403, hearsay | Granted | |
|  | 48:23-25 | 401, 402, 403, hearsay | Granted | |
|  | 49:1-5 | 401, 402, 403, hearsay | Granted | |

| | | | |
|---|---|---|---|
| | 96:20-25 | 401, 402, 403 | Overruled |
| | 97:1-5 | 401, 402, 404 | Overruled |
| **Dr. George Nichols (1/28/2020)** | 181:8-11 | lack of completeness, 401 (See Dckt. 477-10 at 181:8-16). | Overruled |
| | 191:9-14, 17-18 | lack of completeness, 401 (See Dckt. 477-10 at 191:9-24) | Overruled |
| | 220:2-6, 9-15,17-20, 22, 24 | Form, Calls for speculation | Granted |
| | 223:4-19, 21, 24-25 | Form, Calls for speculation | Overruled |
| | 224.2, 5-7 | Form, Calls for speculation | Overruled |
| | 228:6-11 | Form, leading, calls for speculation | Overruled |
| **Dr. George Nichols (9/6/2022)** | 65:3-13 | Form | Overruled |
| **Joseph Greer (8/7/2019)** | 11:6-9, 12 | lack of completeness (no answer) | Granted in part*  *Strike 11:12 |
| | 30:14-16 | 401, 402, 403 (See also Plaintiff's MILs re: settled/dismissed parties) | Overruled |
| | 30:23-31:6 | 401, 402, 403 (See also Plaintiff's MILs re: settled/dismissed parties) | Overruled |
| | 31:23-24 | 401, 402, 403 (See also Plaintiff's MILs re: settled/dismissed parties) | Overruled |
| | 32:3-7 | 401, 402, 403 (See also Plaintiff's MILs re: settled/dismissed parties) | Overruled |
| | 32:20-33:11 | 401, 402, 403 (See also Plaintiff's MILs re: settled/dismissed parties) | Overruled |
| | 109:5-110:12 | lack of completeness (Full answer at Dckt. 477-1 at 110:10-23) | Overruled |
| | 196:22-197:11 | 401, 402, 403 (See also Plaintiff's MILs re: settled/dismissed parties) | Granted in part*  *Strike 196:22-197:1 |
| | 203:5-204:11 | 401, 402, 403 (See also Plaintiff's MILs re: settled/dismissed parties) | Overruled |
| | 264:11-265:1 | 401, 402, 403 (See also Plaintiff's MILs re: Hardin's bad acts, settled parties) | Overruled |
| | 266:21-24 | 401, 402, 403, Hearsay (See also Plaintiff's MILs re: Hardin's bad acts, settled parties) | Overruled |
| | 267:3-4, 9-12, 16-24 | 401, 402, 403, Hearsay (See also Plaintiff's MILs re: Hardin's bad acts, settled parties) | Overruled |
| | 268:4-11, 16-19 | 401, 402, 403, Hearsay (See also Plaintiff's MILs re: Hardin's bad acts, settled parties) | Overruled |
| **Joseph Greer (11/4/2019)** | 65:4-6, 17-19 | Completeness (Question omitted at 65:10-13) | Overruled |
| | 99:2-9 | Completeness (Question omitted at line 1) | Overruled |
| | 159:9-17 | Completeness (Full answer omitted at 159:17-25) | Granted*  *Admitted if 159:18-25 included |

| | | | |
|---|---|---|---|
| 182:9-183:24 | Completeness (answer omitted at line 25) | Overruled* | *Admitted if 183:25 is included |
| 185:3-12 | Completeness (question omitted) | Granted in part* | *Admitted if 184:8-185:2 is included; Strike any reference to Grand Jury |
| 185:20-186:19 | Completeness (Question omitted) | Granted in part* | *Strike any reference to Grand Jury |
| 190:22-193:1 | 401, 402, 403, Hearsay (See also Plaintiff's MILs re: Hardin's bad acts, settled parties) | Overruled | |
| 197:3-18 | 401, 402, 403, Hearsay (See also Plaintiff's MILs re: Satanism, Hardin's bad acts, settled parties) | Overruled* | *Strike any reference to Grand Jury |
| 198:3-199:2 | Form 401, 402, 403, Hearsay (See also Plaintiff's MILs re: Satanism, Hardin's bad acts, settled parties) | Overruled* | *Strike any reference to Grand Jury |
| 199:4-200:5 | Form 401, 402, 403, Hearsay (See also Plaintiff's MILs re: Satanism, Hardin's bad acts, settled parties) | Overruled | |
| 200:20-201:7 | Form 401, 402, 403, Hearsay (See also Plaintiff's MILs re: Satanism, Hardin's bad acts, settled parties) | Overruled | |
| 201:20-202:7 | Form 401, 402, 403, Hearsay (See also Plaintiff's MILs re: Satanism, Hardin's bad acts, settled parties) | Overruled | |
| 203:3-204:22 | Form 401, 402, 403, Hearsay (See also Plaintiff's MILs re: Satanism, Hardin's bad acts, settled parties) | Overruled | |
| 206:2-16, 18-21, 23-25 | Form 401, 402, 403, Hearsay (See also Plaintiff's MILs re: Satanism, Hardin's bad acts, settled parties) | Overruled | |
| 207:17-23 | 401 | Granted | |
| 208:12-209:8 | Hearsay, 401, 402, 403 | Granted in part* | *Defendant withdraws 208:12-25. 209:1-8 is admissible |
| 222:5-23 | Form 401, 402, 403, Hearsay | Overruled | |
| 224:20-225:7 | Completeness (answer omitted) | Granted* | *Admitted if full answer at 225:7-14 is included |
| 243:8-11 | 401, 402, 403 (See Plaintiff's MILs regarding shifting blame) | Overruled | |