IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| **JEFFREY DEWAYNE CLARK,** | ) | |
| | ) | |
| **Plaintiff,** | ) | HON. CHIEF JUDGE GREG N. STIVERS |
| | ) | |
| v. | ) | HON. COLIN H. LINDSAY |
| | ) | |
| **MEADE COUNTY, et al.,** | ) | Case No. 17-CV-419-GNS-CHL |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF'S FEDERAL AND STATE-LAW MALICIOUS PROSECUTION CLAIMS**

Plaintiff, JEFFREY CLARK, by and through counsel, LOEVY & LOEVY, hereby files this notice of dismissal of Plaintiff's federal and state-law malicious prosecution claims against Defendant Estate of Sheriff Greer. In support, Plaintiff states as follows:

1. As stated earlier today in a telephonic pretrial conference, Plaintiff has decided to voluntary dismiss his state-law and federal malicious prosecution claims with prejudice.

2. Prior to making this decision, Plaintiff has undertaken a review of the record and this Court's pretrial rulings in dismissing such claims.

3. Plaintiff respectfully provides this Court with notice of his dismissal of his federal and state-law malicious prosecution claims.

Respectfully submitted,

/s/ Elliot Slosar

## **CERTIFICATE OF SERVICE**

  I, Elliot Slosar, an attorney, hereby certify that on January 20, 2026, I filed the foregoing motions via the Court's CM/ECF System and thereby served a copy on all counsel of record.

                      /s/ Elliot Slosar