IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| JEFFREY DEWAYNE CLARK | ) |
| and | ) |
| GARR KEITH HARDIN | ) |
| Plaintiffs | ) |
| | ) Case No. 3:17-cv-00419-GNS-CHL |
| v. | ) |
| LOUISVILLE JEFFERSON COUNTY METRO GOVT, *et al.* | ) |
| Defendants | ) |

**AGREED ORDER DISMISSING**

By agreement of the Plaintiff Garr Keith Hardin and Defendant Robert Thurman, and the Court being advised that all claims asserted herein by Plaintiff Garr Keith Hardin against Defendant Robert Thurman are resolved and settled in full by agreement of the parties, and the Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED AND ADJUDGED** that Garr Keith Hardin's claims against Robert Thurman be and hereby are **DISMISSED** with prejudice in accordance with the terms of the Final Settlement and Release of All Claims entered into by the Parties. Each party will bear their own costs.

The Court finds no just cause for delay.

1

**HAVE SEEN AND AGREE:**

*/s/ Ed Monarch*
Ed Monarch
Peter J. Rosene
McBrayer PLLC
500 West Jefferson Street, Suite 2400
Louisville, Kentucky 40202
Phone: (502) 327-5400
emonarch@mcbrayerfirm.com
prosene@mcbrayerfirm.com
**Counsel for Defendant Robert Thurman**


*/s/ Katie McCarthy (w/ permission)*
Barry Scheck
Nick Brustin
Anna Benvenutti Hoffmann
Emma Freudenberger
Katie McCarthy
NEUFELD SCHECK & BRUSTIN, LLP
99 Hudson Street, 7th Floor
New York, New York 10013

Larry D. Simon
American Life Building, Suite 200
471 West Main Street
Louisville, KY 40202
larrysimonlawoffice@gmail.com
**Counsel for Plaintiff Garr Keith Hardin**


**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of February, 2026, the foregoing was electronically filed with the Clerk of the Court using CM/ECF which will send notice of electronic filing to the registered counsel.

　　　　　　　　　　　　　　　　　*/s/ Ed Monarch*
　　　　　　　　　　　　　　　　　**Counsel for Defendant Robert Thurman**

4910-0588-9163, v. 2

2