## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

**JEFFREY DEWAYNE CLARK**                                                      **Plaintiff**

**v.**                                                          **Civil Action No. 3:17-cv-419-GNS**

**MEADE COUNTY, et al**                                                       **Defendants**

\* \* \* \* \*

## ORDER

The jury having been sequestered by the Court during the lunch hour on Wednesday,

April 29, 2026,

**IT IS HEREBY ORDERED** that the Clerk of the Court purchase dinner for the jury, the

amount totaling $96.62 ($83.37 food and $13.25 tip).

Dated this 29th day of April 2026.

ENTERED BY ORDER OF COURT:
GREG N. STIVERS, JUDGE
UNITED STATES DISTRICT COURT
JAMES J. VILT, JR., CLERK

By:  *s/ Sheena Smith, Jury Administrator*

**Received 4/29/26:** _____
Traci Duff, Case Manager for
Judge Greg N. Stivers

Copies:  Finance Department