UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:17-CV-00419-GNS-CHL

FILED
JAMES J. VILT, JR. - CLERK
APR 29 2026
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

JEFFREY DEWAYNE CLARK                                      PLAINTIFF

v.

MEADE COUNTY, KENTUCKY et al.                             DEFENDANTS

## VERDICT

We, the jury, considering each claim individually, unanimously find as follows on Plaintiff's claims against Defendants:

**INTERROGATORY NO. 1 (Due Process/Suppression of Material Evidence)**

Do you find from the evidence that Joe Greer knowingly or recklessly concealed from the prosecutor exculpatory and/or impeachment evidence during the criminal case, the evidence was material, and Jeffrey Clark was injured as a result?

Yes ✓                          No _____

Do you find from the evidence that Clifford Wise knowingly or recklessly concealed from the prosecutor exculpatory and/or impeachment evidence during the criminal case, the evidence was material, and Jeffrey Clark was injured as a result?

Yes _____                    No ✓

███████████████████████

FOREPERSON ✓

4/29/26
DATE

**Please proceed to the next interrogatory.**

GS

**INTERROGATORY NO. 2 (Fabrication of Evidence)**

Do you find from the evidence that Joe Greer knowingly fabricated evidence, the fabricated evidence was material, and Jeffrey Clark was injured as a result?

Yes   ✓      No   _____

Do you find from the evidence that Clifford Wise knowingly fabricated evidence, the fabricated evidence was material, and Jeffrey Clark was injured as a result?

Yes   _____      No   ✓

Do you find from the evidence that Bill Adams knowingly fabricated evidence, the fabricated evidence was material, and Jeffrey Clark was injured as a result?

Yes   ✓      No   _____

FOREPERSON

4/29/26

DATE

**Please proceed to the next interrogatory.**

G.S.

**INTERROGATORY NO. 3 (Failure to Intervene)**

Do you find from the evidence that Clifford Wise or Bill Adams violated Jeffrey Clark's constitutional rights by fabricating evidence against him and/or withholding exculpatory or impeachment evidence, Joe Greer knew Clifford Wise or Bill Adams was fabricating evidence and/or withholding exculpatory or impeachment evidence, Joe Greer had a realistic opportunity to do something to prevent harm from occurring, Joe Greer failed to take reasonable steps to prevent harm from occurring, and Jeffrey Clark was injured as a result?

Yes ___✓___ No _____

Do you find from the evidence that Joe Greer or Bill Adams violated Jeffrey Clark's constitutional rights by fabricating evidence against him and/or withholding exculpatory or impeachment evidence, Clifford Wise knew that Joe Greer or Bill Adams was fabricating evidence and/or withholding exculpatory or impeachment evidence, Clifford Wise had a realistic opportunity to do something to prevent harm from occurring, Clifford Wise failed to take reasonable steps to prevent harm from occurring, and Jeffrey Clark was injured as a result?

Yes _____ No ___✓___

Do you find from the evidence that Joe Greer or Clifford Wise violated Jeffrey Clark's constitutional rights by fabricating evidence against him and/or withholding exculpatory or impeachment evidence, Bill Adams knew that Joe Greer or Clifford Wise was fabricating evidence and/or withholding exculpatory or impeachment evidence, Bill Adams had a realistic opportunity to do something to prevent harm from occurring, Bill Adams failed to take reasonable steps to prevent harm from occurring, and Jeffrey Clark was injured as a result?

Yes ___✓___ No _____

_____          4/29/26
FOREPERSON                       _____
                                 DATE

Please proceed to the next interrogatory.

G.S.
_____

## INTERROGATORY NO. 4 (Conspiracy)

Do you find from the evidence that Joe Greer joined with others in a single plan to deprive Jeffrey Clark of a constitutional right, Greer and others shared in a general conspiratorial objective to deprive Clark of his constitutional rights, and an overt act was committed in furtherance of the conspiracy that caused Clark's injury?

Yes ____✓____    No _____

Do you find from the evidence that Clifford Wise joined with others in a single plan to deprive Jeffrey Clark of a constitutional right, Wise and others shared in a general conspiratorial objective to deprive Clark of his constitutional rights, and an overt act was committed in furtherance of the conspiracy that caused Clark's injury?

Yes _____    No ____✓____

Do you find from the evidence that Bill Adams joined with others in a single plan to deprive Jeffrey Clark of a constitutional right, Adams and others shared in a general conspiratorial objective to deprive Clark of his constitutional rights, and an overt act was committed in furtherance of the conspiracy that caused Clark's injury?

Yes ____✓____    No ████████

████████████████████████

FOREPERSON

4/29/26
DATE

**Please proceed to the next interrogatory.**

G.S.

**INTERROGATORY NO. 5 (Municipal Liability)**

Do you find from the evidence that Meade County had notice that its training and/or supervision of its officers was inadequate to carry out their duties or handle recurring situations properly, Meade County knew it was substantially certain that its failure to adequately train and/or supervise amounted to deliberate indifference, and Meade County's failure to adequately train and/or supervise caused the violation(s) of Clark's constitutional rights?

Yes    ✓      No   _____

_____
FOREPERSON

4/29/26
_____
DATE

If you answered "yes" to any of the interrogatories above, please proceed to the next interrogatory.  If you answered "no" to all of the interrogatories above, please stop and notify the Court Security Officer.

6.5.

## INTERROGATORY NO. 6 (Compensatory Damages)

If you find for Jeffrey Clark under any of the interrogatories above, please complete the following:

We, the jury, award Jeffrey Clark $ _24,359,000.00_

in compensatory damages (not to exceed $50,000,000.00).

FOREPERSON

4/29/26

DATE

**Please proceed to the next interrogatory.**

6.5.

## INTERROGATORY NO. 7 (Punitive Damages - Wise)

If you decide in favor of Jeffrey Clark on Claims One, Two, Three, or Four, and further decide to award punitive damages against Clifford Wise, please write the amount on the line below. Otherwise, write "none" in the blank.

We, the jury, award Jeffrey Clark punitive damages against Clifford Wise in the amount of: $ _____0.00_____

FOREPERSON

4/29/26

DATE

**Please proceed to the next interrogatory.**

65.

**INTERROGATORY NO. 8 (Punitive Damages - Adams)**

If you decide in favor of Jeffrey Clark on Claims Two, Three, or Four and further decide to award punitive damages against Bill Adams, please write the amounts on the lines below. Otherwise, write "none" in the blank.

We, the jury, award Jeffrey Clark punitive damages against Bill Adams in the amount of:

$ 74,791.75

FOREPERSON

4/29/26

DATE

**Please notify the Court Security Officer that you have reached a verdict.**

6.5.