UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:17-CV-00419-GNS-CHL

JEFFREY DEWAYNE CLARK                                               PLAINTIFF

v.

MEADE COUNTY, KENTUCKY et al.                                      DEFENDANTS

### ORDER

The Court having determined that the presence of certain jurors who heard this matter at trial is necessary to conduct further business in this case, **IT IS HEREBY ORDERED** that summonses shall issue to Juror Nos. 53, 99, 162 in this action, requiring them to appear for an *in camera* hearing at the Gene Snyder United States Courthouse, 601 West Broadway, Louisville, KY 40202, on **Thursday, May 7, 2026**, as follows:  Juror No. 162 at **9:00 AM ET**; Juror No. 99 at **9:20 AM ET**; and Juror No. 53 at **9:40 AM ET**.  The summonses and the returns of service of the summonses shall be **SEALED**.

**IT IS FURTHER ORDERED** that the United States Marshal's Office shall serve the summonses in person.  When serving the summonses, the Deputy Marshal shall also leave a copy of this order to provide each juror with additional information and instructions:

**IT IS FURTHER ORDERED** that the jurors be ordered and informed that:

1.    The summons accompanying this Order has been issued to you because you served as a juror in the case of *Clark v. Meade County*, No. 3:17-CV-419-GNS-CHL. The Court requires the attendance of jurors at a further hearing in this case.

1

2.     Although the Court recognizes that you may have questions about this summons and Order, *you may not discuss your jury service or this case with any other person between now and the date of the forthcoming hearing on May 7, 2026.*

3.     In addition, *you must not contact (i) any other jurors who may have served with you in this case, or (ii) any other individual who has knowledge about this case.*

4.     Similarly, *you must not conduct any research into this case or seek out any information about this case.  This prohibition against research includes searching the internet or attempting to obtain information about the case through any other means.*  If you are exposed to any news articles or other information about this case, you should not read or view such information.

5.     *Further, you must save and preserve any and all text messages, emails, social media posts, and other electronic records from the timeframe of the beginning of trial (April 2, 2026) to May 7, 2026 (in the event this Court should subsequently order such records be provided for the Court's inspection).  Failure to preserve such records, or the destruction of such records, would be a violation of a federal court order.*

6.     You will be compensated for your travel and attendance at the upcoming hearing in the same manner in which you were compensated for your service and time as a juror at trial.

7.     If you have an unavoidable conflict with the hearing date or a medical condition that would limit your ability to appear, please contact Deputy Clerk Mindy Sunderland at mindy_sunderland@kywd.uscourts.gov to inform her of your issue.  If

necessary, the Court will provide further instructions to you in writing.  Unfortunately, the Deputy Clerk will not be able to address questions about the case or the hearing itself.

8.    *It is very important that you follow the requirements set forth in this Order.*  Thank you again for your service in this case.

**IT IS FURTHER ORDERED** that each Deputy United Stated Marshal serving summonses and this Order shall not discuss the case with the jurors.  If a juror has questions about the summons or this Order, the Deputy Marshal shall direct the juror to contact the Court in writing at the address on the summons.

**Greg N. Stivers, Judge**
**United States District Court**
May 4, 2026

cc:    counsel of record