**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

CIVIL ACTION NO. 3:17-CV-00419-GNS-CHL

JEFFREY DEWAYNE CLARK PLAINTIFF
v.
MEADE COUNTY, KENTUCKY et al. DEFENDANTS

**ORDER AUTHORIZING PAYMENT TO JURORS**

On May 4, 2026, the Court ordered that summonses issue to Juror Nos. 53, 99, and 162, requiring them to appear as witnesses for an in-camera hearing at the Gene Snyder United States Courthouse, 601 West Broadway, Louisville, Kentucky 40202, on Thursday, May 7, 2026, at 9:40 AM ET, 9:20 AM ET, and 9:00 AM ET, respectively. (DN 677.) That Order further directed that each juror *"will be compensated for [their] travel and attendance at the upcoming hearing in the same manner in which [they were] compensated for [their] service and time as a juror at trial."* (DN 677, ¶ 6.)

Being sufficiently advised, and consistent with the compensation directed in the Court's May 4, 2026, Order,

IT IS HEREBY ORDERED that Juror Nos. 53, 99, and 162 shall be paid for their attendance and travel to the May 7, 2026, hearing in the same amounts, and calculated in the same manner, as their compensation for their final day of trial service on April 29, 2026, as reflected in JMS Audit No. J20003619, as follows:

| Juror No. | Attendance | Mileage & Parking | Total |
|---|---|---|---|
| 53 | $60.00 | $48.92 | **$108.92** |
| 99 | $60.00 | $29.23 | **$89.23** |
| 162 | $60.00 | $72.20 | **$132.20** |

IT IS FURTHER ORDERED that the Clerk's Office is authorized to process payment to Juror Nos. 53, 99, and 162 in the amounts set forth above. The jurors having appeared at the May 7 hearing as witnesses, the Clerk is directed to make the payment under the Court's Bench & Bar

fund set forth in General Order 25-01. The Court finds that compensating the witnesses in the same way they were compensated for their service and time as a juror at trial inures to the benefit of the members of the bench and the bar in the administration of justice.

**Greg N. Stivers, Judge**
**United States District Court**

September 9, 2026

cc: Counsel of Record